## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | **Chapter 7** |
| **AKORN OPERATING COMPANY LLC** | Case No. 23-10255 (KBO) |
| **Debtor.** | |
| ---------------------------------------------------------x | Adv. Proc. No. **23-50117 (KBO)** |
| **LISHA ABRAHAM, on behalf of herself and all others similarly situated,** | |
| **Plaintiff,** | **CLASS ACTION ADVERSARY** |
| v. | **PROCEEDING COMPLAINT** |
| **AKORN OPERATING COMPANY LLC;** | |
| **Defendant**. | |
| --------------------------------------------------------------------- | |

## NOTICE OF SERVICE

I hereby certify that on March 28, 2023, I served a true and correct copy of the foregoing *Class Action Adversary Proceeding Complaint and Summons* via United States first-class mail upon the following:

| | |
|---|---|
| **Attn: Officer, Managing or General Agent Authorized to Receive Service of Process**<br>Akorn Operating Company LLC<br>1925 W. Field Court, Ste. 300<br>Lake Forest, IL 60045 | Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801 |
| Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | George L. Miller, Trustee<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103-2110 |

By: /s/ _James E. Huggett__
MARGOLIS EDELSTEIN
James E. Huggett (#3956)
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Phone 302-888-1112
Fax 302-888-1119

*Attorneys for Plaintiffs and the Proposed Class*