# United States Bankruptcy Court
## District of Delaware

In re:   <u>Akorn Operating Company LLC</u>         , )
                      Debtor         )
Lisha Abraham, on behalf of herself and    )   Case No.: <u>23-10255  (KBO)</u>
<u>All others similarly situated</u>       ,  )
                    Plaintiff      )   Chapter: <u>   7   </u>
     v.                                 )
                                  )
<u>Akorn Operating Company LLC</u>         , )   Adv. Proc. No.: <u>23-50117 (KBO)</u>
                  Defendant

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the First Amended complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
>       824 Market Street, 3rd Floor
>       Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> James E. Huggett, Esq.      Mary E. Olsen, Esq.
> Margolis Edelstein            The Gardner Firm, P.C.
> 300 Delaware Ave. Ste. 800   182 St. Fancis St., Ste. 103
> Wilmington, DE 19801       Mobile, AL 36602

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> Address                                       Room   3
> 824 North Market Street
> 6th Floor                                   Date and Time  August 1, 2023
> Wilmington, DE 19801                       9:30 AM

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

                                               <u>/s/ Una O'Boyle</u>
                                               *Clerk of the Bankruptcy Court*

Date: <u>  4/20/2023           </u>