IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br>Debtors**.**<br><br>-------------------------------------------------------<br><br>LISHA ABRAHAM, SUSAN BERRY and BENJAMIN SUMMERS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AKORN OPERATING COMPANY LLC, AKORN INTERMEDIATE COMPANY LLC and AKORN HOLDING COMPANY LLC<br><br>Defendants. | **Chapter 7**<br><br>**Case No. 23-10253 (KBO)**<br><br>**(Jointly Administered)**<br><br>**Adversary Proceeding No.: 23-50117-KBO** |

**PLAINTIFFS' MOTION FOR (A) CLASS CERTIFICATION, (B) APPOINTMENT OF CLASS REPRESENTATIVES, (C) APPOINTMENT OF CLASS COUNSEL, (D) APPROVAL OF THE FORM AND MANNER OF CLASS NOTICE, AND (E) SUCH OTHER AND FURTHER RELIEF AS THIS COURT MAY DEEM APPROPRIATE**

Lisha Abraham, Susan Berry and Benjamin Summers ("Plaintiffs") move this Honorable

Court for an order: (a) for the certification of a class comprised of all former employees of

Debtors who worked at or reported to Debtors' facilities, including without limitation the

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

facilities located in Amityville, NY (the "Amityville Facility"); Decatur, IL (the "Grand Facility"); 150 S. Wyckles Rd., Decatur, IL (the "Wyckles Facility"); Vernon Hills, IL (the "Vernon Hills Facility"); and Gurnee, IL/Company Headquarters (the "Gurnee Facility" and collectively with the other facilities "the Facilities") and were terminated without cause on their part, on or about February 22, 2023, within thirty days of that date or thereafter as part of, or as the reasonably expected consequence of the mass layoffs and/or plant closings (as defined by the Worker Adjustment and Retraining Notification ("WARN") Act, 29 U.S.C. §§ 2101 – 2109 and 29 C.F.R. §639.3 and, where applicable, the New York Worker Adjustment and Retraining Notification Act ("NY WARN Act") New York Labor Law ("NYLL") § 860 et seq. (collectively, the "WARN Acts")) at the Facilities and who do not file a timely request to opt-out of the class (the "Class"), (b) appointing Plaintiffs Lisha Abraham, Susan Berry and Benjamin Summers as Class Representatives, (c) appointing Lankenau & Miller, LLP, The Gardner Firm, P.C. and Margolis Edelstein as Class Counsel, (d) approving the form and manner of Notice to the Class, and (e) granting such other and further relief as this Court may deem proper.

In support hereof, Plaintiffs submit a memorandum of law, the declarations of Plaintiffs and Plaintiffs' counsel, a proposed class notice, and a proposed order.

Dated: June 26, 2023                                  Respectfully submitted,

By: /s/ *James E. Huggett*_____
MARGOLIS EDELSTEIN
James E. Huggett (#3956)
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Phone 302-888-1112
Fax 302-888-1119

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
100 Church Street, 8th FL
New York, NY 10007
P: (212) 581-5005
F: (212) 581-2122

THE GARDNER FIRM, P.C.
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
The Gardner Firm, P.C.
182 St. Francis Street, Suite 103
Mobile, AL 36602
Telephone: (251) 433-8100
Facsimile: (251) 433-8181

*Attorneys for Plaintiffs and the Proposed Class*