IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>AKORN HOLDING COMPANY LLC, *et al.* [1]<br>Debtors**.**<br><br>-------------------------------------------------------<br><br>LISHA ABRAHAM, SUSAN BERRY and BENJAMIN SUMMERS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AKORN OPERATING COMPANY LLC, AKORN INTERMEDIATE COMPANY LLC and AKORN HOLDING COMPANY LLC<br><br>Defendants. | **Chapter 7**<br>**Case No. 23-10253 (KBO)**<br>**(Jointly Administered)**<br><br><br>**Adversary Proceeding No.: 23-50117-KBO** |

## NOTICE OF CLASS ACTION

TO:   All former employees of Debtors who worked at or reported to Debtors' facilities, including without limitation the facilities located in Amityville, NY (the "Amityville Facility"); Decatur, IL (the "Grand Facility"); 150 S. Wyckles Rd., Decatur, IL (the "Wyckles Facility"); Vernon Hills, IL (the "Vernon Hills Facility"); and Gurnee, IL/Company Headquarters (the "Gurnee Facility" and collectively with the other facilities "the Facilities") and were terminated without cause on their part, on or about February 22, 2023, within thirty days of that date or thereafter as part of, or as the reasonably expected consequence of the mass layoffs and/or plant closings (as defined by the Worker Adjustment and Retraining Notification ("WARN") Act, 29 U.S.C. §§ 2101 – 2109 and 29 C.F.R. §639.3 and, where applicable, the New York Worker Adjustment and Retraining Notification Act ("NY WARN Act") New York Labor Law ("NYLL") § 860 et seq. (collectively, the "WARN Acts")) at the Facilities and who do not file a timely request to opt-out of the class (the "Class").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

SUBJECT: The right to participate in a lawsuit to recover up to 60 days' wages and benefits for each class member under the WARN Acts.

DATE: _____, 2023

### The Nature of the Action

Lisha Abraham, Susan Berry and Benjamin Summers ("Plaintiffs") have filed the above captioned class action adversary proceeding (the "WARN Action") against the Debtors on behalf of themselves and for each Class member to recover up to 60 days' wages and benefits from the Debtors under the WARN Acts.

### The Issues

The Plaintiffs allege that Debtors, as a single employer, violated the WARN Act (and NY WARN Act, where applicable) by implementing alleged plant closings and/or mass layoffs at the Facilities, on or about February 22, 2023, within thirty days of that date or thereafter, without giving employees the advance written notice of their terminations as required by the WARN Acts, and, as a consequence, Plaintiffs allege that the employees are entitled to up to 60 days' wages and benefits under the WARN Acts.

If the WARN Action is successful, class members will be entitled to recover up to 60 days' wages and benefits, calculated in accordance with the WARN Acts.

### The Definition of the Class

The Court has recently certified this case as a class action. The Class is defined as: all former employees of Debtors who worked at or reported to Debtors' facilities, including without limitation the facilities located in Amityville, NY (the "Amityville Facility"); Decatur, IL (the "Grand Facility"); 150 S. Wyckles Rd., Decatur, IL (the "Wyckles Facility"); Vernon Hills, IL (the "Vernon Hills Facility"); and Gurnee, IL/Company Headquarters (the "Gurnee Facility" and collectively with the other facilities "the Facilities") and were terminated without cause on their part, on or about February 22, 2023, within thirty days of that date or thereafter as part of, or as the reasonably expected consequence of the mass layoffs and/or plant closings (as defined by the Worker Adjustment and Retraining Notification ("WARN") Act, 29 U.S.C. §§ 2101 – 2109 and 29 C.F.R. §639.3 and, where applicable, the New York Worker Adjustment and Retraining Notification Act ("NY WARN Act") New York Labor Law ("NYLL") § 860 et seq. (collectively, the "WARN Acts")) at the Facilities and who do not file a timely request to opt-out of the class (the "Class").

### Class Counsel and the Class Representatives

The Plaintiffs are represented by Lankenau & Miller, LLP, 100 Church Street, 8th FL, New York, NY 10007, (212) 581-5005, The Gardner Firm, P.C., 182 St. Francis St, Ste 103, Mobile,

Alabama 36602, (251) 433-8100 and Margolis Edelstein, 300 Delaware Avenue, Suite 800, Wilmington, DE 19801, (302) 888-1112.

These firms have recently been appointed Class Counsel by the Court. The Court has also recently appointed Plaintiffs as the Class Representatives.

### What to Do

**If you wish to be a member of the Class, you do not need to do anything. If you do nothing, you will automatically be a Class member and be bound by any judgment (whether favorable or unfavorable) or court-approved settlement in the Class. If a settlement is reached, before court approval of it, you, as a Class member, will receive notice of any such proposed settlement and will be afforded an opportunity to object to the settlement. You may appear by your own counsel, if you are a Class member.**

**If you do not wish to participate in this WARN Action, and wish to be excluded and, thereby, reserve whatever rights you may have under the WARN Act, complete the opt-out form below, and sign and mail that form by United States First Class mail to The Gardner Firm, P.C., 182 St. Francis Street, Ste. 103, Mobile, Alabama 36602, Attn: Mary E. Olsen. The form must be received by Ms. Olsen by no later than _____, 2023. All requests for exclusion received after that date will not be effective, and any person who sends a late request will be a member of the Class in the WARN Action and will be bound in the same way and to the same extent as all other Class members.**

**The Court has also taken no position regarding the merits of Plaintiffs' claims. Please do not call or contact the Court for information.**

**If you wish information or assistance, please contact Mary E. Olsen of The Gardner Firm, P.C. at (251) 433-8100.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>AKORN HOLDING COMPANY LLC, *et al.* [2]<br>　　　　　Debtors**.**<br><br>-------------------------------------------------------<br><br>LISHA ABRAHAM, SUSAN BERRY and BENJAMIN SUMMERS on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AKORN OPERATING COMPANY LLC, AKORN INTERMEDIATE<br>COMPANY LLC and AKORN HOLDING COMPANY LLC<br><br>　　　　　Defendants. | **Chapter 7**<br>**Case No. 23-10253 (KBO)**<br>**(Jointly Administered)**<br><br><br>**Adversary Proceeding No.: 23-50117-KBO** |

## OPT-OUT FORM

I, the undersigned, have read the foregoing Notice of Class Action and understand its contents.

I **do not** want to participate in the above WARN Action and do not wish to be bound by the outcome of the WARN Action.

_____        _____
Signature                                                              Address

_____        _____
Name (printed or typed)                                     Telephone

_____        _____
Date                                                                    Email Address

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.