IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>AKORN HOLDING COMPANY LLC, *et al.* [1]<br>Debtors**.**<br><br>-------------------------------------------------------<br><br>LISHA ABRAHAM, SUSAN BERRY and BENJAMIN SUMMERS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AKORN OPERATING COMPANY LLC, AKORN INTERMEDIATE COMPANY LLC and AKORN HOLDING COMPANY LLC<br><br>Defendants. | **Chapter 7**<br><br>**Case No. 23-10253 (KBO)**<br><br>**(Jointly Administered)**<br><br><br>**Adversary Proceeding No.: 23-50117-KBO** |

## PROPOSED ORDER

AND NOW, upon consideration of the Plaintiffs' Motion for Class Certification and Other Relief (the "Motion"), and additional documents submitted in connection therewith; and the Court having determined that class certification is appropriate; IT IS HEREBY ORDERED THAT:

1. A class (the "Class") is certified comprised of the following:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

    All former employees of Debtors who worked at or reported to Debtors' facilities, including without limitation the facilities located in Amityville, NY (the "Amityville Facility"); Decatur, IL (the "Grand Facility"); 150 S. Wyckles Rd., Decatur, IL (the "Wyckles Facility"); Vernon Hills, IL (the "Vernon Hills Facility"); and Gurnee, IL/Company Headquarters (the "Gurnee Facility" and collectively with the other facilities "the Facilities") and were terminated without cause on their part, on or about February 22, 2023, within thirty days of that date or thereafter as part of, or as the reasonably expected consequence of the mass layoffs and/or plant closings (as defined by the Worker Adjustment and Retraining Notification ("WARN") Act, 29 U.S.C. §§ 2101 – 2109 and 29 C.F.R. §639.3 and, where applicable, the New York Worker Adjustment and Retraining Notification Act ("NY WARN Act") New York Labor Law ("NYLL") § 860 et seq. (collectively, the "WARN Acts")) at the Facilities and who do not file a timely request to opt-out of the class (the "Class").

2.     The Class described above meets the requirements of Fed. R. Civ. P. 23, made applicable by Fed. R. Bankr. P. 7023:

    (a)     the Class is so numerous that joinder of all members is impracticable;

    (b)     there are questions of law or fact common to the Class;

    (c)     the claims of Lisha Abraham, Susan Berry and Benjamin Summers ("Plaintiffs") are typical of the claims of the Class;

    (d)     Plaintiffs will fairly and adequately protect the interests of the Class;

    (e)     questions of law and fact common to members of the Class predominate over any questions affecting individual members; and

    (f)     a class action is superior to other available methods for the fair and efficient adjudication of the Class's claims.

3.     Lankenau & Miller, LLP, The Gardner Firm, P.C. and Margolis Edelstein are appointed class counsel (collectively "Class Counsel").

4.     Lisha Abraham, Susan Berry and Benjamin Summers are hereby appointed the

Class Representatives.

5. The proposed form of Notice to the Class, attached to the Olsen Declaration [Doc. ___] as Exhibit A ("Class Notice"), is approved. Notice in compliance with this Order is hereby found to be the best notice practicable under the circumstances and constitutes due and sufficient notice to all Class Members in full compliance with the notice requirements of Fed. R. Civ. P. 23.

6. Within five (5) business days after entry of this Order, the Trustee shall provide Class Counsel with an electronic spreadsheet containing the names and last known addresses of all the former employees encompassed by the Class as defined above.

7. Within fifteen (15) business days after entry of this Order, Class Counsel (or their designee) shall mail the Class Notice, First Class postage prepaid, to the proposed members of the Class at their last known addresses as noted in Debtors' records, in an envelope bearing the return address of The Gardner Firm, P.C.

8. Class members who wish to opt-out of the Class must so indicate on the opt-out form included with the Class Notice, and must sign and mail that opt-out form by First Class United States Mail to The Gardner Firm, P.C., 182 St. Francis Street, Ste. 103, Mobile, Alabama 36602, Attn: Mary E. Olsen so that it is received by Ms. Olsen by the date specified in the Class Notice (i.e., thirty-five (35) days after the date on which Class Counsel mailed the Class Notice.) All requests for exclusion received after that date will not be effective, and any person who sends a late request will be a member of the Class and will be bound in the same way and to the same extent as all other Class Members.

DATED: _____, 2023        _____
                                    UNITED STATES BANKRUPTCY COURT JUDGE