UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | |
| **AKORN OPERATING COMPANY LLC** | **Chapter 7**<br>**Case No. 23-10255 (KBO)** |
| **Debtor.** | |
| --------------------------------------------------------x | **Adv. Proc. No. 23-50117 (KBO)** |
| **LISHA ABRAHAM, on behalf of herself and all others similarly situated,** | |
| **Plaintiff,** | **CLASS ACTION ADVERSARY** |
| v. | **PROCEEDING COMPLAINT** |
| **AKORN OPERATING COMPANY LLC;** | |
| **Defendant**. | |
| -------------------------------------------------------------------- | |

## NOTICE OF SERVICE

I hereby certify that on July 12, 2023, I served a true and correct copy of the foregoing *Plaintiff's Motion for (A) Class Certification, (B) Appointment of Class Representatives, (C) Appointment of Class Counsel, (D) Approval of the Form and Manner of Class Notice, and (E) Such Other and Further Relief this Court May Deem Appropriate* via electronic mail and USPS First Class Mail upon the following:

| | |
|---|---|
| Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>emorton@ycst.com | John T. Carroll, III, Esq.<br>Cozen O'Connor<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>jcarroll@cozen.com |

George L. Miller, Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110
gmiller@mctllp.com

                                      By: /s/ _James E. Huggett __
MARGOLIS EDELSTEIN
James E. Huggett (#3956)
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Phone 302-888-1112
Fax 302-888-1119

*Attorneys for Plaintiffs and the Proposed Class*

2