# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| LISHA ABRAHAM, SUSAN BERRY AND BENJAMIN SUMMERS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AKORN OPERATING COMPANY LLC, AKORN INTERMEDIATE COMPANY LLC, and AKORN HOLDING COMPANY LLC,<br><br>Defendants. | Adv. Pro. No. 23-50117 (KBO)<br><br>Related Doc. No. 11, 15 |

## FIRST AMENDED SCHEDULING ORDER

To promote the efficient and expeditious disposition of adversary proceedings, the following first amended schedule shall apply to the above-captioned adversary proceeding.

**IT IS HEREBY ORDERED** that:

1. The parties shall have until <u>June 27, 2024</u> to amend the pleadings and/or join additional parties.

2. The parties shall provide the initial disclosures under Fed. R. Civ. P. 26(a)(1) no later than <u>September 30, 2023</u> (sixty (60) days after the Initial Scheduling Conference). Any

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.

extension of the deadline to provide initial disclosures must be by Order of the Court and will only be granted for good cause shown.

3. All fact discovery shall be completed no later than September 24, 2024.

4. Any expert report required pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) shall be served no later than October 24, 2024. Any Parties' expert report intended to rebut any other expert report, shall be provided no later than November 25, 2024. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close, no later than December 23, 2024.

5. Mediation of all unresolved issues shall be held no later than July 19, 2024. No later than June 14, 2024, the parties shall file a Stipulation Regarding Appointment of a Mediator or a statement that the parties cannot agree on a mediator and a request that the Court select and appoint a mediator to the proceeding.

6. Within sixty (60) days after the entry of an Order Assigning the Adversary Proceeding to Mediation, the mediator shall either (a) file the mediator's certificate of completion, or, (b) if the mediation is not concluded, file a status report that provides the projected schedule for completion of the mediation.

7. All dispositive motions shall be filed and served no later than sixty (60) days after the close of all discovery and shall be subject to Rule 7007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

8. The parties shall file, no later than three (3) business days prior to the date set for trial, their joint pretrial memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Owens's chambers.

9. The Parties request that the adversary be set for trial in <u>July 2025,</u> or as soon thereafter as the Court's calendar permits.

10. The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of any adversary proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

11. Deadlines contained in this Scheduling Order may be extended by agreement of the Parties, unless specifically noted as requiring Court approval, or upon written motion for good cause shown.

12. The Plaintiff shall serve this Scheduling Order on each Defendant within five (5) business days after the entry of this Order.

**Dated: May 3rd, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**