IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Akorn Operating Company LLC<br><br>Debtor. | Chapter 7 – Case No. 23-10255 (KBO) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Iron Mountain Information Management, LLC (collectively, "Iron Mountain"), hereby appear through its counsel, Hackett Feinberg, a Professional Corporation, and requests that, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and § 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), Iron Mountain be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or any proceeding herein, be served upon the below-listed counsel at the following mailing or e-mail addresses or facsimile numbers:

>Frank F. McGinn
>Jacqueline M. Price
>Hackett Feinberg P.C.
>155 Federal Street, 9th Floor
>Boston, MA  02110
>Tel. (617) 422-0200
>Fax. (617) 422-0383
>E-mail: jmp@bostonbusinesslaw.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the abovementioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in these cases.

      This Notice of Appearance and any subsequent appearance, pleading, claim, or suit are not intended as, nor shall be deemed, a consent to or waiver of Iron Mountain's: (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claim, actions, defenses, setoffs, or recoupments to which Iron Mountain is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Respectfully submitted,
Iron Mountain Information Management, LLC
By its attorneys,

Dated:  March 17, 2023

*/s/ Jacqueline M. Price*
Frank F. McGinn (Massachusetts BBO# 564729)
Jacqueline M. Price (Massachusetts BBO# 707618)
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
Tel. (617) 422-0200
Fax. (617) 422-0383
jmp@bostonbusinesslaw.com

## CERTIFICATE OF SERVICE

I, Jacqueline M. Price, hereby certify that on March 17, 2023, the foregoing document was electronically filed via the Court's CM/ECF system and thereby served on the following parties having consented to electronic service:

- **Jared W Kochenash** bankfilings@ycst.com
- **John T. Carroll, III** jcarroll@cozen.com
- **Kimberly Ross Clayson** kclayson@taftlaw.com
- **Michael DaBaecke** mdabaecke@ashbygeddes.com
- **Steven A. Domanowski** sdomanowski@gibsondunn.com
- **AnnElyse Scarlett Gains** agains@gibsondunn.com
- **Laura Davis Jones** ljones@pszjlaw.com
- **Jeffrey Garfinkle** jgarfinkle@buchalter.com
- **Eric D Kaplan** ekaplan@kpglaw.com
- **Richard L. Schepacarter** richard.schepacarter@usdoj.gov
- **Morton R. Branzburg** mbranzburg@klehr.com
- **James Connolly Carignan** jccarignan@duanemorris.com

*/s/ Jacqueline M. Price*
Jacqueline M. Price