# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-10253 (KBO) <br><br> **Related Doc. No. 31** |
| In re: <br><br> AKORN INTERMEDIATE COMPANY LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-10254 (KBO) <br><br> **Related Doc. No. 29** |
| In re: <br><br> AKORN OPERATING COMPANY LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-10255 (KBO) <br><br> **Related Doc. No. 35** |

## ORDER DIRECTING JOINT ADMINISTRATION AND PROCEDURAL CONSOLIDATION OF CASES

Upon consideration of the motion (the "Motion")[1] of the Trustee in the above-captioned Bankruptcy Cases (collectively, the "Debtors") for entry of an order, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1, directing joint administration and procedural consolidation of the Debtors' Chapter 7 Bankruptcy Cases; and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that joint administration and procedural consolidation of these cases will be in the best interests of the Debtors' creditors and Estates, and will further the economic and efficient administration of the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

62080122\2 6010823/00574256

Bankruptcy Cases; and it appearing that notice of the Motion was adequate and proper under the circumstances of Bankruptcy Cases; and it appearing that no other or further notice of the Motion need be provided; and upon the Motion and the proceedings before the Court; and after due deliberation; and good and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** to the extent set forth herein.

2. For the reasons set forth in the Motion, the above-captioned Bankruptcy Cases shall be procedurally consolidated and jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The caption of the jointly administered Chapter 7 Bankruptcy Cases shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4. The Clerk of this Court shall maintain one file and one docket for all of the Chapter 7 Bankruptcy Cases and a docket entry shall be made in each of the following affiliate cases: In re: Akorn Holding Company LLC, Case No. 23-10253; In re: Akorn Intermediate Company LLC, Case No. 23-10254 and In re: Akorn Operating Company, LLC, Case No. 23-10255 as follows:

2

An order has been entered in this case in accordance with Bankruptcy Rule 1015(b) directing procedural consolidation and joint administration of the chapter 7 cases of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC. The docket in the chapter 7 case of Akorn Holding Company LLC, Case No. 23-10253 (KBO), should be consulted for all matters affecting these cases.

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 7 Bankruptcy Cases.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 20th, 2023
Wilmington, Delaware

*[signature]*

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

3

62080122\2 6010823/00574256