IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel appears in these proceedings as counsel for Cardinal Health[2] pursuant to § 1109(b) of the Bankruptcy Code and Fed. R. Bankr. P. 9010(b). Counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings, papers, and orders given or filed in the above-captioned case be served upon the following:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] "Cardinal Health" means the following affiliated operating companies of Cardinal Health, Inc., an Ohio corporation ("Cardinal Health Parent"): A+ Secure Packaging, LLC; Cardinal Health 3, LLC; Cardinal Health 108, LLC; Cardinal Health 110, LLC; Cardinal Health 112, LLC; Cardinal Health P.R. 120, Inc.; and The Harvard Drug Group, L.L.C. The affiliated operating companies of Cardinal Health Parent who are parties to this Agreement may be amended from time to time by notice from Cardinal Health Parent.

| | |
|---|---|
| Scott A. Zuber, Esq. | Adam Hiller, Esquire |
| Terri Jane Freedman, Esq. | Hiller Law, LLC |
| Chiesa Shahinian & Giantomasi PC | 300 Delaware Avenue Suite 210, #227 |
| 105 Eisenhower Parkway | Wilmington, Delaware 19801 |
| Roseland, New Jersey 07068 | (302) 442-7677 |
| (973) 325-1500 (Main) | ahiller@adamhillerlaw.com |
| (973) 530-2046 (S. Zuber Direct) | |
| (973) 530-2152 (T. Freedman Direct) | |
| szuber@csglaw.com | |
| tfreedman@csglaw.com | |

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and the sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, disclosure statement, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of any rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, set-offs, or

4859-9680-9048.v1

recoupments to which this party is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: March 30, 2023
       Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

-and-

Scott A. Zuber, Esq.
Terri Jane Freedman, Esq.
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 325-1500 (Main)
(973) 530-2046 (S. Zuber Direct)
(973) 530-2152 (T. Freedman Direct)
szuber@csglaw.com
tfreedman@csglaw.com

*Attorneys for Cardinal Health*