## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No.  23-10253 (KBO)<br><br>(Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## AKORN OPERATING COMPANY LLC (CASE NO. 23-10255)

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and   cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

## THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

These Global Notes regarding the above-captioned debtors and debtors in possession (collectively, the "Debtors") Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them. In the event that the Schedules and/or SOFAs differ from the Global Notes, the Global Notes control.

1.  The Debtors prepared these unaudited Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

2.  While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs. Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3.  In reviewing and signing the Schedules and SOFAs, John Sweeney, the duly authorized and designated representative of the Debtors (the "Designated Representative"), has necessarily relied upon the prior efforts, statements and representations of former employees, personnel, and professionals of the Debtors (the Debtors no longer have any employees). The Designated Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4.  The Debtors and their past or present directors, officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable

---

[1]  The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.  Disclosure of information in one or more Schedules, one or more SOFAs, or one or more exhibits or attachments to the Schedules or SOFAs, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, SOFAs, exhibits, or attachments.

5.  The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  These Global Notes will apply to all such amendments.  Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.  Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

6.  Disclosure of information in one or more Schedules, one or more SOFAs, or one or more exhibits or attachments to the Schedules or SOFAs, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, SOFAs, exhibits, or attachments.

7.  Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated."  Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.  Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them.  The Debtors reserve all of their rights with respect to any such credits and allowances.  Furthermore, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against any of the Debtors.

8.  Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated.  In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," or to similar effect.  Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

9.  At times, the preparation of the Schedules and the SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes.  In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

10.  Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

11.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets.  For these reasons, the Debtors have indicated in the Schedules and SOFAs that the values of certain assets and liabilities are undetermined or unknown.  Unless otherwise indicated, the Debtors generally used net book values as of January 31, 2023.  Exceptions to this include Schedule A/B Question 3, Schedule D, and Schedule E/F, which are as of the February 23, 2023 (the "Petition Date"), and certain other assets. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed as undetermined amounts, as the net book value may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and SOFAs. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and SOFAs or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and SOFAs does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Schedules and SOFAs shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date.

12.  Certain legal actions or administrative proceedings (collectively, the "Actions") reflected against a particular Debtor may relate to any of the other Debtors. The Debtors made reasonable efforts to accurately record the Actions in the Schedules and SOFAs of the Debtor that is the party to the Action. The inclusion of any Action in the Schedules and SOFAs does not constitute an admission by the Debtors of liability, the validity of any Action or the amount of any potential claim that may result from any claims with respect to any Action, or the amount and treatment of any potential claim resulting from any Action currently pending or that may arise in the future.

13. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and SOFAs. To the extent these disclosures would be duplicative, the Debtors may have determined to only list such assets, liabilities, and prepetition payments once.

14. The Debtors have not included in the Schedules and SOFAs the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

15. The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

16. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

17. The inventories, property, and equipment listed in the Schedules and SOFAs are presented as of January 31, 2023 without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

18. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

19. In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (1) the

purposes of determining (a) control of the Debtors; (b) the extent to which any individual exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (2) any other purpose.

**Specific Disclosures Regarding the Schedules**

20. With respect to Schedule A/B Part 1, question 3 and 4, the account balances are as of the Petition Date.

21. With respect to Schedule A/B Part 2, question 7, the Debtors are required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and SOFAs if deposits are incorrectly identified.

22. With respect to Schedule A/B Part 2, questions 6-8, certain payments disclosed may not be reimbursable to the Debtors due to potential counterclaims against the Debtors or other potential offsetting obligations

23. With respect to Schedule A/B Part 2, question 8, the Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers as part of the ordinary course of business. The Debtors have exercised reasonable efforts to identify any prepayments. The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided. The Debtors reserve their rights, but are not required, to amend the Schedules and SOFAs if prepayments are incorrectly identified

24. With respect to Schedule A/B, Part 2, questions 6-7, the balances reported are as of January 31, 2023, and reflect a previous retainer for their bankruptcy counsel, Young Conaway Stargatt & Taylor, LLP ("Young Conaway"). This amount is listed purely for administrative reasons as a result of the reporting date. The retainer amounts paid by the Debtors to Young Conaway are on an earned upon receipt basis and, thus, do not constitute an interest of the Debtors in property. The total amount paid to Young Conaway is listed in response to SOFA question 11.

25. With respect to Schedule A/B Part 3, question 11a, the gross accounts receivable balance is as of January 31, 2023. For the Debtors, the value of the net accounts receivable balance may be lower due to credits and deductions permitted under the Debtors' customer programs including chargebacks, rebates, product returns, discounts and other programs pursuant to which customers may receive discounts or make deductions from future payments. These programs are consistent with the ordinary course in the Debtors' industry. These programs can be particularly voluminous, unduly burdensome and cost for the Debtors regularly document.

26. Ownership interests in subsidiaries and affiliates have been listed in Schedule A/B, Part 4 as undetermined. The Debtors make no representation as to the value of their ownership of each subsidiary as the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

27. With respect to Schedule A/B Part 4, question 14, the Debtors' have listed a *de minimis* amount of stock in Nicox SA. However, other than legacy financial statements, the Debtors do not currently possess records or knowledge regarding this stock.

28. With respect to Schedule A/B Part 7, office furniture, fixtures, and equipment; and collectibles, dollar amounts are presented net of accumulated depreciation and other adjustments. Because of the large number of furniture, fixtures, and equipment, as well as the difficulty of listing out every one of these assets, these items are listed as group line items. The Debtors may lease furniture, fixtures, and equipment from certain third party lessors. Any such leases are set forth in the Schedules and SOFAs. Nothing in the Schedules and SOFAs is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

29. With respect to Schedule A/B Part 8, question 50, machinery, fixtures and equipment (excluding farm machinery and equipment), dollar amounts are presented net of accumulated depreciation and other adjustments. Because of the large number of machinery, fixtures and equipment, as well as the difficulty of listing out every one of these assets, these items are listed as group line items. The Debtors may lease machinery, fixtures and equipment from certain third party lessors. Any such leases are set forth in the Schedules and SOFAs. Nothing in the Schedules and SOFAs is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

30. With respect to Schedule A/B Part 9, because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have only listed such agreements on Schedule G.

31. With respect to Schedule A/B Part 10, the Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable. For that reason, values are listed as unknown or undetermined where appropriate.

32. With respect to Schedule A/B Part 11, dollar amounts are presented net of impairments and other adjustments. With respect to "Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims," in the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11. With respect to "Interests in Insurance Policies or Annuities," the Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Accordingly, such policies are not listed on Schedule A/B, Part

11. To the extent an insurance policy is determined to have value, it will be included in Schedule A/B.

33. With respect to Schedule D, except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facility and other funded secured indebtedness, only the administrative agents have been listed for purposes of Schedule D. The amounts reflected outstanding under the Debtors' prepetition funded indebtedness reflect approximate amounts as of the Petition Date.

34. Debtor Akorn Operating Company LLC ("AOCL") and Debtor Akorn Intermediate Company LLC ("AICL") are parties to that certain Credit Agreement, dated as of October 1, 2020, by and among AOCL, AICL, the other Loan Parties (as defined therein) party thereto, the Lenders (as defined therein) party thereto, and MidCap Financial Trust (as Administrative Agent) (the "ABL Credit Agreement"), pursuant to which AOCL and AICL received a revolving line of credit in an initial aggregate amount of $160,000,000. The ABL Facility is secured under a Pledge and Security Agreement (subject to the terms of the Intercreditor Agreement (as defined below) with the Term Loan lenders) by a first priority security interest in all accounts, all inventory, all deposit accounts, all cash and cash equivalents, all equipment located in the United States, all real property located in the United States and all improvements and fixtures thereon, and all books, records, and proceeds related to the foregoing (the "ABL Collateral") and a second priority security interest in all Term Loan Collateral (as defined below).

35. AOCL and AICL are parties to that certain Senior Secured Term Loan Agreement, dated as of October 1, 2020, by and among AOCL, AICL, the other Loan Parties (as defined therein) party thereto, the Lenders (as defined therein) party thereto, and Wilmington Savings Fund Society, FSB (as Administrative Agent) (the "TL Credit Agreement"), pursuant to which AOCL and AICL received a senior secured term loan facility in an initial aggregate amount of $370,000,000. The Term Loan Facility is secured under a Pledge and Security Agreement (subject to the terms of an Intercreditor Agreement with the ABL Lender) by a first priority security interest in all Collateral (other than the ABL Collateral) and the proceeds thereof (the "Term Loan Collateral," and together with the ABL Collateral, the "Collateral") and a second priority security interest in all ABL Collateral.

36.   The ABL Lender and Term Loan Lenders are parties to that certain Intercreditor Agreement, dated as of October 1, 2020, by and among MidCap Funding IV Trust (as successor-by-assignment to MidCap Financial Trust), as Administrative Agent for the ABL Secured Parties (as defined therein) (the "ABL Representative"), Wilmington Savings Fund Society, FSC, as Administrative Agent for the Term Loan Secured Parties (as defined therein) (the "Term Loan Representative"), and each of the Loan Parties party thereto (as defined therein) (the "Intercreditor Agreement"), pursuant to which the ABL Representative and the Term Loan Representative set forth, among other things, (a) their (and the ABL Secured Parties' and the Term Loan Secured Parties') relative lien priorities in the Collateral and enforcement rights and obligations related thereto, (b) the method by and the order in which proceeds of the Collateral shall be applied by the ABL Representative and Term Loan Representative, respectively, (c) the impact on the respective liens of the ABL Representative and Term Loan Representative arising from the sale or disposition of Collateral and (d) the relative rights and obligations of the ABL Representative and Term Loan Representative upon and during the occurrence of any Insolvency Proceeding of any Loan Party (as defined therein).

37.   With respect to Schedule E/F, the listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time.  With respect to Schedule E/F Part 1, the Debtors have not conducted a legal analysis regarding the potential priority of certain potential claims, such as severance claims, as such an analysis would be prohibitively expensive and unduly burdensome.  With respect to Schedule E/F Part 2, all creditors and amounts listed are derived from the Debtors' accounts payable as of the Petition Date.  The Debtors are unable to state with certainty the dates that such debts were incurred, and accordingly, the Debtors have not listed the dates that such debts were incurred. The Debtors will, however, provide the chapter 7 trustee with the most recent aging report available.

38.   With respect to Schedule E/F, the Debtors have used reasonable best efforts to list all general unsecured claims against the Debtors based upon the Debtors' existing books and records. Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.  The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.  Moreover, the Debtors may have purchased or received certain goods within 20 days of the Petition Date, but such transactions (if any) may not be currently contained in the Debtors' books and records.

39.   Schedule E/F contains information regarding potential and pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, however, such

information is contained in the Schedule for that Debtor. Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.  Except in certain limited circumstances, the Debtors have not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule E/F. Such guaranties are, instead, listed on Schedule H.  The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances. The dollar amounts listed may be exclusive of contingent or unliquidated amounts. Unless the Debtors were required to pay ancillary costs, such as freight, miscellaneous fees and taxes, such costs are not included in the liabilities scheduled, as such amounts do not represent actual liabilities of the Debtor.

40.   The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary.  Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.   The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

41.   In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

42. In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

43. As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

44. Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, statements of work, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents also are not set forth in Schedule G.

45. The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary.  Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

46. In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

47. In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, both written and oral, regarding the provision of certain services on a month to month basis. To the extent such contracts or agreements constitute executory contracts, these contracts and agreements may not be listed individually on Schedule G.

48. Certain of the executory contracts may not have been memorialized and could be subject to dispute; executory agreements that are oral in nature have not been included in Schedule G.

49. In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, may not be listed individually on Schedule G.

50. Certain of the executory contracts and unexpired leases listed in Schedule G were assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors.

51. The Debtors generally have not included on Schedule G any insurance policies, the premiums for which have been prepaid. The Debtors submit that prepaid insurance policies are not executory contracts pursuant to section 365 of the Bankruptcy Code because no further payment or other material performance is required by the Debtors. Nonetheless, the Debtors recognize that in order to enjoy the benefits of continued coverage for certain claims under these policies, the Debtors may have to comply with certain non-monetary obligations, such as the provision of notice of claims and cooperation with insurers. In the event that the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtors reserve all of their rights to amend Schedule G to include such policies, as appropriate.

52. In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

53. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Certain of the agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement and, where a contract party remained uncertain, such agreements may have been listed on a different Debtor's Schedule G.

54. With respect to Schedule H, in the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

55. In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth individually on Schedule H. However, some such claims may be listed elsewhere in the Schedules and SOFAs.

**Specific Disclosures Regarding the SOFAs**

56. With respect to SOFA Part 2 questions 3-4, applicable cash disbursements made through the Petition Date were captured in the disclosure.

57. With respect to SOFA Part 2 questions 3-4, certain payment dates disclosed (particularly those listed with the last day of a particular month) are as of the date the disbursement was posted in the

Debtors' general ledger rather than specific disbursement date.  The Debtors have bank statements available to assist in a full reconciliation between posting date and disbursement date.

58.    With respect to SOFA Part 2 question 6, the Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.  In addition, the Debtors engage in several customer programs, including chargebacks, coupon redemption, product returns, rebates, and discounts to customers in the ordinary course of business, and other programs pursuant to which customers may receive credits or make deductions from future payments. These routine programs are consistent with the ordinary course of business in the Debtors' industry. These programs can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document.  As such, these transactions were not considered setoffs for the purpose of responding to Question Six of the Statements, although the Debtors reserve all rights with respect thereto and make no admission or waiver thereby.

59.    With respect to SOFA Part 6, question 11, although the Debtors have made reasonable efforts to distinguish between payments made for professional services related and unrelated to their restructuring efforts, some amounts listed in response to Question 11 may include payments for professional services unrelated to bankruptcy.

60.    With respect to SOFA Part 12, questions 22-24, the Debtors historically have operated over a substantial period of time at various locations.  At some locations, the Debtors may no longer have active operations and may no longer have relevant records, or the records may no longer be complete or reasonably accessible or reviewable. In some cases, statutory document retention periods have passed. Further, some individuals who once possessed responsive information may no longer be employed by the Debtors.  For all these reasons, it may not be reasonably possible to identify and supply all of the requested information that is responsive to Questions 22-24.  The Debtors have made commercially reasonable efforts to provide responsive information.  The Debtors acknowledge the possibility that information related to proceedings, governmental notices and reported releases of hazardous materials responsive to Questions 22-24 may be discovered subsequent to the filing of the Schedules and Statements.  The Debtors reserve the right to supplement or amend this response in the future if additional information becomes available.  This response does not include sites or proceedings related to non-environmental laws, such as occupational safety and health laws or transportation laws.  This response is also limited to identifying circumstances in which governmental agencies have alleged in writing that particular operations of the Debtors are in violation of environmental laws and proceedings that have resulted from alleged violations of environmental laws. This response also does not cover: (i) periodic information requests, investigations or inspections from governmental units concerning compliance with environmental laws; or (ii) routine reports and submissions concerning permitted discharges resulting from routine operations where such reports and submissions were made in compliance with regulatory requirements.

61. With respect to SOFA Part 13 question 26(c)-(d), the Debtors contacted various parties in connection with the Debtors' efforts to market their assets and raise new sources of capital, and the Debtors shared certain financial information to certain of those parties, who are not individually disclosed herein.

62. With respect to SOFA Part 13 question 30, Distributions by the Debtors to their directors and officers are listed in response to Question 4. Certain directors and executive officers of Debtor Akorn Operating Company LLC, were also directors and executive officers of certain of the other Debtors and non-Debtor affiliates. Such individuals were only compensated for services rendered on a consolidated basis, so to the extent payments to such individuals are not listed in the response to Question 4 on the Statements for such Debtor affiliates, they did not receive payment from the Debtors for their services as directors or executive officers of these entities. Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date. The amounts listed under Question 4 reflect the gross amounts paid to such directors and officers rather than the net amounts after deducting for tax withholdings.

**Fill in this information to identify the case:**

Debtor Name: In re : Akorn Operating Company LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10255 (KBO)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

      Copy line 88 from *Schedule A/B* ................................................................................................... | $ | 0.00

    1b. **Total personal property:**

      Copy line 91A from *Schedule A/B* ................................................................................................ | $ | 222,690,796.15

    1c. **Total of all property:**

      Copy line 92 from *Schedule A/B* ................................................................................................. | $ | 222,690,796.15

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..................... | $ | 185,111,238.42

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................. | $ | 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ................................. | + $ | 128,319,921.32

4. **Total liabilities**

    Lines 2 + 3a + 3b ......................................................................................................... | $ | 313,431,159.74

**Fill in this information to identify the case:**

Debtor Name: In re : Akorn Operating Company LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10255 (KBO)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

   2.1 None    $

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Bank of America, N.A. (Chicago) | Checking | 6603 | $ 1,582,423.50 |
| 3.2 Bank of America, N.A. (Chicago) | Checking | 0893 | $ 128,760.36 |
| 3.3 Bank of America, N.A. (Chicago) | Checking | 1061 | $ 50,000.00 |
| 3.4 Bank of America, N.A. (Chicago) | Checking | 7616 | $ 39,139.80 |
| 3.5 Bank of America | Checking | 8391 | $ 1,046,881.74 |

4. **Other cash equivalents** *(Identify all)*

   4.1 Escrow held, JPMorgan  #3559    $ 6,750,000.00

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 9,597,205.40

Debtor: Akorn Operating Company LLC _____ Case number *(if known)*: 23-10255
Name

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | Current value of debtor's interest |
|---|---|---|
| 7.1 | Cash collateral for Surety Bonds - Philadelphia Indemnity Ins Co. | $ 1,055,000.00 |
| 7.2 | Ipledge - Syneos | $ 541,260.53 |
| 7.3 | Retainer - Arent Fox | $ 50,207.18 |
| 7.4 | Retainer - Grant Thornton | $ 12,350.00 |
| 7.5 | Retainer - HRLM Consulting | $ 19,200.00 |
| 7.6 | Retainer - Kurtzman Carson | $ 25,000.00 |
| 7.7 | Retainer - M3 | $ 350,000.00 |
| 7.8 | Retainer - Sills | $ 20,000.00 |
| 7.9 | Security deposit - Cedarbrook | $ 256,367.52 |
| 7.10 | Security deposit - CV II Gurnee LLC | $ 73,955.50 |
| 7.11 | Security deposit - Veronica Development Associates, LLC | $ 37,332.32 |
| 7.12 | Security deposit - WSC-GSP B/L Office Park Owner VII, LLC | $ 11,126.90 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | FEDERAL INCOME TAXES - IRS | $ 445,973.00 |
| 8.2 | FEES - FOOD AND DRUG ADMINISTRATION (ADUFA) | $ 241,523.33 |
| 8.3 | FEES - FOOD AND DRUG ADMINISTRATION (AGDUFA) | $ 381,094.67 |
| 8.4 | FEES - FOOD AND DRUG ADMINISTRATION (GDUFA) | $ 1,080,370.67 |
| 8.5 | FEES - FOOD AND DRUG ADMINISTRATION (GDUFA) | $ 142,089.33 |
| 8.6 | FEES - FOOD AND DRUG ADMINISTRATION (GDUFA) | $ 152,089.33 |
| 8.7 | FEES - FOOD AND DRUG ADMINISTRATION (PDUFA) | $ 787,866.00 |
| 8.8 | FEES - MIKART INC (GDUFA Fees) | $ 33,333.33 |
| 8.9 | Insurance / 1st Excess D&O Premium - ARTHUR J GALLAGHER RMS INC | $ 173,333.33 |
| 8.10 | Insurance / 1st Excess Prepaid Runoff - ARTHUR J GALLAGHER RMS INC | $ 585,000.00 |
| 8.11 | Insurance / 1st Excess Side A Prepaid Runoff - ARTHUR J GALLAGHER RMS INC | $ 450,000.00 |
| 8.12 | Insurance / 2022-2023 Risk Management Fee - ARTHUR J GALLAGHER RMS INC | $ 125,000.00 |
| 8.13 | Insurance / 2nd Excess Side A Prepaid Runoff - ARTHUR J GALLAGHER RMS INC | $ 382,500.00 |
| 8.14 | Insurance / Automobile (Commercial Package) - THE HARTFORD | $ 10,812.00 |
| 8.15 | Insurance / Crime / Fiduciary Premium - ARTHUR J GALLAGHER RMS INC | $ 51,918.00 |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 8.16 | Insurance / Employment Practices Liability - ARTHUR J GALLAGHER RMS INC | $ 6,666.67 |
| 8.17 | Insurance / Equipment Breakdown - ARTHUR J GALLAGHER RMS INC | $ 15,326.67 |
| 8.18 | Insurance / Excess Cyber Liability - ARTHUR J GALLAGHER RMS INC | $ 16,687.45 |
| 8.19 | Insurance / Excess Cyber Liability - ARTHUR J GALLAGHER RMS INC | $ 14,694.55 |
| 8.20 | Insurance / Excess Products Liability - $10M xs $25M - ARTHUR J GALLAGHER RMS INC | $ 70,146.13 |
| 8.21 | Insurance / Excess Products Liability - $10M xs $35M - ARTHUR J GALLAGHER RMS INC | $ 53,470.67 |
| 8.22 | Insurance / Excess Products Liability - $15M xs $10M - ARTHUR J GALLAGHER RMS INC | $ 130,625.25 |
| 8.23 | Insurance / Excess Products Liability - $5M xs $45M - ARTHUR J GALLAGHER RMS INC | $ 28,698.83 |
| 8.24 | Insurance / Excess Property - $25M p/o $50M xs $100M - ARTHUR J GALLAGHER RMS INC | $ 18,039.67 |
| 8.25 | Insurance / Excess Property - $25M p/o $50M xs $100M - ARTHUR J GALLAGHER RMS INC | $ 22,202.67 |
| 8.26 | Insurance / Excess Side A 5x15 - ARTHUR J GALLAGHER RMS INC | $ 133,333.33 |
| 8.27 | Insurance / Excess Side A 5x20 - ARTHUR J GALLAGHER RMS INC | $ 113,333.33 |
| 8.28 | Insurance / Excess Stock Throughput - $25M xs $75M - ARTHUR J GALLAGHER RMS INC | $ 24,167.67 |
| 8.29 | Insurance / General Liability (Commercial Package) - THE HARTFORD | $ 11,105.67 |
| 8.30 | Insurance / Lead Side A DIC Prepaid Runoff - ARTHUR J GALLAGHER RMS INC | $ 522,000.00 |
| 8.31 | Insurance / Lead Side A Premium - ARTHUR J GALLAGHER RMS INC | $ 154,666.67 |
| 8.32 | Insurance / Primary Cyber Premium - ARTHUR J GALLAGHER RMS INC | $ 20,715.00 |
| 8.33 | Insurance / Primary D&O Premium - ARTHUR J GALLAGHER RMS INC | $ 216,666.67 |
| 8.34 | Insurance / Primary D&O Prepaid Runoff - ARTHUR J GALLAGHER RMS INC | $ 731,250.00 |
| 8.35 | Insurance / Primary Products Liability - $10M - ARTHUR J GALLAGHER RMS INC | $ 169,172.50 |
| 8.36 | Insurance / Property - $100M - ARTHUR J GALLAGHER RMS INC | $ 614,314.33 |
| 8.37 | Insurance / Stock Throughput - $75M ($20M Transit) - ARTHUR J GALLAGHER RMS INC | $ 118,333.33 |
| 8.38 | Insurance / Umbrella - THE HARTFORD | $ 8,954.67 |
| 8.39 | Insurance / Workers' Compensation - THE HARTFORD | $ 439,506.00 |
| 8.40 | PREPAID RETENTION BONUSES - EXECUTIVES | $ 952,380.95 |
| 8.41 | SERVICE - AB SCIEX LLC | $ 22,387.46 |
| 8.42 | SERVICE - BLUE MOUNTAIN QUALITY RESOURCE | $ 38,316.67 |
| 8.43 | SERVICE - CAERUS US 1 INC | $ 12,856.67 |
| 8.44 | SERVICE - CHEMTREC | $ 17,966.67 |
| 8.45 | SERVICE - DILIGENT CORPORATION | $ 2,297.30 |
| 8.46 | SERVICE - DILIGENT CORPORATION | $ 22,916.67 |
| 8.47 | SERVICE - DMD AMERICA INC | $ 17,333.33 |
| 8.48 | SERVICE - DOMINO AMJET =ORDER | $ 19,044.00 |
| 8.49 | SERVICE - DOSARREST INTERNET SECURITY LT | $ 9,600.00 |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 8.50 | SERVICE - FEDEGARI TECHNOLOGIES INC | $ | 19,324.17 |
| 8.51 | SERVICE - FEDEGARI TECHNOLOGIES INC | $ | 21,172.50 |
| 8.52 | SERVICE - GARTNER INC | $ | 2,241.67 |
| 8.53 | SERVICE - GP PHARMA SA (GDUFA Fees) | $ | 22,050.67 |
| 8.54 | SERVICE - GUIDEPOINT SECURITY =ORDER | $ | 2,109.70 |
| 8.55 | SERVICE - GUIDEPOINT SECURITY =ORDER | $ | 7,182.02 |
| 8.56 | SERVICE - GUIDEPOINT SECURITY =ORDER | $ | 12,500.00 |
| 8.57 | SERVICE - GUIDEPOINT SECURITY =ORDER | $ | 53,145.37 |
| 8.58 | SERVICE - GUIDEPOINT SECURITY =ORDER | $ | 42,370.70 |
| 8.59 | SERVICE - GUIDEPOINT SECURITY =ORDER | $ | 76,358.33 |
| 8.60 | SERVICE - HELPSYSTEMS =ORDER | $ | 12,488.38 |
| 8.61 | SERVICE - INDEED INC | $ | 6,000.00 |
| 8.62 | SERVICE - INFINITE TALENT INC | $ | 13,605.90 |
| 8.63 | SERVICE - INFORMATION & COMPUTING SERVIC | $ | 37,722.66 |
| 8.64 | SERVICE - INTEGRICHAIN INC | $ | 25,000.00 |
| 8.65 | SERVICE - INTRALINKS INC | $ | 90,316.80 |
| 8.66 | SERVICE - INTRALINKS INC | $ | 26,733.71 |
| 8.67 | SERVICE - LINKEDIN CORPORATION | $ | 49,175.00 |
| 8.68 | SERVICE - MALVERN PANALYTICAL =ORDER | $ | 27,205.37 |
| 8.69 | SERVICE - MALVERN PANALYTICAL =ORDER | $ | 8,943.46 |
| 8.70 | SERVICE - MEDPRO SYSTEMS LLC | $ | 6,250.00 |
| 8.71 | SERVICE - MICROAGE | $ | 3,039.77 |
| 8.72 | SERVICE - MICROAGE | $ | 5,943.36 |
| 8.73 | SERVICE - MICROAGE | $ | 156,969.92 |
| 8.74 | SERVICE - MICROAGE | $ | 11,294.82 |
| 8.75 | SERVICE - MICROAGE | $ | 17,348.56 |
| 8.76 | SERVICE - MICROAGE | $ | 3,444.20 |
| 8.77 | SERVICE - MICROAGE | $ | 7,891.86 |
| 8.78 | SERVICE - MICROAGE | $ | 17,723.80 |
| 8.79 | SERVICE - MICROAGE | $ | 46,891.28 |
| 8.80 | SERVICE - MICROAGE | $ | 8,433.68 |
| 8.81 | SERVICE - MICROAGE | $ | 5,514.23 |
| 8.82 | SERVICE - MICROAGE | $ | 7,357.56 |
| 8.83 | SERVICE - MICROAGE | $ | 8,483.38 |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

| Name | | |
|---|---|---|
| 8.84 SERVICE - MSSO NORTHROP GRUMMAN | $ | 3,512.63 |
| 8.85 SERVICE - NERAC INC | $ | 37,147.50 |
| 8.86 SERVICE - NTT =ORDER WAS DIMENSION DATA | $ | 1,322.33 |
| 8.87 SERVICE - OPTEL USA =ORDER | $ | 4,506.25 |
| 8.88 SERVICE - OPTEL USA =ORDER | $ | 8,250.00 |
| 8.89 SERVICE - ORACLE AMERICA INC | $ | 2,018.02 |
| 8.90 SERVICE - ORACLE AMERICA INC | $ | 3,816.42 |
| 8.91 SERVICE - ORACLE AMERICA INC | $ | 5,454.43 |
| 8.92 SERVICE - ORACLE AMERICA INC | $ | 4,478.83 |
| 8.93 SERVICE - ORACLE AMERICA INC | $ | 7,006.95 |
| 8.94 SERVICE - ORACLE AMERICA INC | $ | 12,477.94 |
| 8.95 SERVICE - ORTIV-Q3 RSRCH PVT LTD =R&D ON | $ | 15,250.00 |
| 8.96 SERVICE - PALL CORPORATION | $ | 9,697.82 |
| 8.97 SERVICE - QUANTUM =ORDER | $ | 3,215.95 |
| 8.98 SERVICE - REES SCIENTIFIC CORPORATION | $ | 5,192.63 |
| 8.99 SERVICE - SAFETYCALL INTERNATIONAL LLC | $ | 1,583.08 |
| 8.100 SERVICE - SALARY.COM LLC | $ | 11,500.00 |
| 8.101 SERVICE - SALESFORCE.COM INC | $ | 7,176.00 |
| 8.102 SERVICE - SCIENTEK SOFTWARE INC | $ | 5,595.83 |
| 8.103 SERVICE - SCIENTEK SOFTWARE INC | $ | 5,133.33 |
| 8.104 SERVICE - SCIENTEK SOFTWARE INC | $ | 6,383.33 |
| 8.105 SERVICE - SHIMADZU SCIENTIFIC =ORDER | $ | 23,647.51 |
| 8.106 SERVICE - SIEMENS INDUSTRY INC | $ | 3,464.42 |
| 8.107 SERVICE - SKAN US INC | $ | 9,166.67 |
| 8.108 SERVICE - SMARTERCOMMERCE (FORMER PREMIE | $ | 39,900.00 |
| 8.109 SERVICE - SNOWFLAKE INC =ORDER | $ | 3,333.33 |
| 8.110 SERVICE - SOLARWINDS | $ | 35,272.14 |
| 8.111 SERVICE - SOTAX | $ | 25,126.68 |
| 8.112 SERVICE - SSI SERVICES INC | $ | 23,052.66 |
| 8.113 SERVICE - STANDARD & POORS RATINGS SERVI | $ | 62,250.00 |
| 8.114 SERVICE - STEINER ELECTRIC CO | $ | 1,327.10 |
| 8.115 SERVICE - STERIGENICS OAKBROOK =ORDER (GDUFA) | $ | 12,514.67 |
| 8.116 SERVICE - SWISS CAP AG (GDUFA Fees) | $ | 14,700.67 |
| 8.117 SERVICE - THERMO ELECTRON NA =ORDER | $ | 8,127.03 |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 8.118 | SERVICE - THERMO ELECTRON NA =ORDER | $ | 3,291.63 |
| 8.119 | SERVICE - THERMO ELECTRON NA =ORDER | $ | 5,344.90 |
| 8.120 | SERVICE - THERMO ELECTRON NA =ORDER | $ | 40,500.02 |
| 8.121 | SERVICE - TRACE LINK INC | $ | 13,333.33 |
| 8.122 | SERVICE - TRANE COMPANY | $ | 47,964.00 |
| 8.123 | SERVICE - U S PHARMACOPEIAL =ORDER | $ | 1,000.00 |
| 8.124 | SERVICE - VEEVA SYSTEMS INC | $ | 11,066.67 |
| 8.125 | SERVICE - VEEVA SYSTEMS INC | $ | 7,840.00 |
| 8.126 | SERVICE - VEEVA SYSTEMS INC | $ | 385,336.00 |
| 8.127 | SERVICE - VERTEX INC | $ | 36,634.00 |
| 8.128 | SERVICE - VERTEX INC | $ | 9,937.58 |
| 8.129 | SERVICE - VISUAL LEASE LLC | $ | 1,109.17 |
| 8.130 | SERVICE - WONDERWARE NORTH | $ | 6,296.67 |
| 8.131 | SIGN-ON BONUSES - VARIOUS EMPLOYEES | $ | 46,208.25 |
| 8.132 | STATE INCOME TAXES - VARIOUS STATES | $ | 535,801.91 |
| 8.133 | TAXES - Town of Babylon | $ | 19,798.47 |
| 8.134 | TAXES - Town of Babylon | $ | 42,626.49 |
| 8.135 | TAXES - Town of Babylon | $ | 37,953.84 |
| 8.136 | TAXES - Town of Babylon | $ | 38,862.88 |
| 8.137 | TAXES - VILLAGE OF AMITYVILLE | $ | 9,835.80 |
| 8.138 | TAXES - VILLAGE OF AMITYVILLE | $ | 19,816.62 |
| 8.139 | TAXES - VILLAGE OF AMITYVILLE | $ | 19,877.15 |
| 8.140 | TAXES - VILLAGE OF AMITYVILLE | $ | 19,071.99 |
| 8.141 | FEES - FOOD AND DRUG ADMINISTRATION (GDUFA) | $ | 142,089.33 |
| 8.142 | FEES - FOOD AND DRUG ADMINISTRATION (GDUFA) | $ | 142,089.33 |
| 8.143 | FEES - FOOD AND DRUG ADMINISTRATION (GDUFA) | $ | 142,089.33 |
| 8.144 | FEES - MIKART INC (GDUFA Fees) | $ | 33,333.33 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 15,367,824.06

| Debtor: | Akorn Operating Company LLC | | Case number *(if known):* | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|---|

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | Current value |
|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Alcohol tax estimates | $ 39,510.00 | - $ | 0.00 | =.... ➜ | $ | 39,510.00 |
| 11a. | 90 days old or less: | Alcohol tax refunds due | $ 41,151.31 | - $ | 0.00 | =.... ➜ | $ | 41,151.31 |
| 11a. | 90 days old or less: | ANB & Accuristix Sales & COGS | $ 108,918.90 | - $ | 0.00 | =.... ➜ | $ | 108,918.90 |
| 11a. | 90 days old or less: | Gross AR 90 days or less | $ 157,716,181.25 | - $ | 51,970.27 | =.... ➜ | $ | 157,664,210.98 |
| 11a. | 90 days old or less: | Collection acct balance transfer | $ 2,357,002.42 | - $ | 0.00 | =.... ➜ | $ | 2,357,002.42 |
| 11a. | 90 days old or less: | January cash sweep | $ 885,315.51 | - $ | 0.00 | =.... ➜ | $ | 885,315.51 |
| 11a. | 90 days old or less: | Royalty receivable | $ 58,964.62 | - $ | 0.00 | =.... ➜ | $ | 58,964.62 |
| 11a. | 90 days old or less: | Thea receivable | $ 2,103,247.38 | - $ | 0.00 | =.... ➜ | $ | 2,103,247.38 |
| 11b. | Over 90 days old: | Gross AR over 90 days | $ 6,349,597.25 | - $ | 736,736.81 | =.... ➜ | $ | 5,612,860.44 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| $ | 168,871,181.56 |

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

---

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 Nicox SA - 4,217 shares | $ | Undetermined |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                  % of ownership:

| | | | |
|---|---|---|---|
| 15.1 Akorn Canada | 100% | $ | Undetermined |
| 15.2 Akorn SARL | 100% | $ | Undetermined |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 None | $ | |

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| $ | 0.00 |

---

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|
| | Name | | |

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Raw materials - Amityville | 12/2022 | $ 14,529,194.76 | | $ Undetermined |
| 19.2 Raw materials - Decatur | 12/2022 | $ 10,744,420.30 | | $ Undetermined |
| 19.3 Components - Amityville | 12/2022 | $ 12,000,969.05 | | $ Undetermined |
| 19.4 Components - Decatur | 12/2022 | $ 14,866,945.17 | | $ Undetermined |
| **20. Work in progress** | | | | |
| 20.1 Amityville | 12/2022 | $ 911,527.00 | | $ Undetermined |
| 20.2 Decatur | 12/2022 | $ 2,791,307.35 | | $ Undetermined |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Finished Goods - Decatur / Gurnee / Amityville | 12/2022 | $ 61,332,470.62 | | $ Undetermined |
| **22. Other inventory or supplies** | | | | |
| 22.1 Prepaid Inventory - Amityville | 12/2022 | $ 5,123.75 | | $ Undetermined |
| 22.2 Prepaid Spare Parts - Decatur | 12/2022 | $ 1,456,599.98 | | $ Undetermined |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| $ | 0.00 |

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor:    Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255
_____
Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   ☑ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

33. **Total of Part 6.**
   Add lines 28 through 32. Copy the total to line 85.

   $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
   ☐ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes.  Description _____   Book value $ _____   Valuation method _____   Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture and Fixtures - Amityville | $ 142,447.37 | | $ Undetermined |
| 39.2 Furniture and Fixtures - Cranbury | $ 0.00 | | $ Undetermined |
| 39.3 Furniture and Fixtures - Decatur | $ 701,811.76 | | $ Undetermined |
| 39.4 Furniture and Fixtures - Gurnee | $ 197,922.22 | | $ Undetermined |
| **40. Office fixtures** | | | |
| 40.1 See Note Below | $ | | $ |
| *Note: Balances inlcuded in A/B 39* | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Office Equipment, Computer Software, Computer EDP Systems - Amityville | $ 191,328.38 | | $ Undetermined |
| 41.2 Office Equipment, Computer Software, Computer EDP Systems - Cranberry | $ 0.00 | | $ Undetermined |
| 41.3 Office Equipment, Computer Software, Computer EDP Systems - Decatur | $ 377,621.62 | | $ Undetermined |
| 41.4 Office Equipment, Computer Software, Computer EDP Systems - Gurnee | $ 5,769,259.16 | | $ Undetermined |
| 41.5 Office Equipment, Computer Software, Computer EDP Systems - VH | $ 40,613.39 | | $ Undetermined |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2007 Ford L350 Van Vin: 1FBNE31L97DB15396 | $ 0.00 | | $ Undetermined |
| 47.2 2008 International Vin: 3HTMMAAL48N698896 | $ 0.00 | | $ Undetermined |
| 47.3 2012 International 4300 Box Vin: 3HAMMAAL7CL540694 | $ 2,488.89 | | $ Undetermined |
| 47.4 2016 International Truck Vin: 1HTMMMMM1GH207599 | $ 1,444.44 | | $ Undetermined |
| 47.5 2017 Hino 268-A Vin: 5PVNJ8JT9H4S57463 | $ 7,511.11 | | $ Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Machinery & Equipment - Amityville | $ 20,697,619.42 | | $ Undetermined |
| 50.2 Machinery & Equipment - Cranbury | $ 0.00 | | $ Undetermined |
| 50.3 Machinery & Equipment - Decatur | $ 25,273,577.11 | | $ Undetermined |
| 50.4 Machinery & Equipment - Gurnee | $ 2,703,347.52 | | $ Undetermined |
| 50.5 Machinery & Equipment - VH | $ 1,002,077.77 | | $ Undetermined |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Distribution - 5605 Centerpoint Ct., Gurnee, IL | Lease - Right of Use | $ 7,135,098.54 | | $ Undetermined |
| 55.2 Land - 10 Edison St., Amityville, NY | Owned Land | $ 400,000.00 | | $ Undetermined |
| 55.3 Land - 1222 W. Grand Avenue, Decatur, IL | Owned Land | $ 270,000.00 | | $ Undetermined |
| 55.4 Land - 13 Edison St., Amityville, NY | Owned Land | $ 760,000.00 | | $ Undetermined |
| 55.5 Land - 219 Dixon Ave., Amityville, NY | Owned Land | $ 90,000.00 | | $ Undetermined |
| 55.6 Land - 225 Dixon Ave., Amityville, NY | Owned Land | $ 235,000.00 | | $ Undetermined |
| 55.7 Land - 26 Edison St., Amityville, NY | Owned Land | $ 285,000.00 | | $ Undetermined |
| 55.8 Land - 369 Bayview Ave., Amityville, NY | Owned Land | $ 550,000.00 | | $ Undetermined |
| 55.9 R&D - 5 Cedarbrook Dr., Cranbury, NJ | Lease - Right of Use | $ 0.00 | | $ Undetermined |
| 55.10 R&D - 50 Lakeview Pkwy Ste 109A, Vernon Hills, IL | Lease - Right of Use | $ 101,314.81 | | $ Undetermined |
| 55.11 R&D - 50 Lakeview Pkwy Ste 109B, Vernon Hills, IL | Lease - Right of Use | $ 41,073.62 | | $ Undetermined |
| 55.12 R&D - 50 Lakeview Pkwy Ste 110-111, Vernon Hills, IL | Lease - Right of Use | $ 739,266.55 | | $ Undetermined |
| 55.13 R&D - 50 Lakeview Pkwy Ste 115, Vernon Hills, IL | Lease - Right of Use | $ 138,612.43 | | $ Undetermined |
| 55.14 Remote office - 2201 Waukegan Rd Suite 140, Bannockburn, IL | Lease - Right of Use | $ 77,157.17 | | $ Undetermined |
| 55.15 Various - Leasehold Improvements | Leasehold Improvements | $ 6,461,757.11 | | $ Undetermined |
| 55.16 Various - Owned Building Improvements | Owned Building Improvements | $ 75,039,504.55 | | $ Undetermined |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known):* 23-10255
_____

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Patent - Methods of Sterilizing Drugs Patent Number: 10426834 | $ 0.00 | | $ Undetermined |
| 60.2 Patent - Ready to Use Ephedrine Formulation and its Uses Thereof Patent Number: N/A | $ 0.00 | | $ Undetermined |
| 60.3 Patent - Stable Pentobarbital Formulation Patent Number: 9517269 | $ 0.00 | | $ Undetermined |
| 60.4 Trademark - AK-BETAX[13] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.5 Trademark - AK-BRIMON[14] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.6 Trademark - AK-CMC[15] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.7 Trademark - AK-CROMO[16] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.8 Trademark - AK-DRAZINE[17] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.9 Trademark - AK-FLUOR Registration Number: 1464246 | $ 0.00 | | $ Undetermined |
| 60.10 Trademark - AKGENTA[25] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.11 Trademark - AK-KETOR[18] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.12 Trademark - AK-LATAN[19] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.13 Trademark - AK-MELLO[20] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.14 Trademark - AK-NAPHALIN[21] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.15 Trademark - AK-NEO-P[22] Registration Number: [N/A] | $ 0.00 | | $ Undetermined |
| 60.16 Trademark - AKORN (IR) Registration Number: 1063094 | $ 0.00 | | $ Undetermined |
| 60.17 Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | | $ Undetermined |
| 60.18 Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | | $ Undetermined |
| 60.19 Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | | $ Undetermined |
| 60.20 Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | | $ Undetermined |
| 60.21 Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | | $ Undetermined |
| 60.22 Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | | $ Undetermined |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 60.23 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.24 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.25 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.26 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.27 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.28 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.29 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.30 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.31 | Trademark - AKORN (IR) Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.32 | Trademark - AKORN (IR) Registration Number: 1833553 | $ 0.00 | $ Undetermined |
| 60.33 | Trademark - AKORN (IR) Registration Number: 292976 (IR No. 1336041) | $ 0.00 | $ Undetermined |
| 60.34 | Trademark - AKORN (IR) Registration Number: 40201705310P | $ 0.00 | $ Undetermined |
| 60.35 | Trademark - AKORN Registration Number: [N/A] | $ 0.00 | $ Undetermined |
| 60.36 | Trademark - AKORN Registration Number: [N/A] | $ 0.00 | $ Undetermined |
| 60.37 | Trademark - AKORN Registration Number: 1336041 | $ 0.00 | $ Undetermined |
| 60.38 | Trademark - AKORN Registration Number: 1437028411[36] | $ 0.00 | $ Undetermined |
| 60.39 | Trademark - AKORN Registration Number: 149710[9] | $ 0.00 | $ Undetermined |
| 60.40 | Trademark - AKORN Registration Number: 152944 [11] | $ 0.00 | $ Undetermined |
| 60.41 | Trademark - AKORN Registration Number: 16398 | $ 0.00 | $ Undetermined |
| 60.42 | Trademark - AKORN Registration Number: 176515 | $ 0.00 | $ Undetermined |
| 60.43 | Trademark - AKORN Registration Number: 1856945 | $ 0.00 | $ Undetermined |
| 60.44 | Trademark - AKORN Registration Number: 191104966 | $ 0.00 | $ Undetermined |
| 60.45 | Trademark - AKORN Registration Number: 2016067189 | $ 0.00 | $ Undetermined |
| 60.46 | Trademark - AKORN Registration Number: 202646[2] | $ 0.00 | $ Undetermined |
| 60.47 | Trademark - AKORN Registration Number: 211594 [37] | $ 0.00 | $ Undetermined |
| 60.48 | Trademark - AKORN Registration Number: 21362 | $ 0.00 | $ Undetermined |
| 60.49 | Trademark - AKORN Registration Number: 229620 | $ 0.00 | $ Undetermined |
| 60.50 | Trademark - AKORN Registration Number: 253351-01 | $ 0.00 | $ Undetermined |
| 60.51 | Trademark - AKORN Registration Number: 261898 | $ 0.00 | $ Undetermined |

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*   23-10255

| Name | | | | |
|------|---|---|---|---|
| 60.52 | Trademark - AKORN Registration Number: 261950[7] | $ 0.00 | $ | Undetermined |
| 60.53 | Trademark - AKORN Registration Number: 303911643 | $ 0.00 | $ | Undetermined |
| 60.54 | Trademark - AKORN Registration Number: 3774019 | $ 0.00 | $ | Undetermined |
| 60.55 | Trademark - AKORN Registration Number: 441.15 | $ 0.00 | $ | Undetermined |
| 60.56 | Trademark - AKORN Registration Number: 5076962 | $ 0.00 | $ | Undetermined |
| 60.57 | Trademark - AKORN Registration Number: 77345 | $ 0.00 | $ | Undetermined |
| 60.58 | Trademark - AKORN Registration Number: 94117[10] | $ 0.00 | $ | Undetermined |
| 60.59 | Trademark - AKORN Registration Number: 99676 | $ 0.00 | $ | Undetermined |
| 60.60 | Trademark - AKORN Registration Number: BW/M/2016/00839[3] | $ 0.00 | $ | Undetermined |
| 60.61 | Trademark - AKORN Registration Number: FTM/7428/2019[8] | $ 0.00 | $ | Undetermined |
| 60.62 | Trademark - AKORN Registration Number: IDM000685284 | $ 0.00 | $ | Undetermined |
| 60.63 | Trademark - AKORN Registration Number: TMA 987817 | $ 0.00 | $ | Undetermined |
| 60.64 | Trademark - AKORN ROLAC[27] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.65 | Trademark - AKORN[12] Registration Number: 201665274 | $ 0.00 | $ | Undetermined |
| 60.66 | Trademark - AKORN[26] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.67 | Trademark - AKORN[38] Registration Number: UK00801336041 | $ 0.00 | $ | Undetermined |
| 60.68 | Trademark - AKORNAPH[28] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.69 | Trademark - AKORNBET[29] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.70 | Trademark - AKORNCROM[30] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.71 | Trademark - AKORNFENAC[31] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.72 | Trademark - AKORNTEARS[32] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.73 | Trademark - AKORNTIFEN[33] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.74 | Trademark - AKORNTIMOL[34] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.75 | Trademark - AKORNTRIX[35] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.76 | Trademark - AK-TEARS[23] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.77 | Trademark - AK-TIFEN[24] Registration Number: [N/A] | $ 0.00 | $ | Undetermined |
| 60.78 | Trademark - AKWA TEARS Registration Number: N/A | $ 0.00 | $ | Undetermined |
| 60.79 | Trademark - AMICAR Registration Number: 729648 | $ 0.00 | $ | Undetermined |
| 60.80 | Trademark - ANASED Registration Number: 1589685 | $ 0.00 | $ | Undetermined |

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

| | Name | | |
|---|---|---|---|
| 60.81 | Trademark - ANASED Registration Number: TMA 526130 | $ 0.00 | $ Undetermined |
| 60.82 | Trademark - BUTORPHIC Registration Number: 3648627 | $ 0.00 | $ Undetermined |
| 60.83 | Trademark - CAPASTAT Registration Number: 808363 | $ 0.00 | $ Undetermined |
| 60.84 | Trademark - CAPASTAT Registration Number: TMA147966 | $ 0.00 | $ Undetermined |
| 60.85 | Trademark - CHOICE DM Registration Number: TMA535139 | $ 0.00 | $ Undetermined |
| 60.86 | Trademark - DETOMISED Registration Number: N/A | $ 0.00 | $ Undetermined |
| 60.87 | Trademark - DIOCAINE[4] Registration Number: TMA434697 | $ 0.00 | $ Undetermined |
| 60.88 | Trademark - DIOPTIC[6] Registration Number: TMA434702 | $ 0.00 | $ Undetermined |
| 60.89 | Trademark - EYE RX DIRECT and Design Registration Number: 5296978 | $ 0.00 | $ Undetermined |
| 60.90 | Trademark - FLURESS (Stylized) Registration Number: 789323 | $ 0.00 | $ Undetermined |
| 60.91 | Trademark - GENTAK Registration Number: 1464244 | $ 0.00 | $ Undetermined |
| 60.92 | Trademark - IC-GREEN Registration Number: 2189196 | $ 0.00 | $ Undetermined |
| 60.93 | Trademark - IC-GREEN Registration Number: 39729824 | $ 0.00 | $ Undetermined |
| 60.94 | Trademark - IC-GREEN Registration Number: 447511 | $ 0.00 | $ Undetermined |
| 60.95 | Trademark - IC-GREEN Registration Number: 794028 | $ 0.00 | $ Undetermined |
| 60.96 | Trademark - IC-GREEN Registration Number: 97684025 | $ 0.00 | $ Undetermined |
| 60.97 | Trademark - IC-GREEN Registration Number: TMA 531645 | $ 0.00 | $ Undetermined |
| 60.98 | Trademark - IC-GREEN Registration Number: VR199703234 | $ 0.00 | $ Undetermined |
| 60.99 | Trademark - INAPSINE Registration Number: 783911 | $ 0.00 | $ Undetermined |
| 60.100 | Trademark - INSPIRE DESIGN Registration Number: 2578526 | $ 0.00 | $ Undetermined |
| 60.101 | Trademark - INSPIRE[39] Registration Number: 2578523 | $ 0.00 | $ Undetermined |
| 60.102 | Trademark - MYORISAN Registration Number: 4199023 | $ 0.00 | $ Undetermined |
| 60.103 | Trademark - MYORISAN Registration Number: TMA 1031869 | $ 0.00 | $ Undetermined |
| 60.104 | Trademark - NEMBUTAL Registration Number: 285003 | $ 0.00 | $ Undetermined |
| 60.105 | Trademark - NEMBUTAL Registration Number: UCA17215 | $ 0.00 | $ Undetermined |
| 60.106 | Trademark - PAREMYD Registration Number: 2775998 | $ 0.00 | $ Undetermined |
| 60.107 | Trademark - PROPOSED Registration Number: N/A | $ 0.00 | $ Undetermined |

Debtor: Akorn Operating Company LLC                                        Case number *(if known)*: 23-10255

| Name | | |
|---|---|---|
| 60.108 | Trademark - TEARS RENEWED Registration Number: N/A | $ 0.00 | $ Undetermined |
| 60.109 | Trademark - TOLAZINE Registration Number: 2905937 | $ 0.00 | $ Undetermined |
| 60.110 | Trademark - VERSAPHARM INCORPORATED X and Design Registration Number: 2685550 | $ 0.00 | $ Undetermined |
| 60.111 | Trademark - VETAKET Registration Number: 1803032 | $ 0.00 | $ Undetermined |
| 60.112 | Trademark - YOBINE Registration Number: 1587410 | $ 0.00 | $ Undetermined |

**61.  Internet domain names and websites**

| | | | |
|---|---|---|---|
| 61.1 | aboutcetrorelix.com | $ 0.00 | $ Undetermined |
| 61.2 | akfluor.com | $ 0.00 | $ Undetermined |
| 61.3 | akorn.asia | $ 0.00 | $ Undetermined |
| 61.4 | akorn.biz | $ 0.00 | $ Undetermined |
| 61.5 | akorn.ch | $ 0.00 | $ Undetermined |
| 61.6 | akorn.com | $ 0.00 | $ Undetermined |
| 61.7 | akorn.direct | $ 0.00 | $ Undetermined |
| 61.8 | akorn.global | $ 0.00 | $ Undetermined |
| 61.9 | akorn.in | $ 0.00 | $ Undetermined |
| 61.10 | akorn.info | $ 0.00 | $ Undetermined |
| 61.11 | akorn.me | $ 0.00 | $ Undetermined |
| 61.12 | akorn.mobi | $ 0.00 | $ Undetermined |
| 61.13 | akorn.news | $ 0.00 | $ Undetermined |
| 61.14 | akorn.online | $ 0.00 | $ Undetermined |
| 61.15 | akorn.site | $ 0.00 | $ Undetermined |
| 61.16 | akorn.website | $ 0.00 | $ Undetermined |
| 61.17 | akornacute.com | $ 0.00 | $ Undetermined |
| 61.18 | akornacute.info | $ 0.00 | $ Undetermined |
| 61.19 | akornacute.net | $ 0.00 | $ Undetermined |
| 61.20 | akornanimal.com | $ 0.00 | $ Undetermined |
| 61.21 | akornanimal.net | $ 0.00 | $ Undetermined |
| 61.22 | akornanimalhealth.com | $ 0.00 | $ Undetermined |
| 61.23 | akornbusiness.com | $ 0.00 | $ Undetermined |
| 61.24 | akornbusiness.net | $ 0.00 | $ Undetermined |
| 61.25 | akorncetrorelix.com | $ 0.00 | $ Undetermined |
| 61.26 | akorncmo.com | $ 0.00 | $ Undetermined |
| 61.27 | akorncmo.net | $ 0.00 | $ Undetermined |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 61.28 akorncompany.com | $ | 0.00 | $ | Undetermined |
| 61.29 akorncompany.net | $ | 0.00 | $ | Undetermined |
| 61.30 akornconsumerhealth.com | $ | 0.00 | $ | Undetermined |
| 61.31 akornconsumerhealthproducts.com | $ | 0.00 | $ | Undetermined |
| 61.32 akorncontract.com | $ | 0.00 | $ | Undetermined |
| 61.33 akorncontract.net | $ | 0.00 | $ | Undetermined |
| 61.34 akorndirect.com | $ | 0.00 | $ | Undetermined |
| 61.35 akorndrugs.asia | $ | 0.00 | $ | Undetermined |
| 61.36 akorndrugs.ch | $ | 0.00 | $ | Undetermined |
| 61.37 akorndrugs.com | $ | 0.00 | $ | Undetermined |
| 61.38 akorndrugs.global | $ | 0.00 | $ | Undetermined |
| 61.39 akorndrugs.in | $ | 0.00 | $ | Undetermined |
| 61.40 akorndrugs.info | $ | 0.00 | $ | Undetermined |
| 61.41 akorndrugs.net | $ | 0.00 | $ | Undetermined |
| 61.42 akorndrugs.news | $ | 0.00 | $ | Undetermined |
| 61.43 akorndrugs.us | $ | 0.00 | $ | Undetermined |
| 61.44 akorneyecare.com | $ | 0.00 | $ | Undetermined |
| 61.45 akorneyedirect.com | $ | 0.00 | $ | Undetermined |
| 61.46 akorneyerxdirect.com | $ | 0.00 | $ | Undetermined |
| 61.47 akornfertility.com | $ | 0.00 | $ | Undetermined |
| 61.48 akorngenerics.com | $ | 0.00 | $ | Undetermined |
| 61.49 akorngenerics.net | $ | 0.00 | $ | Undetermined |
| 61.50 akornglobal.com | $ | 0.00 | $ | Undetermined |
| 61.51 akornglobal.net | $ | 0.00 | $ | Undetermined |
| 61.52 akornglucoma.com | $ | 0.00 | $ | Undetermined |
| 61.53 akornglucoma.net | $ | 0.00 | $ | Undetermined |
| 61.54 akorninc.asia | $ | 0.00 | $ | Undetermined |
| 61.55 akorninc.biz | $ | 0.00 | $ | Undetermined |
| 61.56 akorninc.ch | $ | 0.00 | $ | Undetermined |
| 61.57 akorninc.global | $ | 0.00 | $ | Undetermined |
| 61.58 akorninc.in | $ | 0.00 | $ | Undetermined |
| 61.59 akorninc.info | $ | 0.00 | $ | Undetermined |
| 61.60 akorninc.me | $ | 0.00 | $ | Undetermined |
| 61.61 akorninc.mobi | $ | 0.00 | $ | Undetermined |

Debtor:  Akorn Operating Company LLC                                                    Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 61.62 akorninc.net | $ | 0.00 | $ | Undetermined |
| 61.63 akorninc.news | $ | 0.00 | $ | Undetermined |
| 61.64 akorninc.online | $ | 0.00 | $ | Undetermined |
| 61.65 akorninc.org | $ | 0.00 | $ | Undetermined |
| 61.66 akorninc.site | $ | 0.00 | $ | Undetermined |
| 61.67 akorninc.us | $ | 0.00 | $ | Undetermined |
| 61.68 akorninc.website | $ | 0.00 | $ | Undetermined |
| 61.69 akornindia.asia | $ | 0.00 | $ | Undetermined |
| 61.70 akornindia.biz | $ | 0.00 | $ | Undetermined |
| 61.71 akornindia.ch | $ | 0.00 | $ | Undetermined |
| 61.72 akornindia.co.in | $ | 0.00 | $ | Undetermined |
| 61.73 akornindia.com | $ | 0.00 | $ | Undetermined |
| 61.74 akornindia.global | $ | 0.00 | $ | Undetermined |
| 61.75 akornindia.info | $ | 0.00 | $ | Undetermined |
| 61.76 akornindia.me | $ | 0.00 | $ | Undetermined |
| 61.77 akornindia.mobi | $ | 0.00 | $ | Undetermined |
| 61.78 akornindia.net | $ | 0.00 | $ | Undetermined |
| 61.79 akornindia.news | $ | 0.00 | $ | Undetermined |
| 61.80 akornindia.online | $ | 0.00 | $ | Undetermined |
| 61.81 akornindia.org | $ | 0.00 | $ | Undetermined |
| 61.82 akornindia.site | $ | 0.00 | $ | Undetermined |
| 61.83 akornindia.us | $ | 0.00 | $ | Undetermined |
| 61.84 akornindia.website | $ | 0.00 | $ | Undetermined |
| 61.85 akornindia.xyz | $ | 0.00 | $ | Undetermined |
| 61.86 akorninsider.com | $ | 0.00 | $ | Undetermined |
| 61.87 akorninternational.com | $ | 0.00 | $ | Undetermined |
| 61.88 akorninternational.net | $ | 0.00 | $ | Undetermined |
| 61.89 akornmanufacturer.com | $ | 0.00 | $ | Undetermined |
| 61.90 akornmanufacturer.global | $ | 0.00 | $ | Undetermined |
| 61.91 akornmanufacturer.in | $ | 0.00 | $ | Undetermined |
| 61.92 akornmanufacturer.net | $ | 0.00 | $ | Undetermined |
| 61.93 akornmanufacturer.us | $ | 0.00 | $ | Undetermined |
| 61.94 akornnasdaq.com | $ | 0.00 | $ | Undetermined |
| 61.95 akornnasdaq.net | $ | 0.00 | $ | Undetermined |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 61.96 akornophthalmic.com | $ | 0.00 | $ Undetermined |
| 61.97 akornophthalmic.net | $ | 0.00 | $ Undetermined |
| 61.98 akornpharma.asia | $ | 0.00 | $ Undetermined |
| 61.99 akornpharma.biz | $ | 0.00 | $ Undetermined |
| 61.100 akornpharma.ch | $ | 0.00 | $ Undetermined |
| 61.101 akornpharma.com | $ | 0.00 | $ Undetermined |
| 61.102 akornpharma.global | $ | 0.00 | $ Undetermined |
| 61.103 akornpharma.in | $ | 0.00 | $ Undetermined |
| 61.104 akornpharma.info | $ | 0.00 | $ Undetermined |
| 61.105 akornpharma.me | $ | 0.00 | $ Undetermined |
| 61.106 akornpharma.mobi | $ | 0.00 | $ Undetermined |
| 61.107 akornpharma.net | $ | 0.00 | $ Undetermined |
| 61.108 akornpharma.news | $ | 0.00 | $ Undetermined |
| 61.109 akornpharma.online | $ | 0.00 | $ Undetermined |
| 61.110 akornpharma.org | $ | 0.00 | $ Undetermined |
| 61.111 akornpharma.site | $ | 0.00 | $ Undetermined |
| 61.112 akornpharma.us | $ | 0.00 | $ Undetermined |
| 61.113 akornpharma.website | $ | 0.00 | $ Undetermined |
| 61.114 akornpharmaceutical.asia | $ | 0.00 | $ Undetermined |
| 61.115 akornpharmaceutical.biz | $ | 0.00 | $ Undetermined |
| 61.116 akornpharmaceutical.ch | $ | 0.00 | $ Undetermined |
| 61.117 akornpharmaceutical.com | $ | 0.00 | $ Undetermined |
| 61.118 akornpharmaceutical.global | $ | 0.00 | $ Undetermined |
| 61.119 akornpharmaceutical.in | $ | 0.00 | $ Undetermined |
| 61.120 akornpharmaceutical.info | $ | 0.00 | $ Undetermined |
| 61.121 akornpharmaceutical.me | $ | 0.00 | $ Undetermined |
| 61.122 akornpharmaceutical.mobi | $ | 0.00 | $ Undetermined |
| 61.123 akornpharmaceutical.net | $ | 0.00 | $ Undetermined |
| 61.124 akornpharmaceutical.news | $ | 0.00 | $ Undetermined |
| 61.125 akornpharmaceutical.online | $ | 0.00 | $ Undetermined |
| 61.126 akornpharmaceutical.org | $ | 0.00 | $ Undetermined |
| 61.127 akornpharmaceutical.site | $ | 0.00 | $ Undetermined |
| 61.128 akornpharmaceutical.us | $ | 0.00 | $ Undetermined |
| 61.129 akornpharmaceutical.website | $ | 0.00 | $ Undetermined |

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*: 23-10255

| | Name | | | | |
|---|---|---|---|---|---|
| 61.130 | akornpharmaceuticals.asia | $ | 0.00 | $ | Undetermined |
| 61.131 | akornpharmaceuticals.biz | $ | 0.00 | $ | Undetermined |
| 61.132 | akornpharmaceuticals.ch | $ | 0.00 | $ | Undetermined |
| 61.133 | akornpharmaceuticals.com | $ | 0.00 | $ | Undetermined |
| 61.134 | akornpharmaceuticals.global | $ | 0.00 | $ | Undetermined |
| 61.135 | akornpharmaceuticals.in | $ | 0.00 | $ | Undetermined |
| 61.136 | akornpharmaceuticals.info | $ | 0.00 | $ | Undetermined |
| 61.137 | akornpharmaceuticals.me | $ | 0.00 | $ | Undetermined |
| 61.138 | akornpharmaceuticals.mobi | $ | 0.00 | $ | Undetermined |
| 61.139 | akornpharmaceuticals.net | $ | 0.00 | $ | Undetermined |
| 61.140 | akornpharmaceuticals.news | $ | 0.00 | $ | Undetermined |
| 61.141 | akornpharmaceuticals.online | $ | 0.00 | $ | Undetermined |
| 61.142 | akornpharmaceuticals.org | $ | 0.00 | $ | Undetermined |
| 61.143 | akornpharmaceuticals.site | $ | 0.00 | $ | Undetermined |
| 61.144 | akornpharmaceuticals.us | $ | 0.00 | $ | Undetermined |
| 61.145 | akornpharmaceuticals.website | $ | 0.00 | $ | Undetermined |
| 61.146 | akornproducts.com | $ | 0.00 | $ | Undetermined |
| 61.147 | akornproducts.net | $ | 0.00 | $ | Undetermined |
| 61.148 | akornretail.com | $ | 0.00 | $ | Undetermined |
| 61.149 | akornretail.net | $ | 0.00 | $ | Undetermined |
| 61.150 | akornrx.com | $ | 0.00 | $ | Undetermined |
| 61.151 | akornrx.net | $ | 0.00 | $ | Undetermined |
| 61.152 | akornsterile.com | $ | 0.00 | $ | Undetermined |
| 61.153 | akornsterile.net | $ | 0.00 | $ | Undetermined |
| 61.154 | akorntdvaccine.com | $ | 0.00 | $ | Undetermined |
| 61.155 | akorntest.com | $ | 0.00 | $ | Undetermined |
| 61.156 | akornunitdose.com | $ | 0.00 | $ | Undetermined |
| 61.157 | akornunitdose.net | $ | 0.00 | $ | Undetermined |
| 61.158 | akornvirtualbooth.com | $ | 0.00 | $ | Undetermined |
| 61.159 | akrxnews.com | $ | 0.00 | $ | Undetermined |
| 61.160 | akrxnews.net | $ | 0.00 | $ | Undetermined |
| 61.161 | amicar.org | $ | 0.00 | $ | Undetermined |
| 61.162 | aminocaproic.com | $ | 0.00 | $ | Undetermined |
| 61.163 | cetrorelixinjectable.com | $ | 0.00 | $ | Undetermined |

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| | | | | |
|---|---|---|---|---|
| 61.164 | cetrorelixinjection.com | $ | 0.00 | $ Undetermined |
| 61.165 | cetrorelixrx.com | $ | 0.00 | $ Undetermined |
| 61.166 | choicediabeteskit.com | $ | 0.00 | $ Undetermined |
| 61.167 | choicediabeteskit.net | $ | 0.00 | $ Undetermined |
| 61.168 | choicedm.biz | $ | 0.00 | $ Undetermined |
| 61.169 | choicedm.com | $ | 0.00 | $ Undetermined |
| 61.170 | choicedm.info | $ | 0.00 | $ Undetermined |
| 61.171 | choicedm.net | $ | 0.00 | $ Undetermined |
| 61.172 | choicedm.org | $ | 0.00 | $ Undetermined |
| 61.173 | choicedm.us | $ | 0.00 | $ Undetermined |
| 61.174 | clindamycinpremix.com | $ | 0.00 | $ Undetermined |
| 61.175 | cloverpharmaceutical.com | $ | 0.00 | $ Undetermined |
| 61.176 | cloverpharmaceuticals.com | $ | 0.00 | $ Undetermined |
| 61.177 | coldbuster.com | $ | 0.00 | $ Undetermined |
| 61.178 | covenantpharma.com | $ | 0.00 | $ Undetermined |
| 61.179 | demeclocycline.com | $ | 0.00 | $ Undetermined |
| 61.180 | diabeticproducts.com | $ | 0.00 | $ Undetermined |
| 61.181 | diabetidern.com | $ | 0.00 | $ Undetermined |
| 61.182 | diabetiproducts.com | $ | 0.00 | $ Undetermined |
| 61.183 | doxycyclinerx.com | $ | 0.00 | $ Undetermined |
| 61.184 | ethambutolrx.com | $ | 0.00 | $ Undetermined |
| 61.185 | ethosuximiderx.com | $ | 0.00 | $ Undetermined |
| 61.186 | glaucomaproducts.com | $ | 0.00 | $ Undetermined |
| 61.187 | glaucomaproducts.net | $ | 0.00 | $ Undetermined |
| 61.188 | healthcareprods.com | $ | 0.00 | $ Undetermined |
| 61.189 | healthcareprods.info | $ | 0.00 | $ Undetermined |
| 61.190 | healthcareproducts.co | $ | 0.00 | $ Undetermined |
| 61.191 | healthcareproducts.us.com | $ | 0.00 | $ Undetermined |
| 61.192 | hemophiliameds.com | $ | 0.00 | $ Undetermined |
| 61.193 | hitechpharm.asia | $ | 0.00 | $ Undetermined |
| 61.194 | hitechpharm.biz | $ | 0.00 | $ Undetermined |
| 61.195 | hitechpharm.br.com | $ | 0.00 | $ Undetermined |
| 61.196 | hitechpharm.bz | $ | 0.00 | $ Undetermined |
| 61.197 | hitechpharm.cc | $ | 0.00 | $ Undetermined |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 61.198 hitechpharm.cn | $ | 0.00 | $ | Undetermined |
| 61.199 hitechpharm.cn.com | $ | 0.00 | $ | Undetermined |
| 61.200 hitechpharm.co | $ | 0.00 | $ | Undetermined |
| 61.201 hitechpharm.co.uk | $ | 0.00 | $ | Undetermined |
| 61.202 hitechpharm.com | $ | 0.00 | $ | Undetermined |
| 61.203 hitechpharm.com.cn | $ | 0.00 | $ | Undetermined |
| 61.204 hitechpharm.com.tw | $ | 0.00 | $ | Undetermined |
| 61.205 hitechpharm.de.com | $ | 0.00 | $ | Undetermined |
| 61.206 hitechpharm.eu | $ | 0.00 | $ | Undetermined |
| 61.207 hitechpharm.eu.com | $ | 0.00 | $ | Undetermined |
| 61.208 hitechpharm.jpn.com | $ | 0.00 | $ | Undetermined |
| 61.209 hitechpharm.net | $ | 0.00 | $ | Undetermined |
| 61.210 hitechpharm.org | $ | 0.00 | $ | Undetermined |
| 61.211 hitechpharm.ru.com | $ | 0.00 | $ | Undetermined |
| 61.212 hitechpharm.tw | $ | 0.00 | $ | Undetermined |
| 61.213 hitechpharm.uk.com | $ | 0.00 | $ | Undetermined |
| 61.214 hitechpharm.uk.net | $ | 0.00 | $ | Undetermined |
| 61.215 hitechpharm.us | $ | 0.00 | $ | Undetermined |
| 61.216 hitechpharm.us.com | $ | 0.00 | $ | Undetermined |
| 61.217 hitechpharmacal.cn | $ | 0.00 | $ | Undetermined |
| 61.218 hitechpharmacal.co | $ | 0.00 | $ | Undetermined |
| 61.219 hitechpharmacal.com | $ | 0.00 | $ | Undetermined |
| 61.220 hi-techpharmacal.com | $ | 0.00 | $ | Undetermined |
| 61.221 hitechpharmacal.com.cn | $ | 0.00 | $ | Undetermined |
| 61.222 hitechpharmacal.us | $ | 0.00 | $ | Undetermined |
| 61.223 hitechpharmacalco.com | $ | 0.00 | $ | Undetermined |
| 61.224 hi-techpharmacalco.com | $ | 0.00 | $ | Undetermined |
| 61.225 icginjection.com | $ | 0.00 | $ | Undetermined |
| 61.226 ic-green.net | $ | 0.00 | $ | Undetermined |
| 61.227 isonarif.biz | $ | 0.00 | $ | Undetermined |
| 61.228 isonarif.com | $ | 0.00 | $ | Undetermined |
| 61.229 isonarif.info | $ | 0.00 | $ | Undetermined |
| 61.230 isonarif.net | $ | 0.00 | $ | Undetermined |
| 61.231 isonarif.org | $ | 0.00 | $ | Undetermined |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 61.232 isonarif.tv | $ | 0.00 | $ Undetermined |
| 61.233 isonarif.us | $ | 0.00 | $ Undetermined |
| 61.234 isoniazidrx.com | $ | 0.00 | $ Undetermined |
| 61.235 kosherdrug.store | $ | 0.00 | $ Undetermined |
| 61.236 kosherdrugstore.com | $ | 0.00 | $ Undetermined |
| 61.237 loganpharma.com | $ | 0.00 | $ Undetermined |
| 61.238 maginex-us.com | $ | 0.00 | $ Undetermined |
| 61.239 mgdeficiency.com | $ | 0.00 | $ Undetermined |
| 61.240 miriesgodediabetes.com | $ | 0.00 | $ Undetermined |
| 61.241 myakorn.asia | $ | 0.00 | $ Undetermined |
| 61.242 myakorn.ch | $ | 0.00 | $ Undetermined |
| 61.243 myakorn.com | $ | 0.00 | $ Undetermined |
| 61.244 myakorn.global | $ | 0.00 | $ Undetermined |
| 61.245 myakorn.in | $ | 0.00 | $ Undetermined |
| 61.246 myakorn.info | $ | 0.00 | $ Undetermined |
| 61.247 myakorn.mobi | $ | 0.00 | $ Undetermined |
| 61.248 myakorn.net | $ | 0.00 | $ Undetermined |
| 61.249 myakorn.news | $ | 0.00 | $ Undetermined |
| 61.250 myakorn.online | $ | 0.00 | $ Undetermined |
| 61.251 myakorn.us | $ | 0.00 | $ Undetermined |
| 61.252 myakorneyecare.com | $ | 0.00 | $ Undetermined |
| 61.253 mycetrorelix.com | $ | 0.00 | $ Undetermined |
| 61.254 myorisan.com | $ | 0.00 | $ Undetermined |
| 61.255 myorisan.net | $ | 0.00 | $ Undetermined |
| 61.256 mytdvaccine.com | $ | 0.00 | $ Undetermined |
| 61.257 nasal-ease.biz | $ | 0.00 | $ Undetermined |
| 61.258 nasal-ease.com | $ | 0.00 | $ Undetermined |
| 61.259 nasal-ease.info | $ | 0.00 | $ Undetermined |
| 61.260 nasal-ease.net | $ | 0.00 | $ Undetermined |
| 61.261 nasal-ease.org | $ | 0.00 | $ Undetermined |
| 61.262 nasal-ease.us | $ | 0.00 | $ Undetermined |
| 61.263 nasaleaseallergy.biz | $ | 0.00 | $ Undetermined |
| 61.264 nasaleaseallergy.com | $ | 0.00 | $ Undetermined |
| 61.265 nasaleaseallergy.info | $ | 0.00 | $ Undetermined |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 61.266 nasaleaseallergy.mobi | $ | 0.00 | $ | Undetermined |
| 61.267 nasaleaseallergy.net | $ | 0.00 | $ | Undetermined |
| 61.268 nasaleaseallergy.org | $ | 0.00 | $ | Undetermined |
| 61.269 nasaleaseallergy.us | $ | 0.00 | $ | Undetermined |
| 61.270 nasaleaseblocker.biz | $ | 0.00 | $ | Undetermined |
| 61.271 nasaleaseblocker.com | $ | 0.00 | $ | Undetermined |
| 61.272 nasaleaseblocker.info | $ | 0.00 | $ | Undetermined |
| 61.273 nasaleaseblocker.mobi | $ | 0.00 | $ | Undetermined |
| 61.274 nasaleaseblocker.net | $ | 0.00 | $ | Undetermined |
| 61.275 nasaleaseblocker.org | $ | 0.00 | $ | Undetermined |
| 61.276 nasaleaseblocker.site | $ | 0.00 | $ | Undetermined |
| 61.277 nasaleaseblocker.us | $ | 0.00 | $ | Undetermined |
| 61.278 nembutal.com | $ | 0.00 | $ | Undetermined |
| 61.279 nembutal.net | $ | 0.00 | $ | Undetermined |
| 61.280 nembutalsodium.com | $ | 0.00 | $ | Undetermined |
| 61.281 oakpharmaceuticals.com | $ | 0.00 | $ | Undetermined |
| 61.282 oltapharma.com | $ | 0.00 | $ | Undetermined |
| 61.283 oltapharma.net | $ | 0.00 | $ | Undetermined |
| 61.284 oltapharmaceuticals.com | $ | 0.00 | $ | Undetermined |
| 61.285 oltapharmaceuticals.net | $ | 0.00 | $ | Undetermined |
| 61.286 oratane.com | $ | 0.00 | $ | Undetermined |
| 61.287 paremyd.com | $ | 0.00 | $ | Undetermined |
| 61.288 pentobarbital.net | $ | 0.00 | $ | Undetermined |
| 61.289 phenylephrinehcl.com | $ | 0.00 | $ | Undetermined |
| 61.290 phenylephrinesolution.com | $ | 0.00 | $ | Undetermined |
| 61.291 pyrazinamide.com | $ | 0.00 | $ | Undetermined |
| 61.292 pyridoxinevb6.com | $ | 0.00 | $ | Undetermined |
| 61.293 rifampinrx.com | $ | 0.00 | $ | Undetermined |
| 61.294 rxeyedirect.com | $ | 0.00 | $ | Undetermined |
| 61.295 tbmeds.com | $ | 0.00 | $ | Undetermined |
| 61.296 tdvaccine.com | $ | 0.00 | $ | Undetermined |
| 61.297 tdvaccine.info | $ | 0.00 | $ | Undetermined |
| 61.298 testmydiabetesrisk.com | $ | 0.00 | $ | Undetermined |
| 61.299 testmydiabetesrisk.net | $ | 0.00 | $ | Undetermined |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 61.300 | trihexyphenidyl.com | $ | 0.00 | $ | Undetermined |
| 61.301 | unitdosecups.com | $ | 0.00 | $ | Undetermined |
| 61.302 | versapharm.biz | $ | 0.00 | $ | Undetermined |
| 61.303 | versapharm.com | $ | 0.00 | $ | Undetermined |
| 61.304 | versapharm.info | $ | 0.00 | $ | Undetermined |
| 61.305 | versapharm.net | $ | 0.00 | $ | Undetermined |
| 61.306 | versapharm.org | $ | 0.00 | $ | Undetermined |
| 61.307 | versapharm.us | $ | 0.00 | $ | Undetermined |
| 61.308 | versapharm.xyz | $ | 0.00 | $ | Undetermined |
| 61.309 | versapharminc.biz | $ | 0.00 | $ | Undetermined |
| 61.310 | versapharminc.com | $ | 0.00 | $ | Undetermined |
| 61.311 | versapharminc.info | $ | 0.00 | $ | Undetermined |
| 61.312 | versapharminc.net | $ | 0.00 | $ | Undetermined |
| 61.313 | versapharminc.org | $ | 0.00 | $ | Undetermined |
| 61.314 | versapharminc.us | $ | 0.00 | $ | Undetermined |
| 61.315 | xopenexinhalationsolution.com | $ | 0.00 | $ | Undetermined |
| 61.316 | xopenexsolution.com | $ | 0.00 | $ | Undetermined |

**62.  Licenses, franchises, and royalties**

| | | | | | |
|---|---|---|---|---|---|
| 62.1 | Product License Rights | $ | 113,711,278.04 | $ | Undetermined |

**63.  Customer lists, mailing lists, or other compilations**

| | | | | | |
|---|---|---|---|---|---|
| 63.1 | Customer relationships | $ | 7,956,183.45 | $ | Undetermined |

**64.  Other intangibles, or intellectual property**

| | | | | | |
|---|---|---|---|---|---|
| 64.1 | IPR&D | $ | 35,000,000.00 | $ | Undetermined |

**65.  Goodwill**

| | | | | |
|---|---|---|---|---|
| 65.1 | None | $ | | $ |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)*: | 23-10255 |
| | Name | | | |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|--|--|

71. **Notes receivable**

Description (include name of obligor)     Total face amount     doubtful or uncollectible accounts

| 71.1 None | $ | - $ | =.... ➔ | $ |

72. **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | | Tax year | | Current value |
|---|---|---|---|---|
| 72.1 Alabama NOL | — | Tax year | Earliest 2018 - $161,491 | $ Undetermined |
| 72.2 Arizona NOL | — | Tax year | Earliest 2018 - $707,420 | $ Undetermined |
| 72.3 California NOL | — | Tax year | Earliest 2018 - $35,816,837 | $ Undetermined |
| 72.4 Colorado NOL | — | Tax year | Earliest 2018 - $629,442 | $ Undetermined |
| 72.5 Connecticut NOL | — | Tax year | Earliest 2018 - $70,763 | $ Undetermined |
| 72.6 Florida NOL | — | Tax year | 2022 Estimate - $361,332 | $ Undetermined |
| 72.7 Georgia NOL | — | Tax year | Earliest 2018 - $282,663 | $ Undetermined |
| 72.8 Idaho NOL | — | Tax year | Earliest 2018 - $30,187 | $ Undetermined |
| 72.9 Illinois NOL | — | Tax year | Earliest 2018 - $17,488,504 | $ Undetermined |
| 72.10 Indiana NOL | — | Tax year | Earliest 2018 - $365,838 | $ Undetermined |
| 72.11 Interest limitation and carryforward | — | Tax year | Unlimited carryforward period - $303,651,121 | $ Undetermined |
| 72.12 Kansas NOL | — | Tax year | Earliest 2018 - $178,988 | $ Undetermined |
| 72.13 Kentucky NOL | — | Tax year | Earliest 2020 - $1,538,531 | $ Undetermined |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

Description (for example, federal, state, local)

72.14 Louisiana NOL

Tax year Earliest 2018 - $1,023,978    $ Undetermined

Description (for example, federal, state, local)

72.15 Maine NOL

Tax year Earliest 2018 - $256,547,520    $ Undetermined

Description (for example, federal, state, local)

72.16 Maryland NOL

Tax year Earliest 2018 - $71,061,970    $ Undetermined

Description (for example, federal, state, local)

72.17 Massachusetts NOL

Tax year Earliest 2018 -  $317,562    $ Undetermined

Description (for example, federal, state, local)

72.18 Michigan NOL

Tax year Earliest 2018 - $1,132,641    $ Undetermined

Description (for example, federal, state, local)

72.19 Minnesota NOL

Tax year Earliest 2018 - $493,578    $ Undetermined

Description (for example, federal, state, local)

72.20 Mississippi NOL

Tax year Earliest 2018 - $5,268,291    $ Undetermined

Description (for example, federal, state, local)

72.21 Missouri NOL

Tax year Earliest 2018 - $60,958,441    $ Undetermined

Description (for example, federal, state, local)

72.22 New Jersey NOL

Tax year Earliest 2020 - $719,220    $ Undetermined

Description (for example, federal, state, local)

72.23 New York NOL

Tax year Earliest 2018 - $2,762,584    $ Undetermined

Description (for example, federal, state, local)

72.24 NOL - Non-SRLY

Tax year Unlimited carryforward period - $42,935,199    $ Undetermined

Description (for example, federal, state, local)

72.25 NOL - SRLY

Tax year 2017, expires in 2037 - $13,783,000    $ Undetermined

Description (for example, federal, state, local)

72.26 North Carolina NOL

Tax year 2022 Estimate - $51,689    $ Undetermined

Description (for example, federal, state, local)

72.27 Pennsylvania NOL

Tax year Earliest 2018 - $807,847    $ Undetermined

Description (for example, federal, state, local)

72.28 R&D Tax Credits

Tax year From 10/1/2020 return, expires 2039 - $4,292,449    $ Undetermined

Description (for example, federal, state, local)

72.29 Tennessee NOL

Tax year Earliest 2018 - $485,695    $ Undetermined

Description (for example, federal, state, local)

72.30 Utah NOL

Tax year Earliest 2018 - $280,107    $ Undetermined

Description (for example, federal, state, local)

72.31 Virginia NOL

Tax year Earliest 2018 -$60,958,441    $ Undetermined

Description (for example, federal, state, local)

72.32 Wisconsin NOL

Tax year Earliest 2018 - $1,337,837    $ Undetermined

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**73. Interests in insurance policies or annuities**

| | | |
|---|---|---|
| 73.1 Allied World Assurance Company (U.S.) Inc. - Policy 0312-8275 Cyber | $ | Undetermined |
| 73.2 Amtrust Westco - Policy EUW188000901 D&O | $ | Undetermined |
| 73.3 Amtrust Westco - Policy EUW194873800 D&O | $ | Undetermined |
| 73.4 Amtrust Westco - Policy EUW188000901 D&O Tail | $ | Undetermined |
| 73.5 Amtrust Westco - Policy EUW194873800 D&O Tail | $ | Undetermined |
| 73.6 Arch Insurance Company - Policy ABL1000083-02 D&O | $ | Undetermined |
| 73.7 Arch Insurance Company - Policy ABL1000083-02 D&O Tail | $ | Undetermined |
| 73.8 AXIS Insurance Company - Policy P00100043566403 D&O | $ | Undetermined |
| 73.9 AXIS Insurance Company - Policy P00100043566403 D&O Tail | $ | Undetermined |
| 73.10 Beazley Insurance Company - Policy V31BFF220101 Employment Practices Liability | $ | Undetermined |
| 73.11 Continental Insurance Company - Policy PST734841667 Warehouse/Transit/Storage Property | $ | Undetermined |
| 73.12 Everest - Policy LS8GL00020221 Product Liability - Primary& Excess | $ | Undetermined |
| 73.13 Federal Insurance Company - Policy 82611495 Crime & Fiduciary | $ | Undetermined |
| 73.14 Hartford Accident and Indemnity Company - Policy 83WEAJ0UN4 Worker's Compensation & Employers' Liability | $ | Undetermined |
| 73.15 Hartford Casualty Insurance Company - Policy 83RHUAC5364 Umbrella, Excess Liability | $ | Undetermined |
| 73.16 Hartford Fire Insurance Co. - Policy 83UENAC5270 Commercial General Liability (list whether claims made or occurrence) | $ | Undetermined |
| 73.17 Homeland - Policy 795018744 Warehouse/Transit/Storage Property | $ | Undetermined |
| 73.18 Indian Harbor Insurance Company - Policy MTE904504800 Cyber | $ | Undetermined |
| 73.19 James River - Policy 000833364 Product Liability - Primary& Excess | $ | Undetermined |
| 73.20 Landmark - Policy LHD924976 Warehouse/Transit/Storage Property | $ | Undetermined |
| 73.21 Lloyds - Policy B1262SM0398322 Warehouse/Transit/Storage Property | $ | Undetermined |
| 73.22 Lloyds - Policy B1262SM0771922 Warehouse/Transit/Storage Property | $ | Undetermined |
| 73.23 Lloyds - Policy LSRXS0070422 Product Liability - Primary& Excess | $ | Undetermined |
| 73.24 Sompo - Policy ADX30025755900 D&O | $ | Undetermined |
| 73.25 Sompo - Policy ADX30025755900 D&O Tail | $ | Undetermined |
| 73.26 TDC Specialty - Policy LSX000472204 Product Liability - Primary& Excess | $ | Undetermined |
| 73.27 Travelers Casualty and Surety Company - Policy 107634205 Cyber | $ | Undetermined |
| 73.28 Travelers Excess and Surplus Lines co. - Policy KTQCMB3H06339222 Warehouse/Transit/Storage Property | $ | Undetermined |
| 73.29 Trumbull Insurance Co. - Policy 83UENAF1371 Automobile | $ | Undetermined |
| 73.30 Underwriters Lloyds London - Newline - Policy SYB22890650B105 Product Liability - Primary& Excess | $ | Undetermined |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

73.31  XL  Insurance America, Inc. - Policy US00075772PR22A
       Warehouse/Transit/Storage Property                                       $          Undetermined

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

     74.1  See Global Notes                                                      $

           **Nature of claim**

           **Amount requested**          $

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

     75.1  See Global Notes                                                      $

           **Nature of claim**

           **Amount requested**          $

76.  **Trusts, equitable or future interests in property**

     76.1  None                                                                  $

77.  **Other property of any kind not already listed** *Examples*: Season tickets,
     country club membership

     77.1  Receivable from Akorn Inc.                                            $          28,854,585.13

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.                         $          28,854,585.13

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☒  No
     ☐  Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

---

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 9,597,205.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2*. | $ 15,367,824.06 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 168,871,181.56 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 28,854,585.13 | |
| 91. **Total.** Add lines 80 through 90 for each column..........................91a. | $ 222,690,796.15 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................... | | $ 222,690,796.15 |

**Fill in this information to identify the case:**

Debtor Name: In re : Akorn Operating Company LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10255 (KBO)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Creditor's name**

MidCap Funding Trust IV Trust
Creditor's Name

**Creditor's mailing address**

Notice Name
C/O MIDCAP FINANCIAL SERVICES LLC
Street
7255 WOODMONT AVE

| BETHESDA | MD | 20814 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    10/1/2020

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

        See Global Notes

    ☐ Yes. The relative priority of creditors is specified on lines

        _____

**Describe debtor's property that is subject to a lien**

See Global Notes    $    45,512,075.97    $    Undetermined

**Describe the lien**

See Global Notes

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
| | Name | | |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.2 **Creditor's name**

WSFS Institutional Services, Agent

Creditor's Name

**Creditor's mailing address**

Notice Name

500 Delaware Ave.

Street

| Wilmington | DE | 19801 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    10/1/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

      See Global Notes

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

See Global Notes    $    139,599,162.45    $    Undetermined

**Describe the lien**

See Global Notes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $    185,111,238.42

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

Name

Notice Name

Street

City                    State                    ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Akorn Operating Company LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 23-10255 (KBO)

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☑  No. Go to Part 2.

   ☐  Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ _____ | $ _____ |
| | *Check all that apply.* | | |

Creditor Name

☐  Contingent

Creditor's Notice name

☐  Unliquidated

☐  Disputed

Address

**Basis for the claim:**

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐  No

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) ()

☐  Yes

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

2ND WATCH INC
Creditor Name

_____
Creditor's Notice name

2310 N MOLTER ST SUITE 340
Address

_____

| LIBERTY LAKE | WA | 99019 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               95,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

AAF INTERNATIONAL
Creditor Name

_____
Creditor's Notice name

24828 NETWORK PLACE
Address

_____

| CHICAGO | IL | 60673-1248 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               25,826.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.3 Nonpriority creditor's name and mailing address**

ABBEY COLOR
Creditor Name

Creditor's Notice name

400 E TIOGA STREET
Address

| PHILADELPHIA | PA | 19134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 84,854.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.4 Nonpriority creditor's name and mailing address**

ABBOTT LABORATORIES CO
Creditor Name

Creditor's Notice name

75 BOUL PIERRE-ROUX CP 307
Address

| VICTORIAVILLE | QC | G6P 6S9 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**
1/25/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 264,810.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 3 of 348

Debtor:  Akorn Operating Company LLC
Name

Case number *(if known)*:  23-10255

**3.5 Nonpriority creditor's name and mailing address**

ABC PM LLC
Creditor Name

Creditor's Notice name

2425 46TH STREET
Address

| ASTORIA | NY | 11103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/28/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              1,222.03
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.6 Nonpriority creditor's name and mailing address**

ABQ INDUSTRIAL LP
Creditor Name

Creditor's Notice name

21 WATERWAY AVENUE
Address

SUITE 300

| THE WOODLANDS | TX | 77380 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/21/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              3,098.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*    23-10255

**3.7** **Nonpriority creditor's name and mailing address**

ABS PUMP REPAIR INC

Creditor Name

Creditor's Notice name

89 ALLEN BLVD

Address

| FARMINGDALE | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                37,200.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**

ABSOLUTE PLUMBING OF LONG ISLA

Creditor Name

Creditor's Notice name

90 F KNICKERBOCKER AVENUE

Address

| BOHEMIA | NY | 11716 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                8,499.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|

**3.9** **Nonpriority creditor's name and mailing address**

ACCO BRANDS
Creditor Name

ACCO BRANDS USA LLC
Creditor's Notice name

4 CORPORATE DRIVE
Address

| LAKE ZURICH | IL | 60047 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
8/11/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 986.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**

ACCURISTIX
Creditor Name

Creditor's Notice name

122 STONE RIDGE ROAD
Address

| VAUGHAN | ON | L4H 0A5 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**
1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,052.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.11  Nonpriority creditor's name and mailing address**

ACCUSTANDARD INC
Creditor Name

Creditor's Notice name

125 MARKET STREET
Address

| NEW HAVEN | CT | 06513 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    850.01
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.12  Nonpriority creditor's name and mailing address**

ACME SAFE COMPANY
Creditor Name

Creditor's Notice name

PO BOX 5310
Address

| PHILADELPHIA | PA | 19142 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/13/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    630.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.13  Nonpriority creditor's name and mailing address**

ADMIX ADVANCED MIXING TECHNOLO
Creditor Name

Creditor's Notice name

144 HARVEY ROAD
Address

| LONDONBERRY | NH | 03053 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                     3,037.44
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.14  Nonpriority creditor's name and mailing address**

Adorno, Jessica Marie
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/31/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                     3,038.52
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 8 of 348

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.15 Nonpriority creditor's name and mailing address**

ADVANCED INSTRUMENTS

Creditor Name

Creditor's Notice name

TWO TECHNOLOGY WAY

Address

| NORWOOD | MA | 02284-5116 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    7,323.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.16 Nonpriority creditor's name and mailing address**

AESICA QUEENBOROUGH LIMITED

Creditor Name

Creditor's Notice name

North Road

Address

Queenborough

| Kent | | ME11 5EL |
|---|---|---|
| City | State | ZIP Code |

United Kingdom

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    77,891.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.17 Nonpriority creditor's name and mailing address**

AESUS PACKAGING SYSTEMS INC

Creditor Name

Creditor's Notice name

188 ONEIDA DRIVE

Address

| POINTE-CLAIRE | QC | H9R 1A8 |
|---|---|---|
| City | State | ZIP Code |

CANADA

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              4,861.16

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.18 Nonpriority creditor's name and mailing address**

AFLAC PREMIUM HOLDING (#7685)

Creditor Name

Creditor's Notice name

PO BOX 50013

Address

| NEWARK | NJ | 07101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             11,000.08

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  Akorn Operating Company LLC
Name

Case number *(if known)*:  23-10255

**3.19  Nonpriority creditor's name and mailing address**

AGILENT
Creditor Name

Mike McMullen
Creditor's Notice name

5301 Stevens Creek Blvd
Address

| Santa Clara | CA | 95051 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $    256,618.87
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.20  Nonpriority creditor's name and mailing address**

AIR & POWER TRANSMISSION INC
Creditor Name

Creditor's Notice name

81 GAZZA BLVD
Address

| FARMINGDALE | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $    5,717.85
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.21** **Nonpriority creditor's name and mailing address**

AIR TECHNIQUES

Creditor Name

Creditor's Notice name

11403 CRONRIDGE DR

Address

| OWINGS MILLS | MD | 21117-2247 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                2,580.46

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.22** **Nonpriority creditor's name and mailing address**

AIRGAS FOR DECATUR

Creditor Name

Creditor's Notice name

PO BOX 734672

Address

| DALLAS | TX | 75373-4672 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  828.89

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.23 Nonpriority creditor's name and mailing address**

AIRGAS FOR NJ & VHILLS
Creditor Name

Creditor's Notice name

PO BOX 734445
Address

| CHICAGO | IL | 60673-4445 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                6,089.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.24 Nonpriority creditor's name and mailing address**

AIRMATIC COMPRESSOR SYSTEMS INC
Creditor Name

Creditor's Notice name

700 WASHINGTON AVENUE
Address

| CARLSTADT | NJ | 07072 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/10/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                2,514.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.25 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $  2,242.60 |

AIRTECH VACUUM
Creditor Name

Creditor's Notice name

301 VETERANS BLVD
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| RUTHERFORD | NJ | 07070 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.26 Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $  8,369,413.20

AKORN AG HETTLINGEN
Creditor Name

Douglas S. Boothe
Creditor's Notice name

Riethofstrasse 1
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| Hettlingen | | 8442 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

**3.27 Nonpriority creditor's name and mailing address**

ALBEAS AMERICAS
Creditor Name

Creditor's Notice name

PO BOX 22647
Address

| NEW YORK | NY | 10087-2647 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                155,241.66

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.28 Nonpriority creditor's name and mailing address**

ALCAMI CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 603059
Address

| CHARLOTTE | NC | 28260 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                3,448.43

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.29** **Nonpriority creditor's name and mailing address**

ALCUS FUEL OIL & SONS INC
Creditor Name

Creditor's Notice name

238 BROADWAY
Address

| AMITYVILLE | NY | 11701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,707.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**

Alex Logsdon
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** 2466

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

---

**3.31  Nonpriority creditor's name and mailing address**

Alexander Jose
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

number  0884

**As of the petition filing date, the claim is:**  $                    Undetermined
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**3.32  Nonpriority creditor's name and mailing address**

Alfaro, Kevin
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

number

**As of the petition filing date, the claim is:**  $                    3,536.97
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 17 of 348

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.33  Nonpriority creditor's name and mailing address**

ALIXPARTNERS LLP
Creditor Name

David Orlofsky
Creditor's Notice name

909 Third Avenue
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/19/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                166,186.08
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.34  Nonpriority creditor's name and mailing address**

ALKU
Creditor Name

Creditor's Notice name

200 BRICKSTONE SQUARE SUITE 503
Address

| ANDOVER | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                 10,080.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

---

**3.35  Nonpriority creditor's name and mailing address**

ALLIED ELECTRONICS
Creditor Name

Creditor's Notice name

PO BOX 841811
Address

| DALLAS | TX | 75284-1811 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              10,535.56
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.36  Nonpriority creditor's name and mailing address**

ALTORFER INC
Creditor Name

Creditor's Notice name

PO BOX 1347
Address

| CEDAR RAPIDS | IA | 52406-1347 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               5,122.85
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.37 Nonpriority creditor's name and mailing address**

Amanda Fowler

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

number 7231

**As of the petition filing date, the claim is:** $ Undetermined

*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.38 Nonpriority creditor's name and mailing address**

AMCO FENCE

Creditor Name

Creditor's Notice name

2919 SOUTH MACARTHUR BOULEVARD

Address

| City | State | ZIP Code |
|------|-------|----------|
| SPRINGFIELD | IL | 62704 |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

number

**As of the petition filing date, the claim is:** $ 4,560.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor:  Akorn Operating Company LLC

Case number *(if known)*    23-10255

**3.39  Nonpriority creditor's name and mailing address**

AMEC ELECTRIC

Creditor Name

Creditor's Notice name

125 LIBERTY STREET

Address

| METUCHEN | NJ | 08840 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/10/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                16,599.38

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.40  Nonpriority creditor's name and mailing address**

AMEREN ILLINOIS

Creditor Name

Creditor's Notice name

PO BOX 88034

Address

| CHICAGO | IL | 60680-1034 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                8,318.43

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

**3.41** **Nonpriority creditor's name and mailing address**

AMERICAN DOOR AND DOCK INC
Creditor Name

Creditor's Notice name

2125 HAMMOND DRIVE
Address

| SCHAUMBURG | IL | 60173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/12/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**

AMERICAN INTERNATIONAL RELOCAT
Creditor Name

Creditor's Notice name

DBA AIRES
Address

PO BOX 536459

| PITTSBURGH | PA | 15253 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,016.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

**3.43  Nonpriority creditor's name and mailing address**

AMETEK BROOKFIELD

Creditor Name

Creditor's Notice name

PO BOX 419319

Address

| BOSTON | MA | 02241-9319 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,636.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.44  Nonpriority creditor's name and mailing address**

AMITY VACUUM INC

Creditor Name

Creditor's Notice name

272 BROADWAY

Address

| AMITYVILLE | NY | 11701 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    8,008.71

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.45** **Nonpriority creditor's name and mailing address**

AMPTEK INC

Creditor Name

Creditor's Notice name

14 DEANGELO DRIVE

Address

| BEDFORD | MA | 01730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/8/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    1,210.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.46** **Nonpriority creditor's name and mailing address**

ANDERSON PEST SOLUTIONS

Creditor Name

Creditor's Notice name

PO BOX 600670

Address

| JACKSONVILLE | FL | 32260-0670 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                      587.25
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
| --- | --- | --- | --- |
| | Name | | |

**3.47  Nonpriority creditor's name and mailing address**

ANDLER SOUTH CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 499125
Address

| EVERETT | MA | 02149 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    97.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.48  Nonpriority creditor's name and mailing address**

Anne Carr
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**  2589

**As of the petition filing date, the claim is:**    $                    Undetermined
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.49** **Nonpriority creditor's name and mailing address**

ANNISTON OPHTHALMOLOGY CLINIC
Creditor Name

Creditor's Notice name

KAZI ABDUL A
Address

822 LEIGHTON AVE

| ANNISTON | AL | 36207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/20/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**

APEX MATERIAL HANDLING CORP OF
Creditor Name

Creditor's Notice name

391 CHARLES COURT
Address

| WEST CHICAGO | IL | 60185 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/27/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 550.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.51 Nonpriority creditor's name and mailing address**

APEX MATERIAL HANDLING CORP OF IL INC
Creditor Name

Creditor's Notice name

391 CHARLES COURT
Address

WEST CHICAGO | IL | 60185
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    1,940.23
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.52 Nonpriority creditor's name and mailing address**

APEXUS LLC
Creditor Name

Creditor's Notice name

PO BOX 842167
Address

DALLAS | TX | 75284-2167
City | State | ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    62,370.29
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.53** **Nonpriority creditor's name and mailing address**

APPROVED STORAGE & WASTE HAULI
Creditor Name

Creditor's Notice name

110 EDISON AVENUE
Address

| MOUNT VERNON | NJ | 10550 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                370.51

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

APTAR PHARMA
Creditor Name

Kimberly Y. Chainey
Creditor's Notice name

265 Exchange Drive
Address

| Crystal Lake | IL | 60014 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $             897,750.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.55 Nonpriority creditor's name and mailing address**

ARAMARK CLEANROOM SERVICES
Creditor Name

Creditor's Notice name

25259 NETWORK PLACE
Address

AUCA CHICAGO LOCKBOX

| CHICAGO | IL | 60673-1252 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 271,283.43
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.56 Nonpriority creditor's name and mailing address**

ARAMARK UNIFORM SERVICES
Creditor Name

Creditor's Notice name

26792 NEWARK PLACE
Address

| CHICAGO | IL | 60673-1792 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 42,052.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

**3.57 Nonpriority creditor's name and mailing address**

ARCHIMICA SPA

Creditor Name

Ralf Pfirmann

Creditor's Notice name

Viale Milano 86

Address

Lodi

City

State

26900

ZIP Code

Italy

Country

**Date or dates debt was incurred**

10/31/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    525,432.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.58 Nonpriority creditor's name and mailing address**

ARIES GLOBAL LOGISTICS INC

Creditor Name

Creditor's Notice name

PO BOX 592

Address

FRANKLIN SQUARE

City

NY

State

11010

ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    9,531.65

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

**3.59 Nonpriority creditor's name and mailing address**

ARJAY COMPANY
Creditor Name

Creditor's Notice name

PO BOX 157
Address

| DEER PARK | NY | 11729-0157 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              10,483.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.60 Nonpriority creditor's name and mailing address**

ARMSTRONG RELOCATION & COMPANI
Creditor Name

Creditor's Notice name

9 ASPEN DR
Address

| RANDOLPH | NJ | 07869 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               9,167.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

---

**3.61** **Nonpriority creditor's name and mailing address**

ARNOLD & PORTER KAYE SCHOLER L
Creditor Name

Creditor's Notice name

601 MASSACHUSETTS AVE NW
Address

| WASHINGTON | DC | 20001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                9,497.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.62** **Nonpriority creditor's name and mailing address**

ASCENSION HEALTH ALLIANCE
Creditor Name

Creditor's Notice name

PO BOX 505302
Address

| ST LOUIS | MO | 63150-5302 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                6,656.14
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*   23-10255
_____

**3.63** **Nonpriority creditor's name and mailing address**

ASH PALLET MANAGEMENT INC
_____
Creditor Name

_____
Creditor's Notice name

61 MCMILLEN RD
_____
Address

_____

_____

| ANTIOCH | IL | 60002 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various Dates
_____
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____16,195.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.64** **Nonpriority creditor's name and mailing address**

ASI TECHNOLOGIES
_____
Creditor Name

_____
Creditor's Notice name

5848 N 95TH CT
_____
Address

_____

_____

| MILWAUKEE | WI | 53225 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
Various Dates
_____
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____84,297.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.65  Nonpriority creditor's name and mailing address**

ASSOCIATED
Creditor Name

Creditor's Notice name

7954 SOLUTION CENTER
Address

| CHICAGO | IL | 60677-7009 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  6,419.16
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.66  Nonpriority creditor's name and mailing address**

ASSOCIATES OF CAPE COD INC
Creditor Name

Creditor's Notice name

PO BOX 414540
Address

| BOSTON | MA | 02241-4540 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  2,898.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.67 Nonpriority creditor's name and mailing address**

ASTRO PAK
Creditor Name

Creditor's Notice name

270 E BAKER ST
Address

STE 100

| COSTA MESA | CA | 92626 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 127,560.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.68 Nonpriority creditor's name and mailing address**

ATCC
Creditor Name

Creditor's Notice name

PO BOX 76349
Address

| BALTIMORE | MD | 21275-6349 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/24/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 594.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 35 of 348

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.69 Nonpriority creditor's name and mailing address**

ATLANTIC SCALE COMPANY INC
Creditor Name

Creditor's Notice name

136 WASHINGTON AVENUE
Address

| NUTLEY | NJ | 07110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 22,297.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.70 Nonpriority creditor's name and mailing address**

AUTOMATIC COMMUNICATIONS ALARM
Creditor Name

Creditor's Notice name

93 EAST SOMERSET ST
Address

| RARITAN | NJ | 08869 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 5,474.77

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

**3.71 Nonpriority creditor's name and mailing address**

AUTOMATION DIRECT

Creditor Name

Creditor's Notice name

PO BOX 402417

Address

| ATLANTA | GA | 30384-2417 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,401.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.72 Nonpriority creditor's name and mailing address**

AXINN VELTROP & HARKRIDER LLP

Creditor Name

Creditor's Notice name

114 WEST 47TH STREET 22ND FLOOR

Address

| NEW YORK | NY | 10036 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/21/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,741.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.73** **Nonpriority creditor's name and mailing address**

AXIOM GLOBAL
Creditor Name

Creditor's Notice name

PO BOX 8439
Address

| PASADENA | CA | 91109-8439 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    2,205.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.74** **Nonpriority creditor's name and mailing address**

AXON LLC
Creditor Name

Creditor's Notice name

PO BOX 73211
Address

| CLEVELAND | OH | 44193-0002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    14,892.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*   23-10255

---

**3.75** **Nonpriority creditor's name and mailing address**

AZAD PHARMA AG

Creditor Name

Mike Baronian

Creditor's Notice name

Bahnhofstrasse 9

Address

Near Bern

| Toffen | | CH-3125 |
|---|---|---|
| City | State | ZIP Code |

Switzerland

Country

**Date or dates debt was incurred**

1/26/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    3,650.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**

BAF REFRIGERATION INC

Creditor Name

Creditor's Notice name

80 KNICKERBOCKER AVE SUITE 5

Address

| BOHEMIA | NY | 11716 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   25,020.99

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.77 Nonpriority creditor's name and mailing address**

BAHNSON ENVIRON

Creditor Name

Creditor's Notice name

4731 COMMERICIAL PARK CT

Address

| CLEMMONS | NC | 27012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  9,826.13

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.78 Nonpriority creditor's name and mailing address**

BANA ELECTRICAL TESTING CORP

Creditor Name

Creditor's Notice name

50 GAZZA BLVD

Address

| FARMINGDALE | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/20/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $  2,245.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*    23-10255

**3.79 Nonpriority creditor's name and mailing address**

BARRY J EDISON DO PC

Creditor Name

Creditor's Notice name

10 INDUSTRIAL WAY EAST SUITE 102

Address

| EATONTOWN | NJ | 07724 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/3/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    360.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.80 Nonpriority creditor's name and mailing address**

BCN TELECOM INC

Creditor Name

Creditor's Notice name

PO BOX 842840

Address

| BOSTON | MA | 02284-2840 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    536.95

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*    23-10255

**3.81** **Nonpriority creditor's name and mailing address**

BDO USA LLP

Creditor Name

Creditor's Notice name

PO BOX 642743

Address

| PITTSBURGH | PA | 15264-2743 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    251,780.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.82** **Nonpriority creditor's name and mailing address**

Beahr, William P

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/3/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    4,948.43

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

**3.83** **Nonpriority creditor's name and mailing address**

BEARING HEADQUARTERS COMPANY
Creditor Name

Creditor's Notice name

PO BOX 6267
Address

| BROADVIEW | IL | 60155-6267 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,545.22
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.84** **Nonpriority creditor's name and mailing address**

BECKMAN COULTER
Creditor Name

Creditor's Notice name

250 SOUTH KRAEMER BLVD
Address

| BREA | CA | 92822-8000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 34,382.72
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.85** **Nonpriority creditor's name and mailing address**

BECK'S STUDIO
Creditor Name

Creditor's Notice name

559 E WABASH AVENUE
Address

| DECATUR | IL | 62523-1023 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 365.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**

BECTON DICKINSON & COMPANY
Creditor Name

Creditor's Notice name

21588 NETWORK PLACE
Address

| CHICAGO | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,555.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

**3.87 Nonpriority creditor's name and mailing address**

BEE INTERNATIONAL INC

Creditor Name

Creditor's Notice name

46 EASTMAN ST

Address

| SOUTH EASTON | MA | 02375 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/25/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                10.32
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.88 Nonpriority creditor's name and mailing address**

BELL ENVIRONMENTAL SERVICES IN

Creditor Name

Creditor's Notice name

PO BOX 810

Address

| PINE BROOK | NJ | 07058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              6,532.70
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.89 Nonpriority creditor's name and mailing address**

BELL FLAVORS & FRAGRANCES INC
Creditor Name

Creditor's Notice name

10618 PAYSPHERE CIRCLE
Address

| CHICAGO | IL | 60674 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            10,160.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.90 Nonpriority creditor's name and mailing address**

BENCHMARK PRODUCTS LLC
Creditor Name

Creditor's Notice name

1008 MOMENTUM PLACE
Address

| CHICAGO | IL | 60689-5310 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $           111,320.49
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|
| | Name | | |

**3.91 Nonpriority creditor's name and mailing address**

BENNETT EYE INSTITUTE
Creditor Name


Creditor's Notice name

1620 ALA MOANA BLVD SUITE 500
Address

BENNETT MICHAEL MD


| HONOLULU | HI | 96815 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/6/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 5,739.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.92 Nonpriority creditor's name and mailing address**

BERLIN PACKAGING LLC
Creditor Name


Creditor's Notice name

PO BOX 74007164
Address


| CHICAGO | IL | 60674-7164 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 319,491.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.93** **Nonpriority creditor's name and mailing address**

BIOMERIEUX INC

Creditor Name

Creditor's Notice name

PO BOX 500308

Address

| ST LOUIS | MO | 63150-0308 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    15,544.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.94** **Nonpriority creditor's name and mailing address**

BIOPHARM RECRUITING PARTNERS

Creditor Name

Creditor's Notice name

459 BELVEDERE PL

Address

| COUPEVILLE | WA | 98239 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/14/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    11,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |

**3.95** **Nonpriority creditor's name and mailing address**

BIOSCIENCE INTERNATIONAL INC
Creditor Name

Creditor's Notice name

11333 WOODGLEN DRIVE
Address

| ROCKVILLE | MA | 20852 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                3,126.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**

BLACKLINE SYSTEMS INC
Creditor Name

Karole Morgan - Prager
Creditor's Notice name

21300 Victory Blvd.
Address

12th Floor

| Woodland Hills | CA | 91367 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/31/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                50,688.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*  23-10255

**3.97 Nonpriority creditor's name and mailing address**

BODINE ELECTRIC

Creditor Name

Creditor's Notice name

P.O. BOX 976

Address

| DECATUR | IL | 62525 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            240,969.84

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.98 Nonpriority creditor's name and mailing address**

Bookbinder, Elizabeth Lynette

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             24,665.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:    Akorn Operating Company LLC

Case number *(if known)*:    23-10255

**3.99  Nonpriority creditor's name and mailing address**

Boothe, Doug
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/23/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    5,279,628.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Executive Severance Arrangements

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.100  Nonpriority creditor's name and mailing address**

BRENNTAG NORTHEAST INC
Creditor Name

Creditor's Notice name

PO BOX 62111
Address

| | | |
|---|---|---|
| BALTIMORE | MD | 21264-2111 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/27/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    55,725.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.101 Nonpriority creditor's name and mailing address**

BRENNTAG SPECIALTIES

Creditor Name

Creditor's Notice name

PO BOX 780510

Address

| PHILADELPHIA | PA | 19178-0510 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/27/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    55,725.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.102 Nonpriority creditor's name and mailing address**

BRILLIANT STAFFING LLC

Creditor Name

Creditor's Notice name

125 S. WACKER DRIVE, SUITE 1150

Address

| CHICAGO | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    21,103.18

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)*: | 23-10255 |
| --- | --- | --- | --- | --- |
| | Name | | | |

**3.103** **Nonpriority creditor's name and mailing address**

BROADBEAN INC
Creditor Name

_____
Creditor's Notice name

PO BOX 7410661
Address

SUITE 800

_____

| CHICAGO | IL | 60674-0661 |
| --- | --- | --- |
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

11/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                833.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.104** **Nonpriority creditor's name and mailing address**

BRONKHORST USA LLC
Creditor Name

_____
Creditor's Notice name

57 SO COMMERCE WAY STE 120
Address

_____

| BETHLEHEM | PA | 18017 |
| --- | --- | --- |
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              3,324.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

**3.105 Nonpriority creditor's name and mailing address**

BRUKER NANO

Creditor Name

Creditor's Notice name

AXS DIVISION

Address

5465 E CHERYL PARKWAY

| MADISON | WI | 53711 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/19/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    7,605.50

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.106 Nonpriority creditor's name and mailing address**

BRYAN CAVE LEIGHTON PAISNER LL

Creditor Name

Creditor's Notice name

PO BOX 503089

Address

| ST LOUIS | MO | 63150-3089 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    3,552.15

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.107 Nonpriority creditor's name and mailing address**

BUIST INC

Creditor Name

Creditor's Notice name

860 GEORGES RD

Address

| MONMOUTH JUNCTION | NJ | 08852-3058 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              17,250.79

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.108 Nonpriority creditor's name and mailing address**

BUTLER SNOW LLP

Creditor Name

Creditor's Notice name

1020 HIGHLAND COLONY PARKWAY

Address

SUITE 1400

| RIDGELAND | MS | 39157 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               4,698.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 475.00 |

**3.109 Nonpriority creditor's name and mailing address**

C & S SERVICES
Creditor Name

Creditor's Notice name

PO BOX 324
Address

| SAN JOSE | IL | 62682 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/7/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 475.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.110 Nonpriority creditor's name and mailing address**

CAERUS US 1 INC
Creditor Name

Creditor's Notice name

PO BOX 415214
Address

| BOSTON | MA | 02241-5214 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/3/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 13,782.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.111 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 444.00 |
| CALIBRATION LABORATORY LLC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 3330 E 83RD PI | Sale of product or service |
| Address | |

| | | | |
|---|---|---|---|
| MERRILLVILLE | IN | 46410 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**
Various Dates

**Is the claim subject to offset?**
☐ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.112 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 4,890.19 |
| Camon, Kevin | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Address on File | Executed severance agreement |
| Address | |

| | | | |
|---|---|---|---|
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**
9/6/2022

**Is the claim subject to offset?**
☐ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.113 Nonpriority creditor's name and mailing address**

CANTEEN REFRESHMENT SERVICES
Creditor Name

A DIVISION OF CANTEEN
Creditor's Notice name

PO BOX 91337
Address

| CHICAGO | IL | 60693-1337 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 401.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.114 Nonpriority creditor's name and mailing address**

CARDIO PARTNERS
Creditor Name

Creditor's Notice name

29170 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1291 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/5/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 570.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.115 Nonpriority creditor's name and mailing address**

CAREMARKPCS HEALTH LLC
Creditor Name

BANK OF AMERICA LOCKBOX SERVICES
Creditor's Notice name

LBX 840112
Address

1950 N STEMMONS FWY STE 5010

| DALLAS | TX | 75207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,306.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.116 Nonpriority creditor's name and mailing address**

CARLIN AUTOMATION
Creditor Name

Creditor's Notice name

1725 20TH ST
Address

| ROCK ISLAND | IL | 61201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
9/12/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,785.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.117** **Nonpriority creditor's name and mailing address**

CARTY EYE ASSOCIATES
Creditor Name

Creditor's Notice name

830 OLD LANCASTER ROAD
Address

| BRYN MAWR | PA | 19010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/19/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                398.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.118** **Nonpriority creditor's name and mailing address**

CASSONE LEASING
Creditor Name

Creditor's Notice name

1950 LAKELAND AVENUE
Address

| RONKONKOMA | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               3,482.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)* 23-10255

**3.119 Nonpriority creditor's name and mailing address**

CATALENT MICRON TECH

Creditor Name

Creditor's Notice name

25111 NETWORK PLACE

Address

| CHICAGO | IL | 60673-1251 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,190.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.120 Nonpriority creditor's name and mailing address**

CATALENT RTP

Creditor Name

Creditor's Notice name

160 PHARMA DR

Address

| MORRISVILLE | NC | 27560 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/28/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.121 Nonpriority creditor's name and mailing address**

CDW DIRECT

Creditor Name

Creditor's Notice name

P.O. BOX 75723

Address

| CHICAGO | IL | 60675-5723 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,758.63

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.122 Nonpriority creditor's name and mailing address**

CENTER LANE LLC

Creditor Name

Creditor's Notice name

152 FEEKS LANE

Address

| LOCUST VALLEY | NY | 11560 |
|---------------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/14/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,085.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC
Name

Case number *(if known):*  23-10255

**3.123  Nonpriority creditor's name and mailing address**

Centers for Medicare and Medicaid Services
Creditor Name

Creditor's Notice name

Center for Medicaid and CHIP Services
Address

Division of Pharmacy Attn:Cynthia Denemark,Dpy Dir

7500 Security Boulevard

| Baltimore | MD | 21244 |
|-----------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    Undetermined
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Medicare Pricing Issue

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.124  Nonpriority creditor's name and mailing address**

CENTRAL ILLINOIS SCALE COMPANY
Creditor Name

Creditor's Notice name

PO BOX 3158
Address

| DECATUR | IL | 62524 |
|---------|-------|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/25/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    7,234.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.125 Nonpriority creditor's name and mailing address**

CESIUM INC
Creditor Name

Creditor's Notice name

DEPT LA 25377
Address

| | | |
|---|---|---|
| PASADENA | CA | 91185-5377 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    2,048.80
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.126 Nonpriority creditor's name and mailing address**

CHARLES RIVERS LABS
Creditor Name

Creditor's Notice name

GPO BOX 27812
Address

| | | |
|---|---|---|
| NEW YORK | NY | 10087-7812 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    930.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

**3.127**  **Nonpriority creditor's name and mailing address**

CHEM-AQUA INC

Creditor Name

Creditor's Notice name

23261 NETWORK PLACE

Address

| CHICAGO | IL | 60673-1232 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    8,491.50

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.128**  **Nonpriority creditor's name and mailing address**

CHEMTREAT INC

Creditor Name

Creditor's Notice name

15045 COLLECTION DRIVE

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    1,500.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.129** **Nonpriority creditor's name and mailing address**

CHEMWERTH INC
Creditor Name

Creditor's Notice name

1764 LITCHFIELD TURNPIKE SUITE 202
Address

| WOODBRIDGE | CT | 06525 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/9/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 134,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.130** **Nonpriority creditor's name and mailing address**

Chen, Guoru
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,905.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.131 Nonpriority creditor's name and mailing address**

CHESAPEAKE RETINA CENTERS
Creditor Name

Creditor's Notice name

3460 OLD WASHINGTON RD
Address

SUITE 101

OMAR AHMAD E MD PC

| WALDORF | MD | 20602 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/20/2022
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,184.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.132 Nonpriority creditor's name and mailing address**

Chin, Weldon
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
9/1/2022
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 108,267.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Executed severance agreement

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*     23-10255

**3.133** **Nonpriority creditor's name and mailing address**

Chintakindi, Manjula

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $   3,940.10

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.134** **Nonpriority creditor's name and mailing address**

CIBD DISTRIBUTORS

Creditor Name

Creditor's Notice name

701 S PARKER ST STE 1200

Address

| | | |
|---|---|---|
| ORANGE | CA | 92868 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $   325.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Akorn Operating Company LLC
_____
        Name

Case number *(if known)*:  23-10255
_____

**3.135 Nonpriority creditor's name and mailing address**

Cicero, Alan J
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

_____

_____  _____  _____
City            State        ZIP Code

_____
Country

**Date or dates debt was incurred**

9/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            23,567.48
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Executed severance agreement
_____

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.136 Nonpriority creditor's name and mailing address**

CINTAS FIRST AID & SAFE 07930
_____
Creditor Name

_____
Creditor's Notice name

609-3 CANTIAGUE ROCK RD
_____
Address

_____

WESTBURY       NY          11590
_____  _____  _____
City            State        ZIP Code

_____
Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               99.59
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐   No

☐   Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 66,883.48 |
|---|---|---|---|---|

CINTAS GARMENT 780

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

51 NEW ENGLAND AVE

**Basis for the claim:**

Address

Sale of product or service

| PISCATAWAY | NJ | 08854 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**     **Is the claim subject to offset?**

Various Dates

☐ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 1,490.10 |
|---|---|---|---|---|

CINTAS RENTAL 47P

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

1025 NATIONAL PARKWAY

**Basis for the claim:**

Address

Sale of product or service

| SCHAUMBURG | IL | 60173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**     **Is the claim subject to offset?**

Various Dates

☐ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.139 Nonpriority creditor's name and mailing address**

CIRCULAR EDGE LLC

Creditor Name

Creditor's Notice name

399 CAMPUS DRIVE SUITE 102

Address

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 120,480.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.140 Nonpriority creditor's name and mailing address**

CITY OF DECATUR - UTILITIES BI

Creditor Name

Creditor's Notice name

FINANCE DEPARTMENT

Address

PO BOX 2578

| DECATUR | IL | 62525-2578 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 602.17

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.141** **Nonpriority creditor's name and mailing address**

CIUMMEI JOHN OD

Creditor Name

WYNWOOD EYE CLNIC, INC.

Creditor's Notice name

1121 WESTBRANCH HIGHWAY

Address

| WINFIELD | PA | 17889 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/19/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                          29.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.142** **Nonpriority creditor's name and mailing address**

CLEAN EARTH ENVIRONMENTAL SOLU

Creditor Name

Creditor's Notice name

29338 NETWORK PLACE

Address

| CHICAGO | IL | 60673-1293 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                        32,399.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

3.143 **Nonpriority creditor's name and mailing address**

CLEARBROOK
Creditor Name

David Galbraith, Kristin Smith, David Parisi, Mike Scully & Ana Tejada
Creditor's Notice name

972 Nicolls Road
Address

| Deer Park | NY | 11729 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                        635.46
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

3.144 **Nonpriority creditor's name and mailing address**

CLEARSYNTH CANADA INC
Creditor Name

Creditor's Notice name

2395 SPEAKMAN DRIVE LAB # 1001
Address

| MISSISSAUGA | ON | L5K 1B3 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**

12/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                        836.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.145 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 13,953.97 |
| COGNEX | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| P.O. BOX 27623 | **Basis for the claim:** |
| Address | Sale of product or service |

| | | | |
|---|---|---|---|
| NEW YORK | NY | 10087-7623 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **3.146 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 87,473.35 |
| COLBERT | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 28355 NORTH BRADLEY ROAD | **Basis for the claim:** |
| Address | Sale of product or service |

| | | | |
|---|---|---|---|
| LAKE FOREST | IL | 60045 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC
Name

Case number (if known)    23-10255

**3.147 Nonpriority creditor's name and mailing address**

COLE-PARMER
Creditor Name

Creditor's Notice name

13927 COLLECTIONS CENTER DR
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,471.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.148 Nonpriority creditor's name and mailing address**

COLUMBIA UNIVERSITY
Creditor Name

Creditor's Notice name

622 WEST 168TH ST PH-505
Address

DEPT OF ANESTHESIOLOGY

ATTN SABINA SHEVCHENKO

| NEW YORK | NY | 10032 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/20/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 189.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.149 Nonpriority creditor's name and mailing address**

COMAR LLC
Creditor Name

Creditor's Notice name

PO BOX 12486
Address

| NEWARK | NJ | 07101-3586 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                126.07
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.150 Nonpriority creditor's name and mailing address**

COMCAST
Creditor Name

Creditor's Notice name

PO BOX 37601
Address

| PHILADELPHIA | PA | 19101-0601 |
|--------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             87,115.03
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.151** **Nonpriority creditor's name and mailing address**

COMED
Creditor Name

Creditor's Notice name

PO BOX 6111
Address

| CAROL STREAM | IL | 60197-6111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,663.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.152** **Nonpriority creditor's name and mailing address**

COMPLETE CLEANING COMPANY INC
Creditor Name

Creditor's Notice name

615 WHEAT LN
Address

| WOOD DALE | IL | 60191-6599 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10,718.83

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| 3.153 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $ | 575.78 |
|---|---|---|---|---|---|

COMPLETE SECURITY SYSTEMS INC
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent
☐ Unliquidated
☐ Disputed

94 VANDERBURG ROAD
Address

**Basis for the claim:**

Sale of product or service

| MARLBORO | NJ | 07746 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/1/2022

**Is the claim subject to offset?**

**Last 4 digits of account**

☐ No

**number**

☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | $ | 2,500.00 |
|---|---|---|---|---|---|

COMPLIANCEPATH LLC
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 991
Address

**Basis for the claim:**

Sale of product or service

| BLACKSBURG | VA | 24063 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/31/2022

**Is the claim subject to offset?**

**Last 4 digits of account**

☐ No

**number**

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 834.78 |

COMPUTERSHARE INC

Creditor Name

Creditor's Notice name

DEPT CH 19228

Address

| PALATINE | IL | 60055-9228 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/9/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 834.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 3,900.00 |

COMRESOURCE INC

Creditor Name

Creditor's Notice name

1159 DUBLIN RD SUITE 200

Address

JEAN DENNEY

| COLUMBUS | OH | 43215 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,900.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.157 Nonpriority creditor's name and mailing address**

CONCORDANCE HEALTHCARE SOL
Creditor Name

Creditor's Notice name

PO BOX 94631
Address

| CLEVELAND | OH | 44101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/26/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                6,917.20
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.158 Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES INC
Creditor Name

Creditor's Notice name

62157 COLLECTIONS CENTER DR
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                7,491.44
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.159**  **Nonpriority creditor's name and mailing address**

CONNOR COMPANY
Creditor Name

Creditor's Notice name

PO BOX 5007
Address

| PEORIA | IL | 61601-5007 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 22,624.56
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.160**  **Nonpriority creditor's name and mailing address**

CORDEN PHARMA SPA
Creditor Name

Creditor's Notice name

VIALE DELL INDUSTRIA, 3
Address

| CAPONAGO | MB | 20867 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 50,166.33
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

**3.161  Nonpriority creditor's name and mailing address**

COVANTA ENVIRONMENTAL SOLUTION

Creditor Name

Creditor's Notice name

445 SOUTH STREET

Address

| MORRISTOWN | NJ | 07960 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/27/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    15,449.35

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.162  Nonpriority creditor's name and mailing address**

CROWN EQUIPMENT

Creditor Name

Creditor's Notice name

PO BOX 641173

Address

| CINCINNATI | OH | 45264-1173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    21,418.04

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.163  Nonpriority creditor's name and mailing address**

CRYSTAL SPRINGS
Creditor Name

Creditor's Notice name

PO BOX 660579
Address

| DALLAS | TX | 75266-0579 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    3,308.16
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.164  Nonpriority creditor's name and mailing address**

CT LOGISTICS
Creditor Name

Creditor's Notice name

12487 PLAZA DRIVE
Address

| CLEVELAND | OH | 44130 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    17,116.66
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Akorn Operating Company LLC
_____
Name

Case number *(if known)*:   23-10255
_____

**3.165  Nonpriority creditor's name and mailing address**

CUCKOS PHARMACEUTICAL PVT LTD
_____
Creditor Name

_____
Creditor's Notice name

PLOT NO 132
_____
Address

SECTOR 16 HSIIDC
_____

_____

| BAHADURGARH | HR | 124507 |
|---|---|---|
| City | State | ZIP Code |

INDIA
_____
Country

**Date or dates debt was incurred**

11/9/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            105,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.166  Nonpriority creditor's name and mailing address**

CULLIGAN OF DECATUR
_____
Creditor Name

_____
Creditor's Notice name

2767 N MAIN ST
_____
Address

_____

| DECATUR | IL | 62526 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                250.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.167  Nonpriority creditor's name and mailing address**

CURIA NEW JERSEY LLC
Creditor Name

Isaac Kennedy, Adrian Schenck, Geoffrey Mielke
Creditor's Notice name

21 Corporate Circle
Address

| Albany | NY | 12203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 19,289.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.168  Nonpriority creditor's name and mailing address**

CURIA SPAIN SAU (FORMER CRYSTA
Creditor Name

Creditor's Notice name

PARQUE TECNOLOGICO, PARC 105
Address

| BOECILLO, VALLADOLID | | 47151 |
|---|---|---|
| City | State | ZIP Code |

SPAIN
Country

**Date or dates debt was incurred**

2/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 1,875.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:   Akorn Operating Company LLC

Case number *(if known)*:   23-10255

**3.169** **Nonpriority creditor's name and mailing address**

CUSTOM SERVICES INC
Creditor Name

ATTN ROGER CHANEY
Creditor's Notice name

4675 E FITZGERALD
Address

| DECATUR | IL | 62521 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   1,200.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.170** **Nonpriority creditor's name and mailing address**

CWIH CASTERS WHEELS INDUSTRIAL
Creditor Name

Creditor's Notice name

8 ENGINEERS LANE
Address

| FARMINGDALE | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/3/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   1,998.70
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.171** **Nonpriority creditor's name and mailing address**

DAHL COMPLIANCE CONSULTING LLC
Creditor Name

Creditor's Notice name

4809 W 148TH STREET
Address

| LEAWOOD | KS | 66224 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/19/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                6,187.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.172** **Nonpriority creditor's name and mailing address**

DANKNER EYE ASSOC
Creditor Name

Creditor's Notice name

2 HAMILL RD STE 345FIERGANG DEAN L MD
Address

| BALTIMORE | MD | 21210 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/19/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    18.72
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

**3.173** **Nonpriority creditor's name and mailing address**

DATWYLER PHARMA PACKAGING BELGIUM NV

Creditor Name

Creditor's Notice name

Industrieterrein Kolmen 1519

Address

| Alken | | 3570 |
|---|---|---|
| City | State | ZIP Code |

Belgium

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            31,607.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.174** **Nonpriority creditor's name and mailing address**

DAUHAJRE JACQUELINE MD PC

Creditor Name

Creditor's Notice name

140 EAST 80TH STREET

Address

| NEW YORK | NY | 10075 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/6/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             5,760.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

_____
Name

Case number *(if known)*    23-10255
_____

**3.175 Nonpriority creditor's name and mailing address**

DEAN PHARMA CONSULTING LLC
_____
Creditor Name

_____
Creditor's Notice name

6906 MYRIC CT
_____
Address

_____

_____

| WILMINGTON | NC | 28411 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              30,800.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.176 Nonpriority creditor's name and mailing address**

DECATUR BLUEPRINT INC
_____
Creditor Name

_____
Creditor's Notice name

230 W. WOOD ST.
_____
Address

_____

_____

| DECATUR | IL | 62523 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                324.75
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

**3.177 Nonpriority creditor's name and mailing address**

DELOITTE CONSULTING LLP
Creditor Name

Creditor's Notice name

PO BOX 844717
Address

| DALLAS | TX | 75284-4717 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $   47,310.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.178 Nonpriority creditor's name and mailing address**

DELTA INDUSTRIES INC
Creditor Name

Creditor's Notice name

5235 KATRINE AVE
Address

| DOWNERS GROVE | IL | 60515 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $   2,958.04
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

---

3.179 **Nonpriority creditor's name and mailing address**

DeLuca, Diane Marie

Creditor Name

Creditor's Notice name

Address on File

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

9/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 967.99

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.180 **Nonpriority creditor's name and mailing address**

DENOVO (FORMERLY CD GROUP)

Creditor Name

Creditor's Notice name

6400 LOOKOUT ROAD

Address

SUITE 101

BOULDER    CO    80301

City    State    ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 58,710.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor:   Akorn Operating Company LLC
Name

Case number *(if known)*    23-10255

**3.181  Nonpriority creditor's name and mailing address**

DEPARTMENT OF HOMELAND SECURIT
Creditor Name

ATTN USCIS
Creditor's Notice name

NEBRASKA SERVICE CENTER
Address

850 S STREET

| LINCOLN | NE | 68508 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                460.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.182  Nonpriority creditor's name and mailing address**

Department of Veterns Affairs (VA OIG)
Creditor Name

Creditor's Notice name

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             2,217,535.00
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

10 year restatement of its Veterans Affairs
Federal Supply Schedule Pricing Program.

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*   23-10255

**3.183** **Nonpriority creditor's name and mailing address**

DEWOLF CHEMICAL

Creditor Name

Creditor's Notice name

PO BOX 842472

Address

| BOSTON | MA | 02284-2472 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   2,327.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.184** **Nonpriority creditor's name and mailing address**

DIAGRAPH MARKING AND CODING GROUP

Creditor Name

Creditor's Notice name

75 REMITTANCE DR STE 1234

Address

| CHICAGO | IL | 60675-1234 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/7/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   8,200.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.185 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 28,670.22 |

DILIGENT CORPORATION

Creditor Name

Creditor's Notice name

PO BOX 419829

Address

| BOSTON | MA | 02241-9874 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/23/2023

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | |
|---|---|
| **3.186 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 22,248.41 |

DIRECT ENERGY BUSINESS MARKETI

Creditor Name

Creditor's Notice name

PO BOX 32179

Address

| NEW YORK | NY | 10087-2179 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/3/2023

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.187** **Nonpriority creditor's name and mailing address**

DISC GRAPHICS INC DBA OLIVER I
Creditor Name

Creditor's Notice name

10 GILPIN AVENUE
Address

| | | |
|---|---|---|
| HAUPPAUGE | NY | 11788 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
8/3/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.188** **Nonpriority creditor's name and mailing address**

DOMINO AMJET
Creditor Name

Creditor's Notice name

1290 LAKESIDE DRIVE
Address

| | | |
|---|---|---|
| GURNEE | IL | 60031 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,048.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| 3.189 | **Nonpriority creditor's name and mailing address** |
|---|---|

DOUGLAS PHARMACEUTICALS AMERIC

Creditor Name

Creditor's Notice name

TE PAI PLACE, LINCOLN

Address

PO BOX 45 027

| AUCKLAND | | 651 |
|---|---|---|
| City | State | ZIP Code |

NEW ZEALAND

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,104,028.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.190 | **Nonpriority creditor's name and mailing address** |
|---|---|

DOWNSTATE OPHTHAMOLOGY ASSOCIA

Creditor Name

Creditor's Notice name

34 PLAZA ST EAST STE 103DR BERG

Address

| BROOKLYN | NY | 11238 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/10/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 274.37

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| 3.191 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 6,950.00 |

DR PAUL LOHMANN INC

Creditor Name

Creditor's Notice name

1757 - 10 VETERANS MEMORIAL HWY

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| | | |
|---|---|---|
| ISLANDIA | NY | 11749 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.192 **Nonpriority creditor's name and mailing address**

Drate-Schwerdlin, Ethel

Creditor Name

Creditor's Notice name

Address on File

Address

**As of the petition filing date, the claim is:** $ 21,844.69

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

8/12/2022

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 97 of 348

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.193 Nonpriority creditor's name and mailing address**

DUNKER ELECTRIC SUPPLY INC

Creditor Name

Creditor's Notice name

PO BOX 1734

Address

| DECATUR | IL | 62525 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    10,533.59

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.194 Nonpriority creditor's name and mailing address**

E L PRUITT COMPANY

Creditor Name

Creditor's Notice name

PO BOX 3306

Address

ATTN A/R

| SPRINGFIELD | IL | 62708 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    351,727.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

3.195 **Nonpriority creditor's name and mailing address**

EAGLE TECHNICAL SERVICES INC
Creditor Name

Creditor's Notice name

PO BOX 429
Address

| EAGLE | WI | 53119 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
10/28/2022
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,275.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

3.196 **Nonpriority creditor's name and mailing address**

E-BEAM SERVICE INC
Creditor Name

Creditor's Notice name

2775 HENKLE DRIVE
Address

| LEBANON | OH | 45036 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    6,058.78
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.197** | **Nonpriority creditor's name and mailing address**

ECOLAB
Creditor Name

Creditor's Notice name

P.O. BOX 70343
Address

| CHICAGO | IL | 60673-0343 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,633.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.198** | **Nonpriority creditor's name and mailing address**

ECONDISC CONTRACTING SOLUTIONS
Creditor Name

Creditor's Notice name

25522 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1255 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,204.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.199** **Nonpriority creditor's name and mailing address**

EDI STAFFING

Creditor Name

Creditor's Notice name

PO BOX 100895

Address

| ATLANTA | GA | 30384-4174 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 66,976.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.200** **Nonpriority creditor's name and mailing address**

EDQM COUNCIL OF EUROPE

Creditor Name

Creditor's Notice name

7 ALLEE KASTNER CS 30026F-67081

Address

| STRASBOURG | | |
|---|---|---|
| City | State | ZIP Code |

FRANCE

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 791.01

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor: | Akorn Operating Company LLC | |
|---|---|---|
| | Name | |

Case number *(if known)*:  23-10255

**3.201 Nonpriority creditor's name and mailing address**

EDWARDS VACUUM
Creditor Name

Creditor's Notice name

DEPT CH 19935
Address

| PALATINE | IL | 60055-9935 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/2/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $      227.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.202 Nonpriority creditor's name and mailing address**

EFAX CORPORATE
Creditor Name

C/O J2 GLOBAL COMMUNICATIONS INC
Creditor's Notice name

PO BOX 51873
Address

| LOS ANGELES | CA | 90051-6173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $      1,643.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.203** **Nonpriority creditor's name and mailing address**

EG LIFE SCIENCES LLC

Creditor Name

Creditor's Notice name

55 WALKERS BROOK DRIVE

Address

6TH FLOOR

| READING | MA | 01867 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 11,040.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.204** **Nonpriority creditor's name and mailing address**

EGEEN INTERNATIONAL CORPORATI

Creditor Name

Creditor's Notice name

938 RICH PLACE

Address

| MOUNTAIN VIEW | CA | 94040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 8,657.86

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 13,276.80 |

**Nonpriority creditor's name and mailing address**

ELAN CHEMICAL
Creditor Name

Creditor's Notice name

PO BOX 363
Address

| BRATTLEBORO | VT | 05302-0363 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/15/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 13,276.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.206 **Nonpriority creditor's name and mailing address**

ELEMENT MATERIALS TECH CANADA
Creditor Name

Creditor's Notice name

LOCKBOX #233701
Address

3701 MOMENTUM PLACE

| CHICAGO | IL | 60689-5337 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,395.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.207** **Nonpriority creditor's name and mailing address**

ELEVATOR SAFETY GROUP
Creditor Name

Creditor's Notice name

PO BOX 244
Address

| | | |
|---|---|---|
| HINSDALE | IL | 60522 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/6/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                250.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.208** **Nonpriority creditor's name and mailing address**

ELSEVIER INC
Creditor Name

Creditor's Notice name

PO BOX 9533
Address

| | | |
|---|---|---|
| NEW YORK | NY | 10087-9533 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              7,800.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.209** **Nonpriority creditor's name and mailing address**

EM' PRESS DESIGN INC.

Creditor Name

Creditor's Notice name

6132 KENWOOD AVENUE

Address

| DALLAS | TX | 75214-3014 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            7,125.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.210** **Nonpriority creditor's name and mailing address**

EMD MILLIPORE

Creditor Name

Creditor's Notice name

25760 NETWORK PLACE

Address

| CHICAGO | IL | 60673 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $           44,457.98

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.211 Nonpriority creditor's name and mailing address**

EMD MILLIPORE CORPORATION
Creditor Name

Elizabeth Mitchell
Creditor's Notice name

3050 Spruce Street
Address

| St. Louis | MO | 63103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/9/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,136.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.212 Nonpriority creditor's name and mailing address**

EMPIRE FREIGHT LOGISTICS
Creditor Name

Creditor's Notice name

6567 KINNE ROAD
Address

| DEWITT | NY | 13214 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 310,059.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 156.33 |
|---|---|---|---|---|

ENGIE POWER AND GAS LLC

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

920 Railroad Ave

**Basis for the claim:**

Address

Sale of product or service

| Woodmere | NY | 11598 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

1/12/2023

☐ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 13,537.97 |
|---|---|---|---|---|

ENPRO INC

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

75 REMITTANCE DRIVE

**Basis for the claim:**

Address

Sale of product or service

SUITE 1270

| CHICAGO | IL | 60675-1270 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

Various Dates

☐ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.215 Nonpriority creditor's name and mailing address**

ENVIROCLEAN JANITORIAL SERVICES LLC
Creditor Name

Creditor's Notice name

PO BOX 6355
Address

| EAST BRUNSWICK | NJ | 08816 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account number**

As of the petition filing date, the claim is: $    16,890.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.216 Nonpriority creditor's name and mailing address**

ENVIROSERVE INC
Creditor Name

Creditor's Notice name

5350 E Firehouse Rd.
Address

| Decatur | IL | 62521 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account number**

As of the petition filing date, the claim is: $    47,728.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.217** **Nonpriority creditor's name and mailing address**

EQUINE NETWORK
Creditor Name

Creditor's Notice name

PO BOX 208347
Address

| DALLAS | TX | 75320-8347 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,177.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.218** **Nonpriority creditor's name and mailing address**

EQUINIX INC AR
Creditor Name

Creditor's Notice name

PO BOX 736031
Address

| DALLAS | TX | 75373-6031 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 32,802.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.219** **Nonpriority creditor's name and mailing address**

ERNST & YOUNG LLP
Creditor Name

Creditor's Notice name

PNC BANK C/O ERNST & YOUNG US LLP
Address

3712 SOLUTION CENTER

| CHICAGO | IL | 60677-3007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 287,850.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.220** **Nonpriority creditor's name and mailing address**

ETHYPHARM
Creditor Name

Creditor's Notice name

Roseline Joannesse
Address

194 Bureaux de la Colline, Batiment D, 12eme etage

| Saint-Cloud Cedex | | 92213 |
|---|---|---|
| City | State | ZIP Code |

FRANCE
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 603,077.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 1,160,000.00 |

**EUROAPI USA**
Creditor Name

Creditor's Notice name

100 SOMERSET CORPORATE BLVD
Address

2ND FLOOR SUITE 100

| BRIDGEWATER | NJ | 08807 |
| City | State | ZIP Code |

Country

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 83,501.80 |

**EUROFINS LANCASTER LAB**
Creditor Name

Creditor's Notice name

2425 NEW HOLLAND PIKE
Address

| LANCASTER | PA | 17601 |
| City | State | ZIP Code |

Country

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 39,000.00 |

EVALUATE LIMITED
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

11-29 FASHION STREET
Address

**Basis for the claim:**

Sale of product or service

| LONDON | | E1 6PX |
| City | State | ZIP Code |

UNITED KINGDOM
Country

**Date or dates debt was incurred**

12/8/2022

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 2,280.00 |

EVERLIGHT CHEMICAL INDUSTRIAL CORP
Creditor Name

*Check all that apply.*

ATTN GRACE WEI
Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

KUANYIN II PLANT, 12 INDUSTRILA THIRD RD KUANYIN DIST
Address

**Basis for the claim:**

Sale of product or service

| TAOYUAN CITY | | |
| City | State | ZIP Code |

TAIWAN
Country

**Date or dates debt was incurred**

Various Dates

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

**3.225** **Nonpriority creditor's name and mailing address**

EVISORT INC
Creditor Name

Creditor's Notice name

548 MARKET ST
Address

PMB 20722

| SAN FRANCISCO | CA | 94104-5401 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    19,375.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.226** **Nonpriority creditor's name and mailing address**

EVOQUA WATER TECHNOLOGIES LLC
Creditor Name

Creditor's Notice name

28563 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1285 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    38,639.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*    23-10255

**3.227 Nonpriority creditor's name and mailing address**

EXELA PHARMA SCIENCES
Creditor Name

Creditor's Notice name

1245 BLOWING ROCK BLVD
Address

| LENOIR | NC | 28645 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    507,860.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.228 Nonpriority creditor's name and mailing address**

EXTREME METAL FAB INC
Creditor Name

Creditor's Notice name

4889 HELMSBURG ROAD
Address

| NASHVILLE | IN | 47448 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    5,093.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.229 Nonpriority creditor's name and mailing address**

EYE CONSULTANTS OF ATLANTA PC

Creditor Name

Creditor's Notice name

3225 CUMBERLAND BLVD STE 900

Address

LEVINE ELLIOT LOUIS

| ATLANTA | GA | 30339 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,199.32

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.230 Nonpriority creditor's name and mailing address**

EYE PHYSICIANS & SURGEONS

Creditor Name

Creditor's Notice name

202 CHERRY ST

Address

| MILFORD | CT | 06460-3502 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,152.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 116 of 348

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)*: | 23-10255 |

**3.231** **Nonpriority creditor's name and mailing address**

EYEMED VISION CARE - FIDELITY

Creditor Name

Creditor's Notice name

PO BOX 632530

Address

| CINCINNATI | OH | 45263-2530 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 7,701.47

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.232** **Nonpriority creditor's name and mailing address**

EYESOUTH PARTNERS

Creditor Name

Creditor's Notice name

5775 GLENRIDGE DR BLDG B

Address

SUITE 500

| ATLANTA | GA | 30328 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,239.98

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.233 Nonpriority creditor's name and mailing address**

F & F ROOFING COMPANY INC

Creditor Name

Creditor's Notice name

315 JERICHO TURNPIKE

Address

| FLORAL PARK | NY | 11001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    6,210.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.234 Nonpriority creditor's name and mailing address**

F A WILHELM CONTRUCTION

Creditor Name

Creditor's Notice name

3914 PROSPECT STREET

Address

| INDIANAPOLIS | IN | 46203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    72,370.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.235 Nonpriority creditor's name and mailing address**

FAREVA AMBOISE - R&D ONLY
Creditor Name

Creditor's Notice name

Z1 29 ROUTE DES INDUSTRIES
Address

| POCE SUR CISSE | | 37530 |
|---|---|---|
| City | State | ZIP Code |

FRANCE
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 178,425.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.236 Nonpriority creditor's name and mailing address**

FASTENAL
Creditor Name

Creditor's Notice name

PO BOX 1286
Address

| WINONA | MN | 55987-1286 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,943.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.237** **Nonpriority creditor's name and mailing address**

FEDEGARI TECHNOLOGIES INC

Creditor Name

Creditor's Notice name

1228 BETHLEHEM PIKE

Address

| SELLERSVILLE | PA | 18960 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/10/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                8,058.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.238** **Nonpriority creditor's name and mailing address**

FEDEX

Creditor Name

Creditor's Notice name

PO BOX 94515

Address

| PALATINE | IL | 60094-4515 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                2,459.38

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.239 Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
Creditor Name

Creditor's Notice name

DEPT CH
Address

PO BOX 10306

| PALATINE | IL | 60055-0306 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/12/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                          297.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.240 Nonpriority creditor's name and mailing address**

FENCE PRO
Creditor Name

Creditor's Notice name

274 WEST HOFFMAN AVENUE
Address

| LINDENHURST | NY | 11757 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                          461.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.241 Nonpriority creditor's name and mailing address**

FILAMATIC
Creditor Name

Creditor's Notice name

4119 FORDLEIGH RD
Address

| BALTIMORE | MD | 21215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 62,575.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.242 Nonpriority creditor's name and mailing address**

FIRST CHOICE ELECTRIC INC
Creditor Name

Creditor's Notice name

34 OVERLOOK DRIVE
Address

| JACKSON | NJ | 08527 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,198.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.243** **Nonpriority creditor's name and mailing address**

FISH WINDOW CLEANING

Creditor Name

Creditor's Notice name

28501 WILMOT ROAD # 20

Address

| TREVOR | WI | 53179 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 600.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.244** **Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC

Creditor Name

ALL AKORN ACCOUNTS

Creditor's Notice name

13551 COLLECTIONS CTR DR

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 178,291.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.245 Nonpriority creditor's name and mailing address**

FLUKE ELECTRONICS CORPORATION

Creditor Name

Creditor's Notice name

7272 COLLECTION CENTER DR

Address

| CHICAGO | IL | 60693-0072 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                4,316.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.246 Nonpriority creditor's name and mailing address**

FORTRA LLC

Creditor Name

Creditor's Notice name

11095 VIKING DR SUITE 100

Address

| EDEN PRAIRIE | MN | 55344 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/29/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |

**3.247** **Nonpriority creditor's name and mailing address**

FOX GLASS COMPANY EAST
Creditor Name

Creditor's Notice name

45 BLOOMINGDALE RD.
Address

| HICKSVILLE | NY | 11801 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/18/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,171.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.248** **Nonpriority creditor's name and mailing address**

Franke, Patricia A
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,326.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.249** **Nonpriority creditor's name and mailing address**

FREUDENBERG

Creditor Name

Creditor's Notice name

INHEALTH TECHNOLOGIES

Address

23686 NETWORK PLACE

| CHICAGO | IL | 60673-1236 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 85,457.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.250** **Nonpriority creditor's name and mailing address**

FREYR INC

Creditor Name

Creditor's Notice name

150 COLLEGE RD WEST

Address

SUITE 102

| PRINCETON | NJ | 08540 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 43,200.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 126 of 348

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.251 Nonpriority creditor's name and mailing address**

FS INSTALLATION
Creditor Name

Creditor's Notice name

245 ACORN AVE
Address

| CENTRAL ISLIP | NY | 11722 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    6,920.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.252 Nonpriority creditor's name and mailing address**

FTF PHARMA PVT LTD - R&D ONLY
Creditor Name

Creditor's Notice name

BLOCK NO 193 211 XCELON IND PARK
Address

CHAK DE INDIA WEIGHT BRIDGE ROAD

VASANA CHACHARWADI

| AHMEDABAD | GJ | 92618 |
|---|---|---|
| City | State | ZIP Code |

INDIA
Country

**Date or dates debt was incurred**

1/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  100,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.253 Nonpriority creditor's name and mailing address**

FURTHER
Creditor Name

Creditor's Notice name

PO BOX 64193
Address

| ST PAUL | MN | 55164-0193 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/12/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 117.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.254 Nonpriority creditor's name and mailing address**

Galana Jones
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** 7783

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

**3.255** **Nonpriority creditor's name and mailing address**

GALENICUM HEALTH S L - R&D ONLY
Creditor Name

Creditor's Notice name

CARRER SANT GABRIEL 50
Address

| BARCELONA | | 08950 |
|---|---|---|
| City | State | ZIP Code |

SPAIN
Country

**Date or dates debt was incurred**
12/13/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $        250,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.256** **Nonpriority creditor's name and mailing address**

GAMA REALTY HOLDINGS LLC
Creditor Name

Creditor's Notice name

243 DIXON AVENUE
Address

| AMITYVILLE | NY | 11701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/1/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.257 Nonpriority creditor's name and mailing address**

GARDAWORLD SECURITY SERVICES
Creditor Name

Creditor's Notice name

PO BOX 843886
Address

| KANSAS CITY | MO | 64184-3886 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    136,821.01

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.258 Nonpriority creditor's name and mailing address**

GATEWAY ANALYTICAL
Creditor Name

Daniel Cohen
Creditor's Notice name

2009 Kramer Road
Address

| Gibsonia | PA | 15044 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                     14,680.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.259** **Nonpriority creditor's name and mailing address**

Gavaskar, Kaustubh
Creditor Name

Creditor's Notice name

Address on File
Address

City                    State            ZIP Code

Country

**Date or dates debt was incurred**

9/30/2022

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 34,781.78 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.260** **Nonpriority creditor's name and mailing address**

GDL INTERNATIONAL
Creditor Name

Creditor's Notice name

7111 WEST 151ST STREET
Address

SUITE 312

OVERLAND PARK        KS            66223
City                    State            ZIP Code

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 220,464.21 |

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

**3.261** **Nonpriority creditor's name and mailing address**

GENERICHEM

Creditor Name

Creditor's Notice name

5 TAFT RD

Address

| TOTOWA | NJ | 07511-0457 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              147,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.262** **Nonpriority creditor's name and mailing address**

GERRESHEIMER GLASS INC

Creditor Name

ATTN A/R

Creditor's Notice name

537 CRYSTAL AVE

Address

| VINELAND | NJ | 08360 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              284,846.05
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 311,502.49 |

**3.263 Nonpriority creditor's name and mailing address**

GIBSON DUNN & CRUTCHER LLP
Creditor Name

Creditor's Notice name

PO BOX 840723
Address

| LOS ANGELES | CA | 90084-0723 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/21/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 311,502.49
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.264 Nonpriority creditor's name and mailing address**

GIRTON MANUFACTURING CO INC
Creditor Name

Creditor's Notice name

BOX 900
Address

160 WEST MAIN STREET

| MILLVILLE | PA | 17846 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,140.10
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.265 Nonpriority creditor's name and mailing address**

GL SCIENCES INC
Creditor Name

Creditor's Notice name

4733 TORRANCE BLVD STE 255
Address

| TORRANCE | CA | 90503 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/28/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                762.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.266 Nonpriority creditor's name and mailing address**

GLOBAL INDUSTRIAL EQUIPMENT IN
Creditor Name

Creditor's Notice name

29833 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1298 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              2,973.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

**3.267** **Nonpriority creditor's name and mailing address**

GLOBAL PACKS LLC

Creditor Name

Creditor's Notice name

P.O. BOX 100053

Address

| BROOKLYN | NY | 11210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    8,250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.268** **Nonpriority creditor's name and mailing address**

GMM PFAUDLER US INC

Creditor Name

Creditor's Notice name

1000 WEST AVE

Address

PO BOX 23600

| ROCHESTER | NY | 14692-3600 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    24,201.43

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.269** **Nonpriority creditor's name and mailing address**

GOENGINEER LLC

Creditor Name

Creditor's Notice name

739 EAST FORT UNION BLVD.

Address

| MIDVALE | UT | 84047 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/24/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                5,951.94

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.270** **Nonpriority creditor's name and mailing address**

GOLDEN STATE MEDICAL SUPPLY IN

Creditor Name

Creditor's Notice name

5187 Camino Ruiz

Address

| Camarillo | CA | 93012 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $               13,190.55

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.271** **Nonpriority creditor's name and mailing address**

GORDON FLESCH CO INC

Creditor Name

Creditor's Notice name

BIN 88236

Address

| MILWAUKEE | WI | 53288-0236 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $  15,510.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.272** **Nonpriority creditor's name and mailing address**

GORDON L SEAMAN INC

Creditor Name

Creditor's Notice name

29 OLD DOCK ROAD

Address

| YAPHANK | NY | 11980 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $  37,905.03

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.273** **Nonpriority creditor's name and mailing address**

Gossard, John Edward
Creditor Name

Creditor's Notice name

Address on File
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $        101,397.70
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.274** **Nonpriority creditor's name and mailing address**

GP PHARM SA
Creditor Name

Berta Ponsati
Creditor's Notice name

Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat
Address

Barcelona        08908

City        State        ZIP Code

SPAIN
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $        29,623.65
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| 3.275 | **Nonpriority creditor's name and mailing address** |

GRAFTEL LLC

Creditor Name

Creditor's Notice name

95 CHANCELLOR DR

Address

| ROSELLE | IL | 60172 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,472.90
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

| | |
|---|---|
| 3.276 | **Nonpriority creditor's name and mailing address** |

GRAINGER DECATUR

Creditor Name

Creditor's Notice name

DEPT 865497671

Address

| PALATINE | IL | 60038-0001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,946.05
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.277 Nonpriority creditor's name and mailing address**

GRAINGER HI-TECH

Creditor Name

Creditor's Notice name

DEPT 865497671

Address

| PALATINE | IL | 60038-0001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 44,255.29

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.278 Nonpriority creditor's name and mailing address**

GREENHILL TRADING INC

Creditor Name

Creditor's Notice name

5701 FOSTER AVE

Address

| BROOKLYN | NY | 11234 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/23/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 361.09

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| Debtor: | Akorn Operating Company LLC |

Case number *(if known)*: 23-10255

**3.279 Nonpriority creditor's name and mailing address**

Guo, Wenjuan

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|---|---|---|

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    8,555.98

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.280 Nonpriority creditor's name and mailing address**

GURUNATH PADGAONKAR

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|---|---|---|

Country

**Date or dates debt was incurred**

2/8/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    5,400.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | |
|---|---|
| **3.281** | **Nonpriority creditor's name and mailing address** |

H R STEWART INC

Creditor Name

Creditor's Notice name

52 W CRYSTAL ST

Address

ATTN SHEILA LUCCHETTI

| CARY | IL | 60013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 910.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **3.282** | **Nonpriority creditor's name and mailing address** |

HACH COMPANY

Creditor Name

Creditor's Notice name

2207 COLLECTIONS CENTER DR

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,152.53

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
| --- | --- | --- | --- |
| | Name | | |

**3.283** **Nonpriority creditor's name and mailing address**

HAGEDORN & GANNON CO INC

Creditor Name

Creditor's Notice name

550 AXMINISTER DRIVE

Address

| FENTON | MO | 63026-2904 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/20/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    9,312.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.284** **Nonpriority creditor's name and mailing address**

HALOCARBON LIFE SCIENCES LLC

Creditor Name

David Bacon

Creditor's Notice name

6525 The Corners Parkway

Address

Suite 200

| Peachtree Corners | GA | 30092 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    515,886.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.285** **Nonpriority creditor's name and mailing address**

HAMILTON DRAYAGE INC

Creditor Name

Creditor's Notice name

44 RAILROAD STREET

Address

| HUNTINGTON STATION | NY | 11746 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,525.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.286** **Nonpriority creditor's name and mailing address**

HARTCORN PLUMBING & HEATING IN

Creditor Name

Creditor's Notice name

850 SOUTH SECOND STREET

Address

| RONKONKOMA | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,924.09

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.287 Nonpriority creditor's name and mailing address**

HBM INC
Creditor Name

Creditor's Notice name

19 BARTLETT STREET
Address

| MARLBOROUGH | MA | 01752 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,496.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.288 Nonpriority creditor's name and mailing address**

HEALTH INDUSTRY BUSINESS
Creditor Name

Creditor's Notice name

PO BOX 29650
Address

DEPT 880159

| PHOENIX | AZ | 85038-9650 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.289 Nonpriority creditor's name and mailing address**

HEMLOCK ASSOCIATES INC

Creditor Name

Creditor's Notice name

638 LARKFIELD ROAD

Address

| EAST NORTHPORT | NY | 11731 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9,233.13

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.290 Nonpriority creditor's name and mailing address**

HENDERSON CONSTRUCTORS INC

Creditor Name

Creditor's Notice name

350 E BUTLER AVENUE

Address

| NEW BRITAIN | PA | 18901 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,569,129.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.291 Nonpriority creditor's name and mailing address**

Herceg, Christine S.

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

7/31/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    2,732.32

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.292 Nonpriority creditor's name and mailing address**

HERITAGE INDUSTRIAL SERVICES I

Creditor Name

Creditor's Notice name

784 MONMOUTH RD

Address

| | | |
|---|---|---|
| CREAM RIDGE | NJ | 08514 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/22/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    3,600.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 8,522.53
--- | --- | --- | --- | ---

HERITAGE PKG

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

625 FISHERS RUN

Address

**Basis for the claim:**

Sale of product or service

VICTOR | NY | 14564
--- | --- | ---
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

**number**

☐ Yes

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 7,731.44
--- | --- | --- | --- | ---

HIRERIGHT LLC

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

PO BOX 847891

Address

**Basis for the claim:**

Sale of product or service

DALLAS | TX | 75284-7891
--- | --- | ---
City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

**number**

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.295** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 12,389.68 |

HOLLAND APPLIED TECHNOLOGIES I

Creditor Name

Creditor's Notice name

7050 HIGH GROVE BLVD

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| BURR RIDGE | IL | 60527 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

**number**

☐ Yes

---

**3.296** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $ 7,387.01

Hugel, Richard Andrew

Creditor Name

Creditor's Notice name

Address on File

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

8/26/2022

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

**number**

☐ Yes

---

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

**3.297** **Nonpriority creditor's name and mailing address**

HYDRO SERVICE AND SUPPLY INC

Creditor Name

Creditor's Notice name

PO BOX 12197

Address

| RESEARCH TRIANGLE PARK | NC | 27709 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    1,160.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.298** **Nonpriority creditor's name and mailing address**

HYG FINANCIAL SERVICES INC - OR

Creditor Name

Creditor's Notice name

800 Walnut St

Address

| Des Moines | IA | 50309-3605 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/26/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    1,440.75

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.299** **Nonpriority creditor's name and mailing address**

HYSPECO INC

Creditor Name

Creditor's Notice name

2118 E ROCKHURST

Address

| SPRINGFIELD | MO | 65802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/26/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 293.33

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.300** **Nonpriority creditor's name and mailing address**

IAL TOTAL SECURITY

Creditor Name

Creditor's Notice name

500 WEST MAIN STREET

Address

| SMITHTOWN | NY | 11787 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/9/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 255.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 15,924.00 |

IBM

Creditor Name

Creditor's Notice name

PO BOX 643600

Address

| PITTSBURGH | PA | 15264-3600 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/6/2022

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 5,890.32 |

ICON (FORMERLY OPTUMINSIGHT 10

Creditor Name

Creditor's Notice name

4 INNOVATION DRIVE

Address

| DUNDAS | ON | L9H 7P3 |
| City | State | ZIP Code |

CANADA

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

**3.303 Nonpriority creditor's name and mailing address**

IES ENGINEERS

Creditor Name

Creditor's Notice name

1720 WALTON ROAD

Address

| BLUE BELL | PA | 19422 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 68,971.32

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.304 Nonpriority creditor's name and mailing address**

ILLINI SUPPLY INC

Creditor Name

Creditor's Notice name

111 ILLINI DR

Address

ATTN AR

| FORSYTH | IL | 62535 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 18,705.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.305 Nonpriority creditor's name and mailing address**

IMA NORTH AMERICA INC
Creditor Name

Creditor's Notice name

7 NEW LANCASTER ROAD
Address

| LEOMINSTER | MA | 01453 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 41,767.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.306 Nonpriority creditor's name and mailing address**

IMCD GROUP (FORMERLY MUTCHLER)
Creditor Name

Creditor's Notice name

PO BOX 5168
Address

| CAROL STREAM | IL | 60197-5168 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 69,773.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.307  Nonpriority creditor's name and mailing address**

Indukuri, Srinivasa Raju

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               3,529.36

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.308  Nonpriority creditor's name and mailing address**

INFORMATION & COMPUTING SERVIC

Creditor Name

Creditor's Notice name

PO BOX 638345

Address

| | | |
|---|---|---|
| CINCINNATI | OH | 45263-8345 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             123,455.99

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.309 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 852.36 |
| INORGANIC VENTURES | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| ATTN CUSTOMER SERVICE | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 300 TECHNOLOGY DR | Sale of product or service |
| Address | |

| | | | |
|---|---|---|---|
| CHRISTIANSBURG | VA | 24073 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

11/7/2022

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **3.310 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,742.74 |
| INTALERE INC | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| BOX B110402 | Sale of product or service |
| Address | |
| PO BOX 88402 | |

| | | | |
|---|---|---|---|
| MILWAUKEE | WI | 53288-8402 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

12/10/2022

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*  23-10255

| | |
|---|---|
| **3.311** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  $ 94,594.50 |
| INTEGRICHAIN INC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| PO BOX 360700 | Sale of product or service |
| Address | |

| City | State | ZIP Code |
|---|---|---|
| PITTSBURGH | PA | 15251-6700 |

Country

**Date or dates debt was incurred**
Various Dates

**Is the claim subject to offset?**
☐ No

**Last 4 digits of account**

**number**

☐ Yes

| | |
|---|---|
| **3.312** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  $ 665.02 |
| INTELLIGENT MEASUREMENT SOLUTI | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| PO BOX 8823 | Sale of product or service |
| Address | |

| City | State | ZIP Code |
|---|---|---|
| GRAND RAPIDS | MI | 49518 |

Country

**Date or dates debt was incurred**
12/13/2022

**Is the claim subject to offset?**
☐ No

**Last 4 digits of account**

**number**

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.313 Nonpriority creditor's name and mailing address**

INTERCHEM CORPORATION
Creditor Name

Creditor's Notice name

120 RT 17 NORTH
Address

| PARAMUS | NJ | 07652-2819 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/17/2023
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 700.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.314 Nonpriority creditor's name and mailing address**

INTERIOR SPECIALTY CONSTRUCTIO
Creditor Name

Reed Sullivan
Creditor's Notice name

880 East Pershing Road
Address

| Decatur | IL | 62526 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates
**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 75,883.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known):*  23-10255

**3.315 Nonpriority creditor's name and mailing address**

INTERNATIONAL MOLASSES CORP
Creditor Name

Creditor's Notice name

PO BOX 898
Address

| SADDLE BROOK | NJ | 07663 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    51,473.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.316 Nonpriority creditor's name and mailing address**

INTRALINKS INC
Creditor Name

Creditor's Notice name

PO BOX 392134
Address

| PITTSBURGH | PA | 15251-9134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    14,318.46
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.317 Nonpriority creditor's name and mailing address**

IPD ANALYTICS LLC
Creditor Name

Creditor's Notice name

1170 KANE CONCOURSE STE 300
Address

| BAY HARBOR ISLANDS | FL | 33154 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/27/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              63,536.55
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.318 Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
Creditor Name

Creditor's Notice name

PO BOX 27128
Address

| NEW YORK | NY | 10087-7128 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             191,946.32
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)* 23-10255

**3.319** **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN RECORDS MANAGEME

Creditor Name

Creditor's Notice name

PO BOX 915004

Address

| DALLAS | TX | 75391-5004 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,838.37

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.320** **Nonpriority creditor's name and mailing address**

IWK PACKAGING SYSTEMS INC

Creditor Name

Creditor's Notice name

2 CRANBERRY ROAD STE A1B

Address

| PARSIPPANY | NJ | 07054 |
|------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 573.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.321 Nonpriority creditor's name and mailing address**

JACKSON LEWIS PC

Creditor Name

Creditor's Notice name

PO BOX 4169019

Address

| BOSTON | MA | 02241-6019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 78,799.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.322 Nonpriority creditor's name and mailing address**

JACOBI INDUSTRIES

Creditor Name

Creditor's Notice name

131 MIDDLE ISLAND RD

Address

| MEDFORD | NY | 11763 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/18/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,375.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*    23-10255

**3.323 Nonpriority creditor's name and mailing address**

JAF LOGISTICS
Creditor Name


Creditor's Notice name

1319 NORTH BROAD STREET
Address



| HILLSIDE | NJ | 07205 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 5,007.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.324 Nonpriority creditor's name and mailing address**

JB ESKERS
Creditor Name


Creditor's Notice name

212 WEST MAIN STREET
Address



| TEUTOPOLIS | IL | 62467 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/21/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 3,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.325 Nonpriority creditor's name and mailing address**

Jean Erick Daphnis
Creditor Name

Creditor's Notice name

Address on File
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** 9956

**As of the petition filing date, the claim is:** $    Undetermined
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.326 Nonpriority creditor's name and mailing address**

JOHNSON CNTL FIRE FORMER SIMPL
Creditor Name

Creditor's Notice name

DEPT CH 10320
Address

PALATINE    IL    60055-0320
City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    13,520.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.327** **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS NJ

Creditor Name

Creditor's Notice name

NORTH JERSEY BRANCH 1-866-589-8652

Address

264 FERNWOOD AVE

| EDISON | NJ | 08837 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,171.79

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.328** **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS SECURITY SOLU

Creditor Name

Creditor's Notice name

PO BOX 371967

Address

| PITTSBURG | PA | 15250-7967 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,561.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.329 Nonpriority creditor's name and mailing address**

JOHNSTONE SUPPLY

Creditor Name

Creditor's Notice name

135 SCHMITT BOULEVARD

Address

| FARMINGDALE | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/6/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                910.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.330 Nonpriority creditor's name and mailing address**

JONES & SULLIVAN ENTERPRISES I

Creditor Name

Creditor's Notice name

2955 N DINNEEN STREET

Address

| DECATUR | IL | 62526 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/26/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              50,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

---

**3.331** **Nonpriority creditor's name and mailing address**

JP PARADISE LANDSCAPING LLC

Creditor Name

Creditor's Notice name

12 SYCORA LN

Address

| ISLANDIA | NY | 11749 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/18/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $             5,214.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.332** **Nonpriority creditor's name and mailing address**

JSKALDES CONSULTING LLC

Creditor Name

Creditor's Notice name

120 EAST BECKS BLVD

Address

| RINGOES | NJ | 08551 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/12/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $             4,602.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 1,737,440.00 |

Kafer, Jon

Creditor Name

Creditor's Notice name

Address on File

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

2/23/2022

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executive Severance Arrangements

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 22,981.85 |

KAMPS INC

Creditor Name

Creditor's Notice name

2900 PEACH RIDGE AVE NW

Address

| GRAND RAPIDS | MI | 49534 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

**3.335** **Nonpriority creditor's name and mailing address**

KAPS-ALL PACKAGING SYSTEMS

Creditor Name

Creditor's Notice name

200 MILL RD

Address

| RIVERHEAD | NY | 11901-3125 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,795.64

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.336** **Nonpriority creditor's name and mailing address**

KERRY INGREDIENTS

Creditor Name

Creditor's Notice name

PO BOX 409141

Address

| ATLANTA | GA | 30384-9141 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              16,018.37

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

**3.337** **Nonpriority creditor's name and mailing address**

KEYENCE CORP OF AMERICA

Creditor Name

Creditor's Notice name

DEPT CH 17128

Address

| PALATINE | IL | 60055-7128 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/9/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,457.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.338** **Nonpriority creditor's name and mailing address**

Khirdekar, Ravindra

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,708.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.339  Nonpriority creditor's name and mailing address**

Kimberly Lees
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

number  7446

**As of the petition filing date, the claim is:**  $                    Undetermined
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.340  Nonpriority creditor's name and mailing address**

KIRBY RISK CORPORATION
Creditor Name

Creditor's Notice name

27561 NETWORK PLACE
Address

| | | |
|---|---|---|
| CHICAGO | IL | 60673-1275 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

number

**As of the petition filing date, the claim is:**  $                    62,182.95
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.341 Nonpriority creditor's name and mailing address**

KLEINSCHMIDT INC
Creditor Name

Creditor's Notice name

PO BOX 7158
Address

| DEERFIELD | IL | 60015-7158 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          7,500.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.342 Nonpriority creditor's name and mailing address**

K-LIGHT LABORATORIES
Creditor Name

Creditor's Notice name

15705 ARROW HIGHWAY
Address

SUITE 3

| IRWINDALE | CA | 91706 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $          3,455.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.343 Nonpriority creditor's name and mailing address**

Koshy, Alex

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/3/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 988.39

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.344 Nonpriority creditor's name and mailing address**

Ksiazak, Jennifer Anne

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 55,502.11

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.345 Nonpriority creditor's name and mailing address**

LABCONCO

Creditor Name

Creditor's Notice name

PO BOX 801133

Address

| KANSAS CITY | MO | 64180 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/4/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 144.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.346 Nonpriority creditor's name and mailing address**

LABCORP EARLY DEVELOPMENT

Creditor Name

Creditor's Notice name

LABORATORIES INC

Address

PO BOX 2464

| BURLINGTON | NC | 27216 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,802.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:   Akorn Operating Company LLC

Case number *(if known)*:   23-10255

**3.347** **Nonpriority creditor's name and mailing address**

LABEL SUPPLIES & SERVICES

Creditor Name

Creditor's Notice name

960 ROUTE 6 #192

Address

| MAHOPAC | NY | 10541 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/10/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   436.17

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.348** **Nonpriority creditor's name and mailing address**

LAFORCE INC

Creditor Name

Creditor's Notice name

PO BOX 10068

Address

| GREEN BAY | WI | 54307 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   158.76

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 3,923.80 |

Lam, Andrew
Creditor Name

Creditor's Notice name

Address on File
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**
12/31/2022

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 2,170.54 |

LANCER SALES USA INC
Creditor Name

Creditor's Notice name

1150 EMMA OAKS TRAIL STE 140
Address

ATTN A/P

LAKE MARY    FL    32746
City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 760.00 |

LANDAUER INC

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

2 SCIENCE ROAD

**Basis for the claim:**

Address

Sale of product or service

| GLENWOOD | IL | 60425 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

12/27/2022

☐ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 51,144.34 |

LASALLE NETWORK

Creditor Name

*Check all that apply.*

☐ Contingent

Creditor's Notice name

☐ Unliquidated

☐ Disputed

200 NORTH LASALLE STREET STE 2500

**Basis for the claim:**

Address

Sale of product or service

| CHICAGO | IL | 60601 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

Various Dates

☐ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.353**  **Nonpriority creditor's name and mailing address**

LDI COLOR TOOLBOX

Creditor Name

Creditor's Notice name

50 JERICHO QUADRANGLE

Address

| JERICHO | NY | 11753 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/29/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:      $                959.47

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.354**  **Nonpriority creditor's name and mailing address**

LEADIANT FORMER SIGMA-TAU

Creditor Name

Creditor's Notice name

PO BOX 79306

Address

| BALTIMORE | MD | 21279 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:      $             432,210.80

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

### 3.355 Nonpriority creditor's name and mailing address

LEGISYM LLC
Creditor Name

Creditor's Notice name

9325 TARVER DR
Address

SUITE C-101

| | | |
|---|---|---|
| TEMPLE | TX | 76502 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

### 3.356 Nonpriority creditor's name and mailing address

LES EMBALLAGES WINPAK
Creditor Name

Creditor's Notice name

9003 PAYSPHERE CIRCLE
Address

| | | |
|---|---|---|
| CHICAGO | IL | 60674 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33,020.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.357** **Nonpriority creditor's name and mailing address**

LESMAN INSTRUMENT CO

Creditor Name

Creditor's Notice name

PO BOX 7640

Address

| CAROL STREAM | IL | 60197-7640 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/19/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 301.27

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.358** **Nonpriority creditor's name and mailing address**

LEXAMED LTD

Creditor Name

Creditor's Notice name

705 FRONT STREET

Address

| TOLEDO | OH | 43605 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/17/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 787.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)* 23-10255

**3.359 Nonpriority creditor's name and mailing address**

LGC STANDARDS

Creditor Name

Creditor's Notice name

276 ABBY RD

Address

| MANCHESTER | NH | 03103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,123.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.360 Nonpriority creditor's name and mailing address**

LIFE TECHNOLOGIES CORP

Creditor Name

Creditor's Notice name

12088 COLLECTIONS CENTER DRIVE

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/9/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 691.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.361** **Nonpriority creditor's name and mailing address**

LIGHTHOUSE INSTRUMENTS LLC

Creditor Name

Creditor's Notice name

2050 AVON COURT

Address

CHARLOTTESVILLE | VA | 22902

City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,425.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.362** **Nonpriority creditor's name and mailing address**

Linda Harper

Creditor Name

Creditor's Notice name

Address on File

Address

City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number** 0281

**As of the petition filing date, the claim is:** $ Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|
| | Name | | |

**3.363** **Nonpriority creditor's name and mailing address**

LIONHEART CRITICAL POWER SPECI

Creditor Name

Creditor's Notice name

13151 EXECUTIVE COURT

Address

| HUNTLEY | IL | 60142 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/13/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 830.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.364** **Nonpriority creditor's name and mailing address**

LONZA WALKERSVILLE

Creditor Name

Creditor's Notice name

12261 COLLECTIONS CENTER DRIVE

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 487.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)* 23-10255

**3.365** **Nonpriority creditor's name and mailing address**

LUGARI WRECKER SERVICE

Creditor Name

Creditor's Notice name

3680 NORTH BEARSDALE ROAD

Address

| DECATUR | IL | 62526 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/10/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.366** **Nonpriority creditor's name and mailing address**

MAADHO DISTRIBUTORS INC

Creditor Name

Creditor's Notice name

118 N BEDFORD RD

Address

SUITE 100

| MOUNT KISCO | KY | 10549 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/26/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,400.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.367** | **Nonpriority creditor's name and mailing address** |

MAFCO WORLDWIDE CORP

Creditor Name

Creditor's Notice name

PO BOX 821074

Address

| PHILADELPHIA | PA | 19182-1074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/9/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,320.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | |
|---|---|
| **3.368** | **Nonpriority creditor's name and mailing address** |

MALIK & POPIEL PC

Creditor Name

Creditor's Notice name

7606 TRANSIT ROAD SUITE 200

Address

| BUFFALO | NY | 14221 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,510.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.369 Nonpriority creditor's name and mailing address**

MANCINE OPTICAL COMPANY INC
Creditor Name

Creditor's Notice name

2910 ROUTE 130 NORTH
Address

| DELRAN | NJ | 08075 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,050.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.370 Nonpriority creditor's name and mailing address**

MARK VEND CO
Creditor Name

Creditor's Notice name

3000 MACARTHUR BLVD
Address

| NORTHBROOK | IL | 60062-1902 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,040.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

---

**3.371** **Nonpriority creditor's name and mailing address**

MARQUIS BEVERAGE SERVICE

Creditor Name

Creditor's Notice name

1234 W CERRO GORDO

Address

| DECATUR | IL | 62522 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    4,323.32

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.372** **Nonpriority creditor's name and mailing address**

MARTIN PETERSEN COMPANY

Creditor Name

Creditor's Notice name

9800 55TH STREET

Address

| KENOSHA | WI | 53144 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    10,159.57

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.373 Nonpriority creditor's name and mailing address**

MATRIX ABSENCE MANAGEMENT INC
Creditor Name

Creditor's Notice name

PO BOX 953217
Address

| ST LOUIS | MO | 63195-3217 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              8,522.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.374 Nonpriority creditor's name and mailing address**

MCCRONE ASSOCIATES INC
Creditor Name

Creditor's Notice name

850 PASQUINELLI DRIVE
Address

| WESTMONT | IL | 60559-5531 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/25/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

**3.375 Nonpriority creditor's name and mailing address**

MCMASTER-CARR SUPPLY COMPANY

Creditor Name

Creditor's Notice name

P.O. BOX 7690

Address

| CHICAGO | IL | 60680-7690 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                17,862.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.376 Nonpriority creditor's name and mailing address**

MECHANISMS DESIGNS AND MANUFAC

Creditor Name

ATTN ALAN SHEARS

Creditor's Notice name

411 S 3RD ST

Address

| DIVERNON | IL | 62530 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/29/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                600.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.377 Nonpriority creditor's name and mailing address**

MEDICAL PACKAGING INC

Creditor Name

Creditor's Notice name

8 KINGS COURT

Address

| FLEMINGTON | NJ | 08822 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 55,125.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.378 Nonpriority creditor's name and mailing address**

MEDPRO SYSTEMS LLC

Creditor Name

Ray Ungemach & Jeff Sidoti

Creditor's Notice name

100 Stierli Court

Address

| Mt Arlington | NJ | 07856 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 161.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC
Name

Case number *(if known)*    23-10255

**3.379  Nonpriority creditor's name and mailing address**

Mellentine, Jay Douglas
Creditor Name

Creditor's Notice name

Address on File
Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**
8/12/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          81,222.05
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.380  Nonpriority creditor's name and mailing address**

MESA LABORATORIES INC
Creditor Name

Creditor's Notice name

12100 W SIXTH AVE
Address

LAKEWOOD    CO        80228

City        State        ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           2,498.74
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

**3.381 Nonpriority creditor's name and mailing address**

METROHM USA
Creditor Name

Creditor's Notice name

PO BOX 405562
Address

| ATLANTA | GA | 30384-5562 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              14,957.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.382 Nonpriority creditor's name and mailing address**

Metting, Kenneth E.
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/28/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              16,757.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 16,893.95 |

**3.383  Nonpriority creditor's name and mailing address**

METTLER TOLEDO
Creditor Name

Creditor's Notice name

22670 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1226 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 16,893.95
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.384  Nonpriority creditor's name and mailing address**

METTLER-TOLEDO PROCESS ANALYTI
Creditor Name

Creditor's Notice name

23669 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1236 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 660.86
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.385 Nonpriority creditor's name and mailing address**

METTLER-TOLEDO PROCESS ANALYTICS

Creditor Name

Creditor's Notice name

23669 NETWORK PLACE

Address

| CHICAGO | IL | 60673-1236 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/14/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            2,540.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.386 Nonpriority creditor's name and mailing address**

METTLER-TOLEDO RAININ

Creditor Name

Creditor's Notice name

7500 EDGEWATER DRIVE

Address

| OAKLAND | CA | 94621 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $             972.35

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.387 Nonpriority creditor's name and mailing address**

MI DEPTOF AG & RURAL DEV
Creditor Name

Creditor's Notice name

PO BOX 30776
Address

| LANSING | MI | 48909 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,131.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.388 Nonpriority creditor's name and mailing address**

MICROAGE
Creditor Name

Creditor's Notice name

PO BOX 93655
Address

| LAS VEGAS | NV | 89193-3655 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              208,977.02
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*    23-10255

**3.389** **Nonpriority creditor's name and mailing address**

MICROBIOLOGICS INC
Creditor Name

Creditor's Notice name

200 COOPER AVE N
Address

| ST CLOUD | MN | 56303 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    7,609.50
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.390** **Nonpriority creditor's name and mailing address**

MICROSOFT CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 842103
Address

| DALLAS | TX | 75284-2103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/5/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    1,800.90
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐    No

☐    Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.391 Nonpriority creditor's name and mailing address**

MIDLAND PAPER COMPANY
Creditor Name


Creditor's Notice name

1140 PAYSPHERE CIRCLE
Address



| CHICAGO | IL | 60674 |
|---|---|---|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                5,278.73

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.392 Nonpriority creditor's name and mailing address**

MIDSTATE OVERHEAD DOORS INC
Creditor Name


Creditor's Notice name

PO BOX 3517
Address



| DECATUR | IL | 62524-3517 |
|---|---|---|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                3,794.54

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.393 Nonpriority creditor's name and mailing address**

MIDWEST FIBER
Creditor Name

Creditor's Notice name

422 S WHITE OAK RD
Address

| NORMAL | IL | 61761 |
|--------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                247.71
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.394 Nonpriority creditor's name and mailing address**

MIELE PROFESSIONAL
Creditor Name

Creditor's Notice name

9 INDEPENDENCE WAY
Address

| PRINCETON | NJ | 08540 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                8,797.08
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 198 of 348

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.395  Nonpriority creditor's name and mailing address**

MIKART INC
Creditor Name

Creditor's Notice name

1750 CHATTAHOOCHEE AVE
Address

| ATLANTA | GA | 30318 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  528,876.98
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.396  Nonpriority creditor's name and mailing address**

MILLER PROCTOR NICKOLAS INC
Creditor Name

Creditor's Notice name

2 HUDSON ST
Address

| SLEEPY HOLLOW | NY | 10591 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $  1,595.49
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.397** **Nonpriority creditor's name and mailing address**

MINDSHIFT TECHNOLOGIES INC

Creditor Name

Creditor's Notice name

500 COMMACK RD

Address

SUITE 140

| COMMACK | NY | 11725 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,159.95

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.398** **Nonpriority creditor's name and mailing address**

MINI GRAPHICS INC

Creditor Name

Creditor's Notice name

140 COMMERCE DRIVE

Address

| HAUPPAUGE | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 81,679.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

**3.399 Nonpriority creditor's name and mailing address**

MITSUBISHI INTL FOOD

Creditor Name

Creditor's Notice name

13445 COLLECTION CENTER DRIVE

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/22/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    489.72

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.400 Nonpriority creditor's name and mailing address**

MJH LIFE SCIENCES

Creditor Name

Creditor's Notice name

2 CLARKE DR

Address

SUITE 100

| CRANBURY | NJ | 08512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    25,500.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.401** **Nonpriority creditor's name and mailing address**

MJS PACKAGING

Creditor Name

Creditor's Notice name

35601 VERONICA ST

Address

| LIVONIA | MI | 48150 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 520,251.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.402** **Nonpriority creditor's name and mailing address**

MKS INSTRUMENTS

Creditor Name

Creditor's Notice name

2 TECH DR

Address

SUITE 201

| ANDOVER | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/24/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,991.88

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.403 Nonpriority creditor's name and mailing address**

MODEL N INC
Creditor Name

Errol Hunter
Creditor's Notice name

777 Mariners Island Blvd., Suite 300
Address

| San Mateo | CA | 94404 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 434,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.404 Nonpriority creditor's name and mailing address**

MONTEBELLO PACKAGING INC
Creditor Name

Creditor's Notice name

PO BOX 503293
Address

| ST LOUIS | MO | 63150-3293 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*: 23-10255
Name

| | |
|---|---|
| **3.405** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 350.00 |
| MORGANHR INC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 21720 W. Long Grove Road | **Basis for the claim:** |
| Address | Sale of product or service |
| Suite C-216 | |

| Deer Park | IL | 60010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **3.406** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 14,400.00 |
| MORRISON CONTAINER HANDLING SOLUTIONS | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 335 WEST 194TH STREET | **Basis for the claim:** |
| Address | Sale of product or service |

| GLENWOOD | IL | 60425 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/6/2023

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.407** **Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES INC

Creditor Name

Creditor's Notice name

PO BOX 98412

Address

| CHICAGO | IL | 60693 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,064.04

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.408** **Nonpriority creditor's name and mailing address**

MPI LABEL SYSTEMS

Creditor Name

Creditor's Notice name

1-11 LEE AVENUE

Address

| NORWICH | NY | 13815 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 953.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.409 Nonpriority creditor's name and mailing address**

MS PACKAGING & SUPPLY DISTRB C
Creditor Name

Creditor's Notice name

53 ZORN BLVD
Address

| YAPANK | NY | 11980 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 10,390.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.410 Nonpriority creditor's name and mailing address**

MS PACKAGING & SUPPLY DISTRB CORP
Creditor Name

Creditor's Notice name

53 ZORN BLVD
Address

| YAPANK | NY | 11980 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/20/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 4,417.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.411 Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL
Creditor Name

Creditor's Notice name

PO BOX 953635
Address

| ST LOUIS | MO | 63195-3635 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 386.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.412 Nonpriority creditor's name and mailing address**

MSI BLUE
Creditor Name

Creditor's Notice name

PO BOX 823473
Address

| PHILADELPHIA | PA | 19182-3473 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 194,248.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.413** **Nonpriority creditor's name and mailing address**

MSN LABORATORIES PVT LTD
Creditor Name

Creditor's Notice name

SY NO 317.320,321,322,323,604
Address

RUDRARAM (VILLAGE)

SANGAREDDY (DISTRICT)

PATANCHER (MANDAL)
City

State

502329
ZIP Code

INDIA
Country

**Date or dates debt was incurred**

12/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 80,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.414** **Nonpriority creditor's name and mailing address**

MULTI PACKAGING SOL
Creditor Name

Creditor's Notice name

75 REMITTANCE DRIVE SUITE 3111
Address

CHICAGO
City

IL
State

60675-3111
ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 195,364.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.415 Nonpriority creditor's name and mailing address**

Musser, Christopher Stephen

Creditor Name

Creditor's Notice name

Address on File

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

1/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          224,411.21

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.416 Nonpriority creditor's name and mailing address**

NAPP TECHNOLOGIES LLC

Creditor Name

Creditor's Notice name

CONTINENTAL PLAZA

Address

401 HACKENSACK AVE 9TH FLOOR

HACKENSACK     NJ          07601

City          State          ZIP Code

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $          7,152.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.417 Nonpriority creditor's name and mailing address**

NATIONAL GRID
Creditor Name

Creditor's Notice name

PO BOX 371382
Address

| PITTSBURGH | PA | 15250-7382 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                23,826.10
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.418 Nonpriority creditor's name and mailing address**

NATIONAL INSTITUTE OF STANDARDS
Creditor Name

Creditor's Notice name

PO BOX 6200-12
Address

| PORTLAND | OR | 97228-6200 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                   518.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

**3.419 Nonpriority creditor's name and mailing address**

NAVC
Creditor Name

Creditor's Notice name

5003 SW 41ST BLVD
Address

ATTN EXHIBITS

| GAINESVILLE | FL | 32608 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            15,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.420 Nonpriority creditor's name and mailing address**

NAVISITE LLC
Creditor Name

Creditor's Notice name

LOCK BOX 5138
Address

PO BOX 7247

| PHILADELPHIA | PA | 19170-5138 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            73,250.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.421** **Nonpriority creditor's name and mailing address**

NEIL MQR CONSULTING LLC
Creditor Name

Creditor's Notice name

419 ARBOR CT
Address

| LIBERTYVILLE | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/11/2023
**Last 4 digits of account**
**number**

As of the petition filing date, the claim is:    $    1,942.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.422** **Nonpriority creditor's name and mailing address**

NELSON LABORATORIES
Creditor Name

Creditor's Notice name

PO BOX 772678
Address

| BELLEVILLE | MI | 48277-2678 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/25/2023
**Last 4 digits of account**
**number**

As of the petition filing date, the claim is:    $    817.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

---

**3.423** **Nonpriority creditor's name and mailing address**

NELSON LABS FAIRFIELD NJ

Creditor Name

Creditor's Notice name

1765 South 19th Ave

Address

| Bozeman | MT | 59718 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                5,939.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.424** **Nonpriority creditor's name and mailing address**

NERAC INC

Creditor Name

Creditor's Notice name

One Technology Drive

Address

| Tolland | CT | 06084 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                120.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.425  Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  $ 22,950.00 |
| NETCHEM INC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 35 ROY BLVD | **Basis for the claim:** |
| Address | Sale of product or service |
| | |
| BRANTFORD    ON    N3R 7K1 | |
| City    State    ZIP Code | |
| CANADA | |
| Country | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| 1/9/2023 | ☐ No |
| **Last 4 digits of account** | ☐ Yes |
| **number** | |

| | |
|---|---|
| **3.426  Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**  $ 70,200.69 |
| NEXTPHARMA - R&D ONLY | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| ALLPHAMED PHARBIL ARZNEIMITTEL GMBH | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| HILDEBRANDSTRABE 12 | **Basis for the claim:** |
| Address | Sale of product or service |
| NIEDERSACHSEN | |
| | |
| GOTTINGEN    D-37081 | |
| City    State    ZIP Code | |
| GERMANY | |
| Country | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| Various Dates | ☐ No |
| **Last 4 digits of account** | ☐ Yes |
| **number** | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**3.427** **Nonpriority creditor's name and mailing address**

NIAGARA PHARMACEUTICALS INC

Creditor Name

Creditor's Notice name

60 INNOVATION DRIVE

Address

| FLAMBOROUGH | ON | L9H 7P3 |
|---|---|---|
| City | State | ZIP Code |

CANADA

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                100,972.80

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.428** **Nonpriority creditor's name and mailing address**

NICE INCONTACT

Creditor Name

Creditor's Notice name

75 W Towne Ridge Pkwy

Address

| Sandy | UT | 84070 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                4,188.12

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*  23-10255

**3.429** **Nonpriority creditor's name and mailing address**

Nilsson Paguay

Creditor Name

Creditor's Notice name

Address on File

Address

City                State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**  0331

As of the petition filing date, the claim is:  $                    Undetermined

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.430** **Nonpriority creditor's name and mailing address**

NIPRO PHARMAPACKAGING AMERICAS

Creditor Name

Creditor's Notice name

1200 NORTH 10TH ST

Address

MILLVILLE          NJ             08332

City                State          ZIP Code

Country

**Date or dates debt was incurred**

2/6/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    41,484.39

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.431 Nonpriority creditor's name and mailing address**

Nohl, Timothy Lee
Creditor Name

Creditor's Notice name

Address on File
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**
9/29/2022
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                27,768.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.432 Nonpriority creditor's name and mailing address**

NORA MATTHEWS
Creditor Name

Creditor's Notice name

Address on File
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**
Various Dates
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 2,454.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 217 of 348

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

| | |
|---|---|
| **3.433 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 145,660.00 |

NORAMCO INC
Creditor Name

Lee Karras
Creditor's Notice name

500 Swedes Landing Rd
Address

Wilmington          DE          19801
City          State          ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | |
|---|---|
| **3.434 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 25,596.82 |

NORTH AMERICAN CORPORATION OF
Creditor Name

Creditor's Notice name

2101 CLAIRE CT
Address

GLENVIEW          IL          60025
City          State          ZIP Code

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**3.435  Nonpriority creditor's name and mailing address**

NORTH SHORE GAS

Creditor Name

Creditor's Notice name

PO BOX 6050

Address

| CAROL STREAM | WI | 60197-6050 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                2,236.98

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.436  Nonpriority creditor's name and mailing address**

NSF HEALTH SCIENCES

Creditor Name

Creditor's Notice name

DEPT LOCKBOX #771380

Address

PO BOX 77000

| DETROIT | MI | 48277 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              80,716.98

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.437 Nonpriority creditor's name and mailing address**

OBRIENS SCIENTIFIC GLASSBLOWIN

Creditor Name

ATTN ANNE OBRIEN - MURPHY

Creditor's Notice name

PO BOX 495 750 W RAILROAD ST

Address

| MONTICELLO | IL | 61856 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.438 Nonpriority creditor's name and mailing address**

OCCUPATIONAL HEALTH & WELLNESS

Creditor Name

Creditor's Notice name

26771 NETWORK PLACE

Address

| CHICAGO | IL | 60673-1267 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 209.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC
_____
Name

Case number *(if known)*    23-10255
_____

**3.439**  **Nonpriority creditor's name and mailing address**

OLYMPIC WEB DESIGN INC
_____
Creditor Name

_____
Creditor's Notice name

12128 NORTH DIVISION STREET
_____
Address

SUITE 138
_____

_____

| SPOKANE | WA | 99218 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various Dates
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                7,750.29
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.440**  **Nonpriority creditor's name and mailing address**

OPTEL USA
_____
Creditor Name

_____
Creditor's Notice name

2680 BLVD DE PARC TECHNOLOGIQUE
_____
Address

_____

| QUEBEC CITY | QC | G1P 456 |
|---|---|---|
| City | State | ZIP Code |

CANADA
_____
Country

**Date or dates debt was incurred**

Various Dates
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              138,830.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

**3.441  Nonpriority creditor's name and mailing address**

ORACLE AMERICA INC

Creditor Name

Creditor's Notice name

PO BOX 203448

Address

| DALLAS | TX | 75320-3448 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              140,885.04

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.442  Nonpriority creditor's name and mailing address**

OTIS ELEVATOR - PLAINVIEW NJ

Creditor Name

Creditor's Notice name

PO BOX 13716

Address

| NEWARK | NJ | 07188-0716 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

6/3/2021

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                7,900.81

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.443 Nonpriority creditor's name and mailing address**

OTIS ELEVATOR - SPRINGFIELD IL
Creditor Name

Creditor's Notice name

PO BOX 73579
Address

| CHICAGO | IL | 60673-7579 |
|---------|----|----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                108,491.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.444 Nonpriority creditor's name and mailing address**

PACKAGE DEVELOPMENT
Creditor Name

Creditor's Notice name

100 ROUNDHILL DRIVE
Address

| ROCKWAY | NJ | 07866 |
|---------|----|----|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                73,059.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.445 Nonpriority creditor's name and mailing address**

PALL CORPORATION
Creditor Name

Creditor's Notice name

PO BOX 419501
Address

| BOSTON | MA | 02241-9501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 74,901.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.446 Nonpriority creditor's name and mailing address**

Pan, Wen
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/28/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,451.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.447**  **Nonpriority creditor's name and mailing address**

PARACOM INC (WAS PARAGON)

Creditor Name

Creditor's Notice name

26 ELKIN DRIVE

Address

| MIDDLE ISLAND | NY | 11953 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  190.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.448**  **Nonpriority creditor's name and mailing address**

PARK PLACE TECHNOLOGIES

Creditor Name

Creditor's Notice name

PO BOX 78000

Address

DEPT 781156

| DETROIT | MI | 48278-1156 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/4/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              24,628.14

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC
_____

Case number *(if known)*    23-10255

Name

**3.449** | **Nonpriority creditor's name and mailing address**

PARTICLE MEASURING SYSTEMS INC

Creditor Name

Creditor's Notice name

21571 NETWORK PLACE

Address

| CHICAGO | IL | 60673-1215 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,180.00

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.450** | **Nonpriority creditor's name and mailing address**

PARTNERS COOPERATIVE

Creditor Name

Creditor's Notice name

3625 CUMBERLAND BLVD SE

Address

SUITE 1425

| ATLANTA | GA | 30339 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    7.20

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*: 23-10255
_____

**3.451** **Nonpriority creditor's name and mailing address**

Patel, Prachi Ashokbhai
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

_____

_____ _____ _____
City          State      ZIP Code

_____
Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 3,925.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.452** **Nonpriority creditor's name and mailing address**

PATHEON PHARMA
_____
Creditor Name

_____
Creditor's Notice name

PO BOX 744994
_____
Address

_____

CHICAGO        GA         30374-4994
_____ _____ _____
City          State      ZIP Code

_____
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 109,584.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.453 Nonpriority creditor's name and mailing address**

Patrick, Michael

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,889.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.454 Nonpriority creditor's name and mailing address**

PEAK SCIENTIFIC INC

Creditor Name

Creditor's Notice name

DEPT CH 19562

Address

| City | State | ZIP Code |
|------|-------|----------|
| PALATINE | IL | 60055-9562 |

Country

**Date or dates debt was incurred**

2/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,009.84

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.455** **Nonpriority creditor's name and mailing address**

PEERLESS NETWORK INC

Creditor Name

Creditor's Notice name

PO BOX 76112

Address

| CLEVELAND | OH | 44101-4755 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,846.38

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.456** **Nonpriority creditor's name and mailing address**

PENSKE TRUCK

Creditor Name

Creditor's Notice name

30 MAHAN ST

Address

| WEST BABYLON | NY | 11704 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,476.12

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

**3.457** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** $ 4,492.73
---|---|---|---

PEPCO

Creditor Name

Creditor's Notice name

561 ACORN ST

Address

SUITE H

| | |
|---|---|---|
| DEER PARK | NY | 11729 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/21/2022

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.458** **Nonpriority creditor's name and mailing address**

PERFORMANCE VALIDATION

Creditor Name

Creditor's Notice name

PO BOX 7096 DEPT 254

Address

| | |
|---|---|---|
| INDIANAPOLIS | IN | 46207 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 206,696.58

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.459** **Nonpriority creditor's name and mailing address**

PERISHIP LLC

Creditor Name

Creditor's Notice name

265 EAST MAIN ST

Address

| BRANFORD | CT | 06405 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/5/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                79.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.460** **Nonpriority creditor's name and mailing address**

PERKINELMER INFORMATICS INC

Creditor Name

Creditor's Notice name

940 WINTER STREET

Address

| WALTHAM | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                803.25

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

**3.461** **Nonpriority creditor's name and mailing address**

PHARMACEUTICAL BUYERS INTERNATIONAL INC

Creditor Name

Creditor's Notice name

1645 JERICHO TURNPIKE SUITE 101

Address

| NEW HYDE PARK | NY | 11040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,581.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.462** **Nonpriority creditor's name and mailing address**

PHARMAREGS INC

Creditor Name

Creditor's Notice name

1751 STATE ROUTE 17A

Address

SUITE 3

| FLORIDA | NY | 10921 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,619.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.463 Nonpriority creditor's name and mailing address**

PHARM-RX CHEMICAL CORP
Creditor Name

Creditor's Notice name

299 MARKET STREET SUITE 410
Address

| SADDLE BROOK | NJ | 07663 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 350.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.464 Nonpriority creditor's name and mailing address**

PHENOMENEX INC
Creditor Name

Creditor's Notice name

411 MADRID AVENUE
Address

| TORRANCE | CA | 90501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 13,966.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.465 Nonpriority creditor's name and mailing address**

PIRAMAL PHARMA LIMITED
Creditor Name

Creditor's Notice name

C-43, M.I.D.C., T.T.C., INDUSTRIAL AREA
Address

TURBHE, OFF THANE BELAPUR ROAD

| DIST THANE | MH | 400613 |
|---|---|---|
| City | State | ZIP Code |

INDIA
Country

**Date or dates debt was incurred**

2/20/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 174,121.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.466 Nonpriority creditor's name and mailing address**

PIUS OKEYO
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/14/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 10.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.467 Nonpriority creditor's name and mailing address**

PLATINUM PRESS INC

Creditor Name

Creditor's Notice name

4251 EMPIRE RD

Address

| FORT WORTH | TX | 76155 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    246,616.94

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.468 Nonpriority creditor's name and mailing address**

PMT FORKLIFT CORP

Creditor Name

Creditor's Notice name

275 GREAT EAST NECK ROAD

Address

| WEST BABYLON | NY | 11704 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    1,330.66

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 235 of 348

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**Name**

---

**3.469 Nonpriority creditor's name and mailing address**

POLLET CONSULTING LLC

Creditor Name

Creditor's Notice name

221 SEQUOIA DRIVE

Address

| NEWTOWN | PA | 18940 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    6,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.470 Nonpriority creditor's name and mailing address**

POWER SUPPLY OF ILLINOIS INC

Creditor Name

Creditor's Notice name

PO BOX 776816

Address

| CHICAGO | IL | 60677-6816 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    5,314.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.471** **Nonpriority creditor's name and mailing address**

POYNTER SHEET METAL INC

Creditor Name

Creditor's Notice name

775 COMMERCE PARKWAY WEST DR

Address

| GREENWOOD | IN | 46143 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 37,916.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.472** **Nonpriority creditor's name and mailing address**

PPD DEVELOPMENT

Creditor Name

Creditor's Notice name

26361 NETWORK PLACE

Address

| CHICAGO | IL | 60673-1263 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,979.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | |
|---|---|---|
| **3.473** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 15,385.00 |

PRECIS ENGINEERING INC

Creditor Name

Creditor's Notice name

20 S MAPLE STREET

Address

SUITE 200

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| AMBLER | PA | 19002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | | |
|---|---|---|
| **3.474** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 9,987.38 |

PRECISION DIGITAL CORPORATION

Creditor Name

Creditor's Notice name

233 SOUTH STREET

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| HOPKINTON | MA | 01748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/29/2022

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| 3.475 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 587.93 |

PRECISION MICRO INC

Creditor Name

Creditor's Notice name

PO BOX 762

Address

| LEVITTOWN | NY | 11756 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/23/2022

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | |
|---|---|
| 3.476 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 347.60 |

PRECISION SIGNS.COM INC

Creditor Name

Creditor's Notice name

243 DIXON AVE

Address

| AMITYVILLE | NY | 11701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/7/2023

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.477** **Nonpriority creditor's name and mailing address**

PREMIER GROUP

Creditor Name

Creditor's Notice name

1119 CAMPUS DRIVE WEST

Address

| MORGANVILLE | NJ | 07751 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,364.87

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.478** **Nonpriority creditor's name and mailing address**

PREMIER HEALTHCARE SOLUTIONS

Creditor Name

Creditor's Notice name

5882 COLLECTIONS CENTER DRIVE

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,333.33

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

**3.479** **Nonpriority creditor's name and mailing address**

PREMIER PURCHASING PARTNERS LP

Creditor Name

Creditor's Notice name

PO BOX 847650

Address

| LOS ANGELES | CA | 90084-7650 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    34,525.17

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.480** **Nonpriority creditor's name and mailing address**

PRIDE CHEMICAL (ALCOHOL)

Creditor Name

Creditor's Notice name

211 RANDOLPH AVENUE

Address

| AVENEL | NJ | 07001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/27/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    18,351.14

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

**3.481** **Nonpriority creditor's name and mailing address**

PRIMERA ANALYTICAL SOLUTIONS C

Creditor Name

Creditor's Notice name

259 Prospect Plains Rd.

Address

Bldg E

| Cranbury | NJ | 08512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                68,050.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.482** **Nonpriority creditor's name and mailing address**

PROPHARMA GROUP LLC

Creditor Name

Creditor's Notice name

800 HILLGROVE AVE SUITE 201

Address

| WESTERN SPRINGS | IL | 60558 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              114,990.59

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.483** **Nonpriority creditor's name and mailing address**

PROVERIS SCIENTIFIC

Creditor Name

Creditor's Notice name

2 CABOT ROAD

Address

STE 5

| HUDSON | MA | 01749 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,646.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.484** **Nonpriority creditor's name and mailing address**

PROVIDENT LIFE AND ACCIDENT IN

Creditor Name

Creditor's Notice name

RETAIL LOCKBOX DEPARTMENT

Address

PO BOX 740592

| ATLANTA | GA | 30374-0592 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,194.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

_____
Name

| | |
|---|---|
| **3.485** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,201.98 |
| PROVIDER PPI LLC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| Barbara Lust | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 120 Fifth Ave | **Basis for the claim:** |
| Address | Sale of product or service |
| Fifth Ave Place | |

| City | State | ZIP Code |
|---|---|---|
| Pittsburgh | PA | 15222 |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **3.486** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 31,783.91 |
| PSE&G CO - FOR SOMERSET | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| PO BOX 14444 | **Basis for the claim:** |
| Address | Sale of product or service |

| City | State | ZIP Code |
|---|---|---|
| NEW BRUNSWICK | NJ | 08906-4444 |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.487  Nonpriority creditor's name and mailing address**

PSEG LONG ISLAND
Creditor Name

Creditor's Notice name

PO BOX 9039
Address

| HICKSVILLE | NY | 11802-9039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/16/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    1,267.64
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.488  Nonpriority creditor's name and mailing address**

PURISYS LLC
Creditor Name

Creditor's Notice name

PO BOX 6325
Address

| BRATTLEBORO | VT | 05302-6325 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
11/17/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                   10,775.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)* | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

**3.489  Nonpriority creditor's name and mailing address**

QUADIENT LEASING USA INC

Creditor Name

Creditor's Notice name

DEPT 3682

Address

PO BOX 123682

| DALLAS | TX | 75312-3682 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**      $                    1,332.98

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.490  Nonpriority creditor's name and mailing address**

QUALANEX LLC

Creditor Name

Creditor's Notice name

MAIL CODE 5-CO

Address

ONE WEST FOURTH ST SUITE 500

| WINSTON-SALEM | NC | 27101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**      $                    145,330.43

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

**3.491** **Nonpriority creditor's name and mailing address**

QUALIFYZE GMBH

Creditor Name

Creditor's Notice name

Taunusanlage 8

Address

| Frankfurt am Main | | 60329 |
|---|---|---|
| City | State | ZIP Code |

GERMANY

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                9,695.78

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.492** **Nonpriority creditor's name and mailing address**

QUANTUS

Creditor Name

Creditor's Notice name

3 VALLEY SQUARE

Address

SUITE 120

| BLUE BELL | PA | 19422 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/7/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                1,290.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**Name**

**3.493** **Nonpriority creditor's name and mailing address**

QUINCY COMPRESSOR
Creditor Name

Creditor's Notice name

701 N DOBSON AVE
Address

| BAY MINETTE | AL | 36507 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 12,130.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.494** **Nonpriority creditor's name and mailing address**

R D MCMILLEN ENTERPRISES INC
Creditor Name

Creditor's Notice name

340 N MARTIN LUTHER KING JR DR
Address

| DECATUR | IL | 62522 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 3,654.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
| --- | --- | --- | --- |
| | Name | | |

**3.495 Nonpriority creditor's name and mailing address**

RADWELL
Creditor Name

Creditor's Notice name

PO BOX 419343
Address

| BOSTON | MA | 02241-9343 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/8/2023
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,250.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.496 Nonpriority creditor's name and mailing address**

RANDSTAD
Creditor Name

Creditor's Notice name

PO BOX 2084
Address

| CAROL STREAM | IL | 60132-2084 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 45,475.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.497** **Nonpriority creditor's name and mailing address**

Raymundo, Antonette
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/28/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  35,584.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.498** **Nonpriority creditor's name and mailing address**

REED-LANE INC
Creditor Name

Creditor's Notice name

359 NEWARK POMPTON TURNPIKE
Address

| | | |
|---|---|---|
| WAYNE | NJ | 07470 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  63,021.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| 3.499 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 20,770.50 |
| REES SCIENTIFIC CORPORATION | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| Creditor's Notice name | ☐ Unliquidated |
| | ☐ Disputed |
| 1007 WHITEHEAD ROAD EXT | **Basis for the claim:** |
| Address | Sale of product or service |

| | | | |
|---|---|---|---|
| TRENTON | NJ | 08638 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**
10/20/2022

**Is the claim subject to offset?**
☐ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| 3.500 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ 437.90 |
| REFURBUPS.COM INC | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| Creditor's Notice name | ☐ Unliquidated |
| | ☐ Disputed |
| 55 W. RAILROAD AVE | **Basis for the claim:** |
| Address | Sale of product or service |
| BUILDING 5 SOUTH, 1ST FLOOR | |

| | | | |
|---|---|---|---|
| GARNERVILLE | NY | 10923 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**
2/17/2023

**Is the claim subject to offset?**
☐ No

**Last 4 digits of account**

☐ Yes

**number**

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| Name | |

**3.501 Nonpriority creditor's name and mailing address**

RELIABLE BLACK TOP AND PAVING

Creditor Name

Creditor's Notice name

226 NOLIN STREET

Address

| BRENTWOOD | NY | 11717 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 35,514.97

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.502 Nonpriority creditor's name and mailing address**

REMEL INC

Creditor Name

Creditor's Notice name

12076 SANTA FE DRIVE

Address

P.O. BOX 14428

| LENEXA | KS | 66215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/3/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 498.52

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.503 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 15,702.12 |
| REPORTS NOW INC | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 5299 DTC BLVD STE 760 | Sale of product or service |
| Address | |

| GREENWOOD VILLAGE | CO | 80111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/1/2023

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | |
|---|---|
| **3.504 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,615.12 |
| RESTEK | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| PO BOX 4276 | Sale of product or service |
| Address | |

| LANCASTER | PA | 17604 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

**3.505 Nonpriority creditor's name and mailing address**

RETINA ASSOCIATES PC

Creditor Name

Creditor's Notice name

190 CAMPUS BLVDSTE 320540-722-3500

Address

| WINCHESTER | VA | 22601-2841 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              1,152.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.506 Nonpriority creditor's name and mailing address**

RETINA CONSULTANTS LLP

Creditor Name

Creditor's Notice name

WESTFALL ANDREW C

Address

2450 12TH ST SE

| SALEM | OR | 97302 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              3,423.45

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.507** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**   $ 608.30 |
| RIBON INDUSTRIES | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 283 59TH STREET | Sale of product or service |
| Address | |

| | | | |
|---|---|---|---|
| BROOKLYN | NY | 11220 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**     **Is the claim subject to offset?**
1/10/2023                               ☐ No
**Last 4 digits of account**            ☐ Yes
**number**

| | |
|---|---|
| **3.508** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**   $ 10,125.00 |
| RICARDO GARCIA | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| Address on File | Sale of product or service |
| Address | |

| | | | |
|---|---|---|---|
| | | | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**     **Is the claim subject to offset?**
Various Dates                           ☐ No
**Last 4 digits of account**            ☐ Yes
**number**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.509 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 19,535.00 |

RICE EQUIPMENT

Creditor Name

Creditor's Notice name

12895 PENNRIDGE

Address

| BRIDGETON | MO | 63044 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.510 Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** $ 5,000.00

RICHLAND COMMUNITY COLLEGE

Creditor Name

ATTN BUSINESS SERVICES

Creditor's Notice name

ONE COLLEGE PARK

Address

| DECATUR | IL | 62521 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/30/2023

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC
Case number *(if known):*  23-10255
Name

**3.511** **Nonpriority creditor's name and mailing address**

RICKY SIMMS CLEANING SERVICE L
Creditor Name

Creditor's Notice name

45 EARDLEY ROAD
Address

| EDISON | NJ | 08817 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/13/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                 373.19
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.512** **Nonpriority creditor's name and mailing address**

RIEKE OFFICE INTERIORS
Creditor Name

Creditor's Notice name

2000 FOX LANE
Address

| ELGIN | IL | 60123 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/29/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                 2,281.66
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.513** **Nonpriority creditor's name and mailing address**

RJM SALES INC

Creditor Name

Creditor's Notice name

12H WORLDS FAIR DRIVE

Address

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/7/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,518.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.514** **Nonpriority creditor's name and mailing address**

ROADTEX TRANSPORTATION

Creditor Name

Creditor's Notice name

13 JENSON DRIVE

Address

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 13,122.14

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.515** **Nonpriority creditor's name and mailing address**

ROBERT HALF MGMT RESOURCES

Creditor Name

Creditor's Notice name

12400 COLLECTIONS CENTER DRIVE

Address

| CHICAGO | IL | 60693 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    33,019.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.516** **Nonpriority creditor's name and mailing address**

ROCHEM INT'L

Creditor Name

Creditor's Notice name

PO BOX 21703

Address

| NEW YORK | NY | 10087-1703 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/13/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                      990.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.517** **Nonpriority creditor's name and mailing address**

Rosales, Renato

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

9/30/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                6,588.18

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.518** **Nonpriority creditor's name and mailing address**

ROSEMOUNT INC

Creditor Name

Creditor's Notice name

22737 NETWORK PLACE

Address

| | | |
|---|---|---|
| CHICAGO | IL | 60673-1227 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/19/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                8,707.82

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.519** **Nonpriority creditor's name and mailing address**

RUDOLPH RESEARCH ANALYTICAL

Creditor Name

Creditor's Notice name

55 NEWBURGH ROAD

Address

| HACKOTTSTOWN | NJ | 07840 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,555.44

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.520** **Nonpriority creditor's name and mailing address**

RX SOURCING STRATEGIES LLC

Creditor Name

Creditor's Notice name

16150 MAIN CIRCLE DRIVE

Address

SUITE 220

| CHESTERFIELD | MO | 63017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 20,396.23

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| Name | |

**3.521 Nonpriority creditor's name and mailing address**

S J SMITH CO INC
Creditor Name

Creditor's Notice name

3707 WEST RIVER DRIVE
Address

| DAVENPORT | IA | 52802 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,209.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.522 Nonpriority creditor's name and mailing address**

SAF GARD SAFETY SHOE CO
Creditor Name

Creditor's Notice name

PO BOX 10379
Address

ATTN KATRINA TWITTY

| GREENSBORO | NC | 27404-0379 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 951.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.523 Nonpriority creditor's name and mailing address**

SAFETY CONSULTING GROUP INC

Creditor Name

Creditor's Notice name

166 DARTMOUTH ROAD

Address

| MASSAPEQUA | NY | 11758 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.524 Nonpriority creditor's name and mailing address**

SAFETY SHOE DISTRIBUTORS INC

Creditor Name

Creditor's Notice name

10156 READING RD

Address

| CINCINNATI | OH | 45241 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.525 Nonpriority creditor's name and mailing address**

SAFETYCALL INTERNATIONAL LLC

Creditor Name

Creditor's Notice name

3600 AMERICAN BLVD W

Address

SUITE 725

| BLOOMINGTON | MN | 55431 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 5,845.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.526 Nonpriority creditor's name and mailing address**

SAGINAW CONTROL

Creditor Name

Creditor's Notice name

95 MIDLAND ROAD

Address

| SAGINAW | MI | 48638-5770 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/29/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 436.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC |
|---|---|

Case number *(if known)*:  23-10255

**3.527 Nonpriority creditor's name and mailing address**

SALESFORCE.COM INC

Creditor Name

Creditor's Notice name

PO BOX 203141

Address

| DALLAS | TX | 75320-3141 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    22,672.92

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.528 Nonpriority creditor's name and mailing address**

SANNOVA ANALYTICAL INC

Creditor Name

Creditor's Notice name

155 PIERCE STREET

Address

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    97,342.76

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|
| | Name | | |

**3.529** **Nonpriority creditor's name and mailing address**

SCADAWARE INC
Creditor Name

Rick Caldwell
Creditor's Notice name

2023 Eagle Road
Address

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 267,693.23
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.530** **Nonpriority creditor's name and mailing address**

SCIENTIFIC BINDERY PRODUCTIONS
Creditor Name

Creditor's Notice name

PO BOX 377
Address

| HIGHLAND PARK | IL | 60035-6377 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 494.49
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.531** **Nonpriority creditor's name and mailing address**

Searle Klem, June Marie
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

11/28/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    6,829.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.532** **Nonpriority creditor's name and mailing address**

Seeley, Sherri Lee
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

12/31/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    11,361.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 267 of 348

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:  23-10255

| | |
|---|---|
| **3.533 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 3,459.73 |

SENSIENT FLAVORS
Creditor Name

Creditor's Notice name

LBX 10461
Address

PO BOX 7410461

| CHICAGO | IL | 60674-0461 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **3.534 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 6,648.64 |

SENSITECH
Creditor Name

Creditor's Notice name

PO BOX 742000
Address

| LOS ANGELES | CA | 90074-2000 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.535 Nonpriority creditor's name and mailing address**

SETON IDENTIFICATION PRODUCTS
Creditor Name

Creditor's Notice name

PO BOX 95904
Address

| CHICAGO | IL | 60694-5904 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/22/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 691.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.536 Nonpriority creditor's name and mailing address**

SETRA
Creditor Name

BANK OF AMERICA
Creditor's Notice name

LOCK BOX SERVICES
Address

12003 COLLECTION CTR DR

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/3/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 1,627.00 |

**3.537** **Nonpriority creditor's name and mailing address**

SGD NORTH AMERICA INC
Creditor Name

Creditor's Notice name

PO BOX 137
Address

| TROUT RUN | PA | 17771 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/20/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,627.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.538** **Nonpriority creditor's name and mailing address**

SGD SA - NORTH AMERICA OFFICE
Creditor Name

Creditor's Notice name

900 THIRD AVENUE, 4TH FLOOR
Address

| NEW YORK | NY | 10022 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 338,287.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 270 of 348

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 17,537.50 |

SGS FRANCE

Creditor Name

Creditor's Notice name

4 RUE DU COMMANDANT DESTIENNE DORVES

Address

VILLENEUVE-LA-GARENNE

City

State

92390

ZIP Code

FRANCE

Country

**Date or dates debt was incurred**

9/14/2022

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 106,705.37 |

SGS NORTH AMERICA

Creditor Name

Creditor's Notice name

CITIBANK

Address

PO BOX 2502

CAROL STREAM

City

IL

State

60132-2502

ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC
Name

Case number *(if known)*:  23-10255

**3.541  Nonpriority creditor's name and mailing address**

Shah, Nila Manesh
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**
12/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                    14,260.46
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.542  Nonpriority creditor's name and mailing address**

Sheila Bond
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**  2966

**As of the petition filing date, the claim is:**   $                  Undetermined
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Workers Compensation

**Is the claim subject to offset?**

☑  No

☐  Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 272 of 348

| | |
|---|---|
| Debtor: Akorn Operating Company LLC | Case number *(if known)*: 23-10255 |

**3.543** **Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS - DECATUR IL
Creditor Name

Creditor's Notice name

796 E WOOD ST
Address

| DECATUR | IL | 62523 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 69.83

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.544** **Nonpriority creditor's name and mailing address**

SIEGFRIED IRVINE - R&D ONLY
Creditor Name

Creditor's Notice name

DBA SIEGFRIED IRVINE
Address

9342 JERONIMO ROAD

| IRVINE | CA | 92618 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 102,929.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|

**3.545 Nonpriority creditor's name and mailing address**

SIEGFRIED USA INC
Creditor Name

Creditor's Notice name

33 INDUSTRIAL PARK ROAD
Address

| PENNSVILLE | NJ | 08070 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                501,854.15
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.546 Nonpriority creditor's name and mailing address**

SIEMENS INDUSTRY INC
Creditor Name

BUILDING TECHNOLOGIES
Creditor's Notice name

PO BOX 2134
Address

| CAROL STREAM | IL | 60132-2134 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 92,649.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.547** **Nonpriority creditor's name and mailing address**

SIGMA ALDRICH
Creditor Name

Creditor's Notice name

3050 SPRUCE STREET
Address

| SAINT LOUIS | MO | 63103 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 16,696.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.548** **Nonpriority creditor's name and mailing address**

SIPI ASSET RECOVERY
Creditor Name

Creditor's Notice name

1300 W N THORNDALE AVE
Address

| ELK GROVE VILLAGE | IL | 60007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
10/21/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,490.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.549** **Nonpriority creditor's name and mailing address**

SKAN US INC

Creditor Name

Creditor's Notice name

7409 ACC BLVD SUITE 200

Address

| RALEIGH | NC | 27617 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 74,565.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.550** **Nonpriority creditor's name and mailing address**

SMARTERCOMMERCE (FORMER PREMIE

Creditor Name

Creditor's Notice name

11455 SW 40TH STREET

Address

SUITE 144

| MIAMI | FL | 33165 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 75.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*    23-10255

**3.551** **Nonpriority creditor's name and mailing address**

SONITROL CHICAGO & GR LAKES
Creditor Name

Creditor's Notice name

DEPT 9512
Address

PO BOX 30516

| LANSING | MI | 48909-8016 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/2/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    115.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.552** **Nonpriority creditor's name and mailing address**

SOTAX
Creditor Name

Creditor's Notice name

2400 COMPUTER DR
Address

| WESTBOROUGH | MA | 01581 |
|-------------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    6,651.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

### 3.553 Nonpriority creditor's name and mailing address

SOUTH SIDE CONTROL SUPPLY CO
Creditor Name

Creditor's Notice name

488 N MILWAUKEE AVE
Address

| CHICAGO | IL | 60654-7923 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/17/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    1,304.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

### 3.554 Nonpriority creditor's name and mailing address

SPACEKRAFT (INT'L PAPER)
Creditor Name

Creditor's Notice name

4901 WEST 79TH STREET
Address

| INDIANAPOLIS | IN | 46268 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/3/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    4,944.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.555** **Nonpriority creditor's name and mailing address**

SPARKS EXHIBITS & ENVIRONMENTS
Creditor Name

Creditor's Notice name

3724 SOLUTIONS CENTER
Address

| CHICAGO | IL | 60677-3007 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 125,324.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.556** **Nonpriority creditor's name and mailing address**

SPECGX FORMERLY MALLINC
Creditor Name

Creditor's Notice name

345 MARSHALL AVENUE
Address

SUITE 201

ATTN API CUSTOMER SERVICE

| WEBSTER GROVES | MO | 63119 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 49,147.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.557  Nonpriority creditor's name and mailing address**

SPECGX FORMERLY MALLINCKRODT
Creditor Name

Creditor's Notice name

345 MARSHALL AVENUE
Address

SUITE 201

ATTN API CUSTOMER SERVICE

| WEBSTER GROVES | MO | 63119 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                15,125.00

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.558  Nonpriority creditor's name and mailing address**

SPECTRUM CHEMICAL
Creditor Name

Creditor's Notice name

PO BOX 740894
Address

| LOS ANGELES | CA | 90074-0894 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                4,230.14

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.559** **Nonpriority creditor's name and mailing address**

SPRINKMANN'S INSULATION

Creditor Name

Creditor's Notice name

1028 S. W. WASHINGTON STREET

Address

| PEORIA | IL | 61602 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                62,615.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.560** **Nonpriority creditor's name and mailing address**

SPS COMMERCE INC

Creditor Name

Creditor's Notice name

PO BOX 205782

Address

| DALLAS | TX | 75320 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,188.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:  23-10255

**3.561** **Nonpriority creditor's name and mailing address**

SPX FLOW US LLC
Creditor Name

Creditor's Notice name

PO BOX 277886
Address

| ATLANTA | GA | 30384-7886 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/20/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    4,902.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.562** **Nonpriority creditor's name and mailing address**

SST CORPORATION
Creditor Name

Creditor's Notice name

55 LANE ROAD
Address

SUITE 450

| FAIRFIELD | NJ | 07004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  545,635.44
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.563 Nonpriority creditor's name and mailing address**

STANTEC

Creditor Name

Creditor's Notice name

13980 COLLECTIONS CENTER DR

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,008.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.564 Nonpriority creditor's name and mailing address**

STAR SILKSCREEN DESIGN INC

Creditor Name

ATTN JC KOCELISKI

Creditor's Notice name

2281 HUBBARD AVE

Address

| DECATUR | IL | 62522 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/16/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 66.10

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*    23-10255

**3.565  Nonpriority creditor's name and mailing address**

STATE GRAPHICS

Creditor Name

Creditor's Notice name

22292 N PEPPER RD SUITE C

Address

| LAKE BARRINGTON | IL | 60010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                2,726.30

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.566  Nonpriority creditor's name and mailing address**

STATE OF NJ

Creditor Name

Creditor's Notice name

DCA BFCE - DORES

Address

PO BOX 663

| TRENTON | NJ | 08646-0663 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/20/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  974.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*   23-10255

**3.567**  **Nonpriority creditor's name and mailing address**

STAUFFER GLOVE & SAFETY
_____
Creditor Name

_____
Creditor's Notice name

PO BOX 45
_____
Address

_____

_____

| RED HILL | PA | 18076-0045 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
1/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   247.67
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.568**  **Nonpriority creditor's name and mailing address**

STERICYCLE INC
_____
Creditor Name

_____
Creditor's Notice name

28883 NETWORK PLACE
_____
Address

_____

_____

| CHICAGO | IL | 60673-1288 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
2/18/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   601.32
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC
    Name

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.569** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 30,016.05 |

STERIGENICS GAMMA
Creditor Name

Creditor's Notice name

10811 WITHERS COVE PARK DRIVE
Address

| CHARLOTTE | NC | 28273 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.570** **Nonpriority creditor's name and mailing address**

STERILINE NORTH AMERICA INC
Creditor Name

Creditor's Notice name

872 - 62ND ST CIR EAST  #105
Address

| BRADENTON | FL | 34208 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 59,951.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.571 Nonpriority creditor's name and mailing address**

STERIS CORP
Creditor Name

Creditor's Notice name

3459 S CLINTON AVE
Address

| SOUTH PLAINFIELD | NJ | 07080 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                                73,437.95

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.572 Nonpriority creditor's name and mailing address**

STERIS S PLAINFIELD
Creditor Name

Edda Paul
Creditor's Notice name

Kesselbodenstr 7
Address

| Allerhausen | | 85391 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**Date or dates debt was incurred**

1/31/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                                5,453.95

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| 3.573 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,113.88 |

STERITOOL INC

Creditor Name

Creditor's Notice name

2376 LAKE SHORE BLVD

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| JACKSONVILLE | FL | 32210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/24/2023

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.574 **Nonpriority creditor's name and mailing address**

STONHARD

Creditor Name

Creditor's Notice name

PO BOX 931947

Address

**As of the petition filing date, the claim is:** $ 57,430.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| CLEVELAND | OH | 44193 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/30/2023

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.575** **Nonpriority creditor's name and mailing address**

STRATEGIC DEVELOPMENT INSTITUT
Creditor Name

Creditor's Notice name

PMB8, 1501 INDIA STREET
Address

SUITE 103

| SAN DIEGO | CA | 92101 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/2/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                14,690.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.576** **Nonpriority creditor's name and mailing address**

STRATEGIC RELATIONSHIPS LLC
Creditor Name

Creditor's Notice name

68 AMES STREET
Address

| SHARON | MA | 02067 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 2,500.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| 3.577 | **Nonpriority creditor's name and mailing address** |

STRIGLOS OFFICE EQUIPMENT
Creditor Name


Creditor's Notice name

P.O. BOX 167
Address



| DECATUR | IL | 62525 |
|---|---|---|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**
2/15/2023
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 956.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| 3.578 | **Nonpriority creditor's name and mailing address** |

STRYDER CORP DBA HANDSHAKE
Creditor Name


Creditor's Notice name

225 BUSH STREET 12TH FLOOR
Address



| SAN FRANCISCO | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |


Country

**Date or dates debt was incurred**
11/11/2022
**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,550.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.579 Nonpriority creditor's name and mailing address**

SUEZ WTS

Creditor Name

Creditor's Notice name

13256 COLLECTIONS CENTER DRIVE

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/25/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,054.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.580 Nonpriority creditor's name and mailing address**

SUFFOLK COUNTY WATER AUTHORITY

Creditor Name

Creditor's Notice name

4060 Sunrise Highway

Address

| Oakdale | NY | 11769 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    974.15

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| **3.581** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,449.56 |

SUFFOLK LOCK & SECURITY
Creditor Name

Creditor's Notice name

430 WEST MONTAUK HWY.
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

LINDENHURST    NY    11757
City    State    ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| | |
|---|---|
| **3.582** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 20,516.15 |

Sukumar, Sam H.
Creditor Name

Creditor's Notice name

Address on File
Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

City    State    ZIP Code

Country

**Date or dates debt was incurred**

6/10/2022

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*   23-10255

**3.583** **Nonpriority creditor's name and mailing address**

SULLIVAN CONTRACTORS LLC

Creditor Name

Creditor's Notice name

258 SOUTH RIVER ROAD

Address

| BEDFORD | NH | 03110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              113,747.04

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.584** **Nonpriority creditor's name and mailing address**

SUPPLYONE PHILADELPHIA INC

Creditor Name

Creditor's Notice name

1090 THOMAS BUSCH MEMORIAL HWY

Address

| PENNSAUKEN | NJ | 08110 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                6,118.80

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.585** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 2,250.00
---|---|---|---|---

SURPLUS SOLUTIONS LLC

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

2010 DIAMOND HILL ROAD

Address

**Basis for the claim:**

Sale of product or service

| WOONSOCKET | RI | 02895 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/30/2023

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☐ Yes

**number**

**3.586** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 191,261.13
---|---|---|---|---

SWISS CAP AG

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

Dr. Christian Luftensteiner

Address

☐ Disputed

Husenstrasse 35

**Basis for the claim:**

Sale of product or service

| Kirchberg | SG | 9533 |
|---|---|---|
| City | State | ZIP Code |

Switzerland

Country

**Date or dates debt was incurred**

Various Dates

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☐ Yes

**number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 294 of 348

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*   23-10255

**3.587**  **Nonpriority creditor's name and mailing address**

SYED HASAN

Creditor Name

Creditor's Notice name

Address on File

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

2/15/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                243.91

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.588**  **Nonpriority creditor's name and mailing address**

SYNEOS HEALTH CONSULTING (WAS

Creditor Name

Creditor's Notice name

PO BOX 80368

Address

RALEIGH        NC        27263

City        State        ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $            241,148.04

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐   No

☐   Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.589** **Nonpriority creditor's name and mailing address**

SYNTEGON - WAS BOSCH PKG
Creditor Name

Creditor's Notice name

36809 TREASURY CENTER
Address

| CHICAGO | IL | 60694-6800 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 20,532.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.590** **Nonpriority creditor's name and mailing address**

SYNTEGON PHARMA TECHNOLOGY FOR
Creditor Name

Creditor's Notice name

PO BOX 74889
Address

| CHICAGO | IL | 60694-4889 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 54,193.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor:  Akorn Operating Company LLC

Case number *(if known)*    23-10255

Name

**3.591 Nonpriority creditor's name and mailing address**

SYNTEGON PHARMA TECHNOLOGY FORMER R BOSC

Creditor Name

Creditor's Notice name

PO BOX 74889

Address

| CHICAGO | IL | 60694-4889 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/28/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    10,976.38
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.592 Nonpriority creditor's name and mailing address**

SYNZEAL RESEARCH PRIVATE LIMIT

Creditor Name

Creditor's Notice name

PLOT NO- F,GANESH INDUSTRIAL EST

Address

423/24/8 MAHAGUJARAT INDUSTRIAL EST

SARKHEJ-BAVLA RD MORAIYA CHANGODAR

| AHMEDABAD | GJ | 382213 |
|---|---|---|
| City | State | ZIP Code |

INDIA

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    10,565.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known)* | 23-10255 |
|---|---|---|---|
| | Name | | |

**3.593 Nonpriority creditor's name and mailing address**

SYRACUSE LABEL & SURROUND PRIN
Creditor Name

Creditor's Notice name

200 STEWART DR
Address

| NORTH SYRACUSE | NY | 13212 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/23/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,076.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.594 Nonpriority creditor's name and mailing address**

TARISHI JHA
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/21/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,938.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.595 Nonpriority creditor's name and mailing address**

TASTEPOINT INC

Creditor Name

Creditor's Notice name

7800 HOLSTEIN AVE

Address

| PHILADELPHIA | PA | 19153 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 843.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.596 Nonpriority creditor's name and mailing address**

TATE & LYLE SOLUTIONS DIRECT

Creditor Name

Creditor's Notice name

PO BOX 102468

Address

| PASADENA | CA | 91189-2468 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 98,516.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.597** **Nonpriority creditor's name and mailing address**

TAYLOR MADE LANDSCAPING

Creditor Name

Creditor's Notice name

1792 N RT 121

Address

| DECATUR | IL | 62526 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                16,096.71
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.598** **Nonpriority creditor's name and mailing address**

TECHNICAL GLASS PRODUCTS

Creditor Name

Creditor's Notice name

243 EAST BLACKWELL ST

Address

| DOVER | NJ | 07801 |
|-------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/24/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                   848.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

| Debtor: | Akorn Operating Company LLC |
|---|---|

Case number *(if known)*: 23-10255

**3.599 Nonpriority creditor's name and mailing address**

TECHNICAL SAFETY
Creditor Name

Creditor's Notice name

DEPT CH 17717
Address

| PALATINE | IL | 60055-7717 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    198,931.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.600 Nonpriority creditor's name and mailing address**

TEE JAY CENTRAL INC
Creditor Name

Creditor's Notice name

PO BOX 130
Address

| GRIDLEY | IL | 61744 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/30/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    2,450.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 146,714.76 |

TEK STAINLESS PIPING

Creditor Name

Creditor's Notice name

PO BOX 1656

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| ZACHARY | LA | 70791 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

| | | |
|---|---|---|
| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,930.34 |

TENNANT SALES AND SERVICE

Creditor Name

Creditor's Notice name

10400 CLEAN STREET

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| EDEN PRAIRIE | MN | 55344-2650 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/30/2022

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.603**  **Nonpriority creditor's name and mailing address**

TERUMO MEDICAL CORPORATION
Creditor Name

Creditor's Notice name

265 DAVIDSON AVEUE
Address

SUITE 320

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 55,445.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.604**  **Nonpriority creditor's name and mailing address**

TETRAGENX DBA VETIO ANIMAL HLT
Creditor Name

DBA VETIO ANIMAL HEALTH ULC
Creditor's Notice name

9622 TRANSCANADA HWY
Address

| ST LAURENT | QC | H4S 1V9 |
|---|---|---|
| City | State | ZIP Code |

CANADA
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 43,860.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.605** **Nonpriority creditor's name and mailing address**

TFORCE FREIGHT INC
Creditor Name

Creditor's Notice name

1000 SEMMES AVE
Address

| RICHMOND | VA | 23218-1216 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/18/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,325.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.606** **Nonpriority creditor's name and mailing address**

Thayer-Mahoney, Lisa
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
8/12/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,804.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.607 Nonpriority creditor's name and mailing address**

THE ALLIANCE PHARMACY

Creditor Name

Vincent Fusaro

Creditor's Notice name

44 Bond Street

Address

| Westbury | NY | 11590 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/4/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          15,985.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.608 Nonpriority creditor's name and mailing address**

THE JOHN D WALSH COMPANY INC

Creditor Name

Creditor's Notice name

235 MARGARET KING AVENUE

Address

| RINGWOOD | NJ | 07456 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           5,123.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.609 Nonpriority creditor's name and mailing address**

THE RITEDOSE CORPORATION
Creditor Name

Jody Chastain
Creditor's Notice name

1 Technology Circle
Address

| Columbia | SC | 29203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 303,099.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.610 Nonpriority creditor's name and mailing address**

THE SPEAR GROUP LLC
Creditor Name

Creditor's Notice name

192 TECHNOLOGY PARKWAY
Address

SUITE 500

| PEACHTREE CORNERS | GA | 30092 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 61,157.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

**3.611 Nonpriority creditor's name and mailing address**

THE TRAINING CENTER GROUP LLC

Creditor Name

Creditor's Notice name

113 MONMOUTH RD

Address

SUITE 1

| WRIGHTSTOWN | NJ | 08562 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    7,686.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.612 Nonpriority creditor's name and mailing address**

THE TRI-M GROUP LLC

Creditor Name

Creditor's Notice name

206 GALE LANE

Address

| KENNETT SQUARE | PA | 19348 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/14/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    549.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known):* | 23-10255 |
|---|---|---|---|
| | Name | | |

**3.613** **Nonpriority creditor's name and mailing address**

THE WEEKS-LERMAN GROUP LLC
Creditor Name

Creditor's Notice name

PO BOX 0
Address

58-38 PAGE PLACE

| MASPETH | NY | 11378 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                2,084.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.614** **Nonpriority creditor's name and mailing address**

THERMFLO INC
Creditor Name

Creditor's Notice name

875 BUSCH PARKWAY
Address

| BUFFALO GROVE | IL | 60089 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/13/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                2,768.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.615** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 143,677.60
THERMO ELECTRON NA

Creditor Name

Creditor's Notice name

PO BOX 742775

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| ATLANTA | GA | 30374-2775 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/1/2023

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 9,951.96
THOMAS SCIENTIFIC INC

Creditor Name

Creditor's Notice name

1654 HIGH HILL ROAD

Address

PO BOX 99

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| SWEDESBORO | NJ | 08085-0099 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

**3.617** **Nonpriority creditor's name and mailing address**

THOMSON REUTERS WEST

Creditor Name

Creditor's Notice name

PAYMENT CENTER

Address

PO BOX 6292

| CAROL STREAM | IL | 60197-6292 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                7,124.28

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.618** **Nonpriority creditor's name and mailing address**

THYSSENKRUPP ELEVATOR CORP

Creditor Name

Creditor's Notice name

PO BOX 3796

Address

| CAROL STREAM | IL | 30132-3796 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/1/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                644.47

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)*: | 23-10255 |

Name

**3.619** **Nonpriority creditor's name and mailing address**

TIEFENBACHER API & INGREDIENTS - R&D ONLY

Creditor Name

Creditor's Notice name

VAN-DER SMISSEN S-STRASSE 1-2

Address

| HAMBURG | | 22767 |
| City | State | ZIP Code |

GERMANY

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             23,179.08

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.620** **Nonpriority creditor's name and mailing address**

TIG AKA TELCOM INNOVATIONS GRO

Creditor Name

Creditor's Notice name

125 N PROSPECT AVENUE

Address

| ITASCA | IL | 60143 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             2,247.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.621** **Nonpriority creditor's name and mailing address**

TLC PHARMACEUTICAL STANDARDS L

Creditor Name

Creditor's Notice name

130 PONY DRIVE

Address

| NEWMARKET | ON | L3Y 7B6 |
|---|---|---|
| City | State | ZIP Code |

CANADA

Country

**Date or dates debt was incurred**

1/25/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 1,020.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.622** **Nonpriority creditor's name and mailing address**

TNR RESOURCES LLC

Creditor Name

Creditor's Notice name

1616 MULBERRY DRIVE

Address

| LAKE VILLA | IL | 60046 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 7,043.75

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.623 Nonpriority creditor's name and mailing address**

TONY PRINCE COMPANY INC

Creditor Name

Creditor's Notice name

JON SMITH

Address

1531-A FAIRVIEW AVENUE

| ST LOUIS | MO | 63121 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   18,691.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.624 Nonpriority creditor's name and mailing address**

TORONTO RESEARCH CHEMICALS INC

Creditor Name

Creditor's Notice name

20 MARTIN ROSS AVE

Address

| TORONTO | ON | M3J 2K8 |
|---|---|---|
| City | State | ZIP Code |

CANADA

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $   314.84

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.625** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 368,605.62

TRACELINK INC

Creditor Name

*Check all that apply.*

Shabbir Dahod

☐ Contingent

Creditor's Notice name

☐ Unliquidated

200 Ballardvale Street

☐ Disputed

Address

**Basis for the claim:**

Building 1, Suite 100

Sale of product or service

| Wilmington | MA | 01887 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**      **Is the claim subject to offset?**

Various Dates                            ☐ No

**Last 4 digits of account**             ☐ Yes

**number**

---

**3.626** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 667.80

TRACKING SOLUTIONS INC

Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

PO BOX 403

☐ Disputed

Address

**Basis for the claim:**

Sale of product or service

| GALENA | OH | 43021 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**      **Is the claim subject to offset?**

1/13/2023                                ☐ No

**Last 4 digits of account**             ☐ Yes

**number**

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.627 Nonpriority creditor's name and mailing address**

TRANE COMPANY
Creditor Name

Creditor's Notice name

PO BOX 98167
Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    8,866.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.628 Nonpriority creditor's name and mailing address**

TRIRX PHARMACEUTICAL SVCS - R&D
Creditor Name

Creditor's Notice name

TRIRX SEGRE SAS
Address

ZA LA GRINDOLIERE

| SEGRE-EN-ANJOU-BLEU | | 49500 |
|---|---|---|
| City | State | ZIP Code |

FRANCE
Country

**Date or dates debt was incurred**
1/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    88,417.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)*: | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

**3.629 Nonpriority creditor's name and mailing address**

TRI-STATE BUSINESS SYSTEMS LLC
Creditor Name

Creditor's Notice name

PO BOX 5615
Address

| HILLSBOROUGH | NJ | 08844 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,019.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.630 Nonpriority creditor's name and mailing address**

TRI-WELD INDUSTRIES INC
Creditor Name

Creditor's Notice name

65 SOUTH SECOND ST.
Address

| BAY SHORE | NY | 11706 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 291.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|
| | Name | | |

**3.631** **Nonpriority creditor's name and mailing address**

TROEMNER LLC
Creditor Name

Creditor's Notice name

PO BOX 21098
Address

| NEW YORK | NY | 10087-1098 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/7/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,703.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.632** **Nonpriority creditor's name and mailing address**

TRUSTMARK VOLUNTARY BENEFIT
Creditor Name

Creditor's Notice name

SOLUTIONS INC
Address

75 REMITTANCE DR SUITE 1791

| CHICAGO | IL | 60675-1791 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/1/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,882.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

**3.633 Nonpriority creditor's name and mailing address**

TSO GENERAL CORP
Creditor Name

Creditor's Notice name

81 EMJAY BLVD
Address

| BRENTWOOD | NY | 11717 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/19/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                     1,758.95
Check all that apply.

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.634 Nonpriority creditor's name and mailing address**

TUCKER COMPANY WORLDWIDE INC
Creditor Name

Creditor's Notice name

56 N HADDON AVE
Address

| HADDONFIELD | NJ | 08033 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    93,076.82
Check all that apply.

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | |
|---|---|
| 3.635 | **Nonpriority creditor's name and mailing address** |

TULMAN EYE GROUP PC
Creditor Name

Creditor's Notice name

880 CRESTMARK DR SUITE 101
Address

LITHIA SPRINGS     GA     30122
City     State     ZIP Code

Country

**Date or dates debt was incurred**
12/15/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $     435.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| 3.636 | **Nonpriority creditor's name and mailing address** |

TUNNELL CONSULTING INC
Creditor Name

Creditor's Notice name

314 S HENDERSON ROAD
Address

SUITE G-379

KING OF PRUSSIA     PA     19406
City     State     ZIP Code

Country

**Date or dates debt was incurred**
10/31/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**     $     73,115.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.637** **Nonpriority creditor's name and mailing address**

U S PHARMACOPEIAL

Creditor Name

Creditor's Notice name

PO BOX 21845

Address

| NEW YORK | NY | 10087-1845 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          64,385.27

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.638** **Nonpriority creditor's name and mailing address**

UDMC UNITED DAIRY MACHINERY CO

Creditor Name

Creditor's Notice name

301 MEYER ROAD

Address

| BUFFALO | NY | 14224 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/6/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          1,876.80

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

---

**3.639  Nonpriority creditor's name and mailing address**

ULINE
Creditor Name

ATTN A/R
Creditor's Notice name

PO BOX 88741
Address

| CHICAGO | IL | 60680-1741 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    22,752.04
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.640  Nonpriority creditor's name and mailing address**

UNITED PARCEL SERVICE
Creditor Name

Creditor's Notice name

PO BOX 809488
Address

| CHICAGO | IL | 60680-9488 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    21,642.72
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.641** **Nonpriority creditor's name and mailing address**

UNIVAR (BERKELEY)

Creditor Name

Creditor's Notice name

13009 COLLECTIONS CTR DR

Address

| CHICAGO | IL | 60693 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/8/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                4,944.39

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.642** **Nonpriority creditor's name and mailing address**

UNIVAR (MORRISVILLE)

Creditor Name

Creditor's Notice name

PO BOX 409692

Address

| ATLANTA | GA | 30384-9692 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $               36,988.25

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

**3.643  Nonpriority creditor's name and mailing address**

UPS SUPPLY CHAIN SOLUTIONS INC
Creditor Name

Creditor's Notice name

28013 NETWORK PLACE
Address

| CHICAGO | IL | 60673-1280 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                18,709.15
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.644  Nonpriority creditor's name and mailing address**

USGP A DIVISION OF PROCAPS SA
Creditor Name

ATTN EFRAIN MORALES
Creditor's Notice name

CALLE 80# 78B-201
Address

| BARRANQUILLA | | |
|--------------|-----|-----------|
| City | State | ZIP Code |

COLOMBIA
Country

**Date or dates debt was incurred**
11/30/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                15,700.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.645** **Nonpriority creditor's name and mailing address**

VAISALA INC
Creditor Name

Creditor's Notice name

DEPT CH 19486
Address

| PALATINE | IL | 60055-9486 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,607.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.646** **Nonpriority creditor's name and mailing address**

Various Creditors under HRSA 340B Drug Pricing Program
Creditor Name

Creditor's Notice name

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 29,591,679.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

10 year restatement of its 340B Drug Pricing Program under HRSA

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.647 Nonpriority creditor's name and mailing address**

Various State Medicaid Agencies
Creditor Name

Creditor's Notice name

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $         41,766,974.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

10 year restatement of its Medicaid Drug
Reimbursement Pricing Program.

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.648 Nonpriority creditor's name and mailing address**

Various State Medicaid Agencies
Creditor Name

Creditor's Notice name

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $          6,000,000.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

States submit Medicaid Rebate claims
quarterly & Q4 claims were unprocessed.
Estimate is used.

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 76,875.00 |

VEEVA SYSTEMS INC

Creditor Name

Creditor's Notice name

PO BOX 740434

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| LOS ANGELES | CA | 90074-0434 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 5,497.00 |

VELTEK ASSOCIATES INC

Creditor Name

Creditor's Notice name

15 Lee Boulevard

Address

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

| Malvern | PA | 19355 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC | |
|---|---|---|

Case number *(if known)*: 23-10255

| 3.651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 98,863.32 |
|---|---|---|

VEOLIA ES TECHNICAL SOLUTIONS
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

PO BOX 73709
Address

☐ Disputed

**Basis for the claim:**

Sale of product or service

| CHICAGO | IL | 60673-7709 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☐ Yes

**number**

| 3.652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 818.04 |
|---|---|---|

VERITIV OHIO
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

VERITIV - NEW BERLIN
Address

☐ Disputed

7472 COLLECTION CENTER DRIVE

**Basis for the claim:**

Sale of product or service

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☐ Yes

**number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 327 of 348

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)* | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

**3.653** **Nonpriority creditor's name and mailing address**

VERIZON
Creditor Name

Creditor's Notice name

PO BOX 28003
Address

| LEHIGH VALLEY | PA | 18002-8003 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:     $                    66.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.654** **Nonpriority creditor's name and mailing address**

Veronica Development Associates, LLC vs Akorn Operating Company, LLC
Creditor Name

Robert Mahoney
Creditor's Notice name

NORRIS MCLAUGHLIN, P.A.
Address

400 Crossing Blvd

PO BOX 5933

| Bridgewater | NJ | 08807-5933 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/17/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:     $                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)* | 23-10255 |
| | Name | | | |

**3.655** **Nonpriority creditor's name and mailing address**

VIDEOJET
Creditor Name

Creditor's Notice name

1500 MITTEL BLVD
Address

| WOOD DALE | IL | 60191 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/23/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                2,842.95
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.656** **Nonpriority creditor's name and mailing address**

VIMTA LABS LIMITED
Creditor Name

Creditor's Notice name

PLOT NO 142 IDA PHASE II
Address

CHERLAPALLY

| HYDERABAD | TELANGANA | 500051 |
| City | State | ZIP Code |

INDIA
Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $              196,481.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:   Akorn Operating Company LLC
Case number *(if known)*:   23-10255

**3.657**  **Nonpriority creditor's name and mailing address**

VIRGINIA DARE EXTRACT CO INC
Creditor Name

Creditor's Notice name

882 THIRD AVENUE
Address

| BROOKLYN | NY | 11232 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/13/2022
**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:**   $                1,507.40
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐  No
☐  Yes

**3.658**  **Nonpriority creditor's name and mailing address**

VISION CARE OF MAINE - AROOSTO
Creditor Name

Creditor's Notice name

1 RIDGEWOOD DR
Address

| BANGOR | ME | 04401-2652 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/6/2022
**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:**   $                5,760.00
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

**Basis for the claim:**
Sale of product or service

**Is the claim subject to offset?**
☐  No
☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

**3.659** **Nonpriority creditor's name and mailing address**

VITICUS GROUP

Creditor Name

Creditor's Notice name

2425 EAST OQUENDO ROAD

Address

| LAS VEGAS | NV | 89120 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    29,095.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.660** **Nonpriority creditor's name and mailing address**

VIZIENT SUPPLY (FORMER NOVATIO

Creditor Name

Creditor's Notice name

PO BOX 842175

Address

| DALLAS | TX | 75284-2175 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/30/2022

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    146,911.51
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

| Debtor: | Akorn Operating Company LLC | |
|---|---|---|

Name

Case number *(if known)*: 23-10255

**3.661** **Nonpriority creditor's name and mailing address**

VT HOLDING LLC

Creditor Name

Creditor's Notice name

14425 COLLEGE BOULEVARD

Address

SUITE 140

| LENEXA | KS | 66215 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 53,660.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.662** **Nonpriority creditor's name and mailing address**

VWR INTERNATIONAL

Creditor Name

Creditor's Notice name

P. O. BOX 640169

Address

| PITTSBURGH | PA | 15264-0169 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 22,122.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)*: | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

**3.663** **Nonpriority creditor's name and mailing address**

W B MASON CO INC
Creditor Name

Creditor's Notice name

PO BOX 981101
Address

| BOSTON | MA | 02298-1101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    5,353.92
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.664** **Nonpriority creditor's name and mailing address**

WALGREEN COMPANY
Creditor Name

Creditor's Notice name

PO BOX 653039
Address

| DALLAS | TX | 75265-3039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/26/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    33,770.64
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*    23-10255

**3.665 Nonpriority creditor's name and mailing address**

WAREHOUSE DIRECT
Creditor Name

Creditor's Notice name

2001 S MOUNT PROSPECT RD
Address

| DES PLAINES | IL | 60018-1808 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    45,893.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.666 Nonpriority creditor's name and mailing address**

Warren, Joel
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
9/6/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    17,851.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executed severance agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  Akorn Operating Company LLC

_____
Name

Case number *(if known)*    23-10255
_____

**3.667**  **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT
_____
Creditor Name

_____
Creditor's Notice name

P.O. BOX 4648
_____
Address

_____

_____

| CAROL STREAM | IL | 60197-4648 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ 3,398.27

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.668**  **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF NJ INC
_____
Creditor Name

_____
Creditor's Notice name

WASTE MANAGEMENT NEWARK COMMERCIAL
_____
Address

PO BOX 13648
_____

| PHILADELPHIA | PA | 19101-3648 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ 3,899.08

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.669** **Nonpriority creditor's name and mailing address**

WATERS TECHNOLOGIES CORP
Creditor Name

Creditor's Notice name

34 MAPLE ST
Address

| MILFORD | MA | 01757 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 155,920.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.670** **Nonpriority creditor's name and mailing address**

WEST PHARMA SERVICES
Creditor Name

Creditor's Notice name

530 HERMAN O WEST DRIVE
Address

| EXTON | PA | 19341 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 321,948.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.671 Nonpriority creditor's name and mailing address**

WESTCO FG CORPORATION

Creditor Name

Creditor's Notice name

101 CORTLANDT STREET

Address

| SLEEPY HOLLOW | NY | 10591 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    264,414.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.672 Nonpriority creditor's name and mailing address**

WESTERN PEST SERVICES

Creditor Name

Creditor's Notice name

423 SHREWSBURY AVE

Address

| SHREWSBURY | NJ | 07702-4012 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    622.70

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
| | Name | | |

**3.673** **Nonpriority creditor's name and mailing address**

WESTROCK

Creditor Name

Creditor's Notice name

140 WEST INDUSTRY COURT

Address

| DEER PARK | NY | 11717 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 36,611.77

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.674** **Nonpriority creditor's name and mailing address**

WILKENS-ANDERSON COMPANY

Creditor Name

Creditor's Notice name

4525 WEST DIVISION ST

Address

| CHICAGO | IL | 60651 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/13/2023

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 2,909.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Akorn Operating Company LLC |
|---|---|

Case number *(if known)*: 23-10255

**3.675 Nonpriority creditor's name and mailing address**

WILMERHALE
Creditor Name

Creditor's Notice name

PO BOX 7247-8760
Address

| PHILADELPHIA | PA | 19170-8760 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/17/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 7,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.676 Nonpriority creditor's name and mailing address**

WINDSTREAM DBA PAETEC
Creditor Name

Creditor's Notice name

PO BOX 9001013
Address

| LOUISVILLE | KY | 40290-1013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/10/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 11,899.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

**3.677** **Nonpriority creditor's name and mailing address**

WINTERS BROS HAULING OF LI LLC
Creditor Name

Creditor's Notice name

PO BOX 5279
Address

| NEW YORK | NY | 10008-5279 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    21,092.85
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.678** **Nonpriority creditor's name and mailing address**

WISSEN DIGITAL INC
Creditor Name

Creditor's Notice name

2325 PARKLAWN DR SUITE # G
Address

| WAUKESHA | WI | 53186 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    181,730.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

3.679 **Nonpriority creditor's name and mailing address**

WOLTERS KLUWER HEALTH INC

Creditor Name

Creditor's Notice name

16705 COLLECTION CENTER DR

Address

| CHICAGO | IL | 60693 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                41,034.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

3.680 **Nonpriority creditor's name and mailing address**

WONDERWARE NORTH

Creditor Name

Creditor's Notice name

425 CAREDEAN DR

Address

| HORSHAM | PA | 19044 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various Dates

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                30,101.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**3.681 Nonpriority creditor's name and mailing address**

WOODSTOCK STERILE SOL
Creditor Name

Paul Josephs
Creditor's Notice name

2210 Lake Shore Drive
Address

| Woodstock | IL | 60098 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/20/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 215,815.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.682 Nonpriority creditor's name and mailing address**

WSC-GSP B/L OFFICE PARK (GLENS
Creditor Name

Creditor's Notice name

HOLDING VII LLC
Address

FBO METROPOLITAN LIFE INS COMPANY

33307 COLLECTION CENTER DRIVE

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/1/2022

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,210.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.683 Nonpriority creditor's name and mailing address**

WSC-GSP B/L OFFICE PARK OWNER VII, LLC
Creditor Name

Marc S Lichtman
Creditor's Notice name

Lichtman Eisen Partners, Ltd.
Address

134 North LaSalle Street, Suite 750

| Chicago | IL | 60602 |
|---------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
1/25/2023

**Last 4 digits of account**

number 0132

**As of the petition filing date, the claim is:** $ _____ Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.684 Nonpriority creditor's name and mailing address**

Zelnick-Kaufman, Beth
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/23/2022

**Last 4 digits of account**

number

**As of the petition filing date, the claim is:** $ _____ 1,707,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Executive Severance Arrangements

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

3.685 **Nonpriority creditor's name and mailing address**

ZERO DEFECTS LLC
Creditor Name

Creditor's Notice name

11 ROCKAWAY PLACE
Address

| PARSIPPANY | NJ | 07054 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
Various Dates

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    4,707.73
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

3.686 **Nonpriority creditor's name and mailing address**

ZHEJIANG HISUN PHARMA CHINA
Creditor Name

Li Yan
Creditor's Notice name

Waisha Road No.46
Address

Jiaojiang District

| Taizhou | | 318000 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
1/5/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    360,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.687 **Nonpriority creditor's name and mailing address**

ZYGOSOME LLC - R&D ONLY

Creditor Name

Creditor's Notice name

92 ARGILLA ROAD

Address

| ANDOVER | MA | 01810 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/11/2023

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 350,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sale of product or service

**Is the claim subject to offset?**

☐ No

☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 Alexander Jose<br>Name<br><br>Notice Name<br>Address on File<br>Street<br><br><br>City            State            ZIP Code<br><br>Country | Line  3.31<br>☐  Not Listed.Explain | |
| 4.2 Martin Kane And Kuper<br>Name<br><br>Notice Name<br>180 Tices Lane<br>Street<br>Bldg B<br>Ste 200<br>East Brunswick      NY            08816<br>City            State            ZIP Code<br><br>Country | Line  3.429<br>☐  Not Listed.Explain | |
| 4.3 Mccarthy, Rowden, Baker & Cannon<br>Name<br><br>Notice Name<br>243 South Water St<br>Street<br><br><br>Decatur            IL            62523<br>City            State            ZIP Code<br><br>Country | Line  3.48<br>☐  Not Listed.Explain | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*   23-10255

---

4.4 McIntyre, Donohue, Accardi, & Riordan, LLP

Name

Line  3.325

☐  Not Listed.Explain

Notice Name

Eight East Main Street

Street

| Bay Shore | NY | 11706 |
|---|---|---|
| City | State | ZIP Code |

Country

---

4.5 Rothenberg Rubenstein Berliner Andshinrod

Name

Line  3.254

☐  Not Listed.Explain

Notice Name

70 South Orange Ave

Street

Suite 205

| Livingston | NJ | 07039 |
|---|---|---|
| City | State | ZIP Code |

Country

---

4.6 Schwartzapfel Partners PC

Name

Line  3.31

☐  Not Listed.Explain

Notice Name

300 Jericho Quad

Street

Ste 180

| Jericho | NY | 11753 |
|---|---|---|
| City | State | ZIP Code |

Country

---

4.7 Shay & Associates

Name

Line  3.362

☐  Not Listed.Explain

Notice Name

260 East Wood Street

Street

| Decatur | IL | 62523 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 347 of 348

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ | 128,319,921.32 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 128,319,921.32 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor Name: In re : Akorn Operating Company LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  District of Delaware</td></tr>
<tr><td colspan="2">Case number (if known): 23-10255 (KBO)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | 275 Pierce Street LLC (Sensible Solar Solutions, LLC) Addendum 1 to Lease Agreement Solar Energy Supply |
| | | 275 Pierce Street LLC (Sensible Solar Solutions, LLC.) |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | 1/31/2025 |
| | | 285 Pierce Street |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Somerset                NJ                08873 |
| | | City                        State            ZIP Code |
| | | Country |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Akorn Operating Company LLC - Application Support Extension |
| | | 2nd Watch, Inc. |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | 3/31/2023 |
| | | 2310 N MOLTER ST SUITE 340 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | LIBERTY LAKE          WA              99019 |
| | | City                        State            ZIP Code |
| | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

| | | |
|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Accenture LLP Master Services Agreement |
| | | Accenture LLP |
| | | Name |
| | | Tom Johnstone |
| | | Notice Name |
| | | 161 N. Clark St. |
| | State the term remaining | Evergreen |
| | | Address |
| | List the contract number of any government contract | |

| Chicago | IL | 60601 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Quality Services Agreement |
| | | Accuristix |
| | | Name |
| | | Notice Name |
| | | 122 Stone Ridge Road |
| | State the term remaining | 10/15/2023 |
| | | Address |
| | List the contract number of any government contract | |

| Vaughan | ON | L4H 0A5 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

| | | |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | ACSYS Service Agreement |
| | | ACSYS Randstad Professional US, dba Acsys |
| | | Name |
| | | Patrick Barr |
| | | Notice Name |
| | | 111 Anza Blvd. |
| | State the term remaining | Evergreen |
| | | Address |
| | | Suite 400 |
| | List the contract number of any government contract | |

| Burlingame | CA | 94010 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Adorno, Jessica Marie |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Advanced Disposal Service Agreement | Advanced Disposal Services Solid Waste Midwest, LLC |
|---|---|---|---|
| | | | Name |
| | | | Chuck Duncan |
| | | | Notice Name |
| | | | 800 Capitol Street |
| | State the term remaining | 4/21/2025 | Address |
| | | | Suite 3000 |
| | List the contract number of any government contract | | |
| | | | Houston | TX | 77002 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Advanced Packaging Technology Laboratories, Inc. Mutual Confidentiality and Non-Disclosure Agreement | Advanced Packaging Technology Laboratories, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Monica White |
| | | | Notice Name |
| | | | 200 Larking Drive |
| | State the term remaining | 7/21/2025 | Address |
| | | | Unit H |
| | List the contract number of any government contract | | |
| | | | Wheeling | IL | 60090 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

| | | |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | AES Clean Technology Master Agreement for Architect & Engineer Design Services |
| | | AES Clean Technology, Inc. |
| | | Name |
| | | Stephen Laurie |
| | | Notice Name |
| | | 422 Stump Road |
| | **State the term remaining** | Not stated |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Montgomeryville    PA    18936 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Recipharm Quotation to Supply |
| | | Aesica Queenborough Limited |
| | | Name |
| | | Notice Name |
| | | North Road |
| | **State the term remaining** | 3/30/2026 |
| | | Address |
| | **List the contract number of any government contract** | Queenborough |
| | | Kent    ME11 5EL |
| | | City    State    ZIP Code |
| | | United Kingdom |
| | | Country |

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Agilent Quotation 5001107838 |
| | | Agilent Technologies |
| | | Name |
| | | Kelly Moran |
| | | Notice Name |
| | | 2850 Centerville Road |
| | **State the term remaining** | 12/1/2025 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Wilmington    DE    19808 |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*    23-10255
_____

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Agilent Quotation 5001107834 | Agilent Technologies Inc |
| --- | --- | --- | --- |
| | | | Name |
| | | | Kelly Moran |
| | | | Notice Name |
| | State the term remaining | 12/31/2025 | 2850 Centerville Road |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Wilmington | DE | 19808 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Agilent Quotation 5001107837 | Agilent Technologies Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | Kelly Moran |
| | | | Notice Name |
| | State the term remaining | 12/31/2025 | 2850 Centerville Road |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Wilmington | DE | 19808 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Quotation | Agilent Technologies Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | Heath Swieczkowski |
| | | | Notice Name |
| | State the term remaining | 3/14/2023 | 2850 Centerville Road |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Wilmington | DE | 19808 |
| --- | --- | --- | --- | --- | --- |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| | | |
|---|---|---|
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | | Agilent Technologies Inc. |
| | | Name |
| | | Anne Dougherty - Contracts Specialist |
| | | Notice Name |
| | **State the term remaining** | 8/31/2023 |
| | | 2850 Centerville Road |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Wilmington | DE | 19808 |

Country

| | | |
|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | | Agilent Technologies, Inc. |
| | | Name |
| | | Anne Dougherty |
| | | Notice Name |
| | **State the term remaining** | 8/31/2023 |
| | | 2850 Centerville Road |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Washington | DE | 19808 |

Country

| | | |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Alcami Master Laboratory and Testing Service Agreement |
| | | Alcami Corporation |
| | | Name |
| | | Rob Goshert |
| | | Notice Name |
| | **State the term remaining** | 7/28/2026 |
| | | 3220 Scientific Park Drive |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Wilmington | NC | 28405 |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

| | | | | |
|---|---|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | CDA Alembic | Alembic Pharmaceuticals Limited | |
| | | | Name | |
| | | | Mitanshu Shah | |
| | | | Notice Name | |
| | **State the term remaining** | 5/30/2024 | Alembic Road | |
| | | | Address | |
| | **List the contract number of** | | Vadodara 390003 | |
| | **any government contract** | | | |
| | | | | |
| | | | Gujarat | |
| | | | City | State | ZIP Code |
| | | | India | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Alembic Pharmaceuticals Limited Mutual Confidentiality Agreement | Alembic Pharmaceuticals Limited | |
| | | | Name | |
| | | | Mr. Mitanshu Shah | |
| | | | Notice Name | |
| | **State the term remaining** | 5/31/2024 | Alembic Road | |
| | | | Address | |
| | **List the contract number of** | | Vadodara- 390 003 | |
| | **any government contract** | | | |
| | | | | |
| | | | Gujarat | |
| | | | City | State | ZIP Code |
| | | | India | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Alfaro, Kevin | |
| | | | Name | |
| | | | Notice Name | |
| | | | Address on File | |
| | **State the term remaining** | N/A | Address | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

**2.21  State what the contract or lease is for and the nature of the debtor's interest**

Alice T. Epitropoulos, MD ("Consultant") Consulting Agreement

Alice T. Epitropoulos, MD ("Consultant")

Name

Alice T. Epitropoulos

Notice Name

Address on File

Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.22  State what the contract or lease is for and the nature of the debtor's interest**

ALKU Amendment No. 1 to Master Professional Service Agmt

ALKU

Name

Tarah Lovato

Notice Name

200 Brickstone Square

Address

Suite 503

**State the term remaining**    12/31/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| Andover | MA | 01810 |
| City | State | ZIP Code |
| Country | | |

**2.23  State what the contract or lease is for and the nature of the debtor's interest**

ALKU Master Professional Services Agmt

ALKU

Name

Ryan Rudich

Notice Name

200 Brickstone Square

Address

Suite 503

**State the term remaining**    12/31/2023

**List the contract number of any government contract**

| | | |
|---|---|---|
| Andover | MA | 01810 |
| City | State | ZIP Code |
| Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*   23-10255

| | | | |
|---|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | FSR Master Construction Agreement | All Foundations Systems & Repairs LLC dba FSR |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 22 Kenwood Ave |
| | **State the term remaining** | 7/12/2023 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Massapequa NY 11758 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | American International Relocation Services Agreement | American International Relocation Solutions, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6 Penn Center West |
| | **State the term remaining** | Auto-renews | Address |
| | | | Suite 200 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Pittsburgh PA 15276 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | ABC Master Distribution Services Agreement | AmerisourceBergen Drug Corporation |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1300 Morris Drive |
| | **State the term remaining** | 12/31/2023 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Chesterbrook PA 19087 |
| | | | City   State   ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*  23-10255

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | ABC Swiss_MSA | AmerisourceBergen Global Manufacturer Services GmbH |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Bogenschutzenstrasse 9A |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |

| | | | Bern | | 3008 |
|---|---|---|------|---|------|
| | | | City | State | ZIP Code |
| | | | Switzerland | | |
| | | | Country | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | AMS Master Consulting Services Agreement | AMS Consulting LLC |
|------|------|------|------|
| | | | Name |
| | | | Stephen Coco |
| | | | Notice Name |
| | | | 4001 SEELEY AVE |
| | State the term remaining | 1/1/2024 | Address |
| | List the contract number of any government contract | | |

| | | | DOWNERS GROVE | IL | 60515 |
|---|---|---|---------------|----|-------|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Amendment # 1 to Master Consulting Services Agreement | Ams Consulting LLC |
|------|------|------|------|
| | | | Name |
| | | | Stephen Coco |
| | | | Notice Name |
| | | | 4001 SEELEY AVE |
| | State the term remaining | 1/5/2024 | Address |
| | List the contract number of any government contract | | |

| | | | DOWNERS GROVE | IL | 60515 |
|---|---|---|---------------|----|-------|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Angelique Puchacz |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | 5/24/2023 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Akorn Inc Capital Equipment Supply and Software License Agreement | Antares Vision |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Via Del Farro, 16 |
| | State the term remaining | Auto-renews | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Travagliato BS / 25039 |
| | | | City / State / ZIP Code |
| | | | Italy |
| | | | Country |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Apexus Pharma Supplier Agreemenr | Apexus, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 75 Remittance Drive |
| | State the term remaining | 3/30/2023 | Address |
| | | | Suite 1164 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Chicago / IL / 60675 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*  23-10255

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Apexus, LLC SUB-340B and Sub-Wac Pharmacy Supply Agreement | |
|---|---|---|---|
| | | | Apexus, LLC |
| | | | Name |
| | | | Mike Benedict |
| | | | Notice Name |
| | | | 290 E. John Carpenter Freeway |
| | State the term remaining | 3/31/2023 | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | Irving | TX | 75062 |
| | | Country |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | AptarGroup, Inc. Third Amendment to Supply Agreement | |
|---|---|---|---|
| | | | AptarGroup, Inc. |
| | | | Name |
| | | | Alex Theodorakis |
| | | | Notice Name |
| | | | 475 West Terra Cotta |
| | State the term remaining | 12/31/2024 | Address |
| | | | Suite E. |
| | List the contract number of any government contract | | |

| | City | State | ZIP Code |
|---|---|---|---|
| Crystal Lake | IL | 60014-9695 |
| | Country |

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Aramark Cleanroom Services Addendum | |
|---|---|---|---|
| | | | Aramark Cleanroom Services Addendum |
| | | | Name |
| | | | Notice Name |
| | | | 115 North First Street |
| | State the term remaining | 7/14/2024 | Address |
| | List the contract number of any government contract | | |

| | City | State | ZIP Code |
|---|---|---|---|
| Burbank | CA | 91502 |
| | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement | Aramark Uniform Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 115 North First Street |
| | **State the term remaining** | 12/17/2023 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Burbank |  CA  |  91502 |
| | | | City |  State  |  ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Aramark Master Service Agreement | Aramark Uniform Services |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 115 North First Street |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Burbank |  CA  |  91502 |
| | | | City |  State  |  ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Arbour Group Licensed Product Agreement | Arbour Group LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One Parkview Plaza |
| | **State the term remaining** | Evergreen | Address |
| | | | Suite 660 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Oakbrook Terrace |  IL  |  60181 |
| | | | City |  State  |  ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Retainer Agreement | Arent Fox Schiff |
|---|---|---|---|
| | | | Name |
| | | | Stephanie Trunk |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 1717 K Street NW |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Washington | DC | 20006 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Compensation Agreement | Arthur J. Gallagher Risk Management Services, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Michael R. Pesch |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 300 S Riverside Plaza |
| | | | Address |
| | List the contract number of any government contract | | Suite 1500 |

| | | | Chicago | IL | 60606 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Akorn, Inc. Supply Agreement | A-S Medication Solutions, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2401 Commerce Drive |
| | State the term remaining | 8/31/2024 | Address |
| | List the contract number of any government contract | | |

| | | | Libertyville | IL | 60048 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO GENERIC PHARMACEUTICALS GPO AGREEMENT NUMBER PH000015018 | Ascension Health Resource and Supply Management Group, LLC |
| | | | Name |
| | | | Mike Wray |
| | | | Notice Name |
| | **State the term remaining** | 6/30/2023 | 2054 Westport Center Drive |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | St. Louis | MO | 63146 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Services Agreement | Aspect Consulting, Inc. |
| | | | Name |
| | | | Jo Ellen Zaspel |
| | | | Notice Name |
| | **State the term remaining** | 3/20/2025 | 20140 Valley Forge Cir |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | King of Prussia | PA | 19406 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Astro Pak Master Professional Services Agreement | Astro Pak Corporation |
| | | | Name |
| | | | Peggy Ogden |
| | | | Notice Name |
| | | | 270 Baker Street East |
| | **State the term remaining** | 6/29/2024 | Address |
| | | | Suite 100 |
| | **List the contract number of any government contract** | | |
| | | | Cota Mesa | CA | 92626 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*: 23-10255
_____

| | | |
|---|---|---|
| **2.45** | **State what the contract or lease is for and the nature of the debtor's interest** | Astro Pak SOW # 1 |
| | **State the term remaining** | 8/5/2027 |
| | **List the contract number of any government contract** | |

Astro Pak Corporation
_____
Name

Peggy Ogden
_____
Notice Name

270 Baker Street East
_____
Address

Suite 100
_____

| | | |
|---|---|---|
| Cota Mesa | CA | 92626 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| **2.46** | **State what the contract or lease is for and the nature of the debtor's interest** | Atlantic Scale Master Professional Services Agreement |
| | **State the term remaining** | 1/20/2024 |
| | **List the contract number of any government contract** | |

Atlantic Scale Company
_____
Name

_____
Notice Name

136 Washington Ave
_____
Address

| | | |
|---|---|---|
| Nutley | NJ | 07110 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| **2.47** | **State what the contract or lease is for and the nature of the debtor's interest** | Atomatic Mechanical Services, Inc. HVAC Planned Maintenance Agreement |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Atomatic Mechanical Services, Inc.
_____
Name

Patrick Levinson, John Cousineau, Britney Jenkins, Joe Cushman, Scott Peters
_____
Notice Name

3733 N. Ventura Drive
_____
Address

| | | |
|---|---|---|
| Arlington Heights | IL | 60004-7952 |
| City | State | ZIP Code |

_____
Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*   23-10255

| | | |
|---|---|---|
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Atrium Amendment No. 1 to Temporary Staffing and Direct Hire Recruitment Services Agreement |
| | | **State the term remaining** — Auto-renews |
| | | **List the contract number of any government contract** |

Atrium Staffing of New Jersey
Name

Adam Samples
Notice Name

625 Liberty Avenue
Address

Suite 200

| Pittsburgh | PA | 15222 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Atrium Staffing Temporary Staffing and Direct Hire Recruitment Services |
| | | **State the term remaining** — Auto-renews |
| | | **List the contract number of any government contract** |

Atrium Staffing of New Jersey
Name

Adam Samples
Notice Name

625 Liberty Avenue
Address

Suite 200

| Pittsburgh | PA | 15222 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #1 to Temporary Staffing and Direct Hire Recruitment Services Agreement |
| | | **State the term remaining** — Auto-renews |
| | | **List the contract number of any government contract** |

Atrium Staffing of New Jersey, LLC
Name

Atrium Staffing attn Contract Management
Notice Name

625 Liberty Avenue
Address

Suite 200

| Pittsburgh | PA | 15222 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Axiom Engagement Letter | Axiom Global, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Brian Stearms |
| | | | Notice Name |
| | State the term remaining | Evergreen | 295 Lafayette St. |
| | | | Address |
| | List the contract number of any government contract | | 7th Floor |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | New York | NY | 10012 |
| | | | Country | | |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Azad Pharma AG Licensing and Supply Agreement Letter | Azad Pharma AG |
|---|---|---|---|
| | | | Name |
| | | | Mike Baronian & Jennifer A. Baronian |
| | | | Notice Name |
| | State the term remaining | Auto-renews | Bahnhofstrasse 9 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | CH-3125 Toffen | | |
| | | | Country | | |
| | | | Switzerland | | |

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Azad API Supply Agreement | AZAD Pharmaceutical Ingredients< AG |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Durachweg 15 |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Schaffhausen | | 8200 |
| | | | Country | | |
| | | | Switzerland | | |

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|
| | Name | | |

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement | Bahnson Environmental Specialties, LLC. |
|---|---|---|---|

| | | | Name |
|---|---|---|---|
| | | | |
| | | | Notice Name |
| | | | 4412 Tryon Road |
| | **State the term remaining** | 5/31/2024 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Raleigh     NC     27606 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Baker Donelson Bearman Caldwell and Berkowitz, P.C. & EAS Consulting Group 3-Way Confidentiality and Non-Disclosure Agreement | Baker Donelson Bearman Caldwell and Berkowitz, P.C. & EAS Consulting Group |
|---|---|---|---|

| | | | Name |
|---|---|---|---|
| | | | Charles N. Jolly & Bryan J. Colean |
| | | | Notice Name |
| | | | 100 Light Street |
| | **State the term remaining** | 2/5/2025 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Baltimore     MD     21202 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Purchase Agreement | Baycare Health Systems, Inc. |
|---|---|---|---|

| | | | Name |
|---|---|---|---|
| | | | |
| | | | Notice Name |
| | | | 1985 Drew Street |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Clearwater     FL     33739 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Beahr, William P |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Becton, Dickinson and Company Mutual Confidentiality and Non-Disclosure Agreement | Becton, Dickinson and Company |
|---|---|---|---|
| | | | Name |
| | | | Thomas Koning |
| | | | Notice Name |
| | | | 1 Becton Drive |
| | **State the term remaining** | 10/2/2025 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Franklin Lakes      NJ      07417 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Becton, Dickinson and Company & Aldrich Chemical Company, Inc. Supply Agreement | Becton, Dickinson and Company & Aldrich Chemical Company, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Vecton- Vincent A. Forlenza, Aldrich- Stephen J. Branca |
| | | | Notice Name |
| | | | Becton- 7 Loveton Circle |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Sparks      MD      21152 |
| | | | City      State      ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

---

2.60 **State what the contract or lease is for and the nature of the debtor's interest**

BEE International, Inc. Mutual Confidentiality and Non-Disclosure Agreement

BEE International, Inc.
Name

Deb Shechter
Notice Name

46 Eastman Street
Address

**State the term remaining** 10/8/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| South Easton | MA | 02375 |

Country

---

2.61 **State what the contract or lease is for and the nature of the debtor's interest**

Mutual Confidentiality and Non-Disclosure Agreement

Bell Container Corporation
Name

Notice Name

615 Ferry Street
Address

**State the term remaining** 11/13/2027

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Newark | NJ | 07105 |

Country

---

2.62 **State what the contract or lease is for and the nature of the debtor's interest**

Expanded Role Agreement Letter

Beth Zelnick Kaufman
Name

Notice Name

Address on File
Address

**State the term remaining** N/A

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
|      |       |          |

Country

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Beth Zelnick Kaufman

Name

Notice Name

Address on File

Address

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | 5/24/2023 |
| | **List the contract number of any government contract** | |

Beth Zelnick Kaufman

Name

Notice Name

Address on File

Address

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Biophore Pharma Inc. Mutual Confidentiality and Non-Disclosure Agreement |
| | | |
| | **State the term remaining** | 2/21/2027 |
| | **List the contract number of any government contract** | |

Biophore Pharma Inc.

Name

Harsha Vemuri

Notice Name

1 Deerpark Drive

Address

Suite F8

| City | State | ZIP Code |
|---|---|---|
| Monmouth Junction | NJ | 08852 |

Country

Debtor:    Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| | | |
|---|---|---|
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | BioScience Master Laboratory and Testing Service Agreement |

BioScience Laboratories, Inc.
Name

John Dyba
Notice Name

1765 South 19th Avenue
Address

**State the term remaining**    2/9/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Bozeman | MT | 59718 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Biostudy Solutions, LLC. Master Consulting Services Agreement |

Biostudy Solutions, LLC.
Name

Charles Bon
Notice Name

4008 Caesar Court
Address

**State the term remaining**    6/2/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Wilmington | NC | 28405 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement |

Blackline Systems, Inc.
Name

Karole Morgan - Prager
Notice Name

21300 Victory Blvd.
Address

12th Floor

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| Woodland Hills | CA | 91367 |
| City | State | ZIP Code |

Country

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known):*  23-10255

| | | | |
|---|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Agreement | Blue Cross and Blue Shield of Illinois, a division of Health Care Service Corporation, a Mutual Legal Reserve Company |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 300 East Randolph Street |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Chicago |

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60601-5099 |

Country

| | | | |
|---|---|---|---|
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Bodine Master Professional Services Agreement | Bodine Electric of Decatur |
| | | | Name |
| | | | Craig Guest |
| | | | Notice Name |
| | | | 1845 N 22nd Street |
| | **State the term remaining** | 2/14/2024 | Address |
| | | | PO Box 976 |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Decatur | IL | 62525 |

Country

| | | | |
|---|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Bodine Amendment No. 1 to Master Professional Service Agreement | Bodine Electric of Decatur |
| | | | Name |
| | | | Craig Guest |
| | | | Notice Name |
| | | | 1845 N 22nd Street |
| | **State the term remaining** | 2/14/2024 | Address |
| | | | PO Box 976 |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Decatur | IL | 62525 |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |
| | | Bookbinder, Elizabeth Lynette |
| | | Name |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City    State    ZIP Code |
| | | Country |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Bosch Capital Equipment Supply Agmt |
| | | Bosch Packaging Technology, Inc. |
| | | Name |
| | | Notice Name |
| | | 90 Boroline Rd. |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Allendale    NJ    07401 |
| | | City    State    ZIP Code |
| | | Country |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Boston Analytical Master Contract Service Agreement |
| | | Boston Analytical |
| | | Name |
| | | Notice Name |
| | | 14 Manor Parkway |
| | **State the term remaining** | 1/1/2024 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Salem    NH    03079 |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

---

2.75 **State what the contract or lease is for and the nature of the debtor's interest**

Boston Analytical, Inc. Mutual Confidentiality and Non-Disclosure Agreement

Boston Analytical, Inc.
Name

James E. Mich
Notice Name

14 Manor Parkway
Address

**State the term remaining** 1/12/2027

**List the contract number of any government contract**

| | | |
|---|---|---|
| Salem | NH | 03079 |
| City | State | ZIP Code |

Country

---

2.76 **State what the contract or lease is for and the nature of the debtor's interest**

Brent Credille, DVM, PhD, DACVIM Mutual Confidentiality and Non-Disclosure Agreement

Brent Credille, DVM, PhD, DACVIM
Name

Dr. Brent Credille
Notice Name

Address on File
Address

**State the term remaining** 7/28/2026

**List the contract number of any government contract**

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.77 **State what the contract or lease is for and the nature of the debtor's interest**

Hold Harmless Agreement

Buckeye Power Sales
Name

Notice Name

PO BOX 489
Address

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| BLACKLICK | OH | 43004-0489 |
| City | State | ZIP Code |

Country

---

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Product Development and Exclusive Supply Agreement | Byron Chemical Company, Inc. |
| | | | Name |
| | | | Amar Lulla |
| | | | Notice Name |
| | | | CIPLA. LTD. |
| | State the term remaining | 2/16/2023 | Address |
| | | | 289 Bellasis Road |
| | List the contract number of any government contract | | Mumbai Central |

| | | | Mumbai | | 400 008 |
| | | | City | State | ZIP Code |
| | | | India | | |
| | | | Country | | |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Assignment and Assumption Agreement | Calyptus Pharmaceuticals Inc. |
| | | | Name |
| | | | Shubhayu Sinharoy |
| | | | Notice Name |
| | | | 174 Nassau Street #364 |
| | State the term remaining | 6/30/2024 | Address |
| | List the contract number of any government contract | | |

| | | | Princeton | NJ | 08542 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Calyptus Pharmaceuticals Inc. Asset Purchase Agreement | Calyptus Pharmaceuticals Inc. |
| | | | Name |
| | | | Shubhayu Sinharoy |
| | | | Notice Name |
| | | | 174 Nassau Street #364 |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |

| | | | Princeton | NJ | 08542 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| | | |
|---|---|---|
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Assumption Agreement |

Calyptus Pharmaceuticals, Inc.

Name

Shubhayu Sinharoy

Notice Name

174 Nassau Street #364

Address

| | | |
|---|---|---|
| **State the term remaining** | 6/22/2028 | |
| **List the contract number of any government contract** | | |

| Princeton | NJ | 08542 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Assignment and Assumption Agreement |

Calyptus Pharmaceuticals, Inc.

Name

Notice Name

174 Nassau Street # 364

Address

| | | |
|---|---|---|
| **State the term remaining** | Auto-renews | |
| **List the contract number of any government contract** | | |

| Princeton | NJ | 08542 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |

Camon, Kevin

Name

Notice Name

Address on File

Address

| | | |
|---|---|---|
| **State the term remaining** | N/A | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|
| | Name | | |

| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No 2 to Generic Wholesale Service Agreement | Cardinal Health |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7000 Cardinal Health Place |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Dublin | OH | 43017 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Cardinal Health WHolesale Purchase Agreement | Cardinal Health Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7000 Cardinal Health Place |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Dublin | OH | 43017 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement | Cardinal Health Inc. |
|---|---|---|---|
| | | | Name |
| | | | Robert Spina |
| | | | Notice Name |
| | | | 7500 Cardinal Health Place |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Dublin | OH | 43017 |
| | | | City | State | ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| **2.87** | **State what the contract or lease is for and the nature of the debtor's interest** | Cardinal Health Supplier Agreement |
| | | Cardinal Heath, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 7000 Cardinal Health Place |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Dublin | OH | 43017 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| **2.88** | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement |
| | | Catalent USA Woodstock, Inc (Catalent) |
| | | Name |
| | | |
| | | Notice Name |
| | | 2210 Lakeshore Drive |
| | **State the term remaining** | 3/10/2028 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Woodstock | IL | 60098 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| **2.89** | **State what the contract or lease is for and the nature of the debtor's interest** | 3-Way Confidentiality and Non-Disclosure Agreement |
| | | Cayman Chemical Company Inc. and Flavine North America, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 1180 E. Ellsworth Road |
| | **State the term remaining** | 12/18/2024 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Ann Arbor | MI | 48108 |
| City | State | ZIP Code |
| Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

| | | |
|---|---|---|
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | CDW Direct, LLC Amendment 1 to the Master Services and Product Sales Agreement |

CDW Direct, LLC

Name

Jasmin Miller-Luciano

Notice Name

200 N. Milwaukee Avenue

Address

**State the term remaining**    12/31/2023

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Vernon Hills | IL | 60061 |

Country

| | | |
|---|---|---|
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | CDW Direct, LLC. Master Services and Product Sales Agreement |

CDW Direct, LLC.

Name

Tara K. Barbieri

Notice Name

200 N. Milwaukee Avenue

Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Vernon Hills | IL | 60061 |

Country

| | | |
|---|---|---|
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Lease |

Cedar Brook 5 Corporate Center, L.P.

Name

Notice Name

4A Cedar Brook Drive

Address

**State the term remaining**    6/14/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Cranbury | NJ | 08512 |

Country

Debtor:  Akorn Operating Company LLC
_____
Name

Case number *(if known)*:  23-10255
_____

**2.93**  **State what the contract or lease is for and the nature of the debtor's interest**    Amendment No. 2 to Lease Agreement

Cedar Brook Corporate Center, LP
_____
Name

_____
Notice Name

4A Cedar Brook Drive
_____
Address

**State the term remaining**    6/14/2026

**List the contract number of any government contract**

| Cranbury | NJ | 08512 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.94**  **State what the contract or lease is for and the nature of the debtor's interest**    Lease Agreement

Cedar Brook Corporate Center, LP
_____
Name

_____
Notice Name

4A Cedar Brook Drive
_____
Address

**State the term remaining**    7/31/2026

**List the contract number of any government contract**

| Cranbury | NJ | 08512 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.95**  **State what the contract or lease is for and the nature of the debtor's interest**    Celgene Non-Exclusive License Agreement

Celgene Corporation
_____
Name

Perry A Karsen
_____
Notice Name

86 Morris Ave
_____
Address

**State the term remaining**    Evergreen

**List the contract number of any government contract**

| Summit | NJ | 07901 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| | | |
|---|---|---|
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Member Agreement |
| | | |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Cellco Partnerships, dba Verizon Wireless

Name

Notice Name

Legal and External Affairs

Address

One Verizon Way

VC52S413

| City | State | ZIP Code |
|---|---|---|
| Basking Ridge | NJ | 07920-1097 |

Country

| | | |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | National Drug Rebate Agreement |
| | | |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Center For Medicaid & Chip Services

Name

Notice Name

7500 Security Boulevard

Address

| City | State | ZIP Code |
|---|---|---|
| Baltimore | MD | 21244 |

Country

| | | |
|---|---|---|
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | National Drug Rebate Agreement |
| | | |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Centers for Medicare and Medicaid Services

Name

Notice Name

7500 Security Boulevard

Address

| City | State | ZIP Code |
|---|---|---|
| Baltimore | MD | 21244 |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Centroflora Supply Agreement | Centroflora CMS S.a.r.l. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 26-28, Rue Edward Steichen |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Luxembourg | | L-2540 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Luxembourg | | |
| | | | Country | | |

| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Nondisclosure Agreement between Akorn and Centroflora | Centroflora CMS SARL |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | 6/15/2024 | 26-28, Rue Edward Steichen |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Luxembourg | | L-2540 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Luxembourg | | |
| | | | Country | | |

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Cesar Castillo Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Auto-renews | P.O. Box 191149 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | San Juan | PR | 00919-1149 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known):*    23-10255

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Cesar Castillo, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P.O. Box 191149 |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |
| | | | San Juan / PR / 00919-1149 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement | Charles River Laboratories, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 251 Ballardvale Street |
| | State the term remaining | 4/2/2027 | Address |
| | List the contract number of any government contract | | |
| | | | Wilmington / MA / 01887 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Chem Aqua Master Service Agreement | Chem-Aqua, Inc. |
|---|---|---|---|
| | | | Name |
| | | | John Larsson |
| | | | Notice Name |
| | | | 2727 Chemsearch Blvd. |
| | State the term remaining | 1/26/2023 | Address |
| | List the contract number of any government contract | | |
| | | | Irving / TX / 75062 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| **2.105** | **State what the contract or lease is for and the nature of the debtor's interest** | CHEM AQUA SOW No. 1 | Chem-Aqua, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2727 Chemsearch Blvd. |
| | **State the term remaining** | 1/31/2024 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Irving         TX         75062 |
| | | | City         State         ZIP Code |
| | | | |
| | | | Country |
| **2.106** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Confidential Disclosures | Chemo Iberica, S.A |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | c/Dulcinea S/N 28805 Alcala de Henares |
| | **State the term remaining** | 3/8/2031 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Madrid |
| | | | City         State         ZIP Code |
| | | | Spain |
| | | | Country |
| **2.107** | **State what the contract or lease is for and the nature of the debtor's interest** | Chemwerth, Inc. Contract of Supply | Chemwerth, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1764 Litchfield Turnpike |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Woodbridge         CT         06525 |
| | | | City         State         ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Chen, Guoru |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Chin, Weldon |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Chintakindi, Manjula |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*: 23-10255

| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Christopher Young |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Cicero, Alan J |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Rental Service Agreement | Cintas |
|---|---|---|---|
| | | | Name |
| | | | Andrew Charron |
| | | | Notice Name |
| | | | 1605 Route 300 |
| | **State the term remaining** | 3/11/2027 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Newburgh    NY    12550 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:  23-10255

| | | |
|---|---|---|
| **2.114** | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Rental Service Agreement |
| | | Cintas |
| | | Name |
| | | Andrew Charron |
| | | Notice Name |
| | | 1605 Route 300 |
| | **State the term remaining** Auto-renews | Address |
| | **List the contract number of any government contract** | |
| | | Newburgh    NY    12550 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.115** | **State what the contract or lease is for and the nature of the debtor's interest** | Cintas Corporation Cleanroom Garment Rental Service Agreement (Amityville) |
| | | Cintas Corporation |
| | | Name |
| | | A. Eric Van Dalinda |
| | | Notice Name |
| | | Location No. 788 |
| | **State the term remaining** Auto-renews | Address |
| | | 1605 Route 300 |
| | **List the contract number of any government contract** | |
| | | Newburgh    NY    12550 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| **2.116** | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality and Non-Disclosure Agreement |
| | | Cipla Limited, and Qualifyze HmbH |
| | | Name |
| | | Notice Name |
| | | Cipla House Peninsula Business Park Ganpatrao Kadam Marg Lower Parel |
| | **State the term remaining** 4/18/2023 | Address |
| | **List the contract number of any government contract** | |
| | | Mumbai        400013 |
| | | City    State    ZIP Code |
| | | India |
| | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Services Agreement | Circular Edge, LLC |
| | | | Name |
| | | | Sachin Choudhari |
| | | | Notice Name |
| | | | 399 Campus Drive |
| | **State the term remaining** | 4/6/2024 | Address |
| | | | Suite #102 |
| | **List the contract number of any government contract** | | |
| | | | Somerset | NJ | 08873 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | ClarusONE Sourcing Framework Agreement | Clarusone Sourcing Services LLP |
| | | | Name |
| | | | Notice Name |
| | | | 6 St. Andrew Street |
| | **State the term remaining** | Auto-renews | Address |
| | | | 5th Floor |
| | **List the contract number of any government contract** | | |
| | | | London | | EC4A 3AE |
| | | | City | State | ZIP Code |
| | | | United Kingdom |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Clearbrook Letter Notification | Clearbrook |
| | | | Name |
| | | | David Galbraith, Kristin Smith, David Parisi, Mike Scully & Ana Tejada |
| | | | Notice Name |
| | | | 972 Nicolls Road |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |
| | | | Deer Park | NY | 11729 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | Clearsynth Canada, Inc. Mutual Confidentiality and Non-Disclosure Agreement | Clearsynth Canada, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Dan Pietrobon |
| | | | Notice Name |
| | | | 2395 Speakman Drive |
| | State the term remaining | 2/8/2026 | Address |
| | | | Suite 1001 |
| | List the contract number of | | |
| | any government contract | | |

| | | | Mississauga | ON | L5K 1B3 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Canada | | |
| | | | Country | | |

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | Cleaver Brooks Sales & Service Mutual Confidentiality and Non-Disclosure Agreement | Cleaver Brooks Sales & Service |
|---|---|---|---|
| | | | Name |
| | | | Michelle R. Frye |
| | | | Notice Name |
| | | | 502 Crossen Ave |
| | State the term remaining | 8/16/2024 | Address |
| | List the contract number of | | |
| | any government contract | | |

| | | | Elk Grove Village | IL | 60007 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Colleen Cooke |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | 4/9/2023 | Address |
| | List the contract number of | | |
| | any government contract | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

---

**2.123** **State what the contract or lease is for and the nature of the debtor's interest**

Manufacturer's Rebate Agreement

Commonwealth of Pennsylvania Department of Aging

Name

Notice Name

400 Market Street

Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| Harrisburg | PA | 17101 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.124** **State what the contract or lease is for and the nature of the debtor's interest**

Rebate Agreement for PACE Program

Commonwealth of Pennsylvania Department of Aging

Name

Notice Name

400 Market Street

Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| Harrisburg | PA | 17101 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.125** **State what the contract or lease is for and the nature of the debtor's interest**

Complete Cleaning Service Agmt

Complete Cleaning Company, Inc.

Name

Mark Jamroz

Notice Name

615 Wheat Lane

Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| Wood Dale | IL | 60191 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

| | | | | |
|---|---|---|---|---|
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting Services Agreement | ComResource, Inc. | |
| | | | Name | |
| | | | ComResource Inc | |
| | | | Notice Name | |
| | | | Attn Keith Potts 1159 Dublin Road | |
| | State the term remaining | 7/31/2023 | Address | |
| | | | Suite 200 | |
| | List the contract number of any government contract | | | |
| | | | Columbus | OH | 43215 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Concur Business Services Agreement | Concur Technologies, Inc. | |
| | | | Name | |
| | | | Melanie Morgan | |
| | | | Notice Name | |
| | | | 18400 N.E. Union Hill Road | |
| | State the term remaining | Auto-renews | Address | |
| | List the contract number of any government contract | | | |
| | | | Redmond | WA | 98052 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | ConsultPharma Master Consulting Agreement | ConsultPharma LLC | |
| | | | Name | |
| | | | Deepak Verma | |
| | | | Notice Name | |
| | | | 405 Dickson Court | |
| | State the term remaining | 9/23/2024 | Address | |
| | List the contract number of any government contract | | | |
| | | | Highland Park | NJ | 08904 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

---

**2.129** | **State what the contract or lease is for and the nature of the debtor's interest** | Corden Pharma Caponage Proposal-Propofol Multidose 4th Registration Batch and Additional Activities

Corden Pharma Caponage S.p.A.
Name

Mimoun Ayoub, Ph.D. & Fabrizio Fiordigiglio
Notice Name

Viale dell'Industria, 3
Address

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| Caponage | MB | 20867 |
| City | State | ZIP Code |
| Italy | | |
| Country | | |

---

**2.130** | **State what the contract or lease is for and the nature of the debtor's interest** | Corden Pharma Caponago Proposal-Propofol 28 Registration Batch and Additional Activities Rev 2

Corden Pharma Caponago
Name

Brian Case & Fabrizio Fiordigiglio
Notice Name

Viale dell'Industria, 3
Address

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| Caponage | MB | 20867 |
| City | State | ZIP Code |
| Italy | | |
| Country | | |

---

**2.131** | **State what the contract or lease is for and the nature of the debtor's interest** | Corden Pharma S.p.A. Amendement #1 to Exclusive Supply Agreement

Corden Pharma S.p.A.
Name

Fabio Stevanon
Notice Name

Viale dell'Industria, 3
Address

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| Caponage | MB | 20867 |
| City | State | ZIP Code |
| Italy | | |
| Country | | |

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | | |
|---|---|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Corden Pharma S.p.A. Supply Agreement | Corden Pharma S.p.A. | |
| | | | Name | |
| | | | Fabio Stevanon & Angelo Colombo | |
| | | | Notice Name | |
| | | | Viale dell'Industria, 3 | |
| | **State the term remaining** | Auto-renews | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Caponage | MB | 20867 |
| | | | City | State | ZIP Code |
| | | | Italy | |
| | | | Country | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | Corrosion Fluid Products Corp. | |
| | | | Name | |
| | | | Notice Name | |
| | | | 1280 Lakeview Drive | |
| | **State the term remaining** | 4/9/2024 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Romeoville | IL | 60446 |
| | | | City | State | ZIP Code |
| | | | Country | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Costco Akorn Agreement | Costco Pharmacy | |
| | | | Name | |
| | | | Notice Name | |
| | | | 999 Lake Dr. | |
| | **State the term remaining** | Auto-renews | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Issaquah | WA | 98027 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*   23-10255

| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Costco Agreement For Purchase of Kirkland Pharmaceutical Product | | Costco Wholesale Corporation |
|---|---|---|---|---|
| | | | | Name |
| | | | | Victor Curtis |
| | | | | Notice Name |
| | | | | 999 Lake Drive |
| | **State the term remaining** | Evergreen | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | Issaquah      WA      98027 |
| | | | | City      State      ZIP Code |
| | | | | Country |

| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Planned Maintenance Service Agreement | | Crown Equipment Corporation d/b/a Crown Lift Trucks |
|---|---|---|---|---|
| | | | | Name |
| | | | | Notice Name |
| | | | | 44 South Washington Street |
| | **State the term remaining** | 5/10/2023 | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | New Bremen      OH      45869 |
| | | | | City      State      ZIP Code |
| | | | | Country |

| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Planned Maintenance Service Agreement | | Crown Equipment Corporation d/b/a Crown Lift Trucks |
|---|---|---|---|---|
| | | | | Name |
| | | | | Notice Name |
| | | | | 44 South Washington Street |
| | **State the term remaining** | 5/10/2023 | | Address |
| | **List the contract number of any government contract** | | | |
| | | | | New Bremen      OH      45869 |
| | | | | City      State      ZIP Code |
| | | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

**2.138** **State what the contract or lease is for and the nature of the debtor's interest**

Preventative Maintenance Agreement

Cryostar Industries Inc.

Name

Susan Graf

Notice Name

109 Urban Ave

**State the term remaining**   Auto-renews

Address

**List the contract number of any government contract**

| Westbury | NY | 11590 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.139** **State what the contract or lease is for and the nature of the debtor's interest**

Crystal Pharma Minimum Waiver Letter

Crystal Pharma

Name

Notice Name

Pargue Tecnologico de Boecillo - Parcela 105

**State the term remaining**   Auto-renews

Address

47151 Boecillo

**List the contract number of any government contract**

| Valladolid | | |
|---|---|---|
| City | State | ZIP Code |
| Spain | | |
| Country | | |

**2.140** **State what the contract or lease is for and the nature of the debtor's interest**

Gap Program Agreement

CT Dept of Social Services

Name

Notice Name

55 Farmington Ave

**State the term remaining**   Auto-renews

Address

**List the contract number of any government contract**

| Hartford | CT | 06105 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Development and Tech Transfer Agreement | Cuckos Pharmaceutical Pvt. Ltd. |
|---|---|---|---|

Name

Notice Name

Plot No. 132

**State the term remaining**  2/5/2030

Address

Sector 16 NSIIDC

**List the contract number of any government contract**

| | | Bahadurgarh | Haryana | 124507 |
|---|---|---|---|---|

City  State  ZIP Code

India

Country

| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Lease | CV II Gurnee LLC |
|---|---|---|---|

Name

Sean Maher

Notice Name

1808 Swift Road

**State the term remaining**  8/31/2026

Address

**List the contract number of any government contract**

| | | Oak Brook | IL | 60523 |
|---|---|---|---|---|

City  State  ZIP Code

Country

| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | CVS Caremark Part D Program Rebate Agreement | CVS Caremark Part D Services LLC |
|---|---|---|---|

Name

Notice Name

2211 Sanders Road

**State the term remaining**  Auto-renews

Address

**List the contract number of any government contract**

| | | Northbrook | IL | 60062 |
|---|---|---|---|---|

City  State  ZIP Code

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Dahl Retainer Agreement |
| | | Dahl Compliance Consulting LLC |
| | | Name |
| | | Brian Dahl |
| | | Notice Name |
| | | 4809 W. 148th Street |
| | **State the term remaining** | Not stated |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Leawood | KS | 66224 |

Country

| | | |
|---|---|---|
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Daicel Chiral Technologies, Inc. Mutual Confidentiality and Non-Disclosure Agreement |
| | | Daicel Chiral Technologies, Inc. |
| | | Name |
| | | Joseph M. Barendt Ph.D. |
| | | Notice Name |
| | | 1475 Dunwoody Drive |
| | **State the term remaining** | 2/11/2026 |
| | | Address |
| | | Suite 310 |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| West Chester | PA | 19380 |

Country

| | | |
|---|---|---|
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement |
| | | Datwyler Pharma Packaging Belgium NV |
| | | Name |
| | | Notice Name |
| | | Industrieterrein Kolmen 1519 |
| | **State the term remaining** | 10/24/2026 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Alken | | 3570 |
| Belgium | | |

Country

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

| | | |
|---|---|---|
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | David Furusho |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on File |
| **State the term remaining** | 3/25/2023 | Address |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| | | |

Country

| | | |
|---|---|---|
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | DE Drug Rebate Program Agreement |
| | | DE Dep of Health and Social Services |
| | | Name |
| | | |
| | | Notice Name |
| | | Lewis Building, DHSS Campus |
| **State the term remaining** | Auto-renews | Address |
| | | 1901 N. DuPont Highway |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| New Castle | DE | 19720 |

Country

| | | |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | DE Drug Rebate Program Agreement |
| | | DE Dept of Health and Social Services |
| | | Name |
| | | |
| | | Notice Name |
| | | Lewis Building, DHSS Campus |
| **State the term remaining** | Auto-renews | Address |
| | | 1901 N. DuPont Highway |
| **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| New Castle | DE | 19720 |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | | |
|---|---|---|---|---|
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | DE State Drug Rebate Program Agreement | Delaware Dept of Health and Social Services | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | Herman Holloway Sr. Campus | |
| | **State the term remaining** | Auto-renews | Address | |
| | | | 1901 N. DuPont Highway | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | | |
| | | | New Castle | DE | 19720 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order No. P1_003 | Deloitte Consulting LLP | |
| | | | Name | |
| | | | Niranjan "John" Rao | |
| | | | Notice Name | |
| | | | 200 Renaissance Center | |
| | **State the term remaining** | 1/27/2023 | Address | |
| | | | Suite 3900 | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | | |
| | | | Detroit | MI | 48243 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter | Deloitte Consulting LLP | |
| | | | Name | |
| | | | Niranjan "John" Rao | |
| | | | Notice Name | |
| | | | 200 Renaissance Center | |
| | **State the term remaining** | 1/27/2023 | Address | |
| | | | Suite 3900 | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | | |
| | | | Detroit | MI | 48243 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | Deloitte Change Order No. P2_001 to EL Akorn_DC LLP_Oracle EL_JDE Phase 2_20210201 | Deloitte Consulting LLP |
|---|---|---|---|

Name

Niranjan John Rao

Notice Name

200 Renaissance Center

**State the term remaining**  Auto-renews

Address

Suite 3900

**List the contract number of**

**any government contract**

| | Detroit | MI | 48243 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Contract | Delta Dental of Illinois |
|---|---|---|---|

Name

Bernard Glossy

Notice Name

111 Shuman Blvd.

**State the term remaining**  Auto-renews

Address

**List the contract number of**

**any government contract**

| | Naperville | IL | 60563 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | DeLuca, Diane Marie |
|---|---|---|---|

Name

Notice Name

Address on File

**State the term remaining**  N/A

Address

**List the contract number of**

**any government contract**

| | City | State | ZIP Code |
|---|---|---|---|

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Denovo Ventures Amendment No. 1 to MSA |

Denovo Ventures
Name

Notice Name

6400 Lookout Road
Address

**State the term remaining** 12/31/2023

Suite 101

**List the contract number of any government contract**

| | | |
|---|---|---|
| Boulder | CO | 80301 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Denovo Master Consulting Agreement |

Denovo Ventures, LLC
Name

Notice Name

6400 Lookout Road
Address

**State the term remaining** 12/31/2023

Suite 101

**List the contract number of any government contract**

| | | |
|---|---|---|
| Boulder | CO | 80301 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Denovo Ventures Amendment No. 2 |

Denovo Ventures, LLC
Name

Notice Name

6400 Lookout Road
Address

**State the term remaining** 12/31/2023

Suite 101

**List the contract number of any government contract**

| | | |
|---|---|---|
| Boulder | CO | 80301 |
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | Department of Veterans Affairs Amendment of Soliciation/Modification of Contract 0003 | Department of Veterans Affairs |
|---|---|---|---|
| | | | Name |
| | | | Erik A. Boehmke |
| | | | Notice Name |
| | | | OPAL/National Acquisition Center |
| | **State the term remaining** | Auto-renews | Address |
| | | | Building 37, 1st Avenue |
| | **List the contract number of** | | |
| | **any government contract** | | One Block North of Cermak |

| | | | |
|---|---|---|---|
| | Hines | IL | 60141 |
| | City | State | ZIP Code |

Country

| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | Department of Veterans Affairs Amendment of Soliciation/Modification of Contract 0006 | Department of Veterans Affairs |
|---|---|---|---|
| | | | Name |
| | | | Deborah J. Bukowski |
| | | | Notice Name |
| | | | National Acquisition Center |
| | **State the term remaining** | Auto-renews | Address |
| | | | P.O. Box 76 |
| | **List the contract number of** | | |
| | **any government contract** | | Bldg. 37 |

| | | | |
|---|---|---|---|
| | Hines | IL | 60141 |
| | City | State | ZIP Code |

Country

| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Diligent Corporation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1385 Broadway |
| | **State the term remaining** | Auto-renews | Address |
| | | | 19th Floor |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | | |
|---|---|---|---|
| | New York | NY | 10018 |
| | City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

**2.162** **State what the contract or lease is for and the nature of the debtor's interest**

Diligent Service Agreement

Diligent Corporation

Name

Notice Name

1385 Broadway

Address

**State the term remaining**    Auto-renews

19th Flr

**List the contract number of any government contract**

| New York | NY | 10018 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**2.163** **State what the contract or lease is for and the nature of the debtor's interest**

Direct Energy Gas Contract

Direct Energy Business Marketing, LLC d/b/a Direct Energy Business

Name

Adam Acevedo

Notice Name

194 Wood Avenue South

Address

**State the term remaining**    4/30/2027

2nd Floor

**List the contract number of any government contract**

| Iselin | NJ | 08830 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.164** **State what the contract or lease is for and the nature of the debtor's interest**

Supply Agreement

DLA Troup Support Medical Supply Chain FSG

Name

Notice Name

700 Robbins Ave

**State the term remaining**    Auto-renews

Address

**List the contract number of any government contract**

| Philadelphia | PA | 19111 |
|--------------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement | DMD America Inc. |
|---|---|---|---|
| | | | Name |
| | | | Eric Zimmerman |
| | | | Notice Name |
| | | | 205 South Salina Street Suite 400 |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | | City | Syracuse | State | NY | ZIP Code | 13202 |
|---|---|---|---|---|---|---|---|---|

Country

| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Dominique Cassese |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | 3/25/2023 | Address |
| | **List the contract number of any government contract** | | |

City | State | ZIP Code

Country

| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | Douglas Pharmaceuticals America Limited Transfer, License and Supply Agreement | Douglas Pharmaceuticals America Limited |
|---|---|---|---|
| | | | Name |
| | | | Jeffrey Douglas |
| | | | Notice Name |
| | | | Central Park Drive |
| | **State the term remaining** | Auto-renews | Address |
| | | | Lincoln |
| | **List the contract number of any government contract** | | |

| City | Auckland | State | | ZIP Code | 0610 |
|---|---|---|---|---|---|

New Zealand
Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**2.168**

**State what the contract or lease is for and the nature of the debtor's interest**

Douglas Pharmaceuticals Limited Transfer, License and Supply Agreement

**State the term remaining**

Auto-renews

**List the contract number of any government contract**

Douglas Pharmaceuticals Limited

Name

Jeffrey Douglas

Notice Name

Central Park Drive

Address

Lincoln

| Auckland | | 0610 |
|---|---|---|
| City | State | ZIP Code |
| New Zealand | | |
| Country | | |

---

**2.169**

**State what the contract or lease is for and the nature of the debtor's interest**

Executive Employment Agreement

**State the term remaining**

N/A

**List the contract number of any government contract**

Douglas S. Boothe

Name

Notice Name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

**2.170**

**State what the contract or lease is for and the nature of the debtor's interest**

Offer Letter

**State the term remaining**

N/A

**List the contract number of any government contract**

Douglas S. Boothe

Name

Notice Name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement | DP West Lake at Conway LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | C/O GPT SANTA FE SPRINGS OWNER LP |
| | State the term remaining | N/A | Address |
| | | | PO BOX 200507 |
| | List the contract number of any government contract | | |

| | | | DALLAS | TX | 75320-0507 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Dr. Brent Credille, DVCM, DACVIM |
|---|---|---|---|
| | | | Name |
| | | | Dr. Brent Credille, DVCM, DACVIM |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | 8/8/2024 | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Country | | |

| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Dr. Caryn E. Plummer (veterinary ophthalmologist) Mutual Confidentiality and Non-Disclosure Agreement | Dr. Caryn E. Plummer (veterinary ophthalmologist) |
|---|---|---|---|
| | | | Name |
| | | | Dr. Caryn E. Plummer |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | 2/16/2026 | Address |
| | List the contract number of any government contract | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Country | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Dr. Nora Matthews |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | Evergreen | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Drate-Schwerdlin, Ethel |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | DXC Technology Services LLC Mutual Confidentiality and Non-Disclosure Agreement | DXC Technology Services LLC |
| | | | Name |
| | | | Mitesh Arora |
| | | | Notice Name |
| | | | 1775 Tysons Boulevard |
| | **State the term remaining** | 10/7/2024 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Tysons            VA            22102 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known):*  23-10255

| | | |
|---|---|---|
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement |
| | | |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Eagle Pharmacy LLC
_____
Name

Stacy Huss
_____
Notice Name

350 Eagles Landing Drive
_____
Address

| Lakeland | FL | 33810 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | Ecolab Master Professional Service Agreement |
| | | |
| | **State the term remaining** | 10/5/2023 |
| | **List the contract number of any government contract** | |

Ecolab Inc.
_____
Name

Cheryl Vaske
_____
Notice Name

1 Ecolab Place
_____
Address

EGH/6.

| St. Paul | MN | 55102 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Fifth Amendment to GPO Product Agreement |
| | | |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Econdisc contracting Solutions, LLC
_____
Name

_____
Notice Name

8555 University Place Drive
_____
Address

| Saint Louis | MO | 63121 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

| | | | |
|---|---|---|---|
| **2.180** | **State what the contract or lease is for and the nature of the debtor's interest** | GPO Product Agreement | Econdisc Contracting Solutions, LLC |
| | | | Name |
| | | | Attn VP & General Manager, Legal Counsel |
| | | | Notice Name |
| | | | Econdisc Contracting Solutions |
| | **State the term remaining** | Auto-renews | Address |
| | | | LLC 8555 University Place Drive |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | |
|---|---|---|
| St. Louis | MO | 63121 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| **2.181** | **State what the contract or lease is for and the nature of the debtor's interest** | EDI Placement Services Agreement | EDI Specialists, Inc dba EDI Staffing |
| | | | Name |
| | | | Notice Name |
| | | | 31 Bellows Road |
| | **State the term remaining** | Evergreen | Address |
| | | | PO Box 116 |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | |
|---|---|---|
| Raynham | MA | 02767 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| **2.182** | **State what the contract or lease is for and the nature of the debtor's interest** | EDI Consulting Services Agreement | EDI Specialists, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 31 Bellows Road |
| | **State the term remaining** | Evergreen | Address |
| | | | PO Box 116 |
| | **List the contract number of** | | |
| | **any government contract** | | |

| | | |
|---|---|---|
| Raynham | MA | 02767 |
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | EG Life Sciences LLC | EG Life Sciences, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO Box 5752 |
| | State the term remaining | 1/31/2023 | Address |
| | List the contract number of any government contract | | |
| | | | Evanston    IL    60204 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | EG Life Sciences Divya Prasaath | EG Life Sciences, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 55 Walkers Brook Drive |
| | State the term remaining | 3/31/2023 | Address |
| | | | 6th FLR |
| | List the contract number of any government contract | | |
| | | | Reading    MA    01867 |
| | | | City    State    ZIP Code |
| | | | Country |

| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | EGeen International Corporation Master Agreement | EGeen International Corporation |
|---|---|---|---|
| | | | Name |
| | | | Kalev Kask |
| | | | Notice Name |
| | | | 1949 Landings Drive |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |
| | | | Mountain View    CA    94043 |
| | | | City    State    ZIP Code |
| | | | Country |

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)*: | 23-10255 |
| | Name | | | |

| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Elias Reichel, MD , Brandon Busbee, BD |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | EMD Millipore Corporation Confidentiality Agreement | EMD Millipore Corporation |
| | | | Name |
| | | | Zach Allen & John Astarita |
| | | | Notice Name |
| | | | 400 Summit Drive |
| | **State the term remaining** | 4/17/2023 | Address |
| | **List the contract number of any government contract** | | |
| | | | Burlington / MA / 01803 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | EMD Millipore Corporation Mutual Confidentiality and Non-Disclosure Agreement | EMD Millipore Corporation |
| | | | Name |
| | | | Elizabeth Mitchell |
| | | | Notice Name |
| | | | 3050 Spruce Street |
| | **State the term remaining** | 7/15/2026 | Address |
| | **List the contract number of any government contract** | | |
| | | | St. Louis / MO / 63103 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:    23-10255

| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | EMD Master Professional Services Agreement | EMD Millipore Corporation |
|---|---|---|---|
| | | | Name |
| | | | Raymond Reilly |
| | | | Notice Name |
| | | | 400 Summit Drive |
| | State the term remaining | 12/6/2026 | Address |
| | List the contract number of any government contract | | |

| Burlington | MA | 01803 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | EMD SOW No. 1 | EMD Millipore Corporation |
|---|---|---|---|
| | | | Name |
| | | | Raymond Reilly |
| | | | Notice Name |
| | | | 400 Summit Drive |
| | State the term remaining | 9/30/2026 | Address |
| | List the contract number of any government contract | | |

| Burlington | MA | 01803 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Master Professional Services Agreement | EMD Millipore Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 25802 NETWORK PLACE |
| | State the term remaining | 12/6/2026 | Address |
| | List the contract number of any government contract | | |

| CHICAGO | IL | 60673-1258 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | EMD Millipore Corporation |
|---|---|---|---|

Name

Notice Name

25802 NETWORK PLACE

State the term remaining    12/6/2026

Address

List the contract number of

any government contract

CHICAGO    IL    60673-1258

City    State    ZIP Code

Country

| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | New York Natural Gas Firm Commercial Service Agreement | ENGIE Power & Gas LLC |
|---|---|---|---|

Name

Notice Name

920 Railroad Ave

State the term remaining    2/8/2025

Address

List the contract number of

any government contract

Woodmere    NY    11598

City    State    ZIP Code

Country

| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | Enviroclean Janitorial Services Agmt | Enviroclean Janitorial Services, LLC |
|---|---|---|---|

Name

Notice Name

800B Hartle Street

State the term remaining    12/31/2023

Address

List the contract number of

any government contract

Sayreville    NJ    08872

City    State    ZIP Code

Country

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---------|------------------------------|----------------------------|----------|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Erislandy Dorado-Boladeres |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Ethypharm S.A. License and Distribution Agreement | Ethypharm S.A. |
| | | | Name |
| | | | H. Lecat |
| | | | Notice Name |
| | | | 194 Bureaux de la Colline |
| | **State the term remaining** | 12/30/2027 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Saint-Cloud          92213 |
| | | | City          State          ZIP Code |
| | | | France |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Eurofins Amatsi Analytics Mutual Confidentiality and Non-Disclosure Agreement | Eurofins Amatsi Analytics |
| | | | Name |
| | | | Philippe Birckel |
| | | | Notice Name |
| | | | Parc de Genibrat |
| | **State the term remaining** | 3/8/2026 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Fontenilles          31470 |
| | | | City          State          ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | 3 Way Confidentiality and Non Disclosure Agreement | Eurofins Lancaster Laboratories, Inc. \| Eurofins Biolab Srl |
|---|---|---|---|

Name

Notice Name

2425 New Holland Pike

| | **State the term remaining** | 6/6/2028 | Address |
|---|---|---|---|

| | **List the contract number of** | | |
|---|---|---|---|

| | **any government contract** | | |
|---|---|---|---|

| Lancaster | PA | 17601 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Eurofins Lancaster Laboratories, Inc., Eurofins Amatsi Analytics and Eurofins Biolab S.r.l Amendment #1 to Master Professional Services Agreement | Eurofins Lancaster Laboratories, Inc., Eurofins Amatsi Analytics and Eurofins Biolab S.r.l |
|---|---|---|---|

Name

Antoine Balland, Neal Salerno & Alessandro Radici

Notice Name

2425 New Holland Pike

| | **State the term remaining** | 4/21/2029 | Address |
|---|---|---|---|

| | **List the contract number of** | | |
|---|---|---|---|

| | **any government contract** | | |
|---|---|---|---|

| Lancaster | PA | 17601 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment E | Evisort Inc. |
|---|---|---|---|

Name

Notice Name

177 Bovet Road

| | **State the term remaining** | 7/31/2023 | Address |
|---|---|---|---|

Suite 400

| | **List the contract number of** | | |
|---|---|---|---|

| | **any government contract** | | |
|---|---|---|---|

| San Mateo | CA | 94402 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

| | | |
|---|---|---|
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Evisort Amendment E |
| | | |
| | State the term remaining | 7/31/2023 |
| | List the contract number of any government contract | |

Evisort Inc.
Name

Jake Sussman
Notice Name

177 Bovet Road
Address

Suite 400

| San Mateo | CA | 94402 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Evoqua Schedule of Services 0072009385 |
| | | |
| | State the term remaining | 1/31/2024 |
| | List the contract number of any government contract | |

Evoqua Water Technologies
Name

Judlyn Blume
Notice Name

210 6th Ave.
Address

Suite 3300.

| Pittsburgh | PA | 15222 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Evoqua Schedule of Services 0072009455 |
| | | |
| | State the term remaining | 1/31/2024 |
| | List the contract number of any government contract | |

Evoqua Water Technologies
Name

Judlyn Blume
Notice Name

210 6th Ave.
Address

Suite 3300

| Pittsburgh | PA | 15222 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

---

**2.204** | **State what the contract or lease is for and the nature of the debtor's interest** | Evoqua Schedule of Services 0072036411 | Evoqua Water Technologies |
| | | | Name |
| | | | Judlyn Blume |
| | | | Notice Name |
| | | | 210 6th Ave |
| **State the term remaining** | 1/31/2024 | | Address |
| | | | Suite 3300 |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | Pittsburgh | PA | 15222 |
| | | | City | State | ZIP Code |
| | | | Country |

**2.205** | **State what the contract or lease is for and the nature of the debtor's interest** | Evoqua Schedule of Services 0072133247 | Evoqua Water Technologies |
| | | | Name |
| | | | Judlyn Blume |
| | | | Notice Name |
| | | | 210 6th Ave. |
| **State the term remaining** | 1/31/2024 | | Address |
| | | | Suite 3300 |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | Pittsburgh | PA | 15222 |
| | | | City | State | ZIP Code |
| | | | Country |

**2.206** | **State what the contract or lease is for and the nature of the debtor's interest** | Excella GmbH & Co. KG Exclusive API Supply Agreement | Excella GmbH & Co. KG |
| | | | Name |
| | | | Notice Name |
| | | | Nuernberger Str. 12 |
| **State the term remaining** | 12/1/2027 | | Address |
| **List the contract number of** | | | |
| **any government contract** | | | |
| | | | Feucht | | 90537 |
| | | | City | State | ZIP Code |
| | | | Germany |
| | | | Country |

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

---

**2.207**  **State what the contract or lease is for and the nature of the debtor's interest**

Excellis Health Amendment No. 1

**State the term remaining**  11/16/2024

**List the contract number of any government contract**

Excellis Health Solutions, LLC

Name

Notice Name

4 East Bridge Street

Address

Suite 300

| New Hope | PA | 18983 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.208**  **State what the contract or lease is for and the nature of the debtor's interest**

Excellis Health Master Services Agmt

**State the term remaining**  11/16/2024

**List the contract number of any government contract**

Excellis Health Solutions, LLC

Name

Notice Name

4 East Bridge Street

Address

Suite 300

| New Hope | PA | 18983 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.209**  **State what the contract or lease is for and the nature of the debtor's interest**

Exela Pharma Sciences, LLC Quality Agreement-CMO

**State the term remaining**  11/15/2026

**List the contract number of any government contract**

Exela Pharma Sciences, LLC

Name

Rita Boucher

Notice Name

1245 Blowing Rock Blvd.

Address

| Lenoir | NC | 28645 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | | | |
|---|---|---|---|---|
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | Express Scripts Medicare Part D Rebate Program Agreement | Express Scripts Senior Care Holdings, Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | One Express Way | |
| | **State the term remaining** | Auto-renews | Address | |
| | **List the contract number of any government contract** | | | |
| | | | St. Louis | MO | 63121 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Fareva Letter Agreement of Serialization Costs | Fareva Group | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | Pharma Division | |
| | **State the term remaining** | Auto-renews | Address | |
| | | | les Iles Ferays | |
| | **List the contract number of any government contract** | | | |
| | | | Tournon sur Rhone | | 07300 |
| | | | City | State | ZIP Code |
| | | | France | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Farhan Aslam | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | Address on File | |
| | **State the term remaining** | N/A | Address | |
| | **List the contract number of any government contract** | | | |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

| | | |
|---|---|---|
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Farmabios S.p.a Mutual Confidentiality and Non-Disclosure Agreement |
| | | |

Farmabios S.p.a

Name

Notice Name

Via Pavia 1

Address

**State the term remaining**   4/21/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Gropello Cairoli (PV) | | 27027 |
| City | State | ZIP Code |
| Italy | | |
| Country | | |

| | | |
|---|---|---|
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | FAST Solutions Agreement |

Fastenal Company

Name

Notice Name

3115 Grand Prix Drive

Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| Decatur | IL | 62526 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement for Services Amendment |

Federal Compliance Solutions, LLC

Name

Notice Name

5 PENNSFORD LANE

Address

**State the term remaining**   Evergreen

**List the contract number of any government contract**

| | | |
|---|---|---|
| MEDIA | PA | 19063 |
| City | State | ZIP Code |
| Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Service Agreement for Purchase and Installation of Capital Equipment | Feldmeier Equipment |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6715 Robert Feldmeier Parkway |
| | **State the term remaining** | 5/20/2023 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Syracuse     NY     13211 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | Flavine Exclusive Supply Agmt | Flavine North America, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 61 South Paramus Road |
| | **State the term remaining** | Auto-renews | Address |
| | | | Suite 565 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Paramus     NJ     07652 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Franke, Patricia A |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | Freyr Master Consulting Services Agreement |
| | | Freyr Inc. |
| | | Name |
| | | Prasanna NG |
| | | Notice Name |
| | | 150 College Rd West |
| | **State the term remaining** 6/7/2024 | Address |
| | | Ste 102 |
| | **List the contract number of any government contract** | |
| | | Princeton    NJ    08540 |
| | | City    State    ZIP Code |
| | | Country |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Service Agreement |
| | | Freyr Inc. |
| | | Name |
| | | Notice Name |
| | | 1925 West Field Court |
| | **State the term remaining** 6/7/2024 | Address |
| | | Suite 300 |
| | **List the contract number of any government contract** | |
| | | Lake Forest    IL    60045 |
| | | City    State    ZIP Code |
| | | Country |
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement |
| | | Freyr Inc. |
| | | Name |
| | | Notice Name |
| | | 150 College Rd West Suite 102 |
| | **State the term remaining** 6/6/2026 | Address |
| | **List the contract number of any government contract** | |
| | | Princeton    NJ    08540 |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | BCDR Configuration | Frontier Technology LLC, dba MicroAge |
| | | | Name |
| | | | Kyle Yencer |
| | | | Notice Name |
| | | | 15210 S 50TH St Ste 180 |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Phoenix | AZ | 85044-9136 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | MSA - Purchase and Sale Contract | Frontier Technology, LLC dba Microage |
| | | | Name |
| | | | Notice Name |
| | | | 309 Waverly Oaks Road |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Waltham | MA | 02452 |
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | FTI Consulting Letter Agreement | FTI Consulting |
| | | | Name |
| | | | Notice Name |
| | | | Wall Street Plaza |
| | **State the term remaining** | Auto-renews | Address |
| | | | 88 Pine Street |
| | **List the contract number of any government contract** | | |
| | | | 32nd Flr |

| | | |
|---|---|---|
| New York | NY | 10005 |
| City | State | ZIP Code |

Country

| Debtor: | Akorn Operating Company LLC | | Case number *(if known):* | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | FTI Consulting Engagement Ltr | FTI Consulting |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 227 W. Monroe St. |
| | **State the term remaining** | Auto-renews | Address |
| | | | Suite 900 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Chicago              IL              60606 |
| | | | City              State              ZIP Code |
| | | | |
| | | | Country |

| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | Gad Consulting Services |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4008 Barrett Drive Suite 201 |
| | **State the term remaining** | 11/29/2025 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Raleigh              NC              27609 |
| | | | City              State              ZIP Code |
| | | | |
| | | | Country |

| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Gavaskar, Kaustubh |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | City              State              ZIP Code |
| | | | |
| | | | Country |

Debtor:  Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Capital Equipment Supply Agreement | Getinge, USA |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1777 East Henrietta Road |
| | State the term remaining | Auto-renews | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |

| | | Rochester | NY | 14623 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Glass Bottle Outlet Non-Solicitation Letter | Glass Bottle Outlet |
|---|---|---|---|
| | | | Name |
| | | | Paul Gruber |
| | | | Notice Name |
| | | | 110 WEST INTERLAKE BLVD |
| | State the term remaining | Auto-renews | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |

| | | LAKE PLACID | FL | 33852 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Amendment #1 to Master Professional Services Agreement for Purchase and INstallation of Capital Equipment | GMM Pfaudler US, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 West Avenue |
| | State the term remaining | 5/15/2023 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |

| | | Rochester | NY | 14692-3600 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | | | |
| | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement for Purchase and Installation of Capital Equipment and Design Build Services | GMP Project Services LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 298 |
| | **State the term remaining** | 9/29/2023 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Basking Ridge       NJ       07920 |
| | | | City       State       ZIP Code |
| | | | |
| | | | Country |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | Golden State Rebate to Purchase Agmt | Golden State Medical Supply |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5187 Camino Ruiz |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Carmarillo       CA       93012 |
| | | | City       State       ZIP Code |
| | | | |
| | | | Country |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | Golden State Purchase Agreement | Golden State Medical Supply Inc |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5187 Camino Ruiz |
| | **State the term remaining** | 3/27/2025 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Camarillo       CA       93012 |
| | | | City       State       ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

---

**2.234** **State what the contract or lease is for and the nature of the debtor's interest**

Toner Inclusive Maintenance Agreement

Gordon Flesch Company, Inc.

Name

Matthew Shipley

Notice Name

2675 Research Park Drive

**State the term remaining**   Auto-renews

Address

**List the contract number of any government contract**

| Madison | WI | 53711 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.235** **State what the contract or lease is for and the nature of the debtor's interest**

Severance Agreement

Gossard, John Edward

Name

Notice Name

Address on File

**State the term remaining**   N/A

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

**2.236** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement

Grant Thornton LLP

Name

Steven Sparks

Notice Name

175 W. Jackson Blvd

**State the term remaining**   Auto-renews

Address

20th Flr

**List the contract number of any government contract**

| Chicago | IL | 60604 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement | Greenhill & Co. LLC |
| | | | Name |
| | | | Robert Hill |
| | | | Notice Name |
| | **State the term remaining** | Evergreen | 1271 Avenue of the Americas |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | New York NY 10020 |
| | | | City State ZIP Code |
| | | | Country |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Guo, Wenjuan |
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City State ZIP Code |
| | | | Country |
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | Haemonetics Corporation Termination of Exclusive Development and Supply Agreement | Haemonetics Corporation |
| | | | Name |
| | | | William Granville |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 400 Wood Rd. |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Braintree MA 02184 |
| | | | City State ZIP Code |
| | | | Country |

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement | Hartcorn Plg & Htg. Inc |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 850 South 2nd Street |
| | State the term remaining | 10/8/2025 | Address |
| | List the contract number of any government contract | | |
| | | | Ronkonkoma / NY / 11779 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | Health Preparedness Partners LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1818 INDEPENDENCE SQUARE SUITE A |
| | State the term remaining | Evergreen | Address |
| | List the contract number of any government contract | | |
| | | | ATLANTA / GA / 30338 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Purchasing Agreement | HealthTrust Purchasing Group, L.P |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1100 Dr. Martin L. King Jr. Blvd |
| | State the term remaining | Auto-renews | Address |
| | | | Suite 1100 |
| | List the contract number of any government contract | | |
| | | | Nashville / TN / 37203 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:    23-10255

| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchasing Agreement Pharmaceutical Products | Healthtrust Purchasing Group, L.P. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 155 Franklin Road |
| | **State the term remaining** | Evergreen | Address |
| | | | Suite 400 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Brentwood / TN / 37027 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Construction Agreement | Henderson Constructors Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 350 E. Butler Ave. |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | New Britain / PA / 18901 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution and Supply Agreement | Henry Schein, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 135 Duryea Road |
| | **State the term remaining** | 4/1/2023 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Melville / NY / 11747 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**2.246** State what the contract or lease is for and the nature of the debtor's interest: Severance Agreement

Herceg, Christine S.
Name

Notice Name

Address on File
Address

State the term remaining: N/A

List the contract number of any government contract:

| City | State | ZIP Code |
|---|---|---|

Country

**2.247** State what the contract or lease is for and the nature of the debtor's interest: HRLM Retainer Agreement

HRLM Consulting, LLC
Name

Notice Name

20 Overton Road
Address

State the term remaining: Auto-renews

List the contract number of any government contract:

| City | State | ZIP Code |
|---|---|---|
| Ossining | NY | 10562 |

Country

**2.248** State what the contract or lease is for and the nature of the debtor's interest: Mutual Confiendiality and Non-Disclosure Agreement

HRLM Consulting, LLC
Name

Notice Name

20 Overton Road
Address

State the term remaining: 4/11/2027

List the contract number of any government contract:

| City | State | ZIP Code |
|---|---|---|
| Ossining | NY | 10562 |

Country

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|
| | Name | | |

| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Hugel, Richard Andrew |
|---|---|---|---|

Name

Notice Name

Address on File

| | State the term remaining | N/A | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|

Country

| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | IBM International Passport Advantage Agreement | IBM |
|---|---|---|---|

Name

Notice Name

PO BOX 643600

| | State the term remaining | Auto-renews | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |

| PITTSBURGH | PA | 15264-3600 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting Services Agreement | IconTech Pharmaceuticals Consulting LLC |
|---|---|---|---|

Name

Notice Name

10 DEER RUN TRAIL

| | State the term remaining | 4/12/2024 | Address |
|---|---|---|---|

| | List the contract number of any government contract | | |

| FORT MONTGOMERY | NY | 10922-0388 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Akorn Operating Company LLC | | Case number *(if known):* | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | Icrom s.p.a & Midas Pharmaceuticals, Inc. 3-Way Confidentiality and Non-Disclosure Agreement | Icrom s.p.a & Midas Pharmaceuticals, Inc. | |
| | | | Name | |
| | | | Icrom- Aline Sassi & Midas- Tim Feuerstein | |
| | | | Notice Name | |
| | | | Icrom- Via delle Arti 33 | |
| | **State the term remaining** | 9/10/2025 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Concorezzo Monza e Brianza | 20863 |
| | | | City            State | ZIP Code |
| | | | Italy | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | IES Engineers | |
| | | | Name | |
| | | | Notice Name | |
| | | | 1720 Walton Road | |
| | **State the term remaining** | 6/15/2025 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Blue Bell            PA | 19422 |
| | | | City            State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | IKA Works Inc. Mutual Confidentiality and Non-Disclosure Agreement | IKA Works Inc. | |
| | | | Name | |
| | | | Michael Janssen | |
| | | | Notice Name | |
| | | | 2635 NorthChase Pkwy S.E. | |
| | **State the term remaining** | 8/16/2023 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Wilmington            NC | 28405 |
| | | | City            State | ZIP Code |
| | | | Country | |

| Official Form 206G | **Schedule G: Executory Contracts and Unexpired Leases** | Page 85 of 208 |
|---|---|---|

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement | IMA North America Inc. |
|---|---|---|---|

Name

Notice Name

7 New Lancaster Road
Address

**State the term remaining** 7/10/2023

**List the contract number of**

**any government contract**

| Leominster | MA | 01453 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | IMA North America Capital Equipment Supply Agmt | IMA North America Inc. |
|---|---|---|---|

Name

Notice Name

7 New Lancaster Road
Address

**State the term remaining** Auto-renews

**List the contract number of**

**any government contract**

| Leominster | MA | 01453 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | IMC-Innovations, Inc. Airflow Visualization Study (Proposal AMG-2020-01D) | IMC-Innovations, Inc. |
|---|---|---|---|

Name

Israel Melendez, Jr.
Notice Name

321 Calle Ruisenor
Address

**State the term remaining** Auto-renews

**List the contract number of**

**any government contract**

| Manati | PR | 00674-6505 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | | | |
|---|---|---|---|---|---|
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Indukuri, Srinivasa Raju | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | Address on File | | |
| | **State the term remaining** | N/A | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement | Infinite Talent, Inc. | | |
| | | | Name | | |
| | | | Attention General Counsel | | |
| | | | Notice Name | | |
| | | | 2600 Tower Oaks Blvd Suite 700 | | |
| | **State the term remaining** | Auto-renews | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Rockville | MD | 20852 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Subscription Agreement | Infinite Talent, Inc. | | |
| | | | Name | | |
| | | | | | |
| | | | Notice Name | | |
| | | | 2600 Tower Oaks Blvd. | | |
| | **State the term remaining** | Auto-renews | Address | | |
| | | | Suite 700 | | |
| | **List the contract number of any government contract** | | | | |
| | | | Rockville | MD | 20852 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

| | | | |
|---|---|---|---|
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | ICS Software License, Services and Maintenance Agreement Attachment A | Information & Computing Services, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1650 Prudential Drive |
| | **State the term remaining** | Auto-renews | Address |
| | | | Suite 300 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Jacksonville    FL    32207 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License, Services, and Maintenance Agreement | Information & Computing Services, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1650 Prudential Drive |
| | **State the term remaining** | Auto-renews | Address |
| | | | Suite 300 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Jacksonville    FL    32207 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | Intalere - Group Purchasing Agreement | Intalere, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Attn Rick Law Two City Place Drive |
| | **State the term remaining** | Auto-renews | Address |
| | | | Suite 400 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | St. Louis    MO    63141 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)*: | 23-10255 |
| | Name | | | |

**2.264** State what the contract or lease is for and the nature of the debtor's interest

Integrichain Change Request

Integrichain
Name

Notice Name

8 Penn Center
Address

1628 JFK Boulevard

State the term remaining    12/31/2023

List the contract number of any government contract

| Philadelphia | PA | 19103 |
| City | State | ZIP Code |

Country

**2.265** State what the contract or lease is for and the nature of the debtor's interest

Integrichain SOW for Government Pricing

Integrichain
Name

Notice Name

8 Penn Center
Address

1628 JFK Boulevard

State the term remaining    12/31/2023

List the contract number of any government contract

| Philadelphia | PA | 19103 |
| City | State | ZIP Code |

Country

**2.266** State what the contract or lease is for and the nature of the debtor's interest

Integrichain Master Subscription Agreement

Integrichain, Inc.
Name

Notice Name

8 Penn Center
Address

1628 JFK Boulevard

State the term remaining    Auto-renews

List the contract number of any government contract

| Philadelphia | PA | 19103 |
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

---

**2.267** | **State what the contract or lease is for and the nature of the debtor's interest** | Interchem Corporation & Leiras Fine Chemicals OY Apraclondine Supply Agreement

Interchem Corporation & Leiras Fine Chemicals OY
Name

Reino Isotalo & Ronald J. Mannino
Notice Name

120 Route 17 North
Address

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Paramus | NJ | 07652 |

Country

---

**2.268** | **State what the contract or lease is for and the nature of the debtor's interest** | Interchem Corporation & Moehs Iberica SL Supply Agreement

Interchem Corporation & Moehs Iberica SL
Name

H Lee Armstrong
Notice Name

120 Route 17 North
Address

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Paramus | NJ | 07652 |

Country

---

**2.269** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement for Construction

Interior Specialty Construction
Name

Reed Sullivan
Notice Name

880 East Pershing Road
Address

**State the term remaining** | Auto-renews

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Decatur | IL | 62526 |

Country

---

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | International Vitamin Corporation Confidentiality Agreement |
| | | International Vitamin Corporation |
| | | Name |
| | | Richard E. Connor |
| | | Notice Name |
| | | 1 Park Plaza |
| | **State the term remaining** | 3/13/2023 |
| | | Address |
| | | Suite 800 |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Irvine | CA | 92614 |

Country

| | | |
|---|---|---|
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | IGS Natural Gas Purchase Confirmation V4.2CH-IND(m) |
| | | Interstate Gas Supply Inc. |
| | | Name |
| | | Notice Name |
| | | 6100 Emerald Pkwy |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Dublin | OH | 43016 |

Country

| | | |
|---|---|---|
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | IGS Natural Gas Purchase Confirmation V4.2CH-IND(m) |
| | | Interstate Gas Supply, Inc. d.b.a IGS Energy |
| | | Name |
| | | Scott Arthur |
| | | Notice Name |
| | | 6100 Emerald Pkwy |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Dublin | OH | 43016 |

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | Intralinks Work Order 5293951 | Intralinks, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 622 3rd Avenue |
| | State the term remaining | 7/5/2023 | Address |
| | | | 10th Flr |
| | List the contract number of any government contract | | |
| | | | New York          NY          10017 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | Intralinks Amendment 5290207 | Intralinks, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 622 3rd Avenue |
| | State the term remaining | 8/3/2023 | Address |
| | | | 10th Flr |
| | List the contract number of any government contract | | |
| | | | New York          NY          10017 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | Intralinks Work Order 5251257 | Intralinks, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 685 3rd Avenue |
| | State the term remaining | Auto-renews | Address |
| | | | 9th Flr |
| | List the contract number of any government contract | | |
| | | | New York          NY          10017 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number (if known):  23-10255

| | | | |
|---|---|---|---|
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | IPS-Integrated Project Services, LLC Mutual Confidentiality and Non-Disclosure Agreement | IPS- Integrated Project Services, LLC. |
| | | | Name |
| | | | Eugene K. Martini |
| | | | Notice Name |
| | **State the term remaining** | 4/3/2027 | 721 Arbor Way |
| | | | Address |
| | **List the contract number of** | | Suite 100 |
| | **any government contract** | | |
| | | | |
| | | | Blue Bell · PA · 19422 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | IQVIA Amendment 2471823 | IQVIA |
| | | | Name |
| | | | Frank Papaianni |
| | | | Notice Name |
| | **State the term remaining** | 10/31/2023 | One IMS Drive |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Plymouth Meeting · PA · 19462 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | Iron Mountain Customer Agreement | Iron Mountain |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 Stevenson Court |
| | **State the term remaining** | Auto-renews | Address |
| | | | Suite 104 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Roselle · IL · 60172 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| Debtor: | Akorn Operating Company LLC | | Case number *(if known):* | 23-10255 |
| | Name | | | |

**2.279** State what the contract or lease is for and the nature of the debtor's interest

Isomedix Operations Inc. Processing Agreement

Isomedix Operations Inc.
Name

Kenneth E. Kohler
Notice Name

State the term remaining    2/8/2027

5960 Heisley Road
Address

List the contract number of
any government contract

| Mentor | OH | 44060 |
| City | State | ZIP Code |

Country

**2.280** State what the contract or lease is for and the nature of the debtor's interest

Processing Agreement

Isomedix Operations Inc.
Name

Latrice Sutherland
Notice Name

State the term remaining    2/17/2027

2500 Commerce Drive
Address

List the contract number of
any government contract

| Libertyville | IL | 60048 |
| City | State | ZIP Code |

Country

**2.281** State what the contract or lease is for and the nature of the debtor's interest

Isomedix Operations, Inc. Mutual Confidentiality and Non-Disclosure Agreement

Isomedix Operations, Inc.
Name

Latrice Sutherland
Notice Name

State the term remaining    5/16/2024

2500 Commerce Drive
Address

List the contract number of
any government contract

| Libertyville | IL | 60048 |
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Master Professional Services Agreement for Purchase and Installation of Capital Equipment | IWK Verpackungstechnik GmbH |
|---|---|---|---|

Name

Notice Name

Lorenzstrasse 6

| | State the term remaining | 9/20/2026 | Address |
|---|---|---|---|

List the contract number of
any government contract

| | | | Stutensee | | D-76297 |
|---|---|---|---|---|---|

City | State | ZIP Code

Germany

Country

| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | IWK MPSA for Installation of Capital Equipment | IWK Verpackungstechnik GmbH |
|---|---|---|---|

Name

Notice Name

Lorenzstrasse 6

| | State the term remaining | Auto-renews | Address |
|---|---|---|---|

List the contract number of
any government contract

| | | | Stutensee | | D-76297 |
|---|---|---|---|---|---|

City | State | ZIP Code

Germany

Country

| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Third Party Agreement | J M Smith Corporation |
|---|---|---|---|

Name

Notice Name

9098 Fairforest Road

| | State the term remaining | Evergreen | Address |
|---|---|---|---|

List the contract number of
any government contract

| | | | Spartanburg | SC | 29301 |
|---|---|---|---|---|---|

City | State | ZIP Code

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | JAB Technology Master Consulting Services Agreement | JAB Technology Consulting LLC |
| | | | Name |
| | | | Jermaine Blyden |
| | | | Notice Name |
| | **State the term remaining** | 8/7/2025 | 4910 S Vincennes Ave |
| | | | Address |
| | **List the contract number of** | | Apt 2 |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60615 |

Country

| | | | |
|---|---|---|---|
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | Jackson Lewis Engagement Ltr | Jackson Lewis P.C. |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Evergreen | 200 Connell Drive |
| | | | Address |
| | **List the contract number of** | | Suite 2000 |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Berkeley Heights | NJ | 07922 |

Country

| | | | |
|---|---|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Jaime Santana |
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | 3/25/2023 | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Akorn Operating Company LLC
_____
Name

Case number (if known): 23-10255

| | | |
|---|---|---|
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | James Pacheco |
| | | Name |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | 5/24/2023 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | Jaydeep Shukla |
| | | Name |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | 5/24/2023 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | Group Purchasing Organization (GPO) Agreement |
| | | JDK Group Solutions, LLC |
| | | Name |
| | | Notice Name |
| | | 204 South Adair |
| | **State the term remaining** | 5/31/2024 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Pryor | OK | 74361 |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

**2.291 State what the contract or lease is for and the nature of the debtor's interest**

JDLR Master Consulting Services Agreement

JDLR Consulting LLC
Name

Notice Name

3521 SUTTON LOOP
Address

**State the term remaining** 2/2/2023

**List the contract number of any government contract**

| FREMONT | CA | 94536 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.292 State what the contract or lease is for and the nature of the debtor's interest**

Master Consulting Agreement

Jennifer Sedler
Name

Notice Name

Address on File
Address

**State the term remaining** 4/25/2025

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.293 State what the contract or lease is for and the nature of the debtor's interest**

Change Order No. 1 to Statement of Work No. 1

Jennifer Sedler
Name

Notice Name

Address on File
Address

**State the term remaining** Auto-renews

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

**2.294** **State what the contract or lease is for and the nature of the debtor's interest**

Consulting Agreement

Jimmy Cognata
Name

Notice Name

Address on File

**State the term remaining**   3/25/2023
Address

**List the contract number of any government contract**

City                State        ZIP Code

Country

**2.295** **State what the contract or lease is for and the nature of the debtor's interest**

Pay for Performance Agreement

JM Smith Corporation
Name

Jeff Foreman
Notice Name

9098 Fairforest Road
Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

Spartanburg         SC          29301
City                State        ZIP Code

Country

**2.296** **State what the contract or lease is for and the nature of the debtor's interest**

Offer Letter

John Sweeney
Name

Notice Name

Address on File

**State the term remaining**   N/A
Address

**List the contract number of any government contract**

City                State        ZIP Code

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | John Sweeney |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | 5/24/2023 |
| | | Address on File |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | Johnson Controls Commercial Sales Agmt_2021.02.25 |
| | | Johnson Controls Security Solutions LLC |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | 2/24/2024 |
| | | 500 Bi County Blvd |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Farmingdale | NY | 11735 |

Country

| | | |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | Rider to Transfer Johnson Controls Owned Systems to Customer Owned |
| | | Johnson Controls Security Solutions LLC |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | 10/3/2027 |
| | | 6 Aerial Way. |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Syosset | NY | 11791 |

Country

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|
| | Name | | |

| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | Johnson Controls Commercial Sales Agmt | Johnson Controls Security Solutions LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 500 Bi County Blvd |
| | State the term remaining | 10/27/2027 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Farmingdale  NY  11735 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sales Agreement | Johnson Controls Security Solutions LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 500 Bi County Blvd |
| | State the term remaining | Auto-renews | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Farmingdale  NY  11735 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | Johnson Controls MPSA | Johnson Controls, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6 Aerial Way. |
| | State the term remaining | 8/25/2023 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Syosset  NY  11791 |
| | | | City  State  ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255
Name

| | | | |
|---|---|---|---|
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | Custom Manufacturing Agreement # 260 Gold Sodium Thiomalate, USP | Johnson Matthey Inc, Merck & Co Inc, Pasadena Research Laboratories, Inc |
| | | | Name |
| | | | Division General Counsel |
| | | | Notice Name |
| | | | johnson matthey |
| | **State the term remaining** | 12/31/2024 | Address |
| | | | inc 1401 King Road |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | West Chester | PA | 19380 |
| | | City | State | ZIP Code |
| | | | |
| | | Country | |

| | | | |
|---|---|---|---|
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | Pasadena Research Laboratories, Inc. Custom Manufacturing Agreement # 260 Gold Sodium thiomalate, USP | Johnson Matthey Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 942 Calle Negocio |
| | **State the term remaining** | Auto-renews | Address |
| | | | Suite 150 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | San Clemente | CA | 92673 |
| | | City | State | ZIP Code |
| | | | |
| | | Country | |

| | | | |
|---|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Jonathan Kafer |
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | | City | State | ZIP Code |
| | | | |
| | | Country | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | Joule Agency Staffing Agreement | Joule, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Stephen W. Demanovich |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 1235 Route 1 South |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Edison | NJ | 08837 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | JSKaldes Consulting LLC Master Consulting Services Agreement | JSKaldes Consulting LLC. |
|---|---|---|---|
| | | | Name |
| | | | John S. Kaldes |
| | | | Notice Name |
| | State the term remaining | 1/10/2023 | 120 East Becks Blvd |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Ringoes | NJ | 08551 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | Kee Safety Master Professional Services Agreement | Kee Safety, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Micah Brill |
| | | | Notice Name |
| | State the term remaining | 12/9/2024 | 100 Stradtman Street |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Buffalo | NY | 14206 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | Kelly Services Agency Staffing Agreement |

Kelly Services, Inc.
Name

Justin Cristelli
Notice Name

999 W. Big Beaver Road
Address

**State the term remaining** — Auto-renews

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Troy | MI | 48084 |

Country

| | | |
|---|---|---|
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | Kelly Services Direct Hire Agreement |

Kelly Services, Inc.
Name

Victoria Murdock
Notice Name

999 W. Big Beaver Road
Address

**State the term remaining** — Auto-renews

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Troy | MI | 48084 |

Country

| | | |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Kerzner Master Construction Agreement |

Kerzner Contracting Corp
Name

Notice Name

10 Cleveland Ave.
Address

**State the term remaining** — Auto-renews

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Sayville | NY | 11782 |

Country

| Debtor: | Akorn Operating Company LLC | | Case number (if known): | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | Keyence Corporation of America Mutual Confidentiality and Non-Disclosure Agreement | Keyence Corporation of America |
|---|---|---|---|

Name

Jax Thompson

Notice Name

669 River Drive

| | **State the term remaining** | 5/14/2025 | Address |
|---|---|---|---|

Suite 403

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| | | | Elmwood Park | NJ | 07407 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | Akorn Agreement | Keysource Medical, Inc. |
|---|---|---|---|

Name

Notice Name

7820 Palace Drive

| | **State the term remaining** | Auto-renews | Address |
|---|---|---|---|

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| | | | Cincinnati | OH | 45249 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |

Country

| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Khirdekar, Ravindra |
|---|---|---|---|

Name

Notice Name

Address on File

| | **State the term remaining** | N/A | Address |
|---|---|---|---|

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:   23-10255

| | | |
|---|---|---|
| **2.315** | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | **State the term remaining** | 3/25/2023 |
| | **List the contract number of any government contract** | |

Kirk Tsahalis
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| **2.316** | **State what the contract or lease is for and the nature of the debtor's interest** | EDI Agreement |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Kleinschmidt Inc.
Name

Stevie Schmidt
Notice Name

450 Lake Cook Road
Address

| City | State | ZIP Code |
|---|---|---|
| Deerfield | IL | 60015 |

Country

| | | |
|---|---|---|
| **2.317** | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Koshy, Alex
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Akorn Operating Company LLC
_____
Name

Case number (if known): 23-10255

| | | |
|---|---|---|
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | Kristjanson Development Partners MPSA |
| | | Kristjanson Development Partners<br>Name |
| | | _____<br>Notice Name |
| | **State the term remaining** | 8/18/2023 |
| | | 827 Swain Court<br>Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| | Belle Mead<br>City | NJ<br>State | 08502<br>ZIP Code |

Country

| | | |
|---|---|---|
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |
| | | Ksiazak, Jennifer Anne<br>Name |
| | | _____<br>Notice Name |
| | **State the term remaining** | N/A |
| | | Address on File<br>Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter |
| | | Kuehne + Nagel Inc.<br>Name |
| | | Dan Osterberg - Treasurer<br>Notice Name |
| | **State the term remaining** | Auto-renews |
| | | 10 Exchange Place<br>Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Jersey City<br>City | NJ<br>State | 07302<br>ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

| | | | |
|---|---|---|---|
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | L. Perrigo Supply Agreement | L. Perrigo Company |
| | | | Name |
| | | | Jeff Needham |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 515 Eastern Avenue |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | Allegan MI 49010 |
| | | | City State ZIP Code |
| | | | Country |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Lam, Andrew |
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |
| | | | City State ZIP Code |
| | | | Country |
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | LaSalle Master Consulting Services Agreement | LaSalle Staffing Inc. d/b/a LaSalle Network |
| | | | Name |
| | | | Robert Trzcinski |
| | | | Notice Name |
| | | | 200 N LaSalle Street |
| | **State the term remaining** | 5/1/2023 | Address |
| | | | Suite 2500 |
| | **List the contract number of any government contract** | | |
| | | | Chicago IL 60607 |
| | | | City State ZIP Code |
| | | | Country |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | LaSalle Staffing LLC d/b/a LaSalle Network | LaSalle Staffing LLC D/B/A LaSalle Network |
|---|---|---|---|
| | | | Name |
| | | | Robert Trzcinski |
| | | | Notice Name |
| | | | 200 N. LaSalle Street |
| | State the term remaining | 5/1/2023 | Address |
| | | | Suite 2500 |
| | List the contract number of any government contract | | |

| | | | Chicago | IL | 60607 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Laura Montellano |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | 4/9/2023 | Address |
| | List the contract number of any government contract | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Country | | |

| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | Leadiant Biosciences, Inc. Stipulation Resolving Leadiant Biosciences, Inc's Cure Objections and Administrative Claim Notion | Leadian Biosciences, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Tom Fitzgerald |
| | | | Notice Name |
| | | | 9841 Washington Blvd. |
| | State the term remaining | N/A | Address |
| | | | Suite 500 |
| | List the contract number of any government contract | | |

| | | | Gaithersburg | MD | 20878 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*  23-10255

---

**2.327** **State what the contract or lease is for and the nature of the debtor's interest**

Leadiant Biosciences, Inc. Stipulation Resolving Leadiant Biosciences, Inc's Cure Objections and Administrative Claim Notion

Leadiant Biosciences, Inc.

Name

Tom Fitzgerald

Notice Name

9841 Washington Blvd.

**State the term remaining**   N/A

Address

Suite 500

**List the contract number of any government contract**

| Gaithersburg | MD | 20878 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.328** **State what the contract or lease is for and the nature of the debtor's interest**

Leadiant Biosciences, Inc. Notice of Termination Section 12 Letter

Leadiant Biosciences, Inc.

Name

Giuseppe Izzi

Notice Name

9841 Washington Blvd.

**State the term remaining**   3/30/2023

Address

Suite 500

**List the contract number of any government contract**

| Gaithersburg | MD | 20878 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.329** **State what the contract or lease is for and the nature of the debtor's interest**

Leadiant Biosciences, Inc. Notice of Termination Section 8 Letter

Leadiant Biosciences, Inc.

Name

Giuseppe Izzi

Notice Name

9841 Washington Blvd.

**State the term remaining**   3/30/2023

Address

Suite 500

**List the contract number of any government contract**

| Gaithersburg | MD | 20878 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*   23-10255

| | | | |
|---|---|---|---|
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | Lee Capital Equipment Supply Agreement | Lee Industries, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 50 West Pine Street |
| | **State the term remaining** | Auto-renews | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Philipsburg · PA · 16866 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | Lewis Brisbois Bisgaard & Smith LLP Engagement Letter – Debra Cohen v Akorn, Inc., et al. | Lewis Brisbois Bisgaard & Smith LLP |
| | | | Name |
| | | | John Salvucci |
| | | | Notice Name |
| | | | 550 E. Swedesford Road |
| | **State the term remaining** | Evergreen | Address |
| | | | Suite 270 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Wayne · PA · 19087 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement | Lifeline Pharmaceuticals LLC |
| | | | Name |
| | | | Rick Nielsen |
| | | | Notice Name |
| | | | 1301 NW 84th Ave |
| | **State the term remaining** | 11/30/2023 | Address |
| | | | Suite 101 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Miami · FL · 33126 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

| | | | |
|---|---|---|---|
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | Lipoid, LLC Mutual Confidential Disclosure Agreement | Lipoid, LLC. |
| | | | Name |
| | | | Bruce H. Baretz |
| | | | Notice Name |
| | **State the term remaining** | 7/1/2024 | 744 Broad Street |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | Newark | NJ | 07102 |

| City | State | ZIP Code |
|---|---|---|

Country

| | | | |
|---|---|---|---|
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | Lonza Biologics Inc. |
| | | | Name |
| | | | Notice Name |
| | | | 101 International Dr |
| | **State the term remaining** | 8/25/2026 | Address |
| | **List the contract number of any government contract** | | |
| | | | Portsmouth | NH | 03801-2815 |

| City | State | ZIP Code |
|---|---|---|

Country

| | | | |
|---|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement-5th Extension | Lucille Bonanno |
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | 6/30/2023 | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

| | | |
|---|---|---|
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | Non-Exclusive Packaging Component Supply Agreement |
| | | |

M. Jacob & Sons, dba MJS Packaging

Name

David Lubin

Notice Name

35601 Veronica Street

Address

| **State the term remaining** | 12/31/2025 |
|---|---|

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| Livonia | MI | 48501 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality AgreementA |

Macsen Drugs

Name

Notice Name

F-261, 262, 263 Riico Insustrial Area

Address

| **State the term remaining** | 9/19/2028 |
|---|---|

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| Gudli Mavli Udaipur | | 313024 |
|---|---|---|
| City | State | ZIP Code |

INDIA

Country

| | | |
|---|---|---|
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | Malvern Customer Care Agreement |

Malvern Panalytical

Name

William Wickham

Notice Name

2400 Computer Drive

Address

| **State the term remaining** | 12/31/2023 |
|---|---|

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| Westborough | MA | 01581 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

| | | |
|---|---|---|
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | Malvern Master Professional Services Agreement for Purchase and Installation of Capital Equipment |

Malvern Panalytical Inc.

Name

Notice Name

2400 Computer Drive

Address

| | State | ZIP Code |
|---|---|---|
| **State the term remaining** | Auto-renews | |

**List the contract number of any government contract**

| Westborough | MA | 01581 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | Marcor Development, LLC API Supply Agreement |

Marcor Development, LLC

Name

Holly Daley

Notice Name

154 Pioneer Drive

Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| Leominster | MA | 01453 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

Matthew Hertzel

Name

Notice Name

Address on File

Address

**State the term remaining**    5/24/2023

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

| | | |
|---|---|---|
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | Capital Equipment Supply Agreement |
| | | |

Mavag AG
Name

Notice Name

Kleiner Letten 11
Address

**State the term remaining**  1/25/2023

**List the contract number of any government contract**

| Neunkirch | | 8213 |
|---|---|---|
| City | State | ZIP Code |
| Switzerland | | |
| Country | | |

| | | |
|---|---|---|
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | Member Purchase and Services Agreement between McKesson Corporation and Akorn, Inc. |

McKesson Corporation
Name

Attn SVP and CFO US Pharmaceutical
Notice Name

6555 State Highway 161
Address

**State the term remaining**  Auto-renews

**List the contract number of any government contract**

| Irving | TX | 75037 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | Restricted Products Agreement |

McKesson Corporation
Name

Britt Vitalone
Notice Name

6555 State Highway 161
Address

**State the term remaining**  Auto-renews

**List the contract number of any government contract**

| Irving | TX | 75037 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*: 23-10255

| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | McKesson Medical-Surgical Inc. |
|---|---|---|---|
| | | | Name |
| | | | Joan Eliasek |
| | | | Notice Name |
| | | | PO BOX 4059 |
| | State the term remaining | Evergreen | Address |
| | List the contract number of any government contract | | |
| | | | DANVILLE |  IL  |  61834 |
| | | | City |  State  | ZIP Code |
| | | | Country |

| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | Medichem, S.A. & Ren-Pharm International, Ltd 3-Way Confidentiality and Non-Disclosure Agreement | Medichem, S.A. & Ren-Pharm International, Ltd. |
|---|---|---|---|
| | | | Name |
| | | | Ana Marti (Medichem) & Renee P. Worall (Ren-Pharm) |
| | | | Notice Name |
| | | | Fructuos Gelabert |
| | State the term remaining | 1/31/2027 | Address |
| | List the contract number of any government contract | | 6-8, E-09870 Sant Joan Despi |
| | | | Barcelona |  |  |
| | | | City |  State  | ZIP Code |
| | | | Spain |
| | | | Country |

| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | MedImpact Health Systems, Inc. & Dividend Group, LLC. Assignment of Agreement Letter | MedImpact Health Systems, Inc. & Dividend Group, LLC. |
|---|---|---|---|
| | | | Name |
| | | | Dividend- Jim Ayers, MedImpact- Michael Strugs, Christine Nguyen & Julia Hancock |
| | | | Notice Name |
| | | | 10181 Scripps Gateway Ct. |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |
| | | | San Diego |  CA  |  92131 |
| | | | City |  State  | ZIP Code |
| | | | Country |

Debtor:  Akorn Operating Company LLC
_____
Name

Case number *(if known)*:  23-10255

| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | MedProID Change Authorization Form | MedPro Systems LLC |
|---|---|---|---|
| | | | Name |
| | | | Ray Ungemach & Jeff Sidoti |
| | | | Notice Name |
| | | | 100 Stierli Court |
| | **State the term remaining** | 7/29/2023 | Address |
| | **List the contract number of any government contract** | | |

| | | | Mt Arlington | NJ | 07856 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement | Medshorts, LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 600 Northlake Blvd Suite 190 |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | | Alamonte Springs | FL | 32701 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | Medtech Products Master Services Agreement | Medtech Products Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 660 Whiteplains Road |
| | **State the term remaining** | 6/30/2024 | Address |
| | | | Suite 250 |
| | **List the contract number of any government contract** | | |

| | | | Tarrytown | NY | 10591 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Mellentine, Jay Douglas
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | Metall + Plastic GmbH Mutual Confidentiality and Non-Disclosure Agreement |
| | | |
| | **State the term remaining** | 4/11/2028 |
| | **List the contract number of any government contract** | |

Metall + Plastic GmbH
Name

Kenan Kanmaz
Notice Name

Bodmaner Str. 2
Address

| City | State | ZIP Code |
|---|---|---|
| Radolfzell- Stahringen | | 78315 |

Germany
Country

| | | |
|---|---|---|
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Metting, Kenneth E.
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

| | | |
|---|---|---|
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | 4/9/2023 |
| | **List the contract number of any government contract** | |

Michael Mogilinski
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|
| Country | | |

| | | |
|---|---|---|
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement |
| | | |
| | **State the term remaining** | 3/24/2024 |
| | **List the contract number of any government contract** | |

Micro Filtrations, Inc.
Name

Notice Name

112 N. Poplar Avenue
Address

| City | State | ZIP Code |
|---|---|---|
| Sanford | FL | 32771 |
| Country | | |

| | | |
|---|---|---|
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | 5/24/2023 |
| | **List the contract number of any government contract** | |

Miguel Gesmundo
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|
| Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

| | | |
|---|---|---|
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | Mikart, Inc. Agreement for Purchase of ANDAs |
| | | Mikart, Inc. |
| | | Name |
| | | Miguel I. Arteche |
| | | Notice Name |
| | | 1750 Chattahoochee Avenue |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Atlanta | GA | 30318 |

Country

| | | |
|---|---|---|
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | Mikart, LLC Famotidine Analysis Second Revised Proposal |
| | | Mikart, LLC |
| | | Name |
| | | Michael S. Kallelis |
| | | Notice Name |
| | | 1750 Chattahoochee Avenue |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Atlanta | GA | 30318 |

Country

| | | |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | Mikart, LLC Isoniazid Tablets 100 mg & 300 mg (Application #040090 Letter |
| | | Mikart, LLC. |
| | | Name |
| | | Mitchell Tonik |
| | | Notice Name |
| | | 1750 Chattahoochee Avenue |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Atlanta | GA | 30318 |

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | Miller Procter Nickolas, Inc. Proposal | Miller Procter Nickolas, Inc. |
| | | | Name |
| | | | Paul Triana |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 1363 Lincoln Avenue |
| | | | Address |
| | **List the contract number of** | | Unit 3 |
| | **any government contract** | | |

| Holbrook | NY | 11741 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | Mindshift MSA | Mindshift Technologies, Inc. |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 309 Waverly Oaks Road |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| Waltham | MA | 02452 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | Mindshift Software as a Services WO | Mindshift Technologies, Inc. |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 309 Waverly Oaks Road |
| | | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |

| Waltham | MA | 02452 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
|---|---|---|---|
| | Name | | |

| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Misael (Ricky) Silva |
|---|---|---|---|
| | | | Name |

Notice Name

Address on File
Address

| | **State the term remaining** | 5/24/2023 | |
|---|---|---|---|

**List the contract number of any government contract**

| | City | State | ZIP Code |
|---|---|---|---|

Country

| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to Supply Agreement | MJS Packaging |
|---|---|---|---|
| | | | Name |

David Lubin
Notice Name

35601 Veronica St.

| | **State the term remaining** | 12/31/2025 | Address |
|---|---|---|---|

**List the contract number of any government contract**

| | City | State | ZIP Code |
|---|---|---|---|
| | Livonia | MI | 48150 |

Country

| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement | MJS Packaging |
|---|---|---|---|
| | | | Name |

Neil Bloomberg
Notice Name

35601 Veronica St.

| | **State the term remaining** | 12/31/2025 | Address |
|---|---|---|---|

**List the contract number of any government contract**

| | City | State | ZIP Code |
|---|---|---|---|
| | Livonia | MI | 48150 |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| | | |
|---|---|---|
| **2.366** | **State what the contract or lease is for and the nature of the debtor's interest** | Model N Amendment No. 1 to SaaS Agmt |

Model N, Inc.
Name

Notice Name

777 Mariners Island Blvd.
Address

**State the term remaining**    6/29/2026

Suite 300

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Mateo | CA | 94404 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.367** | **State what the contract or lease is for and the nature of the debtor's interest** | Model N SaaS Agreement |

Model N. Inc.
Name

Notice Name

777 Mariners Island Blvd.
Address

**State the term remaining**    6/29/2026

Suite 300

**List the contract number of any government contract**

| | | |
|---|---|---|
| San Mateo | CA | 94404 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.368** | **State what the contract or lease is for and the nature of the debtor's interest** | Monarch Retainer Agreement |

Monarch Strategic HR Consulting & Coaching LLC
Name

Notice Name

18 W SHORE RD
Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| BLOOMINGDALE | NJ | 07403 |
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | Montebello Packaging Mutual Confidentiality and Non-Disclosure Agreement |
| | | Montebello Packaging |
| | | Name |
| | | JF Leclerc |
| | | Notice Name |
| | | 1036 Aberdeen Street |
| | **State the term remaining** | 5/21/2025 |
| | | Address |
| | **List the contract number of any government contract** | |

| Hawkesbury | ON | K6A 1K5 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |
| | | MorganHR, Inc. |
| | | Name |
| | | Notice Name |
| | | 21720 W. Long Grove Road Suite C-216 |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |

| Deer Park | IL | 60010 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | Morris & Dickson Core Distribution Agreement |
| | | Morris & Dickson Co., L.L.C |
| | | Name |
| | | Notice Name |
| | | 410 Kay Lane |
| | **State the term remaining** | Evergreen |
| | | Address |
| | **List the contract number of any government contract** | |

| Shreveport | LA | 71115 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

| Debtor: | Akorn Operating Company LLC | | Case number *(if known):* | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | Morris & Dickson Restricted Distribution Agreement | Morris & Dickson Co., LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 410 Kay Lane |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | | Shreveport | LA | 71115 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | Morris & Dickson 3rd Party Fee | Morris & Dickson Co., LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 410 Kay Lane |
| | **State the term remaining** | Evergreen | Address |
| | **List the contract number of any government contract** | | |

| | | | Shreveport | LA | 71115 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | MCPA Agreement | Morris & Dickson Company LTD |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO Box 51367 |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | | Shreveport | LA | 71135 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | Amendment #1 to Core Distribution Agreement | Morris & Dickson, LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 410 Kay Lane |
| | State the term remaining | Auto-renews | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Shreveport        LA        71115 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Musser, Christopher Stephen |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | N/A | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | Nanoscience Instruments, Inc. Master Professional Services Agreement for Purchase and Installation of Capital Equipment | Nanoscience Instruments, Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | Scott Foust |
| | | | Notice Name |
| | | | 10008 S. 51st Street |
| | State the term remaining | 11/12/2024 | Address |
| | | | Ste 110 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Phoenix        AZ        85044 |
| | | | City        State        ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| | | |
|---|---|---|
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | Navisite SOW 0355343 |
| | | **Navisite LLC** |
| | | Name |
| | | Notice Name |
| | | 400 Minuteman Road |
| | State the term remaining  3/27/2023 | Address |
| | List the contract number of any government contract | |

| Andover | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | Navisite Amendment to MSA |
| | | **Navisite LLC** |
| | | Name |
| | | Notice Name |
| | | 400 Minuteman Road |
| | State the term remaining  3/31/2023 | Address |
| | List the contract number of any government contract | |

| Andover | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | Nerac Master Services Agreement |
| | | **Nerac, Inc.** |
| | | Name |
| | | Notice Name |
| | | One Technology Drive |
| | State the term remaining  Evergreen | Address |
| | List the contract number of any government contract | |

| Tolland | CT | 06084 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

---

**2.381** State what the contract or lease is for and the nature of the debtor's interest

Master Construction Agreement

Nesko Electric Company

Name

Luke Anderson

Notice Name

3111 S. 26th Ave.

Address

State the term remaining | Auto-renews

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| Broadway | IL | 60155 |

Country

---

**2.382** State what the contract or lease is for and the nature of the debtor's interest

Master Professional Services Agreement for Purchase and Installation of Capital Equipment

NETZSCH Premier Technologies LLC

Name

Notice Name

125 PICKERING WAY

Address

State the term remaining | 6/2/2023

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| EXTON | PA | 19341 |

Country

---

**2.383** State what the contract or lease is for and the nature of the debtor's interest

Master Professional Services Agreement for Purchase and Installation of Capital Equipment

NETZSCH Premier Technologies LLC

Name

Notice Name

125 PICKERING WAY

Address

State the term remaining | 6/3/2023

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|
| EXTON | PA | 19341 |

Country

---

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*    23-10255

| | | |
|---|---|---|
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | Netzsch Premier Technologies, LLC Mutual Confidentiality and Non-Disclosure Agreement |
| | **State the term remaining** | 8/15/2026 |
| | **List the contract number of any government contract** | |

Netzsch Premier Technologies, LLC
Name
Randall M. Smith
Notice Name
125 Pickering Way
Address

| Exton | PA | 19341 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | Neuland Laboratories Limited Mutual Confidentiality and Non-Disclosure Agreement |
| | **State the term remaining** | 4/25/2024 |
| | **List the contract number of any government contract** | |

Neuland Laboratories Limited
Name
Y. Sudheer
Notice Name
Sanali Info Park 'A' Block
Address
Ground Floor, 8-2-120/113

Rd No 2

| Banjara Hills, Hyderabad | | |
|---|---|---|
| City | State | ZIP Code |
| India | | |
| Country | | |

| | | |
|---|---|---|
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | NextPharma GmbH Development Agreement |
| | **State the term remaining** | 5/22/2023 |
| | **List the contract number of any government contract** | |

NextPharma GmbH
Name
Peter Burema
Notice Name
Hildebrandstrasse 12
Address

| Gottingen | | 37081 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

---

**2.387 State what the contract or lease is for and the nature of the debtor's interest**

Niagara Exclusive Manufacturing and Supply Agreement

**State the term remaining** Auto-renews

**List the contract number of any government contract**

Niagara Pharmaceuticals

Name

Notice Name

60 Innovation Drive

Address

| Flamborough | ON | L9H7P3 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

---

**2.388 State what the contract or lease is for and the nature of the debtor's interest**

Severance Agreement

**State the term remaining** N/A

**List the contract number of any government contract**

Nohl, Timothy Lee

Name

Notice Name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

**2.389 State what the contract or lease is for and the nature of the debtor's interest**

Noramco, LLC Supply Agreement

**State the term remaining** 12/31/2024

**List the contract number of any government contract**

Noramco, LLC

Name

L. Lee Karras

Notice Name

500 Swedes Landing Road

Address

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

---

| Debtor: | Akorn Operating Company LLC | Case number (if known): | 23-10255 |
|---|---|---|---|
| | Name | | |

**2.390** **State what the contract or lease is for and the nature of the debtor's interest**

NSF Master Professional Services Agmt

NSF Health Sciences
Name

Maxine Fritz
Notice Name

2001 Pennsylvania Avenue NW
Address

Suite 950

**State the term remaining** 12/31/2023

**List the contract number of**

**any government contract**

| Washington | D.C. | 20006 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.391** **State what the contract or lease is for and the nature of the debtor's interest**

NSF Amendment No. 1 to MPSA

NSF Health Services
Name

Maxine Fritz
Notice Name

2001 Pennsylvania Avenue NW
Address

Suite 950

**State the term remaining** 12/31/2023

**List the contract number of**

**any government contract**

| Washington | D.C. | 20006 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.392** **State what the contract or lease is for and the nature of the debtor's interest**

NSF Amendment No. 2 to MPSA

NSF Health Services, LLC
Name

Maxine Fritz
Notice Name

2001 Pennsylvania Avenue NW
Address

Suite 950

**State the term remaining** 12/31/2023

**List the contract number of**

**any government contract**

| Washington | D.C. | 20006 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

**2.393** State what the contract or lease is for and the nature of the debtor's interest: Supply Agreement

Numed Pharma
Name

Teddy Newman
Notice Name

State the term remaining: Auto-renews

2004 McDonald Avenue
Address

List the contract number of any government contract

| Brooklyn | NY | 11223 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.394** State what the contract or lease is for and the nature of the debtor's interest: Rebate Agreement

NY State Elderly Pharmaceutical Insurance Coverage Program
Name

Notice Name

99 Washington Ave
Address

State the term remaining: 4/4/2033

One Commerce Plaza Room 720

List the contract number of any government contract

| Albany | NY | 12210 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.395** State what the contract or lease is for and the nature of the debtor's interest: Memorandum of Understanding (MOU) Between Oklahoma Health Care Authority (OHCA) And Private Drug Labelers

Oklahoma Health Care Authority
Name

ANDY CHASE
Notice Name

4345 N LINCOLN BLVD
Address

State the term remaining: Auto-renews

OKLAHOMA HEALTH CARE AUTHORITY

List the contract number of any government contract

| OKLAHOMA CITY | OK | 73105 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | Memorandum of Understanding (MOU) Between Oklahoma Health Care Authority (OHCA) And Private Drug Labelers |
| | | Oklahoma Health Care Authority |
| | | Name |
| | | ANDY CHASE |
| | | Notice Name |
| | | 4345 N LINCOLN BLVD |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | | OKLAHOMA HEALTH CARE AUTHORITY |
| | **List the contract number of any government contract** | |

| OKLAHOMA CITY | OK | 73105 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | Memorandum of Understanding (MOU) Between Oklahoma Health Care Authority (OHCA) And Private Drug Labelers |
| | | Oklahoma Health Care Authority |
| | | Name |
| | | Notice Name |
| | | 4345 N LINCOLN BLVD |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |

| OKLAHOMA CITY | OK | 73105 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | Olsa USA, LLC Mutual Confidentiality and Non-Disclosure Agreement |
| | | Olsa USA, LLC |
| | | Name |
| | | Amadio Contenti |
| | | Notice Name |
| | | 1035 Andrew Drive |
| | **State the term remaining** | 8/9/2027 |
| | | Address |
| | **List the contract number of any government contract** | |

| West Chester | PA | 19380 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | O'Neal Master Agreement for Architect/Engineer Design Services | O'Neal, Inc. |
|---|---|---|---|
| | | | Name |
| | | | David Marks |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 7540 Windsor Drive |
| | | | Address |
| | List the contract number of any government contract | | Suite 311 |
| | | | |
| | | | Allentown |
| | | | City |

| | | | Allentown | PA | 18195 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | Pay for Performance Agreement | OptiSource LLC |
|---|---|---|---|
| | | | Name |
| | | | Matt Adams |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 7500 Flying Cloud Drive Suite 750 |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Eden Prairie | MN | 55344 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | Oracle License and Services Agreement | Oracle America, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | PO BOX 203448 |
| | State the term remaining | Evergreen | Address |
| | List the contract number of any government contract | | |

| | | | DALLAS | TX | 75320-3448 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

| | | | | |
|---|---|---|---|---|
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Orbicular License and Commercialization Agmt | Orbicular Pharmaceutical Technologies Pvt Ltd | |
| | | | Name | |
| | | | Rahul Gawande | |
| | | | Notice Name | |
| | **State the term remaining** | 4/6/2027 | 53 ALEAP Industrial Estate | |
| | | | Address | |
| | **List the contract number of** | | Behind Pragathi Nagar | |
| | **any government contract** | | Kukatpally | |
| | | | Hyderabad, Telangana | 500090 |
| | | | City | State | ZIP Code |
| | | | India | |
| | | | Country | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Ortiv-Q3 Research Pvt. Ltd Mutual Confidentiality and Non-Disclosure Agreement | Ortiv-Q3 Research Pvt. Ltd | |
| | | | Name | |
| | | | Dr. Mukesh Kumar | |
| | | | Notice Name | |
| | **State the term remaining** | 2/16/2025 | B-202-207, 2nd Floor, Ratna Business Hub | |
| | | | Address | |
| | **List the contract number of** | | Survey No. 439 of Village Navapura | |
| | **any government contract** | | Sarkhej Bavla Highway | |
| | | | Sanand City | Ahmedabad | 382210 |
| | | | City | State | ZIP Code |
| | | | India | |
| | | | Country | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Laboratory and Testing Service Agreement | Ortiv-Q3- Research Pvt. Ltd. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | **State the term remaining** | 3/7/2027 | B-202-207, 2nd Floor, Ratna Business Hub | |
| | | | Address | |
| | **List the contract number of** | | Survey No. 439 of Village Navapura | |
| | **any government contract** | | Sarkhej Bavla Highway | |
| | | | Sanand City | Ahmedabad | 382210 |
| | | | City | State | ZIP Code |
| | | | India | |
| | | | Country | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*  23-10255

| | | |
|---|---|---|
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement |

Otis Elevator Company

Name

Notice Name

1 Carrier Place

Address

**State the term remaining**   12/8/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Farmington | CN | 06032 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | Oxford Master Consulting Services Agreement |

Oxford Global Resources, LLC

Name

Notice Name

100 Cummings Center

Address

**State the term remaining**   2/17/2023

Suite 206L

**List the contract number of any government contract**

| | | |
|---|---|---|
| Beverly | MA | 01915 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | Rebate Agreement |

PA Dept of Aging

Name

Notice Name

400 Market Street

Address

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| Harrisburg | PA | 17101 |
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| | | |
|---|---|---|
| **2.408** | **State what the contract or lease is for and the nature of the debtor's interest** | Quotation |
| | | **State the term remaining**    1/14/2024 |
| | | **List the contract number of any government contract** |

Package Development Co., Inc.

Name

Rick Folbrecht

Notice Name

100 Roundhill Drive

Address

| City | State | ZIP Code |
|---|---|---|
| Rockaway | NJ | 7866 |

Country

| | | |
|---|---|---|
| **2.409** | **State what the contract or lease is for and the nature of the debtor's interest** | Paddock & Akorn APA |
| | | **State the term remaining**    Auto-renews |
| | | **List the contract number of any government contract** |

Paddock Laboratories

Name

Notice Name

515 Eastern Avenue

Address

| City | State | ZIP Code |
|---|---|---|
| Allegan | MI | 49010 |

Country

| | | |
|---|---|---|
| **2.410** | **State what the contract or lease is for and the nature of the debtor's interest** | Indoco & Paddocl Dev & Supply Agree |
| | | **State the term remaining**    Auto-renews |
| | | **List the contract number of any government contract** |

Paddock Laboratories, Indoco Remedies Limited

Name

Notice Name

3940 Quebec Avenue North

Address

| City | State | ZIP Code |
|---|---|---|
| Minneapolis | MN | 55427 |

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | Pam Anderson ("Consultant") Consulting Agreement | Pam Anderson ("Consultant")<br>Name |
|---|---|---|---|
| | | | Pam Anderson<br>Notice Name |
| | | | Address on File<br>Address |
| | State the term remaining | 8/20/2024 | |
| | List the contract number of any government contract | | |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Pan, Wen<br>Name |
|---|---|---|---|
| | | | Notice Name |
| | | | Address on File<br>Address |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOM MANUFACTURING AGREEMENT #259 AUROTHIOGLUCOSE, USP | Pasadena Research Laboratories Inc, Johnson Matthey Inc<br>Name |
|---|---|---|---|
| | | | Division General Counsel<br>Notice Name |
| | | | Materials Technology Div.<br>Address |
| | State the term remaining | 12/31/2024 | 1401 King Road |
| | List the contract number of any government contract | | |
| | | | West Chester | PA | 19380 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

| | | |
|---|---|---|
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |
| | | |

Patel, Prachi Ashokbhai

Name

Notice Name

Address on File

| **State the term remaining** | N/A |
|---|---|

Address

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

Patrick Diiorio

Name

Notice Name

Address on File

| **State the term remaining** | 3/25/2023 |
|---|---|

Address

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |

Patrick, Michael

Name

Notice Name

Address on File

| **State the term remaining** | N/A |
|---|---|

Address

| **List the contract number of** | |
|---|---|
| **any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

| | | | | |
|---|---|---|---|---|
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | Paul Karpecki & Visionary Consultants, Inc. Consulting Agreement | Paul Karpecki & Visionary Consultants, Inc. | |
| | | | Name | |
| | | | Paul Karpecki | |
| | | | Notice Name | |
| | | | 3933 Real Quiet Lane | |
| | **State the term remaining** | Evergreen | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Lexington | KY | 40509 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement | PCI, LLC | |
| | | | Name | |
| | | | Notice Name | |
| | | | 8100 Brownleigh | |
| | **State the term remaining** | 2/23/2024 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Drive Raleigh | NC | 27617 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | |
|---|---|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | Complete Service Plan Maintenance Quote | Peak Scientific | |
| | | | Name | |
| | | | Notice Name | |
| | | | DEPT CH 19562 | |
| | **State the term remaining** | 1/13/2023 | Address | |
| | **List the contract number of any government contract** | | | |
| | | | PALATINE | IL | 60055-9562 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | | |
|---|---|---|---|---|
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | Addendum to Manufacturer's Rebate Agreement | Pennsylvania Department of Aging | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 400 Market Street | |
| | **State the term remaining** | Auto-renews | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Harrisburg | PA | 17101 |
| | | | City | State | ZIP Code |
| | | | Country | |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | Manufacturer's Rebate Agreement | Pennsylvania Department of Aging | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 400 Market Street | |
| | **State the term remaining** | Auto-renews | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Harrisburg | PA | 17101 |
| | | | City | State | ZIP Code |
| | | | Country | |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmaceutical Assistance Contract for the Elderly | Pennsylvania Department of Aging | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | 400 Market Street | |
| | **State the term remaining** | Auto-renews | Address | |
| | **List the contract number of any government contract** | | | |
| | | | Harrisburg | PA | 17101 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturer's Rebate Agreement | Pennsylvania Department of Aging and Health |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 400 Market Street |
| | State the term remaining | Auto-renews | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | Harrisburg     PA     17101 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | Penske Vehicle Service Agreement – Schedule A | Penske Trucking Leasing Co., L.P. |
|---|---|---|---|
| | | | Name |
| | | | Laura M. Petit |
| | | | Notice Name |
| | | | 30 Mahan Street |
| | State the term remaining | 9/20/2023 | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | West Babylon     NY     11704 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | Performance Validation Master Consulting Services Agmt | Performance Validation |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 5420 W. Southern Ave |
| | State the term remaining | 10/29/2023 | Address |
| | | | Suite 100 |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | Indianapolis     IN     46241 |
| | | | City     State     ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No.1 to Development and Manufacturing Agreement |
| | | Perrigo Israel Pharmaceuticals Ltd |
| | | Name |
| | | |
| | | Notice Name |
| | | The Sharp Building |
| | | Address |
| | **State the term remaining** | Auto-renews |
| | | Hogan Place |
| | **List the contract number of any government contract** | |
| | | |
| | | Dublin 2 |
| | | City          State          ZIP Code |
| | | Ireland |
| | | Country |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | Development and Manufacturing Agreement |
| | | Perrigo Israel Pharmaceuticals Ltd. |
| | | Name |
| | | |
| | | Notice Name |
| | | The Sharp Building |
| | | Address |
| | **State the term remaining** | Auto-renews |
| | | Hogan Place |
| | **List the contract number of any government contract** | |
| | | |
| | | Dublin 2 |
| | | City          State          ZIP Code |
| | | Ireland |
| | | Country |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | Perritt Laboratories Mutual Confidentiality and Non-Disclosure Agreement |
| | | Perritt Laboratories |
| | | Name |
| | | John Trepper |
| | | Notice Name |
| | | 145 South Main Street |
| | | Address |
| | **State the term remaining** | 7/25/2028 |
| | **List the contract number of any government contract** | |
| | | |
| | | Hightstown          NJ          08520 |
| | | City          State          ZIP Code |
| | | |
| | | Country |

Debtor:    Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

| | | | |
|---|---|---|---|
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | Pharmacy Healthcare Solutions, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 968 Perry Highway |
| | **State the term remaining** | 11/3/2024 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Pittsburgh / PA / 15237 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | 2021 Pharmacy Select Contract | Pharmacy Select, LLP |
| | | | Name |
| | | | Kristen N. Reabe |
| | | | Notice Name |
| | | | 1659 N. Spring Street |
| | **State the term remaining** | 12/31/2023 | Address |
| | | | Suite 107 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Beaver Dam / WI / 53916 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmacy Select Amendment No. 1 to Supply Agreement | Pharmacy Select, LLP |
| | | | Name |
| | | | Kristen N. Reabe |
| | | | Notice Name |
| | | | 1659 N. Spring Street |
| | **State the term remaining** | 12/31/2023 | Address |
| | | | Suite 107 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Beaver Dam / WI / 53916 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| Debtor: | Akorn Operating Company LLC | Case number *(if known):* | 23-10255 |
|---|---|---|---|
| | Name | | |

| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | API Supply Agreement | Pharm-Rx Chemical Corp. |
|---|---|---|---|

Name

Carlos Doussinague

Notice Name

4 Brighton Road

**State the term remaining**  Auto-renews

Address

Suite 308

**List the contract number of**

**any government contract**

| | Clifton | NJ | 07012 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | API Supply Agreement | Pharm-Rx Chemical Corp. |
|---|---|---|---|

Name

Notice Name

4 Brighton Road

**State the term remaining**  Auto-renews

Address

Suite 308

**List the contract number of**

**any government contract**

| | Clifton | NJ | 07102 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | Akorn Product Payer Impact on Pharmacy Utilization Proposal | PHSI |
|---|---|---|---|

Name

Notice Name

968 Perry Highway

**State the term remaining**  Auto-renews

Address

**List the contract number of**

**any government contract**

| | Pittsburgh | PA | 15237 |
|---|---|---|---|
| | City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

| | | |
|---|---|---|
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | Plantex USA, Inc Development, Supply and Marketing Agreement |

Plantex USA, Inc.
Name

George Svokos & Cheryl Bohnel
Notice Name

Two University Plaza
Address

Suite 305

**State the term remaining**   Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| Hackensack | NJ | 07601 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |

Positudes, Inc. dba The Alliance Pharmacy
Name

Notice Name

44 Bond Street
Address

**State the term remaining**   Evergreen

**List the contract number of any government contract**

| | | |
|---|---|---|
| Westbury | NY | 11590 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | PPD Master Laboratory and Testing Service Agreement |

PPD Development L.P.
Name

Notice Name

8551 Research Way
Address

Suite 90

**State the term remaining**   9/16/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Middletown | WI | 53562 |
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | PPD Development, L.P. ("PPD") Xopenex Inhalation Solution Stability Storage and Analysis of Lot A21H005 ("Agreement") |
| | | PPD Development, L.P. ("PPD") |
| | | Name |
| | | Cindy R. Drew, Chad Volkmann, Laura Ritter |
| | | Notice Name |
| | | 8551 Research Way |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | | Suite 90 |
| | **List the contract number of any government contract** | |
| | | Middleton | WI | 53562 |
| | | City | State | ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | Pramila Datt |
| | | Name |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | 3/25/2023 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City | State | ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | Precis Engineering, Inc. Mutual Confidentiality and Non-Disclosure Agreement |
| | | Precis Engineering, Inc. |
| | | Name |
| | | John McCullough |
| | | Notice Name |
| | | 20 S. Maple Street |
| | **State the term remaining** | 4/26/2028 |
| | | Address |
| | | Suite 200 |
| | **List the contract number of any government contract** | |
| | | Ambler | PA | 19002 |
| | | City | State | ZIP Code |
| | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known):*    23-10255

| | | | | | |
|---|---|---|---|---|---|
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #50 to Group Purchasing Agreement | Premier Healthcare Alliance LP | | |
| | | | Name | | |
| | | | Wayne Russell | | |
| | | | Notice Name | | |
| | | | 13034 Ballantyne Corporate Place | | |
| | **State the term remaining** | 6/4/2030 | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Charlotte | NC | 28277 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #117 to Group Purchasing Agreement | Premier Healthcare Alliance LP | | |
| | | | Name | | |
| | | | Wayne Russell | | |
| | | | Notice Name | | |
| | | | 13034 Ballantyne Corporate Place | | |
| | **State the term remaining** | Auto-renews | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Charlotte | NC | 28277 |
| | | | City | State | ZIP Code |
| | | | Country | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | Premier Healthcare Alliance, L.P. Amendment Number 137 to Group Purchasing Agreement | Premier Healthcare Alliance, LP | | |
| | | | Name | | |
| | | | Notice Name | | |
| | | | 13034 Ballantyne Corporate Place | | |
| | **State the term remaining** | 6/30/2028 | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Charlotte | NC | 28277 |
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | Consent to Assignment of Contract | Prime Therapeutics LLC |
| | | | Name |
| | | | Christopher Moen |
| | | | Notice Name |
| | | | 1305 Corporate Center Drive |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |
| | | | Eagan                MN              55121 |
| | | | City                    State           ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Laboratory and Testing Service | Primera Analytical Solutions |
| | | | Name |
| | | | Notice Name |
| | | | 259 Prospect Plains Rd. |
| | **State the term remaining** | 11/10/2025 | Address |
| | | | Bldg E |
| | **List the contract number of any government contract** | | |
| | | | Cranbury            NJ              08512 |
| | | | City                    State           ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to MPSA | Primera Analytical Solutions Corp |
| | | | Name |
| | | | Notice Name |
| | | | 259 Wall Street |
| | **State the term remaining** | 1/1/2024 | Address |
| | **List the contract number of any government contract** | | |
| | | | Princeton            NJ              08540 |
| | | | City                    State           ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | Master Professional Services Agreement | Primera Analytical Solutions Corp |
|---|---|---|---|
| | | | Name |
| | | | Bibo Xu |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 259 Wall Street |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | Princeton |  NJ  |  08540 |
| | | | City |  State  |  ZIP Code |
| | | | Country |

| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | Propharm Distribution Agreement | Propharm Ltd. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 23 Ben Gurion Street |
| | | | Address |
| | List the contract number of any government contract | | |
| | | | ZichronYaacov |  |  30900 |
| | | | City |  State  |  ZIP Code |
| | | | Country |

| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | ProPharma Core Working Practice | ProPharma Group |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 8717 W. 110th St. |
| | State the term remaining | Auto-renews | Address |
| | | | Suite 300 |
| | List the contract number of any government contract | | |
| | | | Overland Park |  KS  |  66210 |
| | | | City |  State  |  ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | ProPharm MSA |
| | | |
| | **State the term remaining** | 2/2/2024 |
| | **List the contract number of any government contract** | |

ProPharma Group Holdings, LLC
Name

Notice Name

8717 W. 110th St.
Address

Suite 300

| Overland Park | KS | 66210 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | |
| | **State the term remaining** | 12/5/2023 |
| | **List the contract number of any government contract** | |

ProPHarma Group Holdings, LLC
Name

Notice Name

8717 West 110th Street Suite 300
Address

| Overland Park | KS | 66210 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Furnish Employees |
| | | |
| | **State the term remaining** | Evergreen |
| | **List the contract number of any government contract** | |

ProStaff Solutions Inc.
Name

Juan Carlos Diaz
Notice Name

101 N. Fetus St.
Address

| South Amboy | NJ | 08879 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

| | | | |
|---|---|---|---|
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | Porzio, Bromberg & Newman, P.C. Hourly Counseling Letter | Prozio, Bromberg & Newman, P.C. |
| | | | Name |
| | | | Frank Fazio |
| | | | Notice Name |
| | | | 100 Southgate Parkway |
| | **State the term remaining** | Evergreen | Address |
| | | | P.O. Box 1997 |
| | **List the contract number of any government contract** | | |
| | | | Morristown     NJ     07962-1997 |
| | | | City     State     ZIP Code |
| | | | Country |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | Publix Pharmaceutical Purchasing Agreement | Publix Super Markets, Inc. |
| | | | Name |
| | | | Notice Name |
| | | | PO Box 407 |
| | **State the term remaining** | Evergreen | Address |
| | **List the contract number of any government contract** | | |
| | | | Lakeland     FL     33802 |
| | | | City     State     ZIP Code |
| | | | Country |
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | Agency Staffing Agreement | QCS Staffing Inc. |
| | | | Name |
| | | | Notice Name |
| | | | One Boston Place |
| | **State the term remaining** | Auto-renews | Address |
| | | | Ste 2600 |
| | **List the contract number of any government contract** | | |
| | | | Boston     MA     02108 |
| | | | City     State     ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmaceutical Waste Evaluation and Disposal Agreement |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Qualanex

Name

Notice Name

1410 Harris Road

Address

| Libertyville | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmaceutical Waste Evaluation and Disposal Agreement |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Qualanex, LLC

Name

Erin Pietranek

Notice Name

1410 Harris Road

Address

| Libertyville | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | Reverse Distribution and Services |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Qualanex, LLC

Name

Gerard Sartori

Notice Name

1410 Harris Road

Address

| Libertyville | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Akorn Operating Company LLC | Case number *(if known):* | 23-10255 |
|---|---|---|---|
| | Name | | |

| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | Reverse Distribution and Services Agreement | Qualanex, LLC |
|---|---|---|---|

Name

Erin Pietranek

Notice Name

1410 Harris Road

| | **State the term remaining** | Auto-renews | Address |
|---|---|---|---|

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| Libertyville | IL | 60048 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | Framework Agreement (Revision 1) | Qualifyze GMBH |
|---|---|---|---|

Name

Notice Name

Taunusanlage 8

| | **State the term remaining** | 3/4/2026 | Address |
|---|---|---|---|

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| Frankfurt am Main | | 60329 |
|---|---|---|
| City | State | ZIP Code |

Germany

Country

| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Services Agreement | Quantic Group, Ltd. |
|---|---|---|---|

Name

Owen Richards

Notice Name

5N Regent Street

| | **State the term remaining** | 7/24/2024 | Address |
|---|---|---|---|

Suite 502

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| Livingston | NJ | 07039 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | Quincy Master Professional Services Agreement | Quincy Compressor LLC |
|---|---|---|---|
| | | | Name |
| | | | Muntaser Marar |
| | | | Notice Name |
| | **State the term remaining** | 4/14/2024 | 87 E Jefryn Blvd |
| | | | Address |
| | | | Unit B |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Deer Park | NY | 11729 |
| | | | Country | | |

| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement | R&S Wholesale |
|---|---|---|---|
| | | | Name |
| | | | Jeff Coomer |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 8407 Austin Tracy Rd |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Fountain Run | KY | 42133 |
| | | | Country | | |

| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | R.A. Jones & Co. d/b/a Norden Machinery Mutual Confidentiality and Non-Disclosure Agreement | R.A. Jones & Co. d/b/a Norden Machinery |
|---|---|---|---|
| | | | Name |
| | | | Jonathon Titterton |
| | | | Notice Name |
| | | | 201 Circle Drive N |
| | **State the term remaining** | 3/19/2026 | Address |
| | | | Suite 116 |
| | **List the contract number of any government contract** | | |

| | | | City | State | ZIP Code |
|---|---|---|---|---|---|
| | | | Piscataway | NJ | 08854 |
| | | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| | | | |
|---|---|---|---|
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Construction Agreement | Ralph W. Plotke Inc. |
| | | | Name |
| | | | Ralph Plotke |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 48 West Jefryn Blvd. |
| | | | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | Deer Park | NY | 11729 |
| | City | State | ZIP Code |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Ramarao Gollapalli |
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | 3/10/2023 | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

| | | | |
|---|---|---|---|
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Raymundo, Antonette |
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| | City | State | ZIP Code |
| | Country | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known):*   23-10255

| | | |
|---|---|---|
| **2.468** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Renewal |

Rees Scientific USA
Name

Notice Name

1007 Whitehead Road Ext
Address

| | | |
|---|---|---|
| **State the term remaining** | 4/30/2023 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Trenton | NJ | 08638 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.469** | **State what the contract or lease is for and the nature of the debtor's interest** | Renaissance Global Services, LLC (RGS) Master Consulting Services Agreement |

Renaissance Global Services, LLS (RGS)
Name

Frank Libutti
Notice Name

101 Crawfords Corner Road
Address

Suite 4-116

| | | |
|---|---|---|
| **State the term remaining** | 10/28/2023 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Holmdel | NJ | 07733 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.470** | **State what the contract or lease is for and the nature of the debtor's interest** | Ren-Pharm International, Ltd. S.A. & Nortee Quimica S.A. Privileged & Confidential 3-Way Confidentiality nd Non-Disclosure Agreement |

Ren-Pharm International, Ltd. S.A. & Nortee Quimica S.A.
Name

Renee P. Worral
Notice Name

Ren-Pharm- 350 Jericho Turnpike
Address

Suite 204

| | | |
|---|---|---|
| **State the term remaining** | 12/12/2027 | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Jericho | NY | 11753 |
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| | | |
|---|---|---|
| **2.471** | **State what the contract or lease is for and the nature of the debtor's interest** | Rentokil North America d/b/a Anderson Commercial Pest Management Maintenance Agreement |

Rentokil North America d/b/a Anderson
Name

Josh Kabala
Notice Name

1125 Berkshire Blvd, Suite 150
Address

| | |
|---|---|
| **State the term remaining** | Auto-renews |
| **List the contract number of any government contract** | |

| Reading | PA | 19610 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.472** | **State what the contract or lease is for and the nature of the debtor's interest** | RHO Placement Agreement |

RHO, Inc.
Name

Notice Name

507 Omni Drive
Address

| | |
|---|---|
| **State the term remaining** | Auto-renews |
| **List the contract number of any government contract** | |

| Hillsborough | NJ | 08844 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| **2.473** | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |

Right Management Inc.
Name

Notice Name

24677 NETWORK PLACE
Address

| | |
|---|---|
| **State the term remaining** | 6/22/2023 |
| **List the contract number of any government contract** | |

| CHICAGO | IL | 60673 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known):* 23-10255

---

2.474 **State what the contract or lease is for and the nature of the debtor's interest**

Riker Danzig Scherer Hyland Perretti, LLP New Jersey Site Recovery Act ("ISRA") Advice in Connection with Asset Sale

Riker Danzig Scherer Hyland Perretti, LLP
Name

Alexa Richman-LaLonde
Notice Name

1647 CRANSTON ST
Address

**State the term remaining** Evergreen

**List the contract number of any government contract**

| CRANSTON | RI | 02920 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.475 **State what the contract or lease is for and the nature of the debtor's interest**

Robert E. Devlin Mutual Confidentiality and Non-Disclosure Agreement

Robert E. Devlin
Name

Robert Devlin
Notice Name

Address on File
Address

**State the term remaining** 6/25/2024

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

2.476 **State what the contract or lease is for and the nature of the debtor's interest**

Consulting Agreement

Robert Serina
Name

Notice Name

Address on File
Address

**State the term remaining** 5/24/2023

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | CDA Amicogen & Rochem_2022.01.21 |
| | | |
| | **State the term remaining** | 1/20/2027 |
| | **List the contract number of any government contract** | |

Rochem International
Name

Notice Name

45 Rasons Court
Address

| Hauppauge | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | 5/19/2023 |
| | **List the contract number of any government contract** | |

Roger C. Schmitt
Name

Notice Name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Rosales, Renato
Name

Notice Name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Akorn Operating Company LLC | | Case number *(if known):* | 23-10255 |
| | Name | | | |

| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | Rx Sourcing Volume Incentive Rebate | Rx Sourcing Strategies LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 16150 Main Circle Drive, Suite 220 |
| | **State the term remaining** | 6/30/2023 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Chesterfield · MO · 63017 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | Rx Sourcing Strategies, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 16305 Swingley Ridge Road |
| | **State the term remaining** | 7/10/2023 | Address |
| | | | Suite 340 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Chesterfield · MO · 63017 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | Rx Crossroads Master Services Agmt | RxC Acquisition Company d/b/a RxCrossroads |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10350 Ormsby Park Place |
| | **State the term remaining** | Auto-renews | Address |
| | | | Suite 500 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Louisville · KY · 40223 |
| | | | City · State · ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | Rx Crossroads MSA Amend 1 | RxC Acquisition Company d/b/a RxCrossroads |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10350 Ormsby Park Place |
| | **State the term remaining** | Auto-renews | Address |
| | | | Suite 500 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Louisville            KY            40223 |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Sandhya Goyal |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | N/A | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Sandip Chingre |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | 4/9/2023 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | City            State            ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | | |
|---|---|---|---|---|
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidential Disclosure Agreement Outgoing | Sandoz GmbH, Lek Pharmaceuticals d.d Lendava Site | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | Sandoz:Biochemistrasse 10 | |
| | **State the term remaining** | 3/24/2024 | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | | |
| | | | Kundl | 6250 |
| | | | City | State | ZIP Code |
| | | | Austria | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | Sannova Master Service Agreement | Sannova Analytical Inc. | |
| | | | Name | |
| | | | Hanumantha Rao Marepalli Ph.D | |
| | | | Notice Name | |
| | | | 155 Pierce St. | |
| | **State the term remaining** | 4/18/2025 | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | | |
| | | | Somerset | NJ | 08873 |
| | | | City | State | ZIP Code |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | Sannova Analytical Inc. Mutual Confidential Disclosure Agreement | Sannova Analytical Inc. | |
| | | | Name | |
| | | | Michael Kahn Ph.D. | |
| | | | Notice Name | |
| | | | 155 Pierce Street | |
| | **State the term remaining** | 3/30/2025 | Address | |
| | | | | |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | | |
| | | | Somerset | NJ | 08873 |
| | | | City | State | ZIP Code |
| | | | Country | |

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | Sannova Amendment No. 1 to Master Service Agreement | Sannova Analytical Inc.<br>Name |
|---|---|---|---|
| | | | Dr. Venkat Reddy<br>Notice Name |
| | State the term remaining | 4/18/2025 | 155 Pierce St.<br>Address |
| | List the contract number of any government contract | | |

| | | | Somerset | NJ | 08873 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | Santen Pharmaceuticals License Agreement | Santen Pharmaceutical Co., Ltd.<br>Name |
|---|---|---|---|
| | | | Notice Name |
| | State the term remaining | Auto-renews | Grand Front Osaka Tower A<br>Address |
| | List the contract number of any government contract | | 4-20 Ofuka-cho |

| | | | Kita-ku | Osaka | 530-8552 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Japan | | |
| | | | Country | | |

| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | Master Professional Services Agreement | SCADAware, Inc.<br>Name |
|---|---|---|---|
| | | | Notice Name |
| | State the term remaining | 11/29/2023 | 2023 Eagle Road<br>Address |
| | List the contract number of any government contract | | |

| | | | Normal | IL | 61761 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Scott Almgren |
|---|---|---|---|

Name

Notice Name

Address on File

State the term remaining    3/25/2023

Address

List the contract number of

any government contract

| City | State | ZIP Code |
|---|---|---|

Country

| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Searle Klem, June Marie |
|---|---|---|---|

Name

Notice Name

Address on File

State the term remaining    N/A

Address

List the contract number of

any government contract

| City | State | ZIP Code |
|---|---|---|

Country

| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | Severance Agreement | Seeley, Sherri Lee |
|---|---|---|---|

Name

Notice Name

Address on File

State the term remaining    N/A

Address

List the contract number of

any government contract

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Sericycle, Inc., on behalf of it and subsidiaries (Shred-it) |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 28161 N. Keith Drive |
| | State the term remaining | 9/3/2023 | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | Lake Forest — IL — 60045 |
| | | | City — State — ZIP Code |
| | | | |
| | | | Country |

| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | SGD Pharma Saint Quentin Plant and SGD Pharma India Private Limited Quality Agreement-Packaging Materials | SGD Pharma Saint Quentin Plant & SGD Pharma India Private Limited |
|---|---|---|---|
| | | | Name |
| | | | Laurent Millet |
| | | | Notice Name |
| | | | 1 rue des Terres a Flacons |
| | State the term remaining | Auto-renews | Address |
| | | | Park d'activite Bresle Maritime |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | Saint-Quentin-La-Motte-Croix-au-Bailly — 80880 |
| | | | City — State — ZIP Code |
| | | | France |
| | | | Country |

| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | SGS France SAS Mutual Confidentiality and Non-Disclosure Agreement | SGS France SAS |
|---|---|---|---|
| | | | Name |
| | | | Franck Picard |
| | | | Notice Name |
| | | | 29, Avenue Aristide Briand |
| | State the term remaining | 3/5/2026 | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |
| | | | |
| | | | Arcueil Cedex — 94110 |
| | | | City — State — ZIP Code |
| | | | France |
| | | | Country |

| Debtor: | Akorn Operating Company LLC | Case number *(if known)*: | 23-10255 |
| | Name | | |

**2.498** State what the contract or lease is for and the nature of the debtor's interest: SGS North America MLTSA

State the term remaining: 8/20/2024

List the contract number of any government contract:

| SGS North America Inc. |
|---|
| Name |
| |
| Notice Name |
| 201 Route 17 North |
| Address |
| 7th Floor |
| |

| Rutherford | NJ | 07070 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

**2.499** State what the contract or lease is for and the nature of the debtor's interest: Mutual Confidentiality and Non-Disclosure Agreement

State the term remaining: 9/26/2026

List the contract number of any government contract:

| SGS North America Inc. |
|---|
| Name |
| |
| Notice Name |
| 201 Route 17 North |
| Address |
| |

| Rutherford | NJ | 07070 |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

**2.500** State what the contract or lease is for and the nature of the debtor's interest: Severance Agreement

State the term remaining: N/A

List the contract number of any government contract:

| Shah, Nila Manesh |
|---|
| Name |
| |
| Notice Name |
| Address on File |
| Address |
| |

| | | |
|---|---|---|
| City | State | ZIP Code |
| | | |
| Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | Sharp Clinical Services, Inc. & Insect Research & Development Limited Mutual Confidentiality and Non-Disclosure Agreement | Sharp Clinical Services, Inc. & Insect Research & Development Limited |
| | | | Name |
| | | | Sharp Clinical Services- John Phillips, Insect Research- Ian F. Burgess |
| | | | Notice Name |
| | | | Sharp Clinical Services- 300 Kimberton Road |
| | **State the term remaining** | 6/4/2025 | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Phoenixville |  PA  | 19460 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | Sharp Clinical Services, Inc. Mutual Confidentiality and Non-Disclosure Agreement | Sharp Clinical Services, Inc. |
| | | | Name |
| | | | John Morrison |
| | | | Notice Name |
| | | | 300 Kimberton Road |
| | **State the term remaining** | 8/14/2024 | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Phoenixville /  PA  / 19460 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | Sharp Clinical Services, Inc. & Insect Research & Development Limited Mutual Confidentiality and Non-Disclosure Agreement | Sharp Clinical Services, Inc. & Insect Research & Development Limited |
| | | | Name |
| | | | Sharp- John Phillips, Insect- Ian F. Burgess |
| | | | Notice Name |
| | | | Sharp- 300 Kimberton Road |
| | **State the term remaining** | 6/4/2025 | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | Phoenixville /  PA  / 19460 |
| | | | City / State / ZIP Code |
| | | | Country |

| Debtor: | Akorn Operating Company LLC | | Case number *(if known):* | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

**2.504**

| State what the contract or lease is for and the nature of the debtor's interest | Shulman Master Construction Agreement | Shulman Industries Inc |
|---|---|---|
| | | Name |
| | | Mark Shulman |
| | | Notice Name |
| | | 35 Crooked Hill Road |
| State the term remaining | Auto-renews | Address |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| | Commack | NY | 11725 |
| | City | State | ZIP Code |
| | Country | | |

**2.505**

| State what the contract or lease is for and the nature of the debtor's interest | Siegfried (USA) Inc. Supply Agreement | Siegfried (USA) Inc. |
|---|---|---|
| | | Name |
| | | Craig Douglas & Marianne Spane |
| | | Notice Name |
| | | 33 Industrial Park Road |
| State the term remaining | Auto-renews | Address |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| | Pennsville | NJ | 08070 |
| | City | State | ZIP Code |
| | Country | | |

**2.506**

| State what the contract or lease is for and the nature of the debtor's interest | Siegfried Irvine Albuterol Proposal | Siegfried Irvine |
|---|---|---|
| | | Name |
| | | Kevin O'Brien |
| | | Notice Name |
| | | 9342 Jeronimo Road |
| State the term remaining | Auto-renews | Address |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| | Irvine | CA | 92618 |
| | City | State | ZIP Code |
| | Country | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | Siemens Master Professional Services Agreement for Purchase and Installation of Capital Equipment |
| | | Siemens Industry Inc. |
| | | Name |
| | | Soukup Dana |
| | | Notice Name |
| | **State the term remaining** | 3/10/2024 |
| | | 14 Currency Drive |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Bloomington | IL | 61704 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | Sigma-Aldrich, Inc. Exclusive Supply Agr |
| | | Sigma Aldrich Inc. |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Auto-renews |
| | | 3050 Spruce St. |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| St. Louis | MO | 63103 |
| City | State | ZIP Code |
| Country | | |

| | | |
|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | Confidentiality Agreement |
| | | Signma-Aldrich Corporation, Sigma-Aldrich, Inc. |
| | | Name |
| | | Sigma Aldrich Corp |
| | | Notice Name |
| | **State the term remaining** | 8/31/2023 |
| | | 3050 Spruce Street |
| | | Address |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| St. Louis | MO | 63103 |
| City | State | ZIP Code |
| Country | | |

Debtor:  Akorn Operating Company LLC
_____
Name

Case number (if known):  23-10255

| | | |
|---|---|---|
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Letter |
| | | |
| | **State the term remaining** | Evergreen |
| | **List the contract number of any government contract** | |

Sills Cummis & Gross PC
_____
Name

Lori Waldron
_____
Notice Name

One Riverfront Plaza
_____
Address

_____

| | | |
|---|---|---|
| Newark | NJ | 07102 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | Snowflake, Inc. Mutual Non-Disclosure Agreement |
| | | |
| | **State the term remaining** | 6/15/2024 |
| | **List the contract number of any government contract** | |

Snowflake, Inc.
_____
Name

Brandon Wagoner & Kathy Raissi
_____
Notice Name

450 Concar Drive
_____
Address

_____

| | | |
|---|---|---|
| San Mateo | CA | 94402 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | Sodium Nitroprusside USP Trifarma S.p.A. & Midas Pharmaceuticals, Inc. API Development and Commercial Supply Agreement |
| | | |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Sodium Nitroprusside USP Trifarma S.p.A. & Midas Pharmaceuticals, Inc.
_____
Name

Aldo Rucano & Tim Feuerstein
_____
Notice Name

Via Guarini Matteucci
_____
Address

1
_____

| | | |
|---|---|---|
| Milan | | 20162 |
| City | State | ZIP Code |

Italy
_____
Country

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| | | | | | |
|---|---|---|---|---|---|
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | Sofgen Pharmaceuticals LLC Exclusive Supply Agreement and Other Files | Sofgen Pharmaceuticals LLC | | |
| | | | Name | | |
| | | | Ruben Minski | | |
| | | | Notice Name | | |
| | **State the term remaining** | Auto-renews | 1301 Sawgrass Corporate Parkway | | |
| | | | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Sunrise | FL | 33323 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | Sofgen Pharmaceuticals, LLC. Appendum to Exclusive Supply Agreement | Sofgen Pharmaceuticals, LLC | | |
| | | | Name | | |
| | | | Ruben Minski | | |
| | | | Notice Name | | |
| | **State the term remaining** | Auto-renews | 1815 Griffin Road | | |
| | | | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Dania Beach | FL | 33004 |
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | Solvias Master Laboratory and Testing Service Agreement | Solvias AG | | |
| | | | Name | | |
| | | | Wolfgang Jahn | | |
| | | | Notice Name | | |
| | **State the term remaining** | 11/12/2025 | Romerpark 2 | | |
| | | | Address | | |
| | **List the contract number of any government contract** | | | | |
| | | | Kaiseraugst | | 4303 |
| | | | City | State | ZIP Code |
| | | | Switzerland | | |
| | | | Country | | |

| Debtor: | Akorn Operating Company LLC | Case number *(if known):* | 23-10255 |
|---|---|---|---|
| | Name | | |

| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | Solvias AG & Confarma France SAS Master Laboratory and Testing Service Agreement | Solvias AG & Confarma France SAS |
|---|---|---|---|
| | | | Name |
| | | | William Black & Wolfgang Jahn |
| | | | Notice Name |
| | | | Romerpark 2 |
| | **State the term remaining** | 11/13/2025 | Address |
| | **List the contract number of any government contract** | | |

| | | | Kaiseraugst | | 4303 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Switzerland | | |
| | | | Country | | |

| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | Sotax MLTSA | Sotax Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2400 Computer Drive |
| | **State the term remaining** | 8/27/2024 | Address |
| | **List the contract number of any government contract** | | |

| | | | Westborough | MA | 01581 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | Sotax Corporation |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2400 Computer Drive |
| | **State the term remaining** | 9/21/2027 | Address |
| | **List the contract number of any government contract** | | |

| | | | Westborough | MA | 01581 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement | Southwest Bio-Labs, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 401 N. 17th Street Suite 11 |
| | **State the term remaining** | 12/7/2026 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Las Cruces / NM / 88005 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | Spectral Data Services, Inc. Mutual Confidentiality and Non-Disclosure Agreement | Spectral Data Services, Inc. |
| | | | Name |
| | | | Gary L. Turner |
| | | | Notice Name |
| | | | 818 Pioneer Street |
| | **State the term remaining** | 3/10/2025 | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Champaign / IL / 61820 |
| | | | City / State / ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Professional Services Agreement | SSI Services Inc. |
| | | | Name |
| | | | Bryan Johnson |
| | | | Notice Name |
| | | | 7231 ACC Blvd. |
| | **State the term remaining** | 5/6/2023 | Address |
| | | | Suite 107 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Raleigh / NC / 27617 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor:   Akorn Operating Company LLC

Name                                                                           Case number *(if known):*    23-10255

| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | Stantec Master Agreement for Architect/Engineer Design Services | Stantec Consulting Services, Inc. |
|---|---|---|---|

Name

Eric Overton

Notice Name

135 Engineers Road

**State the term remaining**   Auto-renews

Address

Suite 200

**List the contract number of**

**any government contract**

| Hauppauge | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | Environmental Services Agreement | Stericycle Environmental Solutions, Inc. |
|---|---|---|---|

Name

Notice Name

28161 N Keith rive

**State the term remaining**   Auto-renews

Address

**List the contract number of**

**any government contract**

| Lake Forest | IL | 60045 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | Exclusive Processing, Lab and Consulting Agreement | Sterigenics |
|---|---|---|---|

Name

Attn General Counsel cc VP Sales & Marketing

Notice Name

2015 Spring Road

**State the term remaining**   Auto-renews

Address

Suite 650

**List the contract number of**

**any government contract**

| Oak Brook | IL | 60523 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

**2.525** State what the contract or lease is for and the nature of the debtor's interest: Non-Sterile Shipping Agreement

STERIS Applied Sterilization Technologies
Name

Notice Name

State the term remaining: Not stated

5960 Heisley Road
Address

List the contract number of any government contract

| Mentor | OH | 44060 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.526** State what the contract or lease is for and the nature of the debtor's interest: Consulting Agreement

Steven Kowalski
Name

Notice Name

State the term remaining: 5/24/2023

Address on File
Address

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

**2.527** State what the contract or lease is for and the nature of the debtor's interest: Stira Pharmaceuticals, LLC Quality Agreement-CDMO

Stira Pharmaceuticals, LLC
Name

Rajyalakshmi Bodepudi
Notice Name

161 Dwight Place
Address

State the term remaining: Auto-renews

List the contract number of any government contract

| Fairfield | NJ | 07004 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |
| | | |
| | **State the term remaining** | N/A |
| | **List the contract number of any government contract** | |

Sukumar, Sam H.
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality |
| | | |
| | **State the term remaining** | 10/27/2027 |
| | **List the contract number of any government contract** | |

Surplus Solutions
Name

Notice Name

2010 DIAMOND HILL ROAD
Address

| City | State | ZIP Code |
|---|---|---|
| WOONSOCKET | RI | 02895 |

Country

| | | |
|---|---|---|
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | 3/10/2023 |
| | **List the contract number of any government contract** | |

Sushmeet Singh
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*  23-10255

| | | |
|---|---|---|
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement for Construction |

Sweetwater Construction Corp.
Name

Ron Witt, Jr.
Notice Name

32 N. Main Street
Address

**State the term remaining**  Auto-renews

**List the contract number of**

**any government contract**

| Cranbury | NJ | 08512 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | Swiss Contract Manufacturing Agreement |

Swiss Caps AG
Name

Notice Name

Husenstr 35
Address

**State the term remaining**  Evergreen

**List the contract number of**

**any government contract**

| Kirchberg | | CH-9533 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

| | | |
|---|---|---|
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | Syntegon Pharma Technology LLC Master Professional Services Agreement for Purchase and Installation of Capital Equipment |

Syntegon Pharma Technology LLC
Name

Jerry Jean-Baptiste & Thomas Mauritzen
Notice Name

8700 Wyoming Ave
Address

**State the term remaining**  12/15/2023

**List the contract number of**

**any government contract**

| N Minneapolis | MN | 55445-1836 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | Targeted CMC Soluions Master Consulting Services Agreement |
| | | Targeted CMC Solutions, LLC |
| | | Name |
| | | Samir Ghodbane |
| | | Notice Name |
| | | 56 Lara Place |
| | **State the term remaining** | 7/25/2024 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Warren | NJ | 07059 |

Country

| | | |
|---|---|---|
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | Change order No. 1 to Statement of Work No. 1 |
| | | Tarishi Jha |
| | | Name |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | 2/28/2023 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | Tarishi Jha CO #1 to SOW No. 1 |
| | | Tarishi Jha |
| | | Name |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | 2/28/2023 |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

| | | |
|---|---|---|
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Consulting Services Agreement |
| | | Tarishi Jha |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | 6/5/2025 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | Tarishi Jha Master Consulting Services Agreement |
| | | Tarishi Jha |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | Tarishi SOW No. 1 |
| | | Tarishi Jha |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | 2/28/2023 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | Master Consulting Services Agreement | Technology Consulting LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 4910 S Vincennes Ave Apt 2 |
| | State the term remaining | 8/4/2025 | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Chicago          IL          60615 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | Teligent Manufacturing & Supply Agreement | Teligent, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 105 Lincoln Ave. |
| | State the term remaining | Auto-renews | Address |
| | | | |
| | List the contract number of any government contract | | |
| | | | |
| | | | Buena          NJ          08310 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Agreement | Terillium Inc. |
|---|---|---|---|
| | | | Name |
| | | | Warren S. Bach |
| | | | Notice Name |
| | | | 201 East 5th Street |
| | State the term remaining | Evergreen | Address |
| | | | Suite 2700 |
| | List the contract number of any government contract | | |
| | | | |
| | | | Cincinnatti          OH          45202 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | Tetragenx Animal Health ULC Tech Transfer and Commercialization Agreement | Tetragenx Animal Health ULC |
| | | | Name |
| | | | John P. Kane |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 9622 Trans Canada Highway |
| | | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Saint-Laurent | QC | H4S 1V9 |
| Canada | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | TetraGenx Animal Health ULC dba Vetio Animal Health Quality Agreement-CMO | TetraGenx Animal Health ULC dba Vetio Animal Health |
| | | | Name |
| | | | Christyan Pollender & Avram Petrean |
| | | | Notice Name |
| | **State the term remaining** | 1/24/2027 | 9622 Trans Canada Hwy |
| | | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Ville Saint-Laurent | QC | H4S1V9 |
| Canada | | |
| Country | | |

| | | | |
|---|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | Teva API Inc. Consent to Assignment of the Development, Supply and Marketing Agreement for Levofloxacin Ophthalmic | Teva API Inc. |
| | | | Name |
| | | | Notice Name |
| | **State the term remaining** | Auto-renews | 400 Chestnut Ridge Road |
| | | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Woodcliff Lake | NJ | 07677 |
| Country | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement | Thayer-Mahoney, Lisa |
|---|---|---|---|

Name

Notice Name

Address on File

**State the term remaining**   N/A

Address

**List the contract number of any government contract**

City    State    ZIP Code

Country

| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | The Alliance Pharmacy |
|---|---|---|---|

Name

Vincent Fusaro

Notice Name

44 Bond Street

**State the term remaining**   Auto-renews

Address

**List the contract number of any government contract**

Westbury    NY    11590

City    State    ZIP Code

Country

| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement | The Cleveland Clinic |
|---|---|---|---|

Name

Notice Name

9500 Euclid Ave

**State the term remaining**   Auto-renews

Address

**List the contract number of any government contract**

Cleveland    OH    44195

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:  23-10255

| | | | | |
|---|---|---|---|---|
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | Evanston Group Professional Services Agreement | The Evanston Group, Inc. | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | **State the term remaining** | Auto-renews | PO Box 5752 | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Evanston | IL | 60204 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | The Ritedose Corporation Supply Agreement | The Ritedose Corporation | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | **State the term remaining** | Auto-renews | 1 Technology Circle | |
| | | | Address | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | Columbia | SC | 29203 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

| | | | | |
|---|---|---|---|---|
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | Third Party Service Agreement | The Weeks Lerman Group | |
| | | | Name | |
| | | | | |
| | | | Notice Name | |
| | | | PO BOX 0 | |
| | **State the term remaining** | 1/23/2023 | Address | |
| | | | 58-38 PAGE PLACE | |
| | **List the contract number of any government contract** | | | |
| | | | | |
| | | | MASPETH | NY | 11378 |
| | | | City | State | ZIP Code |
| | | | | |
| | | | Country | |

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

**2.552** **State what the contract or lease is for and the nature of the debtor's interest**

Third Party Service Agreement

The Weeks Lerman Group
Name

Notice Name

**State the term remaining**  Auto-renews

PO BOX 0
Address

58-38 PAGE PLACE

**List the contract number of any government contract**

| MASPETH | NY | 11378 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.553** **State what the contract or lease is for and the nature of the debtor's interest**

Master Agreement

Thermo Electron North America
Name

Ellen Frenkel
Notice Name

5225 Verona Road
Address

**State the term remaining**  9/25/2024

**List the contract number of any government contract**

| Madison | WI | 53711 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.554** **State what the contract or lease is for and the nature of the debtor's interest**

Thermofisher Scientific Inc

Thermofisher Scientific Inc.
Name

Notice Name

5225 Verona Road
Address

**State the term remaining**  9/25/2024

**List the contract number of any government contract**

| Madison | WI | 53711 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

| | | |
|---|---|---|
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | Thomas Morelli |
| | | Name |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | 3/25/2023 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | Timothy Boland |
| | | Name |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | 3/25/2023 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | Akorn Standard Terms and Conditions for Consulting |
| | | TNR Resources LLC |
| | | Name |
| | | Notice Name |
| | | 1616 MULBERRY DRIVE |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |
| | | LAKE VILLA    IL    60046 |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | TOMI Master Services Agreement | TOMI Environmental Solutions, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Elissa Shane |
| | | | Notice Name |
| | | | 8430 Spires Way |
| | State the term remaining | 2/5/2023 | Address |
| | | | Suite N |
| | List the contract number of any government contract | | |
| | | | Frederick / MD / 21701 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | Master Professional Services Agreement | TorchStone Global |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1997 Annapolis Exchange Parkway |
| | State the term remaining | 2/11/2024 | Address |
| | | | Suite 300 |
| | List the contract number of any government contract | | |
| | | | Annapolis / MD / 21401 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | TPM Master Lab and Testing Service Agmt | TPM Laboratories, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1165 Marlkress Road |
| | State the term remaining | 7/20/2026 | Address |
| | | | Unit D |
| | List the contract number of any government contract | | |
| | | | Cherry Hill / NJ / 08003 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest** | Tracelink Enterprise Agreement |
| | | |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Tracelink, Inc.
_____
Name

_____
Notice Name

200 Quannapowitt Parkway
_____
Address

| Wakefield | MA | 01880 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | Tracelink Amendment No. 4 to Enterprise Agreement |
| | | |
| | **State the term remaining** | 12/31/2024 |
| | **List the contract number of any government contract** | |

Tracelink, Inc.
_____
Name

_____
Notice Name

200 Quannapowitt Parkway
_____
Address

| Wakefield | MA | 01880 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | 4/9/2023 |
| | **List the contract number of any government contract** | |

Tracy Garrison
_____
Name

_____
Notice Name

Address on File
_____
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | Trane Statement of Work No. 2 |
| | | |

Trane US Inc

Name

Kent Silveria

Notice Name

19 Chapin Rd.

Address

Bldg B, Suite 200

| **State the term remaining** | 9/1/2024 |
|---|---|

**List the contract number of**

**any government contract**

| Pine Brook | NJ | 07058 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | Trane Master Professional Services Agreement for Purchase and Installation of Capital Equipment |

Trane US Inc.

Name

Kent Silveria

Notice Name

19 Chapin Rd. Bldg B

Address

Suite 200

| **State the term remaining** | 9/10/2023 |
|---|---|

**List the contract number of**

**any government contract**

| Pine Brook | NJ | 07058 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | Mutual Confidentiality and Non-Disclosure Agreement |

Transo-Pharm USA LLC

Name

Notice Name

216 Hazeltine Circle

Address

| **State the term remaining** | 8/15/2026 |
|---|---|

**List the contract number of**

**any government contract**

| Blue Bell | PA | 19422 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Akorn Operating Company LLC
Name

Case number *(if known)*:  23-10255

| | | |
|---|---|---|
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | Trifarma S.p.A & Midas Pharmaceuticals, Inc. API Development and Commercial Supply Agreement |

Trifarma S.p.A & Midas Pharmaceuticals, Inc
Name

Aldo Rucano & Tim Feuerstein
Notice Name

Trifarma- Via Guarini Matteucci
Address

1

| | |
|---|---|
| **State the term remaining** | Auto-renews |

**List the contract number of any government contract**

| Milan | | 20162 |
|---|---|---|
| City | State | ZIP Code |
| Italy | | |
| Country | | |

| | | |
|---|---|---|
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** | Trifarma S.p.A. & Midas Pharmaceuticals, Inc. Secrecy Agreement |

Trifarma S.p.A. & Midas Pharmaceuticals, Inc.
Name

Alberto Rucano
Notice Name

Trifarma- Via Guido Guatini Matteucci 1
Address

| | |
|---|---|
| **State the term remaining** | Auto-renews |

**List the contract number of any government contract**

| Milan | | 20162 |
|---|---|---|
| City | State | ZIP Code |
| Italy | | |
| Country | | |

| | | |
|---|---|---|
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 to the Tech Transfer and Commercialization Agreement |

TriRx Pharmaceutical Services LLC
Name

Notice Name

101 Merritt 7
Address

| | |
|---|---|
| **State the term remaining** | 4/21/2024 |

**List the contract number of any government contract**

| Norwalk | CT | 06851 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| | | |
|---|---|---|
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | Tech Transfer and Commercialization Agreement |

TriRx Pharmaceuticals Services

Name

Notice Name

101 Merritt 7

Address

**State the term remaining**    4/21/2024

**List the contract number of any government contract**

| | | |
|---|---|---|
| Norwalk | CT | 06851 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | Tunnell Master Consulting Services Agmt |

Tunnell Consulting, Inc.

Name

Larry Frattura

Notice Name

314 S Henderson Road

Address

**State the term remaining**    4/11/2025

Suite G-379

**List the contract number of any government contract**

| | | |
|---|---|---|
| King of Prussia | PA | 19406 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | UCB Trademark License Agmt |

UCB, Inc.

Name

Notice Name

1950 Lake Park Drive

Address

**State the term remaining**    Auto-renews

**List the contract number of any government contract**

| | | |
|---|---|---|
| Smyrna | GA | 30080 |
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | UPS Advisory and Technical Support Services Agreement | United Parcel Service General Services Co |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 102 S Lombard Road |
| | State the term remaining | Evergreen | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |

| | | | Addison | IL | 60101 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | UPS Carrier Agreement | United Parcel Service Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 102 S Lombard Road |
| | State the term remaining | Auto-renews | Address |
| | | | |
| | List the contract number of | | |
| | any government contract | | |

| | | | Addison | IL | 60101 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | | | |
| | | | Country | | |

| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | Amended and Restated Exclusive Manufacturing Supply Agreement | Unither Pharmaceuticals |
|---|---|---|---|
| | | | Name |
| | | | Eric Chesnel |
| | | | Notice Name |
| | | | Espace Industriel Nord |
| | State the term remaining | Auto-renews | Address |
| | | | 151 Rue Andre Durouchez |
| | List the contract number of | | |
| | any government contract | | |

| | | | Amiens | HDF | 80080 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | France | | |
| | | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | University of Connecticut Agreement for Services | University of Connecticut |
|---|---|---|---|
| | | | Name |
| | | | Mark Reeves - Director |
| | | | Notice Name |
| | | | Office of VP for Research Sponsored Programs |
| | State the term remaining | 5/30/2024 | Address |
| | | | 438 Whitney Road Extension |
| | List the contract number of any government contract | | Unit 1133 |

| | | | |
|---|---|---|---|
| Storrs | CT | 06269 | |
| City | State | ZIP Code | |

Country

| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | Amendment 1 to Service Agreement | University of Connecticut |
|---|---|---|---|
| | | | Name |
| | | | Mark Reeves - Director |
| | | | Notice Name |
| | | | Office of the VP for Research Sponsored Programs Research |
| | State the term remaining | 9/30/2024 | Address |
| | | | 438 Whitney Road Extension |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| Storrs | CT | 06269 | |
| City | State | ZIP Code | |

Country

| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | UPS Supply Chain Warehouse Distribution Services Agmt | UPS Supply Chain Solutions, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 12380 Morris Road |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| Alpharetta | GA | 30005 | |
| City | State | ZIP Code | |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | National Drug Rebate Agreement | US Dept of Health and Human Services |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 854 Avenue R |
| | **State the term remaining** | Auto-renews | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Grand Prairie | TX | 75050 |

Country

| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | CMS Rebate Agreement | US DHHS |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7400 Security Blvd |
| | **State the term remaining** | Auto-renews | Address |
| | | | Mail Stop S2-14-26 |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Baltimore | MD | 21244 |

Country

| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | Medicaid Drug Rebate Agreement | US DHHS |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 7500 Security Boulevard |
| | **State the term remaining** | Auto-renews | Address |
| | | | Mail Stop S2-14-26 |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Baltimore | MD | 21244 |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | Client Service Agreement | USA Mobile Drug Testing LLC |
|---|---|---|---|
| | | | Name |
| | | | Anthony DiPrizito |
| | | | Notice Name |
| | State the term remaining | Evergreen | 1445 New York Avenue |
| | | | Address |
| | List the contract number of | | |
| | any government contract | | |
| | | | Huntington Station         NY         11746 |
| | | | City         State         ZIP Code |
| | | | Country |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | Veeva Statement of Work | Veeva Systems, Inc. |
| | | | Name |
| | | | Josh Fadois |
| | | | Notice Name |
| | State the term remaining | 1/31/2023 | 4637 Chabot Drive |
| | | | Address |
| | List the contract number of | | Suite 210 |
| | any government contract | | |
| | | | Pleasanton         CA         94588 |
| | | | City         State         ZIP Code |
| | | | Country |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | Veeva Master Subscription Agreement | Veeva Systems, Inc. |
| | | | Name |
| | | | Josh Fadois |
| | | | Notice Name |
| | State the term remaining | Auto-renews | 4637 Chabot Drive |
| | | | Address |
| | List the contract number of | | Suite 210 |
| | any government contract | | |
| | | | Pleasanton         CA         94588 |
| | | | City         State         ZIP Code |
| | | | Country |

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

**2.585** State what the contract or lease is for and the nature of the debtor's interest — Veltek Services Agreement

Veltek Associates, Inc.
Name

Notice Name

15 Lee Boulevard
Address

State the term remaining — Evergreen

List the contract number of any government contract

| Malvern | PA | 19355 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.586** State what the contract or lease is for and the nature of the debtor's interest — Veolia Customer Service Agreement

Veolia ES Solid Waste Midwest, LLC
Name

Nancy Plankey
Notice Name

1363 Bar Road
Address

State the term remaining — Auto-renews

List the contract number of any government contract

| Decatur | IL | 62522 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.587** State what the contract or lease is for and the nature of the debtor's interest — Veolia Customer Service Agreement

Veolia ES Solid Waste Midwest, LLC
Name

Nancy Plankey
Notice Name

1363 Bear Road
Address

State the term remaining — Auto-renews

List the contract number of any government contract

| Decatur | IL | 62522 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | Veolia Environmental Services Customer Agreement | Veolia ES Solid Waste Services, LLC F3 |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | T363 Bear Rd. |
| | State the term remaining | Auto-renews | Address |
| | List the contract number of any government contract | | |

| Decatur | IL | 62522 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Acknowledgement Form | Verizon WIreless |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Legal and External Affairs |
| | State the term remaining | Auto-renews | Address |
| | | | One Verizon Way |
| | List the contract number of any government contract | | VC52S413 |

| Basking Ridge | NJ | 07920-1097 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | 3rd Amendment Agreement | Veronica Development Associates |
|---|---|---|---|
| | | | Name |
| | | | Michael Ventura |
| | | | Notice Name |
| | | | 783 Springfield Avenue |
| | State the term remaining | 7/31/2027 | Address |
| | List the contract number of any government contract | | |

| Summit | NJ | 07901 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known):* 23-10255

| | | | |
|---|---|---|---|
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | Veronica Development Associates |
| | | | Name |
| | | | Michael Ventura |
| | | | Notice Name |
| | **State the term remaining** | 7/31/2027 | 783 Springfield Avenue |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Summit | NJ | 07901 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | 1st Amendment Agreement | Veronica Development Associates |
| | | | Name |
| | | | Michael Ventura |
| | | | Notice Name |
| | **State the term remaining** | 7/31/2027 | 783 Springfield Avenue |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Summit | NJ | 07901 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest** | 2nd Amendment Agreement | Veronica Development Associates, LLC |
| | | | Name |
| | | | Michael Ventura |
| | | | Notice Name |
| | **State the term remaining** | 7/31/2027 | 783 Springfield Avenue |
| | | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Summit | NJ | 07901 |
| | | | City | State | ZIP Code |
| | | | Country |

| Debtor: | Akorn Operating Company LLC | | Case number *(if known)*: | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | Viking Healthcare Agreement | Viking Healthcare Solutions |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1215 Main Street |
| | State the term remaining | Auto-renews | Address |
| | | | Suite 125 |
| | List the contract number of any government contract | | |

| | | | Tewksbury | MA | 01876 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | Vipra Therapeutics LLC Master Consulting Services Agreement | Vipra Therapeutics LLC |
|---|---|---|---|
| | | | Name |
| | | | Sandya Palakurthi |
| | | | Notice Name |
| | | | 7021 Ashdown Dr |
| | State the term remaining | 1/14/2024 | Address |
| | List the contract number of any government contract | | |

| | | | Corpus Christi | TX | 78413 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | Mutual Confidentiality and Non-Disclosure Agreement | Vittarthaa Technologies LLP |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | NO 29 4TH CROSS KIADB |
| | State the term remaining | 4/21/2025 | Address |
| | | | BOMMASANDRA INDUSTRIAL AREA |
| | List the contract number of any government contract | | |

| | | | BANGALORE | KA | 560099 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | INDIA | | |
| | | | Country | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| | | | | |
|---|---|---|---|---|
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | VT Holding Master Professional Services Agmt for Purchase and Installation of Capital Equipment | | VT Holding, LLC dba Versatech Automation |
| | | | | Name |
| | | | | Joe Forbes |
| | | | | Notice Name |
| | | | | 1609 W. Wensing Ave. |
| | **State the term remaining** | 12/13/2024 | | Address |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | | Effingham           IL           62401 |
| | | | | City           State           ZIP Code |
| | | | | Country |

| | | | | |
|---|---|---|---|---|
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | Product Supply Agreement | | VWR International LLC |
| | | | | Name |
| | | | | Nathan Caplinger |
| | | | | Notice Name |
| | | | | 100 Matsonford Road |
| | **State the term remaining** | 5/11/2024 | | Address |
| | | | | Ste 200 |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | | Radnor           PA           19087 |
| | | | | City           State           ZIP Code |
| | | | | Country |

| | | | | |
|---|---|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | Walgreens Indirect Rebate Agreement | | Walgreen Co. |
| | | | | Name |
| | | | | Notice Name |
| | | | | 104 Wilmot Road |
| | **State the term remaining** | Auto-renews | | Address |
| | | | | MS# 1425 |
| | **List the contract number of** | | | |
| | **any government contract** | | | |
| | | | | Deerfield           IL           60015 |
| | | | | City           State           ZIP Code |
| | | | | Country |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | WBAD Group Purchasing Agreement |
| | | Walgreens Boots Alliance Development GmbH |
| | | Name |
| | | Notice Name |
| | | Untermattweg 8 |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |
| | | CH-3027 Berne |
| | | City    State    ZIP Code |
| | | Switzerland |
| | | Country |
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | Member Purchase and Services Agreement |
| | | Walmart Inc. |
| | | Name |
| | | Jinali Desai |
| | | Notice Name |
| | | C/O ALTUS GLOBAL TRADE SOLUTIONS |
| | **State the term remaining** | Evergreen |
| | | Address |
| | | 2400 VETERANS BLVD STE 300 |
| | **List the contract number of any government contract** | |
| | | KENNER    LA    70062 |
| | | City    State    ZIP Code |
| | | Country |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | Severance Agreement |
| | | Warren, Joel |
| | | Name |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | N/A |
| | | Address |
| | **List the contract number of any government contract** | |
| | | City    State    ZIP Code |
| | | Country |

Official Form 206G        **Schedule G: Executory Contracts and Unexpired Leases**        Page 201 of 208

| Debtor: | Akorn Operating Company LLC | | Case number *(if known):* | 23-10255 |
|---|---|---|---|---|
| | Name | | | |

**2.603** State what the contract or lease is for and the nature of the debtor's interest: Waste Management Service Agreement

State the term remaining: Auto-renews

List the contract number of any government contract:

Waste Management of IL
Name

Notice Name

780 N Kirk Rd.
Address

| Batavia | IL | 60510 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.604** State what the contract or lease is for and the nature of the debtor's interest: Water Jel Cosmetic & Pharmaceutical Quality Agreement

State the term remaining: Auto-renews

List the contract number of any government contract:

Water-Jel Techologies, LLC
Name

Jim Geraghty
Notice Name

50 Broad Street
Address

| Carlstadt | NJ | 07072 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.605** State what the contract or lease is for and the nature of the debtor's interest: Waters Master Supply and Services Agreement for Purchase and Installation of Capital Equipment

State the term remaining: 6/7/2024

List the contract number of any government contract:

Waters Technologies Corporation
Name

Notice Name

34 Maple Street
Address

| Milford | MA | 01757 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

| | | |
|---|---|---|
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | Teva Assignment and Assumption Agreement |
| | | Watson Laboratories |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Auto-renews |
| | | 400 Interpace Pkwy |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Parsippany | NJ | 07054-1120 |

Country

| | | |
|---|---|---|
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | Westco Master Construction Agreement |
| | | Westco F.G. Corporation |
| | | Name |
| | | Matt Burra |
| | | Notice Name |
| | | 101-105 Cortlandt |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Sleepy Hollow | NY | 10591 |

Country

| | | |
|---|---|---|
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | Warehouse Operating Agreement |
| | | WestRock CP |
| | | Name |
| | | Notice Name |
| | **State the term remaining** | Auto-renews |
| | | 140 West Industry Court |
| | | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Deer Park | NY | 11729 |

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | Master Professional Services Agreement | Whelan Security Co. DBA GardaWorld Security Services |
| --- | --- | --- | --- |
| | | | Name |
| | | | Luke Hutsell |
| | | | Notice Name |
| | | | 1699 S. Hanley Rd |
| | State the term remaining | 12/6/2024 | Address |
| | | | Suite 350 |
| | List the contract number of any government contract | | |

| | City | State | ZIP Code |
| --- | --- | --- | --- |
| | St. Louis | MO | 63144 |

Country

| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | Offer Letter | William Ostrowski |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | N/A | Address |
| | List the contract number of any government contract | | |

| | City | State | ZIP Code |
| --- | --- | --- | --- |

Country

| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter | Willkie Farr & Gallagher LLP |
| --- | --- | --- | --- |
| | | | Name |
| | | | Russ Leaf |
| | | | Notice Name |
| | | | 787 Seventh Ave |
| | State the term remaining | Evergreen | Address |
| | List the contract number of any government contract | | |

| | City | State | ZIP Code |
| --- | --- | --- | --- |
| | New York | NY | 10019 |

Country

| Debtor: | Akorn Operating Company LLC | Case number *(if known):* | 23-10255 |
|---|---|---|---|
| | Name | | |

| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | EDI Trading Partner Agreement | Winn-Dixie Stores, Inc. |
|---|---|---|---|
| | | | Name |
| | | | John Fegan |
| | | | Notice Name |
| | | | 5050 Edgewood Court |
| | **State the term remaining** | Evergreen | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | Jacksonville | FL | 32254 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | Wissen Master Services Agreement | Wissen Digital, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 2325 Parklawn Drive |
| | **State the term remaining** | Completion of PO's | Address |
| | | | Suite G |
| | **List the contract number of any government contract** | | |

| | | Waukesha | WI | 53186 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | Woodstock Sterile Solutions, Inc. Master Supply Agreement | Woodstock Sterile Solutions, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Paul Josephs |
| | | | Notice Name |
| | | | 2210 Lake Shore Drive |
| | **State the term remaining** | 10/27/2027 | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| | | Woodstock | IL | 60098 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** | Office Lease Agreement |
| | | WSC-GSP B/L Office Park Owner VII LLC |
| | | Name |
| | | WSC-GSP B/L OFFICE PARK OWNER VII, L.L.C. |
| | | Notice Name |
| | | c/o Glenstar Asset Management, LLC |
| | **State the term remaining** | 1/21/2024 |
| | | Address |
| | | 55 East Monroe Street Suite 3950 |
| | **List the contract number of any government contract** | |

| | | | |
|---|---|---|---|
| Chicago | IL | 60603 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract Extension |
| | | YS Marketing Inc. |
| | | Name |
| | | Janay Walker |
| | | Notice Name |
| | | 2004 McDonald Ave |
| | **State the term remaining** | 9/30/2023 |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Brooklyn | NY | 11223 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment 1 to Supply Agreement |
| | | YS Marketing Inc. |
| | | Name |
| | | Joel Silberstein |
| | | Notice Name |
| | | 2004 McDonald Ave |
| | **State the term remaining** | Auto-renews |
| | | Address |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Brooklyn | NY | 11223 |
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

| | | |
|---|---|---|
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | 5/24/2023 |
| | **List the contract number of any government contract** | |

Yury Ashkinadze

Name

Notice Name

Address on File

Address

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest** | Zhejiang Hisun Sales Contract 2022.05.06 (1) |
| | | |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Zhejiang Hisun Pharmaceutical Co., Ltd

Name

Notice Name

No. 46 Waisha Road

Address

Jiaojiang District

| City | State | ZIP Code |
|---|---|---|
| Taizhou City | Zhejiang | 318000 |

China

Country

| | | |
|---|---|---|
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |
| | | |
| | **State the term remaining** | 4/9/2023 |
| | **List the contract number of any government contract** | |

Zundry Padra

Name

Notice Name

Address on File

Address

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

| | | |
|---|---|---|
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest** | API Supply Agreement |
| | | |
| | **State the term remaining** | Auto-renews |
| | **List the contract number of any government contract** | |

Zygosome LLC, Zhejiang Ruibang Laboratories

Name

Notice Name

92 Argilla Rd.

Address

| Andover | MA | 01810 |
|---|---|---|
| City | State | ZIP Code |

Country

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor Name: In re : Akorn Operating Company LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: District of Delaware</td></tr>
<tr><td colspan="2">Case number (if known): 23-10255 (KBO)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Akorn Intermediate Company LLC | 5605 CenterPoint Court<br>Street | MidCap Funding Trust IV Trust | ☒ D<br><br>☐ E/F<br><br>☐ G |
| | Gurnee | IL | 66031 | |
| | City / State / ZIP Code | | |
| | Country | | |
| 2.2 Akorn Intermediate Company LLC | 5605 CenterPoint Court<br>Street | WSFS Institutional Services | ☒ D<br><br>☐ E/F<br><br>☐ G |
| | Gurnee | IL | 66031 | |
| | City / State / ZIP Code | | |
| | Country | | |

| Fill in this information to identify the case: |
|---|
| Debtor Name: In re : Akorn Operating Company LLC |
| United States Bankruptcy Court for the:  District of Delaware |
| Case number (if known): 23-10255 (KBO) |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## ■    Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/03/2023                              ✖  / s / John Sweeney
             _____                            _____
             MM / DD / YYYY                            Signature of individual signing on behalf of debtor

                                                       John Sweeney
                                                       _____
                                                       Printed name

                                                       Third Party Consultant to Debtor
                                                       _____
                                                       Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors