**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* [1] | Case No.  23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**STATEMENT OF FINANCIAL AFFAIRS FOR
<u>AKORN OPERATING COMPANY LLC (CASE NO. 23-10255)</u>**

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and   cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

## THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

These Global Notes regarding the above-captioned debtors and debtors in possession (collectively, the "Debtors") Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them. In the event that the Schedules and/or SOFAs differ from the Global Notes, the Global Notes control.

1. The Debtors prepared these unaudited Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

2. While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs. Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3. In reviewing and signing the Schedules and SOFAs, John Sweeney, the duly authorized and designated representative of the Debtors (the "Designated Representative"), has necessarily relied upon the prior efforts, statements and representations of former employees, personnel, and professionals of the Debtors (the Debtors no longer have any employees). The Designated Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4. The Debtors and their past or present directors, officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein. Disclosure of information in one or more Schedules, one or more SOFAs, or one or more exhibits or attachments to the Schedules or SOFAs, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, SOFAs, exhibits, or attachments.

5.   The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

6.   Disclosure of information in one or more Schedules, one or more SOFAs, or one or more exhibits or attachments to the Schedules or SOFAs, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, SOFAs, exhibits, or attachments.

7.   Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances. Furthermore, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against any of the Debtors.

8.  Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated.  In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," or to similar effect.  Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

9.  At times, the preparation of the Schedules and the SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes.  In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

10. Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

11. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets.  For these reasons, the Debtors have indicated in the Schedules and SOFAs that the values of certain assets and liabilities are undetermined or unknown.  Unless otherwise indicated, the Debtors generally used net book values as of January 31, 2023.  Exceptions to this include Schedule A/B Question 3, Schedule D, and Schedule E/F, which are as of the February 23, 2023 (the "Petition Date"), and certain other assets. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed as undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and SOFAs. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and SOFAs or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and SOFAs does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Schedules and SOFAs shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date.

12. Certain legal actions or administrative proceedings (collectively, the "Actions") reflected against a particular Debtor may relate to any of the other Debtors. The Debtors made reasonable efforts to accurately record the Actions in the Schedules and SOFAs of the Debtor that is the party to the Action. The inclusion of any Action in the Schedules and SOFAs does not constitute an admission by the Debtors of liability, the validity of any Action or the amount of any potential claim that may result from any claims with respect to any Action, or the amount and treatment of any potential claim resulting from any Action currently pending or that may arise in the future.

13. Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and SOFAs.  To the extent these disclosures would be duplicative, the Debtors may have determined to only list such assets, liabilities, and prepetition payments once.

14. The Debtors have not included in the Schedules and SOFAs the future obligations of any capital or operating leases.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

15. The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedule H for the Debtor or Debtors affected by such Guarantees.  However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

16. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

17. The inventories, property, and equipment listed in the Schedules and SOFAs are presented as of January 31, 2023 without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

18. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

19. In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (1) the

purposes of determining (a) control of the Debtors; (b) the extent to which any individual exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (2) any other purpose.

**Specific Disclosures Regarding the Schedules**

20. With respect to Schedule A/B Part 1, question 3 and 4, the account balances are as of the Petition Date.

21. With respect to Schedule A/B Part 2, question 7, the Debtors are required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and SOFAs if deposits are incorrectly identified.

22. With respect to Schedule A/B Part 2, questions 6-8, certain payments disclosed may not be reimbursable to the Debtors due to potential counterclaims against the Debtors or other potential offsetting obligations

23. With respect to Schedule A/B Part 2, question 8, the Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers as part of the ordinary course of business. The Debtors have exercised reasonable efforts to identify any prepayments. The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided. The Debtors reserve their rights, but are not required, to amend the Schedules and SOFAs if prepayments are incorrectly identified

24. With respect to Schedule A/B, Part 2, questions 6-7, the balances reported are as of January 31, 2023, and reflect a previous retainer for their bankruptcy counsel, Young Conaway Stargatt & Taylor, LLP ("Young Conaway"). This amount is listed purely for administrative reasons as a result of the reporting date. The retainer amounts paid by the Debtors to Young Conaway are on an earned upon receipt basis and, thus, do not constitute an interest of the Debtors in property. The total amount paid to Young Conaway is listed in response to SOFA question 11.

25. With respect to Schedule A/B Part 3, question 11a, the gross accounts receivable balance is as of January 31, 2023. For the Debtors, the value of the net accounts receivable balance may be lower due to credits and deductions permitted under the Debtors' customer programs including chargebacks, rebates, product returns, discounts and other programs pursuant to which customers may receive discounts or make deductions from future payments. These programs are consistent with the ordinary course in the Debtors' industry. These programs can be particularly voluminous, unduly burdensome and cost for the Debtors regularly document.

26. Ownership interests in subsidiaries and affiliates have been listed in Schedule A/B, Part 4 as undetermined. The Debtors make no representation as to the value of their ownership of each subsidiary as the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

27. With respect to Schedule A/B Part 4, question 14, the Debtors' have listed a *de minimis* amount of stock in Nicox SA. However, other than legacy financial statements, the Debtors do not currently possess records or knowledge regarding this stock.

28. With respect to Schedule A/B Part 7, office furniture, fixtures, and equipment; and collectibles, dollar amounts are presented net of accumulated depreciation and other adjustments. Because of the large number of furniture, fixtures, and equipment, as well as the difficulty of listing out every one of these assets, these items are listed as group line items. The Debtors may lease furniture, fixtures, and equipment from certain third party lessors. Any such leases are set forth in the Schedules and SOFAs. Nothing in the Schedules and SOFAs is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

29. With respect to Schedule A/B Part 8, question 50, machinery, fixtures and equipment (excluding farm machinery and equipment), dollar amounts are presented net of accumulated depreciation and other adjustments. Because of the large number of machinery, fixtures and equipment, as well as the difficulty of listing out every one of these assets, these items are listed as group line items. The Debtors may lease machinery, fixtures and equipment from certain third party lessors. Any such leases are set forth in the Schedules and SOFAs. Nothing in the Schedules and SOFAs is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

30. With respect to Schedule A/B Part 9, because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have only listed such agreements on Schedule G.

31. With respect to Schedule A/B Part 10, the Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable. For that reason, values are listed as unknown or undetermined where appropriate.

32. With respect to Schedule A/B Part 11, dollar amounts are presented net of impairments and other adjustments. With respect to "Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims," in the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11. With respect to "Interests in Insurance Policies or Annuities," the Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Accordingly, such policies are not listed on Schedule A/B, Part

11. To the extent an insurance policy is determined to have value, it will be included in Schedule A/B.

33. With respect to Schedule D, except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facility and other funded secured indebtedness, only the administrative agents have been listed for purposes of Schedule D. The amounts reflected outstanding under the Debtors' prepetition funded indebtedness reflect approximate amounts as of the Petition Date.

34. Debtor Akorn Operating Company LLC ("AOCL") and Debtor Akorn Intermediate Company LLC ("AICL") are parties to that certain Credit Agreement, dated as of October 1, 2020, by and among AOCL, AICL, the other Loan Parties (as defined therein) party thereto, the Lenders (as defined therein) party thereto, and MidCap Financial Trust (as Administrative Agent) (the "ABL Credit Agreement"), pursuant to which AOCL and AICL received a revolving line of credit in an initial aggregate amount of $160,000,000.  The ABL Facility is secured under a Pledge and Security Agreement (subject to the terms of the Intercreditor Agreement (as defined below) with the Term Loan lenders) by a first priority security interest in all accounts, all inventory, all deposit accounts, all cash and cash equivalents, all equipment located in the United States, all real property located in the United States and all improvements and fixtures thereon, and all books, records, and proceeds related to the foregoing (the "ABL Collateral") and a second priority security interest in all Term Loan Collateral (as defined below).

35. AOCL and AICL are parties to that certain Senior Secured Term Loan Agreement, dated as of October 1, 2020, by and among AOCL, AICL, the other Loan Parties (as defined therein) party thereto, the Lenders (as defined therein) party thereto, and Wilmington Savings Fund Society, FSB (as Administrative Agent) (the "TL Credit Agreement"), pursuant to which AOCL and AICL received a senior secured term loan facility in an initial aggregate amount of $370,000,000.  The Term Loan Facility is secured under a Pledge and Security Agreement (subject to the terms of an Intercreditor Agreement with the ABL Lender) by a first priority security interest in all Collateral (other than the ABL Collateral) and the proceeds thereof (the "Term Loan Collateral," and together with the ABL Collateral, the "Collateral") and a second priority security interest in all ABL Collateral.

36. The ABL Lender and Term Loan Lenders are parties to that certain Intercreditor Agreement, dated as of October 1, 2020, by and among MidCap Funding IV Trust (as successor-by-assignment to MidCap Financial Trust), as Administrative Agent for the ABL Secured Parties (as defined therein) (the "ABL Representative"), Wilmington Savings Fund Society, FSC, as Administrative Agent for the Term Loan Secured Parties (as defined therein) (the "Term Loan Representative"), and each of the Loan Parties party thereto (as defined therein) (the "Intercreditor Agreement"), pursuant to which the ABL Representative and the Term Loan Representative set forth, among other things, (a) their (and the ABL Secured Parties' and the Term Loan Secured Parties') relative lien priorities in the Collateral and enforcement rights and obligations related thereto, (b) the method by and the order in which proceeds of the Collateral shall be applied by the ABL Representative and Term Loan Representative, respectively, (c) the impact on the respective liens of the ABL Representative and Term Loan Representative arising from the sale or disposition of Collateral and (d) the relative rights and obligations of the ABL Representative and Term Loan Representative upon and during the occurrence of any Insolvency Proceeding of any Loan Party (as defined therein).

37. With respect to Schedule E/F, the listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time. With respect to Schedule E/F Part 1, the Debtors have not conducted a legal analysis regarding the potential priority of certain potential claims, such as severance claims, as such an analysis would be prohibitively expensive and unduly burdensome. With respect to Schedule E/F Part 2, all creditors and amounts listed are derived from the Debtors' accounts payable as of the Petition Date. The Debtors are unable to state with certainty the dates that such debts were incurred, and accordingly, the Debtors have not listed the dates that such debts were incurred. The Debtors will, however, provide the chapter 7 trustee with the most recent aging report available.

38. With respect to Schedule E/F, the Debtors have used reasonable best efforts to list all general unsecured claims against the Debtors based upon the Debtors' existing books and records. Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date. The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F. Moreover, the Debtors may have purchased or received certain goods within 20 days of the Petition Date, but such transactions (if any) may not be currently contained in the Debtors' books and records.

39. Schedule E/F contains information regarding potential and pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, however, such

information is contained in the Schedule for that Debtor. Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.  Except in certain limited circumstances, the Debtors have not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule E/F. Such guaranties are, instead, listed on Schedule H.  The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances. The dollar amounts listed may be exclusive of contingent or unliquidated amounts. Unless the Debtors were required to pay ancillary costs, such as freight, miscellaneous fees and taxes, such costs are not included in the liabilities scheduled, as such amounts do not represent actual liabilities of the Debtor.

40.    The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary.  Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.    The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

41.    In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

42. In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

43. As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

44. Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, statements of work, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents also are not set forth in Schedule G.

45. The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary.  Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

46. In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

47. In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, both written and oral, regarding the provision of certain services on a month to month basis. To the extent such contracts or agreements constitute executory contracts, these contracts and agreements may not be listed individually on Schedule G.

48. Certain of the executory contracts may not have been memorialized and could be subject to dispute; executory agreements that are oral in nature have not been included in Schedule G.

49. In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, may not be listed individually on Schedule G.

50. Certain of the executory contracts and unexpired leases listed in Schedule G were assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors.

51.  The Debtors generally have not included on Schedule G any insurance policies, the premiums for which have been prepaid. The Debtors submit that prepaid insurance policies are not executory contracts pursuant to section 365 of the Bankruptcy Code because no further payment or other material performance is required by the Debtors. Nonetheless, the Debtors recognize that in order to enjoy the benefits of continued coverage for certain claims under these policies, the Debtors may have to comply with certain non-monetary obligations, such as the provision of notice of claims and cooperation with insurers. In the event that the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtors reserve all of their rights to amend Schedule G to include such policies, as appropriate.

52.  In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

53.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Certain of the agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement and, where a contract party remained uncertain, such agreements may have been listed on a different Debtor's Schedule G.

54.  With respect to Schedule H, in the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

55.  In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth individually on Schedule H. However, some such claims may be listed elsewhere in the Schedules and SOFAs.

**Specific Disclosures Regarding the SOFAs**

56.  With respect to SOFA Part 2 questions 3-4, applicable cash disbursements made through the Petition Date were captured in the disclosure.

57.  With respect to SOFA Part 2 questions 3-4, certain payment dates disclosed (particularly those listed with the last day of a particular month) are as of the date the disbursement was posted in the

Debtors' general ledger rather than specific disbursement date.  The Debtors have bank statements available to assist in a full reconciliation between posting date and disbursement date.

58.  With respect to SOFA Part 2 question 6, the Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.  In addition, the Debtors engage in several customer programs, including chargebacks, coupon redemption, product returns, rebates, and discounts to customers in the ordinary course of business, and other programs pursuant to which customers may receive credits or make deductions from future payments. These routine programs are consistent with the ordinary course of business in the Debtors' industry. These programs can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document.  As such, these transactions were not considered setoffs for the purpose of responding to Question Six of the Statements, although the Debtors reserve all rights with respect thereto and make no admission or waiver thereby.

59.  With respect to SOFA Part 6, question 11, although the Debtors have made reasonable efforts to distinguish between payments made for professional services related and unrelated to their restructuring efforts, some amounts listed in response to Question 11 may include payments for professional services unrelated to bankruptcy.

60.  With respect to SOFA Part 12, questions 22-24, the Debtors historically have operated over a substantial period of time at various locations.  At some locations, the Debtors may no longer have active operations and may no longer have relevant records, or the records may no longer be complete or reasonably accessible or reviewable. In some cases, statutory document retention periods have passed. Further, some individuals who once possessed responsive information may no longer be employed by the Debtors.  For all these reasons, it may not be reasonably possible to identify and supply all of the requested information that is responsive to Questions 22-24.  The Debtors have made commercially reasonable efforts to provide responsive information.  The Debtors acknowledge the possibility that information related to proceedings, governmental notices and reported releases of hazardous materials responsive to Questions 22-24 may be discovered subsequent to the filing of the Schedules and Statements.  The Debtors reserve the right to supplement or amend this response in the future if additional information becomes available.  This response does not include sites or proceedings related to non-environmental laws, such as occupational safety and health laws or transportation laws.  This response is also limited to identifying circumstances in which governmental agencies have alleged in writing that particular operations of the Debtors are in violation of environmental laws and proceedings that have resulted from alleged violations of environmental laws. This response also does not cover: (i) periodic information requests, investigations or inspections from governmental units concerning compliance with environmental laws; or (ii) routine reports and submissions concerning permitted discharges resulting from routine operations where such reports and submissions were made in compliance with regulatory requirements.

61. With respect to SOFA Part 13 question 26(c)-(d), the Debtors contacted various parties in connection with the Debtors' efforts to market their assets and raise new sources of capital, and the Debtors shared certain financial information to certain of those parties, who are not individually disclosed herein.

62. With respect to SOFA Part 13 question 30, Distributions by the Debtors to their directors and officers are listed in response to Question 4. Certain directors and executive officers of Debtor Akorn Operating Company LLC, were also directors and executive officers of certain of the other Debtors and non-Debtor affiliates. Such individuals were only compensated for services rendered on a consolidated basis, so to the extent payments to such individuals are not listed in the response to Question 4 on the Statements for such Debtor affiliates, they did not receive payment from the Debtors for their services as directors or executive officers of these entities. Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date. The amounts listed under Question 4 reflect the gross amounts paid to such directors and officers rather than the net amounts after deducting for tax withholdings.

**Fill in this information to identify the case:**

Debtor Name: In re : Akorn Operating Company LLC

United States Bankruptcy Court for the:  District Of Delaware

Case number (if known): 23-10255 (KBO)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From  1/1/2023<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $  68,822,586.40 |
| **For prior year:** | From  1/1/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $  1,024,727,700.79 |
| **For the year before that:** | From  1/1/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $  1,321,721,921.29 |

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2023 MM / DD / YYYY | to Filing date | Interest Income | $ 102.47 |
| **For prior year:** | From 1/1/2022 MM / DD / YYYY | to 12/31/2022 MM / DD / YYYY | Interest Income | $ 8,042.88 |
| **For the year before that:** | From 1/1/2021 MM / DD / YYYY | to 12/31/2021 MM / DD / YYYY | Interest Income | $ 147,431.26 |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                Page 2

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*   23-10255

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575 . (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1 | 2ND WATCH INC<br><sub>Creditor's Name</sub><br><br>2310 N MOLTER ST SUITE 340<br><sub>Street</sub><br><br><br>LIBERTY LAKE   WA   99019<br><sub>City       State       ZIP Code</sub><br><br><sub>Country</sub> | 12/8/2022 | $ 3,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2 | 2ND WATCH INC<br><sub>Creditor's Name</sub><br><br>2310 N MOLTER ST SUITE 340<br><sub>Street</sub><br><br><br>LIBERTY LAKE   WA   99019<br><sub>City       State       ZIP Code</sub><br><br><sub>Country</sub> | 12/8/2022 | $ 3,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.3 | 2ND WATCH INC<br><sub>Creditor's Name</sub><br><br>2310 N MOLTER ST SUITE 340<br><sub>Street</sub><br><br><br>LIBERTY LAKE   WA   99019<br><sub>City       State       ZIP Code</sub><br><br><sub>Country</sub> | 12/8/2022 | $ 4,680.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.4 | ABACO STEEL PRODUCTS<br><sub>Creditor's Name</sub><br><br>40 AERO ROAD SUITE 4<br><sub>Street</sub><br><br><br>BOHEMIA   NY   11716<br><sub>City       State       ZIP Code</sub><br><br><sub>Country</sub> | 11/29/2022 | $ 22,811.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

---

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

| 3.5 | ABBEY COLOR | 1/26/2023 | $ | 39,710.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 400 E TIOGA STREET | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PHILADELPHIA    PA    19134 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.6 | ABBEY COLOR | 1/26/2023 | $ | 40,964.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 400 E TIOGA STREET | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PHILADELPHIA    PA    19134 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.7 | ABBEY COLOR | 1/26/2023 | $ | 42,188.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 400 E TIOGA STREET | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PHILADELPHIA    PA    19134 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.8 | ABBEY COLOR | 1/26/2023 | $ | 42,636.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 400 E TIOGA STREET | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PHILADELPHIA    PA    19134 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.9** ABBEY COLOR
Creditor's Name

400 E TIOGA STREET
Street

PHILADELPHIA   PA   19134
City   State   ZIP Code

Country

1/26/2023   $   44,308.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.10** ABBOTT LABORATORIES CO
Creditor's Name

75 BOUL PIERRE-ROUX CP 307
Street

VICTORIAVILLE   QC   G6P 6S9
City   State   ZIP Code

Canada
Country

1/27/2023   $   264,810.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.11** ABBOTT LABORATORIES CO
Creditor's Name

75 BOUL PIERRE-ROUX CP 307
Street

VICTORIAVILLE   QC   G6P 6S9
City   State   ZIP Code

Canada
Country

1/27/2023   $   264,810.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.12** ABS PUMP REPAIR INC
Creditor's Name

89 ALLEN BLVD
Street

FARMINGDALE   NY   11735
City   State   ZIP Code

Country

1/31/2023   $   10,224.72

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor:  Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

**3.13**  ABS PUMP REPAIR INC

Creditor's Name

89 ALLEN BLVD

Street

FARMINGDALE          NY          11735

City          State          ZIP Code

Country

2/13/2023          $          3,476.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.14**  ABSOLUTE PLUMBING OF LONG ISLAND INC

Creditor's Name

90 F KNICKERBOCKER AVENUE

Street

BOHEMIA          NY          11716

City          State          ZIP Code

Country

11/29/2022          $          1,401.26

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.15**  ABSOLUTE PLUMBING OF LONG ISLAND INC

Creditor's Name

90 F KNICKERBOCKER AVENUE

Street

BOHEMIA          NY          11716

City          State          ZIP Code

Country

11/29/2022          $          3,204.44

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.16**  ABSOLUTE PLUMBING OF LONG ISLAND INC

Creditor's Name

90 F KNICKERBOCKER AVENUE

Street

BOHEMIA          NY          11716

City          State          ZIP Code

Country

1/6/2023          $          1,846.63

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.17 | ABSOLUTE PLUMBING OF LONG ISLAND INC | 1/6/2023 | $ | 2,009.56 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 90 F KNICKERBOCKER AVENUE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA        NY        11716 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.18 | ABSOLUTE PLUMBING OF LONG ISLAND INC | 1/12/2023 | $ | 980.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 90 F KNICKERBOCKER AVENUE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA        NY        11716 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.19 | ABSOLUTE PLUMBING OF LONG ISLAND INC | 1/12/2023 | $ | 980.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 90 F KNICKERBOCKER AVENUE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA        NY        11716 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.20 | ABSOLUTE PLUMBING OF LONG ISLAND INC | 1/12/2023 | $ | 9,341.75 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 90 F KNICKERBOCKER AVENUE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA        NY        11716 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.21 | ABSOLUTE PLUMBING OF LONG ISLAND INC | 1/26/2023 | $ 2,118.19 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 90 F KNICKERBOCKER AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOHEMIA    NY    11716 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.22 | ABSOLUTE PLUMBING OF LONG ISLAND INC | 1/26/2023 | $ 2,851.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 90 F KNICKERBOCKER AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOHEMIA    NY    11716 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.23 | ABSOLUTE PLUMBING OF LONG ISLAND INC | 1/26/2023 | $ 3,095.81 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 90 F KNICKERBOCKER AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOHEMIA    NY    11716 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.24 | ACCURISTIX | 1/6/2023 | $ 42.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 122 STONE RIDGE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | VAUGHAN    ON    L4H 0A5 | | | |
| | City    State    ZIP Code | | | |
| | Canada | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.25 | ACCURISTIX | 1/6/2023 | $ 542.99 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 122 STONE RIDGE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | VAUGHAN    ON    L4H 0A5 | | | |
| | City    State    ZIP Code | | | |
| | Canada | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.26 | ACCURISTIX | 1/6/2023 | $ 1,525.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 122 STONE RIDGE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | VAUGHAN    ON    L4H 0A5 | | | |
| | City    State    ZIP Code | | | |
| | Canada | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.27 | ACCURISTIX | 1/6/2023 | $ 2,034.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 122 STONE RIDGE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | VAUGHAN    ON    L4H 0A5 | | | |
| | City    State    ZIP Code | | | |
| | Canada | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.28 | ACCURISTIX | 1/6/2023 | $ 6,052.29 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 122 STONE RIDGE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | VAUGHAN    ON    L4H 0A5 | | | |
| | City    State    ZIP Code | | | |
| | Canada | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                                      Case number *(if known)*:    23-10255

Name

| 3.29 | ACCURISTIX | 1/31/2023 | $ | 29.65 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 122 STONE RIDGE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | VAUGHAN    ON    L4H 0A5 | | | | |
| | City    State    ZIP Code | | | | |
| | Canada | | | | |
| | Country | | | | |

| 3.30 | ACCURISTIX | 1/31/2023 | $ | 31.55 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 122 STONE RIDGE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | VAUGHAN    ON    L4H 0A5 | | | | |
| | City    State    ZIP Code | | | | |
| | Canada | | | | |
| | Country | | | | |

| 3.31 | ACCURISTIX | 1/31/2023 | $ | 59.44 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 122 STONE RIDGE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | VAUGHAN    ON    L4H 0A5 | | | | |
| | City    State    ZIP Code | | | | |
| | Canada | | | | |
| | Country | | | | |

| 3.32 | ACCURISTIX | 1/31/2023 | $ | 200.04 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 122 STONE RIDGE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | VAUGHAN    ON    L4H 0A5 | | | | |
| | City    State    ZIP Code | | | | |
| | Canada | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                                     Case number *(if known):*    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.33 | ACCURISTIX | 1/31/2023 | $ | 6,052.28 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☑ Suppliers or vendors |
| | 122 STONE RIDGE ROAD | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | VAUGHAN    ON    L4H 0A5 | | | | |
| | City    State    ZIP Code | | | | |
| | Canada | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.34 | ACCURISTIX | 1/31/2023 | $ | 6,052.28 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☑ Suppliers or vendors |
| | 122 STONE RIDGE ROAD | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | VAUGHAN    ON    L4H 0A5 | | | | |
| | City    State    ZIP Code | | | | |
| | Canada | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.35 | ACCURISTIX | 2/8/2023 | $ | 47.99 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☑ Suppliers or vendors |
| | 122 STONE RIDGE ROAD | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | VAUGHAN    ON    L4H 0A5 | | | | |
| | City    State    ZIP Code | | | | |
| | Canada | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.36 | AEP ENERGY INC -REMIT | 11/29/2022 | $ | 12,638.53 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☑ Suppliers or vendors |
| | PO BOX 6329 | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | CAROL STREAM    IL    60197-6329 | | | | |
| | City    State    ZIP Code | | | | |
| | | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                                              Case number (if known): 23-10255

Name

| 3.37 | AEP ENERGY INC -REMIT | 11/29/2022 | $ | 67,472.18 | ☐ Secured debt |
|------|------------------------|------------|---|-----------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 6329 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM      IL      60197-6329 | | | | |
| | City            State      ZIP Code | | | | |
| | Country | | | | |

| 3.38 | AEP ENERGY INC -REMIT | 1/19/2023 | $ | 12,404.24 | ☐ Secured debt |
|------|------------------------|------------|---|-----------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 6329 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM      IL      60197-6329 | | | | |
| | City            State      ZIP Code | | | | |
| | Country | | | | |

| 3.39 | AEP ENERGY INC -REMIT | 1/26/2023 | $ | 14,173.04 | ☐ Secured debt |
|------|------------------------|------------|---|-----------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 6329 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM      IL      60197-6329 | | | | |
| | City            State      ZIP Code | | | | |
| | Country | | | | |

| 3.40 | AEP ENERGY INC -REMIT | 1/26/2023 | $ | 63,541.70 | ☐ Secured debt |
|------|------------------------|------------|---|-----------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 6329 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM      IL      60197-6329 | | | | |
| | City            State      ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                    Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.41 | AFLAC PREMIUM HOLDING (#7685) | 1/19/2023 | $ 14,787.68 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 50013 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEWARK          NJ          07101 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.42 | AFLAC PREMIUM HOLDING (#7685) | 1/26/2023 | $ 10,662.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 50013 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEWARK          NJ          07101 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.43 | AFLAC PREMIUM HOLDING (#7685) | 1/26/2023 | $ 11,027.94 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 50013 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEWARK          NJ          07101 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.44 | AFLAC PREMIUM HOLDING (#7685) | 1/26/2023 | $ 11,111.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 50013 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEWARK          NJ          07101 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Name

Case number (if known):    23-10255

| 3.45 | AFLAC PREMIUM HOLDING (#7685) | 1/26/2023 | $ | 14,544.24 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 50013 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEWARK    NJ    07101 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.46 | AFLAC PREMIUM HOLDING (#7685) | 1/26/2023 | $ | 16,972.08 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 50013 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEWARK    NJ    07101 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.47 | AGILENT TECHNOLOGIES -REMIT | 11/29/2022 | $ | (3,820.18) | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.48 | AGILENT TECHNOLOGIES -REMIT | 11/29/2022 | $ | 328.05 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.49 | AGILENT TECHNOLOGIES -REMIT | 11/29/2022 | $ | 478.66 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.50 | AGILENT TECHNOLOGIES -REMIT | 11/29/2022 | $ | 702.15 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.51 | AGILENT TECHNOLOGIES -REMIT | 11/29/2022 | $ | 1,320.90 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.52 | AGILENT TECHNOLOGIES -REMIT | 11/29/2022 | $ | 3,595.46 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.53 | AGILENT TECHNOLOGIES -REMIT<br>Creditor's Name | 11/29/2022 | $ 3,820.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 4187 COLLECTIONS CENTER DRIVE<br>Street | | | |
| | CHICAGO        IL        60693<br>City        State        ZIP Code | | | |
| | Country | | | |
| 3.54 | AGILENT TECHNOLOGIES -REMIT<br>Creditor's Name | 11/29/2022 | $ 12,530.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 4187 COLLECTIONS CENTER DRIVE<br>Street | | | |
| | CHICAGO        IL        60693<br>City        State        ZIP Code | | | |
| | Country | | | |
| 3.55 | AGILENT TECHNOLOGIES -REMIT<br>Creditor's Name | 1/6/2023 | $ 441.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 4187 COLLECTIONS CENTER DRIVE<br>Street | | | |
| | CHICAGO        IL        60693<br>City        State        ZIP Code | | | |
| | Country | | | |
| 3.56 | AGILENT TECHNOLOGIES -REMIT<br>Creditor's Name | 1/6/2023 | $ 510.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 4187 COLLECTIONS CENTER DRIVE<br>Street | | | |
| | CHICAGO        IL        60693<br>City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.57 | AGILENT TECHNOLOGIES -REMIT | 1/6/2023 | $ | 2,074.00 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.58 | AGILENT TECHNOLOGIES -REMIT | 1/12/2023 | $ | 249.48 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.59 | AGILENT TECHNOLOGIES -REMIT | 1/12/2023 | $ | 316.15 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.60 | AGILENT TECHNOLOGIES -REMIT | 1/12/2023 | $ | 3,069.00 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC          Case number *(if known)*      23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.61 | AGILENT TECHNOLOGIES -REMIT | 1/12/2023 | $ 3,069.00 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.62 | AGILENT TECHNOLOGIES -REMIT | 1/12/2023 | $ 5,157.60 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.63 | AGILENT TECHNOLOGIES -REMIT | 1/12/2023 | $ 10,387.44 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.64 | AGILENT TECHNOLOGIES -REMIT | 1/12/2023 | $ 13,899.90 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.65 | AGILENT TECHNOLOGIES -REMIT | 1/12/2023 | $ | 32,543.28 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | | | | | |
| | Country | | | | |

| 3.66 | AGILENT TECHNOLOGIES -REMIT | 1/12/2023 | $ | 49,557.76 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | | | | | |
| | Country | | | | |

| 3.67 | AGILENT TECHNOLOGIES -REMIT | 1/19/2023 | $ | 1,035.30 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | | | | | |
| | Country | | | | |

| 3.68 | AGILENT TECHNOLOGIES -REMIT | 1/19/2023 | $ | 7,971.29 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.69**  AGILENT TECHNOLOGIES -REMIT
Creditor's Name

1/31/2023

$    87.57

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

4187 COLLECTIONS CENTER DRIVE
Street

CHICAGO          IL          60693
City          State          ZIP Code

Country

**3.70**  AGILENT TECHNOLOGIES -REMIT
Creditor's Name

1/31/2023

$    499.80

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

4187 COLLECTIONS CENTER DRIVE
Street

CHICAGO          IL          60693
City          State          ZIP Code

Country

**3.71**  AGILENT TECHNOLOGIES -REMIT
Creditor's Name

1/31/2023

$    587.44

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

4187 COLLECTIONS CENTER DRIVE
Street

CHICAGO          IL          60693
City          State          ZIP Code

Country

**3.72**  AGILENT TECHNOLOGIES -REMIT
Creditor's Name

1/31/2023

$    632.20

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

4187 COLLECTIONS CENTER DRIVE
Street

CHICAGO          IL          60693
City          State          ZIP Code

Country

Debtor:  Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.73 | AGILENT TECHNOLOGIES -REMIT | 1/31/2023 | $ | 1,385.93 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO  IL  60693 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| 3.74 | AGILENT TECHNOLOGIES -REMIT | 1/31/2023 | $ | 1,419.95 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO  IL  60693 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| 3.75 | AGILENT TECHNOLOGIES -REMIT | 1/31/2023 | $ | 2,449.71 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO  IL  60693 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| 3.76 | AGILENT TECHNOLOGIES -REMIT | 1/31/2023 | $ | 5,307.31 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO  IL  60693 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

| 3.77 | AGILENT TECHNOLOGIES -REMIT | 2/8/2023 | $ | 302.55 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.78 | AGILENT TECHNOLOGIES -REMIT | 2/8/2023 | $ | 1,388.42 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.79 | AGILENT TECHNOLOGIES -REMIT | 2/13/2023 | $ | 759.07 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4187 COLLECTIONS CENTER DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.80 | AIRMATIC COMPRESSOR SYSTEMS INC | 1/19/2023 | $ | 16,238.97 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 700 WASHINGTON AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CARLSTADT          NJ          07072 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

**3.81** AK-MEDICAID

Creditor's Name

PO BOX 84991

Street

SEATTLE          WA          98124

City          State          ZIP Code

Country

| 12/22/2022 | $ (194.57) |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.82** AK-MEDICAID

Creditor's Name

PO BOX 84991

Street

SEATTLE          WA          98124

City          State          ZIP Code

Country

| 12/22/2022 | $ (0.70) |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.83** AK-MEDICAID

Creditor's Name

PO BOX 84991

Street

SEATTLE          WA          98124

City          State          ZIP Code

Country

| 12/22/2022 | $ 18,559.02 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.84** ALBEA AMERICAS -REMIT

Creditor's Name

PO BOX 22647

Street

NEW YORK          NY          10087-2647

City          State          ZIP Code

Country

| 11/29/2022 | $ 13,950.82 |
|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 3.85 | ALCAMI CORPORATION | 1/12/2023 | $ | 668.00 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHARLOTTE        NC        28260
City        State        ZIP Code

Country

| 3.86 | ALCAMI CORPORATION | 1/12/2023 | $ | 1,614.00 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHARLOTTE        NC        28260
City        State        ZIP Code

Country

| 3.87 | ALCAMI CORPORATION | 1/12/2023 | $ | 1,614.00 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHARLOTTE        NC        28260
City        State        ZIP Code

Country

| 3.88 | ALCAMI CORPORATION | 1/19/2023 | $ | 288.27 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHARLOTTE        NC        28260
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*:    23-10255
_____

3.89  ALCAMI CORPORATION
_____
Creditor's Name

PO BOX 603059
_____
Street

_____

CHARLOTTE          NC          28260
_____
City                State        ZIP Code

_____
Country

1/19/2023          $          374.90

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.90  ALCAMI CORPORATION
_____
Creditor's Name

PO BOX 603059
_____
Street

_____

CHARLOTTE          NC          28260
_____
City                State        ZIP Code

_____
Country

1/19/2023          $          566.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.91  ALCAMI CORPORATION
_____
Creditor's Name

PO BOX 603059
_____
Street

_____

CHARLOTTE          NC          28260
_____
City                State        ZIP Code

_____
Country

1/19/2023          $          852.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.92  ALCAMI CORPORATION
_____
Creditor's Name

PO BOX 603059
_____
Street

_____

CHARLOTTE          NC          28260
_____
City                State        ZIP Code

_____
Country

1/19/2023          $          852.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.93 | ALCAMI CORPORATION | 1/19/2023 | $ | 939.55 | ☐ | Secured debt |
|------|--------------------|-----------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHARLOTTE        NC        28260

City        State        ZIP Code

Country

---

| 3.94 | ALCAMI CORPORATION | 1/19/2023 | $ | 1,190.00 | ☐ | Secured debt |
|------|--------------------|-----------|---|----------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHARLOTTE        NC        28260

City        State        ZIP Code

Country

---

| 3.95 | ALCAMI CORPORATION | 1/19/2023 | $ | 1,238.00 | ☐ | Secured debt |
|------|--------------------|-----------|---|----------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHARLOTTE        NC        28260

City        State        ZIP Code

Country

---

| 3.96 | ALCAMI CORPORATION | 1/19/2023 | $ | 1,518.00 | ☐ | Secured debt |
|------|--------------------|-----------|---|----------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHARLOTTE        NC        28260

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| 3.97 | ALCAMI CORPORATION | 1/19/2023 | $ 1,994.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHARLOTTE      NC      28260

City      State      ZIP Code

Country

---

3.98   ALCAMI CORPORATION     1/19/2023   $ 1,994.00

Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

PO BOX 603059

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHARLOTTE      NC      28260

City      State      ZIP Code

Country

---

3.99   ALCAMI CORPORATION     1/19/2023   $ 2,470.00

Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

PO BOX 603059

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHARLOTTE      NC      28260

City      State      ZIP Code

Country

---

3.100   ALCAMI CORPORATION     1/19/2023   $ 2,470.00

Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

PO BOX 603059

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHARLOTTE      NC      28260

City      State      ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.101 | ALCAMI CORPORATION | 1/19/2023 | $ 2,475.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 603059 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHARLOTTE    NC    28260 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.102 | ALCAMI CORPORATION | 1/19/2023 | $ 3,658.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 603059 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHARLOTTE    NC    28260 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.103 | ALCAMI CORPORATION | 1/31/2023 | $ 585.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 603059 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHARLOTTE    NC    28260 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.104 | ALCAMI CORPORATION | 1/31/2023 | $ 804.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 603059 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHARLOTTE    NC    28260 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.105 | ALCAMI CORPORATION | 1/31/2023 | $ | 1,614.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHARLOTTE    NC    28260
City    State    ZIP Code

Country

| 3.106 | ALCAMI CORPORATION | 1/31/2023 | $ | 2,042.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHARLOTTE    NC    28260
City    State    ZIP Code

Country

| 3.107 | ALCAMI CORPORATION | 1/31/2023 | $ | 3,898.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHARLOTTE    NC    28260
City    State    ZIP Code

Country

| 3.108 | ALCAMI CORPORATION | 1/31/2023 | $ | 6,219.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 603059

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHARLOTTE    NC    28260
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC                                          Case number *(if known)*:    23-10255

Name

| 3.109 | ALCAMI CORPORATION | 2/13/2023 | $ | 852.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 603059 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHARLOTTE      NC      28260 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.110 | ALCUS FUEL OIL & SONS INC | 12/8/2022 | $ | 451.87 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | AMITYVILLE      NY      11701 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.111 | ALCUS FUEL OIL & SONS INC | 1/6/2023 | $ | 1,363.81 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | AMITYVILLE      NY      11701 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.112 | ALCUS FUEL OIL & SONS INC | 1/6/2023 | $ | 1,839.57 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | AMITYVILLE      NY      11701 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.113 | ALCUS FUEL OIL & SONS INC | 1/6/2023 | $ | 2,466.33 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | AMITYVILLE    NY    11701 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.114 | ALCUS FUEL OIL & SONS INC | 1/19/2023 | $ | 489.66 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | AMITYVILLE    NY    11701 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.115 | ALCUS FUEL OIL & SONS INC | 1/19/2023 | $ | 540.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | AMITYVILLE    NY    11701 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.116 | ALCUS FUEL OIL & SONS INC | 1/19/2023 | $ | 640.73 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | AMITYVILLE    NY    11701 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.117 | ALCUS FUEL OIL & SONS INC | 1/19/2023 | $ 853.12 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | AMITYVILLE   NY   11701 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.118 | ALCUS FUEL OIL & SONS INC | 1/19/2023 | $ 862.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | AMITYVILLE   NY   11701 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.119 | ALCUS FUEL OIL & SONS INC | 1/19/2023 | $ 1,178.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | AMITYVILLE   NY   11701 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.120 | ALCUS FUEL OIL & SONS INC | 1/19/2023 | $ 1,222.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | AMITYVILLE   NY   11701 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.121 | ALCUS FUEL OIL & SONS INC | 1/19/2023 | $ | 1,233.84 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | AMITYVILLE    NY    11701 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.122 | ALCUS FUEL OIL & SONS INC | 1/19/2023 | $ | 1,329.64 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | AMITYVILLE    NY    11701 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.123 | ALCUS FUEL OIL & SONS INC | 1/19/2023 | $ | 1,505.13 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | AMITYVILLE    NY    11701 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.124 | ALCUS FUEL OIL & SONS INC | 1/19/2023 | $ | 2,065.67 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | AMITYVILLE    NY    11701 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| 3.125 | ALCUS FUEL OIL & SONS INC | 1/26/2023 | $ | 851.70 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | AMITYVILLE   NY   11701 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.126 | ALCUS FUEL OIL & SONS INC | 1/31/2023 | $ | 854.95 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 238 BROADWAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | AMITYVILLE   NY   11701 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.127 | ALKU -REMIT | 1/6/2023 | $ | 3,680.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 986530 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON   MA   02298-6530 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.128 | ALKU -REMIT | 1/6/2023 | $ | 4,600.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 986530 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON   MA   02298-6530 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor:  Akorn Operating Company LLC                                           Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.129 | ALKU -REMIT | 1/6/2023 | $    4,600.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 986530 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOSTON          MA      02298-6530 | | | |
| | City              State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.130 | ALKU -REMIT | 1/6/2023 | $    4,600.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 986530 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOSTON          MA      02298-6530 | | | |
| | City              State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.131 | ALKU -REMIT | 1/6/2023 | $    4,600.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 986530 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOSTON          MA      02298-6530 | | | |
| | City              State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.132 | ALKU -REMIT | 1/6/2023 | $    4,600.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 986530 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOSTON          MA      02298-6530 | | | |
| | City              State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 3.133 ALKU -REMIT | 1/6/2023 | $ 5,040.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 986530 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| BOSTON          MA          02298-6530 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.134 ALKU -REMIT | 1/12/2023 | $ 4,600.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 986530 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| BOSTON          MA          02298-6530 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.135 ALKU -REMIT | 1/19/2023 | $ 4,600.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 986530 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| BOSTON          MA          02298-6530 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.136 AL-MEDICAID | 12/22/2022 | $ (776.39) | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| DRUG REBATE ACCOUNTS RECEIVABLES | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| 501 DEXTER AVE PO BOX 5624 | | | ☐ Other |
| MONTGOMERY          AL          36103-5624 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC        Case number *(if known)*:    23-10255

Name

**3.137** AL-MEDICAID
Creditor's Name

    12/22/2022    $      (48.68)

DRUG REBATE ACCOUNTS RECEIVABLES
Street

501 DEXTER AVE PO BOX 5624

MONTGOMERY    AL    36103-5624
City       State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.138** AL-MEDICAID
Creditor's Name

    12/22/2022    $      (5.77)

DRUG REBATE ACCOUNTS RECEIVABLES
Street

501 DEXTER AVE PO BOX 5624

MONTGOMERY    AL    36103-5624
City       State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.139** AL-MEDICAID
Creditor's Name

    12/22/2022    $      (5.30)

DRUG REBATE ACCOUNTS RECEIVABLES
Street

501 DEXTER AVE PO BOX 5624

MONTGOMERY    AL    36103-5624
City       State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.140** AL-MEDICAID
Creditor's Name

    12/22/2022    $      (1.94)

DRUG REBATE ACCOUNTS RECEIVABLES
Street

501 DEXTER AVE PO BOX 5624

MONTGOMERY    AL    36103-5624
City       State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.141 | AL-MEDICAID | 12/22/2022 | $ 73,921.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DRUG REBATE ACCOUNTS RECEIVABLES | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 501 DEXTER AVE PO BOX 5624 | | | ☐ Other |
| | MONTGOMERY   AL   36103-5624 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.142 | AMBER INTERNATIONAL | 12/29/2022 | $ 115,545.44 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 111 NORTHFIELD AVE STE 312 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST ORANGE   NJ   07052 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.143 | AMEREN ILLINOIS | 12/8/2022 | $ 3.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 88034 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO   IL   60680-1034 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.144 | AMEREN ILLINOIS | 12/8/2022 | $ 273.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 88034 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO   IL   60680-1034 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                    Case number *(if known):*    23-10255

Name

| | | | |
|---|---|---|---|
| 3.145 | AMEREN ILLINOIS | 12/8/2022 | $ 351.86 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 88034
Street

CHICAGO          IL          60680-1034
City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.146 | AMEREN ILLINOIS | 12/8/2022 | $ 4,752.51 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 88034
Street

CHICAGO          IL          60680-1034
City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.147 | AMEREN ILLINOIS | 12/8/2022 | $ 4,817.06 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 88034
Street

CHICAGO          IL          60680-1034
City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.148 | AMEREN ILLINOIS | 1/6/2023 | $ (7,946.81) |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 88034
Street

CHICAGO          IL          60680-1034
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.149 | AMEREN ILLINOIS | 1/6/2023 | $ | (1,329.08) | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 88034

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO          IL          60680-1034

City          State          ZIP Code

Country

| 3.150 | AMEREN ILLINOIS | 1/6/2023 | $ | 3.21 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 88034

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO          IL          60680-1034

City          State          ZIP Code

Country

| 3.151 | AMEREN ILLINOIS | 1/6/2023 | $ | 32.09 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 88034

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO          IL          60680-1034

City          State          ZIP Code

Country

| 3.152 | AMEREN ILLINOIS | 1/6/2023 | $ | 267.17 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 88034

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO          IL          60680-1034

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.153 | AMEREN ILLINOIS | 1/6/2023 | $ 280.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 88034 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO         IL         60680-1034 | | | |
| | City         State         ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.154 | AMEREN ILLINOIS | 1/6/2023 | $ 1,296.99 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 88034 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO         IL         60680-1034 | | | |
| | City         State         ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.155 | AMEREN ILLINOIS | 1/6/2023 | $ 1,401.69 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 88034 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO         IL         60680-1034 | | | |
| | City         State         ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.156 | AMEREN ILLINOIS | 1/6/2023 | $ 1,572.91 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 88034 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO         IL         60680-1034 | | | |
| | City         State         ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):     23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.157 | AMEREN ILLINOIS | 1/6/2023 | $ 1,907.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 88034 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60680-1034 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.158 | AMEREN ILLINOIS | 1/6/2023 | $ 2,079.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 88034 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60680-1034 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.159 | AMEREN ILLINOIS | 1/6/2023 | $ 2,580.08 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 88034 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60680-1034 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.160 | AMEREN ILLINOIS | 1/6/2023 | $ 4,881.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 88034 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60680-1034 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255
Name

| | | | |
|---|---|---|---|
| 3.161 | AMERICAN INTERNATION CHEMICAL INC (AIC) | 1/19/2023 | $ 22,130.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

2000 WEST PARK DRIVE STE 300
Street

WESTBOROUGH      MA      01581
City           State      ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.162 | AMERICAN INTERNATIONAL RELOCATION SOL | 12/8/2022 | $ 102.44 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DBA AIRES
Street

PO BOX 536459

PITTSBURGH      PA      15253
City           State      ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.163 | AMERICAN INTERNATIONAL RELOCATION SOL | 12/8/2022 | $ 134.02 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DBA AIRES
Street

PO BOX 536459

PITTSBURGH      PA      15253
City           State      ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.164 | AMERICAN INTERNATIONAL RELOCATION SOL | 12/8/2022 | $ 142.44 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DBA AIRES
Street

PO BOX 536459

PITTSBURGH      PA      15253
City           State      ZIP Code

Country

Debtor:  Akorn Operating Company LLC                                          Case number *(if known)*:    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.165 | AMERICAN INTERNATIONAL RELOCATION SOL | 12/8/2022 | $ | 775.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DBA AIRES | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 536459 | | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.166 | AMERICAN INTERNATIONAL RELOCATION SOL | 12/8/2022 | $ | 2,069.17 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DBA AIRES | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 536459 | | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.167 | AMERICAN INTERNATIONAL RELOCATION SOL | 12/8/2022 | $ | 2,497.38 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DBA AIRES | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 536459 | | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.168 | AMERICAN INTERNATIONAL RELOCATION SOL | 12/8/2022 | $ | 3,040.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DBA AIRES | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 536459 | | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.169 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $ | 17.59 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DBA AIRES
Street

PO BOX 536459

PITTSBURGH      PA      15253
City              State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.170 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $ | 26.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DBA AIRES
Street

PO BOX 536459

PITTSBURGH      PA      15253
City              State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.171 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $ | 43.20 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DBA AIRES
Street

PO BOX 536459

PITTSBURGH      PA      15253
City              State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.172 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $ | 46.40 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DBA AIRES
Street

PO BOX 536459

PITTSBURGH      PA      15253
City              State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.173 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $ 56.04 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DBA AIRES | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 536459 | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | |
| | City        State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.174 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $ 57.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DBA AIRES | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 536459 | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | |
| | City        State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.175 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $ 94.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DBA AIRES | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 536459 | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | |
| | City        State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.176 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $ 112.28 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DBA AIRES | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 536459 | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | |
| | City        State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| | AMERICAN INTERNATIONAL RELOCATION | | | ☐ Secured debt |
| 3.177 | SOL | 1/19/2023 | $    118.70 | |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | |
| | DBA AIRES | | | ☒ Suppliers or vendors |
| | Street | | | |
| | | | | ☐ Services |
| | PO BOX 536459 | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | |
| | City    State    ZIP Code | | | |

Country

| | | | | |
|---|---|---|---|---|
| | AMERICAN INTERNATIONAL RELOCATION | | | ☐ Secured debt |
| 3.178 | SOL | 1/19/2023 | $    118.89 | |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | |
| | DBA AIRES | | | ☒ Suppliers or vendors |
| | Street | | | |
| | | | | ☐ Services |
| | PO BOX 536459 | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | |
| | City    State    ZIP Code | | | |

Country

| | | | | |
|---|---|---|---|---|
| | AMERICAN INTERNATIONAL RELOCATION | | | ☐ Secured debt |
| 3.179 | SOL | 1/19/2023 | $    121.58 | |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | |
| | DBA AIRES | | | ☒ Suppliers or vendors |
| | Street | | | |
| | | | | ☐ Services |
| | PO BOX 536459 | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | |
| | City    State    ZIP Code | | | |

Country

| | | | | |
|---|---|---|---|---|
| | AMERICAN INTERNATIONAL RELOCATION | | | ☐ Secured debt |
| 3.180 | SOL | 1/19/2023 | $    143.49 | |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | |
| | DBA AIRES | | | ☒ Suppliers or vendors |
| | Street | | | |
| | | | | ☐ Services |
| | PO BOX 536459 | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | |
| | City    State    ZIP Code | | | |

Country

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| | Name | | | |
| 3.181 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $ 315.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DBA AIRES | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 536459 | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.182 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $ 775.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DBA AIRES | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 536459 | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.183 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $ 945.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DBA AIRES | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 536459 | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.184 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $ 1,080.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DBA AIRES | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 536459 | | | ☐ Other |
| | PITTSBURGH    PA    15253 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                                      Case number *(if known)*:   23-10255

Name

| 3.185 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $  1,337.24 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DBA AIRES

☑ Suppliers or vendors

Street

☐ Services

PO BOX 536459

☐ Other

| PITTSBURGH | PA | 15253 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.186 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $  2,376.95 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DBA AIRES

☑ Suppliers or vendors

Street

☐ Services

PO BOX 536459

☐ Other

| PITTSBURGH | PA | 15253 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.187 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $  2,643.27 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DBA AIRES

☑ Suppliers or vendors

Street

☐ Services

PO BOX 536459

☐ Other

| PITTSBURGH | PA | 15253 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.188 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $  2,686.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DBA AIRES

☑ Suppliers or vendors

Street

☐ Services

PO BOX 536459

☐ Other

| PITTSBURGH | PA | 15253 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 3.189 | AMERICAN INTERNATIONAL RELOCATION SOL | 1/19/2023 | $        3,885.88 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DBA AIRES
Street

PO BOX 536459

PITTSBURGH          PA          15253
City                State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.190 | AMERIHEALTH CARITAS MCO | 11/29/2022 | $          (918.64) |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 935889
Street

ATTN NC AMERIHEALTH CARITAS

ATLANTA          GA          31193
City              State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.191 | AMERIHEALTH CARITAS MCO | 11/29/2022 | $          (1.11) |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 935889
Street

ATTN NC AMERIHEALTH CARITAS

ATLANTA          GA          31193
City              State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.192 | AMERIHEALTH CARITAS MCO | 11/29/2022 | $          2.04 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 935889
Street

ATTN NC AMERIHEALTH CARITAS

ATLANTA          GA          31193
City              State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.193 | AMERIHEALTH CARITAS MCO | 11/29/2022 | $ | 22.02 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 935889 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN NC AMERIHEALTH CARITAS | | | | ☐ Other |
| | ATLANTA  GA  31193 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| 3.194 | AMERIHEALTH CARITAS MCO | 11/29/2022 | $ | 21,187.14 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 935889 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN NC AMERIHEALTH CARITAS | | | | ☐ Other |
| | ATLANTA  GA  31193 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| 3.195 | AMERISOURCEBERGEN GLOBAL SERVICES | 12/27/2022 | $ | 974.42 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | SEILERSTRASSE 8 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 3011 BERN | | | | ☐ Other |
| | City  State  ZIP Code | | | | |
| | SWITZERLAND | | | | |
| | Country | | | | |

| 3.196 | AMERISOURCEBERGEN GLOBAL SERVICES | 12/27/2022 | $ | 3,293.86 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | SEILERSTRASSE 8 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 3011 BERN | | | | ☐ Other |
| | City  State  ZIP Code | | | | |
| | SWITZERLAND | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.197 | AMERISOURCEBERGEN GLOBAL SERVICES | 12/27/2022 | $ | 4,882.27 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

SEILERSTRASSE 8
Street

☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3011 BERN

City          State          ZIP Code

SWITZERLAND
Country

| 3.198 | AMERISOURCEBERGEN GLOBAL SERVICES | 12/27/2022 | $ | 5,233.17 |
|---|---|---|---|---|

Creditor's Name

SEILERSTRASSE 8
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3011 BERN

City          State          ZIP Code

SWITZERLAND
Country

| 3.199 | AMERISOURCEBERGEN GLOBAL SERVICES | 12/27/2022 | $ | 5,813.42 |
|---|---|---|---|---|

Creditor's Name

SEILERSTRASSE 8
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3011 BERN

City          State          ZIP Code

SWITZERLAND
Country

| 3.200 | AMERISOURCEBERGEN GLOBAL SERVICES | 12/27/2022 | $ | 16,416.45 |
|---|---|---|---|---|

Creditor's Name

SEILERSTRASSE 8
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3011 BERN

City          State          ZIP Code

SWITZERLAND
Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.201 | AMERISOURCEBERGEN GLOBAL SERVICES | 12/27/2022 | $ 51,335.44 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | SEILERSTRASSE 8 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 3011 BERN | | | ☐ Other |
| | City   State   ZIP Code | | | |
| | SWITZERLAND | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.202 | AMERISOURCEBERGEN GLOBAL SERVICES | 12/27/2022 | $ 59,059.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | SEILERSTRASSE 8 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 3011 BERN | | | ☐ Other |
| | City   State   ZIP Code | | | |
| | SWITZERLAND | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.203 | AMERISOURCEBERGEN GLOBAL SERVICES | 12/27/2022 | $ 65,126.17 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | SEILERSTRASSE 8 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 3011 BERN | | | ☐ Other |
| | City   State   ZIP Code | | | |
| | SWITZERLAND | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.204 | AMERISOURCEBERGEN GLOBAL SERVICES | 12/27/2022 | $ 70,937.62 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | SEILERSTRASSE 8 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 3011 BERN | | | ☐ Other |
| | City   State   ZIP Code | | | |
| | SWITZERLAND | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC _____    Case number *(if known)*: _____ 23-10255 _____

Name

| 3.205 | AMETEK BROOKFIELD -REMIT | 11/29/2022 | $ | 389.26 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419319

☑ Suppliers or vendors

Street

☐ Services

☐ Other

BOSTON          MA          02241-9319

City          State          ZIP Code

Country

---

| 3.206 | AMETEK BROOKFIELD -REMIT | 11/29/2022 | $ | 1,940.63 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419319

☑ Suppliers or vendors

Street

☐ Services

☐ Other

BOSTON          MA          02241-9319

City          State          ZIP Code

Country

---

| 3.207 | AMETEK BROOKFIELD -REMIT | 1/31/2023 | $ | 305.90 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419319

☑ Suppliers or vendors

Street

☐ Services

☐ Other

BOSTON          MA          02241-9319

City          State          ZIP Code

Country

---

| 3.208 | AMETEK BROOKFIELD -REMIT | 1/31/2023 | $ | 399.86 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419319

☑ Suppliers or vendors

Street

☐ Services

☐ Other

BOSTON          MA          02241-9319

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.209 | AMETEK BROOKFIELD -REMIT | 1/31/2023 | $ 440.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

| | | | | ☐ Unsecured loan repayments |
|---|---|---|---|---|

PO BOX 419319

Street

☒ Suppliers or vendors

☐ Services

BOSTON        MA        02241-9319

City        State        ZIP Code

☐ Other

Country

| 3.210 | AMETEK BROOKFIELD -REMIT | 1/31/2023 | $ 678.99 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419319

Street

☒ Suppliers or vendors

☐ Services

BOSTON        MA        02241-9319

City        State        ZIP Code

☐ Other

Country

| 3.211 | AMETEK BROOKFIELD -REMIT | 1/31/2023 | $ 959.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419319

Street

☒ Suppliers or vendors

☐ Services

BOSTON        MA        02241-9319

City        State        ZIP Code

☐ Other

Country

| 3.212 | AMETEK BROOKFIELD -REMIT | 1/31/2023 | $ 1,248.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419319

Street

☒ Suppliers or vendors

☐ Services

BOSTON        MA        02241-9319

City        State        ZIP Code

☐ Other

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.213 | AMETEK BROOKFIELD -REMIT | 1/31/2023 | $ | 1,365.63 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 419319 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON    MA    02241-9319 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.214 | AMETEK BROOKFIELD -REMIT | 1/31/2023 | $ | 1,598.19 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 419319 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON    MA    02241-9319 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.215 | AMETEK BROOKFIELD -REMIT | 1/31/2023 | $ | 2,969.14 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 419319 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON    MA    02241-9319 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.216 | AMETEK BROOKFIELD -REMIT | 1/31/2023 | $ | 3,050.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 419319 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON    MA    02241-9319 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor:  Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.217 | AMETEK BROOKFIELD -REMIT | 1/31/2023 | $ | 3,915.63 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 419319 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON    MA    02241-9319 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.218 | AMETEK BROOKFIELD -REMIT | 2/8/2023 | $ | 799.71 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 419319 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON    MA    02241-9319 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.219 | AMPHENOL THERMOMETRICS INC -REMIT | 1/26/2023 | $ | 1,365.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28690 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-1286 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.220 | AMPHENOL THERMOMETRICS INC -REMIT | 1/26/2023 | $ | 9,781.15 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28690 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-1286 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                                      Case number *(if known)*:    23-10255

Name

| 3.221 | ANDON BRUSH COMPANY INC | 11/29/2022 | $ | 38,700.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1 MERRIT AVENUE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | LITTLE FALLS    NJ    07424 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.222 | ANDON BRUSH COMPANY INC | 11/29/2022 | $ | 38,700.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1 MERRIT AVENUE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | LITTLE FALLS    NJ    07424 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.223 | ANDON BRUSH COMPANY INC | 11/29/2022 | $ | 38,700.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1 MERRIT AVENUE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | LITTLE FALLS    NJ    07424 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.224 | ANDON BRUSH COMPANY INC | 11/29/2022 | $ | 38,700.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1 MERRIT AVENUE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | LITTLE FALLS    NJ    07424 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC                                         Case number *(if known)*:    23-10255

Name

| 3.225 | ANDON BRUSH COMPANY INC | 11/29/2022 | $ | 38,700.00 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1  MERRIT AVENUE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LITTLE FALLS        NJ        07424

City                State        ZIP Code

Country

---

| 3.226 | ANDON BRUSH COMPANY INC | 1/6/2023 | $ | 38,700.00 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1  MERRIT AVENUE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LITTLE FALLS        NJ        07424

City                State        ZIP Code

Country

---

| 3.227 | ANDON BRUSH COMPANY INC | 2/13/2023 | $ | 38,700.00 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1  MERRIT AVENUE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LITTLE FALLS        NJ        07424

City                State        ZIP Code

Country

---

| 3.228 | APEX MATERIAL HANDLING CORP OF IL INC | 11/29/2022 | $ | 439.94 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

391 CHARLES COURT

☒ Suppliers or vendors

Street

☐ Services

☐ Other

WEST CHICAGO        IL        60185

City                State        ZIP Code

Country

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 59

Debtor: Akorn Operating Company LLC                                   Case number *(if known)*:   23-10255

Name

| 3.229 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ | 60.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 391 CHARLES COURT | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | WEST CHICAGO    IL    60185 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.230 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ | 75.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 391 CHARLES COURT | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | WEST CHICAGO    IL    60185 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.231 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ | 75.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 391 CHARLES COURT | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | WEST CHICAGO    IL    60185 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.232 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ | 76.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 391 CHARLES COURT | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | WEST CHICAGO    IL    60185 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.233 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 76.00 | ☐ Secured debt |
|---|---|---|---|---|

3.233 APEX MATERIAL HANDLING CORP OF IL INC    1/19/2023    $ 76.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

391 CHARLES COURT
Street

WEST CHICAGO          IL          60185
City                State          ZIP Code

Country

3.234 APEX MATERIAL HANDLING CORP OF IL INC    1/19/2023    $ 76.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

391 CHARLES COURT
Street

WEST CHICAGO          IL          60185
City                State          ZIP Code

Country

3.235 APEX MATERIAL HANDLING CORP OF IL INC    1/19/2023    $ 76.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

391 CHARLES COURT
Street

WEST CHICAGO          IL          60185
City                State          ZIP Code

Country

3.236 APEX MATERIAL HANDLING CORP OF IL INC    1/19/2023    $ 76.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

391 CHARLES COURT
Street

WEST CHICAGO          IL          60185
City                State          ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.237 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 76.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO        IL        60185 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.238 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 76.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO        IL        60185 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.239 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 76.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO        IL        60185 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.240 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 76.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO        IL        60185 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 62

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.241 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 76.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO    IL    60185 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.242 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 76.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO    IL    60185 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.243 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 76.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO    IL    60185 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.244 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 76.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO    IL    60185 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| 3.245 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ | 76.00 | | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | 391 CHARLES COURT | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☐ | Other |

WEST CHICAGO        IL        60185
City            State        ZIP Code

Country

| 3.246 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ | 76.00 | | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | 391 CHARLES COURT | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☐ | Other |

WEST CHICAGO        IL        60185
City            State        ZIP Code

Country

| 3.247 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ | 76.00 | | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | 391 CHARLES COURT | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☐ | Other |

WEST CHICAGO        IL        60185
City            State        ZIP Code

Country

| 3.248 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ | 76.00 | | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | 391 CHARLES COURT | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☐ | Other |

WEST CHICAGO        IL        60185
City            State        ZIP Code

Country

Debtor: Akorn Operating Company LLC _____   Case number (if known):   23-10255 _____

Name

| | | | | |
|---|---|---|---|---|
| 3.249 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 89.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO        IL        60185 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.250 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 90.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO        IL        60185 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.251 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 98.59 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO        IL        60185 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.252 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 100.35 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO        IL        60185 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.253 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 105.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO    IL    60185 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.254 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 536.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO    IL    60185 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.255 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 686.06 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO    IL    60185 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.256 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ 711.79 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 391 CHARLES COURT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WEST CHICAGO    IL    60185 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.257 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ | 2,319.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

391 CHARLES COURT
Street

WEST CHICAGO        IL        60185
City                State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| 3.258 | APEX MATERIAL HANDLING CORP OF IL INC | 1/19/2023 | $ | 7,661.53 |

Creditor's Name

391 CHARLES COURT
Street

WEST CHICAGO        IL        60185
City                State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| 3.259 | APEX MATERIAL HANDLING CORP OF IL INC | 1/31/2023 | $ | 392.99 |

Creditor's Name

391 CHARLES COURT
Street

WEST CHICAGO        IL        60185
City                State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| 3.260 | APEX MATERIAL HANDLING CORP OF IL INC | 1/31/2023 | $ | 1,095.49 |

Creditor's Name

391 CHARLES COURT
Street

WEST CHICAGO        IL        60185
City                State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.261 APEXUS LLC
Creditor's Name

11/29/2022    $    64,019.30

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 842167
Street

DALLAS         TX        75284-2167
City           State     ZIP Code

Country

3.262 APEXUS LLC
Creditor's Name

1/12/2023    $    85,763.28

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 842167
Street

DALLAS         TX        75284-2167
City           State     ZIP Code

Country

3.263 APPLIED PHYSICS INC - REMIT
Creditor's Name

1/19/2023    $    39,918.55

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 186
Street

MONTE VISTA    CO        81144
City           State     ZIP Code

Country

3.264 APTAR & GATEWAY -REMIT
Creditor's Name

1/6/2023    $    448,875.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 96284
Street

CHICAGO        IL        60693
City           State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

---

**3.265** APTAR & GATEWAY -REMIT

Creditor's Name

PO BOX 96284

Street

CHICAGO          IL          60693

City          State          ZIP Code

Country

1/31/2023          $          1,495.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.266** ARAMARK CLEANROOM SERVICES

Creditor's Name

25259 NETWORK PLACE

Street

AUCA CHICAGO LOCKBOX

CHICAGO          IL          60673-1252

City          State          ZIP Code

Country

11/29/2022          $          149.11

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.267** ARAMARK CLEANROOM SERVICES

Creditor's Name

25259 NETWORK PLACE

Street

AUCA CHICAGO LOCKBOX

CHICAGO          IL          60673-1252

City          State          ZIP Code

Country

11/29/2022          $          149.11

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.268** ARAMARK CLEANROOM SERVICES

Creditor's Name

25259 NETWORK PLACE

Street

AUCA CHICAGO LOCKBOX

CHICAGO          IL          60673-1252

City          State          ZIP Code

Country

11/29/2022          $          223.42

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.269 | ARAMARK CLEANROOM SERVICES | 11/29/2022 | $ | 223.42 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | | | ☐ Other |
| | CHICAGO     IL     60673-1252 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.270 | ARAMARK CLEANROOM SERVICES | 11/29/2022 | $ | 223.42 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | | | ☐ Other |
| | CHICAGO     IL     60673-1252 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.271 | ARAMARK CLEANROOM SERVICES | 11/29/2022 | $ | 223.42 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | | | ☐ Other |
| | CHICAGO     IL     60673-1252 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.272 | ARAMARK CLEANROOM SERVICES | 11/29/2022 | $ | 223.42 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | | | ☐ Other |
| | CHICAGO     IL     60673-1252 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.273 | ARAMARK CLEANROOM SERVICES | 11/29/2022 | $ | 267.36 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO          IL          60673-1252 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.274 | ARAMARK CLEANROOM SERVICES | 11/29/2022 | $ | 267.36 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO          IL          60673-1252 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.275 | ARAMARK CLEANROOM SERVICES | 11/29/2022 | $ | 3,059.56 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO          IL          60673-1252 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.276 | ARAMARK CLEANROOM SERVICES | 11/29/2022 | $ | 3,290.77 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO          IL          60673-1252 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.277 | ARAMARK CLEANROOM SERVICES | 11/29/2022 | $ 3,413.53 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.278 | ARAMARK CLEANROOM SERVICES | 11/29/2022 | $ 3,621.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.279 | ARAMARK CLEANROOM SERVICES | 11/29/2022 | $ 5,323.86 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.280 | ARAMARK CLEANROOM SERVICES | 11/29/2022 | $ 5,713.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

| | | Name | |

**3.281** ARAMARK CLEANROOM SERVICES
Creditor's Name

25259 NETWORK PLACE
Street

AUCA CHICAGO LOCKBOX

CHICAGO    IL    60673-1252
City    State    ZIP Code

Country

11/29/2022    $    10,824.04

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.282** ARAMARK CLEANROOM SERVICES
Creditor's Name

25259 NETWORK PLACE
Street

AUCA CHICAGO LOCKBOX

CHICAGO    IL    60673-1252
City    State    ZIP Code

Country

11/29/2022    $    58,500.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.283** ARAMARK CLEANROOM SERVICES
Creditor's Name

25259 NETWORK PLACE
Street

AUCA CHICAGO LOCKBOX

CHICAGO    IL    60673-1252
City    State    ZIP Code

Country

1/6/2023    $    (84.84)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.284** ARAMARK CLEANROOM SERVICES
Creditor's Name

25259 NETWORK PLACE
Street

AUCA CHICAGO LOCKBOX

CHICAGO    IL    60673-1252
City    State    ZIP Code

Country

1/6/2023    $    149.11

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC
Case number *(if known):*  23-10255

Name

| 3.285 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ | 223.42 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

25259 NETWORK PLACE
☑ Suppliers or vendors
Street
☐ Services

AUCA CHICAGO LOCKBOX
☐ Other

CHICAGO        IL        60673-1252
City            State      ZIP Code

Country

| 3.286 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ | 1,061.90 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

25259 NETWORK PLACE
☑ Suppliers or vendors
Street
☐ Services

AUCA CHICAGO LOCKBOX
☐ Other

CHICAGO        IL        60673-1252
City            State      ZIP Code

Country

| 3.287 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ | 1,913.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

25259 NETWORK PLACE
☑ Suppliers or vendors
Street
☐ Services

AUCA CHICAGO LOCKBOX
☐ Other

CHICAGO        IL        60673-1252
City            State      ZIP Code

Country

| 3.288 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ | 2,730.61 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

25259 NETWORK PLACE
☑ Suppliers or vendors
Street
☐ Services

AUCA CHICAGO LOCKBOX
☐ Other

CHICAGO        IL        60673-1252
City            State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

| | Name |
|---|---|

3.289 ARAMARK CLEANROOM SERVICES
Creditor's Name

25259 NETWORK PLACE
Street

AUCA CHICAGO LOCKBOX

CHICAGO          IL          60673-1252
City          State          ZIP Code

Country

1/6/2023          $          2,775.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.290 ARAMARK CLEANROOM SERVICES
Creditor's Name

25259 NETWORK PLACE
Street

AUCA CHICAGO LOCKBOX

CHICAGO          IL          60673-1252
City          State          ZIP Code

Country

1/6/2023          $          3,051.84

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.291 ARAMARK CLEANROOM SERVICES
Creditor's Name

25259 NETWORK PLACE
Street

AUCA CHICAGO LOCKBOX

CHICAGO          IL          60673-1252
City          State          ZIP Code

Country

1/6/2023          $          3,051.84

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.292 ARAMARK CLEANROOM SERVICES
Creditor's Name

25259 NETWORK PLACE
Street

AUCA CHICAGO LOCKBOX

CHICAGO          IL          60673-1252
City          State          ZIP Code

Country

1/6/2023          $          3,139.39

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

| | Name | | |
|---|---|---|---|

| 3.293 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ | 3,288.19 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

CHICAGO          IL          60673-1252
City          State          ZIP Code

Country

| 3.294 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ | 3,290.77 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

CHICAGO          IL          60673-1252
City          State          ZIP Code

Country

| 3.295 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ | 3,294.63 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

CHICAGO          IL          60673-1252
City          State          ZIP Code

Country

| 3.296 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ | 3,452.16 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

CHICAGO          IL          60673-1252
City          State          ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 76

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.297 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ | 3,463.75 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO    IL    60673-1252 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.298 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ | 3,471.47 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO    IL    60673-1252 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.299 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ | 5,245.33 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO    IL    60673-1252 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.300 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ | 5,446.18 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO    IL    60673-1252 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC                    Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.301 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ 5,522.14 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.302 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ 5,689.16 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.303 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ 5,698.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.304 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ 5,721.35 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.305 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ 7,800.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO       IL       60673-1252 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.306 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ 9,615.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO       IL       60673-1252 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.307 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ 10,853.66 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO       IL       60673-1252 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.308 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ 10,861.38 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO       IL       60673-1252 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.309 | ARAMARK CLEANROOM SERVICES | 1/6/2023 | $ 10,928.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.310 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ 157.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.311 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ 157.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.312 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ 162.15 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC
Case number *(if known)*:    23-10255

Name

| 3.313 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 166.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO    IL    60673-1252 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.314 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 223.42 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO    IL    60673-1252 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.315 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 224.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO    IL    60673-1252 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.316 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 241.31 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO    IL    60673-1252 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.317 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 266.77 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO          IL          60673-1252 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.318 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 267.36 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO          IL          60673-1252 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.319 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 435.99 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO          IL          60673-1252 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.320 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 475.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO          IL          60673-1252 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| 3.321 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 3,041.54 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☑ Suppliers or vendors

Street

☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

CHICAGO            IL            60673-1252
City            State            ZIP Code

Country

| 3.322 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 3,042.83 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☑ Suppliers or vendors

Street

☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

CHICAGO            IL            60673-1252
City            State            ZIP Code

Country

| 3.323 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 3,051.84 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☑ Suppliers or vendors

Street

☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

CHICAGO            IL            60673-1252
City            State            ZIP Code

Country

| 3.324 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 3,058.28 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☑ Suppliers or vendors

Street

☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

CHICAGO            IL            60673-1252
City            State            ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.325 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 3,086.60 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO    IL    60673-1252 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.326 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 3,147.11 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO    IL    60673-1252 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.327 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 3,286.91 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO    IL    60673-1252 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.328 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 3,297.21 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | | ☐ | Other |
| | CHICAGO    IL    60673-1252 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.329 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ 3,298.49 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☑ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ | Other |
| | CHICAGO   IL   60673-1252 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.330 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ 3,303.64 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☑ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ | Other |
| | CHICAGO   IL   60673-1252 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.331 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ 3,306.22 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☑ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ | Other |
| | CHICAGO   IL   60673-1252 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.332 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ 3,430.27 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☑ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ | Other |
| | CHICAGO   IL   60673-1252 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.333 | ARAMARK CLEANROOM SERVICES<br>Creditor's Name | 1/19/2023 | $ 3,450.87 | ☐ | Secured debt |
| | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE<br>Street | | | ☒ | Suppliers or vendors |
| | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ | Other |
| | CHICAGO        IL        60673-1252<br>City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.334 | ARAMARK CLEANROOM SERVICES<br>Creditor's Name | 1/19/2023 | $ 3,459.88 | ☐ | Secured debt |
| | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE<br>Street | | | ☒ | Suppliers or vendors |
| | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ | Other |
| | CHICAGO        IL        60673-1252<br>City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.335 | ARAMARK CLEANROOM SERVICES<br>Creditor's Name | 1/19/2023 | $ 3,463.75 | ☐ | Secured debt |
| | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE<br>Street | | | ☒ | Suppliers or vendors |
| | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ | Other |
| | CHICAGO        IL        60673-1252<br>City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.336 | ARAMARK CLEANROOM SERVICES<br>Creditor's Name | 1/19/2023 | $ 3,470.18 | ☐ | Secured debt |
| | | | | ☐ | Unsecured loan repayments |
| | 25259 NETWORK PLACE<br>Street | | | ☒ | Suppliers or vendors |
| | | | | ☐ | Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ | Other |
| | CHICAGO        IL        60673-1252<br>City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.337 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 3,494.65 | |
|---|---|---|---|---|---|

Creditor's Name

25259 NETWORK PLACE

Street

AUCA CHICAGO LOCKBOX

CHICAGO            IL            60673-1252

City            State            ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.338 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 3,601.06 | |
|---|---|---|---|---|---|

Creditor's Name

25259 NETWORK PLACE

Street

AUCA CHICAGO LOCKBOX

CHICAGO            IL            60673-1252

City            State            ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.339 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 5,292.96 | |
|---|---|---|---|---|---|

Creditor's Name

25259 NETWORK PLACE

Street

AUCA CHICAGO LOCKBOX

CHICAGO            IL            60673-1252

City            State            ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.340 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 5,309.70 | |
|---|---|---|---|---|---|

Creditor's Name

25259 NETWORK PLACE

Street

AUCA CHICAGO LOCKBOX

CHICAGO            IL            60673-1252

City            State            ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 3.341 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $    5,325.15 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

25259 NETWORK PLACE
Street

AUCA CHICAGO LOCKBOX

CHICAGO            IL          60673-1252
City                State        ZIP Code

Country

---

| | | | |
|---|---|---|---|
| 3.342 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $    5,375.36 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

25259 NETWORK PLACE
Street

AUCA CHICAGO LOCKBOX

CHICAGO            IL          60673-1252
City                State        ZIP Code

Country

---

| | | | |
|---|---|---|---|
| 3.343 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $    5,403.69 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

25259 NETWORK PLACE
Street

AUCA CHICAGO LOCKBOX

CHICAGO            IL          60673-1252
City                State        ZIP Code

Country

---

| | | | |
|---|---|---|---|
| 3.344 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $    5,519.56 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

25259 NETWORK PLACE
Street

AUCA CHICAGO LOCKBOX

CHICAGO            IL          60673-1252
City                State        ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.345 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ 5,699.46 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.346 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ 5,718.78 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.347 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ 5,725.21 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.348 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ 5,732.94 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25259 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | AUCA CHICAGO LOCKBOX | | | ☐ Other |
| | CHICAGO    IL    60673-1252 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.349 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 5,756.11 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☒ Suppliers or vendors

Street

AUCA CHICAGO LOCKBOX

☐ Services

☐ Other

CHICAGO    IL    60673-1252

City    State    ZIP Code

Country

| 3.350 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 5,874.56 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☒ Suppliers or vendors

Street

AUCA CHICAGO LOCKBOX

☐ Services

☐ Other

CHICAGO    IL    60673-1252

City    State    ZIP Code

Country

| 3.351 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 10,803.44 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☒ Suppliers or vendors

Street

AUCA CHICAGO LOCKBOX

☐ Services

☐ Other

CHICAGO    IL    60673-1252

City    State    ZIP Code

Country

| 3.352 | ARAMARK CLEANROOM SERVICES | 1/19/2023 | $ | 10,831.77 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☒ Suppliers or vendors

Street

AUCA CHICAGO LOCKBOX

☐ Services

☐ Other

CHICAGO    IL    60673-1252

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.353  ARAMARK CLEANROOM SERVICES

Creditor's Name

1/19/2023  $  10,840.78

☐ Secured debt
☐ Unsecured loan repayments

25259 NETWORK PLACE

Street

☒ Suppliers or vendors
☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

CHICAGO          IL          60673-1252

City          State          ZIP Code

Country

3.354  ARAMARK CLEANROOM SERVICES

Creditor's Name

1/19/2023  $  10,885.84

☐ Secured debt
☐ Unsecured loan repayments

25259 NETWORK PLACE

Street

☒ Suppliers or vendors
☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

CHICAGO          IL          60673-1252

City          State          ZIP Code

Country

3.355  ARAMARK CLEANROOM SERVICES

Creditor's Name

1/19/2023  $  11,017.17

☐ Secured debt
☐ Unsecured loan repayments

25259 NETWORK PLACE

Street

☒ Suppliers or vendors
☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

CHICAGO          IL          60673-1252

City          State          ZIP Code

Country

3.356  ARAMARK CLEANROOM SERVICES

Creditor's Name

1/19/2023  $  11,362.22

☐ Secured debt
☐ Unsecured loan repayments

25259 NETWORK PLACE

Street

☒ Suppliers or vendors
☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

CHICAGO          IL          60673-1252

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.357 | ARAMARK CLEANROOM SERVICES | 1/26/2023 | $ | 162.15 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

| CHICAGO | IL | 60673-1252 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.358 | ARAMARK CLEANROOM SERVICES | 1/26/2023 | $ | 266.77 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

| CHICAGO | IL | 60673-1252 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.359 | ARAMARK CLEANROOM SERVICES | 1/26/2023 | $ | 3,046.69 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

| CHICAGO | IL | 60673-1252 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.360 | ARAMARK CLEANROOM SERVICES | 1/26/2023 | $ | 3,292.06 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

25259 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

AUCA CHICAGO LOCKBOX

☐ Other

| CHICAGO | IL | 60673-1252 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.361 | ARAMARK CLEANROOM SERVICES | 1/26/2023 | $ | 3,428.98 |

Creditor's Name

25259 NETWORK PLACE

Street

AUCA CHICAGO LOCKBOX

CHICAGO          IL          60673-1252

City                State                ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | | |
|---|---|---|---|---|
| 3.362 | ARAMARK CLEANROOM SERVICES | 1/26/2023 | $ | 5,366.35 |

Creditor's Name

25259 NETWORK PLACE

Street

AUCA CHICAGO LOCKBOX

CHICAGO          IL          60673-1252

City                State                ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | | |
|---|---|---|---|---|
| 3.363 | ARAMARK CLEANROOM SERVICES | 1/26/2023 | $ | 5,753.54 |

Creditor's Name

25259 NETWORK PLACE

Street

AUCA CHICAGO LOCKBOX

CHICAGO          IL          60673-1252

City                State                ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | | |
|---|---|---|---|---|
| 3.364 | ARAMARK CLEANROOM SERVICES | 1/26/2023 | $ | 11,013.31 |

Creditor's Name

25259 NETWORK PLACE

Street

AUCA CHICAGO LOCKBOX

CHICAGO          IL          60673-1252

City                State                ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known):*    23-10255
_____

3.365  ARAMARK UNIFORM SERVICES
Creditor's Name

26792 NEWARK PLACE
Street
_____

_____

CHICAGO            IL        60673-1792
City          State      ZIP Code
_____
Country

11/29/2022        $          981.13

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.366  ARAMARK UNIFORM SERVICES
Creditor's Name

26792 NEWARK PLACE
Street
_____

_____

CHICAGO            IL        60673-1792
City          State      ZIP Code
_____
Country

11/29/2022        $        1,048.58

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.367  ARAMARK UNIFORM SERVICES
Creditor's Name

26792 NEWARK PLACE
Street
_____

_____

CHICAGO            IL        60673-1792
City          State      ZIP Code
_____
Country

11/29/2022        $        1,237.82

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.368  ARAMARK UNIFORM SERVICES
Creditor's Name

26792 NEWARK PLACE
Street
_____

_____

CHICAGO            IL        60673-1792
City          State      ZIP Code
_____
Country

11/29/2022        $        1,237.82

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

| | Name | | | | |
|---|---|---|---|---|---|

**3.369** ARAMARK UNIFORM SERVICES
Creditor's Name

11/29/2022    $    2,488.80

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

26792 NEWARK PLACE
Street

CHICAGO          IL          60673-1792
City              State       ZIP Code

Country

**3.370** ARAMARK UNIFORM SERVICES
Creditor's Name

11/29/2022    $    2,773.32

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

26792 NEWARK PLACE
Street

CHICAGO          IL          60673-1792
City              State       ZIP Code

Country

**3.371** ARAMARK UNIFORM SERVICES
Creditor's Name

12/8/2022    $    1,234.52

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

26792 NEWARK PLACE
Street

CHICAGO          IL          60673-1792
City              State       ZIP Code

Country

**3.372** ARAMARK UNIFORM SERVICES
Creditor's Name

12/8/2022    $    1,237.82

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

26792 NEWARK PLACE
Street

CHICAGO          IL          60673-1792
City              State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.373 | ARAMARK UNIFORM SERVICES | 12/8/2022 | $ | 2,488.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

26792 NEWARK PLACE
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO    IL    60673-1792
City    State    ZIP Code

Country

| 3.374 | ARAMARK UNIFORM SERVICES | 1/6/2023 | $ | 149.11 |
|---|---|---|---|---|

Creditor's Name

26792 NEWARK PLACE
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO    IL    60673-1792
City    State    ZIP Code

Country

| 3.375 | ARAMARK UNIFORM SERVICES | 1/6/2023 | $ | 223.42 |
|---|---|---|---|---|

Creditor's Name

26792 NEWARK PLACE
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO    IL    60673-1792
City    State    ZIP Code

Country

| 3.376 | ARAMARK UNIFORM SERVICES | 1/6/2023 | $ | 1,217.85 |
|---|---|---|---|---|

Creditor's Name

26792 NEWARK PLACE
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO    IL    60673-1792
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.377 | ARAMARK UNIFORM SERVICES | 1/6/2023 | $ | 1,247.84 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60673-1792 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.378 | ARAMARK UNIFORM SERVICES | 1/6/2023 | $ | 1,247.84 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60673-1792 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.379 | ARAMARK UNIFORM SERVICES | 1/6/2023 | $ | 1,247.84 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60673-1792 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.380 | ARAMARK UNIFORM SERVICES | 1/6/2023 | $ | 1,441.76 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60673-1792 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.381 | ARAMARK UNIFORM SERVICES | 1/6/2023 | $ | 1,511.90 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60673-1792 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.382 | ARAMARK UNIFORM SERVICES | 1/6/2023 | $ | 1,722.05 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60673-1792 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.383 | ARAMARK UNIFORM SERVICES | 1/6/2023 | $ | 2,446.10 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60673-1792 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.384 | ARAMARK UNIFORM SERVICES | 1/6/2023 | $ | 2,522.70 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60673-1792 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC                                      Case number *(if known):*   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.385 | ARAMARK UNIFORM SERVICES | 1/6/2023 | $ | 2,730.61 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

26792 NEWARK PLACE
Street

CHICAGO          IL          60673-1792
City          State          ZIP Code

Country

---

3.386   ARAMARK UNIFORM SERVICES          1/6/2023          $          2,769.18
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

26792 NEWARK PLACE
Street

CHICAGO          IL          60673-1792
City          State          ZIP Code

Country

---

3.387   ARAMARK UNIFORM SERVICES          1/19/2023          $          1,194.65
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

26792 NEWARK PLACE
Street

CHICAGO          IL          60673-1792
City          State          ZIP Code

Country

---

3.388   ARAMARK UNIFORM SERVICES          1/19/2023          $          1,217.20
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

26792 NEWARK PLACE
Street

CHICAGO          IL          60673-1792
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.389 | ARAMARK UNIFORM SERVICES | 1/19/2023 | $ 1,247.84 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

26792 NEWARK PLACE
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO    IL    60673-1792
City    State    ZIP Code

Country

---

3.390 ARAMARK UNIFORM SERVICES
Creditor's Name

1/19/2023    $ 1,266.35

26792 NEWARK PLACE
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO    IL    60673-1792
City    State    ZIP Code

Country

---

3.391 ARAMARK UNIFORM SERVICES
Creditor's Name

1/19/2023    $ 1,266.35

26792 NEWARK PLACE
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO    IL    60673-1792
City    State    ZIP Code

Country

---

3.392 ARAMARK UNIFORM SERVICES
Creditor's Name

1/19/2023    $ 1,298.96

26792 NEWARK PLACE
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO    IL    60673-1792
City    State    ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.393 | ARAMARK UNIFORM SERVICES | 1/19/2023 | $ 2,343.79 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL        60673-1792 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.394 | ARAMARK UNIFORM SERVICES | 1/19/2023 | $ 2,369.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL        60673-1792 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.395 | ARAMARK UNIFORM SERVICES | 1/19/2023 | $ 2,730.61 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL        60673-1792 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.396 | ARAMARK UNIFORM SERVICES | 1/31/2023 | $ 1,247.84 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL        60673-1792 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*     23-10255

Name

| | | | |
|---|---|---|---|
| 3.397 | ARAMARK UNIFORM SERVICES | 1/31/2023 | $ 1,251.67 |

Creditor's Name

26792 NEWARK PLACE
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

CHICAGO            IL        60673-1792
City              State      ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.398 | ARAMARK UNIFORM SERVICES | 1/31/2023 | $ 1,266.35 |

Creditor's Name

26792 NEWARK PLACE
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

CHICAGO            IL        60673-1792
City              State      ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.399 | ARAMARK UNIFORM SERVICES | 1/31/2023 | $ 2,446.10 |

Creditor's Name

26792 NEWARK PLACE
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

CHICAGO            IL        60673-1792
City              State      ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.400 | ARAMARK UNIFORM SERVICES | 1/31/2023 | $ 2,730.61 |

Creditor's Name

26792 NEWARK PLACE
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

CHICAGO            IL        60673-1792
City              State      ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.401 | ARAMARK UNIFORM SERVICES | 2/13/2023 | $ 1,251.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1792 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.402 | ARAMARK UNIFORM SERVICES | 2/13/2023 | $ 1,267.93 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1792 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.403 | ARAMARK UNIFORM SERVICES | 2/13/2023 | $ 2,446.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 26792 NEWARK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1792 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.404 | ARENT FOX LLP | 11/29/2022 | $ 6,543.72 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 644672 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.405 | ARENT FOX LLP | 11/29/2022 | $ 11,392.12 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 644672 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.406 | ARENT FOX LLP | 11/29/2022 | $ 15,935.62 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 644672 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.407 | ARENT FOX LLP | 12/15/2022 | $ (2,320.50) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 644672 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.408 | ARENT FOX LLP | 12/15/2022 | $ 1,380.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 644672 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.409 | ARENT FOX LLP | 12/15/2022 | $ | 3,206.20 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

| | | | | | ☐ Unsecured loan repayments |
|---|---|---|---|---|---|

PO BOX 644672

Street

☒ Suppliers or vendors

☐ Services

☐ Other

| PITTSBURGH | PA | 15264 |
|---|---|---|

City        State        ZIP Code

Country

| 3.410 | ARENT FOX LLP | 12/15/2022 | $ | 4,671.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 644672

Street

☒ Suppliers or vendors

☐ Services

☐ Other

| PITTSBURGH | PA | 15264 |
|---|---|---|

City        State        ZIP Code

Country

| 3.411 | ARENT FOX LLP | 12/15/2022 | $ | 12,087.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 644672

Street

☒ Suppliers or vendors

☐ Services

☐ Other

| PITTSBURGH | PA | 15264 |
|---|---|---|

City        State        ZIP Code

Country

| 3.412 | ARENT FOX LLP | 12/15/2022 | $ | 12,087.42 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 644672

Street

☒ Suppliers or vendors

☐ Services

☐ Other

| PITTSBURGH | PA | 15264 |
|---|---|---|

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.413 | ARENT FOX LLP | 12/15/2022 | $ | 35,595.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 644672

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH        PA        15264

City        State        ZIP Code

Country

| 3.414 | ARENT FOX LLP | 2/13/2023 | $ | (24,506.94) | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 644672

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH        PA        15264

City        State        ZIP Code

Country

| 3.415 | ARENT FOX LLP | 2/13/2023 | $ | 384.75 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 644672

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH        PA        15264

City        State        ZIP Code

Country

| 3.416 | ARENT FOX LLP | 2/13/2023 | $ | 787.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 644672

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH        PA        15264

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.417 | ARENT FOX LLP | 2/13/2023 | $ 4,144.60 | | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

PO BOX 644672

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PITTSBURGH    PA    15264

City    State    ZIP Code

Country

| 3.418 | ARENT FOX LLP | 2/13/2023 | $ 4,162.02 |

Creditor's Name

PO BOX 644672

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PITTSBURGH    PA    15264

City    State    ZIP Code

Country

| 3.419 | ARENT FOX LLP | 2/13/2023 | $ 10,301.15 |

Creditor's Name

PO BOX 644672

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PITTSBURGH    PA    15264

City    State    ZIP Code

Country

| 3.420 | ARENT FOX LLP | 2/13/2023 | $ 16,133.42 |

Creditor's Name

PO BOX 644672

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PITTSBURGH    PA    15264

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.421 | ARENT FOX LLP | 2/13/2023 | $ 23,069.85 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 644672 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.422 | ARENT FOX LLP | 2/15/2023 | $ 50,207.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 644672 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.423 | ARIES GLOBAL LOGISTICS INC | 1/6/2023 | $ 375.85 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 592 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | FRANKLIN SQUARE  NY    11010 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.424 | ARIES GLOBAL LOGISTICS INC | 1/6/2023 | $ 578.59 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 592 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | FRANKLIN SQUARE  NY    11010 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.425 | ARIES GLOBAL LOGISTICS INC | 1/6/2023 | $ | 977.81 |
|---|---|---|---|---|

Creditor's Name

PO BOX 592
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FRANKLIN SQUARE  NY  11010
City        State    ZIP Code

Country

| 3.426 | ARIES GLOBAL LOGISTICS INC | 1/6/2023 | $ | 2,073.82 |
|---|---|---|---|---|

Creditor's Name

PO BOX 592
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FRANKLIN SQUARE  NY  11010
City        State    ZIP Code

Country

| 3.427 | ARIES GLOBAL LOGISTICS INC | 1/12/2023 | $ | 265.00 |
|---|---|---|---|---|

Creditor's Name

PO BOX 592
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FRANKLIN SQUARE  NY  11010
City        State    ZIP Code

Country

| 3.428 | ARIES GLOBAL LOGISTICS INC | 1/26/2023 | $ | 2,824.67 |
|---|---|---|---|---|

Creditor's Name

PO BOX 592
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FRANKLIN SQUARE  NY  11010
City        State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.429 | ARIES GLOBAL LOGISTICS INC | 1/31/2023 | $ | 3,717.63 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 592 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | FRANKLIN SQUARE   NY      11010 | | | | | |
| | City               State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.430 | ARJAY COMPANY | 11/29/2022 | $ | 900.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 157 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | DEER PARK        NY      11729-0157 | | | | | |
| | City               State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.431 | ARJAY COMPANY | 11/29/2022 | $ | 2,440.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 157 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | DEER PARK        NY      11729-0157 | | | | | |
| | City               State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.432 | ARJAY COMPANY | 1/6/2023 | $ | 900.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 157 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | DEER PARK        NY      11729-0157 | | | | | |
| | City               State      ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | |
|---|---|---|---|
| 3.433 | ARJAY COMPANY | 1/6/2023 | $ 1,350.00 |

Creditor's Name

PO BOX 157

Street

| DEER PARK | NY | 11729-0157 |
|---|---|---|
| City | State | ZIP Code |

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

| | | | |
|---|---|---|---|
| 3.434 | ARJAY COMPANY | 1/6/2023 | $ 1,411.74 |

Creditor's Name

PO BOX 157

Street

| DEER PARK | NY | 11729-0157 |
|---|---|---|
| City | State | ZIP Code |

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

| | | | |
|---|---|---|---|
| 3.435 | ARJAY COMPANY | 1/6/2023 | $ 1,554.96 |

Creditor's Name

PO BOX 157

Street

| DEER PARK | NY | 11729-0157 |
|---|---|---|
| City | State | ZIP Code |

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

| | | | |
|---|---|---|---|
| 3.436 | ARJAY COMPANY | 1/6/2023 | $ 2,020.00 |

Creditor's Name

PO BOX 157

Street

| DEER PARK | NY | 11729-0157 |
|---|---|---|
| City | State | ZIP Code |

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.437   ARJAY COMPANY                         1/6/2023        $          2,440.00       ☐  Secured debt
Creditor's Name                                                                        ☐  Unsecured loan repayments

PO BOX 157                                                                             ☒  Suppliers or vendors
Street                                                                                 ☐  Services

                                                                                       ☐  Other

DEER PARK          NY          11729-0157
City               State       ZIP Code

Country

3.438   ARJAY COMPANY                         1/6/2023        $          5,306.00       ☐  Secured debt
Creditor's Name                                                                        ☐  Unsecured loan repayments

PO BOX 157                                                                             ☒  Suppliers or vendors
Street                                                                                 ☐  Services

                                                                                       ☐  Other

DEER PARK          NY          11729-0157
City               State       ZIP Code

Country

3.439   ARJAY COMPANY                         1/6/2023        $         20,504.76       ☐  Secured debt
Creditor's Name                                                                        ☐  Unsecured loan repayments

PO BOX 157                                                                             ☒  Suppliers or vendors
Street                                                                                 ☐  Services

                                                                                       ☐  Other

DEER PARK          NY          11729-0157
City               State       ZIP Code

Country

3.440   ARJAY COMPANY                         1/26/2023       $            450.00       ☐  Secured debt
Creditor's Name                                                                        ☐  Unsecured loan repayments

PO BOX 157                                                                             ☒  Suppliers or vendors
Street                                                                                 ☐  Services

                                                                                       ☐  Other

DEER PARK          NY          11729-0157
City               State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.441 | ARJAY COMPANY | 1/26/2023 | $ | 468.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 157

Street

☐ Unsecured loan repayments

☒ Suppliers or vendors

☐ Services

☐ Other

| DEER PARK | NY | 11729-0157 |
|---|---|---|

City    State    ZIP Code

Country

---

| 3.442 | ARJAY COMPANY | 1/26/2023 | $ | 1,872.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 157

Street

☐ Unsecured loan repayments

☒ Suppliers or vendors

☐ Services

☐ Other

| DEER PARK | NY | 11729-0157 |
|---|---|---|

City    State    ZIP Code

Country

---

| 3.443 | ARJAY COMPANY | 1/26/2023 | $ | 5,292.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 157

Street

☐ Unsecured loan repayments

☒ Suppliers or vendors

☐ Services

☐ Other

| DEER PARK | NY | 11729-0157 |
|---|---|---|

City    State    ZIP Code

Country

---

| 3.444 | ARJAY COMPANY | 1/31/2023 | $ | 450.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 157

Street

☐ Unsecured loan repayments

☒ Suppliers or vendors

☐ Services

☐ Other

| DEER PARK | NY | 11729-0157 |
|---|---|---|

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known):   23-10255

Name

| 3.445 | ARJAY COMPANY | 1/31/2023 | $ | 900.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 157

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DEER PARK          NY        11729-0157

City          State          ZIP Code

Country

| 3.446 | ARJAY COMPANY | 1/31/2023 | $ | 3,109.92 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 157

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DEER PARK          NY        11729-0157

City          State          ZIP Code

Country

| 3.447 | ARJAY COMPANY | 2/8/2023 | $ | 18,383.34 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 157

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DEER PARK          NY        11729-0157

City          State          ZIP Code

Country

| 3.448 | AR-MEDICAID | 12/22/2022 | $ | (283.07) | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 505297

☒ Suppliers or vendors

Street

☐ Services

ATTN MEDICAID DRUG REBATE

☐ Other

ST LOUIS          MO        63150

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.449** AR-MEDICAID
Creditor's Name

12/22/2022     $     (30.92)

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 505297
Street

☒ Suppliers or vendors
☐ Services

ATTN MEDICAID DRUG REBATE

☐ Other

ST LOUIS     MO     63150
City     State     ZIP Code

Country

**3.450** AR-MEDICAID
Creditor's Name

12/22/2022     $     (0.09)

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 505297
Street

☒ Suppliers or vendors
☐ Services

ATTN MEDICAID DRUG REBATE

☐ Other

ST LOUIS     MO     63150
City     State     ZIP Code

Country

**3.451** AR-MEDICAID
Creditor's Name

12/22/2022     $     37,441.05

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 505297
Street

☒ Suppliers or vendors
☐ Services

ATTN MEDICAID DRUG REBATE

☐ Other

ST LOUIS     MO     63150
City     State     ZIP Code

Country

**3.452** ARMSTRONG RELOCATION & COMPANIES LLC
Creditor's Name

1/6/2023     $     3,825.88

☐ Secured debt
☐ Unsecured loan repayments

9 ASPEN DR
Street

☒ Suppliers or vendors
☐ Services
☐ Other

RANDOLPH     NJ     07869
City     State     ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | Name | | | |
|---|---|---|---|---|
| 3.453 | ARMSTRONG RELOCATION & COMPANIES LLC | 1/6/2023 | $ 8,917.47 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 9 ASPEN DR | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | RANDOLPH      NJ      07869 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.454 | ARMSTRONG RELOCATION & COMPANIES LLC | 1/19/2023 | $ 1,063.95 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 9 ASPEN DR | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | RANDOLPH      NJ      07869 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.455 | ARMSTRONG RELOCATION & COMPANIES LLC | 1/26/2023 | $ 6,352.77 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 9 ASPEN DR | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | RANDOLPH      NJ      07869 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.456 | ARMSTRONG RELOCATION & COMPANIES LLC | 2/8/2023 | $ 4,203.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 9 ASPEN DR | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | RANDOLPH      NJ      07869 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.457 | Arnold & Porter | 2/22/2023 | $ | 47,076.43 |
|---|---|---|---|---|

Creditor's Name

601 MASSACHUSETTS AVE NW
Street

| ☐ | Secured debt |
|---|---|
| ☐ | Unsecured loan repayments |
| ☒ | Suppliers or vendors |
| ☐ | Services |
| ☐ | Other |

WASHINGTON    DC    20001
City    State    ZIP Code

Country

| 3.458 | ARNOLD & PORTER KAYE SCHOLER LLP | 11/29/2022 | $ | 1,612.80 |
|---|---|---|---|---|

Creditor's Name

601 MASSACHUSETTS AVE NW
Street

| ☐ | Secured debt |
|---|---|
| ☐ | Unsecured loan repayments |
| ☒ | Suppliers or vendors |
| ☐ | Services |
| ☐ | Other |

WASHINGTON    DC    20001
City    State    ZIP Code

Country

| 3.459 | ARNOLD & PORTER KAYE SCHOLER LLP | 11/29/2022 | $ | 2,431.00 |
|---|---|---|---|---|

Creditor's Name

601 MASSACHUSETTS AVE NW
Street

| ☐ | Secured debt |
|---|---|
| ☐ | Unsecured loan repayments |
| ☒ | Suppliers or vendors |
| ☐ | Services |
| ☐ | Other |

WASHINGTON    DC    20001
City    State    ZIP Code

Country

| 3.460 | ARNOLD & PORTER KAYE SCHOLER LLP | 12/8/2022 | $ | 1,935.36 |
|---|---|---|---|---|

Creditor's Name

601 MASSACHUSETTS AVE NW
Street

| ☐ | Secured debt |
|---|---|
| ☐ | Unsecured loan repayments |
| ☒ | Suppliers or vendors |
| ☐ | Services |
| ☐ | Other |

WASHINGTON    DC    20001
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.461 | ARNOLD & PORTER KAYE SCHOLER LLP | 12/15/2022 | $ 5,913.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 601 MASSACHUSETTS AVE NW | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WASHINGTON    DC    20001 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.462 | ARNOLD & PORTER KAYE SCHOLER LLP | 12/22/2022 | $ 355.28 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 601 MASSACHUSETTS AVE NW | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WASHINGTON    DC    20001 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.463 | ARNOLD & PORTER KAYE SCHOLER LLP | 12/22/2022 | $ 6,223.55 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 601 MASSACHUSETTS AVE NW | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WASHINGTON    DC    20001 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.464 | ARNOLD & PORTER KAYE SCHOLER LLP | 12/22/2022 | $ 15,962.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 601 MASSACHUSETTS AVE NW | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WASHINGTON    DC    20001 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.465 | ARNOLD & PORTER KAYE SCHOLER LLP | 12/22/2022 | $ | 29,401.27 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 601 MASSACHUSETTS AVE NW | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | WASHINGTON    DC    20001 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.466 | ARNOLD & PORTER KAYE SCHOLER LLP | 1/6/2023 | $ | 215.04 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 601 MASSACHUSETTS AVE NW | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | WASHINGTON    DC    20001 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.467 | ARNOLD & PORTER KAYE SCHOLER LLP | 1/6/2023 | $ | 3,548.16 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 601 MASSACHUSETTS AVE NW | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | WASHINGTON    DC    20001 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.468 | ARNOLD & PORTER KAYE SCHOLER LLP | 1/20/2023 | $ | 3,870.72 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 601 MASSACHUSETTS AVE NW | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | WASHINGTON    DC    20001 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.469 | ARNOLD & PORTER KAYE SCHOLER LLP | 1/20/2023 | $ | 12,491.76 |

Creditor's Name

601 MASSACHUSETTS AVE NW
Street

WASHINGTON          DC          20001
City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | | |
|---|---|---|---|---|
| 3.470 | ARNOLD & PORTER KAYE SCHOLER LLP | 1/26/2023 | $ | 3,690.70 |

Creditor's Name

601 MASSACHUSETTS AVE NW
Street

WASHINGTON          DC          20001
City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | | |
|---|---|---|---|---|
| 3.471 | ASCENSION HEALTH ALLIANCE | 12/8/2022 | $ | 9,851.66 |

Creditor's Name

PO BOX 505302
Street

ST LOUIS          MO          63150-5302
City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | | |
|---|---|---|---|---|
| 3.472 | ASCENSION HEALTH ALLIANCE | 12/8/2022 | $ | 14,866.37 |

Creditor's Name

PO BOX 505302
Street

ST LOUIS          MO          63150-5302
City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.473 | ASEMBIA LLC | 1/12/2023 | $ | 28,950.07 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

FINANCE DEPT

Street

☒ Suppliers or vendors

☐ Services

200 PARK AVENUE SUITE 300

☐ Other

FLORHAM PARK    NJ    07932
City    State    ZIP Code

Country

---

| 3.474 | ASH PALLET MANAGEMENT INC | 11/29/2022 | $ | 8,160.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

61 MCMILLEN RD

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ANTIOCH    IL    60002
City    State    ZIP Code

Country

---

| 3.475 | ASH PALLET MANAGEMENT INC | 12/29/2022 | $ | 8,185.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

61 MCMILLEN RD

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ANTIOCH    IL    60002
City    State    ZIP Code

Country

---

| 3.476 | ASH PALLET MANAGEMENT INC | 12/29/2022 | $ | 8,210.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

61 MCMILLEN RD

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ANTIOCH    IL    60002
City    State    ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | Creditor's Name | | | | |
|---|---|---|---|---|---|
| 3.477 | ASHLAND SPECIALTY INGREDIENTS GP | 12/29/2022 | $ | 36,503.46 | ☐ Secured debt |
| | | | | | ☐ Unsecured loan repayments |
| | PO BOX 773412 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60677-3412 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | Creditor's Name | | | | |
|---|---|---|---|---|---|
| 3.478 | ASHLAND SPECIALTY INGREDIENTS GP | 1/26/2023 | $ | (3,322.62) | ☐ Secured debt |
| | | | | | ☐ Unsecured loan repayments |
| | PO BOX 773412 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60677-3412 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | Creditor's Name | | | | |
|---|---|---|---|---|---|
| 3.479 | ASHLAND SPECIALTY INGREDIENTS GP | 1/26/2023 | $ | 36,503.46 | ☐ Secured debt |
| | | | | | ☐ Unsecured loan repayments |
| | PO BOX 773412 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60677-3412 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | Creditor's Name | | | | |
|---|---|---|---|---|---|
| 3.480 | ASHLAND SPECIALTY INGREDIENTS GP | 2/13/2023 | $ | (3,767.02) | ☐ Secured debt |
| | | | | | ☐ Unsecured loan repayments |
| | PO BOX 773412 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60677-3412 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| 3.481 | ASHLAND SPECIALTY INGREDIENTS GP | 2/13/2023 | $ | 64,098.12 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 773412 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60677-3412 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.482 | ASPECT CONSULTING INC | 1/6/2023 | $ | 12,847.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 20109 VALLEY FORGE CIRCLE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | KING OF PRUSSIA    PA    19406 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.483 | ASPECT CONSULTING INC | 2/7/2023 | $ | 11,017.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 20109 VALLEY FORGE CIRCLE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | KING OF PRUSSIA    PA    19406 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.484 | ASPECT CONSULTING INC | 2/7/2023 | $ | 13,847.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 20109 VALLEY FORGE CIRCLE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | KING OF PRUSSIA    PA    19406 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                                          Case number (if known):    23-10255

Name

| 3.485 | AT&T | 11/29/2022 | $ 1,831.89 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 5019 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-5019 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.486 | AT&T | 11/29/2022 | $ 29,011.03 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 5019 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-5019 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.487 | AT&T | 1/6/2023 | $ 4,570.25 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 5019 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-5019 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.488 | AT&T | 1/26/2023 | $ 3,676.60 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 5019 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-5019 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

| | Name | | | |
|---|---|---|---|---|

**3.489** AT&T
Creditor's Name

PO BOX 5019
Street

CAROL STREAM    IL    60197-5019
City        State    ZIP Code

Country

1/26/2023    $    8,663.19

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.490** AT&T
Creditor's Name

PO BOX 5019
Street

CAROL STREAM    IL    60197-5019
City        State    ZIP Code

Country

1/26/2023    $    10,122.88

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.491** AT&T
Creditor's Name

PO BOX 5019
Street

CAROL STREAM    IL    60197-5019
City        State    ZIP Code

Country

1/26/2023    $    29,235.61

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.492** ATLANTIC SCALE COMPANY INC
Creditor's Name

136 WASHINGTON AVENUE
Street

NUTLEY    NJ    07110
City        State    ZIP Code

Country

11/29/2022    $    912.45

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.493 | ATLANTIC SCALE COMPANY INC | 11/29/2022 | $ | 1,623.94 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 136 WASHINGTON AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NUTLEY        NJ        07110 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.494 | ATLANTIC SCALE COMPANY INC | 12/8/2022 | $ | 162.94 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 136 WASHINGTON AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NUTLEY        NJ        07110 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.495 | ATLANTIC SCALE COMPANY INC | 12/8/2022 | $ | 363.89 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 136 WASHINGTON AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NUTLEY        NJ        07110 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.496 | ATLANTIC SCALE COMPANY INC | 12/8/2022 | $ | 380.19 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 136 WASHINGTON AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NUTLEY        NJ        07110 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.497 | ATLANTIC SCALE COMPANY INC | 12/8/2022 | $ 1,569.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 136 WASHINGTON AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NUTLEY        NJ        07110 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.498 | ATLANTIC SCALE COMPANY INC | 12/8/2022 | $ 5,935.95 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 136 WASHINGTON AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NUTLEY        NJ        07110 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.499 | ATLANTIC SCALE COMPANY INC | 1/6/2023 | $ 78.21 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 136 WASHINGTON AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NUTLEY        NJ        07110 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.500 | ATLANTIC SCALE COMPANY INC | 1/6/2023 | $ 308.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 136 WASHINGTON AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NUTLEY        NJ        07110 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.501 | ATLANTIC SCALE COMPANY INC | 1/6/2023 | $ | 744.08 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

136 WASHINGTON AVENUE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

| NUTLEY | NJ | 07110 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| 3.502 | ATLANTIC SCALE COMPANY INC | 1/6/2023 | $ | 746.25 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

136 WASHINGTON AVENUE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

| NUTLEY | NJ | 07110 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| 3.503 | ATLANTIC SCALE COMPANY INC | 1/6/2023 | $ | 1,428.42 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

136 WASHINGTON AVENUE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

| NUTLEY | NJ | 07110 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| 3.504 | ATLANTIC SCALE COMPANY INC | 1/6/2023 | $ | 1,925.92 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

136 WASHINGTON AVENUE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

| NUTLEY | NJ | 07110 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known):*     23-10255

Name

| 3.505 | ATLANTIC SCALE COMPANY INC | 1/26/2023 | $ | 301.98 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 136 WASHINGTON AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NUTLEY          NJ          07110 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.506 | ATLANTIC SCALE COMPANY INC | 1/26/2023 | $ | 418.21 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 136 WASHINGTON AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NUTLEY          NJ          07110 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.507 | ATLANTIC SCALE COMPANY INC | 1/26/2023 | $ | 597.44 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 136 WASHINGTON AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NUTLEY          NJ          07110 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.508 | ATLANTIC SCALE COMPANY INC | 1/26/2023 | $ | 678.91 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 136 WASHINGTON AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NUTLEY          NJ          07110 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.509 | ATLANTIC SCALE COMPANY INC | 1/26/2023 | $ | 1,015.64 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

136 WASHINGTON AVENUE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

NUTLEY            NJ            07110

City            State            ZIP Code

Country

| 3.510 | ATLANTIC SCALE COMPANY INC | 1/26/2023 | $ | 1,281.78 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

136 WASHINGTON AVENUE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

NUTLEY            NJ            07110

City            State            ZIP Code

Country

| 3.511 | ATLANTIC SCALE COMPANY INC | 1/26/2023 | $ | 2,169.24 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

136 WASHINGTON AVENUE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

NUTLEY            NJ            07110

City            State            ZIP Code

Country

| 3.512 | ATLANTIC SCALE COMPANY INC | 2/8/2023 | $ | 307.41 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

136 WASHINGTON AVENUE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

NUTLEY            NJ            07110

City            State            ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.513** ATLANTIC SCALE COMPANY INC
Creditor's Name

2/8/2023

$ 774.50

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

136 WASHINGTON AVENUE
Street

NUTLEY        NJ        07110
City        State        ZIP Code

Country

**3.514** ATLANTIC SCALE COMPANY INC
Creditor's Name

2/13/2023

$ 298.72

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

136 WASHINGTON AVENUE
Street

NUTLEY        NJ        07110
City        State        ZIP Code

Country

**3.515** ATLANTIC SCALE COMPANY INC
Creditor's Name

2/13/2023

$ 1,009.13

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

136 WASHINGTON AVENUE
Street

NUTLEY        NJ        07110
City        State        ZIP Code

Country

**3.516** AXON LLC -REMIT
Creditor's Name

1/12/2023

$ 16,392.43

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 73211
Street

CLEVELAND        OH        44193-0002
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.517 | AZ-MCO | 12/22/2022 | $ (1,485.09) | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | | | | ☒ | Suppliers or vendors |
| | PO BOX 741573 | | | ☐ | Services |
| | Street | | | ☐ | Other |

ATLANTA GA 30374
City    State    ZIP Code

Country

| | | | | | |
|---|---|---|---|---|---|
| 3.518 | AZ-MCO | 12/22/2022 | $ (269.96) | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | | | | ☒ | Suppliers or vendors |
| | PO BOX 741573 | | | ☐ | Services |
| | Street | | | ☐ | Other |

ATLANTA GA 30374
City    State    ZIP Code

Country

| | | | | | |
|---|---|---|---|---|---|
| 3.519 | AZ-MCO | 12/22/2022 | $ 13.19 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | | | | ☒ | Suppliers or vendors |
| | PO BOX 741573 | | | ☐ | Services |
| | Street | | | ☐ | Other |

ATLANTA GA 30374
City    State    ZIP Code

Country

| | | | | | |
|---|---|---|---|---|---|
| 3.520 | AZ-MCO | 12/22/2022 | $ 46.87 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | | | | ☒ | Suppliers or vendors |
| | PO BOX 741573 | | | ☐ | Services |
| | Street | | | ☐ | Other |

ATLANTA GA 30374
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

| Name |
|---|

**3.521** AZ-MCO
Creditor's Name

PO BOX 741573
Street

| ATLANTA | GA | 30374 |
|---|---|---|
| City | State | ZIP Code |

Country

12/22/2022      $      18,277.60

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.522** AZ-MCO
Creditor's Name

PO BOX 741573
Street

| ATLANTA | GA | 30374 |
|---|---|---|
| City | State | ZIP Code |

Country

12/22/2022      $      77,300.27

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.523** BAF REFRIGERATION INC
Creditor's Name

80 KNICKERBOCKER AVE SUITE 5
Street

| BOHEMIA | NY | 11716 |
|---|---|---|
| City | State | ZIP Code |

Country

1/19/2023      $      417.12

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.524** BAF REFRIGERATION INC
Creditor's Name

80 KNICKERBOCKER AVE SUITE 5
Street

| BOHEMIA | NY | 11716 |
|---|---|---|
| City | State | ZIP Code |

Country

1/19/2023      $      690.42

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

| 3.525 | BAF REFRIGERATION INC | 1/19/2023 | $ | 729.42 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA          NY          11716 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.526 | BAF REFRIGERATION INC | 1/19/2023 | $ | 1,836.87 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA          NY          11716 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.527 | BAF REFRIGERATION INC | 1/19/2023 | $ | 3,531.27 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA          NY          11716 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.528 | BAF REFRIGERATION INC | 1/19/2023 | $ | 4,410.18 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA          NY          11716 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.529 | BAF REFRIGERATION INC | 1/19/2023 | $ | 4,840.04 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA          NY          11716 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.530 | BAF REFRIGERATION INC | 1/19/2023 | $ | 4,874.86 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA          NY          11716 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.531 | BAF REFRIGERATION INC | 1/19/2023 | $ | 5,310.29 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA          NY          11716 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.532 | BAF REFRIGERATION INC | 1/19/2023 | $ | 5,318.41 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA          NY          11716 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.533 | BAF REFRIGERATION INC | 1/19/2023 | $    13,711.19 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOHEMIA            NY         11716 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |
| 3.534 | BAF REFRIGERATION INC | 1/31/2023 | $    190.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOHEMIA            NY         11716 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |
| 3.535 | BAF REFRIGERATION INC | 1/31/2023 | $    284.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOHEMIA            NY         11716 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |
| 3.536 | BAF REFRIGERATION INC | 1/31/2023 | $    285.14 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOHEMIA            NY         11716 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.537 | BAF REFRIGERATION INC | 1/31/2023 | $ | 285.14 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BOHEMIA    NY    11716 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.538 | BAF REFRIGERATION INC | 1/31/2023 | $ | 285.14 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BOHEMIA    NY    11716 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.539 | BAF REFRIGERATION INC | 1/31/2023 | $ | 524.12 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BOHEMIA    NY    11716 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.540 | BAF REFRIGERATION INC | 1/31/2023 | $ | 855.42 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BOHEMIA    NY    11716 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.541 | BAF REFRIGERATION INC | 1/31/2023 | $ | 885.29 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

80 KNICKERBOCKER AVE SUITE 5
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

BOHEMIA     NY     11716
City     State     ZIP Code

Country

---

3.542  BAF REFRIGERATION INC     1/31/2023     $     929.46
Creditor's Name

80 KNICKERBOCKER AVE SUITE 5
Street

BOHEMIA     NY     11716
City     State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.543  BAF REFRIGERATION INC     1/31/2023     $     997.94
Creditor's Name

80 KNICKERBOCKER AVE SUITE 5
Street

BOHEMIA     NY     11716
City     State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.544  BAF REFRIGERATION INC     1/31/2023     $     1,140.56
Creditor's Name

80 KNICKERBOCKER AVE SUITE 5
Street

BOHEMIA     NY     11716
City     State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.545 | BAF REFRIGERATION INC | 1/31/2023 | $ | 1,520.75 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA    NY    11716 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.546 | BAF REFRIGERATION INC | 1/31/2023 | $ | 2,110.30 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA    NY    11716 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.547 | BAF REFRIGERATION INC | 1/31/2023 | $ | 2,802.53 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA    NY    11716 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.548 | BAF REFRIGERATION INC | 1/31/2023 | $ | 3,041.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOHEMIA    NY    11716 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.549 | BAF REFRIGERATION INC | 1/31/2023 | $ | 11,142.75 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 80 KNICKERBOCKER AVE SUITE 5 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BOHEMIA        NY        11716 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.550 | BALCO INDUSTRIES | 11/29/2022 | $ | 4,275.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ATTN A/R | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 99 LAFAYETTE DR | | | | ☐ | Other |
| | SYOSSET        NY        11791 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.551 | BALCO INDUSTRIES | 11/29/2022 | $ | 4,275.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ATTN A/R | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 99 LAFAYETTE DR | | | | ☐ | Other |
| | SYOSSET        NY        11791 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.552 | BALCO INDUSTRIES | 2/8/2023 | $ | 4,275.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ATTN A/R | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 99 LAFAYETTE DR | | | | ☐ | Other |
| | SYOSSET        NY        11791 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:   23-10255

Name

3.553  BANA ELECTRICAL TESTING CORP          2/13/2023        $              297.00        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

50 GAZZA BLVD                                                                              ☒  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                           ☐  Other

FARMINGDALE          NY           11735
City                 State        ZIP Code

Country

3.554  BANA ELECTRICAL TESTING CORP          2/13/2023        $            1,328.00        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

50 GAZZA BLVD                                                                              ☒  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                           ☐  Other

FARMINGDALE          NY           11735
City                 State        ZIP Code

Country

3.555  BANA ELECTRICAL TESTING CORP          2/13/2023        $            1,427.00        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

50 GAZZA BLVD                                                                              ☒  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                           ☐  Other

FARMINGDALE          NY           11735
City                 State        ZIP Code

Country

3.556  BANA ELECTRICAL TESTING CORP          2/13/2023        $            3,321.00        ☐  Secured debt
Creditor's Name                                                                            ☐  Unsecured loan repayments

50 GAZZA BLVD                                                                              ☒  Suppliers or vendors
Street                                                                                     ☐  Services

                                                                                           ☐  Other

FARMINGDALE          NY           11735
City                 State        ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                Page 141

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.557 | BANA ELECTRICAL TESTING CORP | 2/13/2023 | $ | 3,585.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 50 GAZZA BLVD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | FARMINGDALE    NY    11735 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.558 | BANA ELECTRICAL TESTING CORP | 2/13/2023 | $ | 3,959.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 50 GAZZA BLVD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | FARMINGDALE    NY    11735 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.559 | BANA ELECTRICAL TESTING CORP | 2/13/2023 | $ | 4,786.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 50 GAZZA BLVD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | FARMINGDALE    NY    11735 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.560 | BANA ELECTRICAL TESTING CORP | 2/13/2023 | $ | 4,972.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 50 GAZZA BLVD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | FARMINGDALE    NY    11735 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| 3.561 | BANA ELECTRICAL TESTING CORP | 2/13/2023 | $ | 8,899.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 50 GAZZA BLVD | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | FARMINGDALE    NY    11735 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.562 | BANA ELECTRICAL TESTING CORP | 2/13/2023 | $ | 10,421.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 50 GAZZA BLVD | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | FARMINGDALE    NY    11735 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.563 | BANA ELECTRICAL TESTING CORP | 2/13/2023 | $ | 11,466.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 50 GAZZA BLVD | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | FARMINGDALE    NY    11735 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.564 | BECKMAN COULTER -REMIT | 1/31/2023 | $ | 558.74 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT CH 10164 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PALATINE    IL    600550164 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.565 | BECKMAN COULTER -REMIT | 1/31/2023 | $ | 1,203.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT CH 10164 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE        IL        600550164 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.566 | BECKMAN COULTER -REMIT | 1/31/2023 | $ | 3,875.74 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT CH 10164 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE        IL        600550164 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.567 | BECKMAN COULTER -REMIT | 2/8/2023 | $ | 2,498.39 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT CH 10164 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE        IL        600550164 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.568 | BENCHMARK PRODUCTS LLC | 11/29/2022 | $ | 861.92 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60689-5310 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.569 | BENCHMARK PRODUCTS LLC | 11/29/2022 | $ | 1,875.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60689-5310 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.570 | BENCHMARK PRODUCTS LLC | 11/29/2022 | $ | 6,397.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60689-5310 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.571 | BENCHMARK PRODUCTS LLC | 11/29/2022 | $ | 7,147.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60689-5310 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.572 | BENCHMARK PRODUCTS LLC | 11/29/2022 | $ | 10,063.31 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60689-5310 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

3.573  BENCHMARK PRODUCTS LLC                    12/8/2022        $              9,089.20
Creditor's Name

1008 MOMENTUM PLACE
Street

CHICAGO            IL          60689-5310
City                State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.574  BENCHMARK PRODUCTS LLC                    1/6/2023         $                426.50
Creditor's Name

1008 MOMENTUM PLACE
Street

CHICAGO            IL          60689-5310
City                State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.575  BENCHMARK PRODUCTS LLC                    1/6/2023         $              1,363.30
Creditor's Name

1008 MOMENTUM PLACE
Street

CHICAGO            IL          60689-5310
City                State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.576  BENCHMARK PRODUCTS LLC                    1/6/2023         $              1,911.60
Creditor's Name

1008 MOMENTUM PLACE
Street

CHICAGO            IL          60689-5310
City                State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.577 BENCHMARK PRODUCTS LLC
Creditor's Name

1008 MOMENTUM PLACE
Street

CHICAGO          IL          60689-5310
City              State       ZIP Code

Country

1/6/2023          $          5,989.80

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.578 BENCHMARK PRODUCTS LLC
Creditor's Name

1008 MOMENTUM PLACE
Street

CHICAGO          IL          60689-5310
City              State       ZIP Code

Country

1/6/2023          $          7,215.60

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.579 BENCHMARK PRODUCTS LLC
Creditor's Name

1008 MOMENTUM PLACE
Street

CHICAGO          IL          60689-5310
City              State       ZIP Code

Country

1/6/2023          $          8,793.40

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.580 BENCHMARK PRODUCTS LLC
Creditor's Name

1008 MOMENTUM PLACE
Street

CHICAGO          IL          60689-5310
City              State       ZIP Code

Country

1/6/2023          $          9,009.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.581 BENCHMARK PRODUCTS LLC | 1/26/2023 | $ | 1,580.00 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 1008 MOMENTUM PLACE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CHICAGO          IL          60689-5310 | | | | |
| City          State          ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.582 BENCHMARK PRODUCTS LLC | 1/26/2023 | $ | 1,911.60 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 1008 MOMENTUM PLACE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CHICAGO          IL          60689-5310 | | | | |
| City          State          ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.583 BENCHMARK PRODUCTS LLC | 1/26/2023 | $ | 2,132.50 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 1008 MOMENTUM PLACE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CHICAGO          IL          60689-5310 | | | | |
| City          State          ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.584 BENCHMARK PRODUCTS LLC | 1/26/2023 | $ | 2,193.32 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 1008 MOMENTUM PLACE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CHICAGO          IL          60689-5310 | | | | |
| City          State          ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.585 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ 2,928.00 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO      IL      60689-5310 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.586 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ 3,266.12 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO      IL      60689-5310 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.587 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ 3,587.60 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO      IL      60689-5310 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.588 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ 4,265.00 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO      IL      60689-5310 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.589 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ 5,527.28 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60689-5310 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.590 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ 6,006.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60689-5310 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.591 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ 6,787.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60689-5310 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.592 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ 6,839.30 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1008 MOMENTUM PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60689-5310 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.593 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ | 8,103.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 1008 MOMENTUM PLACE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | CHICAGO        IL        60689-5310 | | | | |
| | City        State        ZIP Code | | | | |
| | | | | | |
| | Country | | | | |

| 3.594 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ | 8,576.40 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 1008 MOMENTUM PLACE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | CHICAGO        IL        60689-5310 | | | | |
| | City        State        ZIP Code | | | | |
| | | | | | |
| | Country | | | | |

| 3.595 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ | 9,580.20 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 1008 MOMENTUM PLACE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | CHICAGO        IL        60689-5310 | | | | |
| | City        State        ZIP Code | | | | |
| | | | | | |
| | Country | | | | |

| 3.596 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ | 92,089.44 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 1008 MOMENTUM PLACE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | CHICAGO        IL        60689-5310 | | | | |
| | City        State        ZIP Code | | | | |
| | | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.597 | BENCHMARK PRODUCTS LLC | 1/26/2023 | $ | 92,089.44 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1008 MOMENTUM PLACE

Street

☒ Suppliers or vendors

☐ Services

CHICAGO    IL    60689-5310

City    State    ZIP Code

☐ Other

Country

---

3.598  BENCHMARK PRODUCTS LLC    2/8/2023    $    981.99
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

1008 MOMENTUM PLACE
Street

☒ Suppliers or vendors
☐ Services

CHICAGO    IL    60689-5310
City    State    ZIP Code

☐ Other

Country

---

3.599  BENCHMARK PRODUCTS LLC    2/13/2023    $    6,657.20
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

1008 MOMENTUM PLACE
Street

☒ Suppliers or vendors
☐ Services

CHICAGO    IL    60689-5310
City    State    ZIP Code

☐ Other

Country

---

3.600  BERLIN PACKAGING LLC    11/29/2022    $    17.04
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 74007164
Street

☒ Suppliers or vendors
☐ Services

CHICAGO    IL    60674-7164
City    State    ZIP Code

☐ Other

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.601 | BERLIN PACKAGING LLC | 11/29/2022 | $ | 26.22 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 74007164 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60674-7164 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.602 | BERLIN PACKAGING LLC | 11/29/2022 | $ | 13,145.16 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 74007164 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60674-7164 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.603 | BERLIN PACKAGING LLC | 11/29/2022 | $ | 15,438.70 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 74007164 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60674-7164 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.604 | BERLIN PACKAGING LLC | 11/29/2022 | $ | 16,294.40 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 74007164 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60674-7164 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.605 | BERLIN PACKAGING LLC | 11/29/2022 | $ 32,169.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74007164 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL          60674-7164 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.606 | BERLIN PACKAGING LLC | 11/29/2022 | $ 54,365.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74007164 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL          60674-7164 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.607 | BERLIN PACKAGING LLC | 1/6/2023 | $ 91.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74007164 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL          60674-7164 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.608 | BERLIN PACKAGING LLC | 1/6/2023 | $ 18,149.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74007164 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL          60674-7164 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.609 | BERLIN PACKAGING LLC | 1/6/2023 | $ | 38,389.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 74007164 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60674-7164 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.610 | BERLIN PACKAGING LLC | 1/6/2023 | $ | 65,816.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 74007164 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60674-7164 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.611 | BERLIN PACKAGING LLC | 1/12/2023 | $ | (1,041.60) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 74007164 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60674-7164 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.612 | BERLIN PACKAGING LLC | 1/12/2023 | $ | (385.56) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 74007164 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60674-7164 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.613** BERLIN PACKAGING LLC
Creditor's Name

1/12/2023     $        (329.40)

PO BOX 74007164
Street

CHICAGO        IL        60674-7164
City            State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.614** BERLIN PACKAGING LLC
Creditor's Name

1/12/2023     $        (81.24)

PO BOX 74007164
Street

CHICAGO        IL        60674-7164
City            State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.615** BERLIN PACKAGING LLC
Creditor's Name

1/12/2023     $        30.06

PO BOX 74007164
Street

CHICAGO        IL        60674-7164
City            State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.616** BERLIN PACKAGING LLC
Creditor's Name

1/12/2023     $        17,020.00

PO BOX 74007164
Street

CHICAGO        IL        60674-7164
City            State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.617 BERLIN PACKAGING LLC | 1/12/2023 | $ 38,394.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 74007164 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| CHICAGO        IL        60674-7164 | | | |
| City        State        ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.618 BERLIN PACKAGING LLC | 1/12/2023 | $ 44,300.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 74007164 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| CHICAGO        IL        60674-7164 | | | |
| City        State        ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.619 BERLIN PACKAGING LLC | 1/12/2023 | $ 84,093.84 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 74007164 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| CHICAGO        IL        60674-7164 | | | |
| City        State        ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.620 BERLIN PACKAGING LLC | 1/19/2023 | $ 37.50 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 74007164 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| CHICAGO        IL        60674-7164 | | | |
| City        State        ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.621 | BERLIN PACKAGING LLC | 1/19/2023 | $ | 13,384.40 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 74007164 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO IL 60674-7164 | | | | |
| | City State ZIP Code | | | | |
| | Country | | | | |

| 3.622 | BERLIN PACKAGING LLC | 1/19/2023 | $ | 74,203.40 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 74007164 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO IL 60674-7164 | | | | |
| | City State ZIP Code | | | | |
| | Country | | | | |

| 3.623 | BERLIN PACKAGING LLC | 1/26/2023 | $ | 84,093.84 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 74007164 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO IL 60674-7164 | | | | |
| | City State ZIP Code | | | | |
| | Country | | | | |

| 3.624 | BERLIN PACKAGING LLC | 1/31/2023 | $ | 37.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 74007164 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO IL 60674-7164 | | | | |
| | City State ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC    Case number *(if known):*    23-10255

Name

| | | |
|---|---|---|
| 3.625 BERLIN PACKAGING LLC | 1/31/2023 | $ 73.86 |
| Creditor's Name | | |

PO BOX 74007164
Street

CHICAGO    IL    60674-7164
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | |
|---|---|---|
| 3.626 BERLIN PACKAGING LLC | 1/31/2023 | $ 103,210.48 |
| Creditor's Name | | |

PO BOX 74007164
Street

CHICAGO    IL    60674-7164
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | |
|---|---|---|
| 3.627 BERLIN PACKAGING LLC | 2/13/2023 | $ 32,877.90 |
| Creditor's Name | | |

PO BOX 74007164
Street

CHICAGO    IL    60674-7164
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | |
|---|---|---|
| 3.628 Blue Cross Blue Shield | 2/17/2023 | $ 2,750,000.00 |
| Creditor's Name | | |

300 East Randolph Street
Street

Chicago    IL    60601-5099
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor:  Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.629 | Blue Cross Blue Shield | 2/23/2023 | $ | 250,000.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 300 East Randolph Street | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | Chicago         IL         60601-5099 | | | | |
| | City         State         ZIP Code | | | | |
| | Country | | | | |

| 3.630 | BLUE CROSS -WAS HEALTH CARE SRVC | 12/8/2022 | $ | 1,277,307.36 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT 1134 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 121134 | | | | ☐ Other |
| | DALLAS         TX         75312-1134 | | | | |
| | City         State         ZIP Code | | | | |
| | Country | | | | |

| 3.631 | BLUE CROSS -WAS HEALTH CARE SRVC | 12/29/2022 | $ | 858,620.24 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT 1134 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 121134 | | | | ☐ Other |
| | DALLAS         TX         75312-1134 | | | | |
| | City         State         ZIP Code | | | | |
| | Country | | | | |

| 3.632 | BLUE CROSS -WAS HEALTH CARE SRVC | 1/20/2023 | $ | 1,052,492.38 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT 1134 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 121134 | | | | ☐ Other |
| | DALLAS         TX         75312-1134 | | | | |
| | City         State         ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):   23-10255

Name

| 3.633 | BLUE CROSS -WAS HEALTH CARE SRVC | 2/17/2023 | $ | 1,762,938.31 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT 1134 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 121134 | | | | ☐ | Other |
| | DALLAS   TX   75312-1134 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.634 | BOARD OF PHARMACY ME | 12/13/2022 | $ | 55,000.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 35 STATE HOUSE STATION | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | AUGUSTA   ME   04333 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.635 | BOARD OF PHARMACY ME | 12/13/2022 | $ | 55,000.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 35 STATE HOUSE STATION | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | AUGUSTA   ME   04333 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.636 | BOARD OF PHARMACY ME | 12/13/2022 | $ | 55,000.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 35 STATE HOUSE STATION | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | AUGUSTA   ME   04333 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.637 | BODINE ELECTRIC | 11/29/2022 | $ 587.74 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | DECATUR    IL    62525 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.638 | BODINE ELECTRIC | 11/29/2022 | $ 2,964.37 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | DECATUR    IL    62525 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.639 | BODINE ELECTRIC | 11/29/2022 | $ 3,924.53 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | DECATUR    IL    62525 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.640 | BODINE ELECTRIC | 11/29/2022 | $ 4,263.00 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | DECATUR    IL    62525 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.641 | BODINE ELECTRIC | 11/29/2022 | $ | 6,691.29 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P.O. BOX 976

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DECATUR   IL   62525

City   State   ZIP Code

Country

---

| 3.642 | BODINE ELECTRIC | 11/29/2022 | $ | 8,544.74 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P.O. BOX 976

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DECATUR   IL   62525

City   State   ZIP Code

Country

---

| 3.643 | BODINE ELECTRIC | 12/8/2022 | $ | 428.97 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P.O. BOX 976

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DECATUR   IL   62525

City   State   ZIP Code

Country

---

| 3.644 | BODINE ELECTRIC | 12/8/2022 | $ | 615.56 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P.O. BOX 976

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DECATUR   IL   62525

City   State   ZIP Code

Country

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     Page 163

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.645 | BODINE ELECTRIC | 12/8/2022 | $ 2,810.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR     IL     62525 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.646 | BODINE ELECTRIC | 12/8/2022 | $ 4,083.15 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR     IL     62525 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.647 | BODINE ELECTRIC | 12/8/2022 | $ 5,365.53 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR     IL     62525 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.648 | BODINE ELECTRIC | 1/6/2023 | $ 1,660.88 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR     IL     62525 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.649 | BODINE ELECTRIC | 1/6/2023 | $ | 2,990.70 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DECATUR    IL    62525 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.650 | BODINE ELECTRIC | 1/6/2023 | $ | 4,104.96 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DECATUR    IL    62525 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.651 | BODINE ELECTRIC | 1/6/2023 | $ | 7,081.89 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DECATUR    IL    62525 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.652 | BODINE ELECTRIC | 1/26/2023 | $ | 95.04 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DECATUR    IL    62525 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

3.653 BODINE ELECTRIC
Creditor's Name

P.O. BOX 976
Street

DECATUR    IL    62525
City    State    ZIP Code

Country

1/26/2023    $    390.16

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.654 BODINE ELECTRIC
Creditor's Name

P.O. BOX 976
Street

DECATUR    IL    62525
City    State    ZIP Code

Country

1/26/2023    $    390.16

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.655 BODINE ELECTRIC
Creditor's Name

P.O. BOX 976
Street

DECATUR    IL    62525
City    State    ZIP Code

Country

1/26/2023    $    403.57

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.656 BODINE ELECTRIC
Creditor's Name

P.O. BOX 976
Street

DECATUR    IL    62525
City    State    ZIP Code

Country

1/26/2023    $    498.45

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

3.657  BODINE ELECTRIC

Creditor's Name

P.O. BOX 976

Street

DECATUR          IL          62525

City                State        ZIP Code

Country

1/26/2023        $          954.16

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.658  BODINE ELECTRIC

Creditor's Name

P.O. BOX 976

Street

DECATUR          IL          62525

City                State        ZIP Code

Country

1/26/2023        $          996.90

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.659  BODINE ELECTRIC

Creditor's Name

P.O. BOX 976

Street

DECATUR          IL          62525

City                State        ZIP Code

Country

1/26/2023        $          1,011.90

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.660  BODINE ELECTRIC

Creditor's Name

P.O. BOX 976

Street

DECATUR          IL          62525

City                State        ZIP Code

Country

1/26/2023        $          1,096.90

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.661 | BODINE ELECTRIC | 1/26/2023 | $ 1,099.66 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR    IL    62525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.662 | BODINE ELECTRIC | 1/26/2023 | $ 1,299.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR    IL    62525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.663 | BODINE ELECTRIC | 1/26/2023 | $ 1,304.42 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR    IL    62525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.664 | BODINE ELECTRIC | 1/26/2023 | $ 1,410.66 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR    IL    62525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.665 | BODINE ELECTRIC | 1/26/2023 | $ 1,495.35 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR        IL        62525 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.666 | BODINE ELECTRIC | 1/26/2023 | $ 1,750.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR        IL        62525 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.667 | BODINE ELECTRIC | 1/26/2023 | $ 1,909.11 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR        IL        62525 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.668 | BODINE ELECTRIC | 1/26/2023 | $ 2,028.95 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR        IL        62525 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.669 | BODINE ELECTRIC | 1/26/2023 | $ 2,327.88 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR    IL    62525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.670 | BODINE ELECTRIC | 1/26/2023 | $ 2,934.02 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR    IL    62525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.671 | BODINE ELECTRIC | 1/26/2023 | $ 3,190.08 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR    IL    62525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.672 | BODINE ELECTRIC | 1/26/2023 | $ 3,535.99 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR    IL    62525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.673 | BODINE ELECTRIC | 1/26/2023 | $ 3,788.22 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR  IL  62525 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.674 | BODINE ELECTRIC | 1/26/2023 | $ 4,126.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR  IL  62525 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.675 | BODINE ELECTRIC | 1/26/2023 | $ 7,860.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR  IL  62525 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.676 | BODINE ELECTRIC | 1/26/2023 | $ 8,505.02 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR  IL  62525 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.677 | BODINE ELECTRIC | 1/31/2023 | $ 770.32 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR     IL     62525 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| 3.678 | BODINE ELECTRIC | 1/31/2023 | $ 797.52 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR     IL     62525 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| 3.679 | BODINE ELECTRIC | 1/31/2023 | $ 3,365.91 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR     IL     62525 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| 3.680 | BODINE ELECTRIC | 1/31/2023 | $ 6,697.73 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR     IL     62525 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.681 | BODINE ELECTRIC | 1/31/2023 | $ 15,762.00 |

Creditor's Name

P.O. BOX 976
Street

DECATUR    IL    62525
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.682 | BODINE ELECTRIC | 1/31/2023 | $ 21,051.72 |

Creditor's Name

P.O. BOX 976
Street

DECATUR    IL    62525
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.683 | BODINE ELECTRIC | 1/31/2023 | $ 30,637.81 |

Creditor's Name

P.O. BOX 976
Street

DECATUR    IL    62525
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.684 | BODINE ELECTRIC | 2/13/2023 | $ 1,426.18 |

Creditor's Name

P.O. BOX 976
Street

DECATUR    IL    62525
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.685 | BODINE ELECTRIC | 2/13/2023 | $ 2,999.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR    IL    62525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.686 | BODINE ELECTRIC | 2/13/2023 | $ 2,999.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR    IL    62525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.687 | BODINE ELECTRIC | 2/13/2023 | $ 2,999.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 976 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR    IL    62525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.688 | BOSTON ANALYTICAL -R&D ONLY | 1/31/2023 | $ 3,400.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 14 MANOR PARKWAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SALEM    NH    03079 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.689 | BOSTON ANALYTICAL -R&D ONLY | 1/31/2023 | $ 13,500.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 14 MANOR PARKWAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SALEM    NH    03079 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.690 | BRYAN CAVE LEIGHTON PAISNER LLP | 11/29/2022 | $ 969.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 503089 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ST LOUIS    MO    63150-3089 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.691 | BRYAN CAVE LEIGHTON PAISNER LLP | 11/29/2022 | $ 1,619.45 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 503089 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ST LOUIS    MO    63150-3089 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.692 | BRYAN CAVE LEIGHTON PAISNER LLP | 11/29/2022 | $ 4,776.15 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 503089 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ST LOUIS    MO    63150-3089 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.693 BRYAN CAVE LEIGHTON PAISNER LLP
Creditor's Name

12/22/2022    $    403.75

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 503089
Street

ST LOUIS    MO    63150-3089
City    State    ZIP Code

Country

3.694 BRYAN CAVE LEIGHTON PAISNER LLP
Creditor's Name

12/22/2022    $    1,292.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 503089
Street

ST LOUIS    MO    63150-3089
City    State    ZIP Code

Country

3.695 BRYAN CAVE LEIGHTON PAISNER LLP
Creditor's Name

1/19/2023    $    242.25

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 503089
Street

ST LOUIS    MO    63150-3089
City    State    ZIP Code

Country

3.696 BRYAN CAVE LEIGHTON PAISNER LLP
Creditor's Name

1/19/2023    $    1,776.50

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 503089
Street

ST LOUIS    MO    63150-3089
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | |
|---|---|---|---|
| 3.697 | BUTLER SNOW LLP | 12/22/2022 | $ 28,351.80 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

1020 HIGHLAND COLONY PARKWAY
Street

SUITE 1400

| RIDGELAND | MS | 39157 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | | |
|---|---|---|---|
| 3.698 | BUTLER SNOW LLP | 1/6/2023 | $ 3,358.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

1020 HIGHLAND COLONY PARKWAY
Street

SUITE 1400

| RIDGELAND | MS | 39157 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | | |
|---|---|---|---|
| 3.699 | BUTLER SNOW LLP | 1/31/2023 | $ 1,636.50 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

1020 HIGHLAND COLONY PARKWAY
Street

SUITE 1400

| RIDGELAND | MS | 39157 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| | | | |
|---|---|---|---|
| 3.700 | BUTLER SNOW LLP | 2/8/2023 | $ 348.50 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

1020 HIGHLAND COLONY PARKWAY
Street

SUITE 1400

| RIDGELAND | MS | 39157 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.701 CA-MCO HCPCS | 12/22/2022 | $ | (102.99) | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| DHCS ACCT SECT CASH RECEIPTS UNIT | | | | ☐ Services |
| Street | | | | ☐ Other |
| PO BOX 997415 MS 1101 | | | | |
| SACRAMENTO      CA      95899-7415 | | | | |
| City      State      ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.702 CA-MCO HCPCS | 12/22/2022 | $ | 11.39 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| DHCS ACCT SECT CASH RECEIPTS UNIT | | | | ☐ Services |
| Street | | | | ☐ Other |
| PO BOX 997415 MS 1101 | | | | |
| SACRAMENTO      CA      95899-7415 | | | | |
| City      State      ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.703 CA-MCO HCPCS | 12/22/2022 | $ | 243.60 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| DHCS ACCT SECT CASH RECEIPTS UNIT | | | | ☐ Services |
| Street | | | | ☐ Other |
| PO BOX 997415 MS 1101 | | | | |
| SACRAMENTO      CA      95899-7415 | | | | |
| City      State      ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.704 CA-MCO HCPCS | 12/22/2022 | $ | 1,106.30 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| DHCS ACCT SECT CASH RECEIPTS UNIT | | | | ☐ Services |
| Street | | | | ☐ Other |
| PO BOX 997415 MS 1101 | | | | |
| SACRAMENTO      CA      95899-7415 | | | | |
| City      State      ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.705 CA-MCO HCPCS | 12/22/2022 | $ | 4,797.19 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| DHCS ACCT SECT CASH RECEIPTS UNIT | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| PO BOX 997415 MS 1101 | | | | ☐ Other |
| SACRAMENTO  CA  95899-7415 | | | | |
| City  State  ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.706 CA-MCO HCPCS | 12/22/2022 | $ | 6,178.48 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| DHCS ACCT SECT CASH RECEIPTS UNIT | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| PO BOX 997415 MS 1101 | | | | ☐ Other |
| SACRAMENTO  CA  95899-7415 | | | | |
| City  State  ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.707 CA-MEDI-CAL | 12/22/2022 | $ | (156.07) | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| DHCS ACCT SECT CASH RECEIPTS UNIT | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| PO BOX 997415 MS 1101 | | | | ☐ Other |
| SACRAMENTO  CA  95899-7415 | | | | |
| City  State  ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.708 CA-MEDI-CAL | 12/22/2022 | $ | (95.00) | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| DHCS ACCT SECT CASH RECEIPTS UNIT | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| PO BOX 997415 MS 1101 | | | | ☐ Other |
| SACRAMENTO  CA  95899-7415 | | | | |
| City  State  ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*    23-10255

| | | | | |
|---|---|---|---|---|
| 3.709 CA-MEDI-CAL | 12/22/2022 | $ | 526,774.20 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| DHCS ACCT SECT CASH RECEIPTS UNIT | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| PO BOX 997415 MS 1101 | | | | ☐ Other |
| SACRAMENTO    CA    95899-7415 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.710 CA-MEDI-CAL ACA | 12/22/2022 | $ | (318.29) | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| DHCS ACCT SECT CASH RECEIPTS UNIT | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| PO BOX 997415 MS 1101 | | | | ☐ Other |
| SACRAMENTO    CA    95899-7415 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.711 CA-MEDI-CAL ACA | 12/22/2022 | $ | (106.83) | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| DHCS ACCT SECT CASH RECEIPTS UNIT | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| PO BOX 997415 MS 1101 | | | | ☐ Other |
| SACRAMENTO    CA    95899-7415 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.712 CA-MEDI-CAL ACA | 12/22/2022 | $ | 211,756.97 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| DHCS ACCT SECT CASH RECEIPTS UNIT | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| PO BOX 997415 MS 1101 | | | | ☐ Other |
| SACRAMENTO    CA    95899-7415 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| 3.713 | CAMFIL - DP FILTERS -REMIT | 11/29/2022 | $ | 18,721.97 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 3302 SOLUTIONS CENTER | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO      IL      60677-3003 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| 3.714 | CAMFIL - DP FILTERS -REMIT | 12/29/2022 | $ | 709.58 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 3302 SOLUTIONS CENTER | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO      IL      60677-3003 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| 3.715 | CAMFIL - DP FILTERS -REMIT | 12/29/2022 | $ | 14,315.99 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 3302 SOLUTIONS CENTER | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO      IL      60677-3003 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| 3.716 | CASTER DEPOT | 12/8/2022 | $ | 502.76 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT 9014 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 30516 | | | | ☐ Other |
| | LANSING      MI      48909-8016 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.717** CASTER DEPOT
Creditor's Name

DEPT 9014
Street

PO BOX 30516

LANSING          MI          48909-8016
City              State        ZIP Code

Country

12/8/2022          $          2,947.55

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.718** CASTER DEPOT
Creditor's Name

DEPT 9014
Street

PO BOX 30516

LANSING          MI          48909-8016
City              State        ZIP Code

Country

1/12/2023          $          2,947.55

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.719** CASTER DEPOT
Creditor's Name

DEPT 9014
Street

PO BOX 30516

LANSING          MI          48909-8016
City              State        ZIP Code

Country

1/12/2023          $          4,546.93

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.720** CATALENT MICRON TECH -REMIT
Creditor's Name

25111 NETWORK PLACE
Street

CHICAGO          IL          60673-1251
City              State        ZIP Code

Country

1/12/2023          $          1,190.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.721 | CATALENT MICRON TECH -REMIT | 1/12/2023 | $ | 2,570.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25111 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-1251 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.722 | CATALENT MICRON TECH -REMIT | 1/12/2023 | $ | 4,140.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25111 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-1251 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.723 | CATALENT MICRON TECH -REMIT | 1/12/2023 | $ | 4,640.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25111 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-1251 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.724 | CATALENT MICRON TECH -REMIT | 2/13/2023 | $ | 4,640.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25111 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-1251 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                                    Case number (if known):    23-10255

Name

3.725  CATALENT RTP -REMIT                    11/29/2022    $         200.00    ☐  Secured debt
Creditor's Name                                                                  ☐  Unsecured loan repayments

25109 NETWORK PLACE                                                    ☒  Suppliers or vendors
Street                                                                            ☐  Services

                                                                                  ☐  Other

CHICAGO            IL        60673-1251
City              State      ZIP Code

Country

3.726  CATALENT RTP -REMIT                    11/29/2022    $       21,396.00    ☐  Secured debt
Creditor's Name                                                                  ☐  Unsecured loan repayments

25109 NETWORK PLACE                                                    ☒  Suppliers or vendors
Street                                                                            ☐  Services

                                                                                  ☐  Other

CHICAGO            IL        60673-1251
City              State      ZIP Code

Country

3.727  CATALENT RTP -REMIT                    11/29/2022    $       27,253.00    ☐  Secured debt
Creditor's Name                                                                  ☐  Unsecured loan repayments

25109 NETWORK PLACE                                                    ☒  Suppliers or vendors
Street                                                                            ☐  Services

                                                                                  ☐  Other

CHICAGO            IL        60673-1251
City              State      ZIP Code

Country

3.728  CATALENT RTP -REMIT                    1/26/2023     $       10,478.00    ☐  Secured debt
Creditor's Name                                                                  ☐  Unsecured loan repayments

25109 NETWORK PLACE                                                    ☒  Suppliers or vendors
Street                                                                            ☐  Services

                                                                                  ☐  Other

CHICAGO            IL        60673-1251
City              State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.729 | CATALENT RTP -REMIT | 2/13/2023 | $ 37,415.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25109 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1251 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.730 | CATALENT RTP -REMIT | 2/13/2023 | $ 48,059.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25109 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1251 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.731 | CEDAR BROOK 5 CORPORATE CENTER LP | 12/6/2022 | $ 101,299.57 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 4A CEDAR BROOK DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CRANBURY    NJ    08512 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.732 | CEDAR BROOK 5 CORPORATE CENTER LP | 1/6/2023 | $ 102,331.87 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 4A CEDAR BROOK DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CRANBURY    NJ    08512 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.733 | CEDAR BROOK 5 CORPORATE CENTER LP | 2/13/2023 | $ | (119.10) | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

4A CEDAR BROOK DRIVE
Street

☑ Suppliers or vendors

☐ Services

☐ Other

CRANBURY          NJ          08512
City          State          ZIP Code

Country

| 3.734 | CEDAR BROOK 5 CORPORATE CENTER LP | 2/13/2023 | $ | 102,331.87 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

4A CEDAR BROOK DRIVE
Street

☑ Suppliers or vendors

☐ Services

☐ Other

CRANBURY          NJ          08512
City          State          ZIP Code

Country

| 3.735 | CENTERPOINT VENTURE II LLC | 12/6/2022 | $ | 130,326.65 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1808 SWIFT DRIVE SUITE A
Street

☑ Suppliers or vendors

☐ Services

☐ Other

OAK BROOK          IL          60523-1501
City          State          ZIP Code

Country

| 3.736 | CENTERPOINT VENTURE II LLC | 1/6/2023 | $ | 136,766.07 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1808 SWIFT DRIVE SUITE A
Street

☑ Suppliers or vendors

☐ Services

☐ Other

OAK BROOK          IL          60523-1501
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.737 | CENTERPOINT VENTURE II LLC | 2/8/2023 | $ 136,766.07 | | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

| | | | | | ☐ Unsecured loan repayments |
|---|---|---|---|---|---|

1808 SWIFT DRIVE SUITE A

Street

☒ Suppliers or vendors

☐ Services

☐ Other

OAK BROOK        IL        60523-1501
City                State        ZIP Code

Country

---

3.738  CENTRAL ILLINOIS SCALE COMPANY        11/29/2022        $ 302.50
Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

PO BOX 3158
Street

☒ Suppliers or vendors

☐ Services

☐ Other

DECATUR        IL        62524
City                State        ZIP Code

Country

---

3.739  CENTRAL ILLINOIS SCALE COMPANY        11/29/2022        $ 2,375.00
Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

PO BOX 3158
Street

☒ Suppliers or vendors

☐ Services

☐ Other

DECATUR        IL        62524
City                State        ZIP Code

Country

---

3.740  CENTRAL ILLINOIS SCALE COMPANY        12/8/2022        $ 23,432.02
Creditor's Name

☐ Secured debt

☐ Unsecured loan repayments

PO BOX 3158
Street

☒ Suppliers or vendors

☐ Services

☐ Other

DECATUR        IL        62524
City                State        ZIP Code

Country

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.741  CENTRAL ILLINOIS SCALE COMPANY
Creditor's Name

PO BOX 3158
Street


DECATUR          IL          62524
City          State          ZIP Code

Country

1/6/2023          $          652.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.742  CENTRAL ILLINOIS SCALE COMPANY
Creditor's Name

PO BOX 3158
Street


DECATUR          IL          62524
City          State          ZIP Code

Country

1/6/2023          $          1,034.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.743  CENTRAL ILLINOIS SCALE COMPANY
Creditor's Name

PO BOX 3158
Street


DECATUR          IL          62524
City          State          ZIP Code

Country

1/6/2023          $          1,200.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.744  CENTRAL ILLINOIS SCALE COMPANY
Creditor's Name

PO BOX 3158
Street


DECATUR          IL          62524
City          State          ZIP Code

Country

1/6/2023          $          3,280.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.745**  CENTRAL ILLINOIS SCALE COMPANY
Creditor's Name

1/6/2023

$ 7,234.50

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PO BOX 3158
Street

DECATUR    IL    62524
City    State    ZIP Code

Country

---

**3.746**  CENTRAL ILLINOIS SCALE COMPANY
Creditor's Name

1/26/2023

$ 275.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PO BOX 3158
Street

DECATUR    IL    62524
City    State    ZIP Code

Country

---

**3.747**  CENTRAL ILLINOIS SCALE COMPANY
Creditor's Name

1/26/2023

$ 678.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PO BOX 3158
Street

DECATUR    IL    62524
City    State    ZIP Code

Country

---

**3.748**  CENTRAL ILLINOIS SCALE COMPANY
Creditor's Name

1/31/2023

$ 6,959.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PO BOX 3158
Street

DECATUR    IL    62524
City    State    ZIP Code

Country

---

Debtor: Akorn Operating Company LLC     Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.749 | CHARLES RIVER LABS -REMIT | 11/29/2022 | $ | 69.68 |

Creditor's Name

GPO BOX 27812

Street

NEW YORK     NY     10087-7812
City      State      ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

| | | | | |
|---|---|---|---|---|
| 3.750 | CHARLES RIVER LABS -REMIT | 11/29/2022 | $ | 69.68 |

Creditor's Name

GPO BOX 27812

Street

NEW YORK     NY     10087-7812
City      State      ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

| | | | | |
|---|---|---|---|---|
| 3.751 | CHARLES RIVER LABS -REMIT | 11/29/2022 | $ | 128.96 |

Creditor's Name

GPO BOX 27812

Street

NEW YORK     NY     10087-7812
City      State      ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

| | | | | |
|---|---|---|---|---|
| 3.752 | CHARLES RIVER LABS -REMIT | 11/29/2022 | $ | 128.96 |

Creditor's Name

GPO BOX 27812

Street

NEW YORK     NY     10087-7812
City      State      ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.753 | CHARLES RIVER LABS -REMIT | 11/29/2022 | $ 128.96 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | GPO BOX 27812 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK    NY    10087-7812 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.754 | CHARLES RIVER LABS -REMIT | 11/29/2022 | $ 198.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | GPO BOX 27812 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK    NY    10087-7812 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.755 | CHARLES RIVER LABS -REMIT | 11/29/2022 | $ 198.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | GPO BOX 27812 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK    NY    10087-7812 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.756 | CHARLES RIVER LABS -REMIT | 11/29/2022 | $ 198.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | GPO BOX 27812 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK    NY    10087-7812 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.757 | CHARLES RIVER LABS -REMIT | 11/29/2022 | $ | 209.04 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | GPO BOX 27812 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | NEW YORK    NY    10087-7812 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.758 | CHARLES RIVER LABS -REMIT | 11/29/2022 | $ | 585.52 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | GPO BOX 27812 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | NEW YORK    NY    10087-7812 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.759 | CHARLES RIVER LABS -REMIT | 12/8/2022 | $ | 69.68 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | GPO BOX 27812 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | NEW YORK    NY    10087-7812 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.760 | CHARLES RIVER LABS -REMIT | 12/8/2022 | $ | 139.36 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | GPO BOX 27812 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | NEW YORK    NY    10087-7812 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 3.761 | CHARLES RIVER LABS -REMIT | 12/8/2022 | $ | 139.36 |
|---|---|---|---|---|
| | Creditor's Name | | | |

GPO BOX 27812
Street

NEW YORK          NY          10087-7812
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| 3.762 | CHARLES RIVER LABS -REMIT | 12/8/2022 | $ | 139.36 |
|---|---|---|---|---|
| | Creditor's Name | | | |

GPO BOX 27812
Street

NEW YORK          NY          10087-7812
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| 3.763 | CHARLES RIVER LABS -REMIT | 12/8/2022 | $ | 139.36 |
|---|---|---|---|---|
| | Creditor's Name | | | |

GPO BOX 27812
Street

NEW YORK          NY          10087-7812
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| 3.764 | CHARLES RIVER LABS -REMIT | 12/8/2022 | $ | 515.84 |
|---|---|---|---|---|
| | Creditor's Name | | | |

GPO BOX 27812
Street

NEW YORK          NY          10087-7812
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.765  CHARLES RIVER LABS -REMIT                1/12/2023       $              69.68      ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

GPO BOX 27812                                                                             ☑ Suppliers or vendors
Street                                                                                    ☐ Services

                                                                                         ☐ Other

NEW YORK            NY          10087-7812
City                State       ZIP Code

Country

3.766  CHARLES RIVER LABS -REMIT                1/12/2023       $             121.68      ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

GPO BOX 27812                                                                             ☑ Suppliers or vendors
Street                                                                                    ☐ Services

                                                                                         ☐ Other

NEW YORK            NY          10087-7812
City                State       ZIP Code

Country

3.767  CHARLES RIVER LABS -REMIT                1/12/2023       $             128.96      ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

GPO BOX 27812                                                                             ☑ Suppliers or vendors
Street                                                                                    ☐ Services

                                                                                         ☐ Other

NEW YORK            NY          10087-7812
City                State       ZIP Code

Country

3.768  CHARLES RIVER LABS -REMIT                1/12/2023       $             139.36      ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

GPO BOX 27812                                                                             ☑ Suppliers or vendors
Street                                                                                    ☐ Services

                                                                                         ☐ Other

NEW YORK            NY          10087-7812
City                State       ZIP Code

Country

Debtor: Akorn Operating Company LLC                                   Case number *(if known)*:    23-10255

Name

**3.769** CHARLES RIVER LABS -REMIT          1/12/2023      $          158.08        ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

GPO BOX 27812                                                                       ☒ Suppliers or vendors
Street                                                                             ☐ Services

                                                                                   ☐ Other

NEW YORK        NY        10087-7812
City            State     ZIP Code

Country

**3.770** CHARLES RIVER LABS -REMIT          1/12/2023      $          198.64        ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

GPO BOX 27812                                                                       ☒ Suppliers or vendors
Street                                                                             ☐ Services

                                                                                   ☐ Other

NEW YORK        NY        10087-7812
City            State     ZIP Code

Country

**3.771** CHARLES RIVER LABS -REMIT          1/12/2023      $          268.32        ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

GPO BOX 27812                                                                       ☒ Suppliers or vendors
Street                                                                             ☐ Services

                                                                                   ☐ Other

NEW YORK        NY        10087-7812
City            State     ZIP Code

Country

**3.772** CHARLES RIVER LABS -REMIT          1/12/2023      $          386.88        ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

GPO BOX 27812                                                                       ☒ Suppliers or vendors
Street                                                                             ☐ Services

                                                                                   ☐ Other

NEW YORK        NY        10087-7812
City            State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.773 CHARLES RIVER LABS -REMIT | 1/12/2023 | $ 386.88 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| GPO BOX 27812 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| NEW YORK    NY    10087-7812 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.774 CHARLES RIVER LABS -REMIT | 1/12/2023 | $ 455.52 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| GPO BOX 27812 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| NEW YORK    NY    10087-7812 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.775 CHARLES RIVER LABS -REMIT | 1/12/2023 | $ 483.60 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| GPO BOX 27812 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| NEW YORK    NY    10087-7812 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.776 CHARLES RIVER LABS -REMIT | 1/12/2023 | $ 515.84 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| GPO BOX 27812 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| NEW YORK    NY    10087-7812 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.777 | CHARLES RIVER LABS -REMIT | 1/31/2023 | $ | 128.96 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | GPO BOX 27812 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | NEW YORK    NY    10087-7812 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.778 | CHARLES RIVER LABS -REMIT | 1/31/2023 | $ | 268.32 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | GPO BOX 27812 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | NEW YORK    NY    10087-7812 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.779 | CHARLES RIVER LABS -REMIT | 1/31/2023 | $ | 386.88 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | GPO BOX 27812 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | NEW YORK    NY    10087-7812 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.780 | CHARLES RIVER LABS -REMIT | 1/31/2023 | $ | 982.80 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | GPO BOX 27812 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | NEW YORK    NY    10087-7812 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

| Name | | | |

**3.781** CHARLES RIVER LABS -REMIT
Creditor's Name

2/13/2023      $              69.68

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

GPO BOX 27812
Street

NEW YORK          NY          10087-7812
City          State          ZIP Code

Country

**3.782** CHARLES RIVER LABS -REMIT
Creditor's Name

2/13/2023      $             209.04

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

GPO BOX 27812
Street

NEW YORK          NY          10087-7812
City          State          ZIP Code

Country

**3.783** CHEM-AQUA INC
Creditor's Name

11/29/2022      $             764.47

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

23261 NETWORK PLACE
Street

CHICAGO          IL          60673-1232
City          State          ZIP Code

Country

**3.784** CHEM-AQUA INC
Creditor's Name

12/8/2022      $             720.62

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

23261 NETWORK PLACE
Street

CHICAGO          IL          60673-1232
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.785 | CHEM-AQUA INC | 1/6/2023 | $ 1,073.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 23261 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1232 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.786 | CHEM-AQUA INC | 1/6/2023 | $ 8,491.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 23261 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1232 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.787 | CHEM-AQUA INC | 1/6/2023 | $ 8,491.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 23261 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1232 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.788 | CHEM-AQUA INC | 1/31/2023 | $ 764.47 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 23261 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1232 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.789 | **CHEM-AQUA INC** | 1/31/2023 | $ 8,491.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 23261 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1232 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.790 | **CHEMO IBERICA SA** | 2/14/2023 | $ 76,050.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | MANUEL POMBO ANGULA 28 - 3RD FLOOR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MADRID    28050 | | | |
| | City    State    ZIP Code | | | |
| | SPAIN | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.791 | **CHEMPOINT.COM** | 2/13/2023 | $ 36,815.68 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13727 COLLECTION CENTER DR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.792 | **CHICAGO INFILL INDUSTRIAL PROPERTIES LP** | 12/6/2022 | $ 1,407.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74008508 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60674-8508 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.793 | CHICAGO INFILL INDUSTRIAL PROPERTIES LP | 12/6/2022 | $    3,536.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74008508 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO      IL      60674-8508 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.794 | CHICAGO INFILL INDUSTRIAL PROPERTIES LP | 12/6/2022 | $    4,441.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74008508 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO      IL      60674-8508 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.795 | CHICAGO INFILL INDUSTRIAL PROPERTIES LP | 12/6/2022 | $    23,683.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74008508 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO      IL      60674-8508 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.796 | CHICAGO INFILL INDUSTRIAL PROPERTIES LP | 1/6/2023 | $    1,407.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74008508 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO      IL      60674-8508 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.797 | CHICAGO INFILL INDUSTRIAL PROPERTIES LP | 1/6/2023 | $ 3,536.33 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74008508 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60674-8508 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| 3.798 | CHICAGO INFILL INDUSTRIAL PROPERTIES LP | 1/6/2023 | $ 4,441.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74008508 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60674-8508 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| 3.799 | CHICAGO INFILL INDUSTRIAL PROPERTIES LP | 1/6/2023 | $ 23,683.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74008508 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60674-8508 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| 3.800 | CHICAGO INFILL INDUSTRIAL PROPERTIES LP | 2/8/2023 | $ 1,433.25 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 74008508 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60674-8508 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| 3.801 | CHICAGO INFILL INDUSTRIAL PROPERTIES LP | 2/8/2023 | $ | 3,601.08 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 74008508

☑ Suppliers or vendors

Street

☐ Services

| CHICAGO | IL | 60674-8508 | ☐ Other |
|---|---|---|---|

City    State    ZIP Code

Country

| 3.802 | CHICAGO INFILL INDUSTRIAL PROPERTIES LP | 2/8/2023 | $ | 4,528.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 74008508

☑ Suppliers or vendors

Street

☐ Services

| CHICAGO | IL | 60674-8508 | ☐ Other |
|---|---|---|---|

City    State    ZIP Code

Country

| 3.803 | CHICAGO INFILL INDUSTRIAL PROPERTIES LP | 2/8/2023 | $ | 24,147.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 74008508

☑ Suppliers or vendors

Street

☐ Services

| CHICAGO | IL | 60674-8508 | ☐ Other |
|---|---|---|---|

City    State    ZIP Code

Country

| 3.804 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ | (8,749.20) | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 630803

☑ Suppliers or vendors

Street

☐ Services

| CINCINNATI | OH | 45263-6525 | ☐ Other |
|---|---|---|---|

City    State    ZIP Code

Country

Official Form 207 — **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** — Page 203

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

3.805  CINTAS GARMENT/CL ROOM -REMIT          11/29/2022      $        (2,572.69)
Creditor's Name

PO BOX 630803
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CINCINNATI        OH        45263-6525
City              State      ZIP Code

Country

3.806  CINTAS GARMENT/CL ROOM -REMIT          11/29/2022      $         (142.16)
Creditor's Name

PO BOX 630803
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CINCINNATI        OH        45263-6525
City              State      ZIP Code

Country

3.807  CINTAS GARMENT/CL ROOM -REMIT          11/29/2022      $         (121.16)
Creditor's Name

PO BOX 630803
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CINCINNATI        OH        45263-6525
City              State      ZIP Code

Country

3.808  CINTAS GARMENT/CL ROOM -REMIT          11/29/2022      $         (117.87)
Creditor's Name

PO BOX 630803
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CINCINNATI        OH        45263-6525
City              State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.809 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ (86.86) | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CINCINNATI OH 45263-6525 | | | | |
| | City State ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.810 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ (65.53) | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CINCINNATI OH 45263-6525 | | | | |
| | City State ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.811 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ (61.97) | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CINCINNATI OH 45263-6525 | | | | |
| | City State ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.812 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ (41.23) | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CINCINNATI OH 45263-6525 | | | | |
| | City State ZIP Code | | | | |
| | Country | | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.813 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 31.72 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI    OH    45263-6525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.814 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 41.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI    OH    45263-6525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.815 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 64.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI    OH    45263-6525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.816 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 101.53 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI    OH    45263-6525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.817 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 123.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI    OH    45263-6525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.818 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 123.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI    OH    45263-6525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.819 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 159.72 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI    OH    45263-6525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.820 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 165.93 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI    OH    45263-6525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.821 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 181.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI      OH      45263-6525 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.822 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 186.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI      OH      45263-6525 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.823 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 270.79 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI      OH      45263-6525 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.824 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 271.69 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI      OH      45263-6525 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.825  CINTAS GARMENT/CL ROOM -REMIT

Creditor's Name

PO BOX 630803

Street

CINCINNATI          OH          45263-6525

City          State          ZIP Code

Country

11/29/2022    $    292.94

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.826  CINTAS GARMENT/CL ROOM -REMIT

Creditor's Name

PO BOX 630803

Street

CINCINNATI          OH          45263-6525

City          State          ZIP Code

Country

11/29/2022    $    981.74

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.827  CINTAS GARMENT/CL ROOM -REMIT

Creditor's Name

PO BOX 630803

Street

CINCINNATI          OH          45263-6525

City          State          ZIP Code

Country

11/29/2022    $    981.74

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.828  CINTAS GARMENT/CL ROOM -REMIT

Creditor's Name

PO BOX 630803

Street

CINCINNATI          OH          45263-6525

City          State          ZIP Code

Country

11/29/2022    $    981.74

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.829 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ | 981.74 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 630803

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CINCINNATI          OH          45263-6525
City                State        ZIP Code

Country

---

| 3.830 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ | 1,558.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 630803

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CINCINNATI          OH          45263-6525
City                State        ZIP Code

Country

---

| 3.831 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ | 1,558.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 630803

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CINCINNATI          OH          45263-6525
City                State        ZIP Code

Country

---

| 3.832 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ | 1,558.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 630803

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CINCINNATI          OH          45263-6525
City                State        ZIP Code

Country

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 210

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.833 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ | 1,558.80 |
|-------|-------------------------------|------------|---|----------|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 630803

Street

CINCINNATI        OH        45263-6525

City        State        ZIP Code

Country

| 3.834 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ | 1,558.80 |
|-------|-------------------------------|------------|---|----------|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 630803

Street

CINCINNATI        OH        45263-6525

City        State        ZIP Code

Country

| 3.835 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ | 1,558.80 |
|-------|-------------------------------|------------|---|----------|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 630803

Street

CINCINNATI        OH        45263-6525

City        State        ZIP Code

Country

| 3.836 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ | 1,558.80 |
|-------|-------------------------------|------------|---|----------|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 630803

Street

CINCINNATI        OH        45263-6525

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.837  CINTAS GARMENT/CL ROOM -REMIT          11/29/2022       $          1,773.41
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 630803
Street

CINCINNATI          OH          45263-6525
City                State       ZIP Code

Country

3.838  CINTAS GARMENT/CL ROOM -REMIT          11/29/2022       $          1,773.41
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 630803
Street

CINCINNATI          OH          45263-6525
City                State       ZIP Code

Country

3.839  CINTAS GARMENT/CL ROOM -REMIT          11/29/2022       $          1,773.41
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 630803
Street

CINCINNATI          OH          45263-6525
City                State       ZIP Code

Country

3.840  CINTAS GARMENT/CL ROOM -REMIT          11/29/2022       $          2,697.37
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 630803
Street

CINCINNATI          OH          45263-6525
City                State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.841 | CINTAS GARMENT/CL ROOM -REMIT | 11/29/2022 | $ 9,125.70 |
|---|---|---|---|

Creditor's Name

PO BOX 630803

Street

CINCINNATI    OH    45263-6525

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| 3.842 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ 297.48 |
|---|---|---|---|

Creditor's Name

PO BOX 630803

Street

CINCINNATI    OH    45263-6525

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| 3.843 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ 297.48 |
|---|---|---|---|

Creditor's Name

PO BOX 630803

Street

CINCINNATI    OH    45263-6525

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| 3.844 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ 297.48 |
|---|---|---|---|

Creditor's Name

PO BOX 630803

Street

CINCINNATI    OH    45263-6525

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.845 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ 297.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI        OH        45263-6525 | | | |
| | City                  State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.846 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ 297.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI        OH        45263-6525 | | | |
| | City                  State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.847 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ 297.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI        OH        45263-6525 | | | |
| | City                  State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.848 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ 297.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI        OH        45263-6525 | | | |
| | City                  State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| 3.849 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ | 297.48 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI   OH   45263-6525 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.850 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ | 297.48 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI   OH   45263-6525 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.851 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ | 297.48 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI   OH   45263-6525 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.852 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ | 297.48 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI   OH   45263-6525 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.853 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ 297.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI      OH      45263-6525 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.854 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ 981.74 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI      OH      45263-6525 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.855 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ 2,320.88 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI      OH      45263-6525 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.856 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ 3,840.87 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI      OH      45263-6525 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.857 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ | 4,312.51 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 630803

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CINCINNATI        OH        45263-6525

City        State        ZIP Code

Country

| 3.858 | CINTAS GARMENT/CL ROOM -REMIT | 12/8/2022 | $ | 4,363.24 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 630803

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CINCINNATI        OH        45263-6525

City        State        ZIP Code

Country

| 3.859 | CINTAS GARMENT/CL ROOM -REMIT | 12/15/2022 | $ | 981.74 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 630803

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CINCINNATI        OH        45263-6525

City        State        ZIP Code

Country

| 3.860 | CINTAS GARMENT/CL ROOM -REMIT | 12/15/2022 | $ | 1,558.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 630803

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CINCINNATI        OH        45263-6525

City        State        ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.861 | CINTAS GARMENT/CL ROOM -REMIT | 12/15/2022 | $ 1,773.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI    OH    45263-6525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.862 | CINTAS GARMENT/CL ROOM -REMIT | 12/22/2022 | $ 64.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI    OH    45263-6525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.863 | CINTAS GARMENT/CL ROOM -REMIT | 1/6/2023 | $ 981.74 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI    OH    45263-6525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.864 | CINTAS GARMENT/CL ROOM -REMIT | 1/6/2023 | $ 1,030.68 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI    OH    45263-6525 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.865 | CINTAS GARMENT/CL ROOM -REMIT | 1/6/2023 | $ 1,558.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI     OH     45263-6525 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.866 | CINTAS GARMENT/CL ROOM -REMIT | 1/6/2023 | $ 1,773.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI     OH     45263-6525 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.867 | CINTAS GARMENT/CL ROOM -REMIT | 1/6/2023 | $ 1,935.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI     OH     45263-6525 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.868 | CINTAS GARMENT/CL ROOM -REMIT | 1/6/2023 | $ 2,320.88 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 630803 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CINCINNATI     OH     45263-6525 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

3.869 CINTAS GARMENT/CL ROOM -REMIT
Creditor's Name

1/6/2023    $    3,925.27

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 630803
Street

CINCINNATI          OH          45263-6525
City          State          ZIP Code

Country

3.870 CINTAS GARMENT/CL ROOM -REMIT
Creditor's Name

1/12/2023    $    1,030.68

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 630803
Street

CINCINNATI          OH          45263-6525
City          State          ZIP Code

Country

3.871 CINTAS GARMENT/CL ROOM -REMIT
Creditor's Name

1/12/2023    $    1,935.56

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 630803
Street

CINCINNATI          OH          45263-6525
City          State          ZIP Code

Country

3.872 CINTAS GARMENT/CL ROOM -REMIT
Creditor's Name

1/12/2023    $    3,836.31

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 630803
Street

CINCINNATI          OH          45263-6525
City          State          ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.873  CINTAS GARMENT/CL ROOM -REMIT          1/12/2023      $        3,840.87

Creditor's Name

PO BOX 630803

Street

CINCINNATI          OH          45263-6525

City                State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.874  CINTAS GARMENT/CL ROOM -REMIT          1/19/2023      $        1,030.68

Creditor's Name

PO BOX 630803

Street

CINCINNATI          OH          45263-6525

City                State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.875  CINTAS GARMENT/CL ROOM -REMIT          1/19/2023      $        1,558.80

Creditor's Name

PO BOX 630803

Street

CINCINNATI          OH          45263-6525

City                State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.876  CINTAS GARMENT/CL ROOM -REMIT          1/19/2023      $        1,935.56

Creditor's Name

PO BOX 630803

Street

CINCINNATI          OH          45263-6525

City                State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.877 | CINTAS GARMENT/CL ROOM -REMIT | 1/31/2023 | $ | 1,030.68 | ☐ Secured debt |

3.877  CINTAS GARMENT/CL ROOM -REMIT
Creditor's Name

PO BOX 630803
Street

CINCINNATI          OH          45263-6525
City                State        ZIP Code

Country

1/31/2023          $          1,030.68

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.878  CINTAS GARMENT/CL ROOM -REMIT
Creditor's Name

PO BOX 630803
Street

CINCINNATI          OH          45263-6525
City                State        ZIP Code

Country

1/31/2023          $          1,558.80

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.879  CINTAS GARMENT/CL ROOM -REMIT
Creditor's Name

PO BOX 630803
Street

CINCINNATI          OH          45263-6525
City                State        ZIP Code

Country

1/31/2023          $          1,657.97

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.880  CINTAS GARMENT/CL ROOM -REMIT
Creditor's Name

PO BOX 630803
Street

CINCINNATI          OH          45263-6525
City                State        ZIP Code

Country

1/31/2023          $          1,935.56

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.881 | CINTAS GARMENT/CL ROOM -REMIT | 1/31/2023 | $ | 2,593.05 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI OH 45263-6525 | | | | | |
| | City State ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.882 | CINTAS GARMENT/CL ROOM -REMIT | 1/31/2023 | $ | 3,835.41 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI OH 45263-6525 | | | | | |
| | City State ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.883 | CINTAS GARMENT/CL ROOM -REMIT | 1/31/2023 | $ | 3,836.31 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI OH 45263-6525 | | | | | |
| | City State ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.884 | CINTAS GARMENT/CL ROOM -REMIT | 2/13/2023 | $ | 1,657.97 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI OH 45263-6525 | | | | | |
| | City State ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.885 | CINTAS GARMENT/CL ROOM -REMIT | 2/13/2023 | $ | 1,935.56 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI    OH    45263-6525 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.886 | CINTAS GARMENT/CL ROOM -REMIT | 2/13/2023 | $ | 4,047.04 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI    OH    45263-6525 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.887 | CINTAS GARMENT/CL ROOM -REMIT | 2/13/2023 | $ | 4,073.92 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 630803 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI    OH    45263-6525 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.888 | CIRCULAR EDGE LLC | 11/29/2022 | $ | 735.87 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 399 CAMPUS DRIVE SUITE 102 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:     23-10255

| | | | |
|---|---|---|---|
| 3.889 | CIRCULAR EDGE LLC | 11/29/2022 | $ 4,800.00 |

Creditor's Name

399 CAMPUS DRIVE SUITE 102
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.890 | CIRCULAR EDGE LLC | 11/29/2022 | $ 6,000.00 |

Creditor's Name

399 CAMPUS DRIVE SUITE 102
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.891 | CIRCULAR EDGE LLC | 11/29/2022 | $ 11,100.00 |

Creditor's Name

399 CAMPUS DRIVE SUITE 102
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.892 | CIRCULAR EDGE LLC | 11/29/2022 | $ 11,325.00 |

Creditor's Name

399 CAMPUS DRIVE SUITE 102
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.893 | CIRCULAR EDGE LLC<br>Creditor's Name | 11/29/2022 | $ 12,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 399 CAMPUS DRIVE SUITE 102<br>Street | | | |
| | SOMERSET   NJ   08873<br>City   State   ZIP Code | | | |
| | Country | | | |
| 3.894 | CIRCULAR EDGE LLC<br>Creditor's Name | 11/29/2022 | $ 12,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 399 CAMPUS DRIVE SUITE 102<br>Street | | | |
| | SOMERSET   NJ   08873<br>City   State   ZIP Code | | | |
| | Country | | | |
| 3.895 | CIRCULAR EDGE LLC<br>Creditor's Name | 11/29/2022 | $ 12,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 399 CAMPUS DRIVE SUITE 102<br>Street | | | |
| | SOMERSET   NJ   08873<br>City   State   ZIP Code | | | |
| | Country | | | |
| 3.896 | CIRCULAR EDGE LLC<br>Creditor's Name | 1/12/2023 | $ 7,040.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 399 CAMPUS DRIVE SUITE 102<br>Street | | | |
| | SOMERSET   NJ   08873<br>City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.897 | CIRCULAR EDGE LLC | 1/12/2023 | $ 9,520.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 399 CAMPUS DRIVE SUITE 102 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.898 | CIRCULAR EDGE LLC | 1/12/2023 | $ 9,600.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 399 CAMPUS DRIVE SUITE 102 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.899 | CIRCULAR EDGE LLC | 1/12/2023 | $ 11,120.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 399 CAMPUS DRIVE SUITE 102 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.900 | CIRCULAR EDGE LLC | 1/12/2023 | $ 12,080.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 399 CAMPUS DRIVE SUITE 102 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.901  CIRCULAR EDGE LLC
Creditor's Name

399 CAMPUS DRIVE SUITE 102
Street

SOMERSET          NJ          08873
City               State        ZIP Code

Country

1/12/2023     $        12,800.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.902  CITY OF DECATUR - UTILITIES BILL
Creditor's Name

FINANCE DEPARTMENT
Street

PO BOX 2578

DECATUR          IL          62525-2578
City               State        ZIP Code

Country

11/29/2022    $            22.73

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.903  CITY OF DECATUR - UTILITIES BILL
Creditor's Name

FINANCE DEPARTMENT
Street

PO BOX 2578

DECATUR          IL          62525-2578
City               State        ZIP Code

Country

11/29/2022    $           740.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.904  CITY OF DECATUR - UTILITIES BILL
Creditor's Name

FINANCE DEPARTMENT
Street

PO BOX 2578

DECATUR          IL          62525-2578
City               State        ZIP Code

Country

12/22/2022    $            21.26

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.905  CITY OF DECATUR - UTILITIES BILL

Creditor's Name

12/22/2022          $                154.65

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FINANCE DEPARTMENT

Street

PO BOX 2578

DECATUR          IL          62525-2578

City          State          ZIP Code

Country

3.906  CITY OF DECATUR - UTILITIES BILL

Creditor's Name

12/22/2022          $                597.12

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FINANCE DEPARTMENT

Street

PO BOX 2578

DECATUR          IL          62525-2578

City          State          ZIP Code

Country

3.907  CITY OF DECATUR - UTILITIES BILL

Creditor's Name

12/22/2022          $                820.89

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FINANCE DEPARTMENT

Street

PO BOX 2578

DECATUR          IL          62525-2578

City          State          ZIP Code

Country

3.908  CITY OF DECATUR - UTILITIES BILL

Creditor's Name

12/22/2022          $              25,036.66

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FINANCE DEPARTMENT

Street

PO BOX 2578

DECATUR          IL          62525-2578

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

---

3.909  CITY OF DECATUR - UTILITIES BILL    1/19/2023    $    21.52
Creditor's Name

FINANCE DEPARTMENT
Street

PO BOX 2578

DECATUR        IL        62525-2578
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

3.910  CITY OF DECATUR - UTILITIES BILL    1/19/2023    $    162.38
Creditor's Name

FINANCE DEPARTMENT
Street

PO BOX 2578

DECATUR        IL        62525-2578
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

3.911  CITY OF DECATUR - UTILITIES BILL    1/19/2023    $    808.45
Creditor's Name

FINANCE DEPARTMENT
Street

PO BOX 2578

DECATUR        IL        62525-2578
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

3.912  CITY OF DECATUR - UTILITIES BILL    1/19/2023    $    24,468.78
Creditor's Name

FINANCE DEPARTMENT
Street

PO BOX 2578

DECATUR        IL        62525-2578
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.913 | CITY OF DECATUR - UTILITIES BILL<br>Creditor's Name | 1/26/2023 | $ 698.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | FINANCE DEPARTMENT<br>Street | | | |
| | PO BOX 2578 | | | |
| | DECATUR    IL    62525-2578<br>City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.914 | CITY OF DECATUR - UTILITIES BILL<br>Creditor's Name | 2/13/2023 | $ 154.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | FINANCE DEPARTMENT<br>Street | | | |
| | PO BOX 2578 | | | |
| | DECATUR    IL    62525-2578<br>City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.915 | CITY OF DECATUR - UTILITIES BILL<br>Creditor's Name | 2/13/2023 | $ 843.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | FINANCE DEPARTMENT<br>Street | | | |
| | PO BOX 2578 | | | |
| | DECATUR    IL    62525-2578<br>City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.916 | CITY OF DECATUR - UTILITIES BILL<br>Creditor's Name | 2/13/2023 | $ 19,377.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | FINANCE DEPARTMENT<br>Street | | | |
| | PO BOX 2578 | | | |
| | DECATUR    IL    62525-2578<br>City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.917** CLARUSONE SOURCING SERVICES LLP
Creditor's Name

11/29/2022    $    24,791.70

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Hanna Watson
Street

TMF Group. 8th Floor, 20 Farringdon Street

Kondon                    EC4A 4AB
City            State        ZIP Code

United Kingdom
Country

**3.918** CLARUSONE SOURCING SERVICES LLP
Creditor's Name

11/29/2022    $    369,147.63

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Hanna Watson
Street

TMF Group. 8th Floor, 20 Farringdon Street

Kondon                    EC4A 4AB
City            State        ZIP Code

United Kingdom
Country

**3.919** COLBERT -REMIT
Creditor's Name

11/29/2022    $    1,056.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 7846
Street

CAROL STREAM    IL    60197-7846
City            State        ZIP Code

Country

**3.920** COLBERT -REMIT
Creditor's Name

11/29/2022    $    1,138.68

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 7846
Street

CAROL STREAM    IL    60197-7846
City            State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.921 | COLBERT -REMIT | 11/29/2022 | $ 1,144.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.922 | COLBERT -REMIT | 11/29/2022 | $ 1,152.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.923 | COLBERT -REMIT | 11/29/2022 | $ 1,173.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.924 | COLBERT -REMIT | 11/29/2022 | $ 1,218.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.925 | COLBERT -REMIT | 11/29/2022 | $ 1,278.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM        IL        60197-7846 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.926 | COLBERT -REMIT | 11/29/2022 | $ 1,287.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM        IL        60197-7846 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.927 | COLBERT -REMIT | 11/29/2022 | $ 1,397.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM        IL        60197-7846 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.928 | COLBERT -REMIT | 11/29/2022 | $ 1,495.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM        IL        60197-7846 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                                     Case number (if known): 23-10255

Name

| 3.929 | COLBERT -REMIT | 11/29/2022 | $ | 1,798.52 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CAROL STREAM     IL     60197-7846 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.930 | COLBERT -REMIT | 11/29/2022 | $ | 1,927.90 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CAROL STREAM     IL     60197-7846 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.931 | COLBERT -REMIT | 11/29/2022 | $ | 2,235.46 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CAROL STREAM     IL     60197-7846 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.932 | COLBERT -REMIT | 11/29/2022 | $ | 2,322.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CAROL STREAM     IL     60197-7846 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.933 | COLBERT -REMIT | 11/29/2022 | $ 2,815.69 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.934 | COLBERT -REMIT | 11/29/2022 | $ 2,984.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.935 | COLBERT -REMIT | 11/29/2022 | $ 3,234.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.936 | COLBERT -REMIT | 11/29/2022 | $ 3,256.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.937 | COLBERT -REMIT | 11/29/2022 | $ 3,359.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.938 | COLBERT -REMIT | 11/29/2022 | $ 3,424.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.939 | COLBERT -REMIT | 11/29/2022 | $ 3,435.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.940 | COLBERT -REMIT | 11/29/2022 | $ 3,465.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.941 | COLBERT -REMIT | 11/29/2022 | $ 3,537.63 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City        State    ZIP Code | | | |
| | Country | | | |

| 3.942 | COLBERT -REMIT | 11/29/2022 | $ 3,749.50 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City        State    ZIP Code | | | |
| | Country | | | |

| 3.943 | COLBERT -REMIT | 11/29/2022 | $ 3,855.60 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City        State    ZIP Code | | | |
| | Country | | | |

| 3.944 | COLBERT -REMIT | 11/29/2022 | $ 3,861.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City        State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| 3.945 | COLBERT -REMIT | 11/29/2022 | $ | 4,051.15 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 7846

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CAROL STREAM        IL        60197-7846
City                State    ZIP Code

Country

| 3.946 | COLBERT -REMIT | 11/29/2022 | $ | 4,355.44 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 7846

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CAROL STREAM        IL        60197-7846
City                State    ZIP Code

Country

| 3.947 | COLBERT -REMIT | 11/29/2022 | $ | 4,459.52 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 7846

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CAROL STREAM        IL        60197-7846
City                State    ZIP Code

Country

| 3.948 | COLBERT -REMIT | 11/29/2022 | $ | 4,971.20 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 7846

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CAROL STREAM        IL        60197-7846
City                State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.949 | COLBERT -REMIT | 11/29/2022 | $ 5,331.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.950 | COLBERT -REMIT | 11/29/2022 | $ 5,952.38 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.951 | COLBERT -REMIT | 11/29/2022 | $ 6,034.32 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.952 | COLBERT -REMIT | 11/29/2022 | $ 6,090.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

---

**3.953**  COLBERT -REMIT

Creditor's Name

PO BOX 7846

Street

CAROL STREAM          IL          60197-7846

City          State          ZIP Code

Country

11/29/2022          $          6,703.13

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**3.954**  COLBERT -REMIT

Creditor's Name

PO BOX 7846

Street

CAROL STREAM          IL          60197-7846

City          State          ZIP Code

Country

11/29/2022          $          8,261.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**3.955**  COLBERT -REMIT

Creditor's Name

PO BOX 7846

Street

CAROL STREAM          IL          60197-7846

City          State          ZIP Code

Country

11/29/2022          $          10,267.95

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**3.956**  COLBERT -REMIT

Creditor's Name

PO BOX 7846

Street

CAROL STREAM          IL          60197-7846

City          State          ZIP Code

Country

12/8/2022          $          (1,798.52)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.957 | COLBERT -REMIT | 12/8/2022 | $ 1,050.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.958 | COLBERT -REMIT | 12/8/2022 | $ 2,842.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.959 | COLBERT -REMIT | 12/8/2022 | $ 2,972.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.960 | COLBERT -REMIT | 12/8/2022 | $ 4,882.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.961  COLBERT -REMIT          12/8/2022    $      8,137.50    ☐ Secured debt
Creditor's Name                                                ☐ Unsecured loan repayments

PO BOX 7846                                                    ☒ Suppliers or vendors
Street                                                        ☐ Services

                                                              ☐ Other

CAROL STREAM        IL        60197-7846
City                State     ZIP Code

Country

3.962  COLBERT -REMIT          12/8/2022    $      9,630.00    ☐ Secured debt
Creditor's Name                                                ☐ Unsecured loan repayments

PO BOX 7846                                                    ☒ Suppliers or vendors
Street                                                        ☐ Services

                                                              ☐ Other

CAROL STREAM        IL        60197-7846
City                State     ZIP Code

Country

3.963  COLBERT -REMIT          12/8/2022    $     20,368.66    ☐ Secured debt
Creditor's Name                                                ☐ Unsecured loan repayments

PO BOX 7846                                                    ☒ Suppliers or vendors
Street                                                        ☐ Services

                                                              ☐ Other

CAROL STREAM        IL        60197-7846
City                State     ZIP Code

Country

3.964  COLBERT -REMIT          1/6/2023     $      3,918.40    ☐ Secured debt
Creditor's Name                                                ☐ Unsecured loan repayments

PO BOX 7846                                                    ☒ Suppliers or vendors
Street                                                        ☐ Services

                                                              ☐ Other

CAROL STREAM        IL        60197-7846
City                State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.965 | COLBERT -REMIT | 1/6/2023 | $ 4,293.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.966 | COLBERT -REMIT | 1/6/2023 | $ 4,733.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.967 | COLBERT -REMIT | 1/6/2023 | $ 6,468.96 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.968 | COLBERT -REMIT | 1/6/2023 | $ 6,476.38 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.969 | COLBERT -REMIT | 1/6/2023 | $ 11,762.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.970 | COLBERT -REMIT | 1/6/2023 | $ 35,383.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.971 | COLBERT -REMIT | 1/6/2023 | $ 38,188.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.972 | COLBERT -REMIT | 1/12/2023 | $ 980.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.973 | COLBERT -REMIT | 1/12/2023 | $ | 1,313.48 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 7846

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CAROL STREAM    IL    60197-7846

City    State    ZIP Code

Country

| 3.974 | COLBERT -REMIT | 1/12/2023 | $ | 1,346.40 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 7846

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CAROL STREAM    IL    60197-7846

City    State    ZIP Code

Country

| 3.975 | COLBERT -REMIT | 1/12/2023 | $ | 1,956.15 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 7846

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CAROL STREAM    IL    60197-7846

City    State    ZIP Code

Country

| 3.976 | COLBERT -REMIT | 1/12/2023 | $ | 1,989.60 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 7846

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CAROL STREAM    IL    60197-7846

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | |
|---|---|---|---|
| 3.977 COLBERT -REMIT | 1/12/2023 | $    2,302.20 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 7846 | | | ☑ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| CAROL STREAM    IL    60197-7846 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.978 COLBERT -REMIT | 1/12/2023 | $    2,625.31 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 7846 | | | ☑ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| CAROL STREAM    IL    60197-7846 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.979 COLBERT -REMIT | 1/12/2023 | $    2,719.33 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 7846 | | | ☑ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| CAROL STREAM    IL    60197-7846 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.980 COLBERT -REMIT | 1/12/2023 | $    2,900.20 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 7846 | | | ☑ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| CAROL STREAM    IL    60197-7846 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.981 | COLBERT -REMIT | 1/12/2023 | $ | 3,867.46 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.982 | COLBERT -REMIT | 1/12/2023 | $ | 4,054.05 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.983 | COLBERT -REMIT | 1/12/2023 | $ | 4,951.54 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.984 | COLBERT -REMIT | 1/12/2023 | $ | 5,537.84 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.985 | COLBERT -REMIT | 1/12/2023 | $ 5,928.38 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.986 | COLBERT -REMIT | 1/12/2023 | $ 9,886.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.987 | COLBERT -REMIT | 1/12/2023 | $ 13,877.17 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.988 | COLBERT -REMIT | 1/12/2023 | $ 15,192.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.989 | COLBERT -REMIT | 1/31/2023 | $ | 498.75 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.990 | COLBERT -REMIT | 1/31/2023 | $ | 867.04 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.991 | COLBERT -REMIT | 1/31/2023 | $ | 921.90 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.992 | COLBERT -REMIT | 1/31/2023 | $ | 1,313.05 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM   IL   60197-7846 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.993 | COLBERT -REMIT | 1/31/2023 | $ 1,317.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.994 | COLBERT -REMIT | 1/31/2023 | $ 1,356.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.995 | COLBERT -REMIT | 1/31/2023 | $ 1,475.05 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.996 | COLBERT -REMIT | 1/31/2023 | $ 2,362.39 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.997 | COLBERT -REMIT | 1/31/2023 | $ 2,363.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.998 | COLBERT -REMIT | 1/31/2023 | $ 2,387.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.999 | COLBERT -REMIT | 1/31/2023 | $ 2,511.38 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.1000 | COLBERT -REMIT | 1/31/2023 | $ 3,156.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.1001 | COLBERT -REMIT | 1/31/2023 | $ | 3,524.40 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60197-7846 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1002 | COLBERT -REMIT | 1/31/2023 | $ | 4,278.56 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60197-7846 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1003 | COLBERT -REMIT | 1/31/2023 | $ | 4,407.48 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60197-7846 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1004 | COLBERT -REMIT | 1/31/2023 | $ | 4,656.96 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60197-7846 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.1005   COLBERT -REMIT                  1/31/2023      $         4,805.46        ☐  Secured debt
Creditor's Name
                                                                                 ☐  Unsecured loan repayments

PO BOX 7846                                                                       ☒  Suppliers or vendors
Street
                                                                                 ☐  Services

                                                                                 ☐  Other

CAROL STREAM        IL         60197-7846
City                State      ZIP Code

Country


3.1006   COLBERT -REMIT                  1/31/2023      $         5,318.20        ☐  Secured debt
Creditor's Name
                                                                                 ☐  Unsecured loan repayments

PO BOX 7846                                                                       ☒  Suppliers or vendors
Street
                                                                                 ☐  Services

                                                                                 ☐  Other

CAROL STREAM        IL         60197-7846
City                State      ZIP Code

Country


3.1007   COLBERT -REMIT                  1/31/2023      $         5,479.02        ☐  Secured debt
Creditor's Name
                                                                                 ☐  Unsecured loan repayments

PO BOX 7846                                                                       ☒  Suppliers or vendors
Street
                                                                                 ☐  Services

                                                                                 ☐  Other

CAROL STREAM        IL         60197-7846
City                State      ZIP Code

Country


3.1008   COLBERT -REMIT                  1/31/2023      $         5,550.36        ☐  Secured debt
Creditor's Name
                                                                                 ☐  Unsecured loan repayments

PO BOX 7846                                                                       ☒  Suppliers or vendors
Street
                                                                                 ☐  Services

                                                                                 ☐  Other

CAROL STREAM        IL         60197-7846
City                State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

---

**3.1009**  COLBERT -REMIT

Creditor's Name

PO BOX 7846

Street

CAROL STREAM        IL        60197-7846

City                State        ZIP Code

Country

1/31/2023        $        5,739.51

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.1010**  COLBERT -REMIT

Creditor's Name

PO BOX 7846

Street

CAROL STREAM        IL        60197-7846

City                State        ZIP Code

Country

1/31/2023        $        6,125.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.1011**  COLBERT -REMIT

Creditor's Name

PO BOX 7846

Street

CAROL STREAM        IL        60197-7846

City                State        ZIP Code

Country

1/31/2023        $        10,170.25

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.1012**  COLBERT -REMIT

Creditor's Name

PO BOX 7846

Street

CAROL STREAM        IL        60197-7846

City                State        ZIP Code

Country

1/31/2023        $        15,147.49

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1013 | COLBERT -REMIT | 1/31/2023 | $ | 16,734.40 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1014 | COLBERT -REMIT | 2/8/2023 | $ | 17,625.60 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1015 | COLBERT -REMIT | 2/13/2023 | $ | (2,089.91) | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1016 | COLBERT -REMIT | 2/13/2023 | $ | 2,078.87 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1017 | COLBERT -REMIT | 2/13/2023 | $ | 2,739.60 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1018 | COLBERT -REMIT | 2/13/2023 | $ | 3,428.08 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1019 | COLBERT -REMIT | 2/13/2023 | $ | 4,047.76 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1020 | COLBERT -REMIT | 2/13/2023 | $ | 4,283.24 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 7846 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM    IL    60197-7846 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.1021** COLBERT -REMIT

Creditor's Name

2/13/2023    $    4,528.35

PO BOX 7846

Street

CAROL STREAM    IL    60197-7846

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1022** COLBERT -REMIT

Creditor's Name

2/13/2023    $    5,635.68

PO BOX 7846

Street

CAROL STREAM    IL    60197-7846

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1023** COLD CHAIN TECH -REMIT

Creditor's Name

1/12/2023    $    23,110.28

PO BOX 735875

Street

DALLAS    TX    75373-5875

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1024** COLORCON -REMIT

Creditor's Name

2/8/2023    $    31,640.00

PO BOX 782685

Street

PHILADELPHIA    PA    19178-2685

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

**3.1025** COMAR LLC
Creditor's Name

11/29/2022   $   (5,968.86)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 12486
Street

NEWARK   NJ   07101-3586
City   State   ZIP Code

Country

**3.1026** COMAR LLC
Creditor's Name

11/29/2022   $   (172.48)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 12486
Street

NEWARK   NJ   07101-3586
City   State   ZIP Code

Country

**3.1027** COMAR LLC
Creditor's Name

11/29/2022   $   48,947.72

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 12486
Street

NEWARK   NJ   07101-3586
City   State   ZIP Code

Country

**3.1028** COMAR LLC
Creditor's Name

1/6/2023   $   172.48

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 12486
Street

NEWARK   NJ   07101-3586
City   State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1029 | COMAR LLC | 1/6/2023 | $ 1,724.77 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 12486 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEWARK    NJ    07101-3586 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1030 | COMAR LLC | 1/6/2023 | $ 25,145.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 12486 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEWARK    NJ    07101-3586 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1031 | COMAR LLC | 1/12/2023 | $ 23,153.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 12486 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEWARK    NJ    07101-3586 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1032 | COMAR LLC | 2/8/2023 | $ 32,482.24 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 12486 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEWARK    NJ    07101-3586 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.1033 | COMAR LLC | 2/8/2023 | $ 40,969.43 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 12486 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEWARK    NJ    07101-3586 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.1034 | COMAR LLC | 2/13/2023 | $ 30,775.05 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 12486 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEWARK    NJ    07101-3586 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.1035 | COMCAST | 12/29/2022 | $ 24,589.50 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 37601 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PHILADELPHIA    PA    19101-0601 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.1036 | COMCAST | 1/12/2023 | $ 26,950.21 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 37601 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PHILADELPHIA    PA    19101-0601 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| **3.1037** COMED | 12/29/2022 | $ | 23.67 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| PO BOX 6111 | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CAROL STREAM    IL    60197-6111 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| **3.1038** COMED | 12/29/2022 | $ | 47.15 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| PO BOX 6111 | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CAROL STREAM    IL    60197-6111 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| **3.1039** COMED | 12/29/2022 | $ | 59.75 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| PO BOX 6111 | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CAROL STREAM    IL    60197-6111 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| **3.1040** COMED | 12/29/2022 | $ | 75.06 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| PO BOX 6111 | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CAROL STREAM    IL    60197-6111 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.1041 COMED

Creditor's Name

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City                          State          ZIP Code

Country

12/29/2022          $          81.82

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1042 COMED

Creditor's Name

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City                          State          ZIP Code

Country

12/29/2022          $          135.59

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1043 COMED

Creditor's Name

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City                          State          ZIP Code

Country

12/29/2022          $          156.22

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1044 COMED

Creditor's Name

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City                          State          ZIP Code

Country

12/29/2022          $          255.17

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.1045** COMED
Creditor's Name

PO BOX 6111
Street


CAROL STREAM        IL        60197-6111
City        State        ZIP Code


Country

12/29/2022    $        314.10

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1046** COMED
Creditor's Name

PO BOX 6111
Street


CAROL STREAM        IL        60197-6111
City        State        ZIP Code


Country

12/29/2022    $        357.10

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1047** COMED
Creditor's Name

PO BOX 6111
Street


CAROL STREAM        IL        60197-6111
City        State        ZIP Code


Country

12/29/2022    $        427.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1048** COMED
Creditor's Name

PO BOX 6111
Street


CAROL STREAM        IL        60197-6111
City        State        ZIP Code


Country

12/29/2022    $        607.35

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1049 | COMED | 12/29/2022 | $ 1,770.23 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 6111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-6111 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1050 | COMED | 12/29/2022 | $ 2,260.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 6111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-6111 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1051 | COMED | 12/29/2022 | $ 6,674.23 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 6111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-6111 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1052 | COMED | 1/12/2023 | $ 230.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 6111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-6111 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.1053** COMED

Creditor's Name

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City          State          ZIP Code

Country

1/12/2023     $          347.10

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1054** COMED

Creditor's Name

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City          State          ZIP Code

Country

1/12/2023     $          483.02

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1055** COMED

Creditor's Name

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City          State          ZIP Code

Country

1/12/2023     $          522.38

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1056** COMED

Creditor's Name

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City          State          ZIP Code

Country

1/12/2023     $          1,422.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.1057** COMED

Creditor's Name

1/12/2023          $          1,882.97

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City                    State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1058** COMED

Creditor's Name

1/19/2023          $          23.85

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City                    State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1059** COMED

Creditor's Name

1/19/2023          $          27.56

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City                    State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1060** COMED

Creditor's Name

1/19/2023          $          545.71

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City                    State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1061 | COMED | 1/19/2023 | $ 3,272.04 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 6111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-6111 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1062 | COMED | 1/19/2023 | $ 7,120.39 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 6111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-6111 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1063 | COMED | 1/31/2023 | $ 68.23 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 6111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-6111 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1064 | COMED | 2/13/2023 | $ 25.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 6111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-6111 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.1065 COMED

Creditor's Name

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City                          State          ZIP Code

Country

2/13/2023          $          87.13

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1066 COMED

Creditor's Name

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City                          State          ZIP Code

Country

2/13/2023          $          349.01

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1067 COMED

Creditor's Name

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City                          State          ZIP Code

Country

2/13/2023          $          469.63

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1068 COMED

Creditor's Name

PO BOX 6111

Street

CAROL STREAM          IL          60197-6111

City                          State          ZIP Code

Country

2/13/2023          $          1,667.83

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| **3.1069** | CO-MEDICAID | 12/22/2022 | $ | (3,722.15) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | CO DOHC POLICY AND FINANCING | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 5897, 1570 GRANT STREET FOURTH FLOOR, ATTN MEDICAID DRUG REBATE | | | | ☐ Other |
| | DENVER    CO    80217-5897 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **3.1070** | CO-MEDICAID | 12/22/2022 | $ | (1.43) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | CO DOHC POLICY AND FINANCING | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 5897, 1570 GRANT STREET FOURTH FLOOR, ATTN MEDICAID DRUG REBATE | | | | ☐ Other |
| | DENVER    CO    80217-5897 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **3.1071** | CO-MEDICAID | 12/22/2022 | $ | (1.25) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | CO DOHC POLICY AND FINANCING | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 5897, 1570 GRANT STREET FOURTH FLOOR, ATTN MEDICAID DRUG REBATE | | | | ☐ Other |
| | DENVER    CO    80217-5897 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **3.1072** | CO-MEDICAID | 12/22/2022 | $ | 58,712.78 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | CO DOHC POLICY AND FINANCING | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 5897, 1570 GRANT STREET FOURTH FLOOR, ATTN MEDICAID DRUG REBATE | | | | ☐ Other |
| | DENVER    CO    80217-5897 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.1073** CO-MEDICAID CHIP
Creditor's Name

CO DOHC POLICY AND FINANCING
Street

PO BOX 5897, ATTN MEDI CHIP DRUG REBATE

DENVER      CO      80217-5897
City         State     ZIP Code

Country

12/22/2022   $   (0.11)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.1074** CO-MEDICAID CHIP
Creditor's Name

CO DOHC POLICY AND FINANCING
Street

PO BOX 5897, ATTN MEDI CHIP DRUG REBATE

DENVER      CO      80217-5897
City         State     ZIP Code

Country

12/22/2022   $   275.05

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.1075** CO-MEDICAID CHIP
Creditor's Name

CO DOHC POLICY AND FINANCING
Street

PO BOX 5897, ATTN MEDI CHIP DRUG REBATE

DENVER      CO      80217-5897
City         State     ZIP Code

Country

12/22/2022   $   7,594.58

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.1076** CO-MEDICAID EXPANSION
Creditor's Name

CO DOHC POLICY AND FINANCING
Street

PO BOX 5897, ATTN MEDICAID EXP DRUG REBATE

DENVER      CO      80217-5897
City         State     ZIP Code

Country

12/22/2022   $   (4.04)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

---

**3.1077** CO-MEDICAID EXPANSION
Creditor's Name

12/22/2022   $   (2.02)

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

CO DOHC POLICY AND FINANCING
Street

PO BOX 5897, ATTN MEDICAID EXP DRUG REBATE

DENVER          CO        80217-5897
City             State      ZIP Code

Country

---

**3.1078** CO-MEDICAID EXPANSION
Creditor's Name

12/22/2022   $   1,099.21

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

CO DOHC POLICY AND FINANCING
Street

PO BOX 5897, ATTN MEDICAID EXP DRUG REBATE

DENVER          CO        80217-5897
City             State      ZIP Code

Country

---

**3.1079** CO-MEDICAID EXPANSION
Creditor's Name

12/22/2022   $   17,276.04

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

CO DOHC POLICY AND FINANCING
Street

PO BOX 5897, ATTN MEDICAID EXP DRUG REBATE

DENVER          CO        80217-5897
City             State      ZIP Code

Country

---

**3.1080** COMPLETE CLEANING COMPANY INC
Creditor's Name

11/29/2022   $   280.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

615 WHEAT LN
Street

WOOD DALE       IL        60191-6599
City             State      ZIP Code

Country

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1081 | COMPLETE CLEANING COMPANY INC | 11/29/2022 | $ 280.00 | |

Creditor's Name

615 WHEAT LN
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

WOOD DALE        IL        60191-6599
City        State        ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1082 | COMPLETE CLEANING COMPANY INC | 11/29/2022 | $ 2,930.00 | |

Creditor's Name

615 WHEAT LN
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

WOOD DALE        IL        60191-6599
City        State        ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1083 | COMPLETE CLEANING COMPANY INC | 12/8/2022 | $ 2,930.00 | |

Creditor's Name

615 WHEAT LN
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

WOOD DALE        IL        60191-6599
City        State        ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1084 | COMPLETE CLEANING COMPANY INC | 12/8/2022 | $ 7,079.00 | |

Creditor's Name

615 WHEAT LN
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

WOOD DALE        IL        60191-6599
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.1085** COMPLETE CLEANING COMPANY INC
Creditor's Name

1/12/2023

$ 280.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

615 WHEAT LN
Street

WOOD DALE          IL          60191-6599
City          State          ZIP Code

Country

**3.1086** COMPLETE CLEANING COMPANY INC
Creditor's Name

1/12/2023

$ 2,930.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

615 WHEAT LN
Street

WOOD DALE          IL          60191-6599
City          State          ZIP Code

Country

**3.1087** COMPLETE CLEANING COMPANY INC
Creditor's Name

1/12/2023

$ 7,079.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

615 WHEAT LN
Street

WOOD DALE          IL          60191-6599
City          State          ZIP Code

Country

**3.1088** COMPLETE CLEANING COMPANY INC
Creditor's Name

2/13/2023

$ 280.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

615 WHEAT LN
Street

WOOD DALE          IL          60191-6599
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.1089    COMPLETE CLEANING COMPANY INC    2/13/2023    $    2,930.00    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

615 WHEAT LN                                                                         ☒ Suppliers or vendors
Street                                                                                    ☐ Services

                                                                                         ☐ Other

WOOD DALE    IL    60191-6599
City    State    ZIP Code

Country

3.1090    COMPLETE CLEANING COMPANY INC    2/13/2023    $    7,079.00    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

615 WHEAT LN                                                                         ☒ Suppliers or vendors
Street                                                                                    ☐ Services

                                                                                         ☐ Other

WOOD DALE    IL    60191-6599
City    State    ZIP Code

Country

3.1091    COMPLETE HEALTH MCO    11/29/2022    $    (15.33)    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

PO BOX 935889                                                                        ☒ Suppliers or vendors
Street                                                                                    ☐ Services

ATTN NC COMPLETE HEALTH MCO                                              ☐ Other

ATLANTA    GA    31193-5889
City    State    ZIP Code

Country

3.1092    COMPLETE HEALTH MCO    11/29/2022    $    7.50    ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

PO BOX 935889                                                                        ☒ Suppliers or vendors
Street                                                                                    ☐ Services

ATTN NC COMPLETE HEALTH MCO                                              ☐ Other

ATLANTA    GA    31193-5889
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.1093** COMPLETE HEALTH MCO
Creditor's Name

11/29/2022    $    32.48

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 935889
Street

ATTN NC COMPLETE HEALTH MCO

ATLANTA    GA    31193-5889
City    State    ZIP Code

Country

**3.1094** COMPLETE HEALTH MCO
Creditor's Name

11/29/2022    $    3,165.17

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 935889
Street

ATTN NC COMPLETE HEALTH MCO

ATLANTA    GA    31193-5889
City    State    ZIP Code

Country

**3.1095** COMPLETE HEALTH MCO
Creditor's Name

11/29/2022    $    16,280.20

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 935889
Street

ATTN NC COMPLETE HEALTH MCO

ATLANTA    GA    31193-5889
City    State    ZIP Code

Country

**3.1096** COMRESOURCE INC
Creditor's Name

2/13/2023    $    3,900.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

1159 DUBLIN RD SUITE 200
Street

JEAN DENNEY

COLUMBUS    OH    43215
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.1097** COMRESOURCE INC

Creditor's Name

1159 DUBLIN RD SUITE 200

Street

JEAN DENNEY

COLUMBUS        OH        43215

City        State        ZIP Code

Country

2/13/2023        $        3,900.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1098** COMRESOURCE INC

Creditor's Name

1159 DUBLIN RD SUITE 200

Street

JEAN DENNEY

COLUMBUS        OH        43215

City        State        ZIP Code

Country

2/13/2023        $        3,900.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1099** COMRESOURCE INC

Creditor's Name

1159 DUBLIN RD SUITE 200

Street

JEAN DENNEY

COLUMBUS        OH        43215

City        State        ZIP Code

Country

2/13/2023        $        23,028.95

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1100** CORDEN PHARMA SPA

Creditor's Name

VIALE DELL INDUSTRIA, 3

Street

CAPONAGO        MB        20867

City        State        ZIP Code

ITALY

Country

1/25/2023        $        197.01

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1101 | CORDEN PHARMA SPA | 1/25/2023 | $ | 350.41 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | VIALE DELL INDUSTRIA, 3 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAPONAGO        MB        20867 | | | | |
| | City        State        ZIP Code | | | | |
| | ITALY | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1102 | CORDEN PHARMA SPA | 1/25/2023 | $ | 1,332.22 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | VIALE DELL INDUSTRIA, 3 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAPONAGO        MB        20867 | | | | |
| | City        State        ZIP Code | | | | |
| | ITALY | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1103 | CORDEN PHARMA SPA | 1/25/2023 | $ | 1,596.75 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | VIALE DELL INDUSTRIA, 3 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAPONAGO        MB        20867 | | | | |
| | City        State        ZIP Code | | | | |
| | ITALY | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1104 | CORDEN PHARMA SPA | 1/25/2023 | $ | 1,874.26 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | VIALE DELL INDUSTRIA, 3 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAPONAGO        MB        20867 | | | | |
| | City        State        ZIP Code | | | | |
| | ITALY | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*:    23-10255
_____

3.1105    CORDEN PHARMA SPA
_____
Creditor's Name

VIALE DELL INDUSTRIA, 3
_____
Street

_____

CAPONAGO          MB        20867
_____
City                State          ZIP Code

ITALY
_____
Country

1/25/2023        $            2,096.89

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1106    CORDEN PHARMA SPA
_____
Creditor's Name

VIALE DELL INDUSTRIA, 3
_____
Street

_____

CAPONAGO          MB        20867
_____
City                State          ZIP Code

ITALY
_____
Country

1/25/2023        $            2,424.54

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1107    CORDEN PHARMA SPA
_____
Creditor's Name

VIALE DELL INDUSTRIA, 3
_____
Street

_____

CAPONAGO          MB        20867
_____
City                State          ZIP Code

ITALY
_____
Country

1/25/2023        $            3,003.43

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1108    CORDEN PHARMA SPA
_____
Creditor's Name

VIALE DELL INDUSTRIA, 3
_____
Street

_____

CAPONAGO          MB        20867
_____
City                State          ZIP Code

ITALY
_____
Country

1/25/2023        $            5,342.18

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1109 | CORDEN PHARMA SPA | 1/25/2023 | $ 15,283.96 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | VIALE DELL INDUSTRIA, 3 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAPONAGO    MB    20867 | | | |
| | City    State    ZIP Code | | | |
| | ITALY | | | |
| | Country | | | |

| 3.1110 | CORDEN PHARMA SPA | 1/25/2023 | $ 17,940.32 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | VIALE DELL INDUSTRIA, 3 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAPONAGO    MB    20867 | | | |
| | City    State    ZIP Code | | | |
| | ITALY | | | |
| | Country | | | |

| 3.1111 | CORDEN PHARMA SPA | 1/25/2023 | $ 20,071.35 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | VIALE DELL INDUSTRIA, 3 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAPONAGO    MB    20867 | | | |
| | City    State    ZIP Code | | | |
| | ITALY | | | |
| | Country | | | |

| 3.1112 | CORDEN PHARMA SPA | 1/25/2023 | $ 20,310.55 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | VIALE DELL INDUSTRIA, 3 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAPONAGO    MB    20867 | | | |
| | City    State    ZIP Code | | | |
| | ITALY | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.1113** CORDEN PHARMA SPA                     1/25/2023        $        36,963.77

Creditor's Name

VIALE DELL INDUSTRIA, 3

Street

CAPONAGO          MB        20867

City                State      ZIP Code

ITALY

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1114** COZZOLI MACHINE COMPANY        11/29/2022        $         3,841.89

Creditor's Name

50 SCHOOLHOUSE

Street

SOMERSET          NJ        08873

City                State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1115** COZZOLI MACHINE COMPANY        11/29/2022        $        10,820.00

Creditor's Name

50 SCHOOLHOUSE

Street

SOMERSET          NJ        08873

City                State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1116** CROWN EQUIPMENT -REMIT        11/29/2022        $           491.60

Creditor's Name

PO BOX 641173

Street

CINCINNATI        OH        45264-1173

City                State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC
Case number (if known): 23-10255

Name

| 3.1117 | CROWN EQUIPMENT -REMIT | 11/29/2022 | $ | 586.58 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | PO BOX 641173 | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | CINCINNATI   OH   45264-1173 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.1118 | CROWN EQUIPMENT -REMIT | 12/8/2022 | $ | 1,335.07 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | PO BOX 641173 | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | CINCINNATI   OH   45264-1173 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.1119 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | (3,223.29) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | PO BOX 641173 | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | CINCINNATI   OH   45264-1173 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.1120 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | (934.91) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | PO BOX 641173 | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | CINCINNATI   OH   45264-1173 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1121 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 97.76 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 641173

Street

☒ Suppliers or vendors

☐ Services

☐ Other

CINCINNATI          OH          45264-1173

City                  State        ZIP Code

Country

| 3.1122 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 97.76 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 641173

Street

☒ Suppliers or vendors

☐ Services

☐ Other

CINCINNATI          OH          45264-1173

City                  State        ZIP Code

Country

| 3.1123 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 195.53 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 641173

Street

☒ Suppliers or vendors

☐ Services

☐ Other

CINCINNATI          OH          45264-1173

City                  State        ZIP Code

Country

| 3.1124 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 215.07 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 641173

Street

☒ Suppliers or vendors

☐ Services

☐ Other

CINCINNATI          OH          45264-1173

City                  State        ZIP Code

Country

Debtor: Akorn Operating Company LLC      Case number *(if known)*:    23-10255

Name

| 3.1125 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 272.70 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 641173 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CINCINNATI    OH    45264-1173 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1126 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 336.56 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 641173 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CINCINNATI    OH    45264-1173 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1127 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 372.09 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 641173 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CINCINNATI    OH    45264-1173 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1128 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 391.44 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 641173 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CINCINNATI    OH    45264-1173 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

| 3.1129 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 443.92 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 641173 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI     OH     45264-1173 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.1130 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 453.69 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 641173 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI     OH     45264-1173 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.1131 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 561.24 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 641173 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI     OH     45264-1173 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.1132 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 578.60 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 641173 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CINCINNATI     OH     45264-1173 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

---

3.1133  CROWN EQUIPMENT -REMIT
Creditor's Name

PO BOX 641173
Street

CINCINNATI    OH    45264-1173
City    State    ZIP Code

Country

1/31/2023    $    609.45

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.1134  CROWN EQUIPMENT -REMIT
Creditor's Name

PO BOX 641173
Street

CINCINNATI    OH    45264-1173
City    State    ZIP Code

Country

1/31/2023    $    617.56

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.1135  CROWN EQUIPMENT -REMIT
Creditor's Name

PO BOX 641173
Street

CINCINNATI    OH    45264-1173
City    State    ZIP Code

Country

1/31/2023    $    934.91

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.1136  CROWN EQUIPMENT -REMIT
Creditor's Name

PO BOX 641173
Street

CINCINNATI    OH    45264-1173
City    State    ZIP Code

Country

1/31/2023    $    1,938.97

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.1137 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 3,053.90 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 641173

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CINCINNATI        OH        45264-1173

City        State        ZIP Code

Country

| 3.1138 | CROWN EQUIPMENT -REMIT | 1/31/2023 | $ | 3,223.28 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 641173

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CINCINNATI        OH        45264-1173

City        State        ZIP Code

Country

| 3.1139 | CROWN EQUIPMENT -REMIT | 2/8/2023 | $ | 430.14 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 641173

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CINCINNATI        OH        45264-1173

City        State        ZIP Code

Country

| 3.1140 | C-SQUARED PHARMA LIMITED | 2/14/2023 | $ | 440,000.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Andrew Badrot

☒ Suppliers or vendors

Street

☐ Services

Regus, Building 1000, City Gate, Mahon

☐ Other

Cork        T12 W7CV

City        State        ZIP Code

Ireland

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1141 | CT LOGISTICS | 1/6/2023 | $ 8,558.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 12487 PLAZA DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CLEVELAND   OH   44130 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1142 | CT LOGISTICS | 1/6/2023 | $ 8,558.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 12487 PLAZA DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CLEVELAND   OH   44130 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1143 | CT-LIA | 11/29/2022 | $ (161.64) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | CT MEDICAL ASSISTANCE PROGRAM | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | DXC TECHNOLOGY, PO BOX 2951 | | | ☐ Other |
| | HARTFORD   CT   06104 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1144 | CT-LIA | 11/29/2022 | $ (1.31) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | CT MEDICAL ASSISTANCE PROGRAM | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | DXC TECHNOLOGY, PO BOX 2951 | | | ☐ Other |
| | HARTFORD   CT   06104 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.1145 CT-LIA

Creditor's Name

11/29/2022    $         (0.43)

CT MEDICAL ASSISTANCE PROGRAM

Street

DXC TECHNOLOGY, PO BOX 2951

HARTFORD          CT          06104
City              State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.1146 CT-LIA

Creditor's Name

11/29/2022    $          0.52

CT MEDICAL ASSISTANCE PROGRAM

Street

DXC TECHNOLOGY, PO BOX 2951

HARTFORD          CT          06104
City              State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.1147 CT-LIA

Creditor's Name

11/29/2022    $          1.23

CT MEDICAL ASSISTANCE PROGRAM

Street

DXC TECHNOLOGY, PO BOX 2951

HARTFORD          CT          06104
City              State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.1148 CT-LIA

Creditor's Name

11/29/2022    $       19,627.92

CT MEDICAL ASSISTANCE PROGRAM

Street

DXC TECHNOLOGY, PO BOX 2951

HARTFORD          CT          06104
City              State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1149 | CT-MEDICAID | 11/29/2022 | $ | (5,248.04) | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | CT MEDICAL ASSISTANCE PROGRAM | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | DXC TECHNOLOGY, PO BOX 2951 | | | | ☐ | Other |
| | HARTFORD        CT        06104 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.1150 | CT-MEDICAID | 11/29/2022 | $ | (1.23) | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | CT MEDICAL ASSISTANCE PROGRAM | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | DXC TECHNOLOGY, PO BOX 2951 | | | | ☐ | Other |
| | HARTFORD        CT        06104 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.1151 | CT-MEDICAID | 11/29/2022 | $ | (0.52) | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | CT MEDICAL ASSISTANCE PROGRAM | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | DXC TECHNOLOGY, PO BOX 2951 | | | | ☐ | Other |
| | HARTFORD        CT        06104 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.1152 | CT-MEDICAID | 11/29/2022 | $ | 1.31 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | CT MEDICAL ASSISTANCE PROGRAM | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | DXC TECHNOLOGY, PO BOX 2951 | | | | ☐ | Other |
| | HARTFORD        CT        06104 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1153 | CT-MEDICAID | 11/29/2022 | $ | 4.73 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | CT MEDICAL ASSISTANCE PROGRAM | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | DXC TECHNOLOGY, PO BOX 2951 | | | | ☐ Other |
| | HARTFORD  CT  06104 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1154 | CT-MEDICAID | 11/29/2022 | $ | 49,623.23 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | CT MEDICAL ASSISTANCE PROGRAM | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | DXC TECHNOLOGY, PO BOX 2951 | | | | ☐ Other |
| | HARTFORD  CT  06104 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1155 | CURIA GLOBAL INC -REMIT | 11/29/2022 | $ | 1,500.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 29224 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO  IL  60673-1292 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1156 | CURIA GLOBAL INC -REMIT | 11/29/2022 | $ | 1,995.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 29224 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO  IL  60673-1292 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | |
|---|---|---|---|
| 3.1157 | CURIA GLOBAL INC -REMIT | 11/29/2022 | $ 2,308.50 |
| | Creditor's Name | | |
| | 29224 NETWORK PLACE | | |
| | Street | | |
| | CHICAGO    IL    60673-1292 | | |
| | City    State    ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.1158 | CURIA GLOBAL INC -REMIT | 2/13/2023 | $ 407.00 |
| | Creditor's Name | | |
| | 29224 NETWORK PLACE | | |
| | Street | | |
| | CHICAGO    IL    60673-1292 | | |
| | City    State    ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.1159 | CURIA GLOBAL INC -REMIT | 2/13/2023 | $ 2,671.00 |
| | Creditor's Name | | |
| | 29224 NETWORK PLACE | | |
| | Street | | |
| | CHICAGO    IL    60673-1292 | | |
| | City    State    ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.1160 | CURIA GLOBAL INC -REMIT | 2/13/2023 | $ 2,746.00 |
| | Creditor's Name | | |
| | 29224 NETWORK PLACE | | |
| | Street | | |
| | CHICAGO    IL    60673-1292 | | |
| | City    State    ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 3.1161 | CURIA GLOBAL INC -REMIT | 2/13/2023 | $ 3,741.00 |
| | Creditor's Name | | |
| | 29224 NETWORK PLACE | | |
| | Street | | |
| | CHICAGO    IL    60673-1292 | | |
| | City    State    ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.1162 | CURIA GLOBAL INC -REMIT | 2/13/2023 | $ 3,770.00 |
| | Creditor's Name | | |
| | 29224 NETWORK PLACE | | |
| | Street | | |
| | CHICAGO    IL    60673-1292 | | |
| | City    State    ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.1163 | CURIA GLOBAL INC -REMIT | 2/13/2023 | $ 5,257.00 |
| | Creditor's Name | | |
| | 29224 NETWORK PLACE | | |
| | Street | | |
| | CHICAGO    IL    60673-1292 | | |
| | City    State    ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.1164 | CURIA GLOBAL INC -REMIT | 2/13/2023 | $ 5,827.00 |
| | Creditor's Name | | |
| | 29224 NETWORK PLACE | | |
| | Street | | |
| | CHICAGO    IL    60673-1292 | | |
| | City    State    ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.1165 DAHL COMPLIANCE CONSULTING LLC — Creditor's Name

12/8/2022

$ 19,687.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

4809 W 148TH STREET — Street

LEAWOOD     KS     66224
City         State   ZIP Code

Country

3.1166 DAHL COMPLIANCE CONSULTING LLC — Creditor's Name

12/22/2022

$ 6,093.75

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

4809 W 148TH STREET — Street

LEAWOOD     KS     66224
City         State   ZIP Code

Country

3.1167 DAHL COMPLIANCE CONSULTING LLC — Creditor's Name

12/22/2022

$ 9,375.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

4809 W 148TH STREET — Street

LEAWOOD     KS     66224
City         State   ZIP Code

Country

3.1168 DAHL COMPLIANCE CONSULTING LLC — Creditor's Name

12/22/2022

$ 16,362.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

4809 W 148TH STREET — Street

LEAWOOD     KS     66224
City         State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.1169  DAHL COMPLIANCE CONSULTING LLC
Creditor's Name

4809 W 148TH STREET
Street

LEAWOOD          KS          66224
City          State          ZIP Code

Country

1/26/2023          $          15,487.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1170  DELOITTE CONSULTING LLP
Creditor's Name

PO BOX 844717
Street

DALLAS          TX          75284-4717
City          State          ZIP Code

Country

11/29/2022          $          15,769.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1171  DELOITTE CONSULTING LLP
Creditor's Name

PO BOX 844717
Street

DALLAS          TX          75284-4717
City          State          ZIP Code

Country

11/29/2022          $          15,769.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1172  DELOITTE CONSULTING LLP
Creditor's Name

PO BOX 844717
Street

DALLAS          TX          75284-4717
City          State          ZIP Code

Country

1/12/2023          $          15,769.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC                                      Case number *(if known)*:    23-10255

Name

3.1173  Delta Dental                          2/23/2023      $        70,000.00      ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

Bernard Glossy                                                                      ☒ Suppliers or vendors
Street                                                                              ☐ Services

111 Shuman Blvd.,                                                                   ☐ Other

Naperville          IL          60563
City                State       ZIP Code

Country

3.1174  DELTA DENTAL OF ILLINOIS               12/15/2022     $       102,768.77     ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

PO BOX 803877                                                                       ☒ Suppliers or vendors
Street                                                                              ☐ Services

                                                                                    ☐ Other

CHICAGO             IL          60680-3877
City                State       ZIP Code

Country

3.1175  DELTA DENTAL OF ILLINOIS               1/12/2023      $        48,800.57     ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

PO BOX 803877                                                                       ☒ Suppliers or vendors
Street                                                                              ☐ Services

                                                                                    ☐ Other

CHICAGO             IL          60680-3877
City                State       ZIP Code

Country

3.1176  DELTA DENTAL OF ILLINOIS               2/13/2023      $        51,338.21     ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

PO BOX 803877                                                                       ☒ Suppliers or vendors
Street                                                                              ☐ Services

                                                                                    ☐ Other

CHICAGO             IL          60680-3877
City                State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

3.1177  DELTA SYNTHETIC                    2/14/2023    $    (34,884.28)
Creditor's Name

Zeng Xiong & Jay Liu
Street

15, Minsheng St., Tucheng Dist.

New Taipei City             23679
City          State          ZIP Code

Taiwan
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.1178  DELTA SYNTHETIC                    2/14/2023    $    9,700.00
Creditor's Name

Zeng Xiong & Jay Liu
Street

15, Minsheng St., Tucheng Dist.

New Taipei City             23679
City          State          ZIP Code

Taiwan
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.1179  DELTA SYNTHETIC                    2/14/2023    $    67,500.00
Creditor's Name

Zeng Xiong & Jay Liu
Street

15, Minsheng St., Tucheng Dist.

New Taipei City             23679
City          State          ZIP Code

Taiwan
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.1180  DELTA SYNTHETIC                    2/14/2023    $    232,750.00
Creditor's Name

Zeng Xiong & Jay Liu
Street

15, Minsheng St., Tucheng Dist.

New Taipei City             23679
City          State          ZIP Code

Taiwan
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.1181 | DE-MCO | 12/22/2022 | $ | (34.31) | ☐ Secured debt |
|--------|--------|------------|---|---------|----------------|

Creditor's Name

☐ Unsecured loan repayments

DRUG REBATE PROGRAM

☒ Suppliers or vendors

Street

☐ Services

645 PAPER MILL RD SUITE 1015

☐ Other

NEWARK          DE          19711

City          State          ZIP Code

Country

| 3.1182 | DE-MCO | 12/22/2022 | $ | 11.63 | ☐ Secured debt |
|--------|--------|------------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

DRUG REBATE PROGRAM

☒ Suppliers or vendors

Street

☐ Services

645 PAPER MILL RD SUITE 1015

☐ Other

NEWARK          DE          19711

City          State          ZIP Code

Country

| 3.1183 | DE-MCO | 12/22/2022 | $ | 2,294.73 | ☐ Secured debt |
|--------|--------|------------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

DRUG REBATE PROGRAM

☒ Suppliers or vendors

Street

☐ Services

645 PAPER MILL RD SUITE 1015

☐ Other

NEWARK          DE          19711

City          State          ZIP Code

Country

| 3.1184 | DE-MCO | 12/22/2022 | $ | 16,347.58 | ☐ Secured debt |
|--------|--------|------------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

DRUG REBATE PROGRAM

☒ Suppliers or vendors

Street

☐ Services

645 PAPER MILL RD SUITE 1015

☐ Other

NEWARK          DE          19711

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

**3.1185** DENOVO (FORMERLY CD GROUP)
Creditor's Name

12/8/2022    $    54,000.00    ☐ Secured debt

6400 LOOKOUT ROAD
Street

☐ Unsecured loan repayments

☒ Suppliers or vendors

SUITE 101

☐ Services

☐ Other

BOULDER    CO    80301
City    State    ZIP Code

Country

**3.1186** DENOVO (FORMERLY CD GROUP)
Creditor's Name

1/6/2023    $    350.00    ☐ Secured debt

6400 LOOKOUT ROAD
Street

☐ Unsecured loan repayments

☒ Suppliers or vendors

SUITE 101

☐ Services

☐ Other

BOULDER    CO    80301
City    State    ZIP Code

Country

**3.1187** DEPARTMENT OF VETERANS AFFAIRS
Creditor's Name

11/29/2022    $    10,104.86    ☐ Secured debt

Curtis M. Brinson
Street

☐ Unsecured loan repayments

☒ Suppliers or vendors

National Acquisition Center, Federal Supply
Schedule, P.O. Box 76, Bldg. 37

☐ Services

☐ Other

Hines    IL    60141
City    State    ZIP Code

Country

**3.1188** DEPT OF REVENUE KY
Creditor's Name

12/15/2022    $    8,700.00    ☐ Secured debt

501 HIGH STREET
Street

☐ Unsecured loan repayments

☒ Suppliers or vendors

☐ Services

☐ Other

FRANKFORT    KY    40601
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.1189** DEPT OF REVENUE MS
Creditor's Name

PO BOX 23075
Street

JACKSON    MS    39225-3075
City    State    ZIP Code

Country

12/15/2022    $    154,200.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1190** DIAGRAPH MARKING AND CODING GROUP
Creditor's Name

75 REMITTANCE DR STE 1234
Street

CHICAGO    IL    60675-1234
City    State    ZIP Code

Country

1/26/2023    $    9,068.35

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1191** DILIGENT CORPORATION
Creditor's Name

PO BOX 419829
Street

BOSTON    MA    02241-9874
City    State    ZIP Code

Country

1/19/2023    $    25,000.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1192** DIRECT ENERGY BUSINESS MARKETING LLC
Creditor's Name

DIRECT ENERGY BUSINESS
Street

PO BOX 32179

NEW YORK    NY    10087-2179
City    State    ZIP Code

Country

11/29/2022    $    22,339.32

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1193 | DIRECT ENERGY BUSINESS MARKETING LLC | 1/12/2023 | $ 22,873.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DIRECT ENERGY BUSINESS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 32179 | | | ☐ Other |
| | NEW YORK    NY    10087-2179 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1194 | DIRECT ENERGY BUSINESS MARKETING LLC | 1/26/2023 | $ 25,915.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DIRECT ENERGY BUSINESS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 32179 | | | ☐ Other |
| | NEW YORK    NY    10087-2179 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1195 | DISC GRAPHICS INC DBA OLIVER INC | 11/29/2022 | $ 5,876.88 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 10 GILPIN AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1196 | DISC GRAPHICS INC DBA OLIVER INC | 11/29/2022 | $ 7,725.30 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 10 GILPIN AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1197 | DISC GRAPHICS INC DBA OLIVER INC | 11/29/2022 | $ | 8,880.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 10 GILPIN AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1198 | DISC GRAPHICS INC DBA OLIVER INC | 11/29/2022 | $ | 13,793.70 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 10 GILPIN AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1199 | DISC GRAPHICS INC DBA OLIVER INC | 11/29/2022 | $ | 14,204.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 10 GILPIN AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1200 | DISC GRAPHICS INC DBA OLIVER INC | 11/29/2022 | $ | 14,204.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 10 GILPIN AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1201 | DISC GRAPHICS INC DBA OLIVER INC | 12/8/2022 | $ 12,529.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 10 GILPIN AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1202 | DISC GRAPHICS INC DBA OLIVER INC | 1/23/2023 | $ 9,044.55 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 10 GILPIN AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1203 | DISC GRAPHICS INC DBA OLIVER INC | 1/23/2023 | $ 13,024.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 10 GILPIN AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1204 | DISC GRAPHICS INC DBA OLIVER INC | 1/23/2023 | $ 14,204.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 10 GILPIN AVENUE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1205 | DOMINO AMJET -REMIT | 12/8/2022 | $ 1,887.91 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 3809 COLLECTION CENTER DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1206 | DOMINO AMJET -REMIT | 1/12/2023 | $ 5,145.29 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 3809 COLLECTION CENTER DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1207 | DOMINO AMJET -REMIT | 1/12/2023 | $ 28,566.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 3809 COLLECTION CENTER DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1208 | DOUGLAS PHARMACEUTICALS AMERICA LIMITED | 11/29/2022 | $ 41,245.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Jeffrey Douglas | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | Central Park Drive, Lincoln | | | ☐ Other |
| | Auckland    0610 | | | |
| | City    State    ZIP Code | | | |
| | New Zealand | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*    23-10255

Name

| | | | |
|---|---|---|---|
| | DOUGLAS PHARMACEUTICALS AMERICA | | ☐ Secured debt |
| 3.1209 | LIMITED | 11/29/2022   $   325,837.08 | |
| | Creditor's Name | | ☐ Unsecured loan repayments |
| | | | |
| | Jeffrey Douglas | | ☑ Suppliers or vendors |
| | Street | | |
| | | | ☐ Services |
| | Central Park Drive, Lincoln | | ☐ Other |
| | | | |
| | Auckland          0610 | | |
| | City       State    ZIP Code | | |
| | | | |
| | New Zealand | | |
| | Country | | |

| | | | |
|---|---|---|---|
| | DOUGLAS PHARMACEUTICALS AMERICA | | ☐ Secured debt |
| 3.1210 | LIMITED | 1/5/2023   $   34,829.60 | |
| | Creditor's Name | | ☐ Unsecured loan repayments |
| | | | |
| | Jeffrey Douglas | | ☑ Suppliers or vendors |
| | Street | | |
| | | | ☐ Services |
| | Central Park Drive, Lincoln | | ☐ Other |
| | | | |
| | Auckland          0610 | | |
| | City       State    ZIP Code | | |
| | | | |
| | New Zealand | | |
| | Country | | |

| | | | |
|---|---|---|---|
| | DOUGLAS PHARMACEUTICALS AMERICA | | ☐ Secured debt |
| 3.1211 | LIMITED | 1/5/2023   $   108,419.64 | |
| | Creditor's Name | | ☐ Unsecured loan repayments |
| | | | |
| | Jeffrey Douglas | | ☑ Suppliers or vendors |
| | Street | | |
| | | | ☐ Services |
| | Central Park Drive, Lincoln | | ☐ Other |
| | | | |
| | Auckland          0610 | | |
| | City       State    ZIP Code | | |
| | | | |
| | New Zealand | | |
| | Country | | |

| | | | |
|---|---|---|---|
| | DOUGLAS PHARMACEUTICALS AMERICA | | ☐ Secured debt |
| 3.1212 | LIMITED | 1/5/2023   $   210,515.76 | |
| | Creditor's Name | | ☐ Unsecured loan repayments |
| | | | |
| | Jeffrey Douglas | | ☑ Suppliers or vendors |
| | Street | | |
| | | | ☐ Services |
| | Central Park Drive, Lincoln | | ☐ Other |
| | | | |
| | Auckland          0610 | | |
| | City       State    ZIP Code | | |
| | | | |
| | New Zealand | | |
| | Country | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.1213 | DOUGLAS PHARMACEUTICALS AMERICA LIMITED | 2/14/2023 | $ 41,040.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Jeffrey Douglas
Street

Central Park Drive, Lincoln

Auckland          0610
City        State        ZIP Code

New Zealand
Country

| | | | |
|---|---|---|---|
| 3.1214 | DOUGLAS PHARMACEUTICALS AMERICA LIMITED | 2/14/2023 | $ 122,073.48 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Jeffrey Douglas
Street

Central Park Drive, Lincoln

Auckland          0610
City        State        ZIP Code

New Zealand
Country

| | | | |
|---|---|---|---|
| 3.1215 | DOUGLAS PHARMACEUTICALS AMERICA LIMITED | 2/14/2023 | $ 144,527.49 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Jeffrey Douglas
Street

Central Park Drive, Lincoln

Auckland          0610
City        State        ZIP Code

New Zealand
Country

| | | | |
|---|---|---|---|
| 3.1216 | E L PRUITT COMPANY | 1/6/2023 | $ 150.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD     IL     62708
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.1217  E L PRUITT COMPANY                    1/6/2023        $        1,195.00
Creditor's Name

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD        IL        62708
City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1218  E L PRUITT COMPANY                    1/6/2023        $        1,597.00
Creditor's Name

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD        IL        62708
City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1219  E L PRUITT COMPANY                    1/6/2023        $        3,000.00
Creditor's Name

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD        IL        62708
City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1220  E L PRUITT COMPANY                    1/6/2023        $        6,015.00
Creditor's Name

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD        IL        62708
City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.1221** E L PRUITT COMPANY

Creditor's Name

1/12/2023      $      980.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD      IL      62708
City      State      ZIP Code

Country

**3.1222** E L PRUITT COMPANY

Creditor's Name

1/12/2023      $      2,457.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD      IL      62708
City      State      ZIP Code

Country

**3.1223** E L PRUITT COMPANY

Creditor's Name

1/12/2023      $      2,540.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD      IL      62708
City      State      ZIP Code

Country

**3.1224** E L PRUITT COMPANY

Creditor's Name

1/12/2023      $      2,670.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD      IL      62708
City      State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1225 | E L PRUITT COMPANY | 1/12/2023 | $ | 8,972.00 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD        IL        62708
City        State        ZIP Code

Country

| 3.1226 | E L PRUITT COMPANY | 1/12/2023 | $ | 11,021.00 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD        IL        62708
City        State        ZIP Code

Country

| 3.1227 | E L PRUITT COMPANY | 1/26/2023 | $ | 478.95 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD        IL        62708
City        State        ZIP Code

Country

| 3.1228 | E L PRUITT COMPANY | 1/26/2023 | $ | 1,000.00 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 3306
Street

ATTN A/R

SPRINGFIELD        IL        62708
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC    Case number (if known): 23-10255

Name

| 3.1229 | E L PRUITT COMPANY | 1/26/2023 | $ | 1,075.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 3306

☒ Suppliers or vendors

Street

ATTN A/R

☐ Services

☐ Other

SPRINGFIELD    IL    62708
City    State    ZIP Code

Country

| 3.1230 | E L PRUITT COMPANY | 1/26/2023 | $ | 1,739.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 3306

☒ Suppliers or vendors

Street

ATTN A/R

☐ Services

☐ Other

SPRINGFIELD    IL    62708
City    State    ZIP Code

Country

| 3.1231 | E L PRUITT COMPANY | 1/26/2023 | $ | 2,700.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 3306

☒ Suppliers or vendors

Street

ATTN A/R

☐ Services

☐ Other

SPRINGFIELD    IL    62708
City    State    ZIP Code

Country

| 3.1232 | E L PRUITT COMPANY | 1/26/2023 | $ | 3,485.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 3306

☒ Suppliers or vendors

Street

ATTN A/R

☐ Services

☐ Other

SPRINGFIELD    IL    62708
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1233 | E L PRUITT COMPANY | 1/26/2023 | $ | 3,545.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 3306 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN A/R | | | | ☐ Other |
| | SPRINGFIELD    IL    62708 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1234 | E L PRUITT COMPANY | 1/26/2023 | $ | 3,885.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 3306 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN A/R | | | | ☐ Other |
| | SPRINGFIELD    IL    62708 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1235 | E L PRUITT COMPANY | 1/26/2023 | $ | 7,320.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 3306 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN A/R | | | | ☐ Other |
| | SPRINGFIELD    IL    62708 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1236 | E L PRUITT COMPANY | 1/26/2023 | $ | 7,496.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 3306 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN A/R | | | | ☐ Other |
| | SPRINGFIELD    IL    62708 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.1237 | E L PRUITT COMPANY | 1/31/2023 | $ | 3,500.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 3306 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN A/R | | | | ☐ Other |
| | SPRINGFIELD        IL        62708 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1238 | E L PRUITT COMPANY | 1/31/2023 | $ | 5,835.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 3306 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN A/R | | | | ☐ Other |
| | SPRINGFIELD        IL        62708 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1239 | E L PRUITT COMPANY | 2/13/2023 | $ | 500.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 3306 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN A/R | | | | ☐ Other |
| | SPRINGFIELD        IL        62708 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1240 | E L PRUITT COMPANY | 2/13/2023 | $ | 940.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 3306 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN A/R | | | | ☐ Other |
| | SPRINGFIELD        IL        62708 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.1241** E L PRUITT COMPANY

Creditor's Name

2/13/2023

$    3,715.00

PO BOX 3306

Street

ATTN A/R

SPRINGFIELD          IL          62708

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1242** E L PRUITT COMPANY

Creditor's Name

2/13/2023

$    3,973.00

PO BOX 3306

Street

ATTN A/R

SPRINGFIELD          IL          62708

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1243** E L PRUITT COMPANY

Creditor's Name

2/13/2023

$    9,780.00

PO BOX 3306

Street

ATTN A/R

SPRINGFIELD          IL          62708

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1244** E L PRUITT COMPANY

Creditor's Name

2/13/2023

$    16,865.00

PO BOX 3306

Street

ATTN A/R

SPRINGFIELD          IL          62708

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor:  Akorn Operating Company LLC                                      Case number *(if known)*:     23-10255

Name

**3.1245**  E-BEAM -REMIT                          11/29/2022          $            1,250.00          ☐  Secured debt
Creditor's Name                                                                                         ☐  Unsecured loan repayments

270 H DUFFY AVEUNE                                                                                      ☒  Suppliers or vendors
Street                                                                                                  ☐  Services

                                                                                                       ☐  Other

HICKSVILLE          NY          11801
City                State       ZIP Code

Country

**3.1246**  E-BEAM -REMIT                          11/29/2022          $            1,250.00          ☐  Secured debt
Creditor's Name                                                                                         ☐  Unsecured loan repayments

270 H DUFFY AVEUNE                                                                                      ☒  Suppliers or vendors
Street                                                                                                  ☐  Services

                                                                                                       ☐  Other

HICKSVILLE          NY          11801
City                State       ZIP Code

Country

**3.1247**  E-BEAM -REMIT                          11/29/2022          $            3,203.20          ☐  Secured debt
Creditor's Name                                                                                         ☐  Unsecured loan repayments

270 H DUFFY AVEUNE                                                                                      ☒  Suppliers or vendors
Street                                                                                                  ☐  Services

                                                                                                       ☐  Other

HICKSVILLE          NY          11801
City                State       ZIP Code

Country

**3.1248**  E-BEAM -REMIT                          1/6/2023           $            3,206.00          ☐  Secured debt
Creditor's Name                                                                                         ☐  Unsecured loan repayments

270 H DUFFY AVEUNE                                                                                      ☒  Suppliers or vendors
Street                                                                                                  ☐  Services

                                                                                                       ☐  Other

HICKSVILLE          NY          11801
City                State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.1249**  E-BEAM -REMIT

Creditor's Name

270 H DUFFY AVEUNE

Street

HICKSVILLE    NY    11801

City    State    ZIP Code

Country

2/13/2023    $    3,329.20

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.1250**  ECOLAB

Creditor's Name

P.O. BOX 70343

Street

CHICAGO    IL    60673-0343

City    State    ZIP Code

Country

1/19/2023    $    991.25

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.1251**  ECOLAB

Creditor's Name

P.O. BOX 70343

Street

CHICAGO    IL    60673-0343

City    State    ZIP Code

Country

1/19/2023    $    1,409.48

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.1252**  ECOLAB

Creditor's Name

P.O. BOX 70343

Street

CHICAGO    IL    60673-0343

City    State    ZIP Code

Country

1/19/2023    $    1,409.48

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1253 | ECOLAB | 1/19/2023 | $ | 2,099.63 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 70343 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-0343 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1254 | ECOLAB | 1/19/2023 | $ | 2,517.86 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 70343 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-0343 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1255 | ECOLAB | 1/19/2023 | $ | 2,520.11 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 70343 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-0343 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1256 | ECOLAB | 1/19/2023 | $ | 2,840.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 70343 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-0343 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.1257 ECONDISC CONTRACTING SOLUTIONS LLC | 1/12/2023 | $ | 385.40
Creditor's Name

25522 NETWORK PLACE
Street

CHICAGO    IL    60673-1255
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1258 ECONDISC CONTRACTING SOLUTIONS LLC | 1/12/2023 | $ | 1,207.43
Creditor's Name

25522 NETWORK PLACE
Street

CHICAGO    IL    60673-1255
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1259 ECONDISC CONTRACTING SOLUTIONS LLC | 1/12/2023 | $ | 1,575.50
Creditor's Name

25522 NETWORK PLACE
Street

CHICAGO    IL    60673-1255
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1260 ECONDISC CONTRACTING SOLUTIONS LLC | 1/12/2023 | $ | 4,340.73
Creditor's Name

25522 NETWORK PLACE
Street

CHICAGO    IL    60673-1255
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | Name | |
|---|---|---|

**3.1261** ECONDISC CONTRACTING SOLUTIONS LLC
Creditor's Name

25522 NETWORK PLACE
Street

CHICAGO          IL          60673-1255
City          State          ZIP Code

Country

1/12/2023          $          7,637.63

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1262** EDI STAFFING -REMIT
Creditor's Name

PO BOX 100895
Street

ATLANTA          GA          30384-4174
City          State          ZIP Code

Country

11/29/2022          $          21,504.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1263** EG LIFE SCIENCES LLC
Creditor's Name

55 WALKERS BROOK DRIVE
Street

6TH FLOOR

READING          MA          01867
City          State          ZIP Code

Country

11/29/2022          $          9,200.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1264** EG LIFE SCIENCES LLC
Creditor's Name

55 WALKERS BROOK DRIVE
Street

6TH FLOOR

READING          MA          01867
City          State          ZIP Code

Country

12/8/2022          $          207.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC                                    Case number (if known):    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1265 EG LIFE SCIENCES LLC | 12/8/2022 | $ 13,708.00 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| 55 WALKERS BROOK DRIVE | | | ☑ | Suppliers or vendors |
| Street | | | ☐ | Services |
| 6TH FLOOR | | | ☐ | Other |
| READING        MA        01867 | | | | |
| City        State        ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.1266 EG LIFE SCIENCES LLC | 1/31/2023 | $ 3,680.00 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| 55 WALKERS BROOK DRIVE | | | ☑ | Suppliers or vendors |
| Street | | | ☐ | Services |
| 6TH FLOOR | | | ☐ | Other |
| READING        MA        01867 | | | | |
| City        State        ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.1267 EG LIFE SCIENCES LLC | 1/31/2023 | $ 3,852.50 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| 55 WALKERS BROOK DRIVE | | | ☑ | Suppliers or vendors |
| Street | | | ☐ | Services |
| 6TH FLOOR | | | ☐ | Other |
| READING        MA        01867 | | | | |
| City        State        ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.1268 EG LIFE SCIENCES LLC | 1/31/2023 | $ 4,600.00 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| 55 WALKERS BROOK DRIVE | | | ☑ | Suppliers or vendors |
| Street | | | ☐ | Services |
| 6TH FLOOR | | | ☐ | Other |
| READING        MA        01867 | | | | |
| City        State        ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1269 | EG LIFE SCIENCES LLC | 1/31/2023 | $ | 8,280.00 | ☐ Secured debt |
|--------|----------------------|-----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

55 WALKERS BROOK DRIVE

☒ Suppliers or vendors

Street

6TH FLOOR

☐ Services

☐ Other

READING     MA     01867

City     State     ZIP Code

Country

| 3.1270 | EG LIFE SCIENCES LLC | 1/31/2023 | $ | 10,120.00 | ☐ Secured debt |
|--------|----------------------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

55 WALKERS BROOK DRIVE

☒ Suppliers or vendors

Street

6TH FLOOR

☐ Services

☐ Other

READING     MA     01867

City     State     ZIP Code

Country

| 3.1271 | ELM FREIGHT HANDLERS INC | 11/29/2022 | $ | 37.00 | ☐ Secured debt |
|--------|--------------------------|------------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

50 EMJAY BLVD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

BRENTWOOD     NY     11717

City     State     ZIP Code

Country

| 3.1272 | ELM FREIGHT HANDLERS INC | 11/29/2022 | $ | 360.00 | ☐ Secured debt |
|--------|--------------------------|------------|---|--------|----------------|

Creditor's Name

☐ Unsecured loan repayments

50 EMJAY BLVD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

BRENTWOOD     NY     11717

City     State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1273 | ELM FREIGHT HANDLERS INC | 12/8/2022 | $ | 3,200.00 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 50 EMJAY BLVD | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BRENTWOOD    NY    11717 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1274 | ELM FREIGHT HANDLERS INC | 12/8/2022 | $ | 7,766.00 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 50 EMJAY BLVD | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BRENTWOOD    NY    11717 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1275 | ELM FREIGHT HANDLERS INC | 12/29/2022 | $ | 18.50 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 50 EMJAY BLVD | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BRENTWOOD    NY    11717 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1276 | ELM FREIGHT HANDLERS INC | 12/29/2022 | $ | 360.00 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 50 EMJAY BLVD | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BRENTWOOD    NY    11717 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

3.1277 ELM FREIGHT HANDLERS INC
Creditor's Name

50 EMJAY BLVD
Street

BRENTWOOD          NY          11717
City                State         ZIP Code

Country

12/29/2022     $          3,136.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1278 ELM FREIGHT HANDLERS INC
Creditor's Name

50 EMJAY BLVD
Street

BRENTWOOD          NY          11717
City                State         ZIP Code

Country

12/29/2022     $          7,766.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1279 ELM FREIGHT HANDLERS INC
Creditor's Name

50 EMJAY BLVD
Street

BRENTWOOD          NY          11717
City                State         ZIP Code

Country

1/6/2023     $          37.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1280 ELM FREIGHT HANDLERS INC
Creditor's Name

50 EMJAY BLVD
Street

BRENTWOOD          NY          11717
City                State         ZIP Code

Country

1/6/2023     $          111.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC                                          Case number *(if known)*:    23-10255

Name

3.1281  ELM FREIGHT HANDLERS INC                    1/6/2023         $              185.00       ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

50 EMJAY BLVD                                                                                     ☒  Suppliers or vendors
Street                                                                                            ☐  Services

                                                                                                 ☐  Other

BRENTWOOD         NY        11717
City              State     ZIP Code

Country

3.1282  ELM FREIGHT HANDLERS INC                    1/6/2023         $            1,162.50       ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

50 EMJAY BLVD                                                                                     ☒  Suppliers or vendors
Street                                                                                            ☐  Services

                                                                                                 ☐  Other

BRENTWOOD         NY        11717
City              State     ZIP Code

Country

3.1283  ELM FREIGHT HANDLERS INC                    1/6/2023         $            1,440.00       ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

50 EMJAY BLVD                                                                                     ☒  Suppliers or vendors
Street                                                                                            ☐  Services

                                                                                                 ☐  Other

BRENTWOOD         NY        11717
City              State     ZIP Code

Country

3.1284  ELM FREIGHT HANDLERS INC                    1/6/2023         $            3,600.00       ☐  Secured debt
Creditor's Name                                                                                  ☐  Unsecured loan repayments

50 EMJAY BLVD                                                                                     ☒  Suppliers or vendors
Street                                                                                            ☐  Services

                                                                                                 ☐  Other

BRENTWOOD         NY        11717
City              State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known):  23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1285 | ELM FREIGHT HANDLERS INC | 1/6/2023 | $ | 3,668.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 50 EMJAY BLVD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BRENTWOOD          NY          11717 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1286 | ELM FREIGHT HANDLERS INC | 2/13/2023 | $ | 166.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 50 EMJAY BLVD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BRENTWOOD          NY          11717 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1287 | EMD MILLIPORE | 11/29/2022 | $ | (1,642.23) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60673 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1288 | EMD MILLIPORE | 11/29/2022 | $ | 1,661.64 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60673 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1289 | EMD MILLIPORE | 11/29/2022 | $ | 3,765.66 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1290 | EMD MILLIPORE | 11/29/2022 | $ | 4,672.80 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1291 | EMD MILLIPORE | 11/29/2022 | $ | 6,900.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1292 | EMD MILLIPORE | 11/29/2022 | $ | 10,800.66 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1293 | EMD MILLIPORE | 12/8/2022 | $ | 1,086.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO   IL   60673 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.1294 | EMD MILLIPORE | 12/8/2022 | $ | 4,482.40 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO   IL   60673 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.1295 | EMD MILLIPORE | 12/8/2022 | $ | 4,901.44 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO   IL   60673 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.1296 | EMD MILLIPORE | 12/8/2022 | $ | 6,861.28 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO   IL   60673 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| **3.1297** EMD MILLIPORE | 12/8/2022 | $ 10,272.78 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| 25760 NETWORK PLACE | | | ☑ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| CHICAGO       IL       60673 | | | | |
| City       State       ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| **3.1298** EMD MILLIPORE | 1/6/2023 | $ 45.00 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| 25760 NETWORK PLACE | | | ☑ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| CHICAGO       IL       60673 | | | | |
| City       State       ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| **3.1299** EMD MILLIPORE | 1/6/2023 | $ 918.00 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| 25760 NETWORK PLACE | | | ☑ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| CHICAGO       IL       60673 | | | | |
| City       State       ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| **3.1300** EMD MILLIPORE | 1/6/2023 | $ 1,908.00 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| 25760 NETWORK PLACE | | | ☑ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| CHICAGO       IL       60673 | | | | |
| City       State       ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1301 EMD MILLIPORE | 1/6/2023 | $ | 2,343.88 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 25760 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CHICAGO      IL      60673 | | | | |
| City      State      ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.1302 EMD MILLIPORE | 1/6/2023 | $ | 2,689.00 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 25760 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CHICAGO      IL      60673 | | | | |
| City      State      ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.1303 EMD MILLIPORE | 1/6/2023 | $ | 4,482.40 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 25760 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CHICAGO      IL      60673 | | | | |
| City      State      ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.1304 EMD MILLIPORE | 1/6/2023 | $ | 13,195.50 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 25760 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CHICAGO      IL      60673 | | | | |
| City      State      ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1305 | EMD MILLIPORE<br>Creditor's Name | 1/12/2023 | $ 3,280.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

25760 NETWORK PLACE
Street

CHICAGO       IL       60673
City          State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1306 | EMD MILLIPORE<br>Creditor's Name | 1/12/2023 | $ 4,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

25760 NETWORK PLACE
Street

CHICAGO       IL       60673
City          State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1307 | EMD MILLIPORE<br>Creditor's Name | 1/12/2023 | $ 5,268.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

25760 NETWORK PLACE
Street

CHICAGO       IL       60673
City          State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1308 | EMD MILLIPORE<br>Creditor's Name | 1/12/2023 | $ 7,650.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

25760 NETWORK PLACE
Street

CHICAGO       IL       60673
City          State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1309 | EMD MILLIPORE | 1/19/2023 | $ | 1,902.80 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO   IL   60673 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.1310 | EMD MILLIPORE | 1/19/2023 | $ | 5,850.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO   IL   60673 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.1311 | EMD MILLIPORE | 1/19/2023 | $ | 6,649.78 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO   IL   60673 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.1312 | EMD MILLIPORE | 1/26/2023 | $ | 5,635.60 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO   IL   60673 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.1313 | EMD MILLIPORE | 2/8/2023 | $ | (10,272.78) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60673 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.1314 | EMD MILLIPORE | 2/8/2023 | $ | 7,098.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60673 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.1315 | EMD MILLIPORE | 2/8/2023 | $ | 7,304.76 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60673 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.1316 | EMD MILLIPORE | 2/8/2023 | $ | 21,248.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 25760 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60673 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.1317**  EMD MILLIPORE                          2/13/2023        $           2,689.00        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

25760 NETWORK PLACE                                                                            ☒ Suppliers or vendors
Street                                                                                         ☐ Services

                                                                                               ☐ Other

CHICAGO            IL          60673
City               State       ZIP Code

Country

**3.1318**  EMD MILLIPORE                          2/13/2023        $           4,295.00        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

25760 NETWORK PLACE                                                                            ☒ Suppliers or vendors
Street                                                                                         ☐ Services

                                                                                               ☐ Other

CHICAGO            IL          60673
City               State       ZIP Code

Country

**3.1319**  EMD MILLIPORE                          2/13/2023        $          13,195.50        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

25760 NETWORK PLACE                                                                            ☒ Suppliers or vendors
Street                                                                                         ☐ Services

                                                                                               ☐ Other

CHICAGO            IL          60673
City               State       ZIP Code

Country

**3.1320**  EMPIRE FREIGHT LOGISTICS               11/29/2022       $            (60.31)        ☐ Secured debt
Creditor's Name                                                                                ☐ Unsecured loan repayments

6567 KINNE ROAD                                                                                ☒ Suppliers or vendors
Street                                                                                         ☐ Services

                                                                                               ☐ Other

DEWITT             NY          13214
City               State       ZIP Code

Country

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                Page 332

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | |
|---|---|---|---|
| 3.1321 EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ (48.54) | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☒ Suppliers or vendors |
| 6567 KINNE ROAD | | | ☐ Services |
| Street | | | ☐ Other |
| | | | |
| DEWITT        NY        13214 | | | |
| City        State        ZIP Code | | | |
| | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.1322 EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ (17.43) | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☒ Suppliers or vendors |
| 6567 KINNE ROAD | | | ☐ Services |
| Street | | | ☐ Other |
| | | | |
| DEWITT        NY        13214 | | | |
| City        State        ZIP Code | | | |
| | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.1323 EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 155.31 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☒ Suppliers or vendors |
| 6567 KINNE ROAD | | | ☐ Services |
| Street | | | ☐ Other |
| | | | |
| DEWITT        NY        13214 | | | |
| City        State        ZIP Code | | | |
| | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.1324 EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 193.85 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☒ Suppliers or vendors |
| 6567 KINNE ROAD | | | ☐ Services |
| Street | | | ☐ Other |
| | | | |
| DEWITT        NY        13214 | | | |
| City        State        ZIP Code | | | |
| | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | |
|---|---|---|---|
| 3.1325 EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 209.47 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| DEWITT   NY   13214 | | | |
| City   State   ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.1326 EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 313.52 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| DEWITT   NY   13214 | | | |
| City   State   ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.1327 EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 396.79 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| DEWITT   NY   13214 | | | |
| City   State   ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.1328 EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 452.85 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| DEWITT   NY   13214 | | | |
| City   State   ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| 3.1329 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 536.30 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1330 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 568.15 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1331 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 616.19 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1332 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 743.89 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1333 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 918.10 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1334 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 928.08 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1335 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 962.06 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1336 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 962.06 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                                            Case number *(if known)*:    23-10255

Name

3.1337  EMPIRE FREIGHT LOGISTICS                    11/29/2022         $            970.89           ☐ Secured debt
Creditor's Name                                                                                       ☐ Unsecured loan repayments

6567 KINNE ROAD                                                                                       ☒ Suppliers or vendors
Street                                                                                                ☐ Services

                                                                                                      ☐ Other
DEWITT              NY        13214
City                State     ZIP Code

Country

3.1338  EMPIRE FREIGHT LOGISTICS                    11/29/2022         $            970.89           ☐ Secured debt
Creditor's Name                                                                                       ☐ Unsecured loan repayments

6567 KINNE ROAD                                                                                       ☒ Suppliers or vendors
Street                                                                                                ☐ Services

                                                                                                      ☐ Other
DEWITT              NY        13214
City                State     ZIP Code

Country

3.1339  EMPIRE FREIGHT LOGISTICS                    11/29/2022         $            971.09           ☐ Secured debt
Creditor's Name                                                                                       ☐ Unsecured loan repayments

6567 KINNE ROAD                                                                                       ☒ Suppliers or vendors
Street                                                                                                ☐ Services

                                                                                                      ☐ Other
DEWITT              NY        13214
City                State     ZIP Code

Country

3.1340  EMPIRE FREIGHT LOGISTICS                    11/29/2022         $            971.09           ☐ Secured debt
Creditor's Name                                                                                       ☐ Unsecured loan repayments

6567 KINNE ROAD                                                                                       ☒ Suppliers or vendors
Street                                                                                                ☐ Services

                                                                                                      ☐ Other
DEWITT              NY        13214
City                State     ZIP Code

Country

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    Page 337

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1341 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 1,071.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT     NY     13214 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1342 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 1,136.36 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT     NY     13214 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1343 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 1,136.68 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT     NY     13214 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1344 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 1,189.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT     NY     13214 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1345 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 1,300.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1346 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 1,301.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1347 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 1,301.99 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1348 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 1,485.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.1349**  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

| | | |
|---|---|---|
| DEWITT | NY | 13214 |
| City | State | ZIP Code |

Country

11/29/2022    $    1,571.69

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1350**  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

| | | |
|---|---|---|
| DEWITT | NY | 13214 |
| City | State | ZIP Code |

Country

11/29/2022    $    1,576.80

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1351**  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

| | | |
|---|---|---|
| DEWITT | NY | 13214 |
| City | State | ZIP Code |

Country

11/29/2022    $    2,177.43

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1352**  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

| | | |
|---|---|---|
| DEWITT | NY | 13214 |
| City | State | ZIP Code |

Country

11/29/2022    $    2,221.01

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1353 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 2,222.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY        13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1354 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 2,222.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY        13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1355 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 2,417.96 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY        13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1356 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 2,429.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY        13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1357 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 2,490.24 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT           NY          13214 | | | |
| | City           State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1358 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 2,667.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT           NY          13214 | | | |
| | City           State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1359 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 2,937.65 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT           NY          13214 | | | |
| | City           State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1360 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 2,938.19 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT           NY          13214 | | | |
| | City           State       ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1361 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 2,960.73 | ☐ Secured debt |
|--------|--------------------------|------------|---|----------|----------------|

Creditor's Name

6567 KINNE ROAD

Street

| | | ☐ Unsecured loan repayments |
| | | ☒ Suppliers or vendors |
| | | ☐ Services |
| | | ☐ Other |

DEWITT          NY          13214
City          State          ZIP Code

Country

| 3.1362 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 2,960.73 | ☐ Secured debt |
|--------|--------------------------|------------|---|----------|----------------|

Creditor's Name

6567 KINNE ROAD

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT          NY          13214
City          State          ZIP Code

Country

| 3.1363 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 2,960.73 | ☐ Secured debt |
|--------|--------------------------|------------|---|----------|----------------|

Creditor's Name

6567 KINNE ROAD

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT          NY          13214
City          State          ZIP Code

Country

| 3.1364 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 2,961.28 | ☐ Secured debt |
|--------|--------------------------|------------|---|----------|----------------|

Creditor's Name

6567 KINNE ROAD

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT          NY          13214
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.1365 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 2,961.28 | ☐ Secured debt |
|--------|--------------------------|------------|---|----------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1366 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 2,967.65 | ☐ Secured debt |
|--------|--------------------------|------------|---|----------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1367 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 2,983.23 | ☐ Secured debt |
|--------|--------------------------|------------|---|----------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1368 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 2,989.90 | ☐ Secured debt |
|--------|--------------------------|------------|---|----------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1369 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 11/29/2022 | $ 2,989.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 6567 KINNE ROAD<br>Street | | | |
| | DEWITT        NY        13214<br>City        State        ZIP Code | | | |
| | Country | | | |
| 3.1370 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 11/29/2022 | $ 2,989.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 6567 KINNE ROAD<br>Street | | | |
| | DEWITT        NY        13214<br>City        State        ZIP Code | | | |
| | Country | | | |
| 3.1371 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 11/29/2022 | $ 2,990.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 6567 KINNE ROAD<br>Street | | | |
| | DEWITT        NY        13214<br>City        State        ZIP Code | | | |
| | Country | | | |
| 3.1372 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 11/29/2022 | $ 2,990.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 6567 KINNE ROAD<br>Street | | | |
| | DEWITT        NY        13214<br>City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:    23-10255

3.1373  EMPIRE FREIGHT LOGISTICS
Creditor's Name

11/29/2022        $        2,990.78

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT        NY        13214
City        State        ZIP Code

Country

3.1374  EMPIRE FREIGHT LOGISTICS
Creditor's Name

11/29/2022        $        3,181.69

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT        NY        13214
City        State        ZIP Code

Country

3.1375  EMPIRE FREIGHT LOGISTICS
Creditor's Name

11/29/2022        $        3,181.69

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT        NY        13214
City        State        ZIP Code

Country

3.1376  EMPIRE FREIGHT LOGISTICS
Creditor's Name

11/29/2022        $        3,231.58

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT        NY        13214
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1377 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 3,274.89 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1378 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 3,292.44 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1379 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 3,731.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1380 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ 3,731.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| 3.1381 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,745.77 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT            NY            13214 | | | | |
| | City            State            ZIP Code | | | | |
| | Country | | | | |

| 3.1382 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,745.77 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT            NY            13214 | | | | |
| | City            State            ZIP Code | | | | |
| | Country | | | | |

| 3.1383 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,745.77 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT            NY            13214 | | | | |
| | City            State            ZIP Code | | | | |
| | Country | | | | |

| 3.1384 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,745.77 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT            NY            13214 | | | | |
| | City            State            ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| 3.1385 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,745.77 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1386 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,745.77 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1387 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,745.77 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1388 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,745.77 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1389 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,747.07 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY        13214 | | | | |
| | City          State      ZIP Code | | | | |
| | Country | | | | |

| 3.1390 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,747.07 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY        13214 | | | | |
| | City          State      ZIP Code | | | | |
| | Country | | | | |

| 3.1391 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,747.07 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY        13214 | | | | |
| | City          State      ZIP Code | | | | |
| | Country | | | | |

| 3.1392 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,806.53 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY        13214 | | | | |
| | City          State      ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.1393 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 3,806.53 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.1394 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 4,292.02 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.1395 | EMPIRE FREIGHT LOGISTICS | 11/29/2022 | $ | 8,155.46 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.1396 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ | 145.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.1397** EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/8/2022          $          234.37

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1398** EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/8/2022          $          294.81

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1399** EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/8/2022          $          382.36

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1400** EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/8/2022          $          475.25

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

3.1401  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/8/2022          $          486.19

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1402  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/8/2022          $          507.61

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1403  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/8/2022          $          571.79

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1404  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/8/2022          $          671.60

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.1405 EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/8/2022

$ 752.26

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

6567 KINNE ROAD
Street

DEWITT           NY       13214
City             State    ZIP Code

Country

3.1406 EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/8/2022

$ 780.59

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

6567 KINNE ROAD
Street

DEWITT           NY       13214
City             State    ZIP Code

Country

3.1407 EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/8/2022

$ 882.69

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

6567 KINNE ROAD
Street

DEWITT           NY       13214
City             State    ZIP Code

Country

3.1408 EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/8/2022

$ 971.09

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

6567 KINNE ROAD
Street

DEWITT           NY       13214
City             State    ZIP Code

Country

Debtor: Akorn Operating Company LLC          Case number *(if known)*:     23-10255

Name

**3.1409**  EMPIRE FREIGHT LOGISTICS          12/8/2022          $          979.40
Creditor's Name

□ Secured debt

6567 KINNE ROAD
Street

□ Unsecured loan repayments

☒ Suppliers or vendors

□ Services

□ Other

DEWITT          NY          13214
City          State          ZIP Code

Country

**3.1410**  EMPIRE FREIGHT LOGISTICS          12/8/2022          $          1,000.00
Creditor's Name

□ Secured debt

6567 KINNE ROAD
Street

□ Unsecured loan repayments

☒ Suppliers or vendors

□ Services

□ Other

DEWITT          NY          13214
City          State          ZIP Code

Country

**3.1411**  EMPIRE FREIGHT LOGISTICS          12/8/2022          $          1,135.69
Creditor's Name

□ Secured debt

6567 KINNE ROAD
Street

□ Unsecured loan repayments

☒ Suppliers or vendors

□ Services

□ Other

DEWITT          NY          13214
City          State          ZIP Code

Country

**3.1412**  EMPIRE FREIGHT LOGISTICS          12/8/2022          $          1,300.90
Creditor's Name

□ Secured debt

6567 KINNE ROAD
Street

□ Unsecured loan repayments

☒ Suppliers or vendors

□ Services

□ Other

DEWITT          NY          13214
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1413 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ 1,406.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1414 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ 1,569.52 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1415 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ 2,174.89 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1416 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ 2,936.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1417 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ | 2,938.19 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY        13214 | | | | |
| | City        State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1418 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ | 2,959.61 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY        13214 | | | | |
| | City        State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1419 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ | 2,959.61 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY        13214 | | | | |
| | City        State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1420 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ | 2,959.61 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY        13214 | | | | |
| | City        State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1421 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ | 2,959.61 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| DEWITT | NY | 13214 |
|---|---|---|

City       State       ZIP Code

Country

| 3.1422 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ | 2,979.24 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| DEWITT | NY | 13214 |
|---|---|---|

City       State       ZIP Code

Country

| 3.1423 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ | 2,988.08 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| DEWITT | NY | 13214 |
|---|---|---|

City       State       ZIP Code

Country

| 3.1424 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ | 2,988.08 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| DEWITT | NY | 13214 |
|---|---|---|

City       State       ZIP Code

Country

Debtor: Akorn Operating Company LLC
Name

Case number (if known): 23-10255

---

**3.1425** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

| DEWITT | NY | 13214 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

12/8/2022     $     2,988.08

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.1426** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

| DEWITT | NY | 13214 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

12/8/2022     $     2,988.08

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.1427** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

| DEWITT | NY | 13214 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

12/8/2022     $     2,988.08

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.1428** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

| DEWITT | NY | 13214 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

12/8/2022     $     2,988.08

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.1429**  EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/8/2022          $              3,743.08

6567 KINNE ROAD
Street

DEWITT            NY          13214
City              State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.1430**  EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/8/2022          $              3,743.08

6567 KINNE ROAD
Street

DEWITT            NY          13214
City              State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.1431**  EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/8/2022          $              3,743.08

6567 KINNE ROAD
Street

DEWITT            NY          13214
City              State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.1432**  EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/8/2022          $              3,743.08

6567 KINNE ROAD
Street

DEWITT            NY          13214
City              State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 360

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.1433  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street


DEWITT            NY        13214
City              State     ZIP Code

Country

12/8/2022        $        3,743.08

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1434  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street


DEWITT            NY        13214
City              State     ZIP Code

Country

12/8/2022        $        3,743.08

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1435  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street


DEWITT            NY        13214
City              State     ZIP Code

Country

12/8/2022        $        3,743.08

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1436  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street


DEWITT            NY        13214
City              State     ZIP Code

Country

12/8/2022        $        3,747.07

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor:  Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| 3.1437 | EMPIRE FREIGHT LOGISTICS | 12/8/2022 | $ | 4,918.49 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1438 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 167.57 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1439 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 205.81 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1440 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 482.16 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.1441 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ 594.80 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

6567 KINNE ROAD

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT    NY    13214

City    State    ZIP Code

Country

---

| 3.1442 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ 845.15 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

6567 KINNE ROAD

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT    NY    13214

City    State    ZIP Code

Country

---

| 3.1443 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ 1,022.88 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

6567 KINNE ROAD

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT    NY    13214

City    State    ZIP Code

Country

---

| 3.1444 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ 1,125.57 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

6567 KINNE ROAD

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT    NY    13214

City    State    ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1445 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 1,136.36 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.1446 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 1,194.04 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.1447 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 1,300.90 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.1448 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 1,352.60 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | DEWITT    NY    13214 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1449 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 1,397.08 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DEWITT    NY    13214

City    State    ZIP Code

Country

| 3.1450 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 1,466.36 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DEWITT    NY    13214

City    State    ZIP Code

Country

| 3.1451 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 2,156.25 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DEWITT    NY    13214

City    State    ZIP Code

Country

| 3.1452 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 2,960.73 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DEWITT    NY    13214

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1453 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ 2,989.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1454 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ 3,102.65 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1455 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ 3,169.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1456 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ 3,259.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1457 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 3,274.89 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1458 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 3,274.90 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1459 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 3,401.54 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1460 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 3,743.08 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1461 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 3,745.77 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.1462 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 3,910.69 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.1463 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 3,910.69 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.1464 | EMPIRE FREIGHT LOGISTICS | 12/15/2022 | $ | 3,931.81 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.1465** EMPIRE FREIGHT LOGISTICS          12/15/2022      $          4,917.51
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY        13214
City            State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1466** EMPIRE FREIGHT LOGISTICS          12/15/2022      $          8,970.24
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY        13214
City            State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1467** EMPIRE FREIGHT LOGISTICS          12/22/2022      $          217.32
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY        13214
City            State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1468** EMPIRE FREIGHT LOGISTICS          12/22/2022      $          241.20
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY        13214
City            State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.1469 EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/22/2022

$ 247.09

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

3.1470 EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/22/2022

$ 310.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

3.1471 EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/22/2022

$ 353.38

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

3.1472 EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/22/2022

$ 365.98

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.1473** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

12/22/2022     $          455.20

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1474** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

12/22/2022     $          469.59

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1475** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

12/22/2022     $          970.46

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1476** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

12/22/2022     $         1,135.69

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1477 | EMPIRE FREIGHT LOGISTICS | 12/22/2022 | $ 1,175.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1478 | EMPIRE FREIGHT LOGISTICS | 12/22/2022 | $ 1,266.84 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1479 | EMPIRE FREIGHT LOGISTICS | 12/22/2022 | $ 1,298.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1480 | EMPIRE FREIGHT LOGISTICS | 12/22/2022 | $ 1,300.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1481 | EMPIRE FREIGHT LOGISTICS | 12/22/2022 | $ 1,317.27 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1482 | EMPIRE FREIGHT LOGISTICS | 12/22/2022 | $ 1,448.51 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1483 | EMPIRE FREIGHT LOGISTICS | 12/22/2022 | $ 1,569.15 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1484 | EMPIRE FREIGHT LOGISTICS | 12/22/2022 | $ 1,677.36 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.1485 | EMPIRE FREIGHT LOGISTICS | 12/22/2022 | $ | 1,689.10 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1486 | EMPIRE FREIGHT LOGISTICS | 12/22/2022 | $ | 2,041.88 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1487 | EMPIRE FREIGHT LOGISTICS | 12/22/2022 | $ | 2,158.52 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1488 | EMPIRE FREIGHT LOGISTICS | 12/22/2022 | $ | 2,164.80 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

3.1489 EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/22/2022        $        2,177.43

6567 KINNE ROAD
Street

DEWITT            NY        13214
City              State      ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1490 EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/22/2022        $        2,214.60

6567 KINNE ROAD
Street

DEWITT            NY        13214
City              State      ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1491 EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/22/2022        $        2,500.00

6567 KINNE ROAD
Street

DEWITT            NY        13214
City              State      ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1492 EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/22/2022        $        2,959.61

6567 KINNE ROAD
Street

DEWITT            NY        13214
City              State      ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.1493  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/22/2022    $    2,979.24

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.1494  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/22/2022    $    2,988.08

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.1495  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/22/2022    $    3,011.54

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.1496  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/22/2022    $    3,035.74

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.1497  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/22/2022    $            3,537.65

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1498  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/22/2022    $            3,597.65

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1499  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/22/2022    $            3,732.40

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1500  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

12/22/2022    $            3,732.40

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.1501  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY      13214
City            State   ZIP Code

Country

12/22/2022      $          3,732.40

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1502  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY      13214
City            State   ZIP Code

Country

12/22/2022      $          3,743.08

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1503  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY      13214
City            State   ZIP Code

Country

12/22/2022      $          3,745.77

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1504  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY      13214
City            State   ZIP Code

Country

12/22/2022      $          4,651.06

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC                          Case number *(if known)*    23-10255

Name

3.1505  EMPIRE FREIGHT LOGISTICS          12/22/2022       $          5,194.04        ☐  Secured debt
Creditor's Name
                                                                                     ☐  Unsecured loan repayments
6567 KINNE ROAD                                                                      ☒  Suppliers or vendors
Street
                                                                                     ☐  Services

                                                                                     ☐  Other
DEWITT              NY        13214
City               State     ZIP Code

Country

3.1506  EMPIRE FREIGHT LOGISTICS          12/22/2022       $          6,405.29        ☐  Secured debt
Creditor's Name
                                                                                     ☐  Unsecured loan repayments
6567 KINNE ROAD                                                                      ☒  Suppliers or vendors
Street
                                                                                     ☐  Services

                                                                                     ☐  Other
DEWITT              NY        13214
City               State     ZIP Code

Country

3.1507  EMPIRE FREIGHT LOGISTICS          12/22/2022       $          6,408.89        ☐  Secured debt
Creditor's Name
                                                                                     ☐  Unsecured loan repayments
6567 KINNE ROAD                                                                      ☒  Suppliers or vendors
Street
                                                                                     ☐  Services

                                                                                     ☐  Other
DEWITT              NY        13214
City               State     ZIP Code

Country

3.1508  EMPIRE FREIGHT LOGISTICS          12/29/2022       $            191.92        ☐  Secured debt
Creditor's Name
                                                                                     ☐  Unsecured loan repayments
6567 KINNE ROAD                                                                      ☒  Suppliers or vendors
Street
                                                                                     ☐  Services

                                                                                     ☐  Other
DEWITT              NY        13214
City               State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.1509  EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/29/2022    $        336.08

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT        NY        13214
City        State        ZIP Code

Country

3.1510  EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/29/2022    $        449.39

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT        NY        13214
City        State        ZIP Code

Country

3.1511  EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/29/2022    $        547.89

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT        NY        13214
City        State        ZIP Code

Country

3.1512  EMPIRE FREIGHT LOGISTICS
Creditor's Name

12/29/2022    $        671.75

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT        NY        13214
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

3.1513  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

12/29/2022          $          968.76

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1514  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

12/29/2022          $          1,021.28

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1515  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

12/29/2022          $          1,130.08

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1516  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

12/29/2022          $          1,133.05

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 381

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1517 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 1,188.32 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1518 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 1,193.45 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1519 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 1,261.23 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1520 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 1,294.74 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.1521  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT                NY          13214
City              State      ZIP Code

Country

12/29/2022    $    1,481.90

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1522  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT                NY          13214
City              State      ZIP Code

Country

12/29/2022    $    1,616.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1523  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT                NY          13214
City              State      ZIP Code

Country

12/29/2022    $    2,201.76

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1524  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT                NY          13214
City              State      ZIP Code

Country

12/29/2022    $    2,415.47

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.1525** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY        13214
City          State      ZIP Code

Country

12/29/2022    $          2,501.19

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1526** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY        13214
City          State      ZIP Code

Country

12/29/2022    $          2,579.46

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1527** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY        13214
City          State      ZIP Code

Country

12/29/2022    $          2,932.12

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1528** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY        13214
City          State      ZIP Code

Country

12/29/2022    $          2,950.16

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1529 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 2,950.16 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT     NY     13214 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1530 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 2,972.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT     NY     13214 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1531 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 2,972.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT     NY     13214 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1532 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 2,980.86 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT     NY     13214 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1533 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 12/29/2022 | $ 2,980.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

6567 KINNE ROAD
Street

| DEWITT | NY | 13214 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 3.1534 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 12/29/2022 | $ 3,015.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

6567 KINNE ROAD
Street

| DEWITT | NY | 13214 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 3.1535 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 12/29/2022 | $ 3,171.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

6567 KINNE ROAD
Street

| DEWITT | NY | 13214 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | | |
|---|---|---|---|---|
| 3.1536 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 12/29/2022 | $ 3,253.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

6567 KINNE ROAD
Street

| DEWITT | NY | 13214 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1537 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 3,720.42 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1538 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 3,732.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1539 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 3,897.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1540 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 8,265.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1541 | EMPIRE FREIGHT LOGISTICS | 12/29/2022 | $ 22,047.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1542 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ 142.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1543 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ 142.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1544 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ 182.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1545 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ | 502.06 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.1546 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ | 530.54 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.1547 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ | 547.28 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.1548 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ | 1,130.08 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.1549  EMPIRE FREIGHT LOGISTICS

Creditor's Name

1/6/2023

$    1,470.74

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

3.1550  EMPIRE FREIGHT LOGISTICS

Creditor's Name

1/6/2023

$    1,500.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

3.1551  EMPIRE FREIGHT LOGISTICS

Creditor's Name

1/6/2023

$    2,174.12

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

3.1552  EMPIRE FREIGHT LOGISTICS

Creditor's Name

1/6/2023

$    2,927.17

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1553 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ 2,927.17 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1554 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ 2,940.03 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1555 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ 2,940.03 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1556 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ 2,972.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.1557 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ 3,607.21 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT            NY        13214
City              State     ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1558 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ 3,607.21 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT            NY        13214
City              State     ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1559 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ 3,720.42 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT            NY        13214
City              State     ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1560 | EMPIRE FREIGHT LOGISTICS | 1/6/2023 | $ 4,898.53 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT            NY        13214
City              State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.1561 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/6/2023 | $ 4,898.53 |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1562 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/12/2023 | $ 140.00 |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1563 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/12/2023 | $ 140.50 |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1564 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/12/2023 | $ 145.50 |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.1565** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

1/12/2023          $          159.55

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1566** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

1/12/2023          $          160.42

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1567** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

1/12/2023          $          164.18

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1568** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

1/12/2023          $          224.48

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1569 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ 289.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1570 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ 294.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1571 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ 334.21 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1572 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ 366.51 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1573 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 519.71 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | DEWITT      NY      13214 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1574 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 626.13 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | DEWITT      NY      13214 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1575 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 876.58 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | DEWITT      NY      13214 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.1576 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 878.87 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | DEWITT      NY      13214 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.1577  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

1/12/2023          $          964.04

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1578  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

1/12/2023          $          1,187.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1579  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

1/12/2023          $          1,248.33

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1580  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

1/12/2023          $          1,280.58

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1581 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 1,556.97 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 6567 KINNE ROAD | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1582 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 2,104.28 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 6567 KINNE ROAD | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1583 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 2,211.30 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 6567 KINNE ROAD | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1584 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 2,904.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 6567 KINNE ROAD | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | DEWITT    NY    13214 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1585 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ 2,904.50 | |

Creditor's Name

6567 KINNE ROAD

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEWITT          NY          13214
City          State          ZIP Code

Country

---

| | | | | |
|---|---|---|---|---|
| 3.1586 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ 2,904.50 | |

Creditor's Name

6567 KINNE ROAD

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEWITT          NY          13214
City          State          ZIP Code

Country

---

| | | | | |
|---|---|---|---|---|
| 3.1587 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ 2,904.50 | |

Creditor's Name

6567 KINNE ROAD

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEWITT          NY          13214
City          State          ZIP Code

Country

---

| | | | | |
|---|---|---|---|---|
| 3.1588 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ 2,917.22 | |

Creditor's Name

6567 KINNE ROAD

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEWITT          NY          13214
City          State          ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.1589 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 2,928.44 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

Street

☒ Suppliers or vendors

☐ Services

☐ Other

DEWITT        NY        13214

City        State        ZIP Code

Country

| 3.1590 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 2,928.44 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

Street

☒ Suppliers or vendors

☐ Services

☐ Other

DEWITT        NY        13214

City        State        ZIP Code

Country

| 3.1591 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 2,937.54 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

Street

☒ Suppliers or vendors

☐ Services

☐ Other

DEWITT        NY        13214

City        State        ZIP Code

Country

| 3.1592 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 2,937.54 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

Street

☒ Suppliers or vendors

☐ Services

☐ Other

DEWITT        NY        13214

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.1593 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 2,937.54 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DEWITT    NY    13214

City    State    ZIP Code

Country

---

| 3.1594 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 2,956.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DEWITT    NY    13214

City    State    ZIP Code

Country

---

| 3.1595 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 2,956.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DEWITT    NY    13214

City    State    ZIP Code

Country

---

| 3.1596 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ | 2,956.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DEWITT    NY    13214

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1597 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/12/2023 | $ 2,969.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1598 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/12/2023 | $ 3,518.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1599 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/12/2023 | $ 3,668.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1600 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/12/2023 | $ 3,668.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1601 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/12/2023 | $ 3,668.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1602 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/12/2023 | $ 3,696.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1603 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/12/2023 | $ 3,696.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1604 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/12/2023 | $ 3,729.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.1605 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ 3,729.10 |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Creditor's Name

6567 KINNE ROAD
Street

| DEWITT | NY | 13214 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 3.1606 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ 3,834.78 |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Creditor's Name

6567 KINNE ROAD
Street

| DEWITT | NY | 13214 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 3.1607 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ 3,862.26 |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Creditor's Name

6567 KINNE ROAD
Street

| DEWITT | NY | 13214 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 3.1608 | EMPIRE FREIGHT LOGISTICS | 1/12/2023 | $ 4,880.53 |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Creditor's Name

6567 KINNE ROAD
Street

| DEWITT | NY | 13214 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

3.1609  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

1/19/2023          $          150.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.1610  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

1/19/2023          $          187.09

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.1611  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

1/19/2023          $          237.73

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.1612  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

1/19/2023          $          237.75

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.1613** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

1/19/2023          $          332.84

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1614** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

1/19/2023          $          606.87

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1615** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

1/19/2023          $          800.43

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1616** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

1/19/2023          $          998.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1617 | EMPIRE FREIGHT LOGISTICS | 1/19/2023 | $ 1,267.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1618 | EMPIRE FREIGHT LOGISTICS | 1/19/2023 | $ 1,274.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1619 | EMPIRE FREIGHT LOGISTICS | 1/19/2023 | $ 1,294.17 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1620 | EMPIRE FREIGHT LOGISTICS | 1/19/2023 | $ 1,323.77 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.1621** EMPIRE FREIGHT LOGISTICS
Creditor's Name

1/19/2023

$ 2,375.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

**3.1622** EMPIRE FREIGHT LOGISTICS
Creditor's Name

1/19/2023

$ 2,500.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

**3.1623** EMPIRE FREIGHT LOGISTICS
Creditor's Name

1/19/2023

$ 2,904.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

**3.1624** EMPIRE FREIGHT LOGISTICS
Creditor's Name

1/19/2023

$ 2,919.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1625 | EMPIRE FREIGHT LOGISTICS | 1/19/2023 | $ | 2,919.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

6567 KINNE ROAD

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT          NY          13214

City          State          ZIP Code

Country

---

3.1626  EMPIRE FREIGHT LOGISTICS          1/19/2023     $          2,923.04

Creditor's Name

6567 KINNE ROAD

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT          NY          13214

City          State          ZIP Code

Country

---

3.1627  EMPIRE FREIGHT LOGISTICS          1/19/2023     $          2,937.54

Creditor's Name

6567 KINNE ROAD

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT          NY          13214

City          State          ZIP Code

Country

---

3.1628  EMPIRE FREIGHT LOGISTICS          1/19/2023     $          3,372.88

Creditor's Name

6567 KINNE ROAD

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT          NY          13214

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.1629  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY      13214
City          State    ZIP Code

Country

1/19/2023          $          3,478.25

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1630  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY      13214
City          State    ZIP Code

Country

1/19/2023          $          3,646.90

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1631  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY      13214
City          State    ZIP Code

Country

1/19/2023          $          3,646.90

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1632  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY      13214
City          State    ZIP Code

Country

1/19/2023          $          3,668.34

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1633 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/26/2023 | $ 137.50 | ☐ | Secured debt |
| | | | | ☐ | Unsecured loan repayments |
| | 6567 KINNE ROAD<br>Street | | | ☒ | Suppliers or vendors |
| | | | | ☐ | Services |
| | | | | ☐ | Other |
| | DEWITT     NY     13214<br>City     State     ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1634 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/26/2023 | $ 138.00 | ☐ | Secured debt |
| | | | | ☐ | Unsecured loan repayments |
| | 6567 KINNE ROAD<br>Street | | | ☒ | Suppliers or vendors |
| | | | | ☐ | Services |
| | | | | ☐ | Other |
| | DEWITT     NY     13214<br>City     State     ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1635 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/26/2023 | $ 138.00 | ☐ | Secured debt |
| | | | | ☐ | Unsecured loan repayments |
| | 6567 KINNE ROAD<br>Street | | | ☒ | Suppliers or vendors |
| | | | | ☐ | Services |
| | | | | ☐ | Other |
| | DEWITT     NY     13214<br>City     State     ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1636 | EMPIRE FREIGHT LOGISTICS<br>Creditor's Name | 1/26/2023 | $ 227.29 | ☐ | Secured debt |
| | | | | ☐ | Unsecured loan repayments |
| | 6567 KINNE ROAD<br>Street | | | ☒ | Suppliers or vendors |
| | | | | ☐ | Services |
| | | | | ☐ | Other |
| | DEWITT     NY     13214<br>City     State     ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.1637  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

1/26/2023          $          667.56

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1638  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

1/26/2023          $          1,067.52

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1639  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

1/26/2023          $          1,185.31

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1640  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

1/26/2023          $          1,287.82

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1641 | EMPIRE FREIGHT LOGISTICS | 1/26/2023 | $ 1,461.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1642 | EMPIRE FREIGHT LOGISTICS | 1/26/2023 | $ 1,619.02 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1643 | EMPIRE FREIGHT LOGISTICS | 1/26/2023 | $ 1,773.68 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1644 | EMPIRE FREIGHT LOGISTICS | 1/26/2023 | $ 2,896.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1645 | EMPIRE FREIGHT LOGISTICS | 1/26/2023 | $ 2,916.17 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1646 | EMPIRE FREIGHT LOGISTICS | 1/26/2023 | $ 2,917.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1647 | EMPIRE FREIGHT LOGISTICS | 1/26/2023 | $ 2,917.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1648 | EMPIRE FREIGHT LOGISTICS | 1/26/2023 | $ 3,085.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT        NY        13214 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.1649** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT         NY         13214
City            State       ZIP Code

Country

1/26/2023        $        3,471.68

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1650** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT         NY         13214
City            State       ZIP Code

Country

1/26/2023        $        3,638.92

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1651** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT         NY         13214
City            State       ZIP Code

Country

1/26/2023        $        3,638.92

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1652** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT         NY         13214
City            State       ZIP Code

Country

1/26/2023        $        3,646.90

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.1653**  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT        NY        13214

City        State        ZIP Code

Country

1/26/2023        $        7,457.85

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1654**  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT        NY        13214

City        State        ZIP Code

Country

1/31/2023        $        138.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1655**  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT        NY        13214

City        State        ZIP Code

Country

1/31/2023        $        141.89

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1656**  EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT        NY        13214

City        State        ZIP Code

Country

1/31/2023        $        163.32

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC     Case number *(if known):*    23-10255

Name

**3.1657** EMPIRE FREIGHT LOGISTICS    1/31/2023    $    262.74
Creditor's Name

    ☐ Secured debt
    ☐ Unsecured loan repayments

6567 KINNE ROAD
Street

    ☒ Suppliers or vendors
    ☐ Services
    ☐ Other

DEWITT    NY    13214
City    State    ZIP Code

Country

**3.1658** EMPIRE FREIGHT LOGISTICS    1/31/2023    $    598.20
Creditor's Name

    ☐ Secured debt
    ☐ Unsecured loan repayments

6567 KINNE ROAD
Street

    ☒ Suppliers or vendors
    ☐ Services
    ☐ Other

DEWITT    NY    13214
City    State    ZIP Code

Country

**3.1659** EMPIRE FREIGHT LOGISTICS    1/31/2023    $    781.04
Creditor's Name

    ☐ Secured debt
    ☐ Unsecured loan repayments

6567 KINNE ROAD
Street

    ☒ Suppliers or vendors
    ☐ Services
    ☐ Other

DEWITT    NY    13214
City    State    ZIP Code

Country

**3.1660** EMPIRE FREIGHT LOGISTICS    1/31/2023    $    1,010.88
Creditor's Name

    ☐ Secured debt
    ☐ Unsecured loan repayments

6567 KINNE ROAD
Street

    ☒ Suppliers or vendors
    ☐ Services
    ☐ Other

DEWITT    NY    13214
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

**3.1661**  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

1/31/2023          $          1,076.41

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1662**  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

1/31/2023          $          1,111.55

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1663**  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

1/31/2023          $          1,274.40

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1664**  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

1/31/2023          $          2,893.46

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.1665** EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT        NY        13214

City        State        ZIP Code

Country

1/31/2023        $        2,918.96

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.1666** EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT        NY        13214

City        State        ZIP Code

Country

1/31/2023        $        2,922.16

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.1667** EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT        NY        13214

City        State        ZIP Code

Country

1/31/2023        $        2,922.16

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.1668** EMPIRE FREIGHT LOGISTICS

Creditor's Name

6567 KINNE ROAD

Street

DEWITT        NY        13214

City        State        ZIP Code

Country

1/31/2023        $        3,638.92

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1669 | EMPIRE FREIGHT LOGISTICS | 1/31/2023 | $ 3,645.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT   NY   13214 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1670 | EMPIRE FREIGHT LOGISTICS | 1/31/2023 | $ 3,645.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT   NY   13214 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1671 | EMPIRE FREIGHT LOGISTICS | 1/31/2023 | $ 3,645.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT   NY   13214 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1672 | EMPIRE FREIGHT LOGISTICS | 1/31/2023 | $ 3,706.36 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT   NY   13214 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*   23-10255

3.1673  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

2/8/2023     $          138.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.1674  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

2/8/2023     $          147.56

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.1675  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

2/8/2023     $          359.79

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.1676  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT          NY          13214
City            State       ZIP Code

Country

2/8/2023     $          420.57

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| 3.1677 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ | 695.75 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

6567 KINNE ROAD

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT        NY        13214

City        State        ZIP Code

Country

---

| 3.1678 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ | 723.62 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

6567 KINNE ROAD

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT        NY        13214

City        State        ZIP Code

Country

---

| 3.1679 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ | 971.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

6567 KINNE ROAD

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT        NY        13214

City        State        ZIP Code

Country

---

| 3.1680 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ | 1,272.94 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

6567 KINNE ROAD

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEWITT        NY        13214

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.1681  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT              NY        13214
City              State      ZIP Code

Country

2/8/2023        $        1,552.65

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1682  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT              NY        13214
City              State      ZIP Code

Country

2/8/2023        $        2,375.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1683  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT              NY        13214
City              State      ZIP Code

Country

2/8/2023        $        2,500.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1684  EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT              NY        13214
City              State      ZIP Code

Country

2/8/2023        $        2,893.99

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.1685 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ | 2,896.22 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City          State     ZIP Code | | | | |
| | Country | | | | |

| 3.1686 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ | 2,916.72 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City          State     ZIP Code | | | | |
| | Country | | | | |

| 3.1687 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ | 3,101.68 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City          State     ZIP Code | | | | |
| | Country | | | | |

| 3.1688 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ | 3,640.22 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT        NY        13214 | | | | |
| | City          State     ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1689 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ 3,640.22 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1690 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ 3,645.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1691 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ 3,687.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1692 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ 3,807.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1693 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ 4,249.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1694 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ 17,205.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1695 | EMPIRE FREIGHT LOGISTICS | 2/8/2023 | $ 26,962.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1696 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ 137.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT          NY          13214 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1697 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 199.14 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1698 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 213.44 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1699 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 220.47 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.1700 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 270.52 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

6567 KINNE ROAD
Street

DEWITT          NY          13214
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

| 3.1701 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 316.17 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.1702 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 320.70 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.1703 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 357.82 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.1704 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 510.43 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT          NY          13214 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.1705** EMPIRE FREIGHT LOGISTICS — 2/13/2023 — $ 541.10

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1706** EMPIRE FREIGHT LOGISTICS — 2/13/2023 — $ 577.35

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1707** EMPIRE FREIGHT LOGISTICS — 2/13/2023 — $ 687.17

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1708** EMPIRE FREIGHT LOGISTICS — 2/13/2023 — $ 816.38

Creditor's Name

6567 KINNE ROAD

Street

DEWITT          NY          13214

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC                                    Case number (if known):    23-10255

Name

| 3.1709 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 825.81 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☑ Suppliers or vendors

Street

☐ Services

☐ Other

DEWITT          NY          13214
City             State       ZIP Code

Country

| 3.1710 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 1,010.24 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☑ Suppliers or vendors

Street

☐ Services

☐ Other

DEWITT          NY          13214
City             State       ZIP Code

Country

| 3.1711 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 1,109.57 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☑ Suppliers or vendors

Street

☐ Services

☐ Other

DEWITT          NY          13214
City             State       ZIP Code

Country

| 3.1712 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 1,110.22 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

6567 KINNE ROAD

☑ Suppliers or vendors

Street

☐ Services

☐ Other

DEWITT          NY          13214
City             State       ZIP Code

Country

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**3.1713** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT              NY        13214
City              State      ZIP Code

Country

2/13/2023        $        1,185.36

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1714** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT              NY        13214
City              State      ZIP Code

Country

2/13/2023        $        1,272.23

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1715** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT              NY        13214
City              State      ZIP Code

Country

2/13/2023        $        1,551.63

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1716** EMPIRE FREIGHT LOGISTICS
Creditor's Name

6567 KINNE ROAD
Street

DEWITT              NY        13214
City              State      ZIP Code

Country

2/13/2023        $        1,551.63

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1717 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 1,557.83 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT      NY      13214 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| 3.1718 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 1,583.84 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT      NY      13214 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| 3.1719 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 1,875.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT      NY      13214 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| 3.1720 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 2,077.72 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT      NY      13214 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1721 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 2,227.09 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT           NY           13214 | | | | |
| | City              State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1722 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 2,893.99 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT           NY           13214 | | | | |
| | City              State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1723 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 2,915.63 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT           NY           13214 | | | | |
| | City              State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1724 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ | 2,915.63 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DEWITT           NY           13214 | | | | |
| | City              State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1725 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ 2,918.52 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1726 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ 2,918.52 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1727 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ 3,637.61 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1728 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ 3,640.22 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1729 | EMPIRE FREIGHT LOGISTICS | 2/13/2023 | $ 4,836.52 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 6567 KINNE ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DEWITT    NY    13214 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.1730 | EQUINIX INC AR | 1/6/2023 | $ 10,634.76 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 736031 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DALLAS    TX    75373-6031 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.1731 | ERNST & YOUNG LLP | 12/29/2022 | $ 480,077.36 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PNC BANK C/O ERNST & YOUNG US LLP | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 3712 SOLUTION CENTER | | | ☐ Other |
| | CHICAGO    IL    60677-3007 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.1732 | ERNST & YOUNG LLP | 12/29/2022 | $ 483,629.84 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PNC BANK C/O ERNST & YOUNG US LLP | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 3712 SOLUTION CENTER | | | ☐ Other |
| | CHICAGO    IL    60677-3007 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.1733  ESSENTIAL INGREDIENTS INC                12/8/2022    $            22,702.37    ☐ Secured debt
        Creditor's Name                                                                 ☐ Unsecured loan repayments

        2408 TECH CENTER PARKWAY SUITE 200                                              ☒ Suppliers or vendors
        Street                                                                          ☐ Services

                                                                                        ☐ Other

        LAWRENCEVILLE       GA        30043
        City                State     ZIP Code

        Country

3.1734  ETHYPHARM                                11/29/2022   $            90,771.25    ☐ Secured debt
        Creditor's Name                                                                 ☐ Unsecured loan repayments

        Roseline Joannesse                                                              ☒ Suppliers or vendors
        Street                                                                          ☐ Services

        194 Bureaux de la Colline, Batiment D, 12eme                                    ☐ Other
        etage

        Saint-Cloud Cedex             92213
        City                State     ZIP Code

        France
        Country

3.1735  ETHYPHARM                                12/8/2022    $           142,077.87    ☐ Secured debt
        Creditor's Name                                                                 ☐ Unsecured loan repayments

        Roseline Joannesse                                                              ☒ Suppliers or vendors
        Street                                                                          ☐ Services

        194 Bureaux de la Colline, Batiment D, 12eme                                    ☐ Other
        etage

        Saint-Cloud Cedex             92213
        City                State     ZIP Code

        France
        Country

3.1736  ETHYPHARM                                1/5/2023     $            57,240.00    ☐ Secured debt
        Creditor's Name                                                                 ☐ Unsecured loan repayments

        Roseline Joannesse                                                              ☒ Suppliers or vendors
        Street                                                                          ☐ Services

        194 Bureaux de la Colline, Batiment D, 12eme                                    ☐ Other
        etage

        Saint-Cloud Cedex             92213
        City                State     ZIP Code

        France
        Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1737 | ETHYPHARM | 1/5/2023 | $    118,972.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | Roseline Joannesse | | | ☐ Services |
| | Street | | | ☐ Other |
| | 194 Bureaux de la Colline, Batiment D, 12eme etage | | | |
| | Saint-Cloud Cedex              92213 | | | |
| | City              State              ZIP Code | | | |
| | France | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1738 | ETHYPHARM | 1/5/2023 | $    357,742.61 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | Roseline Joannesse | | | ☐ Services |
| | Street | | | ☐ Other |
| | 194 Bureaux de la Colline, Batiment D, 12eme etage | | | |
| | Saint-Cloud Cedex              92213 | | | |
| | City              State              ZIP Code | | | |
| | France | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1739 | ETHYPHARM | 1/24/2023 | $    54,696.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | Roseline Joannesse | | | ☐ Services |
| | Street | | | ☐ Other |
| | 194 Bureaux de la Colline, Batiment D, 12eme etage | | | |
| | Saint-Cloud Cedex              92213 | | | |
| | City              State              ZIP Code | | | |
| | France | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1740 | ETHYPHARM | 1/24/2023 | $    119,491.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | Roseline Joannesse | | | ☐ Services |
| | Street | | | ☐ Other |
| | 194 Bureaux de la Colline, Batiment D, 12eme etage | | | |
| | Saint-Cloud Cedex              92213 | | | |
| | City              State              ZIP Code | | | |
| | France | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| | | | | |
|---|---|---|---|---|
| 3.1741 | ETHYPHARM | 1/24/2023 | $ 238,723.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Roseline Joannesse | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 194 Bureaux de la Colline, Batiment D, 12eme etage | | | ☐ Other |
| | Saint-Cloud Cedex          92213 | | | |
| | City          State          ZIP Code | | | |
| | France | | | |
| | Country | | | |
| 3.1742 | ETHYPHARM | 2/7/2023 | $ 54,849.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Roseline Joannesse | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 194 Bureaux de la Colline, Batiment D, 12eme etage | | | ☐ Other |
| | Saint-Cloud Cedex          92213 | | | |
| | City          State          ZIP Code | | | |
| | France | | | |
| | Country | | | |
| 3.1743 | EUROAPI USA | 11/29/2022 | $ 19,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 100 SOMERSET CORPORATE BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 2ND FLOOR SUITE 100 | | | ☐ Other |
| | BRIDGEWATER          NJ          08807 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |
| 3.1744 | EUROAPI USA | 11/29/2022 | $ 26,875.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 100 SOMERSET CORPORATE BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 2ND FLOOR SUITE 100 | | | ☐ Other |
| | BRIDGEWATER          NJ          08807 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1745 | EUROAPI USA | 12/8/2022 | $ 3,600.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

100 SOMERSET CORPORATE BLVD
Street

2ND FLOOR SUITE 100

BRIDGEWATER     NJ     08807
City     State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.1746    EUROAPI USA          12/8/2022    $ 4,500.00
Creditor's Name

100 SOMERSET CORPORATE BLVD
Street

2ND FLOOR SUITE 100

BRIDGEWATER     NJ     08807
City     State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.1747    EUROFINS LANCASTER LAB -REMIT    1/6/2023    $ (13,440.00)
Creditor's Name

DEPT #1999
Street

PO BOX 11407

BIRMINGHAM     AL     35246-1999
City     State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.1748    EUROFINS LANCASTER LAB -REMIT    1/6/2023    $ (1,920.00)
Creditor's Name

DEPT #1999
Street

PO BOX 11407

BIRMINGHAM     AL     35246-1999
City     State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

3.1749 EUROFINS LANCASTER LAB -REMIT

Creditor's Name

1/6/2023    $    1,468.00

DEPT #1999

Street

PO BOX 11407

BIRMINGHAM    AL    35246-1999
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

3.1750 EUROFINS LANCASTER LAB -REMIT

Creditor's Name

1/6/2023    $    1,647.00

DEPT #1999

Street

PO BOX 11407

BIRMINGHAM    AL    35246-1999
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

3.1751 EUROFINS LANCASTER LAB -REMIT

Creditor's Name

1/6/2023    $    2,068.00

DEPT #1999

Street

PO BOX 11407

BIRMINGHAM    AL    35246-1999
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

3.1752 EUROFINS LANCASTER LAB -REMIT

Creditor's Name

1/6/2023    $    2,202.00

DEPT #1999

Street

PO BOX 11407

BIRMINGHAM    AL    35246-1999
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1753 | EUROFINS LANCASTER LAB -REMIT | 1/6/2023 | $ | 2,210.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT #1999
Street

PO BOX 11407

BIRMINGHAM     AL     35246-1999
City                State         ZIP Code

Country

---

| | | | | |
|---|---|---|---|---|
| 3.1754 | EUROFINS LANCASTER LAB -REMIT | 1/6/2023 | $ | 3,000.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT #1999
Street

PO BOX 11407

BIRMINGHAM     AL     35246-1999
City                State         ZIP Code

Country

---

| | | | | |
|---|---|---|---|---|
| 3.1755 | EUROFINS LANCASTER LAB -REMIT | 1/6/2023 | $ | 3,670.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT #1999
Street

PO BOX 11407

BIRMINGHAM     AL     35246-1999
City                State         ZIP Code

Country

---

| | | | | |
|---|---|---|---|---|
| 3.1756 | EUROFINS LANCASTER LAB -REMIT | 1/6/2023 | $ | 4,512.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT #1999
Street

PO BOX 11407

BIRMINGHAM     AL     35246-1999
City                State         ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1757 | EUROFINS LANCASTER LAB -REMIT | 1/6/2023 | $ 4,512.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT #1999 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 11407 | | | ☐ Other |
| | BIRMINGHAM    AL    35246-1999 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1758 | EUROFINS LANCASTER LAB -REMIT | 1/6/2023 | $ 5,760.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT #1999 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 11407 | | | ☐ Other |
| | BIRMINGHAM    AL    35246-1999 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1759 | EUROFINS LANCASTER LAB -REMIT | 1/6/2023 | $ 8,840.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT #1999 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 11407 | | | ☐ Other |
| | BIRMINGHAM    AL    35246-1999 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1760 | EUROFINS LANCASTER LAB -REMIT | 1/6/2023 | $ 8,840.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT #1999 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 11407 | | | ☐ Other |
| | BIRMINGHAM    AL    35246-1999 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.1761 | EUROFINS LANCASTER LAB -REMIT | 1/6/2023 | $ | 13,440.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT #1999 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 11407 | | | | ☐ | Other |
| | BIRMINGHAM      AL      35246-1999 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.1762 | EUROFINS LANCASTER LAB -REMIT | 1/6/2023 | $ | 19,164.60 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT #1999 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 11407 | | | | ☐ | Other |
| | BIRMINGHAM      AL      35246-1999 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.1763 | EUROFINS LANCASTER LAB -REMIT | 1/6/2023 | $ | 26,838.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT #1999 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 11407 | | | | ☐ | Other |
| | BIRMINGHAM      AL      35246-1999 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.1764 | EUROFINS LANCASTER LAB -REMIT | 1/26/2023 | $ | 12,715.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT #1999 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 11407 | | | | ☐ | Other |
| | BIRMINGHAM      AL      35246-1999 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 3.1765 EUROFINS LANCASTER LAB -REMIT | 1/31/2023 | $ 1,034.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| DEPT #1999 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| PO BOX 11407 | | | ☐ Other |
| BIRMINGHAM   AL   35246-1999 | | | |
| City   State   ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.1766 EUROFINS LANCASTER LAB -REMIT | 1/31/2023 | $ 2,068.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| DEPT #1999 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| PO BOX 11407 | | | ☐ Other |
| BIRMINGHAM   AL   35246-1999 | | | |
| City   State   ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.1767 EUROFINS LANCASTER LAB -REMIT | 1/31/2023 | $ 6,765.30 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| DEPT #1999 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| PO BOX 11407 | | | ☐ Other |
| BIRMINGHAM   AL   35246-1999 | | | |
| City   State   ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.1768 EUROFINS LANCASTER LAB -REMIT | 2/8/2023 | $ 376.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| DEPT #1999 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| PO BOX 11407 | | | ☐ Other |
| BIRMINGHAM   AL   35246-1999 | | | |
| City   State   ZIP Code | | | |
| Country | | | |

Debtor:  Akorn Operating Company LLC                                    Case number *(if known)*:   23-10255

Name

3.1769  EUROFINS LANCASTER LAB -REMIT          2/8/2023      $            902.40        ☐ Secured debt
Creditor's Name                                                                         ☐ Unsecured loan repayments

DEPT #1999                                                                              ☒ Suppliers or vendors
Street                                                                                  ☐ Services

PO BOX 11407                                                                            ☐ Other

BIRMINGHAM        AL      35246-1999
City              State   ZIP Code

Country


3.1770  EUROFINS LANCASTER LAB -REMIT          2/8/2023      $          3,835.20        ☐ Secured debt
Creditor's Name                                                                         ☐ Unsecured loan repayments

DEPT #1999                                                                              ☒ Suppliers or vendors
Street                                                                                  ☐ Services

PO BOX 11407                                                                            ☐ Other

BIRMINGHAM        AL      35246-1999
City              State   ZIP Code

Country


3.1771  EUROFINS LANCASTER LAB -REMIT          2/8/2023      $          5,113.60        ☐ Secured debt
Creditor's Name                                                                         ☐ Unsecured loan repayments

DEPT #1999                                                                              ☒ Suppliers or vendors
Street                                                                                  ☐ Services

PO BOX 11407                                                                            ☐ Other

BIRMINGHAM        AL      35246-1999
City              State   ZIP Code

Country


3.1772  EUROFINS LANCASTER LAB -REMIT          2/13/2023     $          1,181.00        ☐ Secured debt
Creditor's Name                                                                         ☐ Unsecured loan repayments

DEPT #1999                                                                              ☒ Suppliers or vendors
Street                                                                                  ☐ Services

PO BOX 11407                                                                            ☐ Other

BIRMINGHAM        AL      35246-1999
City              State   ZIP Code

Country


Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 445

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.1773  EUROFINS LANCASTER LAB -REMIT        2/13/2023      $          2,068.00        ☐  Secured debt
Creditor's Name                                                                      ☐  Unsecured loan repayments

DEPT #1999                                                                           ☒  Suppliers or vendors
Street                                                                               ☐  Services

PO BOX 11407                                                                         ☐  Other

BIRMINGHAM        AL      35246-1999
City              State   ZIP Code

Country

3.1774  EUROFINS LANCASTER LAB -REMIT        2/13/2023      $          4,265.00        ☐  Secured debt
Creditor's Name                                                                      ☐  Unsecured loan repayments

DEPT #1999                                                                           ☒  Suppliers or vendors
Street                                                                               ☐  Services

PO BOX 11407                                                                         ☐  Other

BIRMINGHAM        AL      35246-1999
City              State   ZIP Code

Country

3.1775  EUROFINS LANCASTER LAB -REMIT        2/13/2023      $          5,239.00        ☐  Secured debt
Creditor's Name                                                                      ☐  Unsecured loan repayments

DEPT #1999                                                                           ☒  Suppliers or vendors
Street                                                                               ☐  Services

PO BOX 11407                                                                         ☐  Other

BIRMINGHAM        AL      35246-1999
City              State   ZIP Code

Country

3.1776  EUROFINS LANCASTER LAB -REMIT        2/13/2023      $         15,785.70        ☐  Secured debt
Creditor's Name                                                                      ☐  Unsecured loan repayments

DEPT #1999                                                                           ☒  Suppliers or vendors
Street                                                                               ☐  Services

PO BOX 11407                                                                         ☐  Other

BIRMINGHAM        AL      35246-1999
City              State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known):  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1777 EVERLIGHT CHEMICAL INDUSTRIAL CORP | 11/29/2022 | $ | 24,840.00 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| ATTN GRACE WEI | | | | ☐ Services |
| Street | | | | ☐ Other |
| KUANYIN II PLANT, 12 INDUSTRILA THIRD RD KUANYIN DIST | | | | |
| TAOYUAN CITY | | | | |
| City          State          ZIP Code | | | | |
| TAIWAN | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.1778 EVISORT INC | 12/8/2022 | $ | 19,375.00 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| 548 MARKET ST | | | | ☐ Services |
| Street | | | | ☐ Other |
| PMB 20722 | | | | |
| SAN FRANCISCO     CA          94104-5401 | | | | |
| City          State          ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.1779 EVOQUA WATER TECHNOLOGIES LLC | 12/8/2022 | $ | (4,366.32) | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| 28563 NETWORK PLACE | | | | ☐ Services |
| Street | | | | ☐ Other |
| CHICAGO          IL          60673-1285 | | | | |
| City          State          ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.1780 EVOQUA WATER TECHNOLOGIES LLC | 12/8/2022 | $ | 630.72 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| 28563 NETWORK PLACE | | | | ☐ Services |
| Street | | | | ☐ Other |
| CHICAGO          IL          60673-1285 | | | | |
| City          State          ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.1781** EVOQUA WATER TECHNOLOGIES LLC | 12/8/2022 | $ | 1,359.56
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

28563 NETWORK PLACE
Street

CHICAGO          IL          60673-1285
City          State          ZIP Code

Country

**3.1782** EVOQUA WATER TECHNOLOGIES LLC | 12/8/2022 | $ | 2,175.37
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

28563 NETWORK PLACE
Street

CHICAGO          IL          60673-1285
City          State          ZIP Code

Country

**3.1783** EVOQUA WATER TECHNOLOGIES LLC | 12/8/2022 | $ | 2,667.32
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

28563 NETWORK PLACE
Street

CHICAGO          IL          60673-1285
City          State          ZIP Code

Country

**3.1784** EVOQUA WATER TECHNOLOGIES LLC | 12/8/2022 | $ | 4,366.32
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

28563 NETWORK PLACE
Street

CHICAGO          IL          60673-1285
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1785 | EVOQUA WATER TECHNOLOGIES LLC | 12/8/2022 | $ 6,384.50 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 28563 NETWORK PLACE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO   IL   60673-1285 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1786 | EVOQUA WATER TECHNOLOGIES LLC | 1/6/2023 | $ 651.40 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 28563 NETWORK PLACE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO   IL   60673-1285 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1787 | EVOQUA WATER TECHNOLOGIES LLC | 1/6/2023 | $ 651.40 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 28563 NETWORK PLACE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO   IL   60673-1285 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1788 | EVOQUA WATER TECHNOLOGIES LLC | 1/6/2023 | $ 1,144.85 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 28563 NETWORK PLACE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO   IL   60673-1285 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1789 | EVOQUA WATER TECHNOLOGIES LLC | 1/6/2023 | $ | 1,144.85 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

28563 NETWORK PLACE
Street

CHICAGO        IL        60673-1285
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| 3.1790 | EVOQUA WATER TECHNOLOGIES LLC | 1/6/2023 | $ | 1,359.56 |
|---|---|---|---|---|

Creditor's Name

28563 NETWORK PLACE
Street

CHICAGO        IL        60673-1285
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| 3.1791 | EVOQUA WATER TECHNOLOGIES LLC | 1/6/2023 | $ | 2,797.14 |
|---|---|---|---|---|

Creditor's Name

28563 NETWORK PLACE
Street

CHICAGO        IL        60673-1285
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| 3.1792 | EVOQUA WATER TECHNOLOGIES LLC | 1/6/2023 | $ | 3,490.24 |
|---|---|---|---|---|

Creditor's Name

28563 NETWORK PLACE
Street

CHICAGO        IL        60673-1285
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1793 | EVOQUA WATER TECHNOLOGIES LLC | 1/6/2023 | $ | 5,512.85 | ☐ Secured debt |
|--------|-------------------------------|----------|---|----------|----------------|

Creditor's Name

28563 NETWORK PLACE

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO    IL    60673-1285

City    State    ZIP Code

Country

| 3.1794 | EVOQUA WATER TECHNOLOGIES LLC | 1/12/2023 | $ | 2,261.17 | ☐ Secured debt |

Creditor's Name

28563 NETWORK PLACE

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO    IL    60673-1285

City    State    ZIP Code

Country

| 3.1795 | EVOQUA WATER TECHNOLOGIES LLC | 1/26/2023 | $ | 555.66 | ☐ Secured debt |

Creditor's Name

28563 NETWORK PLACE

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO    IL    60673-1285

City    State    ZIP Code

Country

| 3.1796 | EVOQUA WATER TECHNOLOGIES LLC | 1/26/2023 | $ | 2,117.66 | ☐ Secured debt |

Creditor's Name

28563 NETWORK PLACE

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO    IL    60673-1285

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.1797 | EVOQUA WATER TECHNOLOGIES LLC | 2/8/2023 | $ | 651.40 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 28563 NETWORK PLACE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | CHICAGO    IL    60673-1285 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1798 | EVOQUA WATER TECHNOLOGIES LLC | 2/8/2023 | $ | 1,144.85 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 28563 NETWORK PLACE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | CHICAGO    IL    60673-1285 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1799 | EVOQUA WATER TECHNOLOGIES LLC | 2/8/2023 | $ | 1,299.56 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 28563 NETWORK PLACE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | CHICAGO    IL    60673-1285 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.1800 | EVOQUA WATER TECHNOLOGIES LLC | 2/13/2023 | $ | 102.15 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 28563 NETWORK PLACE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | | | | | |
| | CHICAGO    IL    60673-1285 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):  23-10255

Name

**3.1801** EVOQUA WATER TECHNOLOGIES LLC
Creditor's Name

28563 NETWORK PLACE
Street

CHICAGO          IL          60673-1285
City          State          ZIP Code

Country

2/13/2023          $          1,359.56

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1802** EXELA PHARMA SCIENCES
Creditor's Name

1245 BLOWING ROCK BLVD
Street

LENOIR          NC          28645
City          State          ZIP Code

Country

1/19/2023          $          125,008.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1803** EYEMED VISION CARE - FIDELITY
Creditor's Name

PO BOX 632530
Street

CINCINNATI          OH          45263-2530
City          State          ZIP Code

Country

11/29/2022          $          6,955.59

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1804** EYEMED VISION CARE - FIDELITY
Creditor's Name

PO BOX 632530
Street

CINCINNATI          OH          45263-2530
City          State          ZIP Code

Country

1/12/2023          $          717.22

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | |
|---|---|---|---|
| 3.1805 | EYEMED VISION CARE - FIDELITY | 1/12/2023 | $ 7,160.32 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 632530
Street

CINCINNATI    OH    45263-2530
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1806 | EYEMED VISION CARE - FIDELITY | 1/19/2023 | $ 6,934.83 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 632530
Street

CINCINNATI    OH    45263-2530
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1807 | EYEMED VISION CARE - FIDELITY | 1/26/2023 | $ 181.88 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 632530
Street

CINCINNATI    OH    45263-2530
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1808 | FASTENAL -REMIT | 12/8/2022 | $ 155.65 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 1286
Street

WINONA    MN    55987-1286
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1809 FASTENAL -REMIT | 12/8/2022 | $ 718.09 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| PO BOX 1286 | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| WINONA            MN        55987-1286 | | | | |
| City                State       ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.1810 FASTENAL -REMIT | 12/8/2022 | $ 1,597.39 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| PO BOX 1286 | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| WINONA            MN        55987-1286 | | | | |
| City                State       ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.1811 FASTENAL -REMIT | 12/8/2022 | $ 1,942.02 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| PO BOX 1286 | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| WINONA            MN        55987-1286 | | | | |
| City                State       ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.1812 FASTENAL -REMIT | 1/31/2023 | $ 113.34 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| PO BOX 1286 | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| WINONA            MN        55987-1286 | | | | |
| City                State       ZIP Code | | | | |
| Country | | | | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 455

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1813 | FASTENAL -REMIT | 1/31/2023 | $ 866.05 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 1286 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | WINONA        MN        55987-1286 | | | | |
| | City            State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1814 | FASTENAL -REMIT | 1/31/2023 | $ 968.80 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 1286 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | WINONA        MN        55987-1286 | | | | |
| | City            State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1815 | FASTENAL -REMIT | 1/31/2023 | $ 1,485.35 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 1286 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | WINONA        MN        55987-1286 | | | | |
| | City            State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1816 | FASTENAL -REMIT | 1/31/2023 | $ 1,646.69 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 1286 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | WINONA        MN        55987-1286 | | | | |
| | City            State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.1817  FASTENAL -REMIT                    1/31/2023        $           2,078.92

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 1286

Street

☒ Suppliers or vendors
☐ Services
☐ Other

WINONA              MN          55987-1286

City                State       ZIP Code

Country

3.1818  FASTENAL -REMIT                    1/31/2023        $           2,218.59

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 1286

Street

☒ Suppliers or vendors
☐ Services
☐ Other

WINONA              MN          55987-1286

City                State       ZIP Code

Country

3.1819  FEDEGARI TECHNOLOGIES INC          11/29/2022       $             690.80

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

1228 BETHLEHEM PIKE

Street

☒ Suppliers or vendors
☐ Services
☐ Other

SELLERSVILLE        PA          18960

City                State       ZIP Code

Country

3.1820  FEDEGARI TECHNOLOGIES INC          1/31/2023        $          23,189.00

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

1228 BETHLEHEM PIKE

Street

☒ Suppliers or vendors
☐ Services
☐ Other

SELLERSVILLE        PA          18960

City                State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1821 | FEDEGARI TECHNOLOGIES INC | 1/31/2023 | $ 25,407.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1228 BETHLEHEM PIKE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SELLERSVILLE   PA   18960 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1822 | FEDERAL COMPLIANCE SOLUTIONS LLC | 12/8/2022 | $ 177,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 5 PENNSFORD LANE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MEDIA   PA   19063 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1823 | FEDERAL COMPLIANCE SOLUTIONS LLC | 12/15/2022 | $ 197,732.49 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 5 PENNSFORD LANE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MEDIA   PA   19063 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1824 | FEDERAL COMPLIANCE SOLUTIONS LLC | 12/15/2022 | $ 200,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 5 PENNSFORD LANE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MEDIA   PA   19063 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.1825** FEDERAL COMPLIANCE SOLUTIONS LLC

Creditor's Name

1/13/2023

$ 181,727.21

5 PENNSFORD LANE

Street

MEDIA          PA          19063

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1826** FEDERAL COMPLIANCE SOLUTIONS LLC

Creditor's Name

2/13/2023

$ 240,309.37

5 PENNSFORD LANE

Street

MEDIA          PA          19063

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1827** FEDEX

Creditor's Name

11/29/2022

$ 9.48

PO BOX 94515

Street

PALATINE          IL          60094-4515

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.1828** FEDEX

Creditor's Name

11/29/2022

$ 17.18

PO BOX 94515

Street

PALATINE          IL          60094-4515

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.1829** FEDEX                                    11/29/2022      $              19.93
Creditor's Name

□ Secured debt
□ Unsecured loan repayments

PO BOX 94515                                                                      ☒ Suppliers or vendors
Street

□ Services

□ Other

PALATINE              IL            60094-4515
City                      State          ZIP Code

Country

**3.1830** FEDEX                                    11/29/2022      $              19.96
Creditor's Name

□ Secured debt
□ Unsecured loan repayments

PO BOX 94515                                                                      ☒ Suppliers or vendors
Street

□ Services

□ Other

PALATINE              IL            60094-4515
City                      State          ZIP Code

Country

**3.1831** FEDEX                                    11/29/2022      $              36.48
Creditor's Name

□ Secured debt
□ Unsecured loan repayments

PO BOX 94515                                                                      ☒ Suppliers or vendors
Street

□ Services

□ Other

PALATINE              IL            60094-4515
City                      State          ZIP Code

Country

**3.1832** FEDEX                                    11/29/2022      $              38.00
Creditor's Name

□ Secured debt
□ Unsecured loan repayments

PO BOX 94515                                                                      ☒ Suppliers or vendors
Street

□ Services

□ Other

PALATINE              IL            60094-4515
City                      State          ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 460

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.1833** FEDEX
Creditor's Name

11/29/2022    $    54.49

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 94515
Street

PALATINE        IL        60094-4515
City        State        ZIP Code

Country

**3.1834** FEDEX
Creditor's Name

11/29/2022    $    69.57

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 94515
Street

PALATINE        IL        60094-4515
City        State        ZIP Code

Country

**3.1835** FEDEX
Creditor's Name

11/29/2022    $    88.84

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 94515
Street

PALATINE        IL        60094-4515
City        State        ZIP Code

Country

**3.1836** FEDEX
Creditor's Name

11/29/2022    $    90.59

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 94515
Street

PALATINE        IL        60094-4515
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1837 | **FEDEX** | 11/29/2022 | $ 195.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1838 | **FEDEX** | 11/29/2022 | $ 410.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1839 | **FEDEX** | 11/29/2022 | $ 1,194.15 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1840 | **FEDEX** | 12/8/2022 | $ 11.22 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                                          Case number *(if known)*:     23-10255

Name

| 3.1841 | FEDEX | | 12/8/2022 | $ | 12.09 | ☐ | Secured debt |
|--------|-------|-|-----------|---|-------|---|--------------|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | PO BOX 94515 | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☐ | Other |
| | PALATINE          IL          60094-4515 | | | | | | |
| | City          State          ZIP Code | | | | | | |
| | Country | | | | | | |

| 3.1842 | FEDEX | | 12/8/2022 | $ | 31.57 | ☐ | Secured debt |
|--------|-------|-|-----------|---|-------|---|--------------|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | PO BOX 94515 | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☐ | Other |
| | PALATINE          IL          60094-4515 | | | | | | |
| | City          State          ZIP Code | | | | | | |
| | Country | | | | | | |

| 3.1843 | FEDEX | | 12/8/2022 | $ | 93.99 | ☐ | Secured debt |
|--------|-------|-|-----------|---|-------|---|--------------|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | PO BOX 94515 | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☐ | Other |
| | PALATINE          IL          60094-4515 | | | | | | |
| | City          State          ZIP Code | | | | | | |
| | Country | | | | | | |

| 3.1844 | FEDEX | | 12/8/2022 | $ | 108.97 | ☐ | Secured debt |
|--------|-------|-|-----------|---|--------|---|--------------|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | PO BOX 94515 | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☐ | Other |
| | PALATINE          IL          60094-4515 | | | | | | |
| | City          State          ZIP Code | | | | | | |
| | Country | | | | | | |

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:   23-10255

Name

**3.1845** FEDEX                          12/8/2022      $          357.03        ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

PO BOX 94515                                                                     ☒ Suppliers or vendors
Street                                                                           ☐ Services

                                                                                 ☐ Other

PALATINE          IL        60094-4515
City              State     ZIP Code

Country

**3.1846** FEDEX                          12/22/2022     $            8.23        ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

PO BOX 94515                                                                     ☒ Suppliers or vendors
Street                                                                           ☐ Services

                                                                                 ☐ Other

PALATINE          IL        60094-4515
City              State     ZIP Code

Country

**3.1847** FEDEX                          12/22/2022     $           10.22        ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

PO BOX 94515                                                                     ☒ Suppliers or vendors
Street                                                                           ☐ Services

                                                                                 ☐ Other

PALATINE          IL        60094-4515
City              State     ZIP Code

Country

**3.1848** FEDEX                          12/22/2022     $           14.88        ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

PO BOX 94515                                                                     ☒ Suppliers or vendors
Street                                                                           ☐ Services

                                                                                 ☐ Other

PALATINE          IL        60094-4515
City              State     ZIP Code

Country

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            Page 464

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.1849 | FEDEX | 12/22/2022 | $ | 17.31 | ☐ Secured debt |
|--------|-------|------------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 94515

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE    IL    60094-4515

City    State    ZIP Code

Country

| 3.1850 | FEDEX | 12/22/2022 | $ | 18.67 | ☐ Secured debt |
|--------|-------|------------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 94515

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE    IL    60094-4515

City    State    ZIP Code

Country

| 3.1851 | FEDEX | 12/22/2022 | $ | 18.67 | ☐ Secured debt |
|--------|-------|------------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 94515

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE    IL    60094-4515

City    State    ZIP Code

Country

| 3.1852 | FEDEX | 12/22/2022 | $ | 25.00 | ☐ Secured debt |
|--------|-------|------------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 94515

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE    IL    60094-4515

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.1853 | FEDEX | 12/22/2022 | $ | 55.84 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 94515 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PALATINE      IL      60094-4515 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.1854 | FEDEX | 12/22/2022 | $ | 55.89 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 94515 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PALATINE      IL      60094-4515 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.1855 | FEDEX | 12/22/2022 | $ | 59.17 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 94515 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PALATINE      IL      60094-4515 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.1856 | FEDEX | 12/22/2022 | $ | 61.95 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 94515 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PALATINE      IL      60094-4515 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.1857 | FEDEX | 12/22/2022 | $ 68.08 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1858 | FEDEX | 12/22/2022 | $ 77.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1859 | FEDEX | 12/22/2022 | $ 89.96 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.1860 | FEDEX | 12/22/2022 | $ 139.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| 3.1861 | FEDEX | 12/22/2022 | $ | 150.06 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 94515

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE   IL   60094-4515
City   State   ZIP Code

Country

| 3.1862 | FEDEX | 12/22/2022 | $ | 176.87 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 94515

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE   IL   60094-4515
City   State   ZIP Code

Country

| 3.1863 | FEDEX | 12/22/2022 | $ | 286.37 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 94515

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE   IL   60094-4515
City   State   ZIP Code

Country

| 3.1864 | FEDEX | 12/22/2022 | $ | 403.72 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 94515

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE   IL   60094-4515
City   State   ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

3.1865 FEDEX
Creditor's Name

12/22/2022    $    453.85

PO BOX 94515
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PALATINE    IL    60094-4515
City    State    ZIP Code

Country

3.1866 FEDEX
Creditor's Name

12/22/2022    $    469.94

PO BOX 94515
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PALATINE    IL    60094-4515
City    State    ZIP Code

Country

3.1867 FEDEX
Creditor's Name

12/22/2022    $    660.52

PO BOX 94515
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PALATINE    IL    60094-4515
City    State    ZIP Code

Country

3.1868 FEDEX
Creditor's Name

12/22/2022    $    5,249.25

PO BOX 94515
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PALATINE    IL    60094-4515
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1869 | FEDEX | 12/29/2022 | $ | 56.43 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE        IL        60094-4515 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1870 | FEDEX | 12/29/2022 | $ | 68.09 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE        IL        60094-4515 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1871 | FEDEX | 12/29/2022 | $ | 122.78 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE        IL        60094-4515 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1872 | FEDEX | 12/29/2022 | $ | 167.37 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE        IL        60094-4515 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| **3.1873** | FEDEX | 12/29/2022 | $ 169.94 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| **3.1874** | FEDEX | 1/6/2023 | $ 25.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| **3.1875** | FEDEX | 1/6/2023 | $ 58.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| **3.1876** | FEDEX | 1/6/2023 | $ 64.85 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.1877 FEDEX
Creditor's Name

PO BOX 94515
Street

PALATINE          IL          60094-4515
City              State       ZIP Code

Country

1/6/2023          $          66.66

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1878 FEDEX
Creditor's Name

PO BOX 94515
Street

PALATINE          IL          60094-4515
City              State       ZIP Code

Country

1/6/2023          $          143.94

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1879 FEDEX
Creditor's Name

PO BOX 94515
Street

PALATINE          IL          60094-4515
City              State       ZIP Code

Country

1/6/2023          $          213.94

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1880 FEDEX
Creditor's Name

PO BOX 94515
Street

PALATINE          IL          60094-4515
City              State       ZIP Code

Country

1/6/2023          $          282.89

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.1881** FEDEX
Creditor's Name

PO BOX 94515
Street

PALATINE          IL          60094-4515
City          State          ZIP Code

Country

1/12/2023          $          6.18

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1882** FEDEX
Creditor's Name

PO BOX 94515
Street

PALATINE          IL          60094-4515
City          State          ZIP Code

Country

1/12/2023          $          9.92

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1883** FEDEX
Creditor's Name

PO BOX 94515
Street

PALATINE          IL          60094-4515
City          State          ZIP Code

Country

1/12/2023          $          15.03

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1884** FEDEX
Creditor's Name

PO BOX 94515
Street

PALATINE          IL          60094-4515
City          State          ZIP Code

Country

1/12/2023          $          22.91

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 473

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | |
|---|---|---|---|
| 3.1885 | FEDEX | 1/12/2023 | $ 37.66 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 94515
Street

PALATINE       IL       60094-4515
City       State       ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1886 | FEDEX | 1/12/2023 | $ 39.61 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 94515
Street

PALATINE       IL       60094-4515
City       State       ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1887 | FEDEX | 1/12/2023 | $ 55.76 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 94515
Street

PALATINE       IL       60094-4515
City       State       ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1888 | FEDEX | 1/12/2023 | $ 61.49 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 94515
Street

PALATINE       IL       60094-4515
City       State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1889 | FEDEX | 1/12/2023 | $ | 65.96 |
|--------|-------|-----------|---|-------|
| | Creditor's Name | | | |

PO BOX 94515
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PALATINE        IL        60094-4515
City             State     ZIP Code

Country

| 3.1890 | FEDEX | 1/12/2023 | $ | 429.09 |
|--------|-------|-----------|---|--------|
| | Creditor's Name | | | |

PO BOX 94515
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PALATINE        IL        60094-4515
City             State     ZIP Code

Country

| 3.1891 | FEDEX | 1/12/2023 | $ | 634.67 |
|--------|-------|-----------|---|--------|
| | Creditor's Name | | | |

PO BOX 94515
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PALATINE        IL        60094-4515
City             State     ZIP Code

Country

| 3.1892 | FEDEX | 1/19/2023 | $ | 10.16 |
|--------|-------|-----------|---|-------|
| | Creditor's Name | | | |

PO BOX 94515
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PALATINE        IL        60094-4515
City             State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1893 | FEDEX | 1/19/2023 | $ | 21.09 | ☐ Secured debt |
|---|---|---|---|---|---|

FEDEX
Creditor's Name

☐ Unsecured loan repayments

PO BOX 94515
Street

☒ Suppliers or vendors

☐ Services

☐ Other

PALATINE          IL          60094-4515
City                    State        ZIP Code

Country

| 3.1894 | FEDEX | 1/19/2023 | $ | 66.66 | ☐ Secured debt |
|---|---|---|---|---|---|

FEDEX
Creditor's Name

☐ Unsecured loan repayments

PO BOX 94515
Street

☒ Suppliers or vendors

☐ Services

☐ Other

PALATINE          IL          60094-4515
City                    State        ZIP Code

Country

| 3.1895 | FEDEX | 1/19/2023 | $ | 74.26 | ☐ Secured debt |
|---|---|---|---|---|---|

FEDEX
Creditor's Name

☐ Unsecured loan repayments

PO BOX 94515
Street

☒ Suppliers or vendors

☐ Services

☐ Other

PALATINE          IL          60094-4515
City                    State        ZIP Code

Country

| 3.1896 | FEDEX | 1/19/2023 | $ | 88.11 | ☐ Secured debt |
|---|---|---|---|---|---|

FEDEX
Creditor's Name

☐ Unsecured loan repayments

PO BOX 94515
Street

☒ Suppliers or vendors

☐ Services

☐ Other

PALATINE          IL          60094-4515
City                    State        ZIP Code

Country

Debtor: Akorn Operating Company LLC                                    Case number *(if known):*    23-10255

Name

| 3.1897 | FEDEX | | | 1/19/2023 | $ | 287.49 | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | | ☐ | Unsecured loan repayments |
| | PO BOX 94515 | | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | | ☐ | Services |
| | | | | | | | ☐ | Other |
| | PALATINE | IL | 60094-4515 | | | | | |
| | City | State | ZIP Code | | | | | |
| | Country | | | | | | | |

| 3.1898 | FEDEX | | | 1/26/2023 | $ | 12.51 | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | | ☐ | Unsecured loan repayments |
| | PO BOX 94515 | | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | | ☐ | Services |
| | | | | | | | ☐ | Other |
| | PALATINE | IL | 60094-4515 | | | | | |
| | City | State | ZIP Code | | | | | |
| | Country | | | | | | | |

| 3.1899 | FEDEX | | | 1/26/2023 | $ | 13.41 | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | | ☐ | Unsecured loan repayments |
| | PO BOX 94515 | | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | | ☐ | Services |
| | | | | | | | ☐ | Other |
| | PALATINE | IL | 60094-4515 | | | | | |
| | City | State | ZIP Code | | | | | |
| | Country | | | | | | | |

| 3.1900 | FEDEX | | | 1/26/2023 | $ | 22.42 | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | | ☐ | Unsecured loan repayments |
| | PO BOX 94515 | | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | | ☐ | Services |
| | | | | | | | ☐ | Other |
| | PALATINE | IL | 60094-4515 | | | | | |
| | City | State | ZIP Code | | | | | |
| | Country | | | | | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*   23-10255

| 3.1901 | FEDEX | 1/26/2023 | $ | 45.83 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 94515

Street

| PALATINE | IL | 60094-4515 |
|---|---|---|

City   State   ZIP Code

Country

| 3.1902 | FEDEX | 1/26/2023 | $ | 48.22 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 94515

Street

| PALATINE | IL | 60094-4515 |
|---|---|---|

City   State   ZIP Code

Country

| 3.1903 | FEDEX | 1/26/2023 | $ | 94.89 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 94515

Street

| PALATINE | IL | 60094-4515 |
|---|---|---|

City   State   ZIP Code

Country

| 3.1904 | FEDEX | 1/26/2023 | $ | 97.94 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 94515

Street

| PALATINE | IL | 60094-4515 |
|---|---|---|

City   State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1905 | FEDEX | 1/26/2023 | $ | 124.80 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE          IL          60094-4515 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1906 | FEDEX | 1/26/2023 | $ | 360.31 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE          IL          60094-4515 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1907 | FEDEX | 1/26/2023 | $ | 449.12 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE          IL          60094-4515 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1908 | FEDEX | 2/8/2023 | $ | 29.14 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE          IL          60094-4515 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.1909** FEDEX

Creditor's Name

PO BOX 94515

Street

PALATINE          IL          60094-4515

City                State        ZIP Code

Country

2/8/2023          $          59.52

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1910** FEDEX

Creditor's Name

PO BOX 94515

Street

PALATINE          IL          60094-4515

City                State        ZIP Code

Country

2/8/2023          $          151.82

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1911** FEDEX

Creditor's Name

PO BOX 94515

Street

PALATINE          IL          60094-4515

City                State        ZIP Code

Country

2/8/2023          $          446.01

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.1912** FEDEX

Creditor's Name

PO BOX 94515

Street

PALATINE          IL          60094-4515

City                State        ZIP Code

Country

2/8/2023          $          595.74

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.1913 | FEDEX | 2/13/2023 | $ 12.23 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.1914 | FEDEX | 2/13/2023 | $ 146.61 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.1915 | FEDEX | 2/13/2023 | $ 230.33 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.1916 | FEDEX | 2/13/2023 | $ 913.35 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 94515 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60094-4515 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1917 | FEDEX CUSTOM CRITICAL | 11/29/2022 | $ | 1,993.76 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 645135 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15264-5135 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.1918 | FEDEX CUSTOM CRITICAL | 11/29/2022 | $ | 2,046.56 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 645135 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15264-5135 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.1919 | FEDEX CUSTOM CRITICAL | 11/29/2022 | $ | 2,623.62 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 645135 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15264-5135 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.1920 | FEDEX CUSTOM CRITICAL | 12/8/2022 | $ | 2,020.38 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 645135 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15264-5135 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*: 23-10255

3.1921  FEDEX CUSTOM CRITICAL
Creditor's Name

12/8/2022

$ 2,032.02

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 645135
Street

PITTSBURGH       PA        15264-5135
City              State      ZIP Code

Country

3.1922  FEDEX CUSTOM CRITICAL
Creditor's Name

12/8/2022

$ 2,032.02

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 645135
Street

PITTSBURGH       PA        15264-5135
City              State      ZIP Code

Country

3.1923  FEDEX CUSTOM CRITICAL
Creditor's Name

12/8/2022

$ 2,032.02

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 645135
Street

PITTSBURGH       PA        15264-5135
City              State      ZIP Code

Country

3.1924  FEDEX CUSTOM CRITICAL
Creditor's Name

12/8/2022

$ 2,034.82

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 645135
Street

PITTSBURGH       PA        15264-5135
City              State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1925 | FEDEX CUSTOM CRITICAL | 12/8/2022 | $ | 2,677.76 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 645135

Street

☒ Suppliers or vendors

☐ Services

☐ Other

PITTSBURGH        PA        15264-5135
City        State        ZIP Code

Country

| 3.1926 | FEDEX CUSTOM CRITICAL | 12/22/2022 | $ | 2,005.49 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 645135

Street

☒ Suppliers or vendors

☐ Services

☐ Other

PITTSBURGH        PA        15264-5135
City        State        ZIP Code

Country

| 3.1927 | FEDEX CUSTOM CRITICAL | 12/22/2022 | $ | 2,008.73 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 645135

Street

☒ Suppliers or vendors

☐ Services

☐ Other

PITTSBURGH        PA        15264-5135
City        State        ZIP Code

Country

| 3.1928 | FEDEX CUSTOM CRITICAL | 12/22/2022 | $ | 2,023.09 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 645135

Street

☒ Suppliers or vendors

☐ Services

☐ Other

PITTSBURGH        PA        15264-5135
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.1929** FEDEX CUSTOM CRITICAL
Creditor's Name

12/22/2022    $ 2,034.82

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 645135
Street

PITTSBURGH        PA        15264-5135
City              State     ZIP Code

Country

**3.1930** FEDEX CUSTOM CRITICAL
Creditor's Name

12/22/2022    $ 2,677.76

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 645135
Street

PITTSBURGH        PA        15264-5135
City              State     ZIP Code

Country

**3.1931** FEDEX CUSTOM CRITICAL
Creditor's Name

12/22/2022    $ 2,693.23

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 645135
Street

PITTSBURGH        PA        15264-5135
City              State     ZIP Code

Country

**3.1932** FEDEX CUSTOM CRITICAL
Creditor's Name

12/22/2022    $ 2,693.23

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 645135
Street

PITTSBURGH        PA        15264-5135
City              State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

**3.1933** FEDEX CUSTOM CRITICAL                    12/29/2022        $              350.00        ☐ Secured debt
Creditor's Name                                                                                      ☐ Unsecured loan repayments

PO BOX 645135                                                                                        ☒ Suppliers or vendors
Street                                                                                               ☐ Services

                                                                                                     ☐ Other
PITTSBURGH          PA        15264-5135
City                State     ZIP Code

Country

**3.1934** FEDEX CUSTOM CRITICAL                    12/29/2022        $              350.00        ☐ Secured debt
Creditor's Name                                                                                      ☐ Unsecured loan repayments

PO BOX 645135                                                                                        ☒ Suppliers or vendors
Street                                                                                               ☐ Services

                                                                                                     ☐ Other
PITTSBURGH          PA        15264-5135
City                State     ZIP Code

Country

**3.1935** FEDEX CUSTOM CRITICAL                    12/29/2022        $            1,493.86        ☐ Secured debt
Creditor's Name                                                                                      ☐ Unsecured loan repayments

PO BOX 645135                                                                                        ☒ Suppliers or vendors
Street                                                                                               ☐ Services

                                                                                                     ☐ Other
PITTSBURGH          PA        15264-5135
City                State     ZIP Code

Country

**3.1936** FEDEX CUSTOM CRITICAL                    1/6/2023          $              350.00        ☐ Secured debt
Creditor's Name                                                                                      ☐ Unsecured loan repayments

PO BOX 645135                                                                                        ☒ Suppliers or vendors
Street                                                                                               ☐ Services

                                                                                                     ☐ Other
PITTSBURGH          PA        15264-5135
City                State     ZIP Code

Country

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            Page 486

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.1937  FEDEX CUSTOM CRITICAL                    1/6/2023      $        1,967.96          ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

PO BOX 645135                                                                             ☒  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☐  Other

PITTSBURGH          PA          15264-5135
City                State       ZIP Code

Country

3.1938  FEDEX CUSTOM CRITICAL                    1/6/2023      $        2,005.49          ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

PO BOX 645135                                                                             ☒  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☐  Other

PITTSBURGH          PA          15264-5135
City                State       ZIP Code

Country

3.1939  FEDEX CUSTOM CRITICAL                    1/6/2023      $        2,577.21          ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

PO BOX 645135                                                                             ☒  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☐  Other

PITTSBURGH          PA          15264-5135
City                State       ZIP Code

Country

3.1940  FEDEX CUSTOM CRITICAL                    1/12/2023     $        2,005.49          ☐  Secured debt
Creditor's Name
                                                                                          ☐  Unsecured loan repayments

PO BOX 645135                                                                             ☒  Suppliers or vendors
Street
                                                                                          ☐  Services

                                                                                          ☐  Other

PITTSBURGH          PA          15264-5135
City                State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.1941 | FEDEX CUSTOM CRITICAL | 1/12/2023 | $ | 2,032.02 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 645135 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15264-5135 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.1942 | FEDEX CUSTOM CRITICAL | 1/12/2023 | $ | 2,629.47 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 645135 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15264-5135 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.1943 | FEDEX CUSTOM CRITICAL | 1/26/2023 | $ | 2,008.73 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 645135 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15264-5135 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.1944 | FEDEX CUSTOM CRITICAL | 1/26/2023 | $ | 2,023.09 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 645135 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15264-5135 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

3.1945 FILAMATIC
Creditor's Name

4119 FORDLEIGH RD
Street

BALTIMORE          MD          21215
City                State        ZIP Code

Country

11/29/2022     $          6,422.80

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1946 FILAMATIC
Creditor's Name

4119 FORDLEIGH RD
Street

BALTIMORE          MD          21215
City                State        ZIP Code

Country

12/8/2022      $          6,770.82

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1947 FILAMATIC
Creditor's Name

4119 FORDLEIGH RD
Street

BALTIMORE          MD          21215
City                State        ZIP Code

Country

12/8/2022      $         11,725.08

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1948 FILAMATIC
Creditor's Name

4119 FORDLEIGH RD
Street

BALTIMORE          MD          21215
City                State        ZIP Code

Country

1/6/2023       $          1,621.54

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor:  Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

3.1949  FILAMATIC

Creditor's Name

4119 FORDLEIGH RD

Street

BALTIMORE  MD  21215

City  State  ZIP Code

Country

1/6/2023  $  2,858.90

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1950  FILAMATIC

Creditor's Name

4119 FORDLEIGH RD

Street

BALTIMORE  MD  21215

City  State  ZIP Code

Country

1/6/2023  $  4,148.91

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1951  FILAMATIC

Creditor's Name

4119 FORDLEIGH RD

Street

BALTIMORE  MD  21215

City  State  ZIP Code

Country

1/6/2023  $  4,555.44

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1952  FILAMATIC

Creditor's Name

4119 FORDLEIGH RD

Street

BALTIMORE  MD  21215

City  State  ZIP Code

Country

1/6/2023  $  9,443.01

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.1953 | FILAMATIC | 1/26/2023 | $ 7,514.29 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

4119 FORDLEIGH RD
Street

BALTIMORE      MD      21215
City      State      ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1954 | FILAMATIC | 2/8/2023 | $ 6,087.43 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

4119 FORDLEIGH RD
Street

BALTIMORE      MD      21215
City      State      ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1955 | FILAMATIC | 2/13/2023 | $ 3,162.05 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

4119 FORDLEIGH RD
Street

BALTIMORE      MD      21215
City      State      ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.1956 | FINE CHEMICALS CORP (PTY) LTD | 2/14/2023 | $ 147,500.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Hilton Mentor
Street

15 Hawkins Avenue, Epping Industria, Epping

Cape Town
City      State      ZIP Code

South Africa
Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.1957  FISHER SCIENTIFIC -REMIT
Creditor's Name

11/29/2022    $    (493.16)

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.1958  FISHER SCIENTIFIC -REMIT
Creditor's Name

11/29/2022    $    35.15

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.1959  FISHER SCIENTIFIC -REMIT
Creditor's Name

11/29/2022    $    127.45

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.1960  FISHER SCIENTIFIC -REMIT
Creditor's Name

11/29/2022    $    156.37

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

| | | | |
|---|---|---|---|
| Name | | | |

3.1961 FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State      ZIP Code

Country

11/29/2022          $          224.90

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1962 FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State      ZIP Code

Country

11/29/2022          $          240.76

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1963 FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State      ZIP Code

Country

11/29/2022          $          250.58

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1964 FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State      ZIP Code

Country

11/29/2022          $          252.16

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.1965 | FISHER SCIENTIFIC -REMIT | 11/29/2022 | $ | 252.76 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO          IL          60693 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.1966 | FISHER SCIENTIFIC -REMIT | 11/29/2022 | $ | 278.98 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO          IL          60693 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.1967 | FISHER SCIENTIFIC -REMIT | 11/29/2022 | $ | 304.97 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO          IL          60693 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.1968 | FISHER SCIENTIFIC -REMIT | 11/29/2022 | $ | 346.80 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO          IL          60693 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*     23-10255

Name

| 3.1969 | FISHER SCIENTIFIC -REMIT | 11/29/2022 | $ | 355.74 | |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Secured debt |
| | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1970 | FISHER SCIENTIFIC -REMIT | 11/29/2022 | $ | 411.81 | |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Secured debt |
| | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1971 | FISHER SCIENTIFIC -REMIT | 11/29/2022 | $ | 411.81 | |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Secured debt |
| | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.1972 | FISHER SCIENTIFIC -REMIT | 11/29/2022 | $ | 414.12 | |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Secured debt |
| | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.1973  FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State      ZIP Code

Country

11/29/2022    $          428.23

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1974  FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State      ZIP Code

Country

11/29/2022    $          484.29

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1975  FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State      ZIP Code

Country

11/29/2022    $          512.39

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.1976  FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State      ZIP Code

Country

11/29/2022    $          558.54

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | |
|---|---|---|---|
| 3.1977 FISHER SCIENTIFIC -REMIT | 11/29/2022 | $  574.05 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| 13551 COLLECTIONS CTR DR | | | ☐ Other |
| CHICAGO          IL          60693 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.1978 FISHER SCIENTIFIC -REMIT | 11/29/2022 | $  588.33 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| 13551 COLLECTIONS CTR DR | | | ☐ Other |
| CHICAGO          IL          60693 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.1979 FISHER SCIENTIFIC -REMIT | 11/29/2022 | $  616.41 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| 13551 COLLECTIONS CTR DR | | | ☐ Other |
| CHICAGO          IL          60693 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.1980 FISHER SCIENTIFIC -REMIT | 11/29/2022 | $  650.53 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| 13551 COLLECTIONS CTR DR | | | ☐ Other |
| CHICAGO          IL          60693 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC                                          Case number *(if known)*:    23-10255

Name

3.1981  FISHER SCIENTIFIC -REMIT                    11/29/2022    $         785.33    ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                              ☒  Suppliers or vendors
Street                                                                              ☐  Services

13551 COLLECTIONS CTR DR                                                        ☐  Other

CHICAGO          IL        60693
City              State     ZIP Code

Country

3.1982  FISHER SCIENTIFIC -REMIT                    11/29/2022    $         843.62    ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                              ☒  Suppliers or vendors
Street                                                                              ☐  Services

13551 COLLECTIONS CTR DR                                                        ☐  Other

CHICAGO          IL        60693
City              State     ZIP Code

Country

3.1983  FISHER SCIENTIFIC -REMIT                    11/29/2022    $         939.53    ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                              ☒  Suppliers or vendors
Street                                                                              ☐  Services

13551 COLLECTIONS CTR DR                                                        ☐  Other

CHICAGO          IL        60693
City              State     ZIP Code

Country

3.1984  FISHER SCIENTIFIC -REMIT                    11/29/2022    $       1,148.33    ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                              ☒  Suppliers or vendors
Street                                                                              ☐  Services

13551 COLLECTIONS CTR DR                                                        ☐  Other

CHICAGO          IL        60693
City              State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1985 | FISHER SCIENTIFIC -REMIT<br>Creditor's Name | 11/29/2022 | $ | 1,324.99 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS<br>Street | | | | ☒ Suppliers or vendors<br>☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO         IL         60693<br>City         State         ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1986 | FISHER SCIENTIFIC -REMIT<br>Creditor's Name | 11/29/2022 | $ | 1,451.94 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS<br>Street | | | | ☒ Suppliers or vendors<br>☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO         IL         60693<br>City         State         ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1987 | FISHER SCIENTIFIC -REMIT<br>Creditor's Name | 11/29/2022 | $ | 1,487.09 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS<br>Street | | | | ☒ Suppliers or vendors<br>☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO         IL         60693<br>City         State         ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1988 | FISHER SCIENTIFIC -REMIT<br>Creditor's Name | 11/29/2022 | $ | 1,805.33 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS<br>Street | | | | ☒ Suppliers or vendors<br>☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO         IL         60693<br>City         State         ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.1989 | FISHER SCIENTIFIC -REMIT | 11/29/2022 | $ | 2,576.58 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1990 | FISHER SCIENTIFIC -REMIT | 11/29/2022 | $ | 2,865.14 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1991 | FISHER SCIENTIFIC -REMIT | 11/29/2022 | $ | 3,338.62 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.1992 | FISHER SCIENTIFIC -REMIT | 11/29/2022 | $ | 4,972.87 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.1993** FISHER SCIENTIFIC -REMIT
Creditor's Name

12/8/2022    $ (787.47)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State       ZIP Code

Country

**3.1994** FISHER SCIENTIFIC -REMIT
Creditor's Name

12/8/2022    $ 35.37

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State       ZIP Code

Country

**3.1995** FISHER SCIENTIFIC -REMIT
Creditor's Name

12/8/2022    $ 61.89

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State       ZIP Code

Country

**3.1996** FISHER SCIENTIFIC -REMIT
Creditor's Name

12/8/2022    $ 137.05

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

| | Name | | | | | |
|---|---|---|---|---|---|---|
| 3.1997 | FISHER SCIENTIFIC -REMIT | 12/8/2022 | $ | 137.05 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.1998 | FISHER SCIENTIFIC -REMIT | 12/8/2022 | $ | 191.53 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.1999 | FISHER SCIENTIFIC -REMIT | 12/8/2022 | $ | 414.74 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2000 | FISHER SCIENTIFIC -REMIT | 12/8/2022 | $ | 488.43 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.2001  FISHER SCIENTIFIC -REMIT
Creditor's Name

12/8/2022        $        545.75

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL       60693
City              State    ZIP Code

Country

3.2002  FISHER SCIENTIFIC -REMIT
Creditor's Name

12/8/2022        $        653.92

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL       60693
City              State    ZIP Code

Country

3.2003  FISHER SCIENTIFIC -REMIT
Creditor's Name

12/8/2022        $        787.47

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL       60693
City              State    ZIP Code

Country

3.2004  FISHER SCIENTIFIC -REMIT
Creditor's Name

12/8/2022        $        821.23

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL       60693
City              State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.2005**  FISHER SCIENTIFIC -REMIT                12/8/2022        $              893.78        ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                             ☒  Suppliers or vendors
Street                                                                                         ☐  Services

13551 COLLECTIONS CTR DR                                                                       ☐  Other

CHICAGO          IL        60693
City             State     ZIP Code

Country

**3.2006**  FISHER SCIENTIFIC -REMIT                12/8/2022        $              963.04        ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                             ☒  Suppliers or vendors
Street                                                                                         ☐  Services

13551 COLLECTIONS CTR DR                                                                       ☐  Other

CHICAGO          IL        60693
City             State     ZIP Code

Country

**3.2007**  FISHER SCIENTIFIC -REMIT                12/8/2022        $            1,011.82        ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                             ☒  Suppliers or vendors
Street                                                                                         ☐  Services

13551 COLLECTIONS CTR DR                                                                       ☐  Other

CHICAGO          IL        60693
City             State     ZIP Code

Country

**3.2008**  FISHER SCIENTIFIC -REMIT                12/8/2022        $            1,479.25        ☐  Secured debt
Creditor's Name                                                                                ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                             ☒  Suppliers or vendors
Street                                                                                         ☐  Services

13551 COLLECTIONS CTR DR                                                                       ☐  Other

CHICAGO          IL        60693
City             State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2009 | FISHER SCIENTIFIC -REMIT | 12/8/2022 | $ | 1,598.54 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2010 | FISHER SCIENTIFIC -REMIT | 12/8/2022 | $ | 1,763.28 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2011 | FISHER SCIENTIFIC -REMIT | 12/8/2022 | $ | 3,688.33 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2012 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | (1,043.78) | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.2013** FISHER SCIENTIFIC -REMIT
Creditor's Name

1/6/2023          $          (89.94)

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2014** FISHER SCIENTIFIC -REMIT
Creditor's Name

1/6/2023          $          32.51

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2015** FISHER SCIENTIFIC -REMIT
Creditor's Name

1/6/2023          $          56.30

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2016** FISHER SCIENTIFIC -REMIT
Creditor's Name

1/6/2023          $          70.92

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.2017** FISHER SCIENTIFIC -REMIT          1/6/2023      $        78.50

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

☑ Suppliers or vendors

Street

☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO          IL        60693

City              State     ZIP Code

Country

**3.2018** FISHER SCIENTIFIC -REMIT          1/6/2023      $        78.50

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

☑ Suppliers or vendors

Street

☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO          IL        60693

City              State     ZIP Code

Country

**3.2019** FISHER SCIENTIFIC -REMIT          1/6/2023      $        108.58

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

☑ Suppliers or vendors

Street

☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO          IL        60693

City              State     ZIP Code

Country

**3.2020** FISHER SCIENTIFIC -REMIT          1/6/2023      $        113.72

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

☑ Suppliers or vendors

Street

☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO          IL        60693

City              State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known):  23-10255

Name

| 3.2021 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 116.09 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO        IL        60693 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2022 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 125.48 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO        IL        60693 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2023 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 137.05 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO        IL        60693 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2024 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 139.71 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO        IL        60693 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2025 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 139.71 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2026 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 139.80 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2027 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 150.01 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2028 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 150.75 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO    IL    60693 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC                     Case number *(if known)*:    23-10255

Name

3.2029  FISHER SCIENTIFIC -REMIT                    1/6/2023        $            153.28        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                          ☒ Suppliers or vendors
Street                                                                                      ☐ Services

13551 COLLECTIONS CTR DR                                                                    ☐ Other

CHICAGO              IL          60693
City                 State       ZIP Code

Country

3.2030  FISHER SCIENTIFIC -REMIT                    1/6/2023        $            174.86        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                          ☒ Suppliers or vendors
Street                                                                                      ☐ Services

13551 COLLECTIONS CTR DR                                                                    ☐ Other

CHICAGO              IL          60693
City                 State       ZIP Code

Country

3.2031  FISHER SCIENTIFIC -REMIT                    1/6/2023        $            196.74        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                          ☒ Suppliers or vendors
Street                                                                                      ☐ Services

13551 COLLECTIONS CTR DR                                                                    ☐ Other

CHICAGO              IL          60693
City                 State       ZIP Code

Country

3.2032  FISHER SCIENTIFIC -REMIT                    1/6/2023        $            203.81        ☐ Secured debt
Creditor's Name                                                                              ☐ Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                          ☒ Suppliers or vendors
Street                                                                                      ☐ Services

13551 COLLECTIONS CTR DR                                                                    ☐ Other

CHICAGO              IL          60693
City                 State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

**3.2033**  FISHER SCIENTIFIC -REMIT                1/6/2023        $            214.56
Creditor's Name

- [ ] Secured debt
- [ ] Unsecured loan repayments

ALL AKORN ACCOUNTS
Street

- [x] Suppliers or vendors
- [ ] Services

13551 COLLECTIONS CTR DR

- [ ] Other

CHICAGO            IL        60693
City                State      ZIP Code

Country

**3.2034**  FISHER SCIENTIFIC -REMIT                1/6/2023        $            220.21
Creditor's Name

- [ ] Secured debt
- [ ] Unsecured loan repayments

ALL AKORN ACCOUNTS
Street

- [x] Suppliers or vendors
- [ ] Services

13551 COLLECTIONS CTR DR

- [ ] Other

CHICAGO            IL        60693
City                State      ZIP Code

Country

**3.2035**  FISHER SCIENTIFIC -REMIT                1/6/2023        $            220.21
Creditor's Name

- [ ] Secured debt
- [ ] Unsecured loan repayments

ALL AKORN ACCOUNTS
Street

- [x] Suppliers or vendors
- [ ] Services

13551 COLLECTIONS CTR DR

- [ ] Other

CHICAGO            IL        60693
City                State      ZIP Code

Country

**3.2036**  FISHER SCIENTIFIC -REMIT                1/6/2023        $            251.59
Creditor's Name

- [ ] Secured debt
- [ ] Unsecured loan repayments

ALL AKORN ACCOUNTS
Street

- [x] Suppliers or vendors
- [ ] Services

13551 COLLECTIONS CTR DR

- [ ] Other

CHICAGO            IL        60693
City                State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2037** FISHER SCIENTIFIC -REMIT
Creditor's Name

1/6/2023

$ 251.59

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

**3.2038** FISHER SCIENTIFIC -REMIT
Creditor's Name

1/6/2023

$ 267.67

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

**3.2039** FISHER SCIENTIFIC -REMIT
Creditor's Name

1/6/2023

$ 279.61

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

**3.2040** FISHER SCIENTIFIC -REMIT
Creditor's Name

1/6/2023

$ 289.21

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2041 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 311.34 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO      IL      60693 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.2042 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 367.22 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO      IL      60693 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.2043 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 373.24 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO      IL      60693 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.2044 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 396.15 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO      IL      60693 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2045 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 433.29 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

☒ Suppliers or vendors

Street

☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO    IL    60693

City    State    ZIP Code

Country

| 3.2046 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 443.18 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

☒ Suppliers or vendors

Street

☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO    IL    60693

City    State    ZIP Code

Country

| 3.2047 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 443.18 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

☒ Suppliers or vendors

Street

☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO    IL    60693

City    State    ZIP Code

Country

| 3.2048 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 468.24 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

☒ Suppliers or vendors

Street

☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO    IL    60693

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

---

**3.2049** FISHER SCIENTIFIC -REMIT

Creditor's Name

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693

City          State          ZIP Code

Country

1/6/2023          $          476.37

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2050** FISHER SCIENTIFIC -REMIT

Creditor's Name

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693

City          State          ZIP Code

Country

1/6/2023          $          487.69

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2051** FISHER SCIENTIFIC -REMIT

Creditor's Name

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693

City          State          ZIP Code

Country

1/6/2023          $          524.54

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2052** FISHER SCIENTIFIC -REMIT

Creditor's Name

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693

City          State          ZIP Code

Country

1/6/2023          $          542.47

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2053 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ 574.05 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2054 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ 619.62 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2055 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ 672.23 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2056 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ 676.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2057 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ 694.24 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2058 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ 744.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2059 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ 748.55 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2060 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ 748.55 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| **3.2061** FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 778.01 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| CHICAGO    IL    60693 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| **3.2062** FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 784.69 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| CHICAGO    IL    60693 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| **3.2063** FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 787.47 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| CHICAGO    IL    60693 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| **3.2064** FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 829.11 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| CHICAGO    IL    60693 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.2065 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 888.02 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO   IL   60693 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.2066 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 927.36 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO   IL   60693 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.2067 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 940.53 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO   IL   60693 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.2068 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 969.19 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO   IL   60693 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2069 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 984.60 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2070 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 984.60 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2071 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 985.47 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2072 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 996.92 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.2073** FISHER SCIENTIFIC -REMIT

Creditor's Name

1/6/2023    $    1,043.78

☐ Secured debt
☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

Street

☒ Suppliers or vendors
☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO    IL    60693

City    State    ZIP Code

Country

**3.2074** FISHER SCIENTIFIC -REMIT

Creditor's Name

1/6/2023    $    1,043.78

☐ Secured debt
☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

Street

☒ Suppliers or vendors
☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO    IL    60693

City    State    ZIP Code

Country

**3.2075** FISHER SCIENTIFIC -REMIT

Creditor's Name

1/6/2023    $    1,076.86

☐ Secured debt
☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

Street

☒ Suppliers or vendors
☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO    IL    60693

City    State    ZIP Code

Country

**3.2076** FISHER SCIENTIFIC -REMIT

Creditor's Name

1/6/2023    $    1,101.74

☐ Secured debt
☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

Street

☒ Suppliers or vendors
☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO    IL    60693

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2077 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 1,166.47 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.2078 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 1,243.80 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.2079 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 1,308.14 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.2080 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 1,366.71 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.2081** FISHER SCIENTIFIC -REMIT
Creditor's Name

1/6/2023        $        1,464.73

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO        IL        60693
City        State        ZIP Code

Country

**3.2082** FISHER SCIENTIFIC -REMIT
Creditor's Name

1/6/2023        $        1,515.01

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO        IL        60693
City        State        ZIP Code

Country

**3.2083** FISHER SCIENTIFIC -REMIT
Creditor's Name

1/6/2023        $        1,763.28

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO        IL        60693
City        State        ZIP Code

Country

**3.2084** FISHER SCIENTIFIC -REMIT
Creditor's Name

1/6/2023        $        1,850.32

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO        IL        60693
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2085 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 1,952.10 | |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Secured debt |
| | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2086 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 2,215.90 | |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Secured debt |
| | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2087 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 2,306.08 | |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Secured debt |
| | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2088 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 2,326.75 | |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Secured debt |
| | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| 3.2089 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ 3,333.88 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO   IL   60693 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| 3.2090 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ 3,425.65 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO   IL   60693 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| 3.2091 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ 3,728.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO   IL   60693 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| 3.2092 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ 4,320.94 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO   IL   60693 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.2093 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 5,377.31 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2094 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 6,765.89 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2095 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 8,212.59 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2096 | FISHER SCIENTIFIC -REMIT | 1/6/2023 | $ | 8,483.15 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2097 | FISHER SCIENTIFIC -REMIT<br>Creditor's Name | 1/6/2023 | $ 23,059.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | ALL AKORN ACCOUNTS<br>Street | | | |
| | 13551 COLLECTIONS CTR DR | | | |
| | CHICAGO            IL        60693<br>City            State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2098 | FISHER SCIENTIFIC -REMIT<br>Creditor's Name | 1/6/2023 | $ 39,600.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | ALL AKORN ACCOUNTS<br>Street | | | |
| | 13551 COLLECTIONS CTR DR | | | |
| | CHICAGO            IL        60693<br>City            State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2099 | FISHER SCIENTIFIC -REMIT<br>Creditor's Name | 1/6/2023 | $ 39,600.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | ALL AKORN ACCOUNTS<br>Street | | | |
| | 13551 COLLECTIONS CTR DR | | | |
| | CHICAGO            IL        60693<br>City            State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2100 | FISHER SCIENTIFIC -REMIT<br>Creditor's Name | 1/26/2023 | $ (2,098.54) | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | ALL AKORN ACCOUNTS<br>Street | | | |
| | 13551 COLLECTIONS CTR DR | | | |
| | CHICAGO            IL        60693<br>City            State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2101 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ (1,576.72) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO      IL      60693 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2102 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ (1,334.15) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO      IL      60693 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2103 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ (186.74) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO      IL      60693 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2104 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ 75.82 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO      IL      60693 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                                    Case number *(if known):*    23-10255

Name

**3.2105** FISHER SCIENTIFIC -REMIT                    1/26/2023        $              77.83
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

ALL AKORN ACCOUNTS                                                      ☒ Suppliers or vendors
Street
☐ Services

13551 COLLECTIONS CTR DR                                                ☐ Other

CHICAGO             IL        60693
City                State     ZIP Code

Country

**3.2106** FISHER SCIENTIFIC -REMIT                    1/26/2023        $              78.50
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

ALL AKORN ACCOUNTS                                                      ☒ Suppliers or vendors
Street
☐ Services

13551 COLLECTIONS CTR DR                                                ☐ Other

CHICAGO             IL        60693
City                State     ZIP Code

Country

**3.2107** FISHER SCIENTIFIC -REMIT                    1/26/2023        $              84.11
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

ALL AKORN ACCOUNTS                                                      ☒ Suppliers or vendors
Street
☐ Services

13551 COLLECTIONS CTR DR                                                ☐ Other

CHICAGO             IL        60693
City                State     ZIP Code

Country

**3.2108** FISHER SCIENTIFIC -REMIT                    1/26/2023        $              88.12
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

ALL AKORN ACCOUNTS                                                      ☒ Suppliers or vendors
Street
☐ Services

13551 COLLECTIONS CTR DR                                                ☐ Other

CHICAGO             IL        60693
City                State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.2109  FISHER SCIENTIFIC -REMIT          1/26/2023        $          133.12        ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                 ☒  Suppliers or vendors
Street                                                                             ☐  Services

13551 COLLECTIONS CTR DR                                                           ☐  Other

CHICAGO            IL        60693
City               State     ZIP Code

Country

3.2110  FISHER SCIENTIFIC -REMIT          1/26/2023        $          139.71        ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                 ☒  Suppliers or vendors
Street                                                                             ☐  Services

13551 COLLECTIONS CTR DR                                                           ☐  Other

CHICAGO            IL        60693
City               State     ZIP Code

Country

3.2111  FISHER SCIENTIFIC -REMIT          1/26/2023        $          143.76        ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                 ☒  Suppliers or vendors
Street                                                                             ☐  Services

13551 COLLECTIONS CTR DR                                                           ☐  Other

CHICAGO            IL        60693
City               State     ZIP Code

Country

3.2112  FISHER SCIENTIFIC -REMIT          1/26/2023        $          176.89        ☐  Secured debt
Creditor's Name                                                                    ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                 ☒  Suppliers or vendors
Street                                                                             ☐  Services

13551 COLLECTIONS CTR DR                                                           ☐  Other

CHICAGO            IL        60693
City               State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.2113  FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State      ZIP Code

Country

1/26/2023     $          181.52

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.2114  FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State      ZIP Code

Country

1/26/2023     $          187.61

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.2115  FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State      ZIP Code

Country

1/26/2023     $          194.10

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.2116  FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City              State      ZIP Code

Country

1/26/2023     $          220.08

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.2117** FISHER SCIENTIFIC -REMIT

Creditor's Name

1/26/2023          $          220.33

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2118** FISHER SCIENTIFIC -REMIT

Creditor's Name

1/26/2023          $          223.92

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2119** FISHER SCIENTIFIC -REMIT

Creditor's Name

1/26/2023          $          233.17

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2120** FISHER SCIENTIFIC -REMIT

Creditor's Name

1/26/2023          $          242.38

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.2121 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ | 263.50 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2122 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ | 283.69 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2123 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ | 286.02 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2124 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ | 296.72 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.2125 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ | 367.21 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2126 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ | 545.33 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2127 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ | 574.05 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2128 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ | 592.62 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.2129  FISHER SCIENTIFIC -REMIT                    1/26/2023          $                661.73          ☐ Secured debt
Creditor's Name                                                                                          ☐ Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                                       ☒ Suppliers or vendors
Street                                                                                                   ☐ Services

13551 COLLECTIONS CTR DR                                                                                 ☐ Other

CHICAGO              IL          60693
City                 State       ZIP Code

Country

3.2130  FISHER SCIENTIFIC -REMIT                    1/26/2023          $                670.67          ☐ Secured debt
Creditor's Name                                                                                          ☐ Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                                       ☒ Suppliers or vendors
Street                                                                                                   ☐ Services

13551 COLLECTIONS CTR DR                                                                                 ☐ Other

CHICAGO              IL          60693
City                 State       ZIP Code

Country

3.2131  FISHER SCIENTIFIC -REMIT                    1/26/2023          $                722.45          ☐ Secured debt
Creditor's Name                                                                                          ☐ Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                                       ☒ Suppliers or vendors
Street                                                                                                   ☐ Services

13551 COLLECTIONS CTR DR                                                                                 ☐ Other

CHICAGO              IL          60693
City                 State       ZIP Code

Country

3.2132  FISHER SCIENTIFIC -REMIT                    1/26/2023          $                727.56          ☐ Secured debt
Creditor's Name                                                                                          ☐ Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                                       ☒ Suppliers or vendors
Street                                                                                                   ☐ Services

13551 COLLECTIONS CTR DR                                                                                 ☐ Other

CHICAGO              IL          60693
City                 State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.2133 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ 950.25 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

---

| | | | |
|---|---|---|---|
| 3.2134 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ 984.60 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

---

| | | | |
|---|---|---|---|
| 3.2135 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ 1,102.31 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

---

| | | | |
|---|---|---|---|
| 3.2136 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ 1,102.31 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2137 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $    1,194.72 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2138 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $    1,323.47 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2139 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $    1,334.15 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2140 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $    1,576.72 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.2141 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ | 1,580.06 | ☐ | Secured debt |
|--------|--------------------------|-----------|---|----------|---|--------------|

Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.2142  FISHER SCIENTIFIC -REMIT          1/26/2023     $     1,903.02
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.2143  FISHER SCIENTIFIC -REMIT          1/26/2023     $     1,981.23
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.2144  FISHER SCIENTIFIC -REMIT          1/26/2023     $     2,098.54
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2145 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ 2,681.86 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2146 | FISHER SCIENTIFIC -REMIT | 1/26/2023 | $ 6,065.83 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2147 | FISHER SCIENTIFIC -REMIT | 1/31/2023 | $ (39,039.84) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2148 | FISHER SCIENTIFIC -REMIT | 1/31/2023 | $ 66.52 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2149 FISHER SCIENTIFIC -REMIT | 1/31/2023 | $ 81.00 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| ALL AKORN ACCOUNTS | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| 13551 COLLECTIONS CTR DR | | | ☐ | Other |

CHICAGO    IL    60693
City    State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2150 FISHER SCIENTIFIC -REMIT | 1/31/2023 | $ 137.05 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| ALL AKORN ACCOUNTS | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| 13551 COLLECTIONS CTR DR | | | ☐ | Other |

CHICAGO    IL    60693
City    State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2151 FISHER SCIENTIFIC -REMIT | 1/31/2023 | $ 186.74 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| ALL AKORN ACCOUNTS | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| 13551 COLLECTIONS CTR DR | | | ☐ | Other |

CHICAGO    IL    60693
City    State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2152 FISHER SCIENTIFIC -REMIT | 1/31/2023 | $ 203.04 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| ALL AKORN ACCOUNTS | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| 13551 COLLECTIONS CTR DR | | | ☐ | Other |

CHICAGO    IL    60693
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

---

**3.2153** FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City             State       ZIP Code

Country

1/31/2023          $          221.04

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.2154** FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City             State       ZIP Code

Country

1/31/2023          $          270.30

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.2155** FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City             State       ZIP Code

Country

1/31/2023          $          274.28

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.2156** FISHER SCIENTIFIC -REMIT
Creditor's Name

ALL AKORN ACCOUNTS
Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693
City             State       ZIP Code

Country

1/31/2023          $          434.71

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2157 | FISHER SCIENTIFIC -REMIT | 1/31/2023 | $ 563.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO       IL       60693 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2158 | FISHER SCIENTIFIC -REMIT | 1/31/2023 | $ 576.17 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO       IL       60693 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2159 | FISHER SCIENTIFIC -REMIT | 1/31/2023 | $ 1,026.61 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO       IL       60693 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2160 | FISHER SCIENTIFIC -REMIT | 1/31/2023 | $ 1,078.19 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO       IL       60693 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2161 | FISHER SCIENTIFIC -REMIT | 1/31/2023 | $ 5,914.19 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2162 | FISHER SCIENTIFIC -REMIT | 1/31/2023 | $ 39,670.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2163 | FISHER SCIENTIFIC -REMIT | 2/8/2023 | $ (1,505.53) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2164 | FISHER SCIENTIFIC -REMIT | 2/8/2023 | $ (250.92) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2165 | FISHER SCIENTIFIC -REMIT | 2/8/2023 | $ | 110.77 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO        IL        60693 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2166 | FISHER SCIENTIFIC -REMIT | 2/8/2023 | $ | 120.07 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO        IL        60693 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2167 | FISHER SCIENTIFIC -REMIT | 2/8/2023 | $ | 148.71 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO        IL        60693 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2168 | FISHER SCIENTIFIC -REMIT | 2/8/2023 | $ | 258.55 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO        IL        60693 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC    Case number *(if known)*:    23-10255

Name

**3.2169** FISHER SCIENTIFIC -REMIT    2/8/2023    $    337.46    ☐ Secured debt
Creditor's Name

ALL AKORN ACCOUNTS    ☐ Unsecured loan repayments
Street    ☑ Suppliers or vendors

13551 COLLECTIONS CTR DR    ☐ Services
☐ Other

CHICAGO    IL    60693
City    State    ZIP Code

Country

**3.2170** FISHER SCIENTIFIC -REMIT    2/8/2023    $    343.34    ☐ Secured debt
Creditor's Name

ALL AKORN ACCOUNTS    ☐ Unsecured loan repayments
Street    ☑ Suppliers or vendors

13551 COLLECTIONS CTR DR    ☐ Services
☐ Other

CHICAGO    IL    60693
City    State    ZIP Code

Country

**3.2171** FISHER SCIENTIFIC -REMIT    2/8/2023    $    536.51    ☐ Secured debt
Creditor's Name

ALL AKORN ACCOUNTS    ☐ Unsecured loan repayments
Street    ☑ Suppliers or vendors

13551 COLLECTIONS CTR DR    ☐ Services
☐ Other

CHICAGO    IL    60693
City    State    ZIP Code

Country

**3.2172** FISHER SCIENTIFIC -REMIT    2/8/2023    $    592.20    ☐ Secured debt
Creditor's Name

ALL AKORN ACCOUNTS    ☐ Unsecured loan repayments
Street    ☑ Suppliers or vendors

13551 COLLECTIONS CTR DR    ☐ Services
☐ Other

CHICAGO    IL    60693
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known):   23-10255

Name

3.2173  FISHER SCIENTIFIC -REMIT                     2/8/2023      $           755.49        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                           ☒  Suppliers or vendors
Street                                                                                       ☐  Services

13551 COLLECTIONS CTR DR                                                                     ☐  Other

CHICAGO              IL           60693
City                 State        ZIP Code

Country

3.2174  FISHER SCIENTIFIC -REMIT                     2/8/2023      $           801.13        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                           ☒  Suppliers or vendors
Street                                                                                       ☐  Services

13551 COLLECTIONS CTR DR                                                                     ☐  Other

CHICAGO              IL           60693
City                 State        ZIP Code

Country

3.2175  FISHER SCIENTIFIC -REMIT                     2/8/2023      $         1,440.99        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                           ☒  Suppliers or vendors
Street                                                                                       ☐  Services

13551 COLLECTIONS CTR DR                                                                     ☐  Other

CHICAGO              IL           60693
City                 State        ZIP Code

Country

3.2176  FISHER SCIENTIFIC -REMIT                     2/8/2023      $         1,468.89        ☐  Secured debt
Creditor's Name                                                                              ☐  Unsecured loan repayments

ALL AKORN ACCOUNTS                                                                           ☒  Suppliers or vendors
Street                                                                                       ☐  Services

13551 COLLECTIONS CTR DR                                                                     ☐  Other

CHICAGO              IL           60693
City                 State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.2177  FISHER SCIENTIFIC -REMIT

Creditor's Name

2/8/2023

$   1,681.89

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2178  FISHER SCIENTIFIC -REMIT

Creditor's Name

2/8/2023

$   2,008.34

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2179  FISHER SCIENTIFIC -REMIT

Creditor's Name

2/8/2023

$   2,041.21

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2180  FISHER SCIENTIFIC -REMIT

Creditor's Name

2/8/2023

$   2,243.96

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO          IL          60693

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2181 | FISHER SCIENTIFIC -REMIT | 2/8/2023 | $ | 2,965.97 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

Street

☒ Suppliers or vendors

☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO          IL          60693

City          State          ZIP Code

Country

| 3.2182 | FISHER SCIENTIFIC -REMIT | 2/8/2023 | $ | 3,532.07 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

Street

☒ Suppliers or vendors

☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO          IL          60693

City          State          ZIP Code

Country

| 3.2183 | FISHER SCIENTIFIC -REMIT | 2/8/2023 | $ | 3,882.93 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

Street

☒ Suppliers or vendors

☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO          IL          60693

City          State          ZIP Code

Country

| 3.2184 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ | (1,084.45) | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ALL AKORN ACCOUNTS

Street

☒ Suppliers or vendors

☐ Services

13551 COLLECTIONS CTR DR

☐ Other

CHICAGO          IL          60693

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.2185 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ | (968.64) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO          IL          60693 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.2186 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ | (137.45) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO          IL          60693 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.2187 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ | (134.83) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO          IL          60693 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.2188 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ | (77.22) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ | Other |
| | CHICAGO          IL          60693 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2189 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ 74.91 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2190 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ 84.17 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2191 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ 89.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2192 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ 146.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2193** FISHER SCIENTIFIC -REMIT

Creditor's Name

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO           IL        60693

City              State     ZIP Code

Country

2/13/2023     $          225.11

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2194** FISHER SCIENTIFIC -REMIT

Creditor's Name

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO           IL        60693

City              State     ZIP Code

Country

2/13/2023     $          234.53

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2195** FISHER SCIENTIFIC -REMIT

Creditor's Name

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO           IL        60693

City              State     ZIP Code

Country

2/13/2023     $          330.30

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2196** FISHER SCIENTIFIC -REMIT

Creditor's Name

ALL AKORN ACCOUNTS

Street

13551 COLLECTIONS CTR DR

CHICAGO           IL        60693

City              State     ZIP Code

Country

2/13/2023     $          338.47

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2197 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ 372.26 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2198 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ 417.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2199 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ 743.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2200 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ 903.44 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2201 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ | 977.65 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2202 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ | 1,040.20 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2203 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ | 1,043.01 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2204 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ | 1,094.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2205 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ 3,099.07 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2206 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ 5,530.69 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2207 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ 10,794.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2208 | FISHER SCIENTIFIC -REMIT | 2/13/2023 | $ 42,485.52 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALL AKORN ACCOUNTS | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 13551 COLLECTIONS CTR DR | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

---

**3.2209** FLAVINE NORTH AMERICA INC

Creditor's Name

61 SOUTH PARAMUS ROAD

Street

SUITE 565

PARAMUS          NJ          07652

City                State          ZIP Code

Country

1/12/2023          $          170,325.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**3.2210** FLAVINE NORTH AMERICA INC

Creditor's Name

61 SOUTH PARAMUS ROAD

Street

SUITE 565

PARAMUS          NJ          07652

City                State          ZIP Code

Country

1/19/2023          $          1,200.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**3.2211** FLAVINE NORTH AMERICA INC

Creditor's Name

61 SOUTH PARAMUS ROAD

Street

SUITE 565

PARAMUS          NJ          07652

City                State          ZIP Code

Country

1/31/2023          $          660,000.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**3.2212** FL-MCO PHARMACY

Creditor's Name

FINANCE & ACCOUNTING/DRUG REBATE

Street

2727 MAHAN DRIVE MAIL STOP #14

TALLAHASSEE          FL          32308

City                State          ZIP Code

Country

12/22/2022          $          (2,709.76)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.2213** FL-MCO PHARMACY
Creditor's Name

12/22/2022    $    (110.08)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FINANCE & ACCOUNTING/DRUG REBATE
Street

2727 MAHAN DRIVE MAIL STOP #14

TALLAHASSEE    FL    32308
City    State    ZIP Code

Country

**3.2214** FL-MCO PHARMACY
Creditor's Name

12/22/2022    $    (2.41)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FINANCE & ACCOUNTING/DRUG REBATE
Street

2727 MAHAN DRIVE MAIL STOP #14

TALLAHASSEE    FL    32308
City    State    ZIP Code

Country

**3.2215** FL-MCO PHARMACY
Creditor's Name

12/22/2022    $    108.20

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FINANCE & ACCOUNTING/DRUG REBATE
Street

2727 MAHAN DRIVE MAIL STOP #14

TALLAHASSEE    FL    32308
City    State    ZIP Code

Country

**3.2216** FL-MCO PHARMACY
Creditor's Name

12/22/2022    $    110,353.53

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FINANCE & ACCOUNTING/DRUG REBATE
Street

2727 MAHAN DRIVE MAIL STOP #14

TALLAHASSEE    FL    32308
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.2217  FL-MCO PHARMACY

Creditor's Name

FINANCE & ACCOUNTING/DRUG REBATE
Street

2727 MAHAN DRIVE MAIL STOP #14

TALLAHASSEE        FL        32308
City                State        ZIP Code

Country

12/22/2022        $        665,841.87

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2218  FL-MEDICAID

Creditor's Name

FINANCE & ACCOUNTING/DRUG REBATE
Street

2727 MAHAN DRIVE MAIL STOP #14

TALLAHASSEE        FL        32308
City                State        ZIP Code

Country

12/22/2022        $        (3.32)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2219  FL-MEDICAID

Creditor's Name

FINANCE & ACCOUNTING/DRUG REBATE
Street

2727 MAHAN DRIVE MAIL STOP #14

TALLAHASSEE        FL        32308
City                State        ZIP Code

Country

12/22/2022        $        35.93

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2220  FL-MEDICAID

Creditor's Name

FINANCE & ACCOUNTING/DRUG REBATE
Street

2727 MAHAN DRIVE MAIL STOP #14

TALLAHASSEE        FL        32308
City                State        ZIP Code

Country

12/22/2022        $        18,293.22

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| 3.2221 | FLUTED PARTITION | 1/31/2023 | $ 10,230.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

850 UNION AVENUE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

BRIDGEPORT      CT      06607
City                State      ZIP Code

Country

| 3.2222 | FOOD AND DRUG ADMINISTRATION | 12/8/2022 | $ 17,513.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Division of User Fee Management

☒ Suppliers or vendors

Street

☐ Services

10001 New Hampshire Ave

☐ Other

Silver Spring      MD      20993
City                State      ZIP Code

Country

| 3.2223 | FOOD AND DRUG ADMINISTRATION | 1/13/2023 | $ 240,582.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Division of User Fee Management

☒ Suppliers or vendors

Street

☐ Services

10001 New Hampshire Ave

☐ Other

Silver Spring      MD      20993
City                State      ZIP Code

Country

| 3.2224 | FOOD AND DRUG ADMINISTRATION | 1/19/2023 | $ 240,582.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Division of User Fee Management

☒ Suppliers or vendors

Street

☐ Services

10001 New Hampshire Ave

☐ Other

Silver Spring      MD      20993
City                State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.2225** FOOD AND DRUG ADMINISTRATION     1/24/2023     $     240,582.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Division of User Fee Management
Street

☒ Suppliers or vendors
☐ Services

10001 New Hampshire Ave

☐ Other

Silver Spring     MD     20993
City     State     ZIP Code

Country

**3.2226** FOOD AND DRUG ADMINISTRATION     1/30/2023     $     362,285.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Division of User Fee Management
Street

☒ Suppliers or vendors
☐ Services

10001 New Hampshire Ave

☐ Other

Silver Spring     MD     20993
City     State     ZIP Code

Country

**3.2227** FOOD AND DRUG ADMINISTRATION     1/30/2023     $     571,642.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

Division of User Fee Management
Street

☒ Suppliers or vendors
☐ Services

10001 New Hampshire Ave

☐ Other

Silver Spring     MD     20993
City     State     ZIP Code

Country

**3.2228** FREUDENBERG -REMIT     11/29/2022     $     3,828.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

INHEALTH TECHNOLOGIES
Street

☒ Suppliers or vendors
☐ Services

23686 NETWORK PLACE

☐ Other

CHICAGO     IL     60673-1236
City     State     ZIP Code

Country

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     Page 559

Debtor: Akorn Operating Company LLC    Case number *(if known):*    23-10255

Name

| 3.2229 | FREUDENBERG -REMIT | 1/6/2023 | $ | 15,360.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

INHEALTH TECHNOLOGIES

☒ Suppliers or vendors

Street

☐ Services

23686 NETWORK PLACE

☐ Other

CHICAGO    IL    60673-1236
City    State    ZIP Code

Country

| 3.2230 | FREUDENBERG -REMIT | 1/6/2023 | $ | 19,500.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

INHEALTH TECHNOLOGIES

☒ Suppliers or vendors

Street

☐ Services

23686 NETWORK PLACE

☐ Other

CHICAGO    IL    60673-1236
City    State    ZIP Code

Country

| 3.2231 | FREUDENBERG -REMIT | 1/6/2023 | $ | 19,500.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

INHEALTH TECHNOLOGIES

☒ Suppliers or vendors

Street

☐ Services

23686 NETWORK PLACE

☐ Other

CHICAGO    IL    60673-1236
City    State    ZIP Code

Country

| 3.2232 | FREUDENBERG -REMIT | 1/6/2023 | $ | 20,470.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

INHEALTH TECHNOLOGIES

☒ Suppliers or vendors

Street

☐ Services

23686 NETWORK PLACE

☐ Other

CHICAGO    IL    60673-1236
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.2233 | FREUDENBERG -REMIT | 1/6/2023 | $ | 22,480.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | INHEALTH TECHNOLOGIES | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 23686 NETWORK PLACE | | | | ☐ | Other |
| | CHICAGO      IL      60673-1236 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.2234 | FREUDENBERG -REMIT | 2/13/2023 | $ | 2,280.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | INHEALTH TECHNOLOGIES | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 23686 NETWORK PLACE | | | | ☐ | Other |
| | CHICAGO      IL      60673-1236 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.2235 | FREUDENBERG -REMIT | 2/13/2023 | $ | 4,030.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | INHEALTH TECHNOLOGIES | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 23686 NETWORK PLACE | | | | ☐ | Other |
| | CHICAGO      IL      60673-1236 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.2236 | FREUDENBERG -REMIT | 2/13/2023 | $ | 5,668.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | INHEALTH TECHNOLOGIES | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 23686 NETWORK PLACE | | | | ☐ | Other |
| | CHICAGO      IL      60673-1236 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| Name |
|---|

**3.2237** FREUDENBERG -REMIT

Creditor's Name

2/13/2023    $    5,875.00

INHEALTH TECHNOLOGIES

Street

23686 NETWORK PLACE

CHICAGO        IL        60673-1236

City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2238** FREUDENBERG -REMIT

Creditor's Name

2/13/2023    $    48,800.00

INHEALTH TECHNOLOGIES

Street

23686 NETWORK PLACE

CHICAGO        IL        60673-1236

City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2239** FREYR INC

Creditor's Name

1/6/2023    $    32,000.00

150 COLLEGE RD WEST

Street

SUITE 102

PRINCETON        NJ        08540

City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2240** GA-AMERIGROUP COM CARE CMO REBATE

Creditor's Name

12/22/2022    $    (84.30)

DEPT OF COMM HEALTH

Street

PO BOX 734669, ATTN AMERIGROUP CMTY
CARE CMO REBA

DALLAS        TX        75373-1426

City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.2241** GA-AMERIGROUP COM CARE CMO REBATE

Creditor's Name

12/22/2022    $    38,437.20

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT OF COMM HEALTH

Street

PO BOX 734669, ATTN AMERIGROUP CMTY CARE CMO REBA

DALLAS    TX    75373-1426

City    State    ZIP Code

Country

**3.2242** GA-CARESOURCE CMO REBATE

Creditor's Name

12/22/2022    $    (6.23)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT OF COMM HEALTH

Street

PO BOX 734669, ATTN CARESOURCE CMO REBATE

DALLAS    TX    75373-1426

City    State    ZIP Code

Country

**3.2243** GA-CARESOURCE CMO REBATE

Creditor's Name

12/22/2022    $    23,163.31

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT OF COMM HEALTH

Street

PO BOX 734669, ATTN CARESOURCE CMO REBATE

DALLAS    TX    75373-1426

City    State    ZIP Code

Country

**3.2244** GA-MEDICAID

Creditor's Name

12/22/2022    $    (549.24)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT OF COMMUNITY HEALTH

Street

PO BOX 734668, ATTN GA FFS REBATE PROGRAM

DALLAS    TX    75373

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2245 | GA-MEDICAID | 12/22/2022 | $ 89,917.37 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT OF COMMUNITY HEALTH | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 734668, ATTN GA FFS REBATE PROGRAM | | | ☐ Other |
| | DALLAS    TX    75373 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2246 | GA-PEACH STATE HLTH PLAN CMO REBATE | 12/22/2022 | $ (425.74) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT OF COMM HEALTH | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 734669, ATTN PEACH STATE HLTH PLAN CMO REB | | | ☐ Other |
| | DALLAS    TX    75373-1426 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2247 | GA-PEACH STATE HLTH PLAN CMO REBATE | 12/22/2022 | $ 70,351.78 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT OF COMM HEALTH | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 734669, ATTN PEACH STATE HLTH PLAN CMO REB | | | ☐ Other |
| | DALLAS    TX    75373-1426 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2248 | Gardaworld | 2/17/2023 | $ 350,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Stephan Cretier | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 2300, Rue Emile-Belanger | | | ☐ Other |
| | St-Laurent    QC    H4R 3J4 | | | |
| | City    State    ZIP Code | | | |
| | Canada | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2249 | GARDAWORLD SECURITY SERVICES -REMIT | 11/29/2022 | $ | 2,932.78 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 843886
Street

KANSAS CITY      MO      64184-3886
City              State   ZIP Code

Country

---

3.2250  GARDAWORLD SECURITY SERVICES -REMIT   11/29/2022   $   6,233.45
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 843886
Street

KANSAS CITY      MO      64184-3886
City              State   ZIP Code

Country

---

3.2251  GARDAWORLD SECURITY SERVICES -REMIT   11/29/2022   $   7,864.02
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 843886
Street

KANSAS CITY      MO      64184-3886
City              State   ZIP Code

Country

---

3.2252  GARDAWORLD SECURITY SERVICES -REMIT   11/29/2022   $   7,913.37
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 843886
Street

KANSAS CITY      MO      64184-3886
City              State   ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| 3.2253 | GARDAWORLD SECURITY SERVICES -REMIT | 11/29/2022 | $ | 8,267.05 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 843886

☒ Suppliers or vendors

Street

☐ Services

☐ Other

KANSAS CITY    MO    64184-3886
City    State    ZIP Code

Country

| 3.2254 | GARDAWORLD SECURITY SERVICES -REMIT | 11/29/2022 | $ | 13,442.92 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 843886

☒ Suppliers or vendors

Street

☐ Services

☐ Other

KANSAS CITY    MO    64184-3886
City    State    ZIP Code

Country

| 3.2255 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ | 2,458.93 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 843886

☒ Suppliers or vendors

Street

☐ Services

☐ Other

KANSAS CITY    MO    64184-3886
City    State    ZIP Code

Country

| 3.2256 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ | 2,638.22 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 843886

☒ Suppliers or vendors

Street

☐ Services

☐ Other

KANSAS CITY    MO    64184-3886
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2257 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ 2,817.51 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 843886 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | KANSAS CITY    MO    64184-3886 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2258 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ 6,040.16 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 843886 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | KANSAS CITY    MO    64184-3886 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2259 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ 6,245.53 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 843886 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | KANSAS CITY    MO    64184-3886 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2260 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ 6,426.91 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 843886 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | KANSAS CITY    MO    64184-3886 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2261 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ | 7,808.98 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 843886 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | KANSAS CITY    MO    64184-3886 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2262 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ | 7,946.58 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 843886 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | KANSAS CITY    MO    64184-3886 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2263 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ | 8,098.13 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 843886 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | KANSAS CITY    MO    64184-3886 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2264 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ | 8,206.18 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 843886 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | KANSAS CITY    MO    64184-3886 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.2265 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ | 8,254.27 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 843886 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | KANSAS CITY    MO    64184-3886 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2266 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ | 8,310.05 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 843886 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | KANSAS CITY    MO    64184-3886 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2267 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ | 8,600.37 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 843886 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | KANSAS CITY    MO    64184-3886 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2268 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ | 12,491.68 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 843886 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | KANSAS CITY    MO    64184-3886 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2269 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ | 13,481.34 | | |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 843886

Street

KANSAS CITY        MO        64184-3886
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.2270 | GARDAWORLD SECURITY SERVICES -REMIT | 1/6/2023 | $ | 13,558.18 | | |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 843886

Street

KANSAS CITY        MO        64184-3886
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.2271 | GARDAWORLD SECURITY SERVICES -REMIT | 1/31/2023 | $ | 48.18 | | |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 843886

Street

KANSAS CITY        MO        64184-3886
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.2272 | GARDAWORLD SECURITY SERVICES -REMIT | 1/31/2023 | $ | 1,207.92 | | |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 843886

Street

KANSAS CITY        MO        64184-3886
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            Page 570

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

3.2273  GARDAWORLD SECURITY SERVICES -REMIT    1/31/2023    $    2,407.69
Creditor's Name

PO BOX 843886
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

KANSAS CITY        MO        64184-3886
City        State        ZIP Code

Country

3.2274  GARDAWORLD SECURITY SERVICES -REMIT    1/31/2023    $    2,490.95
Creditor's Name

PO BOX 843886
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

KANSAS CITY        MO        64184-3886
City        State        ZIP Code

Country

3.2275  GARDAWORLD SECURITY SERVICES -REMIT    1/31/2023    $    7,804.23
Creditor's Name

PO BOX 843886
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

KANSAS CITY        MO        64184-3886
City        State        ZIP Code

Country

3.2276  GARDAWORLD SECURITY SERVICES -REMIT    1/31/2023    $    7,891.54
Creditor's Name

PO BOX 843886
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

KANSAS CITY        MO        64184-3886
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.2277** GARDAWORLD SECURITY SERVICES -REMIT     1/31/2023     $     7,941.83
Creditor's Name

PO BOX 843886
Street

KANSAS CITY          MO          64184-3886
City                 State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.2278** GARDAWORLD SECURITY SERVICES -REMIT     1/31/2023     $     7,946.58
Creditor's Name

PO BOX 843886
Street

KANSAS CITY          MO          64184-3886
City                 State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.2279** GARDAWORLD SECURITY SERVICES -REMIT     1/31/2023     $     7,950.02
Creditor's Name

PO BOX 843886
Street

KANSAS CITY          MO          64184-3886
City                 State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.2280** GARDAWORLD SECURITY SERVICES -REMIT     1/31/2023     $     7,974.10
Creditor's Name

PO BOX 843886
Street

KANSAS CITY          MO          64184-3886
City                 State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2281 | GARDAWORLD SECURITY SERVICES -REMIT | 1/31/2023 | $ 8,292.87 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 843886 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | KANSAS CITY        MO        64184-3886 | | | |
| | City                State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2282 | GARDAWORLD SECURITY SERVICES -REMIT | 1/31/2023 | $ 8,296.83 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 843886 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | KANSAS CITY        MO        64184-3886 | | | |
| | City                State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2283 | GARDAWORLD SECURITY SERVICES -REMIT | 1/31/2023 | $ 12,657.98 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 843886 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | KANSAS CITY        MO        64184-3886 | | | |
| | City                State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2284 | GARDAWORLD SECURITY SERVICES -REMIT | 1/31/2023 | $ 12,675.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 843886 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | KANSAS CITY        MO        64184-3886 | | | |
| | City                State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.2285** GATE SOFTWARE LLC

Creditor's Name

8400 E PRENTICE AVE

Street

SUITE 1500
GREENWOOD VILLAGE    CO    80111

City    State    ZIP Code

Country

2/13/2023    $    24,698.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2286** GENERICHEM - REMIT

Creditor's Name

PO BOX 457

Street

TOTOWA    NJ    07511-0457

City    State    ZIP Code

Country

1/12/2023    $    73,500.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2287** GERRESHEIMER GLASS INC

Creditor's Name

ATTN A/R

Street

537 CRYSTAL AVE

VINELAND    NJ    08360

City    State    ZIP Code

Country

11/29/2022    $    19,800.98

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2288** GERRESHEIMER GLASS INC

Creditor's Name

ATTN A/R

Street

537 CRYSTAL AVE

VINELAND    NJ    08360

City    State    ZIP Code

Country

12/8/2022    $    30,374.16

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.2289 | GERRESHEIMER GLASS INC | 12/29/2022 | $ | 66,728.27 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 537 CRYSTAL AVE | | | | ☐ Other |
| | VINELAND    NJ    08360 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2290 | GERRESHEIMER GLASS INC | 1/26/2023 | $ | 10,099.91 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 537 CRYSTAL AVE | | | | ☐ Other |
| | VINELAND    NJ    08360 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2291 | GERRESHEIMER GLASS INC | 1/26/2023 | $ | 34,640.08 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 537 CRYSTAL AVE | | | | ☐ Other |
| | VINELAND    NJ    08360 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2292 | GERRESHEIMER GLASS INC | 1/31/2023 | $ | 22,137.51 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 537 CRYSTAL AVE | | | | ☐ Other |
| | VINELAND    NJ    08360 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.2293 | GERRESHEIMER GLASS INC | 2/8/2023 | $ | 31,198.62 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 537 CRYSTAL AVE | | | | ☐ Other |
| | VINELAND    NJ    08360 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2294 | GERRESHEIMER GLASS INC | 2/8/2023 | $ | 71,699.48 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 537 CRYSTAL AVE | | | | ☐ Other |
| | VINELAND    NJ    08360 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2295 | GETINGE USA -REMIT | 11/29/2022 | $ | 10,036.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 775436 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60677-5436 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2296 | GETINGE USA -REMIT | 1/31/2023 | $ | 693.46 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 775436 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60677-5436 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

| | Name | | |
|---|---|---|---|

**3.2297  GETINGE USA -REMIT**
Creditor's Name

1/31/2023      $      5,355.20

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 775436
Street

CHICAGO          IL          60677-5436
City                    State          ZIP Code

Country

**3.2298  GOLDEN STATE MEDICAL SUPPLY INC**
Creditor's Name

11/29/2022      $      651,733.58

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

5187 CAMINO RUIZ
Street

CAMARILLO          CA          93012
City                    State          ZIP Code

Country

**3.2299  GOLDEN STATE MEDICAL SUPPLY INC**
Creditor's Name

1/12/2023      $      10,297.41

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

5187 CAMINO RUIZ
Street

CAMARILLO          CA          93012
City                    State          ZIP Code

Country

**3.2300  GORDON FLESCH CO INC**
Creditor's Name

11/29/2022      $      17.85

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

BIN 88236
Street

MILWAUKEE          WI          53288-0236
City                    State          ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 577

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2301 | GORDON FLESCH CO INC | 11/29/2022 | $ 41.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | BIN 88236 | | | ☐ Services |
| | Street | | | ☐ Other |
| | MILWAUKEE  WI  53288-0236 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2302 | GORDON FLESCH CO INC | 11/29/2022 | $ 114.04 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | BIN 88236 | | | ☐ Services |
| | Street | | | ☐ Other |
| | MILWAUKEE  WI  53288-0236 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2303 | GORDON FLESCH CO INC | 11/29/2022 | $ 127.12 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | BIN 88236 | | | ☐ Services |
| | Street | | | ☐ Other |
| | MILWAUKEE  WI  53288-0236 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2304 | GORDON FLESCH CO INC | 11/29/2022 | $ 166.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | BIN 88236 | | | ☐ Services |
| | Street | | | ☐ Other |
| | MILWAUKEE  WI  53288-0236 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2305 | GORDON FLESCH CO INC | 11/29/2022 | $ | 243.89 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2306 | GORDON FLESCH CO INC | 11/29/2022 | $ | 350.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2307 | GORDON FLESCH CO INC | 11/29/2022 | $ | 431.57 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2308 | GORDON FLESCH CO INC | 11/29/2022 | $ | 451.27 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2309 | GORDON FLESCH CO INC | 11/29/2022 | $ 1,196.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2310 | GORDON FLESCH CO INC | 12/8/2022 | $ 73.14 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2311 | GORDON FLESCH CO INC | 12/8/2022 | $ 207.96 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2312 | GORDON FLESCH CO INC | 1/12/2023 | $ 5.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2313 | GORDON FLESCH CO INC | 1/12/2023 | $ 7.77 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2314 | GORDON FLESCH CO INC | 1/12/2023 | $ 10.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2315 | GORDON FLESCH CO INC | 1/12/2023 | $ 30.65 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2316 | GORDON FLESCH CO INC | 1/12/2023 | $ 49.15 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

**3.2317** GORDON FLESCH CO INC                1/12/2023        $            51.08
Creditor's Name

BIN 88236
Street

MILWAUKEE        WI        53288-0236
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2318** GORDON FLESCH CO INC                1/12/2023        $            55.16
Creditor's Name

BIN 88236
Street

MILWAUKEE        WI        53288-0236
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2319** GORDON FLESCH CO INC                1/12/2023        $            58.62
Creditor's Name

BIN 88236
Street

MILWAUKEE        WI        53288-0236
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2320** GORDON FLESCH CO INC                1/12/2023        $            77.12
Creditor's Name

BIN 88236
Street

MILWAUKEE        WI        53288-0236
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2321 | GORDON FLESCH CO INC | 1/12/2023 | $ 114.45 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2322 | GORDON FLESCH CO INC | 1/12/2023 | $ 119.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2323 | GORDON FLESCH CO INC | 1/12/2023 | $ 158.98 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2324 | GORDON FLESCH CO INC | 1/12/2023 | $ 197.81 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**3.2325** GORDON FLESCH CO INC

Creditor's Name

1/12/2023

$ 219.14

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

BIN 88236

Street

MILWAUKEE          WI          53288-0236

City          State          ZIP Code

Country

**3.2326** GORDON FLESCH CO INC

Creditor's Name

1/12/2023

$ 256.18

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

BIN 88236

Street

MILWAUKEE          WI          53288-0236

City          State          ZIP Code

Country

**3.2327** GORDON FLESCH CO INC

Creditor's Name

1/12/2023

$ 257.71

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

BIN 88236

Street

MILWAUKEE          WI          53288-0236

City          State          ZIP Code

Country

**3.2328** GORDON FLESCH CO INC

Creditor's Name

1/12/2023

$ 267.62

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

BIN 88236

Street

MILWAUKEE          WI          53288-0236

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2329 | GORDON FLESCH CO INC | 1/12/2023 | $ | 364.44 | ☐ | Secured debt |
|--------|----------------------|-----------|---|--------|---|--------------|

Creditor's Name

BIN 88236

Street

☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

MILWAUKEE    WI    53288-0236
City    State    ZIP Code

Country

| 3.2330 | GORDON FLESCH CO INC | 1/12/2023 | $ | 377.34 | ☐ | Secured debt |
|--------|----------------------|-----------|---|--------|---|--------------|

Creditor's Name

BIN 88236

Street

☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

MILWAUKEE    WI    53288-0236
City    State    ZIP Code

Country

| 3.2331 | GORDON FLESCH CO INC | 1/12/2023 | $ | 377.60 | ☐ | Secured debt |
|--------|----------------------|-----------|---|--------|---|--------------|

Creditor's Name

BIN 88236

Street

☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

MILWAUKEE    WI    53288-0236
City    State    ZIP Code

Country

| 3.2332 | GORDON FLESCH CO INC | 1/12/2023 | $ | 393.00 | ☐ | Secured debt |
|--------|----------------------|-----------|---|--------|---|--------------|

Creditor's Name

BIN 88236

Street

☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

MILWAUKEE    WI    53288-0236
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2333 | GORDON FLESCH CO INC | 1/12/2023 | $ 393.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

BIN 88236

Street

☒ Suppliers or vendors

☐ Services

☐ Other

MILWAUKEE    WI    53288-0236
City    State    ZIP Code

Country

| 3.2334 | GORDON FLESCH CO INC | 1/12/2023 | $ 414.85 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

BIN 88236

Street

☒ Suppliers or vendors

☐ Services

☐ Other

MILWAUKEE    WI    53288-0236
City    State    ZIP Code

Country

| 3.2335 | GORDON FLESCH CO INC | 1/12/2023 | $ 577.06 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

BIN 88236

Street

☒ Suppliers or vendors

☐ Services

☐ Other

MILWAUKEE    WI    53288-0236
City    State    ZIP Code

Country

| 3.2336 | GORDON FLESCH CO INC | 1/12/2023 | $ 660.80 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

BIN 88236

Street

☒ Suppliers or vendors

☐ Services

☐ Other

MILWAUKEE    WI    53288-0236
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2337 | GORDON FLESCH CO INC | 1/12/2023 | $ 954.01 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.2338 | GORDON FLESCH CO INC | 1/12/2023 | $ 1,538.91 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.2339 | GORDON FLESCH CO INC | 1/12/2023 | $ 1,698.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.2340 | GORDON FLESCH CO INC | 1/12/2023 | $ 1,698.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2341 | GORDON FLESCH CO INC | 1/12/2023 | $ 1,728.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2342 | GORDON FLESCH CO INC | 1/12/2023 | $ 2,170.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2343 | GORDON FLESCH CO INC | 1/12/2023 | $ 12,966.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2344 | GORDON FLESCH CO INC | 1/31/2023 | $ 1,673.69 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| | | | | |
|---|---|---|---|---|
| 3.2345 | GORDON FLESCH CO INC | 2/13/2023 | $ 25.11 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2346 | GORDON FLESCH CO INC | 2/13/2023 | $ 393.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2347 | GORDON FLESCH CO INC | 2/13/2023 | $ 13,036.12 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | BIN 88236 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MILWAUKEE    WI    53288-0236 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2348 | GOVERNMENT COUNSEL LLC | 1/30/2023 | $ 10,438.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 4 DOCKSIDE LANE #500 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | KEY LARGO    FL    33037 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2349 | GP PHARM SA | 12/29/2022 | $ | 35.89 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Berta Ponsati | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat | | | | ☐ Other |
| | Barcelona 08908 | | | | |
| | City State ZIP Code | | | | |
| | Spain | | | | |
| | Country | | | | |

| 3.2350 | GP PHARM SA | 12/29/2022 | $ | 220.55 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Berta Ponsati | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat | | | | ☐ Other |
| | Barcelona 08908 | | | | |
| | City State ZIP Code | | | | |
| | Spain | | | | |
| | Country | | | | |

| 3.2351 | GP PHARM SA | 12/29/2022 | $ | 426.41 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Berta Ponsati | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat | | | | ☐ Other |
| | Barcelona 08908 | | | | |
| | City State ZIP Code | | | | |
| | Spain | | | | |
| | Country | | | | |

| 3.2352 | GP PHARM SA | 12/29/2022 | $ | 1,069.06 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Berta Ponsati | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat | | | | ☐ Other |
| | Barcelona 08908 | | | | |
| | City State ZIP Code | | | | |
| | Spain | | | | |
| | Country | | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| **3.2353** GP PHARM SA | 12/29/2022 | $ | 4,743.24 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Berta Ponsati | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat | | | | ☐ Other |
| Barcelona                   08908 | | | | |
| City          State          ZIP Code | | | | |
| Spain | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| **3.2354** GP PHARM SA | 12/29/2022 | $ | 7,753.60 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Berta Ponsati | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat | | | | ☐ Other |
| Barcelona                   08908 | | | | |
| City          State          ZIP Code | | | | |
| Spain | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| **3.2355** GP PHARM SA | 12/29/2022 | $ | 28,577.84 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Berta Ponsati | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat | | | | ☐ Other |
| Barcelona                   08908 | | | | |
| City          State          ZIP Code | | | | |
| Spain | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| **3.2356** GP PHARM SA | 12/29/2022 | $ | 207,268.60 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| Berta Ponsati | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat | | | | ☐ Other |
| Barcelona                   08908 | | | | |
| City          State          ZIP Code | | | | |
| Spain | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC      Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2357 | GP PHARM SA | 1/12/2023 | $ 78.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Berta Ponsati | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat | | | ☐ Other |
| | Barcelona     08908 | | | |
| | City   State   ZIP Code | | | |
| | Spain | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2358 | GP PHARM SA | 1/12/2023 | $ 2,309.35 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Berta Ponsati | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat | | | ☐ Other |
| | Barcelona     08908 | | | |
| | City   State   ZIP Code | | | |
| | Spain | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2359 | GP PHARM SA | 1/27/2023 | $ 5,489.12 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Berta Ponsati | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat | | | ☐ Other |
| | Barcelona     08908 | | | |
| | City   State   ZIP Code | | | |
| | Spain | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2360 | GP PHARM SA | 1/27/2023 | $ 13,652.96 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Berta Ponsati | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat | | | ☐ Other |
| | Barcelona     08908 | | | |
| | City   State   ZIP Code | | | |
| | Spain | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.2361 | GP PHARM SA | 1/27/2023 | $ | 161,144.64 | ☐ Secured debt |
|--------|-------------|-----------|---|------------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Berta Ponsati

Street

☒ Suppliers or vendors

Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat

☐ Services

☐ Other

Barcelona          08908

City          State          ZIP Code

Spain

Country

| 3.2362 | GP PHARM SA | 1/27/2023 | $ | 169,308.48 | ☐ Secured debt |
|--------|-------------|-----------|---|------------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Berta Ponsati

Street

☒ Suppliers or vendors

Placa de Europa 9-11, 13th floor, Hospitalet de Llobregat

☐ Services

☐ Other

Barcelona          08908

City          State          ZIP Code

Spain

Country

| 3.2363 | GRAINGER DECATUR | 11/29/2022 | $ | 41.42 | ☐ Secured debt |
|--------|------------------|------------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

Street

☒ Suppliers or vendors

☐ Services

☐ Other

PALATINE          IL          60038-0001

City          State          ZIP Code

Country

| 3.2364 | GRAINGER DECATUR | 11/29/2022 | $ | 53.95 | ☐ Secured debt |
|--------|------------------|------------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

Street

☒ Suppliers or vendors

☐ Services

☐ Other

PALATINE          IL          60038-0001

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2365 | GRAINGER DECATUR<br>Creditor's Name | 11/29/2022 | $ 125.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | DEPT 865497671<br>Street | | | |
| | PALATINE          IL          60038-0001<br>City                State        ZIP Code | | | |
| | Country | | | |
| 3.2366 | GRAINGER DECATUR<br>Creditor's Name | 11/29/2022 | $ 178.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | DEPT 865497671<br>Street | | | |
| | PALATINE          IL          60038-0001<br>City                State        ZIP Code | | | |
| | Country | | | |
| 3.2367 | GRAINGER DECATUR<br>Creditor's Name | 11/29/2022 | $ 196.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | DEPT 865497671<br>Street | | | |
| | PALATINE          IL          60038-0001<br>City                State        ZIP Code | | | |
| | Country | | | |
| 3.2368 | GRAINGER DECATUR<br>Creditor's Name | 11/29/2022 | $ 443.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | DEPT 865497671<br>Street | | | |
| | PALATINE          IL          60038-0001<br>City                State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.2369 | GRAINGER DECATUR | 12/8/2022 | $ | 30.35 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

☑ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE    IL    60038-0001

City    State    ZIP Code

Country

| 3.2370 | GRAINGER DECATUR | 12/8/2022 | $ | 371.66 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

☑ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE    IL    60038-0001

City    State    ZIP Code

Country

| 3.2371 | GRAINGER DECATUR | 1/6/2023 | $ | 19.76 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

☑ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE    IL    60038-0001

City    State    ZIP Code

Country

| 3.2372 | GRAINGER DECATUR | 1/6/2023 | $ | 66.46 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

☑ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE    IL    60038-0001

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.2373** GRAINGER DECATUR                1/6/2023    $         68.91    ☐ Secured debt
Creditor's Name                                                       ☐ Unsecured loan repayments

DEPT 865497671                                                        ☒ Suppliers or vendors
Street                                                                ☐ Services

                                                                     ☐ Other

PALATINE            IL          60038-0001
City                State       ZIP Code

Country

**3.2374** GRAINGER DECATUR                1/6/2023    $         70.13    ☐ Secured debt
Creditor's Name                                                       ☐ Unsecured loan repayments

DEPT 865497671                                                        ☒ Suppliers or vendors
Street                                                                ☐ Services

                                                                     ☐ Other

PALATINE            IL          60038-0001
City                State       ZIP Code

Country

**3.2375** GRAINGER DECATUR                1/6/2023    $         81.32    ☐ Secured debt
Creditor's Name                                                       ☐ Unsecured loan repayments

DEPT 865497671                                                        ☒ Suppliers or vendors
Street                                                                ☐ Services

                                                                     ☐ Other

PALATINE            IL          60038-0001
City                State       ZIP Code

Country

**3.2376** GRAINGER DECATUR                1/6/2023    $        158.53    ☐ Secured debt
Creditor's Name                                                       ☐ Unsecured loan repayments

DEPT 865497671                                                        ☒ Suppliers or vendors
Street                                                                ☐ Services

                                                                     ☐ Other

PALATINE            IL          60038-0001
City                State       ZIP Code

Country

Debtor: Akorn Operating Company LLC    Case number (if known): 23-10255

Name

3.2377  GRAINGER DECATUR    1/6/2023    $    185.30    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

DEPT 865497671    ☒ Suppliers or vendors
Street    ☐ Services
    ☐ Other

PALATINE    IL    60038-0001
City    State    ZIP Code

Country

3.2378  GRAINGER DECATUR    1/6/2023    $    197.46    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

DEPT 865497671    ☒ Suppliers or vendors
Street    ☐ Services
    ☐ Other

PALATINE    IL    60038-0001
City    State    ZIP Code

Country

3.2379  GRAINGER DECATUR    1/6/2023    $    198.77    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

DEPT 865497671    ☒ Suppliers or vendors
Street    ☐ Services
    ☐ Other

PALATINE    IL    60038-0001
City    State    ZIP Code

Country

3.2380  GRAINGER DECATUR    1/6/2023    $    223.13    ☐ Secured debt
Creditor's Name    ☐ Unsecured loan repayments

DEPT 865497671    ☒ Suppliers or vendors
Street    ☐ Services
    ☐ Other

PALATINE    IL    60038-0001
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.2381  GRAINGER DECATUR
Creditor's Name

DEPT 865497671
Street

PALATINE          IL          60038-0001
City                State        ZIP Code

Country

1/6/2023          $          350.34

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2382  GRAINGER DECATUR
Creditor's Name

DEPT 865497671
Street

PALATINE          IL          60038-0001
City                State        ZIP Code

Country

1/6/2023          $          679.07

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2383  GRAINGER DECATUR
Creditor's Name

DEPT 865497671
Street

PALATINE          IL          60038-0001
City                State        ZIP Code

Country

1/6/2023          $          682.34

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2384  GRAINGER DECATUR
Creditor's Name

DEPT 865497671
Street

PALATINE          IL          60038-0001
City                State        ZIP Code

Country

1/6/2023          $          836.38

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2385 | GRAINGER DECATUR | 1/6/2023 | $ 878.52 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | DEPT 865497671 | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | PALATINE    IL    60038-0001 | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2386 | GRAINGER DECATUR | 1/6/2023 | $ 1,863.07 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | DEPT 865497671 | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | PALATINE    IL    60038-0001 | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2387 | GRAINGER DECATUR | 1/12/2023 | $ 29.39 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | DEPT 865497671 | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | PALATINE    IL    60038-0001 | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2388 | GRAINGER DECATUR | 1/12/2023 | $ 154.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | DEPT 865497671 | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | PALATINE    IL    60038-0001 | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                                    Case number (if known):    23-10255

Name

3.2389  GRAINGER DECATUR                    1/12/2023        $            324.74        ☐  Secured debt
        Creditor's Name                                                                 ☐  Unsecured loan repayments

        DEPT 865497671                                                                   ☒  Suppliers or vendors
        Street                                                                          ☐  Services

                                                                                        ☐  Other

        PALATINE          IL        60038-0001
        City              State     ZIP Code

        Country

3.2390  GRAINGER DECATUR                    1/12/2023        $            407.32        ☐  Secured debt
        Creditor's Name                                                                 ☐  Unsecured loan repayments

        DEPT 865497671                                                                   ☒  Suppliers or vendors
        Street                                                                          ☐  Services

                                                                                        ☐  Other

        PALATINE          IL        60038-0001
        City              State     ZIP Code

        Country

3.2391  GRAINGER DECATUR                    1/12/2023        $            700.68        ☐  Secured debt
        Creditor's Name                                                                 ☐  Unsecured loan repayments

        DEPT 865497671                                                                   ☒  Suppliers or vendors
        Street                                                                          ☐  Services

                                                                                        ☐  Other

        PALATINE          IL        60038-0001
        City              State     ZIP Code

        Country

3.2392  GRAINGER DECATUR                    1/31/2023        $             26.90        ☐  Secured debt
        Creditor's Name                                                                 ☐  Unsecured loan repayments

        DEPT 865497671                                                                   ☒  Suppliers or vendors
        Street                                                                          ☐  Services

                                                                                        ☐  Other

        PALATINE          IL        60038-0001
        City              State     ZIP Code

        Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.2393 | GRAINGER DECATUR | 1/31/2023 | $ 55.11 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | DEPT 865497671 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | PALATINE  IL  60038-0001 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |
| 3.2394 | GRAINGER DECATUR | 1/31/2023 | $ 142.21 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | DEPT 865497671 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | PALATINE  IL  60038-0001 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |
| 3.2395 | GRAINGER DECATUR | 1/31/2023 | $ 278.49 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | DEPT 865497671 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | PALATINE  IL  60038-0001 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |
| 3.2396 | GRAINGER DECATUR | 1/31/2023 | $ 513.23 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | DEPT 865497671 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | PALATINE  IL  60038-0001 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.2397 | GRAINGER DECATUR | 1/31/2023 | $ | 652.51 | ☐ Secured debt |
|--------|------------------|-----------|---|--------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE          IL          60038-0001
City          State          ZIP Code

Country

| 3.2398 | GRAINGER DECATUR | 1/31/2023 | $ | 811.98 | ☐ Secured debt |
|--------|------------------|-----------|---|--------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE          IL          60038-0001
City          State          ZIP Code

Country

| 3.2399 | GRAINGER DECATUR | 1/31/2023 | $ | 1,117.30 | ☐ Secured debt |
|--------|------------------|-----------|---|----------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE          IL          60038-0001
City          State          ZIP Code

Country

| 3.2400 | GRAINGER DECATUR | 2/8/2023 | $ | 99.66 | ☐ Secured debt |
|--------|------------------|----------|---|-------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE          IL          60038-0001
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2401 | GRAINGER DECATUR | 2/8/2023 | $ 979.94 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT 865497671 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60038-0001 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2402 | GRAINGER DECATUR | 2/13/2023 | $ 29.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT 865497671 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60038-0001 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2403 | GRAINGER DECATUR | 2/13/2023 | $ 2,052.39 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT 865497671 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60038-0001 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2404 | GRAINGER HI-TECH | 11/29/2022 | $ 147.03 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT 865497671 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE    IL    60038-0001 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2405 | GRAINGER HI-TECH | 11/29/2022 | $ | 235.33 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE    IL    60038-0001

City    State    ZIP Code

Country

| 3.2406 | GRAINGER HI-TECH | 11/29/2022 | $ | 254.45 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE    IL    60038-0001

City    State    ZIP Code

Country

| 3.2407 | GRAINGER HI-TECH | 11/29/2022 | $ | 413.08 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE    IL    60038-0001

City    State    ZIP Code

Country

| 3.2408 | GRAINGER HI-TECH | 11/29/2022 | $ | 540.04 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PALATINE    IL    60038-0001

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2409 | GRAINGER HI-TECH | 11/29/2022 | $ 1,308.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | DEPT 865497671 | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | PALATINE    IL    60038-0001 | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2410 | GRAINGER HI-TECH | 11/29/2022 | $ 3,652.14 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | DEPT 865497671 | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | PALATINE    IL    60038-0001 | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2411 | GRAINGER HI-TECH | 11/29/2022 | $ 6,396.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | DEPT 865497671 | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | PALATINE    IL    60038-0001 | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2412 | GRAINGER HI-TECH | 12/8/2022 | $ 48.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | DEPT 865497671 | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | PALATINE    IL    60038-0001 | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | Country | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| 3.2413 | GRAINGER HI-TECH | 12/8/2022 | $ | 229.86 | ☐ Secured debt |
|--------|------------------|-----------|---|--------|----------------|

Creditor's Name

DEPT 865497671

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| PALATINE | IL | 60038-0001 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

| 3.2414 | GRAINGER HI-TECH | 12/8/2022 | $ | 234.24 | ☐ Secured debt |
|--------|------------------|-----------|---|--------|----------------|

Creditor's Name

DEPT 865497671

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| PALATINE | IL | 60038-0001 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

| 3.2415 | GRAINGER HI-TECH | 12/8/2022 | $ | 359.30 | ☐ Secured debt |
|--------|------------------|-----------|---|--------|----------------|

Creditor's Name

DEPT 865497671

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| PALATINE | IL | 60038-0001 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

| 3.2416 | GRAINGER HI-TECH | 12/8/2022 | $ | 459.89 | ☐ Secured debt |
|--------|------------------|-----------|---|--------|----------------|

Creditor's Name

DEPT 865497671

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| PALATINE | IL | 60038-0001 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| 3.2417 | GRAINGER HI-TECH | 12/8/2022 | $ | 2,255.13 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671
Street

☒ Suppliers or vendors

☐ Services

☐ Other

PALATINE        IL        60038-0001
City        State        ZIP Code

Country

---

| 3.2418 | GRAINGER HI-TECH | 12/8/2022 | $ | 11,029.57 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671
Street

☒ Suppliers or vendors

☐ Services

☐ Other

PALATINE        IL        60038-0001
City        State        ZIP Code

Country

---

| 3.2419 | GRAINGER HI-TECH | 1/6/2023 | $ | 29.60 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671
Street

☒ Suppliers or vendors

☐ Services

☐ Other

PALATINE        IL        60038-0001
City        State        ZIP Code

Country

---

| 3.2420 | GRAINGER HI-TECH | 1/6/2023 | $ | 94.84 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 865497671
Street

☒ Suppliers or vendors

☐ Services

☐ Other

PALATINE        IL        60038-0001
City        State        ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| 3.2421 | GRAINGER HI-TECH | 1/6/2023 | $ | 129.09 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

DEPT 865497671
☒ Suppliers or vendors

Street
☐ Services

☐ Other

PALATINE      IL      60038-0001
City          State   ZIP Code

Country

| 3.2422 | GRAINGER HI-TECH | 1/6/2023 | $ | 142.71 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

DEPT 865497671
☒ Suppliers or vendors

Street
☐ Services

☐ Other

PALATINE      IL      60038-0001
City          State   ZIP Code

Country

| 3.2423 | GRAINGER HI-TECH | 1/6/2023 | $ | 160.08 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

DEPT 865497671
☒ Suppliers or vendors

Street
☐ Services

☐ Other

PALATINE      IL      60038-0001
City          State   ZIP Code

Country

| 3.2424 | GRAINGER HI-TECH | 1/6/2023 | $ | 382.12 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name
☐ Unsecured loan repayments

DEPT 865497671
☒ Suppliers or vendors

Street
☐ Services

☐ Other

PALATINE      IL      60038-0001
City          State   ZIP Code

Country

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 608

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2425**  GRAINGER HI-TECH          1/6/2023          $          441.10
Creditor's Name

DEPT 865497671
Street

PALATINE          IL          60038-0001
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.2426**  GRAINGER HI-TECH          1/6/2023          $          537.18
Creditor's Name

DEPT 865497671
Street

PALATINE          IL          60038-0001
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.2427**  GRAINGER HI-TECH          1/6/2023          $          573.54
Creditor's Name

DEPT 865497671
Street

PALATINE          IL          60038-0001
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.2428**  GRAINGER HI-TECH          1/6/2023          $          803.52
Creditor's Name

DEPT 865497671
Street

PALATINE          IL          60038-0001
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

3.2429  GRAINGER HI-TECH

Creditor's Name

DEPT 865497671

Street

PALATINE          IL          60038-0001
City               State        ZIP Code

Country

1/6/2023          $          970.59

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2430  GRAINGER HI-TECH

Creditor's Name

DEPT 865497671

Street

PALATINE          IL          60038-0001
City               State        ZIP Code

Country

1/6/2023          $          1,582.78

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2431  GRAINGER HI-TECH

Creditor's Name

DEPT 865497671

Street

PALATINE          IL          60038-0001
City               State        ZIP Code

Country

1/6/2023          $          2,200.84

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2432  GRAINGER HI-TECH

Creditor's Name

DEPT 865497671

Street

PALATINE          IL          60038-0001
City               State        ZIP Code

Country

1/12/2023          $          5.25

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2433 | GRAINGER HI-TECH | 1/12/2023 | $ | 47.78 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT 865497671
Street

PALATINE                IL                60038-0001
City                State                ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2434 | GRAINGER HI-TECH | 1/12/2023 | $ | 87.92 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT 865497671
Street

PALATINE                IL                60038-0001
City                State                ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2435 | GRAINGER HI-TECH | 1/12/2023 | $ | 94.84 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT 865497671
Street

PALATINE                IL                60038-0001
City                State                ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2436 | GRAINGER HI-TECH | 1/12/2023 | $ | 176.29 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT 865497671
Street

PALATINE                IL                60038-0001
City                State                ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2437 | GRAINGER HI-TECH | 1/12/2023 | $ 264.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT 865497671 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE        IL        60038-0001 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2438 | GRAINGER HI-TECH | 1/12/2023 | $ 320.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT 865497671 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE        IL        60038-0001 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2439 | GRAINGER HI-TECH | 1/12/2023 | $ 2,241.99 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT 865497671 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE        IL        60038-0001 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2440 | GRAINGER HI-TECH | 1/31/2023 | $ 142.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT 865497671 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PALATINE        IL        60038-0001 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

**3.2441**  GRAINGER HI-TECH

Creditor's Name

DEPT 865497671

Street

PALATINE          IL          60038-0001

City                    State         ZIP Code

Country

1/31/2023          $                243.54

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.2442**  GRAINGER HI-TECH

Creditor's Name

DEPT 865497671

Street

PALATINE          IL          60038-0001

City                    State         ZIP Code

Country

1/31/2023          $                425.69

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.2443**  GRAINGER HI-TECH

Creditor's Name

DEPT 865497671

Street

PALATINE          IL          60038-0001

City                    State         ZIP Code

Country

1/31/2023          $                451.90

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.2444**  GRAINGER HI-TECH

Creditor's Name

DEPT 865497671

Street

PALATINE          IL          60038-0001

City                    State         ZIP Code

Country

1/31/2023          $                505.54

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.2445 GRAINGER HI-TECH | 1/31/2023 | $ 925.04 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| DEPT 865497671 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| PALATINE    IL    60038-0001 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.2446 GRAINGER HI-TECH | 1/31/2023 | $ 926.14 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| DEPT 865497671 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| PALATINE    IL    60038-0001 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.2447 GRAINGER HI-TECH | 1/31/2023 | $ 942.11 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| DEPT 865497671 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| PALATINE    IL    60038-0001 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.2448 GRAINGER HI-TECH | 1/31/2023 | $ 1,124.43 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| DEPT 865497671 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| PALATINE    IL    60038-0001 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**3.2449  GRAINGER HI-TECH**
Creditor's Name

1/31/2023

$  4,485.81

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEPT 865497671
Street

PALATINE          IL          60038-0001
City               State        ZIP Code

Country

**3.2450  GRAINGER HI-TECH**
Creditor's Name

2/8/2023

$  255.66

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEPT 865497671
Street

PALATINE          IL          60038-0001
City               State        ZIP Code

Country

**3.2451  GRAINGER HI-TECH**
Creditor's Name

2/8/2023

$  483.68

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEPT 865497671
Street

PALATINE          IL          60038-0001
City               State        ZIP Code

Country

**3.2452  GRAINGER HI-TECH**
Creditor's Name

2/8/2023

$  1,467.73

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEPT 865497671
Street

PALATINE          IL          60038-0001
City               State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2453  GRAINGER HI-TECH**
Creditor's Name

2/13/2023    $    94.84

DEPT 865497671
Street

PALATINE    IL    60038-0001
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2454  GRAINGER HI-TECH**
Creditor's Name

2/13/2023    $    601.86

DEPT 865497671
Street

PALATINE    IL    60038-0001
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2455  GRAINGER HI-TECH**
Creditor's Name

2/13/2023    $    1,723.14

DEPT 865497671
Street

PALATINE    IL    60038-0001
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2456  GRANT THORNTON LLP**
Creditor's Name

11/29/2022    $    1,500.00

33562 TREASURY CENTER
Street

CHICAGO    IL    60694-3500
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2457 | **GRANT THORNTON LLP** | 11/29/2022 | $    1,560.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 33562 TREASURY CENTER | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | CHICAGO       IL       60694-3500 | | | |
| | City       State       ZIP Code | | | |
| | | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2458 | **GRANT THORNTON LLP** | 11/29/2022 | $    7,684.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 33562 TREASURY CENTER | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | CHICAGO       IL       60694-3500 | | | |
| | City       State       ZIP Code | | | |
| | | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2459 | **GRANT THORNTON LLP** | 11/29/2022 | $    15,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 33562 TREASURY CENTER | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | CHICAGO       IL       60694-3500 | | | |
| | City       State       ZIP Code | | | |
| | | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2460 | **GRANT THORNTON LLP** | 11/29/2022 | $    15,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 33562 TREASURY CENTER | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | CHICAGO       IL       60694-3500 | | | |
| | City       State       ZIP Code | | | |
| | | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| 3.2461 | GRANT THORNTON LLP | 11/29/2022 | $ 17,821.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 33562 TREASURY CENTER | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60694-3500 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.2462 | GRANT THORNTON LLP | 11/29/2022 | $ 20,347.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 33562 TREASURY CENTER | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60694-3500 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.2463 | GRANT THORNTON LLP | 11/29/2022 | $ 27,500.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 33562 TREASURY CENTER | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60694-3500 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.2464 | GRANT THORNTON LLP | 11/29/2022 | $ 58,916.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 33562 TREASURY CENTER | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60694-3500 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2465 | GRANT THORNTON LLP | 11/29/2022 | $ 82,487.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 33562 TREASURY CENTER | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60694-3500 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2466 | GRANT THORNTON LLP | 1/5/2023 | $ 4,409.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 33562 TREASURY CENTER | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60694-3500 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2467 | GRANT THORNTON LLP | 1/5/2023 | $ 6,303.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 33562 TREASURY CENTER | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60694-3500 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2468 | GRANT THORNTON LLP | 1/5/2023 | $ 15,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 33562 TREASURY CENTER | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60694-3500 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 619

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2469** GRANT THORNTON LLP

Creditor's Name

33562 TREASURY CENTER

Street

CHICAGO    IL    60694-3500

City    State    ZIP Code

Country

1/5/2023    $    211,402.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2470** GRANT THORNTON LLP

Creditor's Name

33562 TREASURY CENTER

Street

CHICAGO    IL    60694-3500

City    State    ZIP Code

Country

1/12/2023    $    17,500.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2471** GUIDEPOINT SECURITY -REMIT

Creditor's Name

PO BOX 844716

Street

BOSTON    MA    02284-4716

City    State    ZIP Code

Country

12/8/2022    $    56,494.26

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2472** GUIDEPOINT SECURITY -REMIT

Creditor's Name

PO BOX 844716

Street

BOSTON    MA    02284-4716

City    State    ZIP Code

Country

1/31/2023    $    91,630.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 620

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

**3.2473** GUIDEPOINT SECURITY -REMIT

Creditor's Name

PO BOX 844716

Street

BOSTON          MA          02284-4716

City          State          ZIP Code

Country

2/13/2023          $          43,120.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2474** GURUNATH PADGAONKAR

Creditor's Name

324 Rustay Court

Street

South Plainfield          NJ          07080

City          State          ZIP Code

Country

2/8/2023          $          5,400.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2475** Gurunath Padgaonkar

Creditor's Name

Address On File

Street

City          State          ZIP Code

Country

2/23/2023          $          15,660.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☒ Other          Consulting services

**3.2476** H R STEWART INC

Creditor's Name

52 W CRYSTAL ST

Street

ATTN SHEILA LUCCHETTI

CARY          IL          60013

City          State          ZIP Code

Country

11/29/2022          $          2,680.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2477 | H R STEWART INC | 1/31/2023 | $ | 431.19 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 52 W CRYSTAL ST | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | ATTN SHEILA LUCCHETTI | | | | | ☐ Other |
| | CARY   IL   60013 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.2478 | H R STEWART INC | 1/31/2023 | $ | 455.00 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 52 W CRYSTAL ST | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | ATTN SHEILA LUCCHETTI | | | | | ☐ Other |
| | CARY   IL   60013 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.2479 | H R STEWART INC | 1/31/2023 | $ | 510.00 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 52 W CRYSTAL ST | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | ATTN SHEILA LUCCHETTI | | | | | ☐ Other |
| | CARY   IL   60013 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.2480 | H R STEWART INC | 1/31/2023 | $ | 2,072.00 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 52 W CRYSTAL ST | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | ATTN SHEILA LUCCHETTI | | | | | ☐ Other |
| | CARY   IL   60013 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.2481  H R STEWART INC
Creditor's Name

52 W CRYSTAL ST
Street

ATTN SHEILA LUCCHETTI

CARY          IL        60013
City          State     ZIP Code

Country

1/31/2023      $          4,222.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2482  HAUPT PHARMA -R&D ONLY
Creditor's Name

PFAFFENREIDERSTRASSE 5
Street

WOLFRATSHAUSEN          82515
City          State     ZIP Code

GERMANY
Country

2/7/2023       $         22,051.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2483  HEALTHCHECK360
Creditor's Name

800 MAIN ST
Street

DUBUQUE        IA        52001
City          State     ZIP Code

Country

11/29/2022     $          7,667.25

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2484  HEALTHCHECK360
Creditor's Name

800 MAIN ST
Street

DUBUQUE        IA        52001
City          State     ZIP Code

Country

12/22/2022     $          7,162.27

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2485** HEALTHCHECK360
Creditor's Name

800 MAIN ST
Street

DUBUQUE        IA        52001
City        State        ZIP Code

Country

| 12/22/2022 | $ | 72,330.00 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2486** HEALTHCHECK360
Creditor's Name

800 MAIN ST
Street

DUBUQUE        IA        52001
City        State        ZIP Code

Country

| 1/12/2023 | $ | 6,993.93 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2487** HEALTHY BLUE MCO
Creditor's Name

PO BOX 935889
Street

ATTN NC HEALTHY BLUE MCO

ATLANTA        GA        31193-5889
City        State        ZIP Code

Country

| 11/29/2022 | $ | (1.12) |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2488** HEALTHY BLUE MCO
Creditor's Name

PO BOX 935889
Street

ATTN NC HEALTHY BLUE MCO

ATLANTA        GA        31193-5889
City        State        ZIP Code

Country

| 11/29/2022 | $ | 26.23 |

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.2489 | HEALTHY BLUE MCO | 11/29/2022 | $ | 69.58 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 935889 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN NC HEALTHY BLUE MCO | | | | ☐ Other |
| | ATLANTA        GA        31193-5889 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2490 | HEALTHY BLUE MCO | 11/29/2022 | $ | 3,735.41 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 935889 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN NC HEALTHY BLUE MCO | | | | ☐ Other |
| | ATLANTA        GA        31193-5889 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2491 | HEALTHY BLUE MCO | 11/29/2022 | $ | 30,229.96 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 935889 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN NC HEALTHY BLUE MCO | | | | ☐ Other |
| | ATLANTA        GA        31193-5889 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2492 | HENDERSON CONSTRUCTORS INC | 1/19/2023 | $ | 321,208.29 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 350 E BUTLER AVENUE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW BRITAIN        PA        18901 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

**3.2493**  HERITAGE WELCH -REMIT          11/29/2022      $            4,047.75
Creditor's Name

PO BOX 856421
Street

MINNEAPOLIS          MN          55485-6421
City                  State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2494**  HERITAGE WELCH -REMIT          11/29/2022      $            6,865.50
Creditor's Name

PO BOX 856421
Street

MINNEAPOLIS          MN          55485-6421
City                  State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2495**  HERITAGE WELCH -REMIT          1/12/2023      $             864.00
Creditor's Name

PO BOX 856421
Street

MINNEAPOLIS          MN          55485-6421
City                  State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2496**  HERITAGE WELCH -REMIT          1/12/2023      $            1,387.73
Creditor's Name

PO BOX 856421
Street

MINNEAPOLIS          MN          55485-6421
City                  State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2497 | HERITAGE WELCH -REMIT | 1/12/2023 | $ 1,871.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 856421 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MINNEAPOLIS   MN   55485-6421 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2498 | HERITAGE WELCH -REMIT | 1/12/2023 | $ 4,342.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 856421 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MINNEAPOLIS   MN   55485-6421 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2499 | HERITAGE WELCH -REMIT | 1/12/2023 | $ 4,853.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 856421 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MINNEAPOLIS   MN   55485-6421 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2500 | HERITAGE WELCH -REMIT | 1/12/2023 | $ 16,600.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 856421 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MINNEAPOLIS   MN   55485-6421 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   Page 627

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

**3.2501** HERITAGE WELCH -REMIT

Creditor's Name

PO BOX 856421

Street

MINNEAPOLIS   MN   55485-6421

City   State   ZIP Code

Country

1/31/2023   $   2,151.60

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2502** HERITAGE WELCH -REMIT

Creditor's Name

PO BOX 856421

Street

MINNEAPOLIS   MN   55485-6421

City   State   ZIP Code

Country

1/31/2023   $   2,744.28

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2503** HERITAGE WELCH -REMIT

Creditor's Name

PO BOX 856421

Street

MINNEAPOLIS   MN   55485-6421

City   State   ZIP Code

Country

2/13/2023   $   2,916.85

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2504** HI-MCO

Creditor's Name

HAWAII MEDICAID DRUG REBATES

Street

CONDUENT STATE HEALTHCARE LLC, PO BOX 1480

HONOLULU   HI   96806-1480

City   State   ZIP Code

Country

12/22/2022   $   0.14

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2505 | HI-MCO | 12/22/2022 | $ 0.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | HAWAII MEDICAID DRUG REBATES | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | CONDUENT STATE HEALTHCARE LLC, PO BOX 1480 | | | ☐ Other |
| | HONOLULU    HI    96806-1480 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2506 | HI-MCO | 12/22/2022 | $ 2.26 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | HAWAII MEDICAID DRUG REBATES | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | CONDUENT STATE HEALTHCARE LLC, PO BOX 1480 | | | ☐ Other |
| | HONOLULU    HI    96806-1480 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2507 | HI-MCO | 12/22/2022 | $ 867.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | HAWAII MEDICAID DRUG REBATES | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | CONDUENT STATE HEALTHCARE LLC, PO BOX 1480 | | | ☐ Other |
| | HONOLULU    HI    96806-1480 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2508 | HI-MCO | 12/22/2022 | $ 11,873.01 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | HAWAII MEDICAID DRUG REBATES | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | CONDUENT STATE HEALTHCARE LLC, PO BOX 1480 | | | ☐ Other |
| | HONOLULU    HI    96806-1480 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                                    Case number *(if known):*    23-10255

Name

3.2509  HOLLAND APPLIED TECHNOLOGIES INC          11/29/2022        $          219.11        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

7050 HIGH GROVE BLVD                                                                            ☒  Suppliers or vendors
Street                                                                                          ☐  Services

                                                                                               ☐  Other

BURR RIDGE            IL          60527
City                  State       ZIP Code

Country

3.2510  HOLLAND APPLIED TECHNOLOGIES INC          11/29/2022        $          247.47        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

7050 HIGH GROVE BLVD                                                                            ☒  Suppliers or vendors
Street                                                                                          ☐  Services

                                                                                               ☐  Other

BURR RIDGE            IL          60527
City                  State       ZIP Code

Country

3.2511  HOLLAND APPLIED TECHNOLOGIES INC          11/29/2022        $        1,367.07        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

7050 HIGH GROVE BLVD                                                                            ☒  Suppliers or vendors
Street                                                                                          ☐  Services

                                                                                               ☐  Other

BURR RIDGE            IL          60527
City                  State       ZIP Code

Country

3.2512  HOLLAND APPLIED TECHNOLOGIES INC          11/29/2022        $        1,524.60        ☐  Secured debt
Creditor's Name                                                                                 ☐  Unsecured loan repayments

7050 HIGH GROVE BLVD                                                                            ☒  Suppliers or vendors
Street                                                                                          ☐  Services

                                                                                               ☐  Other

BURR RIDGE            IL          60527
City                  State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

3.2513  HOLLAND APPLIED TECHNOLOGIES INC      11/29/2022      $        2,307.00
Creditor's Name

7050 HIGH GROVE BLVD
Street

BURR RIDGE          IL          60527
City          State          ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.2514  HOLLAND APPLIED TECHNOLOGIES INC      11/29/2022      $        8,000.00
Creditor's Name

7050 HIGH GROVE BLVD
Street

BURR RIDGE          IL          60527
City          State          ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.2515  HOLLAND APPLIED TECHNOLOGIES INC      12/8/2022      $        2,000.00
Creditor's Name

7050 HIGH GROVE BLVD
Street

BURR RIDGE          IL          60527
City          State          ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.2516  HOLLAND APPLIED TECHNOLOGIES INC      12/8/2022      $        41,683.20
Creditor's Name

7050 HIGH GROVE BLVD
Street

BURR RIDGE          IL          60527
City          State          ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                Page 631

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2517 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ 185.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BURR RIDGE    IL    60527 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2518 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ 280.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BURR RIDGE    IL    60527 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2519 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ 282.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BURR RIDGE    IL    60527 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2520 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ 362.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BURR RIDGE    IL    60527 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.2521 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ | 742.41 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BURR RIDGE        IL        60527 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2522 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ | 829.75 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BURR RIDGE        IL        60527 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2523 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ | 832.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BURR RIDGE        IL        60527 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2524 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ | 1,086.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | BURR RIDGE        IL        60527 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| 3.2525 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ | 1,102.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BURR RIDGE        IL        60527 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2526 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ | 1,138.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BURR RIDGE        IL        60527 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2527 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ | 2,478.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BURR RIDGE        IL        60527 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2528 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ | 3,087.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BURR RIDGE        IL        60527 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2529 | HOLLAND APPLIED TECHNOLOGIES INC | 1/6/2023 | $ | 19,619.04 |

Creditor's Name

7050 HIGH GROVE BLVD

Street

BURR RIDGE      IL      60527
City      State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | | |
|---|---|---|---|---|
| 3.2530 | HOLLAND APPLIED TECHNOLOGIES INC | 1/12/2023 | $ | 3,440.00 |

Creditor's Name

7050 HIGH GROVE BLVD

Street

BURR RIDGE      IL      60527
City      State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | | |
|---|---|---|---|---|
| 3.2531 | HOLLAND APPLIED TECHNOLOGIES INC | 1/12/2023 | $ | 4,482.00 |

Creditor's Name

7050 HIGH GROVE BLVD

Street

BURR RIDGE      IL      60527
City      State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | | |
|---|---|---|---|---|
| 3.2532 | HOLLAND APPLIED TECHNOLOGIES INC | 1/12/2023 | $ | 11,555.70 |

Creditor's Name

7050 HIGH GROVE BLVD

Street

BURR RIDGE      IL      60527
City      State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.2533 | HOLLAND APPLIED TECHNOLOGIES INC | 1/31/2023 | $ | 3,045.60 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BURR RIDGE          IL          60527 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2534 | HOLLAND APPLIED TECHNOLOGIES INC | 2/8/2023 | $ | 121.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BURR RIDGE          IL          60527 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2535 | HOLLAND APPLIED TECHNOLOGIES INC | 2/8/2023 | $ | 438.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BURR RIDGE          IL          60527 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2536 | HOLLAND APPLIED TECHNOLOGIES INC | 2/13/2023 | $ | 4,027.63 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 7050 HIGH GROVE BLVD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BURR RIDGE          IL          60527 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 636

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2537 | HRLM CONSULTING LLC | 12/8/2022 | $ | 24,000.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 20 OVERTON RD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | OSSINING    NY    10562 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2538 | HRLM CONSULTING LLC | 12/15/2022 | $ | 16,800.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 20 OVERTON RD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | OSSINING    NY    10562 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2539 | HRLM CONSULTING LLC | 1/3/2023 | $ | 17,600.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 20 OVERTON RD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | OSSINING    NY    10562 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2540 | HRLM CONSULTING LLC | 1/26/2023 | $ | 17,600.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 20 OVERTON RD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | OSSINING    NY    10562 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.2541 | HRLM CONSULTING LLC | 2/13/2023 | $ | 16,000.00 |
|--------|---------------------|-----------|---|-----------|

Creditor's Name

20 OVERTON RD
Street

| OSSINING | NY | 10562 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.2542 | HUDSON VALLEY PLASTICS (FORMER PIETRYKA) | 1/12/2023 | $ | 6,106.00 |
|--------|------------------------------------------|-----------|---|----------|

Creditor's Name

85 CHARLES COLMAN BLVD
Street

| PAWLING | NY | 12564 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.2543 | HUDSON VALLEY PLASTICS (FORMER PIETRYKA) | 1/12/2023 | $ | 9,159.00 |
|--------|------------------------------------------|-----------|---|----------|

Creditor's Name

85 CHARLES COLMAN BLVD
Street

| PAWLING | NY | 12564 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.2544 | HUDSON VALLEY PLASTICS (FORMER PIETRYKA) | 1/19/2023 | $ | 9,159.00 |
|--------|------------------------------------------|-----------|---|----------|

Creditor's Name

85 CHARLES COLMAN BLVD
Street

| PAWLING | NY | 12564 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

| | | | |
|---|---|---|---|
| | Name | | |

**3.2545** HUDSON VALLEY PLASTICS (FORMER PIETRYKA)
Creditor's Name

1/31/2023    $    9,159.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

85 CHARLES COLMAN BLVD
Street

PAWLING          NY          12564
City             State       ZIP Code

Country

**3.2546** IA-MCO
Creditor's Name

12/22/2022    $    7.39

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 850195
Street

MINNEAPOLIS      MN          55485-0195
City             State       ZIP Code

Country

**3.2547** IA-MCO
Creditor's Name

12/22/2022    $    3,053.55

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 850195
Street

MINNEAPOLIS      MN          55485-0195
City             State       ZIP Code

Country

**3.2548** IA-MCO
Creditor's Name

12/22/2022    $    23,047.18

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 850195
Street

MINNEAPOLIS      MN          55485-0195
City             State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.2549 ICON (FORMERLY OPTUMINSIGHT 10-15)    11/29/2022    $    11,914.23
Creditor's Name

4 INNOVATION DRIVE
Street

DUNDAS          ON        L9H 7P3
City            State     ZIP Code

CANADA
Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2550 ICON (FORMERLY OPTUMINSIGHT 10-15)    1/12/2023    $    179.91
Creditor's Name

4 INNOVATION DRIVE
Street

DUNDAS          ON        L9H 7P3
City            State     ZIP Code

CANADA
Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2551 ICON (FORMERLY OPTUMINSIGHT 10-15)    1/12/2023    $    9,372.27
Creditor's Name

4 INNOVATION DRIVE
Street

DUNDAS          ON        L9H 7P3
City            State     ZIP Code

CANADA
Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2552 ID-MEDICAID    12/22/2022    $    (168.31)
Creditor's Name

DOH AND WELFARE
Street

11013 W BROAD STREET SUITE 500, ATTN ID
MEDI REBATE PROGRAM

GLEN ALLEN       VA        23060
City            State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2553** ID-MEDICAID

Creditor's Name

12/22/2022    $    (1.06)

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

DOH AND WELFARE

Street

11013 W BROAD STREET SUITE 500, ATTN ID
MEDI REBATE PROGRAM

GLEN ALLEN    VA    23060

City    State    ZIP Code

Country

**3.2554** ID-MEDICAID

Creditor's Name

12/22/2022    $    (0.53)

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

DOH AND WELFARE

Street

11013 W BROAD STREET SUITE 500, ATTN ID
MEDI REBATE PROGRAM

GLEN ALLEN    VA    23060

City    State    ZIP Code

Country

**3.2555** ID-MEDICAID

Creditor's Name

12/22/2022    $    12,343.89

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

DOH AND WELFARE

Street

11013 W BROAD STREET SUITE 500, ATTN ID
MEDI REBATE PROGRAM

GLEN ALLEN    VA    23060

City    State    ZIP Code

Country

**3.2556** IES ENGINEERS

Creditor's Name

11/28/2022    $    (9,777.24)

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

1720 WALTON ROAD

Street

BLUE BELL    PA    19422

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.2557 | IES ENGINEERS | 11/28/2022 | $ | 9,777.24 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1720 WALTON ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

BLUE BELL          PA          19422

City          State          ZIP Code

Country

| 3.2558 | IES ENGINEERS | 12/8/2022 | $ | 3,075.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1720 WALTON ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

BLUE BELL          PA          19422

City          State          ZIP Code

Country

| 3.2559 | IES ENGINEERS | 12/8/2022 | $ | 6,185.38 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1720 WALTON ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

BLUE BELL          PA          19422

City          State          ZIP Code

Country

| 3.2560 | IES ENGINEERS | 12/8/2022 | $ | 9,777.24 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1720 WALTON ROAD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

BLUE BELL          PA          19422

City          State          ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 642

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| **3.2561** | IES ENGINEERS | 1/6/2023 | $ | 4,400.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1720 WALTON ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BLUE BELL          PA          19422 | | | | |
| | City                    State       ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **3.2562** | IES ENGINEERS | 1/6/2023 | $ | 5,250.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1720 WALTON ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BLUE BELL          PA          19422 | | | | |
| | City                    State       ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **3.2563** | IES ENGINEERS | 1/6/2023 | $ | 11,651.90 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1720 WALTON ROAD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BLUE BELL          PA          19422 | | | | |
| | City                    State       ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **3.2564** | IL-MCO | 12/22/2022 | $ | (1,284.91) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT HLTH & FML SRV RECOV UNIT/DPR | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 19107 | | | | ☐ Other |
| | SPRINGFIELD          IL          62794-9107 | | | | |
| | City                    State       ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2565 | IL-MCO | 12/22/2022 | $ (167.04) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT HLTH & FML SRV RECOV UNIT/DPR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 19107 | | | ☐ Other |

SPRINGFIELD    IL    62794-9107
City    State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2566 | IL-MCO | 12/22/2022 | $ (146.68) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT HLTH & FML SRV RECOV UNIT/DPR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 19107 | | | ☐ Other |

SPRINGFIELD    IL    62794-9107
City    State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2567 | IL-MCO | 12/22/2022 | $ (139.48) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT HLTH & FML SRV RECOV UNIT/DPR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 19107 | | | ☐ Other |

SPRINGFIELD    IL    62794-9107
City    State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2568 | IL-MCO | 12/22/2022 | $ 34,818.85 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT HLTH & FML SRV RECOV UNIT/DPR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 19107 | | | ☐ Other |

SPRINGFIELD    IL    62794-9107
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

---

**3.2569** IL-MCO

Creditor's Name

DEPT HLTH & FML SRV RECOV UNIT/DPR

Street

PO BOX 19107

SPRINGFIELD          IL          62794-9107

City                          State          ZIP Code

Country

12/22/2022          $          103,102.14

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**3.2570** IL-MEDICAID

Creditor's Name

DEPT HLTH & FML SRV RECOV UNIT/DPR

Street

PO BOX 19107

SPRINGFIELD          IL          62794-9107

City                          State          ZIP Code

Country

12/22/2022          $          (149.12)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**3.2571** IL-MEDICAID

Creditor's Name

DEPT HLTH & FML SRV RECOV UNIT/DPR

Street

PO BOX 19107

SPRINGFIELD          IL          62794-9107

City                          State          ZIP Code

Country

12/22/2022          $          9,367.33

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**3.2572** IMA NORTH AMERICA INC

Creditor's Name

7 NEW LANCASTER ROAD

Street

LEOMINSTER          MA          01453

City                          State          ZIP Code

Country

11/29/2022          $          10,019.57

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2573 | IMA NORTH AMERICA INC | 11/29/2022 | $ 22,879.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 7 NEW LANCASTER ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LEOMINSTER   MA   01453 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2574 | IMA NORTH AMERICA INC | 1/6/2023 | $ 146.55 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 7 NEW LANCASTER ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LEOMINSTER   MA   01453 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2575 | IMA NORTH AMERICA INC | 1/6/2023 | $ 11,540.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 7 NEW LANCASTER ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LEOMINSTER   MA   01453 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2576 | IMCD GROUP (FORMERLY MUTCHLER) | 1/6/2023 | $ 53,672.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 5168 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM   IL   60197-5168 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2577** IMCD GROUP (FORMERLY MUTCHLER)
Creditor's Name

1/12/2023

$ 1,699.46

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 5168
Street

CAROL STREAM      IL      60197-5168
City                State      ZIP Code

Country

**3.2578** IMCD GROUP (FORMERLY MUTCHLER)
Creditor's Name

1/12/2023

$ 12,882.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 5168
Street

CAROL STREAM      IL      60197-5168
City                State      ZIP Code

Country

**3.2579** INDOFF INCORPORATED
Creditor's Name

1/6/2023

$ 1,233.46

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 842808
Street

KANSAS CITY      MO      64184-2808
City                State      ZIP Code

Country

**3.2580** INDOFF INCORPORATED
Creditor's Name

1/6/2023

$ 13,753.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 842808
Street

KANSAS CITY      MO      64184-2808
City                State      ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.2581**  IN-MCO
Creditor's Name

26593 NETWORK PLACE
Street

CHICAGO          IL          60673-1265
City              State        ZIP Code

Country

12/22/2022        $          (9.43)

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2582**  IN-MCO
Creditor's Name

26593 NETWORK PLACE
Street

CHICAGO          IL          60673-1265
City              State        ZIP Code

Country

12/22/2022        $          (1.19)

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2583**  IN-MCO
Creditor's Name

26593 NETWORK PLACE
Street

CHICAGO          IL          60673-1265
City              State        ZIP Code

Country

12/22/2022        $          (0.02)

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2584**  IN-MCO
Creditor's Name

26593 NETWORK PLACE
Street

CHICAGO          IL          60673-1265
City              State        ZIP Code

Country

12/22/2022        $          171.47

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2585 | IN-MCO | 12/22/2022 | $    9,219.53 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 26593 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1265 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2586 | IN-MCO | 12/22/2022 | $    52,689.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 26593 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1265 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2587 | IN-MEDICAID | 12/22/2022 | $    (3.69) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 26593 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1265 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2588 | IN-MEDICAID | 12/22/2022 | $    14,979.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 26593 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1265 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 3.2589 | INTERCHEM CORPORATION | 2/13/2023 | $ 1,817.42 |
| | Creditor's Name | | |

120 RT 17 NORTH
Street

PARAMUS          NJ          07652-2819
City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.2590 | INTERCHEM CORPORATION | 2/13/2023 | $ 88,896.39 |
| | Creditor's Name | | |

120 RT 17 NORTH
Street

PARAMUS          NJ          07652-2819
City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.2591 | INTERIOR SPECIALTY CONSTRUCTION | 1/31/2023 | $ 313.00 |
| | Creditor's Name | | |

PO BOX 3233
Street

DECATUR          IL          62524
City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.2592 | INTERIOR SPECIALTY CONSTRUCTION | 1/31/2023 | $ 407.00 |
| | Creditor's Name | | |

PO BOX 3233
Street

DECATUR          IL          62524
City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2593 | INTERIOR SPECIALTY CONSTRUCTION | 1/31/2023 | $ 1,712.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 3233 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR     IL     62524 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2594 | INTERIOR SPECIALTY CONSTRUCTION | 1/31/2023 | $ 2,211.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 3233 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR     IL     62524 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2595 | INTERIOR SPECIALTY CONSTRUCTION | 1/31/2023 | $ 2,431.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 3233 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR     IL     62524 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2596 | INTERIOR SPECIALTY CONSTRUCTION | 1/31/2023 | $ 3,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 3233 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR     IL     62524 | | | |
| | City     State     ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.2597 | INTERIOR SPECIALTY CONSTRUCTION | 1/31/2023 | $ | 6,346.00 | | |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 3233

Street

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

DECATUR    IL    62524

City    State    ZIP Code

Country

| 3.2598 | INTERIOR SPECIALTY CONSTRUCTION | 1/31/2023 | $ | 47,360.00 |

Creditor's Name

PO BOX 3233

Street

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

DECATUR    IL    62524

City    State    ZIP Code

Country

| 3.2599 | INTERNATIONAL MOLASSES CORP | 12/8/2022 | $ | 44,833.75 |

Creditor's Name

PO BOX 898

Street

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

SADDLE BROOK    NJ    07663

City    State    ZIP Code

Country

| 3.2600 | INTERNATIONAL MOLASSES CORP | 1/6/2023 | $ | 37,635.00 |

Creditor's Name

PO BOX 898

Street

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

SADDLE BROOK    NJ    07663

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.2601**  INTERNATIONAL MOLASSES CORP
Creditor's Name

1/6/2023        $        37,635.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 898
Street

SADDLE BROOK        NJ        07663
City        State        ZIP Code

Country

**3.2602**  INTERNATIONAL MOLASSES CORP
Creditor's Name

1/6/2023        $        44,833.75

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 898
Street

SADDLE BROOK        NJ        07663
City        State        ZIP Code

Country

**3.2603**  INTERNATIONAL MOLASSES CORP
Creditor's Name

1/12/2023        $        44,833.75

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 898
Street

SADDLE BROOK        NJ        07663
City        State        ZIP Code

Country

**3.2604**  INTERNATIONAL MOLASSES CORP
Creditor's Name

2/13/2023        $        48,964.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 898
Street

SADDLE BROOK        NJ        07663
City        State        ZIP Code

Country

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 653

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.2605 | INTERTEK -REMIT | 11/29/2022 | $ | 16,081.25 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 416482 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON        MA        02241-6482 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2606 | INTERTEK -REMIT | 1/31/2023 | $ | 1,083.89 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 416482 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON        MA        02241-6482 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2607 | INTRALINKS INC | 12/22/2022 | $ | 7,408.54 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 392134 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH        PA        15251-9134 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2608 | INTRALINKS INC | 12/22/2022 | $ | 37,427.20 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 392134 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH        PA        15251-9134 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2609 | INTRALINKS INC | 12/22/2022 | $ 158,885.07 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 392134 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15251-9134 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2610 | IRON MOUNTAIN | 11/29/2022 | $ 325.65 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 27128 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK    NY    10087-7128 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2611 | IRON MOUNTAIN | 11/29/2022 | $ 2,082.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 27128 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK    NY    10087-7128 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2612 | IRON MOUNTAIN | 11/29/2022 | $ 2,446.83 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 27128 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK    NY    10087-7128 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2613 | IRON MOUNTAIN | 11/29/2022 | $ 2,698.79 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 27128 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK        NY        10087-7128 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| 3.2614 | IRON MOUNTAIN | 11/29/2022 | $ 2,927.02 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 27128 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK        NY        10087-7128 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| 3.2615 | IRON MOUNTAIN | 12/8/2022 | $ 325.65 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 27128 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK        NY        10087-7128 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| 3.2616 | IRON MOUNTAIN | 12/8/2022 | $ 327.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 27128 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK        NY        10087-7128 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.2617 | IRON MOUNTAIN | 12/8/2022 | $ | 5,804.95 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 27128 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW YORK        NY        10087-7128 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2618 | IRON MOUNTAIN | 12/8/2022 | $ | 13,905.93 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 27128 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW YORK        NY        10087-7128 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2619 | IRON MOUNTAIN RECORDS MANAGEMENT | 11/29/2022 | $ | 1,189.88 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 915004 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DALLAS        TX        75391-5004 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2620 | IRON MOUNTAIN RECORDS MANAGEMENT | 11/29/2022 | $ | 3,683.52 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 915004 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DALLAS        TX        75391-5004 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2621 | IRON MOUNTAIN RECORDS MANAGEMENT | 12/8/2022 | $ | 2,065.33 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 915004 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DALLAS            TX        75391-5004 | | | | |
| | City            State        ZIP Code | | | | |
| | Country | | | | |

| 3.2622 | IRON MOUNTAIN RECORDS MANAGEMENT | 12/8/2022 | $ | 2,710.62 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 915004 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DALLAS            TX        75391-5004 | | | | |
| | City            State        ZIP Code | | | | |
| | Country | | | | |

| 3.2623 | JACKSON LEWIS PC | 12/8/2022 | $ | 9,393.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 4169019 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON            MA        02241-6019 | | | | |
| | City            State        ZIP Code | | | | |
| | Country | | | | |

| 3.2624 | JACKSON LEWIS PC | 12/8/2022 | $ | 12,250.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 4169019 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON            MA        02241-6019 | | | | |
| | City            State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.2625 | JACKSON LEWIS PC | 12/15/2022 | $ 1,015.00 |
| | Creditor's Name | | |

PO BOX 4169019
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

BOSTON    MA    02241-6019
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.2626 | JACKSON LEWIS PC | 12/15/2022 | $ 1,635.00 |
| | Creditor's Name | | |

PO BOX 4169019
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

BOSTON    MA    02241-6019
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.2627 | JACKSON LEWIS PC | 12/15/2022 | $ 2,295.00 |
| | Creditor's Name | | |

PO BOX 4169019
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

BOSTON    MA    02241-6019
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.2628 | JACKSON LEWIS PC | 12/15/2022 | $ 7,830.00 |
| | Creditor's Name | | |

PO BOX 4169019
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

BOSTON    MA    02241-6019
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2629 | JACKSON LEWIS PC | 12/15/2022 | $ 27,352.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 4169019 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOSTON    MA    02241-6019 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2630 | JAF LOGISTICS | 1/19/2023 | $ 5,294.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1319 NORTH BROAD STREET | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HILLSIDE    NJ    07205 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2631 | JAF LOGISTICS | 1/31/2023 | $ 2,165.35 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1319 NORTH BROAD STREET | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HILLSIDE    NJ    07205 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2632 | JAF LOGISTICS | 2/8/2023 | $ 2,455.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1319 NORTH BROAD STREET | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HILLSIDE    NJ    07205 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2633 | JDK GROUP SOLUTIONS LLC | 2/15/2023 | $ 10,376.93 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | C/O MARK BOYER | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 19502 E ROGERS POST RD | | | ☐ Other |
| | CLAREMORE    OK    74019 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2634 | JDLR CONSULTING LLC | 12/8/2022 | $ 5,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 3521 SUTTON LOOP | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | FREMONT    CA    94536 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2635 | JDLR CONSULTING LLC | 1/6/2023 | $ 5,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 3521 SUTTON LOOP | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | FREMONT    CA    94536 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2636 | JDLR CONSULTING LLC | 1/31/2023 | $ 5,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 3521 SUTTON LOOP | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | FREMONT    CA    94536 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2637 | JDLR CONSULTING LLC | 2/8/2023 | $ | 5,000.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

3521 SUTTON LOOP

Street

☒ Suppliers or vendors

☐ Services

☐ Other

| FREMONT | CA | 94536 |
|---|---|---|

City     State     ZIP Code

Country

---

| 3.2638 | Jimmy Cognata | 2/23/2023 | $ | 370.98 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

Address On File

Street

☐ Suppliers or vendors

☐ Services

☒ Other     Expense reimbursement

City     State     ZIP Code

Country

---

| 3.2639 | JOHNSON CNTL FIRE FORMER SIMPLEX G | 12/8/2022 | $ | 1,071.11 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT CH 10320

Street

☒ Suppliers or vendors

☐ Services

☐ Other

| PALATINE | IL | 60055-0320 |
|---|---|---|

City     State     ZIP Code

Country

---

| 3.2640 | JOHNSON CNTL FIRE FORMER SIMPLEX G | 12/8/2022 | $ | 3,014.04 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT CH 10320

Street

☒ Suppliers or vendors

☐ Services

☐ Other

| PALATINE | IL | 60055-0320 |
|---|---|---|

City     State     ZIP Code

Country

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2641 | JOHNSON CNTL FIRE FORMER SIMPLEX G | 12/8/2022 | $ | 8,865.39 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT CH 10320 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE          IL          60055-0320 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.2642 | JOHNSON CNTL FIRE FORMER SIMPLEX G | 1/6/2023 | $ | 4,750.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT CH 10320 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE          IL          60055-0320 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.2643 | JOHNSON CNTL FIRE FORMER SIMPLEX G | 1/12/2023 | $ | 633.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT CH 10320 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE          IL          60055-0320 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.2644 | JOHNSON CNTL FIRE FORMER SIMPLEX G | 1/12/2023 | $ | 1,050.42 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT CH 10320 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PALATINE          IL          60055-0320 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| **3.2645** JOHNSON CNTL FIRE FORMER SIMPLEX G | 1/31/2023 | $ 849.53 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| DEPT CH 10320 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| PALATINE          IL          60055-0320 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| **3.2646** JOHNSON CNTL FIRE FORMER SIMPLEX G | 1/31/2023 | $ 2,720.75 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| DEPT CH 10320 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| PALATINE          IL          60055-0320 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| **3.2647** JOHNSON CONTROLS SECURITY SOLUTIONS | 12/8/2022 | $ (419.16) | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 371967 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| PITTSBURG          PA          15250 7967 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| **3.2648** JOHNSON CONTROLS SECURITY SOLUTIONS | 12/8/2022 | $ 70.55 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 371967 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| PITTSBURG          PA          15250 7967 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| | | | |
|---|---|---|---|
| 3.2649 | JOHNSON CONTROLS SECURITY SOLUTIONS<br>Creditor's Name | 12/8/2022 | $   770.56 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 371967
Street

PITTSBURG   PA   15250 7967
City   State   ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.2650 | JOHNSON CONTROLS SECURITY SOLUTIONS<br>Creditor's Name | 12/8/2022 | $   995.28 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 371967
Street

PITTSBURG   PA   15250 7967
City   State   ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.2651 | JOHNSON CONTROLS SECURITY SOLUTIONS<br>Creditor's Name | 1/6/2023 | $   641.58 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 371967
Street

PITTSBURG   PA   15250 7967
City   State   ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.2652 | JOHNSON CONTROLS SECURITY SOLUTIONS<br>Creditor's Name | 1/6/2023 | $   903.48 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 371967
Street

PITTSBURG   PA   15250 7967
City   State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2653 | JOHNSON CONTROLS SECURITY SOLUTIONS | 1/6/2023 | $ 1,927.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 371967 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURG    PA    15250 7967 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2654 | JOHNSON CONTROLS SECURITY SOLUTIONS | 1/6/2023 | $ 2,644.46 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 371967 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURG    PA    15250 7967 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2655 | JOHNSON CONTROLS SECURITY SOLUTIONS | 1/6/2023 | $ 3,317.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 371967 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURG    PA    15250 7967 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2656 | JOHNSON CONTROLS SECURITY SOLUTIONS | 1/12/2023 | $ 2,214.30 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 371967 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURG    PA    15250 7967 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2657 | JOHNSON CONTROLS SECURITY SOLUTIONS | 1/31/2023 | $ 2,878.44 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 371967 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURG   PA   15250 7967 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2658 | JOHNSON CONTROLS SECURITY SOLUTIONS | 2/8/2023 | $ 15.36 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 371967 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURG   PA   15250 7967 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2659 | JOHNSON CONTROLS SECURITY SOLUTIONS | 2/8/2023 | $ 15,019.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 371967 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURG   PA   15250 7967 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2660 | JOHNSON CONTROLS SECURITY SOLUTIONS | 2/13/2023 | $ 1,217.04 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 371967 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURG   PA   15250 7967 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2661 | JOHNSON CONTROLS SECURITY SOLUTIONS<br>Creditor's Name | 2/13/2023 | $ 2,524.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

PO BOX 371967
Street

PITTSBURG       PA       15250 7967
City                State      ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2662 | JOHNSON CONTROLS SECURITY SOLUTIONS<br>Creditor's Name | 2/13/2023 | $ 5,062.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

PO BOX 371967
Street

PITTSBURG       PA       15250 7967
City                State      ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2663 | JONES & SULLIVAN ENTERPRISES INC<br>Creditor's Name | 1/6/2023 | $ 12,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

2955 N DINNEEN STREET
Street

DECATUR       IL       62526
City                State      ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2664 | JP PARADISE LANDSCAPING LLC<br>Creditor's Name | 11/29/2022 | $ 5,214.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

12 SYCORA LN
Street

ISLANDIA       NY       11749
City                State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2665** JP PARADISE LANDSCAPING LLC
Creditor's Name

12/8/2022 $ 2,932.87

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

12 SYCORA LN
Street

ISLANDIA          NY          11749
City          State          ZIP Code

Country

**3.2666** JSKALDES CONSULTING LLC
Creditor's Name

11/29/2022 $ 3,552.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

120 EAST BECKS BLVD
Street

RINGOES          NJ          08551
City          State          ZIP Code

Country

**3.2667** JSKALDES CONSULTING LLC
Creditor's Name

11/29/2022 $ 3,552.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

120 EAST BECKS BLVD
Street

RINGOES          NJ          08551
City          State          ZIP Code

Country

**3.2668** JSKALDES CONSULTING LLC
Creditor's Name

12/15/2022 $ 8,244.56

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

120 EAST BECKS BLVD
Street

RINGOES          NJ          08551
City          State          ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 669

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2669 | JSKALDES CONSULTING LLC | 1/12/2023 | $ 6,572.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 120 EAST BECKS BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | RINGOES NJ 08551 | | | |
| | City State ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2670 | JSKALDES CONSULTING LLC | 1/31/2023 | $ 3,907.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 120 EAST BECKS BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | RINGOES NJ 08551 | | | |
| | City State ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2671 | JSKALDES CONSULTING LLC | 2/8/2023 | $ 4,263.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 120 EAST BECKS BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | RINGOES NJ 08551 | | | |
| | City State ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2672 | JSKALDES CONSULTING LLC | 2/17/2023 | $ 21,159.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 120 EAST BECKS BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | RINGOES NJ 08551 | | | |
| | City State ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.2673 | KAMPS INC -REMIT | 12/8/2022 | $ | 12,061.85 | | ☐ Secured debt |
|--------|------------------|-----------|---|-----------|---|----------------|

Creditor's Name

2900 PEACH RIDGE AVE NW

Street

GRAND RAPIDS    MI    49534

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

3.2674 KAMPS INC -REMIT    12/8/2022    $    12,061.85

Creditor's Name

2900 PEACH RIDGE AVE NW

Street

GRAND RAPIDS    MI    49534

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

3.2675 KAMPS INC -REMIT    2/8/2023    $    12,061.85

Creditor's Name

2900 PEACH RIDGE AVE NW

Street

GRAND RAPIDS    MI    49534

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

3.2676 KERRY INGREDIENTS & FLAVOURS -REMIT    1/6/2023    $    7,306.59

Creditor's Name

PO BOX 409141

Street

ATLANTA    GA    30384-9141

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

3.2677  KERRY INGREDIENTS & FLAVOURS -REMIT

Creditor's Name

1/6/2023   $   28,211.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 409141

Street

ATLANTA   GA   30384-9141

City   State   ZIP Code

Country

3.2678  KERRY INGREDIENTS & FLAVOURS -REMIT

Creditor's Name

1/12/2023   $   33,853.80

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 409141

Street

ATLANTA   GA   30384-9141

City   State   ZIP Code

Country

3.2679  KERRY INGREDIENTS & FLAVOURS -REMIT

Creditor's Name

1/19/2023   $   14,527.40

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 409141

Street

ATLANTA   GA   30384-9141

City   State   ZIP Code

Country

3.2680  KERRY INGREDIENTS & FLAVOURS -REMIT

Creditor's Name

1/31/2023   $   4,697.70

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 409141

Street

ATLANTA   GA   30384-9141

City   State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.2681** KERRY INGREDIENTS & FLAVOURS -REMIT    2/13/2023    $    33,853.80

Creditor's Name

PO BOX 409141

Street

ATLANTA    GA    30384-9141

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2682** KINGFISHER INTERNATIONAL -R&D ONLY    11/29/2022    $    30,025.00

Creditor's Name

165 MOSTAR ST UNIT 8

Street

STOUFFVILLE    ON    L4A 0Y2

City    State    ZIP Code

CANADA

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2683** KINGFISHER INTERNATIONAL -R&D ONLY    2/15/2023    $    (27,225.00)

Creditor's Name

165 MOSTAR ST UNIT 8

Street

STOUFFVILLE    ON    L4A 0Y2

City    State    ZIP Code

CANADA

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2684** KINGFISHER INTERNATIONAL -R&D ONLY    2/15/2023    $    11,070.00

Creditor's Name

165 MOSTAR ST UNIT 8

Street

STOUFFVILLE    ON    L4A 0Y2

City    State    ZIP Code

CANADA

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2685 | KINGFISHER INTERNATIONAL -R&D ONLY | 2/15/2023 | $ | 12,010.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

165 MOSTAR ST UNIT 8
Street

STOUFFVILLE     ON     L4A 0Y2
City        State    ZIP Code

CANADA
Country

| | | | | |
|---|---|---|---|---|
| 3.2686 | KINGFISHER INTERNATIONAL -R&D ONLY | 2/15/2023 | $ | 16,155.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

165 MOSTAR ST UNIT 8
Street

STOUFFVILLE     ON     L4A 0Y2
City        State    ZIP Code

CANADA
Country

| | | | | |
|---|---|---|---|---|
| 3.2687 | KINGFISHER INTERNATIONAL -R&D ONLY | 2/15/2023 | $ | 24,020.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

165 MOSTAR ST UNIT 8
Street

STOUFFVILLE     ON     L4A 0Y2
City        State    ZIP Code

CANADA
Country

| | | | | |
|---|---|---|---|---|
| 3.2688 | KINGFISHER INTERNATIONAL -R&D ONLY | 2/15/2023 | $ | 27,225.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

165 MOSTAR ST UNIT 8
Street

STOUFFVILLE     ON     L4A 0Y2
City        State    ZIP Code

CANADA
Country

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     Page 674

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2689 | KINGFISHER INTERNATIONAL -R&D ONLY | 2/15/2023 | $ 36,900.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 165 MOSTAR ST UNIT 8 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | STOUFFVILLE   ON   L4A 0Y2 | | | |
| | City   State   ZIP Code | | | |
| | CANADA | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2690 | KINGFISHER INTERNATIONAL -R&D ONLY | 2/15/2023 | $ 37,695.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 165 MOSTAR ST UNIT 8 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | STOUFFVILLE   ON   L4A 0Y2 | | | |
| | City   State   ZIP Code | | | |
| | CANADA | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2691 | KIRBY RISK CORPORATION | 12/8/2022 | $ 5,437.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 27561 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO   IL   60673-1275 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2692 | KIRBY RISK CORPORATION | 1/26/2023 | $ 411.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 27561 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO   IL   60673-1275 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2693 | KIRBY RISK CORPORATION | 1/26/2023 | $ 1,551.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 27561 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO           IL           60673-1275 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2694 | KIRBY RISK CORPORATION | 1/26/2023 | $ 1,551.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 27561 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO           IL           60673-1275 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2695 | KIRBY RISK CORPORATION | 1/26/2023 | $ 4,020.51 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 27561 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO           IL           60673-1275 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2696 | KIRBY RISK CORPORATION | 1/26/2023 | $ 4,343.03 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 27561 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO           IL           60673-1275 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2697 | KIRBY RISK CORPORATION | 1/26/2023 | $ 16,001.36 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 27561 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO  IL  60673-1275 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2698 | KRAFT CHEMICAL COMPANY | 1/12/2023 | $ 689.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 75673 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CLEVELAND  OH  44101-4755 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2699 | KRAFT CHEMICAL COMPANY | 1/12/2023 | $ 3,757.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 75673 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CLEVELAND  OH  44101-4755 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2700 | KRAFT CHEMICAL COMPANY | 1/12/2023 | $ 6,444.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 75673 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CLEVELAND  OH  44101-4755 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.2701** KS-MCO

Creditor's Name

12/22/2022    $    (6.94)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DIV OF HEALTHCARE FINANCE

Street

ATTN DRUG REBATE, PO BOX 2428

TOPEKA          KS          66601

City          State          ZIP Code

Country

**3.2702** KS-MCO

Creditor's Name

12/22/2022    $    (3.46)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DIV OF HEALTHCARE FINANCE

Street

ATTN DRUG REBATE, PO BOX 2428

TOPEKA          KS          66601

City          State          ZIP Code

Country

**3.2703** KS-MCO

Creditor's Name

12/22/2022    $    3.18

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DIV OF HEALTHCARE FINANCE

Street

ATTN DRUG REBATE, PO BOX 2428

TOPEKA          KS          66601

City          State          ZIP Code

Country

**3.2704** KS-MCO

Creditor's Name

12/22/2022    $    7,032.46

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DIV OF HEALTHCARE FINANCE

Street

ATTN DRUG REBATE, PO BOX 2428

TOPEKA          KS          66601

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| 3.2705 | KS-MCO | 12/22/2022 | $ | 10,126.45 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DIV OF HEALTHCARE FINANCE

☒ Suppliers or vendors

Street

☐ Services

ATTN DRUG REBATE, PO BOX 2428

☐ Other

| TOPEKA | KS | 66601 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| 3.2706 | KS-MCO | 12/22/2022 | $ | 12,052.86 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DIV OF HEALTHCARE FINANCE

☒ Suppliers or vendors

Street

☐ Services

ATTN DRUG REBATE, PO BOX 2428

☐ Other

| TOPEKA | KS | 66601 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| 3.2707 | KUEHNE & NAGEL SERVICES LTD | 11/29/2022 | $ | (6,123.32) | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2039

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| CAROL STREAM | IL | 60132-2039 |
|---|---|---|
| City | State | ZIP Code |

Country

---

| 3.2708 | KUEHNE & NAGEL SERVICES LTD | 11/29/2022 | $ | 641.54 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2039

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| CAROL STREAM | IL | 60132-2039 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.2709 | KUEHNE & NAGEL SERVICES LTD | 11/29/2022 | $ | 1,249.00 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2039

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CAROL STREAM        IL        60132-2039

City        State        ZIP Code

Country

---

| | | | | | |
|---|---|---|---|---|---|
| 3.2710 | KUEHNE & NAGEL SERVICES LTD | 11/29/2022 | $ | 1,787.16 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2039

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CAROL STREAM        IL        60132-2039

City        State        ZIP Code

Country

---

| | | | | | |
|---|---|---|---|---|---|
| 3.2711 | KUEHNE & NAGEL SERVICES LTD | 11/29/2022 | $ | 3,125.35 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2039

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CAROL STREAM        IL        60132-2039

City        State        ZIP Code

Country

---

| | | | | | |
|---|---|---|---|---|---|
| 3.2712 | KUEHNE & NAGEL SERVICES LTD | 11/29/2022 | $ | 5,641.85 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2039

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CAROL STREAM        IL        60132-2039

City        State        ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2713 | KUEHNE & NAGEL SERVICES LTD | 11/29/2022 | $ | 5,672.27 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2039 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| 3.2714 | KUEHNE & NAGEL SERVICES LTD | 11/29/2022 | $ | 8,878.35 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2039 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| 3.2715 | KUEHNE & NAGEL SERVICES LTD | 12/8/2022 | $ | (5,672.27) | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2039 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| 3.2716 | KUEHNE & NAGEL SERVICES LTD | 12/8/2022 | $ | (1,350.00) | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2039 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.2717 | KUEHNE & NAGEL SERVICES LTD | 12/8/2022 | $ | 5,147.27 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2039
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CAROL STREAM        IL        60132-2039
City        State        ZIP Code

Country

| 3.2718 | KUEHNE & NAGEL SERVICES LTD | 12/8/2022 | $ | 11,377.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2039
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CAROL STREAM        IL        60132-2039
City        State        ZIP Code

Country

| 3.2719 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ | 137.75 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2039
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CAROL STREAM        IL        60132-2039
City        State        ZIP Code

Country

| 3.2720 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ | 137.75 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2039
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CAROL STREAM        IL        60132-2039
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.2721 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ | 139.66 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2039 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| 3.2722 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ | 139.66 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2039 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| 3.2723 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ | 139.66 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2039 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| 3.2724 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ | 139.66 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2039 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2725 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ 139.66 | ☐ Secured debt |
|--------|------------------------------|------------|----------|----------------|

Creditor's Name

PO BOX 2039

Street

CAROL STREAM    IL    60132-2039

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

3.2726    KUEHNE & NAGEL SERVICES LTD    12/22/2022    $ 139.66

Creditor's Name

PO BOX 2039

Street

CAROL STREAM    IL    60132-2039

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

3.2727    KUEHNE & NAGEL SERVICES LTD    12/22/2022    $ 139.66

Creditor's Name

PO BOX 2039

Street

CAROL STREAM    IL    60132-2039

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

3.2728    KUEHNE & NAGEL SERVICES LTD    12/22/2022    $ 139.66

Creditor's Name

PO BOX 2039

Street

CAROL STREAM    IL    60132-2039

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2729 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ 139.66 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2039 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2730 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ 727.98 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2039 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2731 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ 2,375.27 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2039 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2732 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ 3,202.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2039 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2733 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ | 5,678.71 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 2039
Street

CAROL STREAM          IL          60132-2039
City                State          ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2734 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ | 6,327.81 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 2039
Street

CAROL STREAM          IL          60132-2039
City                State          ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2735 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ | 6,475.84 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 2039
Street

CAROL STREAM          IL          60132-2039
City                State          ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.2736 | KUEHNE & NAGEL SERVICES LTD | 12/22/2022 | $ | 6,947.81 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 2039
Street

CAROL STREAM          IL          60132-2039
City                State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.2737 KUEHNE & NAGEL SERVICES LTD  12/22/2022  $ 32,032.14
Creditor's Name

PO BOX 2039
Street

CAROL STREAM          IL          60132-2039
City                  State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2738 KUEHNE & NAGEL SERVICES LTD  12/29/2022  $ 13,875.16
Creditor's Name

PO BOX 2039
Street

CAROL STREAM          IL          60132-2039
City                  State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2739 KUEHNE & NAGEL SERVICES LTD  12/29/2022  $ 26,509.63
Creditor's Name

PO BOX 2039
Street

CAROL STREAM          IL          60132-2039
City                  State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2740 KUEHNE & NAGEL SERVICES LTD  1/6/2023  $ 139.66
Creditor's Name

PO BOX 2039
Street

CAROL STREAM          IL          60132-2039
City                  State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 687

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2741 | KUEHNE & NAGEL SERVICES LTD | 1/6/2023 | $ | 300.00 |
|---|---|---|---|---|

Creditor's Name

PO BOX 2039

Street

CAROL STREAM          IL          60132-2039

City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.2742 | KUEHNE & NAGEL SERVICES LTD | 1/6/2023 | $ | 5,259.29 |
|---|---|---|---|---|

Creditor's Name

PO BOX 2039

Street

CAROL STREAM          IL          60132-2039

City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.2743 | KUEHNE & NAGEL SERVICES LTD | 1/12/2023 | $ | 139.66 |
|---|---|---|---|---|

Creditor's Name

PO BOX 2039

Street

CAROL STREAM          IL          60132-2039

City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.2744 | KUEHNE & NAGEL SERVICES LTD | 1/12/2023 | $ | 8,390.55 |
|---|---|---|---|---|

Creditor's Name

PO BOX 2039

Street

CAROL STREAM          IL          60132-2039

City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.2745 | KUEHNE & NAGEL SERVICES LTD | 1/19/2023 | $ | 16,396.63 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2039 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| 3.2746 | KUEHNE & NAGEL SERVICES LTD | 1/19/2023 | $ | 18,125.12 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2039 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| 3.2747 | KUEHNE & NAGEL SERVICES LTD | 1/19/2023 | $ | 21,768.10 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2039 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| 3.2748 | KUEHNE & NAGEL SERVICES LTD | 1/19/2023 | $ | 47,768.35 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2039 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

**3.2749** KUEHNE & NAGEL SERVICES LTD | 1/26/2023 | $ | 139.66
Creditor's Name

PO BOX 2039
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CAROL STREAM        IL        60132-2039
City        State        ZIP Code

Country

**3.2750** KUEHNE & NAGEL SERVICES LTD | 1/26/2023 | $ | 8,943.15
Creditor's Name

PO BOX 2039
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CAROL STREAM        IL        60132-2039
City        State        ZIP Code

Country

**3.2751** KUEHNE & NAGEL SERVICES LTD | 2/8/2023 | $ | 139.66
Creditor's Name

PO BOX 2039
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CAROL STREAM        IL        60132-2039
City        State        ZIP Code

Country

**3.2752** KUEHNE & NAGEL SERVICES LTD | 2/8/2023 | $ | 2,460.88
Creditor's Name

PO BOX 2039
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CAROL STREAM        IL        60132-2039
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2753 | KUEHNE & NAGEL SERVICES LTD | 2/13/2023 | $ | 2,259.00 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | | ☑ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | CAROL STREAM     IL     60132-2039 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.2754 | KUEHNE & NAGEL SERVICES LTD | 2/13/2023 | $ | 14,863.29 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | | ☑ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | CAROL STREAM     IL     60132-2039 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.2755 | KUEHNE & NAGEL SERVICES LTD | 2/13/2023 | $ | 34,702.99 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 2039 | | | | | ☑ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | CAROL STREAM     IL     60132-2039 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.2756 | KY-AETNA MCO | 12/22/2022 | $ | 0.01 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | DEPT OF MEDICAID SVCS PDL DRUG REB | | | | | ☑ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | 275 E MAIN ST 6W-A, ATTN AETNA MCO PROG | | | | | ☐ Other |
| | FRANKFORT     KY     40621 | | | | | |
| | City     State     ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*    23-10255

Name

**3.2757** KY-AETNA MCO                12/22/2022    $        2.28
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT OF MEDICAID SVCS PDL DRUG REB
Street

275 E MAIN ST 6W-A, ATTN AETNA MCO PROG

FRANKFORT        KY        40621
City              State      ZIP Code

Country

**3.2758** KY-AETNA MCO                12/22/2022    $        2.62
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT OF MEDICAID SVCS PDL DRUG REB
Street

275 E MAIN ST 6W-A, ATTN AETNA MCO PROG

FRANKFORT        KY        40621
City              State      ZIP Code

Country

**3.2759** KY-AETNA MCO                12/22/2022    $       596.65
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT OF MEDICAID SVCS PDL DRUG REB
Street

275 E MAIN ST 6W-A, ATTN AETNA MCO PROG

FRANKFORT        KY        40621
City              State      ZIP Code

Country

**3.2760** KY-AETNA MCO                12/22/2022    $     11,693.44
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DEPT OF MEDICAID SVCS PDL DRUG REB
Street

275 E MAIN ST 6W-A, ATTN AETNA MCO PROG

FRANKFORT        KY        40621
City              State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.2761 KY-MCO EXPANSION | 12/22/2022 | $ (36.88) | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☑ Suppliers or vendors |
| DEPARTMENT OF MEDICAID SERVICES | | | ☐ Services |
| Street | | | ☐ Other |
| STATE OF KY DRUG REBATE PROGRAM, 275 EAST MAIN ST 6W C | | | |
| FRANKFORT       KY       40621-0001 | | | |
| City       State       ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.2762 KY-MCO EXPANSION | 12/22/2022 | $ 3.99 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☑ Suppliers or vendors |
| DEPARTMENT OF MEDICAID SERVICES | | | ☐ Services |
| Street | | | ☐ Other |
| STATE OF KY DRUG REBATE PROGRAM, 275 EAST MAIN ST 6W C | | | |
| FRANKFORT       KY       40621-0001 | | | |
| City       State       ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.2763 KY-MCO EXPANSION | 12/22/2022 | $ 35.55 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☑ Suppliers or vendors |
| DEPARTMENT OF MEDICAID SERVICES | | | ☐ Services |
| Street | | | ☐ Other |
| STATE OF KY DRUG REBATE PROGRAM, 275 EAST MAIN ST 6W C | | | |
| FRANKFORT       KY       40621-0001 | | | |
| City       State       ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.2764 KY-MCO EXPANSION | 12/22/2022 | $ 47.66 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☑ Suppliers or vendors |
| DEPARTMENT OF MEDICAID SERVICES | | | ☐ Services |
| Street | | | ☐ Other |
| STATE OF KY DRUG REBATE PROGRAM, 275 EAST MAIN ST 6W C | | | |
| FRANKFORT       KY       40621-0001 | | | |
| City       State       ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

---

Name

**3.2765** KY-MCO EXPANSION          12/22/2022    $          1,393.28

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

DEPARTMENT OF MEDICAID SERVICES          ☒ Suppliers or vendors

Street          ☐ Services

STATE OF KY DRUG REBATE PROGRAM, 275          ☐ Other
EAST MAIN ST 6W C

FRANKFORT          KY          40621-0001
City          State          ZIP Code

Country

---

**3.2766** KY-MCO EXPANSION          12/22/2022    $          21,071.14

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

DEPARTMENT OF MEDICAID SERVICES          ☒ Suppliers or vendors

Street          ☐ Services

STATE OF KY DRUG REBATE PROGRAM, 275          ☐ Other
EAST MAIN ST 6W C

FRANKFORT          KY          40621-0001
City          State          ZIP Code

Country

---

**3.2767** KY-MEDICAID          12/22/2022    $          (166.64)

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

DEPARTMENT OF MEDICAID SERVICES          ☒ Suppliers or vendors

Street          ☐ Services

ATTN DRUG REBATE PROGRAM, 275 EAST          ☐ Other
MAIN ST 6W C

FRANKFORT          KY          40621-0001
City          State          ZIP Code

Country

---

**3.2768** KY-MEDICAID          12/22/2022    $          11,402.85

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

DEPARTMENT OF MEDICAID SERVICES          ☒ Suppliers or vendors

Street          ☐ Services

ATTN DRUG REBATE PROGRAM, 275 EAST          ☐ Other
MAIN ST 6W C

FRANKFORT          KY          40621-0001
City          State          ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | |
|---|---|---|---|
| 3.2769 | KY-WELLCARE | 12/22/2022 | $ 2.18 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEPARTMENT OF MEDICAID SERVICES
Street

STATE OF KY DRUG REBATE PROGRAM, 275 EAST MAIN ST 6W C

FRANKFORT    KY    40621-0001
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.2770 | KY-WELLCARE | 12/22/2022 | $ 5.55 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEPARTMENT OF MEDICAID SERVICES
Street

STATE OF KY DRUG REBATE PROGRAM, 275 EAST MAIN ST 6W C

FRANKFORT    KY    40621-0001
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.2771 | KY-WELLCARE | 12/22/2022 | $ 28.72 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEPARTMENT OF MEDICAID SERVICES
Street

STATE OF KY DRUG REBATE PROGRAM, 275 EAST MAIN ST 6W C

FRANKFORT    KY    40621-0001
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.2772 | KY-WELLCARE | 12/22/2022 | $ 67.69 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DEPARTMENT OF MEDICAID SERVICES
Street

STATE OF KY DRUG REBATE PROGRAM, 275 EAST MAIN ST 6W C

FRANKFORT    KY    40621-0001
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

---

3.2773  KY-WELLCARE
Creditor's Name

12/22/2022    $    2,607.77

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

DEPARTMENT OF MEDICAID SERVICES
Street

STATE OF KY DRUG REBATE PROGRAM, 275
EAST MAIN ST 6W C

FRANKFORT          KY          40621-0001
City                State        ZIP Code

Country

---

3.2774  KY-WELLCARE
Creditor's Name

12/22/2022    $    24,373.13

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

DEPARTMENT OF MEDICAID SERVICES
Street

STATE OF KY DRUG REBATE PROGRAM, 275
EAST MAIN ST 6W C

FRANKFORT          KY          40621-0001
City                State        ZIP Code

Country

---

3.2775  LA-MCO
Creditor's Name

12/22/2022    $    (11.84)

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

REBATE PAYMENTS
Street

DHH DRUG, PO BOX 62951

NEW ORLEANS        LA          70162
City                State        ZIP Code

Country

---

3.2776  LA-MCO
Creditor's Name

12/22/2022    $    (5.28)

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

REBATE PAYMENTS
Street

DHH DRUG, PO BOX 62951

NEW ORLEANS        LA          70162
City                State        ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

---

**3.2777** LA-MCO

Creditor's Name

12/22/2022    $    (4.66)

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

REBATE PAYMENTS

Street

DHH DRUG, PO BOX 62951

NEW ORLEANS       LA       70162

City       State       ZIP Code

Country

---

**3.2778** LA-MCO

Creditor's Name

12/22/2022    $    (3.03)

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

REBATE PAYMENTS

Street

DHH DRUG, PO BOX 62951

NEW ORLEANS       LA       70162

City       State       ZIP Code

Country

---

**3.2779** LA-MCO

Creditor's Name

12/22/2022    $    77.27

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

REBATE PAYMENTS

Street

DHH DRUG, PO BOX 62951

NEW ORLEANS       LA       70162

City       State       ZIP Code

Country

---

**3.2780** LA-MCO

Creditor's Name

12/22/2022    $    90,631.16

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

REBATE PAYMENTS

Street

DHH DRUG, PO BOX 62951

NEW ORLEANS       LA       70162

City       State       ZIP Code

Country

---

Debtor: Akorn Operating Company LLC                    Case number *(if known)*:    23-10255

Name

| 3.2781 | LA-MCO EXPANSION | 12/22/2022 | $ | (0.60) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | REBATE PAYMENTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | DHH DRUG, PO BOX 62951 | | | | ☐ | Other |

NEW ORLEANS    LA    70162
City    State    ZIP Code

Country

| 3.2782 | LA-MCO EXPANSION | 12/22/2022 | $ | 2.08 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | REBATE PAYMENTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | DHH DRUG, PO BOX 62951 | | | | ☐ | Other |

NEW ORLEANS    LA    70162
City    State    ZIP Code

Country

| 3.2783 | LA-MCO EXPANSION | 12/22/2022 | $ | 78.87 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | REBATE PAYMENTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | DHH DRUG, PO BOX 62951 | | | | ☐ | Other |

NEW ORLEANS    LA    70162
City    State    ZIP Code

Country

| 3.2784 | LA-MCO EXPANSION | 12/22/2022 | $ | 17,452.53 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | REBATE PAYMENTS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | DHH DRUG, PO BOX 62951 | | | | ☐ | Other |

NEW ORLEANS    LA    70162
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2785 | LASALLE NETWORK | 11/29/2022 | $ | 174.08 | ☐ Secured debt |
|--------|-----------------|------------|---|--------|----------------|

Creditor's Name

☐ Unsecured loan repayments

200 NORTH LASALLE STREET STE 2500
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO    IL    60601
City    State    ZIP Code

Country

| 3.2786 | LASALLE NETWORK | 11/29/2022 | $ | 1,628.10 | ☐ Secured debt |
|--------|-----------------|------------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

200 NORTH LASALLE STREET STE 2500
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO    IL    60601
City    State    ZIP Code

Country

| 3.2787 | LASALLE NETWORK | 11/29/2022 | $ | 3,028.76 | ☐ Secured debt |
|--------|-----------------|------------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

200 NORTH LASALLE STREET STE 2500
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO    IL    60601
City    State    ZIP Code

Country

| 3.2788 | LASALLE NETWORK | 11/29/2022 | $ | 3,085.46 | ☐ Secured debt |
|--------|-----------------|------------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

200 NORTH LASALLE STREET STE 2500
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO    IL    60601
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2789 | LASALLE NETWORK<br>Creditor's Name | 11/29/2022 | $ 5,104.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 200 NORTH LASALLE STREET STE 2500<br>Street | | | |
| | CHICAGO          IL          60601<br>City          State          ZIP Code | | | |
| | Country | | | |
| 3.2790 | LASALLE NETWORK<br>Creditor's Name | 11/29/2022 | $ 5,835.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 200 NORTH LASALLE STREET STE 2500<br>Street | | | |
| | CHICAGO          IL          60601<br>City          State          ZIP Code | | | |
| | Country | | | |
| 3.2791 | LASALLE NETWORK<br>Creditor's Name | 12/22/2022 | $ 1,566.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 200 NORTH LASALLE STREET STE 2500<br>Street | | | |
| | CHICAGO          IL          60601<br>City          State          ZIP Code | | | |
| | Country | | | |
| 3.2792 | LASALLE NETWORK<br>Creditor's Name | 12/22/2022 | $ 1,571.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 200 NORTH LASALLE STREET STE 2500<br>Street | | | |
| | CHICAGO          IL          60601<br>City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2793 | LASALLE NETWORK | 12/22/2022 | $ 2,674.28 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

200 NORTH LASALLE STREET STE 2500
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO        IL        60601
City        State        ZIP Code

Country

| 3.2794 | LASALLE NETWORK | 12/22/2022 | $ 2,678.40 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

200 NORTH LASALLE STREET STE 2500
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO        IL        60601
City        State        ZIP Code

Country

| 3.2795 | LASALLE NETWORK | 12/22/2022 | $ 2,787.20 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

200 NORTH LASALLE STREET STE 2500
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO        IL        60601
City        State        ZIP Code

Country

| 3.2796 | LASALLE NETWORK | 12/22/2022 | $ 2,913.52 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

200 NORTH LASALLE STREET STE 2500
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO        IL        60601
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| 3.2797 | LASALLE NETWORK | 12/22/2022 | $ | 3,028.76 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 200 NORTH LASALLE STREET STE 2500 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO   IL   60601 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.2798 | LASALLE NETWORK | 12/22/2022 | $ | 3,184.01 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 200 NORTH LASALLE STREET STE 2500 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO   IL   60601 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.2799 | LASALLE NETWORK | 12/22/2022 | $ | 3,440.45 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 200 NORTH LASALLE STREET STE 2500 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO   IL   60601 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.2800 | LASALLE NETWORK | 12/22/2022 | $ | 3,484.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 200 NORTH LASALLE STREET STE 2500 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO   IL   60601 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2801 | LASALLE NETWORK | 12/22/2022 | $    6,160.32 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | 200 NORTH LASALLE STREET STE 2500 | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | CHICAGO          IL          60601 | | | |
| | City          State          ZIP Code | | | |
| | | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2802 | LASALLE NETWORK | 1/6/2023 | $    2,426.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | 200 NORTH LASALLE STREET STE 2500 | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | CHICAGO          IL          60601 | | | |
| | City          State          ZIP Code | | | |
| | | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2803 | LASALLE NETWORK | 1/6/2023 | $    2,506.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | 200 NORTH LASALLE STREET STE 2500 | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | CHICAGO          IL          60601 | | | |
| | City          State          ZIP Code | | | |
| | | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2804 | LASALLE NETWORK | 1/6/2023 | $    5,289.84 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☑ Suppliers or vendors |
| | 200 NORTH LASALLE STREET STE 2500 | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | CHICAGO          IL          60601 | | | |
| | City          State          ZIP Code | | | |
| | | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.2805** LASALLE NETWORK
Creditor's Name

200 NORTH LASALLE STREET STE 2500
Street

CHICAGO          IL          60601
City                State      ZIP Code

Country

1/12/2023          $          3,271.75

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2806** LASALLE NETWORK
Creditor's Name

200 NORTH LASALLE STREET STE 2500
Street

CHICAGO          IL          60601
City                State      ZIP Code

Country

1/12/2023          $          6,358.30

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2807** LASALLE NETWORK
Creditor's Name

200 NORTH LASALLE STREET STE 2500
Street

CHICAGO          IL          60601
City                State      ZIP Code

Country

1/26/2023          $          1,253.28

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2808** LASALLE NETWORK
Creditor's Name

200 NORTH LASALLE STREET STE 2500
Street

CHICAGO          IL          60601
City                State      ZIP Code

Country

1/26/2023          $          1,462.16

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.2809**  LASALLE NETWORK
Creditor's Name

200 NORTH LASALLE STREET STE 2500
Street

CHICAGO          IL          60601
City          State          ZIP Code

Country

1/26/2023          $          2,899.19

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2810**  LASALLE NETWORK
Creditor's Name

200 NORTH LASALLE STREET STE 2500
Street

CHICAGO          IL          60601
City          State          ZIP Code

Country

1/26/2023          $          4,529.20

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2811**  LASALLE NETWORK
Creditor's Name

200 NORTH LASALLE STREET STE 2500
Street

CHICAGO          IL          60601
City          State          ZIP Code

Country

2/8/2023          $          835.52

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2812**  LASALLE NETWORK
Creditor's Name

200 NORTH LASALLE STREET STE 2500
Street

CHICAGO          IL          60601
City          State          ZIP Code

Country

2/8/2023          $          3,037.73

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2813 | LASALLE NETWORK<br>Creditor's Name | 2/8/2023 | $ 3,484.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 200 NORTH LASALLE STREET STE 2500<br>Street | | | |
| | CHICAGO  IL  60601<br>City  State  ZIP Code | | | |
| | Country | | | |
| 3.2814 | LASALLE NETWORK<br>Creditor's Name | 2/8/2023 | $ 3,902.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 200 NORTH LASALLE STREET STE 2500<br>Street | | | |
| | CHICAGO  IL  60601<br>City  State  ZIP Code | | | |
| | Country | | | |
| 3.2815 | LEADIANT FORMER SIGMA-TAU<br>Creditor's Name | 12/29/2022 | $ 158,679.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | PO BOX 79306<br>Street | | | |
| | BALTIMORE  MD  21279<br>City  State  ZIP Code | | | |
| | Country | | | |
| 3.2816 | LEADIANT FORMER SIGMA-TAU<br>Creditor's Name | 12/29/2022 | $ 210,006.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | PO BOX 79306<br>Street | | | |
| | BALTIMORE  MD  21279<br>City  State  ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.2817 | LENTZ MILLING COMPANY | 1/6/2023 | $ | 18,819.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2045 N 11TH STREET | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 13159 | | | | ☐ Other |
| | READING    PA    19612-3159 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2818 | LES EMBALLAGES WINPAK | 12/14/2022 | $ | (5,963.30) | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 9003 PAYSPHERE CIRCLE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60674 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2819 | LES EMBALLAGES WINPAK | 12/14/2022 | $ | 5,963.30 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 9003 PAYSPHERE CIRCLE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60674 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2820 | LES EMBALLAGES WINPAK | 1/31/2023 | $ | 72,108.64 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 9003 PAYSPHERE CIRCLE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60674 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2821** LES EMBALLAGES WINPAK          2/13/2023     $          13,020.08
Creditor's Name

9003 PAYSPHERE CIRCLE
Street

CHICAGO          IL          60674
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2822** LESMAN INSTRUMENT CO          11/29/2022     $          602.53
Creditor's Name

PO BOX 7640
Street

CAROL STREAM          IL          60197-7640
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2823** LESMAN INSTRUMENT CO          11/29/2022     $          4,134.24
Creditor's Name

PO BOX 7640
Street

CAROL STREAM          IL          60197-7640
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2824** LESMAN INSTRUMENT CO          12/8/2022     $          4,228.20
Creditor's Name

PO BOX 7640
Street

CAROL STREAM          IL          60197-7640
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

---

**3.2825** LESMAN INSTRUMENT CO
Creditor's Name

2/13/2023

$ 1,108.08

PO BOX 7640
Street

CAROL STREAM          IL          60197-7640
City                State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2826** LESMAN INSTRUMENT CO
Creditor's Name

2/13/2023

$ 1,214.78

PO BOX 7640
Street

CAROL STREAM          IL          60197-7640
City                State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2827** LESMAN INSTRUMENT CO
Creditor's Name

2/13/2023

$ 12,934.08

PO BOX 7640
Street

CAROL STREAM          IL          60197-7640
City                State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2828** LESMAN INSTRUMENT CO
Creditor's Name

2/13/2023

$ 13,028.04

PO BOX 7640
Street

CAROL STREAM          IL          60197-7640
City                State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2829 | LGC STANDARDS -REMIT | 11/29/2022 | $ | 1,618.19 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 360659 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | PITTSBURGH    PA    15251-6659 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2830 | LGC STANDARDS -REMIT | 11/29/2022 | $ | 1,960.68 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 360659 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | PITTSBURGH    PA    15251-6659 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2831 | LGC STANDARDS -REMIT | 1/6/2023 | $ | 1,760.81 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 360659 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | PITTSBURGH    PA    15251-6659 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2832 | LGC STANDARDS -REMIT | 1/6/2023 | $ | 3,854.76 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 360659 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | PITTSBURGH    PA    15251-6659 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2833** LIQUENT LLC (CALYX)
Creditor's Name

11/29/2022    $    25,062.50

5282 PAYSPHERE CIRCLE
Street

CHICAGO          IL        60674
City             State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2834** LONZA WALKERSVILLE -REMIT
Creditor's Name

1/6/2023    $    73,700.32

12261 COLLECTIONS CENTER DRIVE
Street

CHICAGO          IL        60693
City             State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2835** MALIK & POPIEL PC
Creditor's Name

12/22/2022    $    1,800.00

7606 TRANSIT ROAD SUITE 200
Street

BUFFALO          NY        14221
City             State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2836** MALIK & POPIEL PC
Creditor's Name

2/13/2023    $    410.00

7606 TRANSIT ROAD SUITE 200
Street

BUFFALO          NY        14221
City             State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2837 | MALIK & POPIEL PC | 2/13/2023 | $ 710.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 7606 TRANSIT ROAD SUITE 200 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BUFFALO    NY    14221 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2838 | MALIK & POPIEL PC | 2/13/2023 | $ 1,040.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 7606 TRANSIT ROAD SUITE 200 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BUFFALO    NY    14221 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2839 | MALIK & POPIEL PC | 2/13/2023 | $ 1,210.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 7606 TRANSIT ROAD SUITE 200 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BUFFALO    NY    14221 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2840 | MALIK & POPIEL PC | 2/13/2023 | $ 1,515.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 7606 TRANSIT ROAD SUITE 200 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BUFFALO    NY    14221 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2841 | MALIK & POPIEL PC | 2/13/2023 | $ | 1,515.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

7606 TRANSIT ROAD SUITE 200

Street

☑ Suppliers or vendors

☐ Services

☐ Other

BUFFALO          NY          14221

City          State          ZIP Code

Country

| 3.2842 | MALIK & POPIEL PC | 2/13/2023 | $ | 1,515.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

7606 TRANSIT ROAD SUITE 200

Street

☑ Suppliers or vendors

☐ Services

☐ Other

BUFFALO          NY          14221

City          State          ZIP Code

Country

| 3.2843 | MALIK & POPIEL PC | 2/13/2023 | $ | 1,615.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

7606 TRANSIT ROAD SUITE 200

Street

☑ Suppliers or vendors

☐ Services

☐ Other

BUFFALO          NY          14221

City          State          ZIP Code

Country

| 3.2844 | MALIK & POPIEL PC | 2/13/2023 | $ | 1,710.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

7606 TRANSIT ROAD SUITE 200

Street

☑ Suppliers or vendors

☐ Services

☐ Other

BUFFALO          NY          14221

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

---

**3.2845** MALIK & POPIEL PC
Creditor's Name

7606 TRANSIT ROAD SUITE 200
Street

BUFFALO          NY          14221
City          State          ZIP Code

Country

2/13/2023     $        1,960.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2846** MALIK & POPIEL PC
Creditor's Name

7606 TRANSIT ROAD SUITE 200
Street

BUFFALO          NY          14221
City          State          ZIP Code

Country

2/13/2023     $        2,600.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2847** MA-MCO
Creditor's Name

MASSHEALTH
Street

MANAGED CARE DRUG REBATE PRGM MCO,
PO BOX 417688

BOSTON          MA          02241-7688
City          State          ZIP Code

Country

12/22/2022     $          310.15

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2848** MA-MCO
Creditor's Name

MASSHEALTH
Street

MANAGED CARE DRUG REBATE PRGM MCO,
PO BOX 417688

BOSTON          MA          02241-7688
City          State          ZIP Code

Country

12/22/2022     $        58,522.91

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.2849 | MA-MEDICAID | 12/22/2022 | $ | (17,843.14) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | MASS HEALTH DRUG REBATE PROGRAM | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 3070 | | | | ☐ | Other |
| | BOSTON          MA          02241-3070 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.2850 | MA-MEDICAID | 12/22/2022 | $ | (8,393.98) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | MASS HEALTH DRUG REBATE PROGRAM | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 3070 | | | | ☐ | Other |
| | BOSTON          MA          02241-3070 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.2851 | MA-MEDICAID | 12/22/2022 | $ | (3,385.94) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | MASS HEALTH DRUG REBATE PROGRAM | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 3070 | | | | ☐ | Other |
| | BOSTON          MA          02241-3070 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.2852 | MA-MEDICAID | 12/22/2022 | $ | (1,016.76) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | MASS HEALTH DRUG REBATE PROGRAM | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 3070 | | | | ☐ | Other |
| | BOSTON          MA          02241-3070 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.2853** MA-MEDICAID
Creditor's Name

MASS HEALTH DRUG REBATE PROGRAM
Street

PO BOX 3070

BOSTON          MA          02241-3070
City          State          ZIP Code

Country

12/22/2022     $          143,219.46

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2854** MANAGED HEALTHCARE ASSOC
Creditor's Name

PO BOX 931830
Street

ATLANTA          GA          31193-1830
City          State          ZIP Code

Country

1/12/2023     $          36,353.18

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2855** MARCOR DEVELOPMENT -REMIT
Creditor's Name

PO BOX 785917
Street

PHILADELPHIA          PA          19178-5917
City          State          ZIP Code

Country

1/6/2023     $          81,699.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2856** MARCOR DEVELOPMENT -REMIT
Creditor's Name

PO BOX 785917
Street

PHILADELPHIA          PA          19178-5917
City          State          ZIP Code

Country

1/6/2023     $          81,699.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.2857 | MARTIN PETERSEN COMPANY | 1/12/2023 | $ | 1,611.02 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 9800 55TH STREET | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | KENOSHA    WI    53144 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2858 | MARTIN PETERSEN COMPANY | 1/12/2023 | $ | 2,286.43 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 9800 55TH STREET | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | KENOSHA    WI    53144 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2859 | MARTIN PETERSEN COMPANY | 1/12/2023 | $ | 5,730.19 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 9800 55TH STREET | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | KENOSHA    WI    53144 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2860 | MARTIN PETERSEN COMPANY | 1/12/2023 | $ | 7,565.96 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 9800 55TH STREET | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | KENOSHA    WI    53144 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

| 3.2861 | MATHESON TRI-GAS -PITTSBORO IN | 1/6/2023 | $ | 38.34 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 842724 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DALLAS        TX        75284-2724 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2862 | MATHESON TRI-GAS -PITTSBORO IN | 1/6/2023 | $ | 2,683.87 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 842724 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DALLAS        TX        75284-2724 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2863 | MATHESON TRI-GAS -PITTSBORO IN | 1/6/2023 | $ | 3,408.44 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 842724 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DALLAS        TX        75284-2724 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2864 | MATHESON TRI-GAS -PITTSBORO IN | 1/31/2023 | $ | 3,220.64 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 842724 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DALLAS        TX        75284-2724 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2865 | MATHESON TRI-GAS -PITTSBORO IN | 1/31/2023 | $ | 3,397.65 | | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | Unsecured loan repayments |
| | PO BOX 842724 | | | | ☒ | Suppliers or vendors |
| | Street | | | | | Services |
| | | | | | | Other |
| | DALLAS    TX    75284-2724 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2866 | MATHESON TRI-GAS -PITTSBORO IN | 2/8/2023 | $ | 3,209.67 | | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | Unsecured loan repayments |
| | PO BOX 842724 | | | | ☒ | Suppliers or vendors |
| | Street | | | | | Services |
| | | | | | | Other |
| | DALLAS    TX    75284-2724 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2867 | MATHESON TRI-GAS -PITTSBORO IN | 2/8/2023 | $ | 3,220.64 | | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | Unsecured loan repayments |
| | PO BOX 842724 | | | | ☒ | Suppliers or vendors |
| | Street | | | | | Services |
| | | | | | | Other |
| | DALLAS    TX    75284-2724 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.2868 | MATRIX ABSENCE MANAGEMENT INC | 11/29/2022 | $ | 7,770.41 | | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | Unsecured loan repayments |
| | PO BOX 953217 | | | | ☒ | Suppliers or vendors |
| | Street | | | | | Services |
| | | | | | | Other |
| | ST LOUIS    MO    63195-3217 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2869** MATRIX ABSENCE MANAGEMENT INC

Creditor's Name

12/8/2022    $    4,553.84

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 953217

Street

ST LOUIS          MO          63195-3217

City          State          ZIP Code

Country

**3.2870** MATRIX ABSENCE MANAGEMENT INC

Creditor's Name

12/8/2022    $    7,170.52

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 953217

Street

ST LOUIS          MO          63195-3217

City          State          ZIP Code

Country

**3.2871** MATRIX ABSENCE MANAGEMENT INC

Creditor's Name

2/13/2023    $    5,638.73

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 953217

Street

ST LOUIS          MO          63195-3217

City          State          ZIP Code

Country

**3.2872** MATRIX ABSENCE MANAGEMENT INC

Creditor's Name

2/13/2023    $    6,663.93

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 953217

Street

ST LOUIS          MO          63195-3217

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.2873  MCCRONE ASSOCIATES INC
Creditor's Name

1/31/2023        $            600.00

850 PASQUINELLI DRIVE
Street

WESTMONT          IL        60559-5531
City              State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2874  MCCRONE ASSOCIATES INC
Creditor's Name

1/31/2023        $          6,500.00

850 PASQUINELLI DRIVE
Street

WESTMONT          IL        60559-5531
City              State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2875  MCCRONE ASSOCIATES INC
Creditor's Name

1/31/2023        $          8,000.00

850 PASQUINELLI DRIVE
Street

WESTMONT          IL        60559-5531
City              State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2876  MCKESSON DRUG REF -REMIT
Creditor's Name

12/22/2022        $           350.00

PO BOX 848442
Street

DALLAS            TX        75284-8442
City              State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.2877 MCKESSON DRUG REF -REMIT
Creditor's Name

12/22/2022      $        1,845.14

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 848442
Street

DALLAS          TX      75284-8442
City            State   ZIP Code

Country

3.2878 MCKESSON DRUG REF -REMIT
Creditor's Name

12/22/2022      $        9,320.84

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 848442
Street

DALLAS          TX      75284-8442
City            State   ZIP Code

Country

3.2879 MCKESSON DRUG REF -REMIT
Creditor's Name

12/29/2022      $          762.92

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 848442
Street

DALLAS          TX      75284-8442
City            State   ZIP Code

Country

3.2880 MCKESSON DRUG REF -REMIT
Creditor's Name

12/29/2022      $        1,845.14

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 848442
Street

DALLAS          TX      75284-8442
City            State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

**3.2881** MCKESSON DRUG REF -REMIT
Creditor's Name

PO BOX 848442
Street

DALLAS          TX          75284-8442
City                State        ZIP Code

Country

12/29/2022          $          1,956.10

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2882** MCKESSON DRUG REF -REMIT
Creditor's Name

PO BOX 848442
Street

DALLAS          TX          75284-8442
City                State        ZIP Code

Country

12/29/2022          $          1,956.10

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2883** MCKESSON DRUG REF -REMIT
Creditor's Name

PO BOX 848442
Street

DALLAS          TX          75284-8442
City                State        ZIP Code

Country

12/29/2022          $          2,934.15

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2884** MCKESSON DRUG REF -REMIT
Creditor's Name

PO BOX 848442
Street

DALLAS          TX          75284-8442
City                State        ZIP Code

Country

12/29/2022          $          8,988.56

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.2885 | MCKESSON DRUG REF -REMIT | 12/29/2022 | $ | 9,320.84 | |

Creditor's Name

PO BOX 848442

Street

DALLAS        TX        75284-8442
City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

| | | | | | |
|---|---|---|---|---|---|
| 3.2886 | MCMASTER-CARR SUPPLY COMPANY | 11/29/2022 | $ | 28.79 | |

Creditor's Name

P.O. BOX 7690

Street

CHICAGO        IL        60680-7690
City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

| | | | | | |
|---|---|---|---|---|---|
| 3.2887 | MCMASTER-CARR SUPPLY COMPANY | 11/29/2022 | $ | 47.02 | |

Creditor's Name

P.O. BOX 7690

Street

CHICAGO        IL        60680-7690
City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

| | | | | | |
|---|---|---|---|---|---|
| 3.2888 | MCMASTER-CARR SUPPLY COMPANY | 11/29/2022 | $ | 222.94 | |

Creditor's Name

P.O. BOX 7690

Street

CHICAGO        IL        60680-7690
City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.2889 | MCMASTER-CARR SUPPLY COMPANY | 11/29/2022 | $ | 258.58 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 7690 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60680-7690 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2890 | MCMASTER-CARR SUPPLY COMPANY | 11/29/2022 | $ | 261.14 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 7690 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60680-7690 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2891 | MCMASTER-CARR SUPPLY COMPANY | 11/29/2022 | $ | 451.59 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 7690 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60680-7690 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.2892 | MCMASTER-CARR SUPPLY COMPANY | 11/29/2022 | $ | 469.34 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 7690 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60680-7690 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.2893 MCMASTER-CARR SUPPLY COMPANY
Creditor's Name

P.O. BOX 7690
Street

CHICAGO            IL            60680-7690
City            State            ZIP Code

Country

11/29/2022    $    814.79

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2894 MCMASTER-CARR SUPPLY COMPANY
Creditor's Name

P.O. BOX 7690
Street

CHICAGO            IL            60680-7690
City            State            ZIP Code

Country

11/29/2022    $    957.40

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2895 MCMASTER-CARR SUPPLY COMPANY
Creditor's Name

P.O. BOX 7690
Street

CHICAGO            IL            60680-7690
City            State            ZIP Code

Country

11/29/2022    $    1,464.31

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2896 MCMASTER-CARR SUPPLY COMPANY
Creditor's Name

P.O. BOX 7690
Street

CHICAGO            IL            60680-7690
City            State            ZIP Code

Country

11/29/2022    $    1,608.65

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

---

**3.2897**  MCMASTER-CARR SUPPLY COMPANY     11/29/2022    $    3,385.22

Creditor's Name

P.O. BOX 7690

Street

CHICAGO          IL          60680-7690

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.2898**  MCMASTER-CARR SUPPLY COMPANY     12/8/2022    $    28.84

Creditor's Name

P.O. BOX 7690

Street

CHICAGO          IL          60680-7690

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.2899**  MCMASTER-CARR SUPPLY COMPANY     1/12/2023    $    (666.90)

Creditor's Name

P.O. BOX 7690

Street

CHICAGO          IL          60680-7690

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.2900**  MCMASTER-CARR SUPPLY COMPANY     1/12/2023    $    26.77

Creditor's Name

P.O. BOX 7690

Street

CHICAGO          IL          60680-7690

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.2901 | MCMASTER-CARR SUPPLY COMPANY | 1/12/2023 | $ 39.18 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

P.O. BOX 7690
Street

CHICAGO   IL   60680-7690
City   State   ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.2902 | MCMASTER-CARR SUPPLY COMPANY | 1/12/2023 | $ 43.56 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

P.O. BOX 7690
Street

CHICAGO   IL   60680-7690
City   State   ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.2903 | MCMASTER-CARR SUPPLY COMPANY | 1/12/2023 | $ 80.31 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

P.O. BOX 7690
Street

CHICAGO   IL   60680-7690
City   State   ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.2904 | MCMASTER-CARR SUPPLY COMPANY | 1/12/2023 | $ 130.15 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

P.O. BOX 7690
Street

CHICAGO   IL   60680-7690
City   State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2905 | MCMASTER-CARR SUPPLY COMPANY | 1/12/2023 | $ 177.81 | ☐ Secured debt |

**3.2905** MCMASTER-CARR SUPPLY COMPANY
Creditor's Name

P.O. BOX 7690
Street

1/12/2023

$ 177.81

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60680-7690
City                State        ZIP Code

Country

---

**3.2906** MCMASTER-CARR SUPPLY COMPANY
Creditor's Name

P.O. BOX 7690
Street

1/12/2023

$ 224.06

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60680-7690
City                State        ZIP Code

Country

---

**3.2907** MCMASTER-CARR SUPPLY COMPANY
Creditor's Name

P.O. BOX 7690
Street

1/12/2023

$ 273.31

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60680-7690
City                State        ZIP Code

Country

---

**3.2908** MCMASTER-CARR SUPPLY COMPANY
Creditor's Name

P.O. BOX 7690
Street

1/12/2023

$ 296.52

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60680-7690
City                State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.2909 MCMASTER-CARR SUPPLY COMPANY

Creditor's Name

P.O. BOX 7690

Street

CHICAGO          IL          60680-7690

City          State          ZIP Code

Country

1/12/2023          $          344.69

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.2910 MCMASTER-CARR SUPPLY COMPANY

Creditor's Name

P.O. BOX 7690

Street

CHICAGO          IL          60680-7690

City          State          ZIP Code

Country

1/12/2023          $          428.48

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.2911 MCMASTER-CARR SUPPLY COMPANY

Creditor's Name

P.O. BOX 7690

Street

CHICAGO          IL          60680-7690

City          State          ZIP Code

Country

1/12/2023          $          525.15

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.2912 MCMASTER-CARR SUPPLY COMPANY

Creditor's Name

P.O. BOX 7690

Street

CHICAGO          IL          60680-7690

City          State          ZIP Code

Country

1/12/2023          $          666.90

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2913 | MCMASTER-CARR SUPPLY COMPANY | 1/12/2023 | $ | 1,103.20 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P.O. BOX 7690

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO        IL        60680-7690

City        State        ZIP Code

Country

| 3.2914 | MCMASTER-CARR SUPPLY COMPANY | 1/12/2023 | $ | 1,141.53 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P.O. BOX 7690

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO        IL        60680-7690

City        State        ZIP Code

Country

| 3.2915 | MCMASTER-CARR SUPPLY COMPANY | 1/12/2023 | $ | 1,303.39 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P.O. BOX 7690

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO        IL        60680-7690

City        State        ZIP Code

Country

| 3.2916 | MCMASTER-CARR SUPPLY COMPANY | 1/12/2023 | $ | 2,423.68 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P.O. BOX 7690

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO        IL        60680-7690

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.2917 | MCMASTER-CARR SUPPLY COMPANY | 1/12/2023 | $ | 2,710.13 | ☐ Secured debt |
|--------|------------------------------|-----------|---|----------|----------------|

Creditor's Name

P.O. BOX 7690
Street

☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60680-7690
City          State          ZIP Code

Country

| 3.2918 | MCMASTER-CARR SUPPLY COMPANY | 1/12/2023 | $ | 2,996.37 | ☐ Secured debt |
|--------|------------------------------|-----------|---|----------|----------------|

Creditor's Name

P.O. BOX 7690
Street

☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60680-7690
City          State          ZIP Code

Country

| 3.2919 | MCMASTER-CARR SUPPLY COMPANY | 1/12/2023 | $ | 3,885.66 | ☐ Secured debt |
|--------|------------------------------|-----------|---|----------|----------------|

Creditor's Name

P.O. BOX 7690
Street

☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60680-7690
City          State          ZIP Code

Country

| 3.2920 | MCMASTER-CARR SUPPLY COMPANY | 1/31/2023 | $ | 39.20 | ☐ Secured debt |
|--------|------------------------------|-----------|---|-------|----------------|

Creditor's Name

P.O. BOX 7690
Street

☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60680-7690
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

**3.2921** MCMASTER-CARR SUPPLY COMPANY     1/31/2023     $     70.89
Creditor's Name

P.O. BOX 7690
Street

CHICAGO          IL          60680-7690
City              State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2922** MCMASTER-CARR SUPPLY COMPANY     1/31/2023     $     91.51
Creditor's Name

P.O. BOX 7690
Street

CHICAGO          IL          60680-7690
City              State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2923** MCMASTER-CARR SUPPLY COMPANY     1/31/2023     $     99.25
Creditor's Name

P.O. BOX 7690
Street

CHICAGO          IL          60680-7690
City              State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2924** MCMASTER-CARR SUPPLY COMPANY     1/31/2023     $     123.44
Creditor's Name

P.O. BOX 7690
Street

CHICAGO          IL          60680-7690
City              State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2925 | MCMASTER-CARR SUPPLY COMPANY | 1/31/2023 | $ | 140.11 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 7690 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60680-7690 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2926 | MCMASTER-CARR SUPPLY COMPANY | 1/31/2023 | $ | 295.73 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 7690 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60680-7690 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2927 | MCMASTER-CARR SUPPLY COMPANY | 1/31/2023 | $ | 321.93 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 7690 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60680-7690 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.2928 | MCMASTER-CARR SUPPLY COMPANY | 1/31/2023 | $ | 359.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P.O. BOX 7690 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60680-7690 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2929 | MCMASTER-CARR SUPPLY COMPANY | 1/31/2023 | $ 524.16 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 7690 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60680-7690 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2930 | MCMASTER-CARR SUPPLY COMPANY | 1/31/2023 | $ 771.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 7690 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60680-7690 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2931 | MCMASTER-CARR SUPPLY COMPANY | 1/31/2023 | $ 776.22 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 7690 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60680-7690 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2932 | MCMASTER-CARR SUPPLY COMPANY | 1/31/2023 | $ 777.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 7690 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60680-7690 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.2933 MCMASTER-CARR SUPPLY COMPANY
Creditor's Name

P.O. BOX 7690
Street

CHICAGO          IL          60680-7690
City          State          ZIP Code

Country

1/31/2023          $          2,166.09

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2934 MCMASTER-CARR SUPPLY COMPANY
Creditor's Name

P.O. BOX 7690
Street

CHICAGO          IL          60680-7690
City          State          ZIP Code

Country

1/31/2023          $          2,432.12

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2935 MCMASTER-CARR SUPPLY COMPANY
Creditor's Name

P.O. BOX 7690
Street

CHICAGO          IL          60680-7690
City          State          ZIP Code

Country

2/13/2023          $          52.36

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.2936 MCMASTER-CARR SUPPLY COMPANY
Creditor's Name

P.O. BOX 7690
Street

CHICAGO          IL          60680-7690
City          State          ZIP Code

Country

2/13/2023          $          79.52

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 736

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

**3.2937** MCMASTER-CARR SUPPLY COMPANY        2/13/2023        $              88.28
Creditor's Name

P.O. BOX 7690
Street

CHICAGO            IL            60680-7690
City                State            ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.2938** MCMASTER-CARR SUPPLY COMPANY        2/13/2023        $             197.21
Creditor's Name

P.O. BOX 7690
Street

CHICAGO            IL            60680-7690
City                State            ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.2939** MCMASTER-CARR SUPPLY COMPANY        2/13/2023        $             218.34
Creditor's Name

P.O. BOX 7690
Street

CHICAGO            IL            60680-7690
City                State            ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.2940** MCMASTER-CARR SUPPLY COMPANY        2/13/2023        $             876.89
Creditor's Name

P.O. BOX 7690
Street

CHICAGO            IL            60680-7690
City                State            ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.2941  MCMASTER-CARR SUPPLY COMPANY                    2/13/2023        $           2,309.27
Creditor's Name

P.O. BOX 7690
Street

CHICAGO              IL          60680-7690
City                 State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.2942  MCO MOLINA                                     12/22/2022       $              6.00
Creditor's Name

KY STATE TREASURER
Street

DEPARTMENT OF MEDICAID SERVICES, 275
E MAIN ST 6W-A, ATTN DIRECTOR OF
PHARMACY SVCS

FRANKFORT            KY          40621
City                 State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.2943  MCO MOLINA                                     12/22/2022       $             43.83
Creditor's Name

KY STATE TREASURER
Street

DEPARTMENT OF MEDICAID SERVICES, 275
E MAIN ST 6W-A, ATTN DIRECTOR OF
PHARMACY SVCS

FRANKFORT            KY          40621
City                 State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.2944  MCO MOLINA                                     12/22/2022       $             46.47
Creditor's Name

KY STATE TREASURER
Street

DEPARTMENT OF MEDICAID SERVICES, 275
E MAIN ST 6W-A, ATTN DIRECTOR OF
PHARMACY SVCS

FRANKFORT            KY          40621
City                 State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 738

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.2945 | MCO MOLINA | 12/22/2022 | $ | 903.72 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | KY STATE TREASURER | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | DEPARTMENT OF MEDICAID SERVICES, 275 E MAIN ST 6W-A, ATTN DIRECTOR OF PHARMACY SVCS | | | | ☐ | Other |
| | FRANKFORT   KY   40621 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.2946 | MCO MOLINA | 12/22/2022 | $ | 12,504.58 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | KY STATE TREASURER | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | DEPARTMENT OF MEDICAID SERVICES, 275 E MAIN ST 6W-A, ATTN DIRECTOR OF PHARMACY SVCS | | | | ☐ | Other |
| | FRANKFORT   KY   40621 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.2947 | MD-MCHP MCO | 12/22/2022 | $ | (13.39) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | MD MEDICAL ASSISTANCE RECOVERIES | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | MEDICAID DRUG REBATE PROGRAMS, PO BOX 17185 | | | | ☐ | Other |
| | BALTIMORE   MD   21297-1185 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.2948 | MD-MCHP MCO | 12/22/2022 | $ | (12.23) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | MD MEDICAL ASSISTANCE RECOVERIES | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | MEDICAID DRUG REBATE PROGRAMS, PO BOX 17185 | | | | ☐ | Other |
| | BALTIMORE   MD   21297-1185 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.2949 MD-MCHP MCO | 12/22/2022 | $ 29,644.62 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| MD MEDICAL ASSISTANCE RECOVERIES | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| MEDICAID DRUG REBATE PROGRAMS, PO BOX 17185 | | | ☐ Other |
| BALTIMORE          MD          21297-1185 | | | |
| City                State        ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.2950 MD-MCO | 12/22/2022 | $ 1.45 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| MD MEDICAL ASSISTANCE RECOVERIES | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| MEDICAID DRUG REBATE PROGRAMS, PO BOX 17185 | | | ☐ Other |
| BALTIMORE          MD          21297-1185 | | | |
| City                State        ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.2951 MD-MCO | 12/22/2022 | $ 3.02 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| MD MEDICAL ASSISTANCE RECOVERIES | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| MEDICAID DRUG REBATE PROGRAMS, PO BOX 17185 | | | ☐ Other |
| BALTIMORE          MD          21297-1185 | | | |
| City                State        ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.2952 MD-MCO | 12/22/2022 | $ 6.50 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| MD MEDICAL ASSISTANCE RECOVERIES | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| MEDICAID DRUG REBATE PROGRAMS, PO BOX 17185 | | | ☐ Other |
| BALTIMORE          MD          21297-1185 | | | |
| City                State        ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.2953 | MD-MCO | 12/22/2022 | $ | 132.48 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | MD MEDICAL ASSISTANCE RECOVERIES | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | MEDICAID DRUG REBATE PROGRAMS, PO BOX 17185 | | | | |
| | BALTIMORE  MD  21297-1185 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2954 | MD-MCO | 12/22/2022 | $ | 241.22 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | MD MEDICAL ASSISTANCE RECOVERIES | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | MEDICAID DRUG REBATE PROGRAMS, PO BOX 17185 | | | | |
| | BALTIMORE  MD  21297-1185 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2955 | MD-MCO | 12/22/2022 | $ | 23,984.11 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | MD MEDICAL ASSISTANCE RECOVERIES | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | MEDICAID DRUG REBATE PROGRAMS, PO BOX 17185 | | | | |
| | BALTIMORE  MD  21297-1185 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.2956 | MD-NEW ADULTS MCO | 12/22/2022 | $ | (16.85) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | MD MEDICAL ASSISTANCE RECOVERIES | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | MEDICAID DRUG REBATE PROGRAMS, PO BOX 17185 | | | | |
| | BALTIMORE  MD  21297-1185 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

| | | Name | | |

**3.2957** MD-NEW ADULTS MCO
Creditor's Name

MD MEDICAL ASSISTANCE RECOVERIES
Street

MEDICAID DRUG REBATE PROGRAMS, PO BOX 17185

BALTIMORE        MD        21297-1185
City                State        ZIP Code

Country

12/22/2022    $    11,333.32

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2958** MEDICAL PACKAGING INC
Creditor's Name

8 KINGS COURT
Street



FLEMINGTON        NJ        08822
City                State        ZIP Code

Country

2/13/2023    $    28,884.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2959** MEDICAL PACKAGING INC
Creditor's Name

8 KINGS COURT
Street



FLEMINGTON        NJ        08822
City                State        ZIP Code

Country

2/13/2023    $    29,000.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.2960** MEDICAL PACKAGING INC
Creditor's Name

8 KINGS COURT
Street



FLEMINGTON        NJ        08822
City                State        ZIP Code

Country

2/13/2023    $    40,375.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2961** MEDICAL PACKAGING INC | 2/13/2023 | $ 40,500.00
Creditor's Name

8 KINGS COURT
Street

FLEMINGTON    NJ    08822
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2962** MEDICARE GAP | 12/9/2022 | $ 1,694,101.58
Creditor's Name

PO Box 1270
Street

Lawrence    KS    66044
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2963** ME-MEDICAID | 12/22/2022 | $ (250.94)
Creditor's Name

DHHS RECEIVABLES-DRUG REBATE
Street

C/O CASH RECEIPTS ME-MEDICAID, SHS# 11
109 CAPITOL ST

AUGUSTA    ME    04333-0011
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2964** ME-MEDICAID | 12/22/2022 | $ 11,966.68
Creditor's Name

DHHS RECEIVABLES-DRUG REBATE
Street

C/O CASH RECEIPTS ME-MEDICAID, SHS# 11
109 CAPITOL ST

AUGUSTA    ME    04333-0011
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.2965 | METTLER TOLEDO -REMIT | 11/29/2022 | $ | 314.71 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 22670 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO        IL        60673-1226 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2966 | METTLER TOLEDO -REMIT | 11/29/2022 | $ | 2,941.39 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 22670 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO        IL        60673-1226 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2967 | METTLER TOLEDO -REMIT | 12/8/2022 | $ | 327.66 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 22670 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO        IL        60673-1226 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.2968 | METTLER TOLEDO -REMIT | 12/8/2022 | $ | 1,919.65 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 22670 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO        IL        60673-1226 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.2969** METTLER TOLEDO -REMIT
Creditor's Name

22670 NETWORK PLACE
Street

CHICAGO          IL          60673-1226
City                State          ZIP Code

Country

1/6/2023          $          (9,299.39)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2970** METTLER TOLEDO -REMIT
Creditor's Name

22670 NETWORK PLACE
Street

CHICAGO          IL          60673-1226
City                State          ZIP Code

Country

1/6/2023          $          345.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2971** METTLER TOLEDO -REMIT
Creditor's Name

22670 NETWORK PLACE
Street

CHICAGO          IL          60673-1226
City                State          ZIP Code

Country

1/6/2023          $          990.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.2972** METTLER TOLEDO -REMIT
Creditor's Name

22670 NETWORK PLACE
Street

CHICAGO          IL          60673-1226
City                State          ZIP Code

Country

1/6/2023          $          2,771.61

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 745

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2973 | METTLER TOLEDO -REMIT | 1/6/2023 | $ 9,299.39 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 22670 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1226 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2974 | METTLER TOLEDO -REMIT | 1/12/2023 | $ (2,944.44) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 22670 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1226 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2975 | METTLER TOLEDO -REMIT | 1/12/2023 | $ 9,299.39 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 22670 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1226 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2976 | METTLER TOLEDO -REMIT | 1/31/2023 | $ 1,828.16 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 22670 NETWORK PLACE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1226 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.2977 | METTLER TOLEDO -REMIT | 1/31/2023 | $ 2,941.39 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 22670 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1226 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2978 | METTLER TOLEDO -REMIT | 2/13/2023 | $ 274.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 22670 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1226 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2979 | MICROAGE | 11/29/2022 | $ 36.03 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 93655 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LAS VEGAS    NV    89193-3655 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.2980 | MICROAGE | 11/29/2022 | $ 244.01 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 93655 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LAS VEGAS    NV    89193-3655 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

**3.2981 MICROAGE**
Creditor's Name

11/29/2022    $    1,998.63

PO BOX 93655
Street

LAS VEGAS    NV    89193-3655
City    State    ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.2982 MICROAGE**
Creditor's Name

11/29/2022    $    38,514.24

PO BOX 93655
Street

LAS VEGAS    NV    89193-3655
City    State    ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.2983 MICROAGE**
Creditor's Name

11/29/2022    $    53,171.39

PO BOX 93655
Street

LAS VEGAS    NV    89193-3655
City    State    ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.2984 MICROAGE**
Creditor's Name

11/29/2022    $    93,782.55

PO BOX 93655
Street

LAS VEGAS    NV    89193-3655
City    State    ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.2985 | MICROAGE | 12/8/2022 | $ | 814.08 | ☐ Secured debt |
|--------|----------|-----------|---|--------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 93655

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LAS VEGAS    NV    89193-3655

City    State    ZIP Code

Country

| 3.2986 | MICROAGE | 12/8/2022 | $ | 49,326.00 | ☐ Secured debt |
|--------|----------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 93655

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LAS VEGAS    NV    89193-3655

City    State    ZIP Code

Country

| 3.2987 | MICROAGE | 12/29/2022 | $ | (1,087.94) | ☐ Secured debt |
|--------|----------|------------|---|------------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 93655

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LAS VEGAS    NV    89193-3655

City    State    ZIP Code

Country

| 3.2988 | MICROAGE | 12/29/2022 | $ | 80.27 | ☐ Secured debt |
|--------|----------|------------|---|-------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 93655

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LAS VEGAS    NV    89193-3655

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.2989 | MICROAGE | 12/29/2022 | $ | 84.68 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 93655

☑ Suppliers or vendors

Street

☐ Services

☐ Other

LAS VEGAS        NV        89193-3655
City        State        ZIP Code

Country

| 3.2990 | MICROAGE | 12/29/2022 | $ | 228.99 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 93655

☑ Suppliers or vendors

Street

☐ Services

☐ Other

LAS VEGAS        NV        89193-3655
City        State        ZIP Code

Country

| 3.2991 | MICROAGE | 12/29/2022 | $ | 321.08 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 93655

☑ Suppliers or vendors

Street

☐ Services

☐ Other

LAS VEGAS        NV        89193-3655
City        State        ZIP Code

Country

| 3.2992 | MICROAGE | 12/29/2022 | $ | 361.82 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 93655

☑ Suppliers or vendors

Street

☐ Services

☐ Other

LAS VEGAS        NV        89193-3655
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.2993** MICROAGE                    12/29/2022    $         832.11    ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

PO BOX 93655                                                             ☒ Suppliers or vendors
Street                                                                   ☐ Services

                                                                         ☐ Other

LAS VEGAS          NV        89193-3655
City               State     ZIP Code

Country

**3.2994** MICROAGE                    12/29/2022    $         982.25    ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

PO BOX 93655                                                             ☒ Suppliers or vendors
Street                                                                   ☐ Services

                                                                         ☐ Other

LAS VEGAS          NV        89193-3655
City               State     ZIP Code

Country

**3.2995** MICROAGE                    12/29/2022    $       1,037.34    ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

PO BOX 93655                                                             ☒ Suppliers or vendors
Street                                                                   ☐ Services

                                                                         ☐ Other

LAS VEGAS          NV        89193-3655
City               State     ZIP Code

Country

**3.2996** MICROAGE                    12/29/2022    $       5,902.77    ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

PO BOX 93655                                                             ☒ Suppliers or vendors
Street                                                                   ☐ Services

                                                                         ☐ Other

LAS VEGAS          NV        89193-3655
City               State     ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC
Case number *(if known)*: 23-10255

Name

**3.2997** MICROAGE
Creditor's Name

12/29/2022   $   11,028.46

PO BOX 93655
Street

LAS VEGAS     NV     89193-3655
City          State  ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2998** MICROAGE
Creditor's Name

12/29/2022   $   11,244.90

PO BOX 93655
Street

LAS VEGAS     NV     89193-3655
City          State  ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.2999** MICROAGE
Creditor's Name

12/29/2022   $   12,023.09

PO BOX 93655
Street

LAS VEGAS     NV     89193-3655
City          State  ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.3000** MICROAGE
Creditor's Name

12/29/2022   $   12,262.60

PO BOX 93655
Street

LAS VEGAS     NV     89193-3655
City          State  ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.3001** MICROAGE
Creditor's Name

12/29/2022    $    29,740.39

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 93655
Street

LAS VEGAS        NV        89193-3655
City        State        ZIP Code

Country

**3.3002** MICROAGE
Creditor's Name

1/12/2023    $    152.10

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 93655
Street

LAS VEGAS        NV        89193-3655
City        State        ZIP Code

Country

**3.3003** MICROAGE
Creditor's Name

1/12/2023    $    277.60

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 93655
Street

LAS VEGAS        NV        89193-3655
City        State        ZIP Code

Country

**3.3004** MICROAGE
Creditor's Name

1/12/2023    $    408.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 93655
Street

LAS VEGAS        NV        89193-3655
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3005 | MICROAGE | 1/12/2023 | $ | 931.44 | ☐ Secured debt |
|--------|----------|-----------|---|--------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 93655

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LAS VEGAS   NV   89193-3655
City   State   ZIP Code

Country

| 3.3006 | MICROAGE | 1/12/2023 | $ | 4,484.81 | ☐ Secured debt |
|--------|----------|-----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 93655

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LAS VEGAS   NV   89193-3655
City   State   ZIP Code

Country

| 3.3007 | MICROAGE | 1/12/2023 | $ | 10,180.05 | ☐ Secured debt |
|--------|----------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 93655

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LAS VEGAS   NV   89193-3655
City   State   ZIP Code

Country

| 3.3008 | MICROAGE | 1/12/2023 | $ | 19,257.28 | ☐ Secured debt |
|--------|----------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 93655

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LAS VEGAS   NV   89193-3655
City   State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3009 | MICROAGE | 1/12/2023 | $ | 43,857.88 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 93655 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LAS VEGAS    NV    89193-3655 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3010 | Microage Frontier | 2/23/2023 | $ | 322,007.60 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | Kyle Yencer | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 15210 S 50TH St Ste 180, | | | | ☐ Other |
| | Phoenix    AZ    85044-9136 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3011 | MICROBIOLOGICS INC | 12/8/2022 | $ | 2,755.08 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 200 COOPER AVE N | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ST CLOUD    MN    56303 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3012 | MICROBIOLOGICS INC | 2/13/2023 | $ | (387.10) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 200 COOPER AVE N | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ST CLOUD    MN    56303 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.3013 MICROBIOLOGICS INC
Creditor's Name

200 COOPER AVE N
Street

ST CLOUD          MN          56303
City                State        ZIP Code

Country

2/13/2023          $          221.12

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3014 MICROBIOLOGICS INC
Creditor's Name

200 COOPER AVE N
Street

ST CLOUD          MN          56303
City                State        ZIP Code

Country

2/13/2023          $          1,434.57

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3015 MICROBIOLOGICS INC
Creditor's Name

200 COOPER AVE N
Street

ST CLOUD          MN          56303
City                State        ZIP Code

Country

2/13/2023          $          4,033.42

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3016 MICROBIOLOGICS INC
Creditor's Name

200 COOPER AVE N
Street

ST CLOUD          MN          56303
City                State        ZIP Code

Country

2/13/2023          $          13,268.93

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3017 | MIDCAP FINANCIAL TRUST IV Trust | 12/1/2022 | $ | 417,962.91 | ☑ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | C/O MIDCAP FINANCIAL SERVICES LLC | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 7255 WOODMONT AVE | | | | ☐ | Other |
| | BETHESDA    MD    20814 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.3018 | MIDCAP FINANCIAL TRUST IV Trust | 1/3/2023 | $ | 449,496.16 | ☑ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | C/O MIDCAP FINANCIAL SERVICES LLC | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 7255 WOODMONT AVE | | | | ☐ | Other |
| | BETHESDA    MD    20814 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.3019 | MIDCAP FINANCIAL TRUST IV Trust | 1/19/2023 | $ | 3,280,502.20 | ☑ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | C/O MIDCAP FINANCIAL SERVICES LLC | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 7255 WOODMONT AVE | | | | ☐ | Other |
| | BETHESDA    MD    20814 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.3020 | MIDCAP FINANCIAL TRUST IV Trust | 1/31/2023 | $ | 1,367,650.00 | ☑ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | C/O MIDCAP FINANCIAL SERVICES LLC | | | | ☐ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | 7255 WOODMONT AVE | | | | ☐ | Other |
| | BETHESDA    MD    20814 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3021 | MIDCAP FINANCIAL TRUST IV Trust | 2/7/2023 | $ | 2,416,284.46 | ☒ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | C/O MIDCAP FINANCIAL SERVICES LLC | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 7255 WOODMONT AVE | | | | ☐ Other |
| | BETHESDA      MD      20814 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| 3.3022 | MIDCAP FINANCIAL TRUST IV Trust | 2/14/2023 | $ | (186,241.22) | ☒ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | C/O MIDCAP FINANCIAL SERVICES LLC | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 7255 WOODMONT AVE | | | | ☐ Other |
| | BETHESDA      MD      20814 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| 3.3023 | MIDCAP FINANCIAL TRUST IV Trust | 2/21/2023 | $ | 5,609,728.59 | ☒ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | C/O MIDCAP FINANCIAL SERVICES LLC | | | | ☐ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 7255 WOODMONT AVE | | | | ☐ Other |
| | BETHESDA      MD      20814 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| 3.3024 | MIKART INC | 11/29/2022 | $ | (3,555.47) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1750 CHATTAHOOCHEE AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ATLANTA      GA      30318 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3025 | MIKART INC | 11/29/2022 | $ | 900.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☒ | Suppliers or vendors |
| | 1750 CHATTAHOOCHEE AVE | | | | ☐ | Services |
| | Street | | | | ☐ | Other |
| | ATLANTA        GA        30318 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.3026 | MIKART INC | 11/29/2022 | $ | 3,000.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☒ | Suppliers or vendors |
| | 1750 CHATTAHOOCHEE AVE | | | | ☐ | Services |
| | Street | | | | ☐ | Other |
| | ATLANTA        GA        30318 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.3027 | MIKART INC | 11/29/2022 | $ | 4,000.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☒ | Suppliers or vendors |
| | 1750 CHATTAHOOCHEE AVE | | | | ☐ | Services |
| | Street | | | | ☐ | Other |
| | ATLANTA        GA        30318 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.3028 | MIKART INC | 11/29/2022 | $ | 4,000.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☒ | Suppliers or vendors |
| | 1750 CHATTAHOOCHEE AVE | | | | ☐ | Services |
| | Street | | | | ☐ | Other |
| | ATLANTA        GA        30318 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*    23-10255

| 3.3029 | MIKART INC | 11/29/2022 | $ | 4,000.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1750 CHATTAHOOCHEE AVE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA         GA         30318
City            State       ZIP Code

Country

| 3.3030 | MIKART INC | 11/29/2022 | $ | 4,168.99 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1750 CHATTAHOOCHEE AVE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA         GA         30318
City            State       ZIP Code

Country

| 3.3031 | MIKART INC | 11/29/2022 | $ | 5,000.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1750 CHATTAHOOCHEE AVE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA         GA         30318
City            State       ZIP Code

Country

| 3.3032 | MIKART INC | 11/29/2022 | $ | 5,775.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1750 CHATTAHOOCHEE AVE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA         GA         30318
City            State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

3.3033  MIKART INC
Creditor's Name

1750 CHATTAHOOCHEE AVE
Street

ATLANTA          GA          30318
City                State        ZIP Code

Country

11/29/2022    $          10,000.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3034  MIKART INC
Creditor's Name

1750 CHATTAHOOCHEE AVE
Street

ATLANTA          GA          30318
City                State        ZIP Code

Country

11/29/2022    $          10,500.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3035  MIKART INC
Creditor's Name

1750 CHATTAHOOCHEE AVE
Street

ATLANTA          GA          30318
City                State        ZIP Code

Country

11/29/2022    $          10,500.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3036  MIKART INC
Creditor's Name

1750 CHATTAHOOCHEE AVE
Street

ATLANTA          GA          30318
City                State        ZIP Code

Country

11/29/2022    $          13,500.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 3.3037 | MIKART INC | 11/29/2022 | $ 13,500.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 1750 CHATTAHOOCHEE AVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | ATLANTA   GA   30318 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| 3.3038 | MIKART INC | 11/29/2022 | $ 16,275.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 1750 CHATTAHOOCHEE AVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | ATLANTA   GA   30318 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| 3.3039 | MIKART INC | 11/29/2022 | $ 17,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 1750 CHATTAHOOCHEE AVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | ATLANTA   GA   30318 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| 3.3040 | MIKART INC | 11/29/2022 | $ 21,450.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 1750 CHATTAHOOCHEE AVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | ATLANTA   GA   30318 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3041 | MIKART INC | 11/29/2022 | $ | 50,000.00 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☒ | Suppliers or vendors |
| | 1750 CHATTAHOOCHEE AVE | | | | ☐ | Services |
| | Street | | | | ☐ | Other |
| | | | | | | |
| | ATLANTA  GA  30318 | | | | | |
| | City  State  ZIP Code | | | | | |
| | Country | | | | | |

| 3.3042 | MIKART INC | 11/29/2022 | $ | 50,000.00 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☒ | Suppliers or vendors |
| | 1750 CHATTAHOOCHEE AVE | | | | ☐ | Services |
| | Street | | | | ☐ | Other |
| | | | | | | |
| | ATLANTA  GA  30318 | | | | | |
| | City  State  ZIP Code | | | | | |
| | Country | | | | | |

| 3.3043 | MIKART INC | 11/29/2022 | $ | 52,767.04 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☒ | Suppliers or vendors |
| | 1750 CHATTAHOOCHEE AVE | | | | ☐ | Services |
| | Street | | | | ☐ | Other |
| | | | | | | |
| | ATLANTA  GA  30318 | | | | | |
| | City  State  ZIP Code | | | | | |
| | Country | | | | | |

| 3.3044 | MIKART INC | 1/6/2023 | $ | 21,254.40 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | | | | | ☒ | Suppliers or vendors |
| | 1750 CHATTAHOOCHEE AVE | | | | ☐ | Services |
| | Street | | | | ☐ | Other |
| | | | | | | |
| | ATLANTA  GA  30318 | | | | | |
| | City  State  ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3045 | MIKART INC | 1/6/2023 | $ 80,235.36 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1750 CHATTAHOOCHEE AVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ATLANTA    GA    30318 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3046 | MIKART INC | 1/6/2023 | $ 161,799.12 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1750 CHATTAHOOCHEE AVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ATLANTA    GA    30318 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3047 | MIKART INC | 1/26/2023 | $ 97,260.93 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1750 CHATTAHOOCHEE AVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ATLANTA    GA    30318 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3048 | MI-MCO | 12/22/2022 | $ (200.09) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | MI DEPT OF HLTH AND HUMAN SVCS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | STATE OF MICHIGAN DCH, DEPT 77951 PO BOX 77000, ATTN MI MCO PROGRAM DRUG REBATE | | | ☐ Other |
| | DETROIT    MI    48277-7951 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | |
|---|---|---|---|
| 3.3049 MI-MCO | 12/22/2022 | $ 5.78 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☒ Suppliers or vendors |
| MI DEPT OF HLTH AND HUMAN SVCS | | | ☐ Services |
| Street | | | ☐ Other |
| STATE OF MICHIGAN DCH, DEPT 77951 PO BOX 77000, ATTN MI MCO PROGRAM DRUG REBATE | | | |
| DETROIT          MI          48277-7951 | | | |
| City             State        ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.3050 MI-MCO | 12/22/2022 | $ 41.68 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☒ Suppliers or vendors |
| MI DEPT OF HLTH AND HUMAN SVCS | | | ☐ Services |
| Street | | | ☐ Other |
| STATE OF MICHIGAN DCH, DEPT 77951 PO BOX 77000, ATTN MI MCO PROGRAM DRUG REBATE | | | |
| DETROIT          MI          48277-7951 | | | |
| City             State        ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.3051 MI-MCO | 12/22/2022 | $ 71.48 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☒ Suppliers or vendors |
| MI DEPT OF HLTH AND HUMAN SVCS | | | ☐ Services |
| Street | | | ☐ Other |
| STATE OF MICHIGAN DCH, DEPT 77951 PO BOX 77000, ATTN MI MCO PROGRAM DRUG REBATE | | | |
| DETROIT          MI          48277-7951 | | | |
| City             State        ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.3052 MI-MCO | 12/22/2022 | $ 26,758.35 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☒ Suppliers or vendors |
| MI DEPT OF HLTH AND HUMAN SVCS | | | ☐ Services |
| Street | | | ☐ Other |
| STATE OF MICHIGAN DCH, DEPT 77951 PO BOX 77000, ATTN MI MCO PROGRAM DRUG REBATE | | | |
| DETROIT          MI          48277-7951 | | | |
| City             State        ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.3053 **MI-MCO**
Creditor's Name

12/22/2022    $    81,963.42

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

MI DEPT OF HLTH AND HUMAN SVCS
Street

STATE OF MICHIGAN DCH, DEPT 77951 PO
BOX 77000, ATTN MI MCO PROGRAM DRUG
REBATE

DETROIT          MI          48277-7951
City          State          ZIP Code

Country

3.3054 **MI-MEDICAID**
Creditor's Name

12/22/2022    $    (420.10)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

MI DEPT OF HLTH AND HUMAN SVCS
Street

STATE OF MICHIGAN DCH, DEPT 77951 PO
BOX 77000, ATTN MEDICAID DRUG REBATE

DETROIT          MI          48277-7951
City          State          ZIP Code

Country

3.3055 **MI-MEDICAID**
Creditor's Name

12/22/2022    $    (14.69)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

MI DEPT OF HLTH AND HUMAN SVCS
Street

STATE OF MICHIGAN DCH, DEPT 77951 PO
BOX 77000, ATTN MEDICAID DRUG REBATE

DETROIT          MI          48277-7951
City          State          ZIP Code

Country

3.3056 **MI-MEDICAID**
Creditor's Name

12/22/2022    $    (1.12)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

MI DEPT OF HLTH AND HUMAN SVCS
Street

STATE OF MICHIGAN DCH, DEPT 77951 PO
BOX 77000, ATTN MEDICAID DRUG REBATE

DETROIT          MI          48277-7951
City          State          ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 766

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.3057** MI-MEDICAID

Creditor's Name

MI DEPT OF HLTH AND HUMAN SVCS

Street

STATE OF MICHIGAN DCH, DEPT 77951 PO
BOX 77000, ATTN MEDICAID DRUG REBATE

DETROIT        MI        48277-7951

City        State        ZIP Code

Country

12/22/2022        $        37,825.89

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.3058** MINDSHIFT TECHNOLOGIES INC

Creditor's Name

500 COMMACK RD

Street

SUITE 140

COMMACK        NY        11725

City        State        ZIP Code

Country

1/12/2023        $        8,159.95

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.3059** MINDSHIFT TECHNOLOGIES INC

Creditor's Name

500 COMMACK RD

Street

SUITE 140

COMMACK        NY        11725

City        State        ZIP Code

Country

1/12/2023        $        8,159.95

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.3060** MINI GRAPHICS INC

Creditor's Name

140 COMMERCE DRIVE

Street

HAUPPAUGE        NY        11788

City        State        ZIP Code

Country

11/29/2022        $        1,331.30

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3061 | MINI GRAPHICS INC | 11/29/2022 | $ | 1,637.61 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 140 COMMERCE DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3062 | MINI GRAPHICS INC | 11/29/2022 | $ | 1,883.75 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 140 COMMERCE DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3063 | MINI GRAPHICS INC | 11/29/2022 | $ | 1,935.36 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 140 COMMERCE DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3064 | MINI GRAPHICS INC | 11/29/2022 | $ | 2,525.91 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 140 COMMERCE DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.3065 | MINI GRAPHICS INC | 11/29/2022 | $ | 2,953.75 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

140 COMMERCE DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

HAUPPAUGE        NY        11788

City        State        ZIP Code

Country

| 3.3066 | MINI GRAPHICS INC | 11/29/2022 | $ | 3,454.96 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

140 COMMERCE DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

HAUPPAUGE        NY        11788

City        State        ZIP Code

Country

| 3.3067 | MINI GRAPHICS INC | 11/29/2022 | $ | 3,577.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

140 COMMERCE DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

HAUPPAUGE        NY        11788

City        State        ZIP Code

Country

| 3.3068 | MINI GRAPHICS INC | 11/29/2022 | $ | 3,731.25 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

140 COMMERCE DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

HAUPPAUGE        NY        11788

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3069 | MINI GRAPHICS INC | 11/29/2022 | $    3,986.85 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 140 COMMERCE DRIVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | Country | | | |
| 3.3070 | MINI GRAPHICS INC | 11/29/2022 | $    4,686.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 140 COMMERCE DRIVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | Country | | | |
| 3.3071 | MINI GRAPHICS INC | 11/29/2022 | $    5,645.91 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 140 COMMERCE DRIVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | Country | | | |
| 3.3072 | MINI GRAPHICS INC | 11/29/2022 | $    6,919.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 140 COMMERCE DRIVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | | | | |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3073 | MINI GRAPHICS INC | 11/29/2022 | $ 10,689.22 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 140 COMMERCE DRIVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.3074 | MINI GRAPHICS INC | 11/29/2022 | $ 14,750.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 140 COMMERCE DRIVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.3075 | MINI GRAPHICS INC | 11/29/2022 | $ 25,339.05 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 140 COMMERCE DRIVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.3076 | MINI GRAPHICS INC | 12/8/2022 | $ 3,569.23 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 140 COMMERCE DRIVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3077 | MINI GRAPHICS INC | 12/8/2022 | $ 4,052.98 | ☐ Secured debt |
|--------|-------------------|-----------|-----------|----------------|

3.3077 MINI GRAPHICS INC

Creditor's Name

12/8/2022    $    4,052.98

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

140 COMMERCE DRIVE
Street

HAUPPAUGE          NY          11788
City               State       ZIP Code

Country

3.3078 MINI GRAPHICS INC

Creditor's Name

12/8/2022    $    7,223.42

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

140 COMMERCE DRIVE
Street

HAUPPAUGE          NY          11788
City               State       ZIP Code

Country

3.3079 MINI GRAPHICS INC

Creditor's Name

12/8/2022    $    7,525.92

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

140 COMMERCE DRIVE
Street

HAUPPAUGE          NY          11788
City               State       ZIP Code

Country

3.3080 MINI GRAPHICS INC

Creditor's Name

12/8/2022    $    7,774.26

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

140 COMMERCE DRIVE
Street

HAUPPAUGE          NY          11788
City               State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

---

3.3081  MINI GRAPHICS INC
Creditor's Name

140 COMMERCE DRIVE
Street

HAUPPAUGE        NY        11788
City            State      ZIP Code

Country

12/8/2022      $        8,104.32

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3082  MINI GRAPHICS INC
Creditor's Name

140 COMMERCE DRIVE
Street

HAUPPAUGE        NY        11788
City            State      ZIP Code

Country

1/6/2023       $        2,059.19

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3083  MINI GRAPHICS INC
Creditor's Name

140 COMMERCE DRIVE
Street

HAUPPAUGE        NY        11788
City            State      ZIP Code

Country

1/6/2023       $        2,489.09

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3084  MINI GRAPHICS INC
Creditor's Name

140 COMMERCE DRIVE
Street

HAUPPAUGE        NY        11788
City            State      ZIP Code

Country

1/6/2023       $        3,103.87

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 773

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.3085 | MINI GRAPHICS INC | 1/6/2023 | $ 3,266.13 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

140 COMMERCE DRIVE
Street

HAUPPAUGE        NY        11788
City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3086 | MINI GRAPHICS INC | 1/6/2023 | $ 3,920.22 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

140 COMMERCE DRIVE
Street

HAUPPAUGE        NY        11788
City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3087 | MINI GRAPHICS INC | 1/6/2023 | $ 4,031.14 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

140 COMMERCE DRIVE
Street

HAUPPAUGE        NY        11788
City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3088 | MINI GRAPHICS INC | 1/6/2023 | $ 5,459.25 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

140 COMMERCE DRIVE
Street

HAUPPAUGE        NY        11788
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| 3.3089 | MINI GRAPHICS INC | 1/6/2023 | $ | 9,720.00 |
|--------|-------------------|----------|---|----------|

Creditor's Name

140 COMMERCE DRIVE
Street

| ☐ | Secured debt |
| ☐ | Unsecured loan repayments |
| ☒ | Suppliers or vendors |
| ☐ | Services |
| ☐ | Other |

HAUPPAUGE     NY     11788
City          State  ZIP Code

Country

| 3.3090 | MINI GRAPHICS INC | 1/6/2023 | $ | 10,533.77 |
|--------|-------------------|----------|---|-----------|

Creditor's Name

140 COMMERCE DRIVE
Street

| ☐ | Secured debt |
| ☐ | Unsecured loan repayments |
| ☒ | Suppliers or vendors |
| ☐ | Services |
| ☐ | Other |

HAUPPAUGE     NY     11788
City          State  ZIP Code

Country

| 3.3091 | MINI GRAPHICS INC | 1/12/2023 | $ | 4,351.14 |
|--------|-------------------|-----------|---|----------|

Creditor's Name

140 COMMERCE DRIVE
Street

| ☐ | Secured debt |
| ☐ | Unsecured loan repayments |
| ☒ | Suppliers or vendors |
| ☐ | Services |
| ☐ | Other |

HAUPPAUGE     NY     11788
City          State  ZIP Code

Country

| 3.3092 | MINI GRAPHICS INC | 1/12/2023 | $ | 7,917.50 |
|--------|-------------------|-----------|---|----------|

Creditor's Name

140 COMMERCE DRIVE
Street

| ☐ | Secured debt |
| ☐ | Unsecured loan repayments |
| ☒ | Suppliers or vendors |
| ☐ | Services |
| ☐ | Other |

HAUPPAUGE     NY     11788
City          State  ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3093 | MINI GRAPHICS INC | 1/12/2023 | $ | 7,917.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 140 COMMERCE DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3094 | MINI GRAPHICS INC | 1/12/2023 | $ | 8,260.10 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 140 COMMERCE DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3095 | MINI GRAPHICS INC | 1/12/2023 | $ | 8,491.94 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 140 COMMERCE DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3096 | MINI GRAPHICS INC | 1/31/2023 | $ | 3,114.30 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 140 COMMERCE DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3097 | MINI GRAPHICS INC | 1/31/2023 | $ 5,400.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 140 COMMERCE DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HAUPPAUGE   NY   11788 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3098 | MINI GRAPHICS INC | 1/31/2023 | $ 6,352.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 140 COMMERCE DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HAUPPAUGE   NY   11788 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3099 | MINI GRAPHICS INC | 1/31/2023 | $ 10,887.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 140 COMMERCE DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HAUPPAUGE   NY   11788 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3100 | MINI GRAPHICS INC | 1/31/2023 | $ 11,834.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 140 COMMERCE DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HAUPPAUGE   NY   11788 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3101 | MINI GRAPHICS INC | 2/8/2023 | $ | 3,326.40 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

140 COMMERCE DRIVE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

HAUPPAUGE    NY    11788
City    State    ZIP Code

Country

| 3.3102 | MINI GRAPHICS INC | 2/8/2023 | $ | 3,419.46 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

140 COMMERCE DRIVE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

HAUPPAUGE    NY    11788
City    State    ZIP Code

Country

| 3.3103 | MINI GRAPHICS INC | 2/8/2023 | $ | 3,510.37 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

140 COMMERCE DRIVE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

HAUPPAUGE    NY    11788
City    State    ZIP Code

Country

| 3.3104 | MINI GRAPHICS INC | 2/8/2023 | $ | 6,249.01 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

140 COMMERCE DRIVE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

HAUPPAUGE    NY    11788
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3105 | MINI GRAPHICS INC | 2/8/2023 | $ | 9,389.98 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 140 COMMERCE DRIVE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3106 | MINI GRAPHICS INC | 2/8/2023 | $ | 9,787.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 140 COMMERCE DRIVE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3107 | MINI GRAPHICS INC | 2/13/2023 | $ | 1,994.76 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 140 COMMERCE DRIVE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3108 | MINI GRAPHICS INC | 2/13/2023 | $ | 4,900.48 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☒ Suppliers or vendors |
| | 140 COMMERCE DRIVE | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | HAUPPAUGE    NY    11788 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

3.3109 MINI GRAPHICS INC
Creditor's Name

140 COMMERCE DRIVE
Street

HAUPPAUGE        NY        11788
City            State        ZIP Code

Country

2/13/2023        $            5,515.48

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3110 MINI GRAPHICS INC
Creditor's Name

140 COMMERCE DRIVE
Street

HAUPPAUGE        NY        11788
City            State        ZIP Code

Country

2/13/2023        $            6,847.20

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3111 MINI GRAPHICS INC
Creditor's Name

140 COMMERCE DRIVE
Street

HAUPPAUGE        NY        11788
City            State        ZIP Code

Country

2/13/2023        $            8,550.90

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3112 MINI GRAPHICS INC
Creditor's Name

140 COMMERCE DRIVE
Street

HAUPPAUGE        NY        11788
City            State        ZIP Code

Country

2/13/2023        $            8,809.54

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.3113  MINI GRAPHICS INC

Creditor's Name

140 COMMERCE DRIVE

Street

HAUPPAUGE        NY        11788
City             State     ZIP Code

Country

2/13/2023    $        14,948.64

- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3114  MJS PACKAGING

Creditor's Name

35601 VERONICA ST

Street

LIVONIA          MI        48150
City             State     ZIP Code

Country

11/29/2022   $        14,564.40

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3115  MJS PACKAGING

Creditor's Name

35601 VERONICA ST

Street

LIVONIA          MI        48150
City             State     ZIP Code

Country

11/29/2022   $        20,923.52

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3116  MJS PACKAGING

Creditor's Name

35601 VERONICA ST

Street

LIVONIA          MI        48150
City             State     ZIP Code

Country

11/29/2022   $        20,923.52

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3117 | MJS PACKAGING | 11/29/2022 | $ 22,114.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LIVONIA        MI        48150 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |
| 3.3118 | MJS PACKAGING | 11/29/2022 | $ 22,114.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LIVONIA        MI        48150 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |
| 3.3119 | MJS PACKAGING | 11/29/2022 | $ 22,114.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LIVONIA        MI        48150 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |
| 3.3120 | MJS PACKAGING | 11/29/2022 | $ 22,114.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LIVONIA        MI        48150 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3121 | MJS PACKAGING | 11/29/2022 | $ 39,340.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LIVONIA  MI  48150 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| 3.3122 | MJS PACKAGING | 11/29/2022 | $ 48,341.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LIVONIA  MI  48150 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| 3.3123 | MJS PACKAGING | 12/8/2022 | $ 5,663.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LIVONIA  MI  48150 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| 3.3124 | MJS PACKAGING | 12/8/2022 | $ 7,898.68 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LIVONIA  MI  48150 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.3125 | MJS PACKAGING | 1/6/2023 | $ | 4,946.54 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LIVONIA    MI    48150 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3126 | MJS PACKAGING | 1/6/2023 | $ | 14,292.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LIVONIA    MI    48150 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3127 | MJS PACKAGING | 1/6/2023 | $ | 14,292.10 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LIVONIA    MI    48150 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3128 | MJS PACKAGING | 1/6/2023 | $ | 19,342.40 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LIVONIA    MI    48150 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3129 | MJS PACKAGING | 1/6/2023 | $ | 20,918.40 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

35601 VERONICA ST

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LIVONIA    MI    48150

City    State    ZIP Code

Country

| 3.3130 | MJS PACKAGING | 1/6/2023 | $ | 23,607.55 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

35601 VERONICA ST

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LIVONIA    MI    48150

City    State    ZIP Code

Country

| 3.3131 | MJS PACKAGING | 1/6/2023 | $ | 34,104.00 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

35601 VERONICA ST

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LIVONIA    MI    48150

City    State    ZIP Code

Country

| 3.3132 | MJS PACKAGING | 1/6/2023 | $ | 34,104.00 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

35601 VERONICA ST

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LIVONIA    MI    48150

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3133 | MJS PACKAGING | 1/6/2023 | $ | 37,884.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LIVONIA    MI    48150 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3134 | MJS PACKAGING | 1/6/2023 | $ | 72,569.13 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LIVONIA    MI    48150 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3135 | MJS PACKAGING | 1/12/2023 | $ | 13,824.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LIVONIA    MI    48150 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3136 | MJS PACKAGING | 1/12/2023 | $ | 20,490.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LIVONIA    MI    48150 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3137 MJS PACKAGING | 1/12/2023 | $ | 34,104.00 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 35601 VERONICA ST | | | | ☑ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| LIVONIA   MI   48150 | | | | |
| City   State   ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.3138 MJS PACKAGING | 1/12/2023 | $ | 39,710.92 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 35601 VERONICA ST | | | | ☑ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| LIVONIA   MI   48150 | | | | |
| City   State   ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.3139 MJS PACKAGING | 1/19/2023 | $ | 4,946.54 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 35601 VERONICA ST | | | | ☑ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| LIVONIA   MI   48150 | | | | |
| City   State   ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.3140 MJS PACKAGING | 1/26/2023 | $ | 71,416.80 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 35601 VERONICA ST | | | | ☑ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| LIVONIA   MI   48150 | | | | |
| City   State   ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.3141** MJS PACKAGING
Creditor's Name

35601 VERONICA ST
Street

LIVONIA          MI          48150
City               State       ZIP Code

Country

1/31/2023          $          25,915.70

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3142** MJS PACKAGING
Creditor's Name

35601 VERONICA ST
Street

LIVONIA          MI          48150
City               State       ZIP Code

Country

2/8/2023          $          21,549.35

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3143** MJS PACKAGING
Creditor's Name

35601 VERONICA ST
Street

LIVONIA          MI          48150
City               State       ZIP Code

Country

2/8/2023          $          22,161.60

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3144** MJS PACKAGING
Creditor's Name

35601 VERONICA ST
Street

LIVONIA          MI          48150
City               State       ZIP Code

Country

2/8/2023          $          34,104.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.3145 | MJS PACKAGING | 2/13/2023 | $ | 10,864.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LIVONIA        MI        48150 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.3146 | MJS PACKAGING | 2/13/2023 | $ | 41,836.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LIVONIA        MI        48150 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.3147 | MJS PACKAGING | 2/13/2023 | $ | 51,493.25 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 35601 VERONICA ST | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LIVONIA        MI        48150 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.3148 | MN-MCO | 12/22/2022 | $ | (1,423.90) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 64837 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ST PAUL        MN        55164-0837 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.3149** MN-MCO
Creditor's Name

12/22/2022    $    9.07

PO BOX 64837
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ST PAUL    MN    55164-0837
City    State    ZIP Code

Country

**3.3150** MN-MCO
Creditor's Name

12/22/2022    $    40.82

PO BOX 64837
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ST PAUL    MN    55164-0837
City    State    ZIP Code

Country

**3.3151** MN-MCO
Creditor's Name

12/22/2022    $    57.20

PO BOX 64837
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ST PAUL    MN    55164-0837
City    State    ZIP Code

Country

**3.3152** MN-MCO
Creditor's Name

12/22/2022    $    91.65

PO BOX 64837
Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ST PAUL    MN    55164-0837
City    State    ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

_____
Name

| 3.3153 | MN-MCO | 12/22/2022 | $ | 24,575.19 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 64837 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ST PAUL        MN        55164-0837 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.3154 | MN-MCO EXPANSION | 12/22/2022 | $ | 0.68 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 64837 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ST PAUL        MN        55164-0837 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.3155 | MN-MCO EXPANSION | 12/22/2022 | $ | 2.25 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 64837 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ST PAUL        MN        55164-0837 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.3156 | MN-MCO EXPANSION | 12/22/2022 | $ | 38.15 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 64837 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ST PAUL        MN        55164-0837 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.3157 | MN-MCO EXPANSION | 12/22/2022 | $ | 1,418.27 | |
|---|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 64837

Street

ST PAUL        MN        55164-0837

City        State        ZIP Code

Country

| 3.3158 | MN-MCO EXPANSION | 12/22/2022 | $ | 10,312.31 | |
|---|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 64837

Street

ST PAUL        MN        55164-0837

City        State        ZIP Code

Country

| 3.3159 | MN-MEDICAID | 12/22/2022 | $ | (384.99) | |
|---|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 64837

Street

ST PAUL        MN        55164-0837

City        State        ZIP Code

Country

| 3.3160 | MN-MEDICAID | 12/22/2022 | $ | 3.69 | |
|---|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 64837

Street

ST PAUL        MN        55164-0837

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.3161  MN-MEDICAID                              12/22/2022      $           18,707.69      ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

PO BOX 64837                                                                               ☒ Suppliers or vendors
Street                                                                                     ☐ Services

                                                                                          ☐ Other

ST PAUL              MN        55164-0837
City                 State     ZIP Code

Country

3.3162  MO-MEDICAID                              12/22/2022      $            (652.34)     ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

DEPARTMENT OF SOCIAL SERVICES                                                              ☒ Suppliers or vendors
Street                                                                                     ☐ Services

PO BOX 1116                                                                                ☐ Other

JEFFERSON CITY       MO        65102
City                 State     ZIP Code

Country

3.3163  MO-MEDICAID                              12/22/2022      $            (524.25)     ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

DEPARTMENT OF SOCIAL SERVICES                                                              ☒ Suppliers or vendors
Street                                                                                     ☐ Services

PO BOX 1116                                                                                ☐ Other

JEFFERSON CITY       MO        65102
City                 State     ZIP Code

Country

3.3164  MO-MEDICAID                              12/22/2022      $            (201.63)     ☐ Secured debt
Creditor's Name                                                                            ☐ Unsecured loan repayments

DEPARTMENT OF SOCIAL SERVICES                                                              ☒ Suppliers or vendors
Street                                                                                     ☐ Services

PO BOX 1116                                                                                ☐ Other

JEFFERSON CITY       MO        65102
City                 State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.3165 | MO-MEDICAID | 12/22/2022 | $ (13.40) | ☐ Secured debt |
|---|---|---|---|---|

3.3165 MO-MEDICAID
Creditor's Name

DEPARTMENT OF SOCIAL SERVICES
Street

PO BOX 1116

JEFFERSON CITY    MO    65102
City         State      ZIP Code

Country

12/22/2022    $    (13.40)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3166 MO-MEDICAID
Creditor's Name

DEPARTMENT OF SOCIAL SERVICES
Street

PO BOX 1116

JEFFERSON CITY    MO    65102
City         State      ZIP Code

Country

12/22/2022    $    (6.70)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3167 MO-MEDICAID
Creditor's Name

DEPARTMENT OF SOCIAL SERVICES
Street

PO BOX 1116

JEFFERSON CITY    MO    65102
City         State      ZIP Code

Country

12/22/2022    $    66,380.54

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3168 Monarch Strategic
Creditor's Name

18 W SHORE RD
Street

BLOOMINGDALE    NJ    07403
City         State      ZIP Code

Country

2/23/2023    $    8,250.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 794

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3169 | MONARCH STRATEGIC HR CONSULTING | 12/8/2022 | $ | 8,251.25 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | & COACHING LLC | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 18 W SHORE RD | | | | ☐ Other |
| | BLOOMINGDALE    NJ    07403 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3170 | MONARCH STRATEGIC HR CONSULTING | 12/8/2022 | $ | 18,931.25 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | & COACHING LLC | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 18 W SHORE RD | | | | ☐ Other |
| | BLOOMINGDALE    NJ    07403 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3171 | MONARCH STRATEGIC HR CONSULTING | 12/15/2022 | $ | 15,437.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | & COACHING LLC | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 18 W SHORE RD | | | | ☐ Other |
| | BLOOMINGDALE    NJ    07403 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3172 | MONARCH STRATEGIC HR CONSULTING | 12/15/2022 | $ | 15,697.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | & COACHING LLC | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 18 W SHORE RD | | | | ☐ Other |
| | BLOOMINGDALE    NJ    07403 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3173 | MONARCH STRATEGIC HR CONSULTING | 1/6/2023 | $ 40,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | & COACHING LLC | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 18 W SHORE RD | | | ☐ Other |
| | BLOOMINGDALE    NJ    07403 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3174 | MONARCH STRATEGIC HR CONSULTING | 1/24/2023 | $ 40,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | & COACHING LLC | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 18 W SHORE RD | | | ☐ Other |
| | BLOOMINGDALE    NJ    07403 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3175 | MONARCH STRATEGIC HR CONSULTING | 2/7/2023 | $ 38,646.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | & COACHING LLC | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 18 W SHORE RD | | | ☐ Other |
| | BLOOMINGDALE    NJ    07403 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3176 | MOODY'S INVESTORS SERVICE INC | 1/17/2023 | $ 81,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 102597 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ATLANTA    GA    30368-0597 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3177 | MORGAN DISTRIBUTING INC | 12/8/2022 | $ 1,255.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 3425 N 22ND ST | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR          IL          62526 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3178 | MORGAN DISTRIBUTING INC | 12/8/2022 | $ 7,785.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 3425 N 22ND ST | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DECATUR          IL          62526 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3179 | MOTION INDUSTRIES INC | 1/31/2023 | $ (1,004.86) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 98412 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3180 | MOTION INDUSTRIES INC | 1/31/2023 | $ (400.53) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 98412 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

**3.3181** MOTION INDUSTRIES INC

Creditor's Name

1/31/2023        $                68.96

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 98412

Street

CHICAGO          IL        60693

City          State       ZIP Code

Country

**3.3182** MOTION INDUSTRIES INC

Creditor's Name

1/31/2023        $                74.79

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 98412

Street

CHICAGO          IL        60693

City          State       ZIP Code

Country

**3.3183** MOTION INDUSTRIES INC

Creditor's Name

1/31/2023        $               123.71

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 98412

Street

CHICAGO          IL        60693

City          State       ZIP Code

Country

**3.3184** MOTION INDUSTRIES INC

Creditor's Name

1/31/2023        $               124.22

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 98412

Street

CHICAGO          IL        60693

City          State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3185 | MOTION INDUSTRIES INC | 1/31/2023 | $ 224.62 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 98412 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3186 | MOTION INDUSTRIES INC | 1/31/2023 | $ 469.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 98412 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3187 | MOTION INDUSTRIES INC | 1/31/2023 | $ 469.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 98412 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3188 | MOTION INDUSTRIES INC | 1/31/2023 | $ 511.36 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 98412 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

---

3.3189  MOTION INDUSTRIES INC
Creditor's Name

1/31/2023    $    656.79

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 98412
Street

CHICAGO    IL    60693
City    State    ZIP Code

Country

---

3.3190  MOTION INDUSTRIES INC
Creditor's Name

1/31/2023    $    918.45

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 98412
Street

CHICAGO    IL    60693
City    State    ZIP Code

Country

---

3.3191  MOTION INDUSTRIES INC
Creditor's Name

1/31/2023    $    1,372.89

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 98412
Street

CHICAGO    IL    60693
City    State    ZIP Code

Country

---

3.3192  MOTION INDUSTRIES INC
Creditor's Name

1/31/2023    $    1,848.09

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 98412
Street

CHICAGO    IL    60693
City    State    ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| 3.3193 | MOTION INDUSTRIES INC | 1/31/2023 | $ 2,459.70 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 98412 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| 3.3194 | MOTION INDUSTRIES INC | 1/31/2023 | $ 2,714.95 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 98412 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| 3.3195 | MOTION INDUSTRIES INC | 1/31/2023 | $ 6,688.49 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 98412 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| 3.3196 | MOTION INDUSTRIES INC | 1/31/2023 | $ 8,910.54 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 98412 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor:  Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

3.3197  MS PACKAGING & SUPPLY DISTRB CORP     11/29/2022     $     13,737.60
Creditor's Name

53 ZORN BLVD
Street

YAPANK          NY       11980
City            State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3198  MS PACKAGING & SUPPLY DISTRB CORP     12/8/2022     $     11,180.40
Creditor's Name

53 ZORN BLVD
Street

YAPANK          NY       11980
City            State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3199  MS PACKAGING & SUPPLY DISTRB CORP     1/12/2023     $     4,259.55
Creditor's Name

53 ZORN BLVD
Street

YAPANK          NY       11980
City            State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3200  MS PACKAGING & SUPPLY DISTRB CORP     1/12/2023     $     13,737.60
Creditor's Name

53 ZORN BLVD
Street

YAPANK          NY       11980
City            State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3201 | MS PACKAGING & SUPPLY DISTRB CORP | 1/12/2023 | $ 18,316.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 53 ZORN BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | YAPANK      NY      11980 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3202 | MS PACKAGING & SUPPLY DISTRB CORP | 1/31/2023 | $ 3,903.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 53 ZORN BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | YAPANK      NY      11980 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3203 | MS PACKAGING & SUPPLY DISTRB CORP | 1/31/2023 | $ 4,862.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 53 ZORN BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | YAPANK      NY      11980 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3204 | MS PACKAGING & SUPPLY DISTRB CORP | 1/31/2023 | $ 8,452.15 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 53 ZORN BLVD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | YAPANK      NY      11980 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.3205  MS PACKAGING & SUPPLY DISTRB CORP    1/31/2023    $    9,568.20
Creditor's Name

53 ZORN BLVD
Street

YAPANK           NY        11980
City             State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3206  MS PACKAGING & SUPPLY DISTRB CORP    1/31/2023    $    11,316.00
Creditor's Name

53 ZORN BLVD
Street

YAPANK           NY        11980
City             State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3207  MS PACKAGING & SUPPLY DISTRB CORP    1/31/2023    $    21,520.65
Creditor's Name

53 ZORN BLVD
Street

YAPANK           NY        11980
City             State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3208  MS PACKAGING & SUPPLY DISTRB CORP    1/31/2023    $    43,120.80
Creditor's Name

53 ZORN BLVD
Street

YAPANK           NY        11980
City             State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.3209** MSC INDUSTRIAL -REMIT
Creditor's Name

PO BOX 953635
Street

ST LOUIS          MO          63195-3635
City          State          ZIP Code

Country

11/29/2022          $          6,994.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3210** MSC INDUSTRIAL -REMIT
Creditor's Name

PO BOX 953635
Street

ST LOUIS          MO          63195-3635
City          State          ZIP Code

Country

1/31/2023          $          522.15

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3211** MSC INDUSTRIAL -REMIT
Creditor's Name

PO BOX 953635
Street

ST LOUIS          MO          63195-3635
City          State          ZIP Code

Country

1/31/2023          $          1,056.26

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3212** MSC INDUSTRIAL -REMIT
Creditor's Name

PO BOX 953635
Street

ST LOUIS          MO          63195-3635
City          State          ZIP Code

Country

2/13/2023          $          52.18

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC                                    Case number *(if known):*    23-10255

Name

**3.3213** MSC INDUSTRIAL -REMIT                    2/13/2023    $         78.27    ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

PO BOX 953635                                                                    ☒ Suppliers or vendors
Street                                                                           ☐ Services

                                                                                ☐ Other

ST LOUIS          MO        63195-3635
City              State     ZIP Code

Country

**3.3214** MSDS ONLINE INC                          12/8/2022    $      18,599.00  ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

27185 NETWORK PLACE                                                             ☒ Suppliers or vendors
Street                                                                           ☐ Services

                                                                                ☐ Other

CHICAGO           IL        60673-1271
City              State     ZIP Code

Country

**3.3215** MSI BLUE                                 12/22/2022   $       8,701.66  ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

PO BOX 823473                                                                   ☒ Suppliers or vendors
Street                                                                           ☐ Services

                                                                                ☐ Other

PHILADELPHIA      PA        19182-3473
City              State     ZIP Code

Country

**3.3216** MSI BLUE                                 12/22/2022   $      18,029.64  ☐ Secured debt
Creditor's Name                                                                  ☐ Unsecured loan repayments

PO BOX 823473                                                                   ☒ Suppliers or vendors
Street                                                                           ☐ Services

                                                                                ☐ Other

PHILADELPHIA      PA        19182-3473
City              State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.3217 | MSI BLUE | 12/22/2022 | $ | 18,597.63 | ☐ Secured debt |
|--------|----------|------------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 823473

☑ Suppliers or vendors

Street

☐ Services

☐ Other

PHILADELPHIA    PA    19182-3473

City    State    ZIP Code

Country

---

| 3.3218 | MSI BLUE | 12/22/2022 | $ | 21,295.49 | ☐ Secured debt |
|--------|----------|------------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 823473

☑ Suppliers or vendors

Street

☐ Services

☐ Other

PHILADELPHIA    PA    19182-3473

City    State    ZIP Code

Country

---

| 3.3219 | MSI BLUE | 12/22/2022 | $ | 22,792.49 | ☐ Secured debt |
|--------|----------|------------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 823473

☑ Suppliers or vendors

Street

☐ Services

☐ Other

PHILADELPHIA    PA    19182-3473

City    State    ZIP Code

Country

---

| 3.3220 | MS-MCO MOLINA HEALTHCARE | 12/22/2022 | $ | 0.03 | ☐ Secured debt |
|--------|--------------------------|------------|---|------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 6014

☑ Suppliers or vendors

Street

☐ Services

ATTN KATHERINE THOMAS MOLINA MCO

☐ Other

RIDGELAND    MS    39158-6014

City    State    ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.3221 **MS-MCO MOLINA HEALTHCARE**
Creditor's Name

12/22/2022    $    0.53

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 6014
Street

ATTN KATHERINE THOMAS MOLINA MCO

RIDGELAND    MS    39158-6014
City    State    ZIP Code

Country

3.3222 **MS-MCO MOLINA HEALTHCARE**
Creditor's Name

12/22/2022    $    5.57

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 6014
Street

ATTN KATHERINE THOMAS MOLINA MCO

RIDGELAND    MS    39158-6014
City    State    ZIP Code

Country

3.3223 **MS-MCO MOLINA HEALTHCARE**
Creditor's Name

12/22/2022    $    197.44

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 6014
Street

ATTN KATHERINE THOMAS MOLINA MCO

RIDGELAND    MS    39158-6014
City    State    ZIP Code

Country

3.3224 **MS-MCO MOLINA HEALTHCARE**
Creditor's Name

12/22/2022    $    7,609.01

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 6014
Street

ATTN KATHERINE THOMAS MOLINA MCO

RIDGELAND    MS    39158-6014
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| | | | |
|---|---|---|---|
| 3.3225 | MS-MEDICAID | 12/22/2022 | $ (221.97) |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 6014
Street

ATTN KATHERINE THOMAS MEDICAID

RIDGELAND          MS          39158-6014
City                State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3226 | MS-MEDICAID | 12/22/2022 | $ 8.15 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 6014
Street

ATTN KATHERINE THOMAS MEDICAID

RIDGELAND          MS          39158-6014
City                State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3227 | MS-MEDICAID | 12/22/2022 | $ 12.97 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 6014
Street

ATTN KATHERINE THOMAS MEDICAID

RIDGELAND          MS          39158-6014
City                State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3228 | MS-MEDICAID | 12/22/2022 | $ 44.20 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 6014
Street

ATTN KATHERINE THOMAS MEDICAID

RIDGELAND          MS          39158-6014
City                State        ZIP Code

Country

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     Page 809

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.3229** MS-MEDICAID

Creditor's Name

PO BOX 6014

Street

ATTN KATHERINE THOMAS MEDICAID

RIDGELAND          MS          39158-6014

City                State        ZIP Code

Country

12/22/2022          $          21,534.35

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.3230** MS-UNITED

Creditor's Name

PO BOX 6014

Street

ATTN KATHERINE THOMAS UHC MCO

RIDGELAND          MS          39158-6014

City                State        ZIP Code

Country

12/22/2022          $          4.83

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.3231** MS-UNITED

Creditor's Name

PO BOX 6014

Street

ATTN KATHERINE THOMAS UHC MCO

RIDGELAND          MS          39158-6014

City                State        ZIP Code

Country

12/22/2022          $          81.43

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.3232** MS-UNITED

Creditor's Name

PO BOX 6014

Street

ATTN KATHERINE THOMAS UHC MCO

RIDGELAND          MS          39158-6014

City                State        ZIP Code

Country

12/22/2022          $          83.21

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC

Case number (if known):   23-10255

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.3233 | MS-UNITED | 12/22/2022 | $ | 136.45 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 6014 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | ATTN KATHERINE THOMAS UHC MCO | | | | ☐ | Other |
| | RIDGELAND          MS          39158-6014 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.3234 | MS-UNITED | 12/22/2022 | $ | 752.82 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 6014 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | ATTN KATHERINE THOMAS UHC MCO | | | | ☐ | Other |
| | RIDGELAND          MS          39158-6014 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.3235 | MS-UNITED | 12/22/2022 | $ | 16,879.85 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 6014 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | ATTN KATHERINE THOMAS UHC MCO | | | | ☐ | Other |
| | RIDGELAND          MS          39158-6014 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.3236 | MULTI PACKAGING SOL -REMIT | 11/29/2022 | $ | 4,034.00 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60675-3111 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3237 | MULTI PACKAGING SOL -REMIT | 11/29/2022 | $    7,766.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60675-3111 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3238 | MULTI PACKAGING SOL -REMIT | 11/29/2022 | $    11,203.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60675-3111 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3239 | MULTI PACKAGING SOL -REMIT | 1/6/2023 | $    2,976.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60675-3111 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3240 | MULTI PACKAGING SOL -REMIT | 1/6/2023 | $    3,646.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60675-3111 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3241 | MULTI PACKAGING SOL -REMIT | 1/6/2023 | $ | 8,500.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60675-3111 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3242 | MULTI PACKAGING SOL -REMIT | 1/6/2023 | $ | 13,121.91 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60675-3111 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3243 | MULTI PACKAGING SOL -REMIT | 1/6/2023 | $ | 21,408.75 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60675-3111 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3244 | MULTI PACKAGING SOL -REMIT | 1/6/2023 | $ | 29,276.10 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60675-3111 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3245 | MULTI PACKAGING SOL -REMIT<br>Creditor's Name | 1/12/2023 | $    45,296.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 75 REMITTANCE DRIVE SUITE 3111<br>Street | | | |
| | CHICAGO          IL          60675-3111<br>City          State          ZIP Code | | | |
| | Country | | | |
| 3.3246 | MULTI PACKAGING SOL -REMIT<br>Creditor's Name | 1/12/2023 | $    50,745.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 75 REMITTANCE DRIVE SUITE 3111<br>Street | | | |
| | CHICAGO          IL          60675-3111<br>City          State          ZIP Code | | | |
| | Country | | | |
| 3.3247 | MULTI PACKAGING SOL -REMIT<br>Creditor's Name | 1/31/2023 | $    3,805.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 75 REMITTANCE DRIVE SUITE 3111<br>Street | | | |
| | CHICAGO          IL          60675-3111<br>City          State          ZIP Code | | | |
| | Country | | | |
| 3.3248 | MULTI PACKAGING SOL -REMIT<br>Creditor's Name | 1/31/2023 | $    4,052.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 75 REMITTANCE DRIVE SUITE 3111<br>Street | | | |
| | CHICAGO          IL          60675-3111<br>City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3249 | MULTI PACKAGING SOL -REMIT | 1/31/2023 | $        7,430.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO              IL          60675-3111 | | | |
| | City              State          ZIP Code | | | |
| | Country | | | |
| 3.3250 | MULTI PACKAGING SOL -REMIT | 1/31/2023 | $       10,632.08 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO              IL          60675-3111 | | | |
| | City              State          ZIP Code | | | |
| | Country | | | |
| 3.3251 | MULTI PACKAGING SOL -REMIT | 1/31/2023 | $       11,038.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO              IL          60675-3111 | | | |
| | City              State          ZIP Code | | | |
| | Country | | | |
| 3.3252 | MULTI PACKAGING SOL -REMIT | 1/31/2023 | $       49,953.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 75 REMITTANCE DRIVE SUITE 3111 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO              IL          60675-3111 | | | |
| | City              State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.3253  MULTI PACKAGING SOL -REMIT          2/8/2023      $          3,382.80        ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

75 REMITTANCE DRIVE SUITE 3111                                                     ☒ Suppliers or vendors
Street                                                                             ☐ Services

                                                                                   ☐ Other
CHICAGO              IL          60675-3111
City                 State       ZIP Code

Country

3.3254  MULTI PACKAGING SOL -REMIT          2/8/2023      $          8,007.75        ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

75 REMITTANCE DRIVE SUITE 3111                                                     ☒ Suppliers or vendors
Street                                                                             ☐ Services

                                                                                   ☐ Other
CHICAGO              IL          60675-3111
City                 State       ZIP Code

Country

3.3255  MULTI PACKAGING SOL -REMIT          2/8/2023      $          12,286.75       ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

75 REMITTANCE DRIVE SUITE 3111                                                     ☒ Suppliers or vendors
Street                                                                             ☐ Services

                                                                                   ☐ Other
CHICAGO              IL          60675-3111
City                 State       ZIP Code

Country

3.3256  NAPP TECHNOLOGIES LLC               2/13/2023     $          80,400.00       ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

CONTINENTAL PLAZA                                                                  ☒ Suppliers or vendors
Street                                                                             ☐ Services

401 HACKENSACK AVE 9TH FLOOR                                                       ☐ Other

HACKENSACK           NJ          07601
City                 State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.3257** NATALIE SCHOLBERG

Creditor's Name

1/26/2023    $    616.25

Address On File

Street

SILVER LAKE

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3258** NATALIE SCHOLBERG

Creditor's Name

1/26/2023    $    1,445.00

Address On File

Street

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3259** NATALIE SCHOLBERG

Creditor's Name

1/26/2023    $    1,790.00

Address On File

Street

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3260** NATALIE SCHOLBERG

Creditor's Name

1/26/2023    $    23,700.48

Address On File

Street

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC      Case number *(if known):*   23-10255

Name

---

**3.3261** NATIONAL GRID | 11/29/2022 | $ 132.34
Creditor's Name

PO BOX 371382
Street

PITTSBURGH    PA    15250-7382
City      State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.3262** NATIONAL GRID | 11/29/2022 | $ 168.28
Creditor's Name

PO BOX 371382
Street

PITTSBURGH    PA    15250-7382
City      State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.3263** NATIONAL GRID | 11/29/2022 | $ 891.30
Creditor's Name

PO BOX 371382
Street

PITTSBURGH    PA    15250-7382
City      State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.3264** NATIONAL GRID | 11/29/2022 | $ 993.60
Creditor's Name

PO BOX 371382
Street

PITTSBURGH    PA    15250-7382
City      State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| 3.3265 | NATIONAL GRID | 11/29/2022 | $ | 1,966.30 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 371382 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15250-7382 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3266 | NATIONAL GRID | 11/29/2022 | $ | 7,954.11 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 371382 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15250-7382 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3267 | NATIONAL GRID | 12/22/2022 | $ | 321.86 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 371382 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15250-7382 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3268 | NATIONAL GRID | 12/22/2022 | $ | 445.96 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 371382 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15250-7382 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC          Case number *(if known)*:    23-10255

Name

**3.3269** NATIONAL GRID          12/22/2022     $          1,184.94
Creditor's Name

PO BOX 371382
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PITTSBURGH       PA       15250-7382
City              State    ZIP Code

Country

**3.3270** NATIONAL GRID          12/22/2022     $          2,528.40
Creditor's Name

PO BOX 371382
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PITTSBURGH       PA       15250-7382
City              State    ZIP Code

Country

**3.3271** NATIONAL GRID          12/22/2022     $          4,509.93
Creditor's Name

PO BOX 371382
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PITTSBURGH       PA       15250-7382
City              State    ZIP Code

Country

**3.3272** NATIONAL GRID          12/22/2022     $          10,243.12
Creditor's Name

PO BOX 371382
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PITTSBURGH       PA       15250-7382
City              State    ZIP Code

Country

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*: 23-10255

Name

| 3.3273 | NATIONAL GRID | 1/26/2023 | $ | 389.25 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 371382 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PITTSBURGH    PA    15250-7382 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3274 | NATIONAL GRID | 1/26/2023 | $ | 726.98 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 371382 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PITTSBURGH    PA    15250-7382 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3275 | NATIONAL GRID | 1/26/2023 | $ | 2,144.87 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 371382 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PITTSBURGH    PA    15250-7382 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3276 | NATIONAL GRID | 1/26/2023 | $ | 3,789.64 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 371382 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PITTSBURGH    PA    15250-7382 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3277 | NATIONAL GRID | 1/26/2023 | $ 6,446.37 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 371382 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | PITTSBURGH    PA    15250-7382 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3278 | NATIONAL GRID | 1/26/2023 | $ 12,205.13 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 371382 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | PITTSBURGH    PA    15250-7382 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3279 | NAVISITE LLC | 1/6/2023 | $ 36,400.00 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | LOCK BOX 5138 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | PO BOX 7247 | | | ☐ | Other |
| | PHILADELPHIA    PA    19170-5138 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3280 | NAVISITE LLC | 1/6/2023 | $ 94,200.00 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | LOCK BOX 5138 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | PO BOX 7247 | | | ☐ | Other |
| | PHILADELPHIA    PA    19170-5138 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3281 | NC-MEDICAID | 11/29/2022 | $ (588.34) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | NC DHHS DRUG REBATE CMS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 602872 | | | ☐ Other |
| | CHARLOTTE      NC      28260-2872 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3282 | NC-MEDICAID | 11/29/2022 | $ (33.42) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | NC DHHS DRUG REBATE CMS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 602872 | | | ☐ Other |
| | CHARLOTTE      NC      28260-2872 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3283 | NC-MEDICAID | 11/29/2022 | $ (28.05) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | NC DHHS DRUG REBATE CMS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 602872 | | | ☐ Other |
| | CHARLOTTE      NC      28260-2872 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3284 | NC-MEDICAID | 11/29/2022 | $ (12.73) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | NC DHHS DRUG REBATE CMS | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 602872 | | | ☐ Other |
| | CHARLOTTE      NC      28260-2872 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

**3.3285** NC-MEDICAID

Creditor's Name

11/29/2022        $            (2.59)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NC DHHS DRUG REBATE CMS

Street

PO BOX 602872

CHARLOTTE        NC        28260-2872

City        State        ZIP Code

Country

**3.3286** NC-MEDICAID

Creditor's Name

11/29/2022        $        33,367.85

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NC DHHS DRUG REBATE CMS

Street

PO BOX 602872

CHARLOTTE        NC        28260-2872

City        State        ZIP Code

Country

**3.3287** ND-MEDICAID

Creditor's Name

12/22/2022        $            (71.86)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

600 E BLVD AVE DEPT 325

Street

ATTN FISCAL DRUG REBATE PROGRAM

BISMARCK        ND        58505-0261

City        State        ZIP Code

Country

**3.3288** ND-MEDICAID

Creditor's Name

12/22/2022        $        10,503.85

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

600 E BLVD AVE DEPT 325

Street

ATTN FISCAL DRUG REBATE PROGRAM

BISMARCK        ND        58505-0261

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3289 NELSON LAB FAIRFIELD -REMIT | 11/29/2022 | $ 337.56 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| 734182 NETWORK PLACE | | | ☑ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| CHICAGO       IL       60673-1734 | | | | |
| City       State       ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.3290 NELSON LAB FAIRFIELD -REMIT | 11/29/2022 | $ 342.00 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| 734182 NETWORK PLACE | | | ☑ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| CHICAGO       IL       60673-1734 | | | | |
| City       State       ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.3291 NELSON LAB FAIRFIELD -REMIT | 11/29/2022 | $ 706.52 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| 734182 NETWORK PLACE | | | ☑ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| CHICAGO       IL       60673-1734 | | | | |
| City       State       ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.3292 NELSON LAB FAIRFIELD -REMIT | 11/29/2022 | $ 4,304.00 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| 734182 NETWORK PLACE | | | ☑ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| CHICAGO       IL       60673-1734 | | | | |
| City       State       ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC                                    Case number (if known): 23-10255

Name

3.3293 NELSON LAB FAIRFIELD -REMIT                12/15/2022      $           156.00        ☐ Secured debt
       Creditor's Name                                                                      ☐ Unsecured loan repayments

       734182 NETWORK PLACE                                                                 ☒ Suppliers or vendors
       Street                                                                               ☐ Services

                                                                                            ☐ Other
       CHICAGO              IL          60673-1734
       City                 State       ZIP Code

       Country

3.3294 NELSON LAB FAIRFIELD -REMIT                12/15/2022      $         1,600.00        ☐ Secured debt
       Creditor's Name                                                                      ☐ Unsecured loan repayments

       734182 NETWORK PLACE                                                                 ☒ Suppliers or vendors
       Street                                                                               ☐ Services

                                                                                            ☐ Other
       CHICAGO              IL          60673-1734
       City                 State       ZIP Code

       Country

3.3295 NELSON LAB FAIRFIELD -REMIT                1/6/2023       $           337.55        ☐ Secured debt
       Creditor's Name                                                                      ☐ Unsecured loan repayments

       734182 NETWORK PLACE                                                                 ☒ Suppliers or vendors
       Street                                                                               ☐ Services

                                                                                            ☐ Other
       CHICAGO              IL          60673-1734
       City                 State       ZIP Code

       Country

3.3296 NELSON LAB FAIRFIELD -REMIT                1/6/2023       $           884.08        ☐ Secured debt
       Creditor's Name                                                                      ☐ Unsecured loan repayments

       734182 NETWORK PLACE                                                                 ☒ Suppliers or vendors
       Street                                                                               ☐ Services

                                                                                            ☐ Other
       CHICAGO              IL          60673-1734
       City                 State       ZIP Code

       Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3297 | NELSON LAB FAIRFIELD -REMIT | 1/26/2023 | $ 4,518.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 734182 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60673-1734 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3298 | NELSON LAB FAIRFIELD -REMIT | 1/31/2023 | $ 3,622.68 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 734182 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60673-1734 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3299 | NELSON LABORATORIES BOZEMAN LLC | 12/8/2022 | $ 2,600.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 772678 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BELLEVILLE          MI          48277-2678 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3300 | NELSON LABORATORIES BOZEMAN LLC | 12/8/2022 | $ 14,600.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 772678 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BELLEVILLE          MI          48277-2678 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                                   Case number (if known):    23-10255

| | Name |
|---|---|

| 3.3301 | NELSON LABORATORIES BOZEMAN LLC | 1/6/2023 | $ | 160.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 772678 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BELLEVILLE       MI       48277-2678 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

| 3.3302 | NELSON LABORATORIES BOZEMAN LLC | 1/6/2023 | $ | 160.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 772678 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BELLEVILLE       MI       48277-2678 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

| 3.3303 | NELSON LABORATORIES BOZEMAN LLC | 1/6/2023 | $ | 160.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 772678 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BELLEVILLE       MI       48277-2678 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

| 3.3304 | NELSON LABORATORIES BOZEMAN LLC | 1/6/2023 | $ | 90,600.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 772678 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BELLEVILLE       MI       48277-2678 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.3305 NELSON LABORATORIES BOZEMAN LLC
Creditor's Name

PO BOX 772678
Street

BELLEVILLE          MI          48277-2678
City                State       ZIP Code

Country

| 1/19/2023 | $ 160.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3306 NELSON LABORATORIES BOZEMAN LLC
Creditor's Name

PO BOX 772678
Street

BELLEVILLE          MI          48277-2678
City                State       ZIP Code

Country

| 1/31/2023 | $ 135,900.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3307 NESKO ELECTRIC COMPANY
Creditor's Name

3111 S 26TH AVE
Street

BROADVIEW          IL          60155
City                State       ZIP Code

Country

| 11/29/2022 | $ 8,786.00 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3308 NEW YORK POWER AUTHORITY
Creditor's Name

123 Main Street
Street

White Plains          NY          10601
City                State       ZIP Code

Country

| 11/29/2022 | $ 47,397.32 |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3309 | NEW YORK POWER AUTHORITY | 1/12/2023 | $ 40,519.07 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 123 Main Street | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | White Plains   NY   10601 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3310 | NEW YORK POWER AUTHORITY | 1/26/2023 | $ 40,860.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 123 Main Street | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | White Plains   NY   10601 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3311 | NEXTPHARMA -R&D ONLY | 1/25/2023 | $ 1,854.36 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALLPHAMED PHARBIL ARZNEIMITTEL GMBH | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | HILDEBRANDSTRABE 12, NIEDERSACHSEN | | | ☐ Other |
| | GOTTINGEN   D-37081 | | | |
| | City   State   ZIP Code | | | |
| | GERMANY | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3312 | NEXTPHARMA -R&D ONLY | 1/25/2023 | $ 5,976.28 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ALLPHAMED PHARBIL ARZNEIMITTEL GMBH | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | HILDEBRANDSTRABE 12, NIEDERSACHSEN | | | ☐ Other |
| | GOTTINGEN   D-37081 | | | |
| | City   State   ZIP Code | | | |
| | GERMANY | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| 3.3313 | NEXTPHARMA -R&D ONLY | 1/25/2023 | $ | 42,698.88 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALLPHAMED PHARBIL ARZNEIMITTEL GMBH | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | HILDEBRANDSTRABE 12, NIEDERSACHSEN | | | | ☐ Other |
| | GOTTINGEN          D-37081 | | | | |
| | City          State          ZIP Code | | | | |
| | GERMANY | | | | |
| | Country | | | | |

| 3.3314 | NEXTPHARMA -R&D ONLY | 1/25/2023 | $ | 57,204.85 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ALLPHAMED PHARBIL ARZNEIMITTEL GMBH | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | HILDEBRANDSTRABE 12, NIEDERSACHSEN | | | | ☐ Other |
| | GOTTINGEN          D-37081 | | | | |
| | City          State          ZIP Code | | | | |
| | GERMANY | | | | |
| | Country | | | | |

| 3.3315 | NH-MCO | 12/22/2022 | $ | (66.89) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | NH DHHS C/O OFFICE OF FINANCE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN NH MEDICAID DRUG REBATE, 129 PLEASANT STREET | | | | ☐ Other |
| | CONCORD          NH          03301 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.3316 | NH-MCO | 12/22/2022 | $ | (46.89) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | NH DHHS C/O OFFICE OF FINANCE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN NH MEDICAID DRUG REBATE, 129 PLEASANT STREET | | | | ☐ Other |
| | CONCORD          NH          03301 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.3317 NH-MCO

Creditor's Name

12/22/2022    $    (0.28)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

NH DHHS C/O OFFICE OF FINANCE

Street

ATTN NH MEDICAID DRUG REBATE, 129 PLEASANT STREET

CONCORD        NH        03301

City        State        ZIP Code

Country

3.3318 NH-MCO

Creditor's Name

12/22/2022    $    0.62

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

NH DHHS C/O OFFICE OF FINANCE

Street

ATTN NH MEDICAID DRUG REBATE, 129 PLEASANT STREET

CONCORD        NH        03301

City        State        ZIP Code

Country

3.3319 NH-MCO

Creditor's Name

12/22/2022    $    2,585.55

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

NH DHHS C/O OFFICE OF FINANCE

Street

ATTN NH MEDICAID DRUG REBATE, 129 PLEASANT STREET

CONCORD        NH        03301

City        State        ZIP Code

Country

3.3320 NH-MCO

Creditor's Name

12/22/2022    $    11,606.79

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

NH DHHS C/O OFFICE OF FINANCE

Street

ATTN NH MEDICAID DRUG REBATE, 129 PLEASANT STREET

CONCORD        NH        03301

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.3321 | NIAGARA PHARMACEUTICALS INC | 11/29/2022 | $ | 4,867.20 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 60 INNOVATION DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | FLAMBOROUGH    ON    L9H 7P3 | | | | |
| | City    State    ZIP Code | | | | |
| | CANADA | | | | |
| | Country | | | | |

| 3.3322 | NIAGARA PHARMACEUTICALS INC | 11/29/2022 | $ | 8,294.40 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 60 INNOVATION DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | FLAMBOROUGH    ON    L9H 7P3 | | | | |
| | City    State    ZIP Code | | | | |
| | CANADA | | | | |
| | Country | | | | |

| 3.3323 | NIAGARA PHARMACEUTICALS INC | 11/29/2022 | $ | 8,294.40 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 60 INNOVATION DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | FLAMBOROUGH    ON    L9H 7P3 | | | | |
| | City    State    ZIP Code | | | | |
| | CANADA | | | | |
| | Country | | | | |

| 3.3324 | NIPRO PHARMAPACKAGING AMERICAS CORP | 11/29/2022 | $ | 114,415.12 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1200 NORTH 10TH ST | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | MILLVILLE    NJ    08332 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 833

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.3325** NIPRO PHARMAPACKAGING AMERICAS CORP

Creditor's Name

1200 NORTH 10TH ST

Street

MILLVILLE          NJ          08332

City          State          ZIP Code

Country

1/26/2023          $          63,619.30

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3326** NJ-ENCOUNTER

Creditor's Name

DIV OF MEDICAL ASSISTANC HEALTH SVC

Street

ENC PMDRP LOCKBOX 655, 200 WOOLVERTON AVE BLDG 20

TRENTON          NJ          08646

City          State          ZIP Code

Country

12/22/2022          $          (93.01)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3327** NJ-ENCOUNTER

Creditor's Name

DIV OF MEDICAL ASSISTANC HEALTH SVC

Street

ENC PMDRP LOCKBOX 655, 200 WOOLVERTON AVE BLDG 20

TRENTON          NJ          08646

City          State          ZIP Code

Country

12/22/2022          $          (46.88)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3328** NJ-ENCOUNTER

Creditor's Name

DIV OF MEDICAL ASSISTANC HEALTH SVC

Street

ENC PMDRP LOCKBOX 655, 200 WOOLVERTON AVE BLDG 20

TRENTON          NJ          08646

City          State          ZIP Code

Country

12/22/2022          $          114.74

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

3.3329 NJ-ENCOUNTER

Creditor's Name

DIV OF MEDICAL ASSISTANC HEALTH SVC

Street

ENC PMDRP LOCKBOX 655, 200
WOOLVERTON AVE BLDG 20

TRENTON            NJ           08646

City                State       ZIP Code

Country

| 12/22/2022 | $ 145.56 |
|---|---|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3330 NJ-ENCOUNTER

Creditor's Name

DIV OF MEDICAL ASSISTANC HEALTH SVC

Street

ENC PMDRP LOCKBOX 655, 200
WOOLVERTON AVE BLDG 20

TRENTON            NJ           08646

City                State       ZIP Code

Country

| 12/22/2022 | $ 32,580.77 |
|---|---|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3331 NJ-ENCOUNTER

Creditor's Name

DIV OF MEDICAL ASSISTANC HEALTH SVC

Street

ENC PMDRP LOCKBOX 655, 200
WOOLVERTON AVE BLDG 20

TRENTON            NJ           08646

City                State       ZIP Code

Country

| 12/22/2022 | $ 73,151.36 |
|---|---|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3332 NJ-FX MCO

Creditor's Name

DIV OF MEDICAL ASSISTANC HEALTH SVC

Street

FX-MCO PMDRP LOCKBOX 655, 200
WOOLVERTON AVE BLDG 20

TRENTON            NJ           08646

City                State       ZIP Code

Country

| 12/22/2022 | $ (5.36) |
|---|---|

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor:  Akorn Operating Company LLC                                        Case number *(if known)*:    23-10255

Name

3.3333  NJ-FX MCO                          12/22/2022        $            (1.71)      ☐  Secured debt
Creditor's Name                                                                       ☐  Unsecured loan repayments

DIV OF MEDICAL ASSISTANC HEALTH SVC                                                   ☒  Suppliers or vendors
Street                                                                                ☐  Services

FX-MCO PMDRP LOCKBOX 655, 200                                                         ☐  Other
WOOLVERTON AVE BLDG 20

TRENTON           NJ           08646
City              State        ZIP Code

Country

3.3334  NJ-FX MCO                          12/22/2022        $             0.17       ☐  Secured debt
Creditor's Name                                                                       ☐  Unsecured loan repayments

DIV OF MEDICAL ASSISTANC HEALTH SVC                                                   ☒  Suppliers or vendors
Street                                                                                ☐  Services

FX-MCO PMDRP LOCKBOX 655, 200                                                         ☐  Other
WOOLVERTON AVE BLDG 20

TRENTON           NJ           08646
City              State        ZIP Code

Country

3.3335  NJ-FX MCO                          12/22/2022        $            58.42       ☐  Secured debt
Creditor's Name                                                                       ☐  Unsecured loan repayments

DIV OF MEDICAL ASSISTANC HEALTH SVC                                                   ☒  Suppliers or vendors
Street                                                                                ☐  Services

FX-MCO PMDRP LOCKBOX 655, 200                                                         ☐  Other
WOOLVERTON AVE BLDG 20

TRENTON           NJ           08646
City              State        ZIP Code

Country

3.3336  NJ-FX MCO                          12/22/2022        $        11,825.07       ☐  Secured debt
Creditor's Name                                                                       ☐  Unsecured loan repayments

DIV OF MEDICAL ASSISTANC HEALTH SVC                                                   ☒  Suppliers or vendors
Street                                                                                ☐  Services

FX-MCO PMDRP LOCKBOX 655, 200                                                         ☐  Other
WOOLVERTON AVE BLDG 20

TRENTON           NJ           08646
City              State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

| | | | | |
|---|---|---|---|---|
| 3.3337 | NJ-FX MCO | 12/22/2022 | $ 25,086.26 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DIV OF MEDICAL ASSISTANC HEALTH SVC | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | FX-MCO PMDRP LOCKBOX 655, 200 WOOLVERTON AVE BLDG 20 | | | ☐ Other |
| | TRENTON      NJ      08646 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3338 | NM-MCO | 12/22/2022 | $ 5.62 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ASD REVENUE & REPORTING BUREAU | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 2348 | | | ☐ Other |
| | SANTA FE      NM      87504-2348 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3339 | NM-MCO | 12/22/2022 | $ 48.59 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ASD REVENUE & REPORTING BUREAU | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 2348 | | | ☐ Other |
| | SANTA FE      NM      87504-2348 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3340 | NM-MCO | 12/22/2022 | $ 314.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ASD REVENUE & REPORTING BUREAU | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 2348 | | | ☐ Other |
| | SANTA FE      NM      87504-2348 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3341 | NM-MCO | 12/22/2022 | $ | 373.41 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

ASD REVENUE & REPORTING BUREAU
Street

☑ Suppliers or vendors

PO BOX 2348

☐ Services

☐ Other

SANTA FE          NM          87504-2348
City          State          ZIP Code

Country

---

| 3.3342 | NM-MCO | 12/22/2022 | $ | 29,672.19 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ASD REVENUE & REPORTING BUREAU
Street

☑ Suppliers or vendors

PO BOX 2348

☐ Services

☐ Other

SANTA FE          NM          87504-2348
City          State          ZIP Code

Country

---

| 3.3343 | NORTH AMERICAN CORPORATION OF IL | 1/19/2023 | $ | (903.79) | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

2101 CLAIRE CT
Street

☑ Suppliers or vendors

☐ Services

☐ Other

GLENVIEW          IL          60025
City          State          ZIP Code

Country

---

| 3.3344 | NORTH AMERICAN CORPORATION OF IL | 1/19/2023 | $ | 2,146.97 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

2101 CLAIRE CT
Street

☑ Suppliers or vendors

☐ Services

☐ Other

GLENVIEW          IL          60025
City          State          ZIP Code

Country

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 838

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| 3.3345 | NORTH AMERICAN CORPORATION OF IL | 1/19/2023 | $ | 3,168.86 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

2101 CLAIRE CT

☒ Suppliers or vendors

Street

☐ Services

☐ Other

GLENVIEW          IL          60025

City                State        ZIP Code

Country

| 3.3346 | NORTH AMERICAN CORPORATION OF IL | 1/19/2023 | $ | 3,659.85 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

2101 CLAIRE CT

☒ Suppliers or vendors

Street

☐ Services

☐ Other

GLENVIEW          IL          60025

City                State        ZIP Code

Country

| 3.3347 | NORTH AMERICAN CORPORATION OF IL | 1/19/2023 | $ | 4,236.88 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

2101 CLAIRE CT

☒ Suppliers or vendors

Street

☐ Services

☐ Other

GLENVIEW          IL          60025

City                State        ZIP Code

Country

| 3.3348 | NORTH AMERICAN CORPORATION OF IL | 1/19/2023 | $ | 5,120.07 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

2101 CLAIRE CT

☒ Suppliers or vendors

Street

☐ Services

☐ Other

GLENVIEW          IL          60025

City                State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.3349 | NORTH AMERICAN CORPORATION OF IL | 1/19/2023 | $ | 6,626.61 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2101 CLAIRE CT | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GLENVIEW       IL       60025 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

| 3.3350 | NORTH AMERICAN CORPORATION OF IL | 1/19/2023 | $ | 14,213.72 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2101 CLAIRE CT | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GLENVIEW       IL       60025 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

| 3.3351 | NORTH AMERICAN CORPORATION OF IL | 1/26/2023 | $ | 6,820.87 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2101 CLAIRE CT | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GLENVIEW       IL       60025 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

| 3.3352 | NORTH AMERICAN CORPORATION OF IL | 1/31/2023 | $ | (2,111.39) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2101 CLAIRE CT | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GLENVIEW       IL       60025 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3353 | NORTH AMERICAN CORPORATION OF IL | 1/31/2023 | $ 6,290.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2101 CLAIRE CT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | GLENVIEW            IL        60025 | | | |
| | City            State      ZIP Code | | | |
| | Country | | | |
| 3.3354 | NORTH SHORE GAS | 11/29/2022 | $ 91.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 6050 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM       WI      60197-6050 | | | |
| | City            State      ZIP Code | | | |
| | Country | | | |
| 3.3355 | NORTH SHORE GAS | 11/29/2022 | $ 764.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 6050 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM       WI      60197-6050 | | | |
| | City            State      ZIP Code | | | |
| | Country | | | |
| 3.3356 | NORTH SHORE GAS | 11/29/2022 | $ 1,062.77 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 6050 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM       WI      60197-6050 | | | |
| | City            State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3357 | NORTH SHORE GAS | 11/29/2022 | $ 1,181.31 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 6050 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CAROL STREAM    WI    60197-6050 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3358 | NORTH SHORE GAS | 12/29/2022 | $ 138.13 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 6050 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CAROL STREAM    WI    60197-6050 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3359 | NORTH SHORE GAS | 12/29/2022 | $ 192.72 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 6050 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CAROL STREAM    WI    60197-6050 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3360 | NORTH SHORE GAS | 12/29/2022 | $ 212.80 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 6050 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CAROL STREAM    WI    60197-6050 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.3361 | NORTH SHORE GAS | 12/29/2022 | $ | 745.32 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 6050

Street

☒ Suppliers or vendors
☐ Services
☐ Other

CAROL STREAM    WI    60197-6050
City            State    ZIP Code

Country

| 3.3362 | NORTH SHORE GAS | 12/29/2022 | $ | 1,715.81 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 6050

Street

☒ Suppliers or vendors
☐ Services
☐ Other

CAROL STREAM    WI    60197-6050
City            State    ZIP Code

Country

| 3.3363 | NORTH SHORE GAS | 12/29/2022 | $ | 1,756.27 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 6050

Street

☒ Suppliers or vendors
☐ Services
☐ Other

CAROL STREAM    WI    60197-6050
City            State    ZIP Code

Country

| 3.3364 | NORTH SHORE GAS | 12/29/2022 | $ | 2,399.57 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 6050

Street

☒ Suppliers or vendors
☐ Services
☐ Other

CAROL STREAM    WI    60197-6050
City            State    ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 843

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 3.3365 | NORTH SHORE GAS | 1/26/2023 | $ 153.09 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 6050
Street

CAROL STREAM    WI    60197-6050
City        State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3366 | NORTH SHORE GAS | 1/26/2023 | $ 203.45 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 6050
Street

CAROL STREAM    WI    60197-6050
City        State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3367 | NORTH SHORE GAS | 1/26/2023 | $ 277.15 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 6050
Street

CAROL STREAM    WI    60197-6050
City        State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3368 | NORTH SHORE GAS | 1/26/2023 | $ 1,260.44 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 6050
Street

CAROL STREAM    WI    60197-6050
City        State    ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3369 | NORTH SHORE GAS | 1/31/2023 | $ | 1,708.29 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 6050 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | CAROL STREAM    WI    60197-6050 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3370 | NORTH SHORE GAS | 1/31/2023 | $ | 1,918.45 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 6050 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | CAROL STREAM    WI    60197-6050 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3371 | NORTH SHORE GAS | 1/31/2023 | $ | 2,847.19 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 6050 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | CAROL STREAM    WI    60197-6050 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3372 | NSF HEALTH SCIENCES -REMIT | 11/29/2022 | $ | 67,143.14 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | DEPT LOCKBOX #771380 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | PO BOX 77000 | | | | | ☐ Other |
| | DETROIT    MI    48277 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

| | Name | |
|---|---|---|

**3.3373** NSF HEALTH SCIENCES -REMIT
*Creditor's Name*

11/29/2022      $      561,960.45

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

DEPT LOCKBOX #771380
*Street*

PO BOX 77000

DETROIT      MI      48277
*City*      *State*      *ZIP Code*

*Country*

**3.3374** NV-MCO1 UNITED
*Creditor's Name*

12/22/2022      $      1.99

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

DRUG REBATE PAYMENTS
*Street*

PO BOX 845937

LOS ANGELES      CA      90084-5937
*City*      *State*      *ZIP Code*

*Country*

**3.3375** NV-MCO1 UNITED
*Creditor's Name*

12/22/2022      $      17.90

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

DRUG REBATE PAYMENTS
*Street*

PO BOX 845937

LOS ANGELES      CA      90084-5937
*City*      *State*      *ZIP Code*

*Country*

**3.3376** NV-MCO1 UNITED
*Creditor's Name*

12/22/2022      $      3,137.07

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

DRUG REBATE PAYMENTS
*Street*

PO BOX 845937

LOS ANGELES      CA      90084-5937
*City*      *State*      *ZIP Code*

*Country*

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3377 | NV-MCO1 UNITED | 12/22/2022 | $ | 15,574.78 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DRUG REBATE PAYMENTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 845937 | | | | ☐ Other |
| | LOS ANGELES   CA   90084-5937 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3378 | NV-MCO2 AMERIGROUP | 12/22/2022 | $ | 1.13 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DRUG REBATE PAYMENTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 845937 | | | | ☐ Other |
| | LOS ANGELES   CA   90084-5937 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3379 | NV-MCO2 AMERIGROUP | 12/22/2022 | $ | 8,246.97 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DRUG REBATE PAYMENTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 845937 | | | | ☐ Other |
| | LOS ANGELES   CA   90084-5937 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3380 | NV-MEDICAID | 12/22/2022 | $ | (27.62) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DRUG REBATE PAYMENTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 845937 | | | | ☐ Other |
| | LOS ANGELES   CA   90084-5937 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3381 | NV-MEDICAID | 12/22/2022 | $ | 176.55 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DRUG REBATE PAYMENTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 845937 | | | | ☐ Other |
| | LOS ANGELES   CA   90084-5937 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3382 | NV-MEDICAID | 12/22/2022 | $ | 24,884.56 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DRUG REBATE PAYMENTS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 845937 | | | | ☐ Other |
| | LOS ANGELES   CA   90084-5937 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3383 | NY-MCO | 12/22/2022 | $ | (135.25) | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT OF HEALTH | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 412205, ATTN NY MEDICAID MCO REBATE PROGRAM | | | | ☐ Other |
| | BOSTON   MA   02241-2205 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3384 | NY-MCO | 12/22/2022 | $ | 23.36 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT OF HEALTH | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 412205, ATTN NY MEDICAID MCO REBATE PROGRAM | | | | ☐ Other |
| | BOSTON   MA   02241-2205 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                                Case number *(if known)*:    23-10255

Name

| 3.3385 | NY-MCO | 12/22/2022 | $ | 48.56 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT OF HEALTH | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 412205, ATTN NY MEDICAID MCO REBATE PROGRAM | | | | ☐ | Other |
| | BOSTON          MA          02241-2205 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.3386 | NY-MCO | 12/22/2022 | $ | 137.14 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT OF HEALTH | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 412205, ATTN NY MEDICAID MCO REBATE PROGRAM | | | | ☐ | Other |
| | BOSTON          MA          02241-2205 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.3387 | NY-MCO | 12/22/2022 | $ | 38,613.72 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT OF HEALTH | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 412205, ATTN NY MEDICAID MCO REBATE PROGRAM | | | | ☐ | Other |
| | BOSTON          MA          02241-2205 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.3388 | NY-MCO | 12/22/2022 | $ | 263,096.31 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT OF HEALTH | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 412205, ATTN NY MEDICAID MCO REBATE PROGRAM | | | | ☐ | Other |
| | BOSTON          MA          02241-2205 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.3389 | NY-MEDICAID | 12/22/2022 | $ | (553.67) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | NY MEDICAID FFS REBATE PROGRAM DRUG | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 412205 | | | | ☐ | Other |
| | BOSTON    MA    02241-2205 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3390 | NY-MEDICAID | 12/22/2022 | $ | (146.95) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | NY MEDICAID FFS REBATE PROGRAM DRUG | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 412205 | | | | ☐ | Other |
| | BOSTON    MA    02241-2205 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3391 | NY-MEDICAID | 12/22/2022 | $ | (108.03) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | NY MEDICAID FFS REBATE PROGRAM DRUG | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 412205 | | | | ☐ | Other |
| | BOSTON    MA    02241-2205 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3392 | NY-MEDICAID | 12/22/2022 | $ | (0.22) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | NY MEDICAID FFS REBATE PROGRAM DRUG | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 412205 | | | | ☐ | Other |
| | BOSTON    MA    02241-2205 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3393 NY-MEDICAID | 12/22/2022 | $ 58,578.11 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| NY MEDICAID FFS REBATE PROGRAM DRUG | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| PO BOX 412205 | | | ☐ | Other |

BOSTON     MA     02241-2205
City       State  ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.3394 NYSIF DISABILITY BENEFITS | 12/15/2022 | $ 14,486.49 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| PO BOX 5520 | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |

BINGHAMPTON   NY   13902-5520
City          State ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.3395 NYSIF DISABILITY BENEFITS | 1/26/2023 | $ 14,486.49 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| PO BOX 5520 | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |

BINGHAMPTON   NY   13902-5520
City          State ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.3396 NYSIF DISABILITY BENEFITS | 2/13/2023 | $ 14,496.49 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| PO BOX 5520 | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |

BINGHAMPTON   NY   13902-5520
City          State ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.3397 | NY-STATE EPIC | 12/22/2022 | $ | (355.13) | ☐ | Secured debt |
|--------|---------------|------------|---|----------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

ONE COMMERCE PLAZA

Street

☒ Suppliers or vendors

99 WASHINGTON AVE, 14TH FL STE 432, ATTN NY EPIC PROGRAM

☐ Services

ALBANY          NY          12210
City          State          ZIP Code

☐ Other

Country

| 3.3398 | NY-STATE EPIC | 12/22/2022 | $ | (0.35) | ☐ | Secured debt |
|--------|---------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

ONE COMMERCE PLAZA

Street

☒ Suppliers or vendors

99 WASHINGTON AVE, 14TH FL STE 432, ATTN NY EPIC PROGRAM

☐ Services

ALBANY          NY          12210
City          State          ZIP Code

☐ Other

Country

| 3.3399 | NY-STATE EPIC | 12/22/2022 | $ | (0.34) | ☐ | Secured debt |
|--------|---------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

ONE COMMERCE PLAZA

Street

☒ Suppliers or vendors

99 WASHINGTON AVE, 14TH FL STE 432, ATTN NY EPIC PROGRAM

☐ Services

ALBANY          NY          12210
City          State          ZIP Code

☐ Other

Country

| 3.3400 | NY-STATE EPIC | 12/22/2022 | $ | 33,052.41 | ☐ | Secured debt |
|--------|---------------|------------|---|-----------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

ONE COMMERCE PLAZA

Street

☒ Suppliers or vendors

99 WASHINGTON AVE, 14TH FL STE 432, ATTN NY EPIC PROGRAM

☐ Services

ALBANY          NY          12210
City          State          ZIP Code

☐ Other

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3401 | OH-MCO | 12/22/2022 | $ | (202.03) | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | OHIO DEPT OF MEDICAID - DRUG REBATE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | KEY BANK, PO BOX 712110 | | | | ☐ | Other |
| | CINCINNATI          OH          45271-2110 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.3402 | OH-MCO | 12/22/2022 | $ | (59.48) | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | OHIO DEPT OF MEDICAID - DRUG REBATE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | KEY BANK, PO BOX 712110 | | | | ☐ | Other |
| | CINCINNATI          OH          45271-2110 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.3403 | OH-MCO | 12/22/2022 | $ | (20.53) | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | OHIO DEPT OF MEDICAID - DRUG REBATE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | KEY BANK, PO BOX 712110 | | | | ☐ | Other |
| | CINCINNATI          OH          45271-2110 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.3404 | OH-MCO | 12/22/2022 | $ | 3.06 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | OHIO DEPT OF MEDICAID - DRUG REBATE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | KEY BANK, PO BOX 712110 | | | | ☐ | Other |
| | CINCINNATI          OH          45271-2110 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3405 | OH-MCO | 12/22/2022 | $ | 62,376.26 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | OHIO DEPT OF MEDICAID - DRUG REBATE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | KEY BANK, PO BOX 712110 | | | | ☐ Other |
| | CINCINNATI    OH    45271-2110 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3406 | OH-MCO | 12/22/2022 | $ | 133,174.23 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | OHIO DEPT OF MEDICAID - DRUG REBATE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | KEY BANK, PO BOX 712110 | | | | ☐ Other |
| | CINCINNATI    OH    45271-2110 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3407 | OH-MEDICAID | 12/22/2022 | $ | (633.47) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | OHIO DEPT OF MEDICAID - DRUG REBATE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | KEY BANK, PO BOX 712110 | | | | ☐ Other |
| | CINCINNATI    OH    45271-2110 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3408 | OH-MEDICAID | 12/22/2022 | $ | (17.20) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | OHIO DEPT OF MEDICAID - DRUG REBATE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | KEY BANK, PO BOX 712110 | | | | ☐ Other |
| | CINCINNATI    OH    45271-2110 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC      Case number *(if known)*:   23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3409 | OH-MEDICAID | 12/22/2022 | $ (4.69) | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | OHIO DEPT OF MEDICAID - DRUG REBATE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | KEY BANK, PO BOX 712110 | | | ☐ | Other |
| | CINCINNATI    OH    45271-2110 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3410 | OH-MEDICAID | 12/22/2022 | $ 27,728.15 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | OHIO DEPT OF MEDICAID - DRUG REBATE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | KEY BANK, PO BOX 712110 | | | ☐ | Other |
| | CINCINNATI    OH    45271-2110 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3411 | O'JEA & ASSOCIATES INC | 12/27/2022 | $ 26,875.00 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | KEVIN BAIN | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | 4088 EAST LAKE RD | | | ☐ | Other |
| | CANANDAIGUA    NY    14424 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3412 | OK-MEDICAID | 11/29/2022 | $ (679.24) | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | ATTN FINANCE DIVISION | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | DRUG REBATE PROGRAM, PO BOX 18299 | | | ☐ | Other |
| | OKLAHOMA CITY    OK    73154-0299 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3413 | OK-MEDICAID | 11/29/2022 | $ (1.69) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ATTN FINANCE DIVISION | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | DRUG REBATE PROGRAM, PO BOX 18299 | | | ☐ Other |
| | OKLAHOMA CITY    OK    73154-0299 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3414 | OK-MEDICAID | 11/29/2022 | $ (1.27) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ATTN FINANCE DIVISION | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | DRUG REBATE PROGRAM, PO BOX 18299 | | | ☐ Other |
| | OKLAHOMA CITY    OK    73154-0299 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3415 | OK-MEDICAID | 11/29/2022 | $ 70,409.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ATTN FINANCE DIVISION | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | DRUG REBATE PROGRAM, PO BOX 18299 | | | ☐ Other |
| | OKLAHOMA CITY    OK    73154-0299 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3416 | OLYMPIC WEB DESIGN INC | 1/27/2023 | $ 86.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 12128 NORTH DIVISION STREET | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | SUITE 138 | | | ☐ Other |
| | SPOKANE    WA    99218 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.3417 | OLYMPIC WEB DESIGN INC | 1/27/2023 | $ | 86.00 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 12128 NORTH DIVISION STREET | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | SUITE 138 | | | | | ☐ Other |
| | SPOKANE    WA    99218 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3418 | OLYMPIC WEB DESIGN INC | 1/27/2023 | $ | 152.90 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 12128 NORTH DIVISION STREET | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | SUITE 138 | | | | | ☐ Other |
| | SPOKANE    WA    99218 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3419 | OLYMPIC WEB DESIGN INC | 1/27/2023 | $ | 166.82 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 12128 NORTH DIVISION STREET | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | SUITE 138 | | | | | ☐ Other |
| | SPOKANE    WA    99218 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3420 | OLYMPIC WEB DESIGN INC | 1/27/2023 | $ | 166.82 | | ☐ Secured debt |
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | 12128 NORTH DIVISION STREET | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | SUITE 138 | | | | | ☐ Other |
| | SPOKANE    WA    99218 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.3421 OLYMPIC WEB DESIGN INC
Creditor's Name

12128 NORTH DIVISION STREET
Street

SUITE 138

SPOKANE          WA          99218
City                State          ZIP Code

Country

1/27/2023          $          220.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3422 OLYMPIC WEB DESIGN INC
Creditor's Name

12128 NORTH DIVISION STREET
Street

SUITE 138

SPOKANE          WA          99218
City                State          ZIP Code

Country

1/27/2023          $          357.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3423 OLYMPIC WEB DESIGN INC
Creditor's Name

12128 NORTH DIVISION STREET
Street

SUITE 138

SPOKANE          WA          99218
City                State          ZIP Code

Country

1/27/2023          $          495.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3424 OLYMPIC WEB DESIGN INC
Creditor's Name

12128 NORTH DIVISION STREET
Street

SUITE 138

SPOKANE          WA          99218
City                State          ZIP Code

Country

1/27/2023          $          710.09

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3425 | OLYMPIC WEB DESIGN INC | 1/27/2023 | $ | 1,599.95 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 12128 NORTH DIVISION STREET | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | SUITE 138 | | | | ☐ Other |
| | SPOKANE   WA   99218 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3426 | OLYMPIC WEB DESIGN INC | 1/27/2023 | $ | 1,599.95 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 12128 NORTH DIVISION STREET | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | SUITE 138 | | | | ☐ Other |
| | SPOKANE   WA   99218 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3427 | OLYMPIC WEB DESIGN INC | 1/27/2023 | $ | 2,868.08 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 12128 NORTH DIVISION STREET | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | SUITE 138 | | | | ☐ Other |
| | SPOKANE   WA   99218 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3428 | OLYMPIC WEB DESIGN INC | 1/27/2023 | $ | 8,156.08 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 12128 NORTH DIVISION STREET | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | SUITE 138 | | | | ☐ Other |
| | SPOKANE   WA   99218 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| 3.3429 | OLYMPIC WEB DESIGN INC | 1/27/2023 | $ 9,185.00 | | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 12128 NORTH DIVISION STREET | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | SUITE 138 | | | | ☐ Other |
| | SPOKANE          WA          99218 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.3430 | OPTIMA MACHINERY CORP | 12/8/2022 | $ 661.50 | | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1330 CONTRACT DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GREEN BAY          WI          54304 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.3431 | OPTIMA MACHINERY CORP | 12/8/2022 | $ 16,869.88 | | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1330 CONTRACT DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GREEN BAY          WI          54304 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.3432 | OPTIMA MACHINERY CORP | 1/12/2023 | $ 170.20 | | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1330 CONTRACT DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GREEN BAY          WI          54304 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.3433  OPTIMA MACHINERY CORP          1/12/2023        $           287.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
1330 CONTRACT DRIVE                                                ☒ Suppliers or vendors
Street                                                            ☐ Services
                                                                 ☐ Other

GREEN BAY        WI        54304
City            State     ZIP Code

Country

3.3434  OPTIMA MACHINERY CORP          1/12/2023        $           757.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
1330 CONTRACT DRIVE                                                ☒ Suppliers or vendors
Street                                                            ☐ Services
                                                                 ☐ Other

GREEN BAY        WI        54304
City            State     ZIP Code

Country

3.3435  OPTIMA MACHINERY CORP          1/12/2023        $         2,350.20
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
1330 CONTRACT DRIVE                                                ☒ Suppliers or vendors
Street                                                            ☐ Services
                                                                 ☐ Other

GREEN BAY        WI        54304
City            State     ZIP Code

Country

3.3436  OPTIMA MACHINERY CORP          1/12/2023        $        17,440.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
1330 CONTRACT DRIVE                                                ☒ Suppliers or vendors
Street                                                            ☐ Services
                                                                 ☐ Other

GREEN BAY        WI        54304
City            State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | |
|---|---|---|---|
| 3.3437 | OPTIMA MACHINERY CORP | 1/12/2023 | $ 21,039.34 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

1330 CONTRACT DRIVE
Street

| GREEN BAY | WI | 54304 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 3.3438 | OR-MCO | 12/22/2022 | $ 2.95 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

OHA RECEIPTING UNIT/DRUG REBATE
Street

ATTN OREGON DRUG REBATE PROGRAM,
500 SUMMER STREET NE E-08

| SALEM | OR | 97301-1077 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 3.3439 | OR-MCO | 12/22/2022 | $ 56.02 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

OHA RECEIPTING UNIT/DRUG REBATE
Street

ATTN OREGON DRUG REBATE PROGRAM,
500 SUMMER STREET NE E-08

| SALEM | OR | 97301-1077 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | | |
|---|---|---|---|
| 3.3440 | OR-MCO | 12/22/2022 | $ 115.07 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

OHA RECEIPTING UNIT/DRUG REBATE
Street

ATTN OREGON DRUG REBATE PROGRAM,
500 SUMMER STREET NE E-08

| SALEM | OR | 97301-1077 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC                                      Case number *(if known)*:   23-10255

Name

**3.3441** OR-MCO                              12/22/2022      $           165.40        ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

OHA RECEIPTING UNIT/DRUG REBATE                                                          ☒ Suppliers or vendors
Street                                                                                   ☐ Services

ATTN OREGON DRUG REBATE PROGRAM,                                                         ☐ Other
500 SUMMER STREET NE E-08

SALEM              OR          97301-1077
City               State       ZIP Code

Country

**3.3442** OR-MCO                              12/22/2022      $         10,955.17       ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

OHA RECEIPTING UNIT/DRUG REBATE                                                          ☒ Suppliers or vendors
Street                                                                                   ☐ Services

ATTN OREGON DRUG REBATE PROGRAM,                                                         ☐ Other
500 SUMMER STREET NE E-08

SALEM              OR          97301-1077
City               State       ZIP Code

Country

**3.3443** OR-MCO                              12/22/2022      $         36,011.92       ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

OHA RECEIPTING UNIT/DRUG REBATE                                                          ☒ Suppliers or vendors
Street                                                                                   ☐ Services

ATTN OREGON DRUG REBATE PROGRAM,                                                         ☐ Other
500 SUMMER STREET NE E-08

SALEM              OR          97301-1077
City               State       ZIP Code

Country

**3.3444** OTIS ELEVATOR - SPRINGFIELD IL      11/29/2022      $         51,945.00       ☐ Secured debt
Creditor's Name                                                                          ☐ Unsecured loan repayments

PO BOX 73579                                                                             ☒ Suppliers or vendors
Street                                                                                   ☐ Services

                                                                                         ☐ Other

CHICAGO            IL          60673-7579
City               State       ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 863

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| 3.3445 | OXFORD GLOBAL RESOURCES LLC | 11/29/2022 | $ | 4,160.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 3256

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| BOSTON | MA | 02241-3256 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.3446 | OXFORD GLOBAL RESOURCES LLC | 11/29/2022 | $ | 5,200.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 3256

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| BOSTON | MA | 02241-3256 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.3447 | PACKAGE DEVELOPMENT | 1/26/2023 | $ | 35,995.86 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 ROUNDHILL DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| ROCKWAY | NJ | 07866 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.3448 | PACKAGE DEVELOPMENT | 1/26/2023 | $ | 36,121.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

100 ROUNDHILL DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| ROCKWAY | NJ | 07866 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.3449** PACKAGE DEVELOPMENT

Creditor's Name

2/13/2023

$ 36,938.16

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

100 ROUNDHILL DRIVE

Street

ROCKWAY          NJ          07866

City          State          ZIP Code

Country

**3.3450** PACKAGE DEVELOPMENT

Creditor's Name

2/13/2023

$ 37,754.82

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

100 ROUNDHILL DRIVE

Street

ROCKWAY          NJ          07866

City          State          ZIP Code

Country

**3.3451** PALL CORPORATION

Creditor's Name

12/8/2022

$ 1,072.83

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 419501

Street

BOSTON          MA          02241-9501

City          State          ZIP Code

Country

**3.3452** PALL CORPORATION

Creditor's Name

12/8/2022

$ 4,044.92

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 419501

Street

BOSTON          MA          02241-9501

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.3453 | PALL CORPORATION | 12/8/2022 | $ | 4,420.43 | ☐ Secured debt |
|--------|------------------|-----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419501

Street

☒ Suppliers or vendors

☐ Services

☐ Other

BOSTON         MA         02241-9501

City         State         ZIP Code

Country

| 3.3454 | PALL CORPORATION | 12/8/2022 | $ | 7,165.35 | ☐ Secured debt |
|--------|------------------|-----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419501

Street

☒ Suppliers or vendors

☐ Services

☐ Other

BOSTON         MA         02241-9501

City         State         ZIP Code

Country

| 3.3455 | PALL CORPORATION | 1/6/2023 | $ | 5,690.41 | ☐ Secured debt |
|--------|------------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419501

Street

☒ Suppliers or vendors

☐ Services

☐ Other

BOSTON         MA         02241-9501

City         State         ZIP Code

Country

| 3.3456 | PALL CORPORATION | 1/6/2023 | $ | 7,741.53 | ☐ Secured debt |
|--------|------------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419501

Street

☒ Suppliers or vendors

☐ Services

☐ Other

BOSTON         MA         02241-9501

City         State         ZIP Code

Country

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                Page 866

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

---

**3.3457** PALL CORPORATION

Creditor's Name

PO BOX 419501

Street

BOSTON          MA          02241-9501

City            State       ZIP Code

Country

1/6/2023    $        8,122.98

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.3458** PALL CORPORATION

Creditor's Name

PO BOX 419501

Street

BOSTON          MA          02241-9501

City            State       ZIP Code

Country

1/6/2023    $       13,628.98

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.3459** PALL CORPORATION

Creditor's Name

PO BOX 419501

Street

BOSTON          MA          02241-9501

City            State       ZIP Code

Country

1/6/2023    $       28,062.11

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.3460** PALL CORPORATION

Creditor's Name

PO BOX 419501

Street

BOSTON          MA          02241-9501

City            State       ZIP Code

Country

1/11/2023    $      (66,650.00)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| | | | |
|---|---|---|---|
| 3.3461 | PALL CORPORATION | 1/11/2023 | $ 5,257.00 |
| | Creditor's Name | | |
| | PO BOX 419501 | | |
| | Street | | |
| | BOSTON  MA  02241-9501 | | |
| | City  State  ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.3462 | PALL CORPORATION | 1/11/2023 | $ 5,276.00 |
| | Creditor's Name | | |
| | PO BOX 419501 | | |
| | Street | | |
| | BOSTON  MA  02241-9501 | | |
| | City  State  ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.3463 | PALL CORPORATION | 1/11/2023 | $ 8,318.00 |
| | Creditor's Name | | |
| | PO BOX 419501 | | |
| | Street | | |
| | BOSTON  MA  02241-9501 | | |
| | City  State  ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.3464 | PALL CORPORATION | 1/11/2023 | $ 47,799.00 |
| | Creditor's Name | | |
| | PO BOX 419501 | | |
| | Street | | |
| | BOSTON  MA  02241-9501 | | |
| | City  State  ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3465 | PALL CORPORATION | 1/12/2023 | $ | 2,262.89 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 419501 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON    MA    02241-9501 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3466 | PALL CORPORATION | 1/19/2023 | $ | 301.18 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 419501 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON    MA    02241-9501 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3467 | PALL CORPORATION | 1/19/2023 | $ | 1,981.60 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 419501 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON    MA    02241-9501 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3468 | PALL CORPORATION | 1/19/2023 | $ | 5,485.59 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 419501 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BOSTON    MA    02241-9501 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3469 | PALL CORPORATION | 1/19/2023 | $ | 12,930.42 | ☐ Secured debt |
|--------|------------------|-----------|---|-----------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419501

Street

☒ Suppliers or vendors

☐ Services

☐ Other

BOSTON    MA    02241-9501

City    State    ZIP Code

Country

| 3.3470 | PALL CORPORATION | 1/19/2023 | $ | 18,487.40 | ☐ Secured debt |
|--------|------------------|-----------|---|-----------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419501

Street

☒ Suppliers or vendors

☐ Services

☐ Other

BOSTON    MA    02241-9501

City    State    ZIP Code

Country

| 3.3471 | PALL CORPORATION | 1/26/2023 | $ | 39,990.00 | ☐ Secured debt |
|--------|------------------|-----------|---|-----------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419501

Street

☒ Suppliers or vendors

☐ Services

☐ Other

BOSTON    MA    02241-9501

City    State    ZIP Code

Country

| 3.3472 | PALL CORPORATION | 1/31/2023 | $ | 5,739.22 | ☐ Secured debt |
|--------|------------------|-----------|---|-----------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 419501

Street

☒ Suppliers or vendors

☐ Services

☐ Other

BOSTON    MA    02241-9501

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

3.3473  PA-MCO
Creditor's Name

12/22/2022    $    (230.81)

PA DOHS
Street

PO BOX 780634

PHILADELPHIA    PA    19178-0634
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3474  PA-MCO
Creditor's Name

12/22/2022    $    (0.33)

PA DOHS
Street

PO BOX 780634

PHILADELPHIA    PA    19178-0634
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3475  PA-MCO
Creditor's Name

12/22/2022    $    21.52

PA DOHS
Street

PO BOX 780634

PHILADELPHIA    PA    19178-0634
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3476  PA-MCO
Creditor's Name

12/22/2022    $    83,227.68

PA DOHS
Street

PO BOX 780634

PHILADELPHIA    PA    19178-0634
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3477 | PA-MCO | | 12/22/2022 | $ | 177,895.64 | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | PA DOHS | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | PO BOX 780634 | | | | | ☐ | Other |
| | PHILADELPHIA | PA | 19178-0634 | | | | |
| | City | State | ZIP Code | | | | |
| | Country | | | | | | |

| 3.3478 | PARK PLACE TECHNOLOGIES | | 12/8/2022 | $ | 8,085.59 | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | PO BOX 78000 | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | DEPT 781156 | | | | | ☐ | Other |
| | DETROIT | MI | 48278-1156 | | | | |
| | City | State | ZIP Code | | | | |
| | Country | | | | | | |

| 3.3479 | PATHEON PHARMA -REMIT | | 11/29/2022 | $ | 198,538.54 | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | PO BOX 744994 | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☐ | Other |
| | CHICAGO | GA | 30374-4994 | | | | |
| | City | State | ZIP Code | | | | |
| | Country | | | | | | |

| 3.3480 | PATHEON PHARMA -REMIT | | 12/8/2022 | $ | 1,664.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ | Unsecured loan repayments |
| | PO BOX 744994 | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | ☐ | Services |
| | | | | | | ☐ | Other |
| | CHICAGO | GA | 30374-4994 | | | | |
| | City | State | ZIP Code | | | | |
| | Country | | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.3481  PATHEON PHARMA -REMIT

Creditor's Name

12/8/2022        $        11,415.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 744994

Street

CHICAGO        GA        30374-4994

City        State        ZIP Code

Country

3.3482  PAVEMASTER ASPHALT & SEALING INC

Creditor's Name

11/29/2022        $        10,688.70

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

516 PINE AIR DRIVE

Street

BAY SHORE        NY        11706

City        State        ZIP Code

Country

3.3483  PDQ HEALTHCARE INFORMATION

Creditor's Name

11/29/2022        $        12,953.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 191

Street

CARLE PLACE        NY        11514

City        State        ZIP Code

Country

3.3484  PDQ HEALTHCARE INFORMATION

Creditor's Name

11/29/2022        $        14,553.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 191

Street

CARLE PLACE        NY        11514

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.3485 PERFORMANCE VALIDATION -REMIT

Creditor's Name

PO BOX 7096 DEPT 254

Street

INDIANAPOLIS          IN          46207

City          State          ZIP Code

Country

11/29/2022    $    5,000.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3486 PERFORMANCE VALIDATION -REMIT

Creditor's Name

PO BOX 7096 DEPT 254

Street

INDIANAPOLIS          IN          46207

City          State          ZIP Code

Country

11/29/2022    $    5,224.50

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3487 PERFORMANCE VALIDATION -REMIT

Creditor's Name

PO BOX 7096 DEPT 254

Street

INDIANAPOLIS          IN          46207

City          State          ZIP Code

Country

1/31/2023    $    472.50

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3488 PERFORMANCE VALIDATION -REMIT

Creditor's Name

PO BOX 7096 DEPT 254

Street

INDIANAPOLIS          IN          46207

City          State          ZIP Code

Country

1/31/2023    $    2,430.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 874

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3489 | PESTALOZZI ATTORNEYS AT LAW LTD | 12/8/2022 | $ | 95.69 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | LOWENSTRASSE 1 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | ZURICH    CH-8001 | | | | | |
| | City    State    ZIP Code | | | | | |
| | SWITZERLAND | | | | | |
| | Country | | | | | |

| 3.3490 | PESTALOZZI ATTORNEYS AT LAW LTD | 12/8/2022 | $ | 1,560.64 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | LOWENSTRASSE 1 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | ZURICH    CH-8001 | | | | | |
| | City    State    ZIP Code | | | | | |
| | SWITZERLAND | | | | | |
| | Country | | | | | |

| 3.3491 | PESTALOZZI ATTORNEYS AT LAW LTD | 12/15/2022 | $ | 91.22 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | LOWENSTRASSE 1 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | ZURICH    CH-8001 | | | | | |
| | City    State    ZIP Code | | | | | |
| | SWITZERLAND | | | | | |
| | Country | | | | | |

| 3.3492 | PESTALOZZI ATTORNEYS AT LAW LTD | 12/15/2022 | $ | 5,245.46 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | LOWENSTRASSE 1 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | ZURICH    CH-8001 | | | | | |
| | City    State    ZIP Code | | | | | |
| | SWITZERLAND | | | | | |
| | Country | | | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC                                          Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3493 | PESTALOZZI ATTORNEYS AT LAW LTD | 12/23/2022 | $ 1.30 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | LOWENSTRASSE 1 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ZURICH          CH-8001 | | | |
| | City          State          ZIP Code | | | |
| | SWITZERLAND | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3494 | PESTALOZZI ATTORNEYS AT LAW LTD | 12/23/2022 | $ 357.37 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | LOWENSTRASSE 1 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ZURICH          CH-8001 | | | |
| | City          State          ZIP Code | | | |
| | SWITZERLAND | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3495 | PESTALOZZI ATTORNEYS AT LAW LTD | 1/27/2023 | $ (488.34) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | LOWENSTRASSE 1 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ZURICH          CH-8001 | | | |
| | City          State          ZIP Code | | | |
| | SWITZERLAND | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3496 | PESTALOZZI ATTORNEYS AT LAW LTD | 1/27/2023 | $ 3,119.16 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | LOWENSTRASSE 1 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ZURICH          CH-8001 | | | |
| | City          State          ZIP Code | | | |
| | SWITZERLAND | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3497 PHARMACEUTICALS RETURNS SERVICE | 12/22/2022 | $ | 42,423.00 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 720 HEARTLAND DR SUITE B | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| SUGAR GROVE     IL     60554 | | | | |
| City     State     ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.3498 PHARMACEUTICALS RETURNS SERVICE | 12/22/2022 | $ | 97,091.00 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 720 HEARTLAND DR SUITE B | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| SUGAR GROVE     IL     60554 | | | | |
| City     State     ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.3499 PHARMACEUTICALS RETURNS SERVICE | 1/26/2023 | $ | 22,139.00 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 720 HEARTLAND DR SUITE B | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| SUGAR GROVE     IL     60554 | | | | |
| City     State     ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.3500 PHARMACEUTICALS RETURNS SERVICE | 1/26/2023 | $ | 96,387.50 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 720 HEARTLAND DR SUITE B | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| SUGAR GROVE     IL     60554 | | | | |
| City     State     ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

---

**3.3501**  PHARMAPORTS LLC
Creditor's Name

2/13/2023        $            169,650.00

ATTN JACK YEN
Street

1 E UWCHLAN AVE  STE 116

EXTON            PA        19341
City             State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.3502**  PHARM-RX CHEMICAL CORP
Creditor's Name

1/19/2023        $             32,025.00

299 MARKET STREET SUITE 410
Street

SADDLE BROOK     NJ        07663
City             State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.3503**  PHENOMENEX INC -REMIT
Creditor's Name

11/29/2022       $                949.17

PO BOX 749397
Street

LOS ANGELES      CA        90074
City             State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.3504**  PHENOMENEX INC -REMIT
Creditor's Name

11/29/2022       $                958.06

PO BOX 749397
Street

LOS ANGELES      CA        90074
City             State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

3.3505 PHENOMENEX INC -REMIT

Creditor's Name

11/29/2022    $    3,673.50

PO BOX 749397

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

LOS ANGELES    CA    90074
City    State    ZIP Code

Country

---

3.3506 PHENOMENEX INC -REMIT

Creditor's Name

1/6/2023    $    778.83

PO BOX 749397

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

LOS ANGELES    CA    90074
City    State    ZIP Code

Country

---

3.3507 PHENOMENEX INC -REMIT

Creditor's Name

1/6/2023    $    1,440.13

PO BOX 749397

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

LOS ANGELES    CA    90074
City    State    ZIP Code

Country

---

3.3508 PHENOMENEX INC -REMIT

Creditor's Name

1/6/2023    $    1,877.88

PO BOX 749397

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

LOS ANGELES    CA    90074
City    State    ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.3509 PHENOMENEX INC -REMIT | 1/6/2023 | $ | 3,496.63 | | ☐ Secured debt
Creditor's Name | | | | | ☐ Unsecured loan repayments

PO BOX 749397 | | | | | ☒ Suppliers or vendors
Street | | | | | ☐ Services

| | | | | ☐ Other

LOS ANGELES    CA    90074
City    State    ZIP Code

Country

3.3510 PHENOMENEX INC -REMIT | 1/6/2023 | $ | 4,330.13 | | ☐ Secured debt
Creditor's Name | | | | | ☐ Unsecured loan repayments

PO BOX 749397 | | | | | ☒ Suppliers or vendors
Street | | | | | ☐ Services

| | | | | ☐ Other

LOS ANGELES    CA    90074
City    State    ZIP Code

Country

3.3511 PHENOMENEX INC -REMIT | 1/6/2023 | $ | 4,747.99 | | ☐ Secured debt
Creditor's Name | | | | | ☐ Unsecured loan repayments

PO BOX 749397 | | | | | ☒ Suppliers or vendors
Street | | | | | ☐ Services

| | | | | ☐ Other

LOS ANGELES    CA    90074
City    State    ZIP Code

Country

3.3512 PHENOMENEX INC -REMIT | 1/12/2023 | $ | 3,376.05 | | ☐ Secured debt
Creditor's Name | | | | | ☐ Unsecured loan repayments

PO BOX 749397 | | | | | ☒ Suppliers or vendors
Street | | | | | ☐ Services

| | | | | ☐ Other

LOS ANGELES    CA    90074
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3513 | PHENOMENEX INC -REMIT | 1/31/2023 | $ 1,399.41 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 749397 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | LOS ANGELES    CA    90074 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3514 | PHENOMENEX INC -REMIT | 1/31/2023 | $ 1,905.50 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 749397 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | LOS ANGELES    CA    90074 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3515 | PHENOMENEX INC -REMIT | 1/31/2023 | $ 3,192.48 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 749397 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | LOS ANGELES    CA    90074 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3516 | PHENOMENEX INC -REMIT | 2/13/2023 | $ 960.94 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 749397 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | LOS ANGELES    CA    90074 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3517 | PLATINUM PRESS INC | 11/29/2022 | $ | 8,863.72 |
|---|---|---|---|---|

Creditor's Name

4251 EMPIRE RD

Street

☑ Suppliers or vendors
☐ Secured debt
☐ Unsecured loan repayments
☐ Services
☐ Other

FORT WORTH    TX    76155

City    State    ZIP Code

Country

| 3.3518 | PLATINUM PRESS INC | 11/29/2022 | $ | 12,691.84 |
|---|---|---|---|---|

Creditor's Name

4251 EMPIRE RD

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FORT WORTH    TX    76155

City    State    ZIP Code

Country

| 3.3519 | PLATINUM PRESS INC | 11/29/2022 | $ | 14,655.00 |
|---|---|---|---|---|

Creditor's Name

4251 EMPIRE RD

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FORT WORTH    TX    76155

City    State    ZIP Code

Country

| 3.3520 | PLATINUM PRESS INC | 12/29/2022 | $ | (3,198.55) |
|---|---|---|---|---|

Creditor's Name

4251 EMPIRE RD

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

FORT WORTH    TX    76155

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.3521 PLATINUM PRESS INC
Creditor's Name

4251 EMPIRE RD
Street

FORT WORTH        TX        76155
City                State      ZIP Code

Country

12/29/2022        $        5,470.74

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3522 PLATINUM PRESS INC
Creditor's Name

4251 EMPIRE RD
Street

FORT WORTH        TX        76155
City                State      ZIP Code

Country

12/29/2022        $        8,310.83

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3523 PLATINUM PRESS INC
Creditor's Name

4251 EMPIRE RD
Street

FORT WORTH        TX        76155
City                State      ZIP Code

Country

12/29/2022        $        9,034.58

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3524 PLATINUM PRESS INC
Creditor's Name

4251 EMPIRE RD
Street

FORT WORTH        TX        76155
City                State      ZIP Code

Country

12/29/2022        $        9,686.74

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

**3.3525** PLATINUM PRESS INC

Creditor's Name

12/29/2022    $    12,303.86

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

4251 EMPIRE RD

Street

FORT WORTH    TX    76155

City    State    ZIP Code

Country

**3.3526** PLATINUM PRESS INC

Creditor's Name

12/29/2022    $    15,688.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

4251 EMPIRE RD

Street

FORT WORTH    TX    76155

City    State    ZIP Code

Country

**3.3527** PLATINUM PRESS INC

Creditor's Name

12/29/2022    $    27,803.07

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

4251 EMPIRE RD

Street

FORT WORTH    TX    76155

City    State    ZIP Code

Country

**3.3528** PLATINUM PRESS INC

Creditor's Name

12/29/2022    $    30,123.75

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

4251 EMPIRE RD

Street

FORT WORTH    TX    76155

City    State    ZIP Code

Country

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 884

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3529 | PLATINUM PRESS INC<br>Creditor's Name | 12/29/2022 | $ 50,691.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 4251 EMPIRE RD<br>Street | | | |
| | FORT WORTH    TX    76155<br>City         State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3530 | PLATINUM PRESS INC<br>Creditor's Name | 1/6/2023 | $ 4,440.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 4251 EMPIRE RD<br>Street | | | |
| | FORT WORTH    TX    76155<br>City         State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3531 | PLATINUM PRESS INC<br>Creditor's Name | 1/6/2023 | $ 18,276.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 4251 EMPIRE RD<br>Street | | | |
| | FORT WORTH    TX    76155<br>City         State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3532 | PLATINUM PRESS INC<br>Creditor's Name | 1/12/2023 | $ (3,198.55) | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 4251 EMPIRE RD<br>Street | | | |
| | FORT WORTH    TX    76155<br>City         State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:    23-10255

| 3.3533 | PLATINUM PRESS INC | 1/12/2023 | $ | 55,487.11 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☑ Suppliers or vendors |
| | 4251 EMPIRE RD | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | FORT WORTH    TX    76155 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3534 | PLATINUM PRESS INC | 1/20/2023 | $ | (31,763.82) | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☑ Suppliers or vendors |
| | 4251 EMPIRE RD | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | FORT WORTH    TX    76155 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3535 | PLATINUM PRESS INC | 1/20/2023 | $ | 31,763.82 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☑ Suppliers or vendors |
| | 4251 EMPIRE RD | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | FORT WORTH    TX    76155 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3536 | PLATINUM PRESS INC | 1/31/2023 | $ | (35,523.23) | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | | | | | ☑ Suppliers or vendors |
| | 4251 EMPIRE RD | | | | ☐ Services |
| | Street | | | | ☐ Other |
| | FORT WORTH    TX    76155 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.3537 | PLATINUM PRESS INC | 1/31/2023 | $ | 2,176.80 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4251 EMPIRE RD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | FORT WORTH    TX    76155 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3538 | PLATINUM PRESS INC | 1/31/2023 | $ | 12,829.18 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4251 EMPIRE RD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | FORT WORTH    TX    76155 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3539 | PLATINUM PRESS INC | 1/31/2023 | $ | 35,523.23 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4251 EMPIRE RD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | FORT WORTH    TX    76155 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3540 | PLATINUM PRESS INC | 1/31/2023 | $ | 35,931.03 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4251 EMPIRE RD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | FORT WORTH    TX    76155 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.3541** PLATINUM PRESS INC

Creditor's Name

4251 EMPIRE RD

Street

FORT WORTH    TX    76155

City    State    ZIP Code

Country

1/31/2023    $    36,425.38

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.3542** PLATINUM PRESS INC

Creditor's Name

4251 EMPIRE RD

Street

FORT WORTH    TX    76155

City    State    ZIP Code

Country

1/31/2023    $    44,919.63

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.3543** PLATINUM PRESS INC

Creditor's Name

4251 EMPIRE RD

Street

FORT WORTH    TX    76155

City    State    ZIP Code

Country

1/31/2023    $    59,544.49

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.3544** PLATINUM PRESS INC

Creditor's Name

4251 EMPIRE RD

Street

FORT WORTH    TX    76155

City    State    ZIP Code

Country

2/8/2023    $    12,607.38

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.3545** PMT FORKLIFT CORP
Creditor's Name

12/8/2022   $   543.13

☐ Secured debt
☐ Unsecured loan repayments

275 GREAT EAST NECK ROAD
Street

☑ Suppliers or vendors
☐ Services
☐ Other

WEST BABYLON   NY   11704
City   State   ZIP Code

Country

**3.3546** PMT FORKLIFT CORP
Creditor's Name

1/12/2023   $   543.13

☐ Secured debt
☐ Unsecured loan repayments

275 GREAT EAST NECK ROAD
Street

☑ Suppliers or vendors
☐ Services
☐ Other

WEST BABYLON   NY   11704
City   State   ZIP Code

Country

**3.3547** PMT FORKLIFT CORP
Creditor's Name

1/12/2023   $   787.53

☐ Secured debt
☐ Unsecured loan repayments

275 GREAT EAST NECK ROAD
Street

☑ Suppliers or vendors
☐ Services
☐ Other

WEST BABYLON   NY   11704
City   State   ZIP Code

Country

**3.3548** PMT FORKLIFT CORP
Creditor's Name

1/12/2023   $   787.53

☐ Secured debt
☐ Unsecured loan repayments

275 GREAT EAST NECK ROAD
Street

☑ Suppliers or vendors
☐ Services
☐ Other

WEST BABYLON   NY   11704
City   State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.3549** PMT FORKLIFT CORP
Creditor's Name

1/12/2023    $    7,700.00

275 GREAT EAST NECK ROAD
Street

WEST BABYLON    NY    11704
City    State    ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.3550** PMT FORKLIFT CORP
Creditor's Name

1/31/2023    $    543.13

275 GREAT EAST NECK ROAD
Street

WEST BABYLON    NY    11704
City    State    ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.3551** PMT FORKLIFT CORP
Creditor's Name

1/31/2023    $    787.53

275 GREAT EAST NECK ROAD
Street

WEST BABYLON    NY    11704
City    State    ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.3552** POWER SUPPLY OF ILLINOIS INC
Creditor's Name

11/29/2022    $    70.00

PO BOX 776816
Street

CHICAGO    IL    60677-6816
City    State    ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC      Case number *(if known)*:   23-10255

Name

| 3.3553 | POWER SUPPLY OF ILLINOIS INC | 11/29/2022 | $ | 156.00 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 776816 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | CHICAGO    IL    60677-6816 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.3554 | POWER SUPPLY OF ILLINOIS INC | 11/29/2022 | $ | 2,032.57 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 776816 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | CHICAGO    IL    60677-6816 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.3555 | POWER SUPPLY OF ILLINOIS INC | 1/12/2023 | $ | 608.88 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 776816 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | CHICAGO    IL    60677-6816 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.3556 | POWER SUPPLY OF ILLINOIS INC | 1/12/2023 | $ | 1,808.06 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 776816 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | CHICAGO    IL    60677-6816 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.3557 POWER SUPPLY OF ILLINOIS INC
Creditor's Name

PO BOX 776816
Street

CHICAGO             IL          60677-6816
City                State       ZIP Code

Country

1/12/2023       $        8,092.34

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3558 POWER SUPPLY OF ILLINOIS INC
Creditor's Name

PO BOX 776816
Street

CHICAGO             IL          60677-6816
City                State       ZIP Code

Country

1/31/2023       $          814.03

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3559 POWER SUPPLY OF ILLINOIS INC
Creditor's Name

PO BOX 776816
Street

CHICAGO             IL          60677-6816
City                State       ZIP Code

Country

2/13/2023       $          249.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3560 POWER SUPPLY OF ILLINOIS INC
Creditor's Name

PO BOX 776816
Street

CHICAGO             IL          60677-6816
City                State       ZIP Code

Country

2/13/2023       $        1,831.39

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3561 | POYNTER SHEET METAL INC | 11/29/2022 | $ 2,978.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 775 COMMERCE PARKWAY WEST DR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | GREENWOOD IN 46143 | | | |
| | City State ZIP Code | | | |
| | Country | | | |
| 3.3562 | POYNTER SHEET METAL INC | 12/8/2022 | $ 1,414.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 775 COMMERCE PARKWAY WEST DR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | GREENWOOD IN 46143 | | | |
| | City State ZIP Code | | | |
| | Country | | | |
| 3.3563 | POYNTER SHEET METAL INC | 12/8/2022 | $ 4,282.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 775 COMMERCE PARKWAY WEST DR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | GREENWOOD IN 46143 | | | |
| | City State ZIP Code | | | |
| | Country | | | |
| 3.3564 | POYNTER SHEET METAL INC | 1/26/2023 | $ 1,315.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 775 COMMERCE PARKWAY WEST DR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | GREENWOOD IN 46143 | | | |
| | City State ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3565 | POYNTER SHEET METAL INC | 1/26/2023 | $ | 4,500.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 775 COMMERCE PARKWAY WEST DR | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GREENWOOD    IN    46143 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3566 | POYNTER SHEET METAL INC | 1/26/2023 | $ | 5,802.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 775 COMMERCE PARKWAY WEST DR | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GREENWOOD    IN    46143 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3567 | POYNTER SHEET METAL INC | 1/26/2023 | $ | 7,128.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 775 COMMERCE PARKWAY WEST DR | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GREENWOOD    IN    46143 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3568 | POYNTER SHEET METAL INC | 1/26/2023 | $ | 10,576.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 775 COMMERCE PARKWAY WEST DR | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GREENWOOD    IN    46143 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):   23-10255

Name

| 3.3569 | POYNTER SHEET METAL INC | 1/31/2023 | $ | 2,309.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 775 COMMERCE PARKWAY WEST DR | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GREENWOOD          IN          46143 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| 3.3570 | POYNTER SHEET METAL INC | 1/31/2023 | $ | 4,127.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 775 COMMERCE PARKWAY WEST DR | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GREENWOOD          IN          46143 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| 3.3571 | POYNTER SHEET METAL INC | 1/31/2023 | $ | 6,527.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 775 COMMERCE PARKWAY WEST DR | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GREENWOOD          IN          46143 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

| 3.3572 | POYNTER SHEET METAL INC | 2/13/2023 | $ | 926.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 775 COMMERCE PARKWAY WEST DR | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | GREENWOOD          IN          46143 | | | | |
| | City                State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.3573** POYNTER SHEET METAL INC

Creditor's Name

775 COMMERCE PARKWAY WEST DR

Street

GREENWOOD          IN          46143

City                State          ZIP Code

Country

2/13/2023          $          2,938.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3574** PPC FLEXIBLE -REMIT

Creditor's Name

29476 NETWORK PLACE

Street

CHICAGO          IL          60673-1294

City                State          ZIP Code

Country

1/12/2023          $          7,648.30

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3575** PPC FLEXIBLE -REMIT

Creditor's Name

29476 NETWORK PLACE

Street

CHICAGO          IL          60673-1294

City                State          ZIP Code

Country

1/12/2023          $          8,415.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.3576** PPD DEVELOPMENT

Creditor's Name

26361 NETWORK PLACE

Street

CHICAGO          IL          60673-1263

City                State          ZIP Code

Country

1/6/2023          $          449.55

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3577 | PPD DEVELOPMENT | 1/6/2023 | $ | 776.25 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

26361 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60673-1263

City    State    ZIP Code

Country

| 3.3578 | PPD DEVELOPMENT | 1/6/2023 | $ | 836.89 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

26361 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60673-1263

City    State    ZIP Code

Country

| 3.3579 | PPD DEVELOPMENT | 1/6/2023 | $ | 1,277.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

26361 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60673-1263

City    State    ZIP Code

Country

| 3.3580 | PPD DEVELOPMENT | 1/6/2023 | $ | 2,607.73 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

26361 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60673-1263

City    State    ZIP Code

Country

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 897

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3581 | PPD DEVELOPMENT | 1/6/2023 | $ | 8,332.50 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 26361 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO        IL        60673-1263 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.3582 | PPD DEVELOPMENT | 1/6/2023 | $ | 8,332.50 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 26361 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO        IL        60673-1263 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.3583 | PPD DEVELOPMENT | 1/6/2023 | $ | 9,945.00 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 26361 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO        IL        60673-1263 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.3584 | PPD DEVELOPMENT | 1/6/2023 | $ | 10,589.11 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 26361 NETWORK PLACE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO        IL        60673-1263 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3585 | PPD DEVELOPMENT | 1/12/2023 | $ | 2,620.14 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 26361 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60673-1263 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.3586 | PPD DEVELOPMENT | 1/12/2023 | $ | 3,394.57 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 26361 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60673-1263 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.3587 | PPD DEVELOPMENT | 1/12/2023 | $ | 16,505.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 26361 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60673-1263 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.3588 | PPD DEVELOPMENT | 1/12/2023 | $ | 27,650.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 26361 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60673-1263 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3589 | PPD DEVELOPMENT | 1/19/2023 | $ 2,375.24 | |
|---|---|---|---|---|

Creditor's Name

26361 NETWORK PLACE

Street

CHICAGO          IL          60673-1263

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.3590 | PPD DEVELOPMENT | 1/19/2023 | $ 15,405.94 | |
|---|---|---|---|---|

Creditor's Name

26361 NETWORK PLACE

Street

CHICAGO          IL          60673-1263

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.3591 | PPD DEVELOPMENT | 2/13/2023 | $ (7,780.00) | |
|---|---|---|---|---|

Creditor's Name

26361 NETWORK PLACE

Street

CHICAGO          IL          60673-1263

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.3592 | PPD DEVELOPMENT | 2/13/2023 | $ 30.82 | |
|---|---|---|---|---|

Creditor's Name

26361 NETWORK PLACE

Street

CHICAGO          IL          60673-1263

City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| 3.3593 | PPD DEVELOPMENT | 2/13/2023 | $ | 2,138.30 | ☐ Secured debt |
|--------|------------------|-----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

26361 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

CHICAGO          IL          60673-1263

☐ Other

City          State          ZIP Code

Country

| 3.3594 | PPD DEVELOPMENT | 2/13/2023 | $ | 8,332.50 | ☐ Secured debt |
|--------|------------------|-----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

26361 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

CHICAGO          IL          60673-1263

☐ Other

City          State          ZIP Code

Country

| 3.3595 | PPD DEVELOPMENT | 2/13/2023 | $ | 10,275.00 | ☐ Secured debt |
|--------|------------------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

26361 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

CHICAGO          IL          60673-1263

☐ Other

City          State          ZIP Code

Country

| 3.3596 | PPD DEVELOPMENT | 2/13/2023 | $ | 20,215.00 | ☐ Secured debt |
|--------|------------------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

26361 NETWORK PLACE

☒ Suppliers or vendors

Street

☐ Services

CHICAGO          IL          60673-1263

☐ Other

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3597 | PPD DEVELOPMENT | 2/13/2023 | $ 28,038.91 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 26361 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60673-1263 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3598 | PREMIER GROUP | 1/12/2023 | $ 16,389.81 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1119 CAMPUS DRIVE WEST | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | MORGANVILLE        NJ        07751 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3599 | PREMIER HEALTHCARE SOLUTIONS | 12/8/2022 | $ 8,333.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 5882 COLLECTIONS CENTER DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60693 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3600 | PREMIER PURCHASING PARTNERS LP | 1/12/2023 | $ (2.08) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 847650 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LOS ANGELES        CA        90084-7650 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3601 | PREMIER PURCHASING PARTNERS LP | 1/12/2023 | $ | 16,666.67 |
|---|---|---|---|---|

Creditor's Name

PO BOX 847650

Street

LOS ANGELES    CA    90084-7650
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.3602 | PREMIER PURCHASING PARTNERS LP | 1/12/2023 | $ | 17,091.19 |
|---|---|---|---|---|

Creditor's Name

PO BOX 847650

Street

LOS ANGELES    CA    90084-7650
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.3603 | PREMIER PURCHASING PARTNERS LP | 1/12/2023 | $ | 21,365.03 |
|---|---|---|---|---|

Creditor's Name

PO BOX 847650

Street

LOS ANGELES    CA    90084-7650
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.3604 | PREMIER PURCHASING PARTNERS LP | 1/12/2023 | $ | 22,629.37 |
|---|---|---|---|---|

Creditor's Name

PO BOX 847650

Street

LOS ANGELES    CA    90084-7650
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.3605** PREMIER PURCHASING PARTNERS LP
Creditor's Name

1/12/2023    $    30,826.69

PO BOX 847650
Street

LOS ANGELES    CA    90084-7650
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.3606** PREMIER PURCHASING PARTNERS LP
Creditor's Name

1/12/2023    $    31,915.82

PO BOX 847650
Street

LOS ANGELES    CA    90084-7650
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.3607** PREMIER PURCHASING PARTNERS LP
Creditor's Name

1/12/2023    $    37,071.12

PO BOX 847650
Street

LOS ANGELES    CA    90084-7650
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.3608** PRIDE CHEMICAL (ALCOHOL) -REMIT
Creditor's Name

11/29/2022    $    8,496.68

PO BOX 36207
Street

NEWARK    NJ    07188-6207
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3609 | PRIDE CHEMICAL (ALCOHOL) -REMIT | 11/29/2022 | $ | 27,403.03 | ☐ | Secured debt |
|--------|----------------------------------|------------|---|-----------|---|--------------|

Creditor's Name

PO BOX 36207

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NEWARK          NJ          07188-6207
City          State          ZIP Code

Country

| 3.3610 | PRIDE CHEMICAL (ALCOHOL) -REMIT | 11/29/2022 | $ | 28,133.28 |

Creditor's Name

PO BOX 36207

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NEWARK          NJ          07188-6207
City          State          ZIP Code

Country

| 3.3611 | PRIDE CHEMICAL (ALCOHOL) -REMIT | 11/29/2022 | $ | 28,320.78 |

Creditor's Name

PO BOX 36207

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NEWARK          NJ          07188-6207
City          State          ZIP Code

Country

| 3.3612 | PRIDE CHEMICAL (ALCOHOL) -REMIT | 12/8/2022 | $ | 33,727.01 |

Creditor's Name

PO BOX 36207

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NEWARK          NJ          07188-6207
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3613 | PRIDE CHEMICAL (ALCOHOL) -REMIT | 1/6/2023 | $ | 28,611.25 |

Creditor's Name

PO BOX 36207

Street

NEWARK    NJ    07188-6207
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | | |
|---|---|---|---|---|
| 3.3614 | PRIDE CHEMICAL (ALCOHOL) -REMIT | 1/6/2023 | $ | 33,727.01 |

Creditor's Name

PO BOX 36207

Street

NEWARK    NJ    07188-6207
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | | |
|---|---|---|---|---|
| 3.3615 | PRIDE CHEMICAL (ALCOHOL) -REMIT | 1/20/2023 | $ | 27,416.37 |

Creditor's Name

PO BOX 36207

Street

NEWARK    NJ    07188-6207
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | | |
|---|---|---|---|---|
| 3.3616 | PRIDE CHEMICAL (ALCOHOL) -REMIT | 2/13/2023 | $ | 8,496.68 |

Creditor's Name

PO BOX 36207

Street

NEWARK    NJ    07188-6207
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.3617** PRIDE CHEMICAL (ALCOHOL) -REMIT    2/13/2023    $    27,092.28
Creditor's Name

PO BOX 36207
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NEWARK            NJ        07188-6207
City              State     ZIP Code

Country

**3.3618** PRIDE CHEMICAL (ALCOHOL) -REMIT    2/13/2023    $    27,223.53
Creditor's Name

PO BOX 36207
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NEWARK            NJ        07188-6207
City              State     ZIP Code

Country

**3.3619** PRIDE CHEMICAL (ALCOHOL) -REMIT    2/13/2023    $    33,727.01
Creditor's Name

PO BOX 36207
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NEWARK            NJ        07188-6207
City              State     ZIP Code

Country

**3.3620** PRIMERA ANALYTICAL SOLUTIONS CORP    11/29/2022    $    5,819.00
Creditor's Name

259 WALL STREET
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PRINCETON         NJ        08540
City              State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3621 | PRIMERA ANALYTICAL SOLUTIONS CORP | 12/8/2022 | $ | 46,850.00 |
|--------|-----------------------------------|-----------|---|-----------|

Creditor's Name

259 WALL STREET

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PRINCETON        NJ        08540

City        State        ZIP Code

Country

| 3.3622 | PRIMERA ANALYTICAL SOLUTIONS CORP | 1/19/2023 | $ | 3,575.00 |
|--------|-----------------------------------|-----------|---|----------|

Creditor's Name

259 WALL STREET

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PRINCETON        NJ        08540

City        State        ZIP Code

Country

| 3.3623 | PRIMERA ANALYTICAL SOLUTIONS CORP | 1/19/2023 | $ | 21,300.00 |
|--------|-----------------------------------|-----------|---|-----------|

Creditor's Name

259 WALL STREET

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PRINCETON        NJ        08540

City        State        ZIP Code

Country

| 3.3624 | PRIMERA ANALYTICAL SOLUTIONS CORP | 1/31/2023 | $ | 9,100.00 |
|--------|-----------------------------------|-----------|---|----------|

Creditor's Name

259 WALL STREET

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PRINCETON        NJ        08540

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3625 | PRIMERA ANALYTICAL SOLUTIONS CORP | 2/8/2023 | $ 3,375.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 259 WALL STREET | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PRINCETON    NJ    08540 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3626 | PROPHARMA GROUP LLC | 12/22/2022 | $ 945.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 800 HILLGROVE AVE SUITE 201 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WESTERN SPRINGS IL    60558 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3627 | PROPHARMA GROUP LLC | 12/22/2022 | $ 25,728.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 800 HILLGROVE AVE SUITE 201 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WESTERN SPRINGS IL    60558 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3628 | PROPHARMA GROUP LLC | 1/12/2023 | $ 10,531.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 800 HILLGROVE AVE SUITE 201 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WESTERN SPRINGS IL    60558 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3629 | PROPHARMA GROUP LLC | 2/13/2023 | $ 21,376.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 800 HILLGROVE AVE SUITE 201 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | WESTERN SPRINGS IL    60558 | | | |
| | City        State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3630 | PROVIDENT LIFE AND ACCIDENT INS CO | 12/29/2022 | $ 9,758.84 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | RETAIL LOCKBOX DEPARTMENT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 740592 | | | ☐ Other |
| | ATLANTA      GA      30374-0592 | | | |
| | City        State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3631 | PROVIDENT LIFE AND ACCIDENT INS CO | 1/31/2023 | $ 8,535.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | RETAIL LOCKBOX DEPARTMENT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 740592 | | | ☐ Other |
| | ATLANTA      GA      30374-0592 | | | |
| | City        State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3632 | PROVIDENT LIFE AND ACCIDENT INS CO | 2/13/2023 | $ 9,105.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | RETAIL LOCKBOX DEPARTMENT | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 740592 | | | ☐ Other |
| | ATLANTA      GA      30374-0592 | | | |
| | City        State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3633 | PSE&G CO - FOR SOMERSET | 12/8/2022 | $ 34,542.02 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW BRUNSWICK   NJ   08906-4444 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| 3.3634 | PSE&G CO - FOR SOMERSET | 12/22/2022 | $ 79.41 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW BRUNSWICK   NJ   08906-4444 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| 3.3635 | PSE&G CO - FOR SOMERSET | 12/22/2022 | $ 131.99 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW BRUNSWICK   NJ   08906-4444 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| 3.3636 | PSE&G CO - FOR SOMERSET | 12/22/2022 | $ 175.22 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW BRUNSWICK   NJ   08906-4444 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.3637 | PSE&G CO - FOR SOMERSET | 12/22/2022 | $ | 235.39 | ☐ | Secured debt |
|--------|-------------------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 14444

☑ Suppliers or vendors

Street

☐ Services

☐ Other

NEW BRUNSWICK    NJ    08906-4444
City            State    ZIP Code

Country

| 3.3638 | PSE&G CO - FOR SOMERSET | 12/22/2022 | $ | 295.17 | ☐ | Secured debt |
|--------|-------------------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 14444

☑ Suppliers or vendors

Street

☐ Services

☐ Other

NEW BRUNSWICK    NJ    08906-4444
City            State    ZIP Code

Country

| 3.3639 | PSE&G CO - FOR SOMERSET | 12/22/2022 | $ | 490.30 | ☐ | Secured debt |
|--------|-------------------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 14444

☑ Suppliers or vendors

Street

☐ Services

☐ Other

NEW BRUNSWICK    NJ    08906-4444
City            State    ZIP Code

Country

| 3.3640 | PSE&G CO - FOR SOMERSET | 12/22/2022 | $ | 795.04 | ☐ | Secured debt |
|--------|-------------------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 14444

☑ Suppliers or vendors

Street

☐ Services

☐ Other

NEW BRUNSWICK    NJ    08906-4444
City            State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3641 | PSE&G CO - FOR SOMERSET | 12/22/2022 | $ 11,639.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW BRUNSWICK    NJ    08906-4444 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.3642 | PSE&G CO - FOR SOMERSET | 12/22/2022 | $ 22,608.78 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW BRUNSWICK    NJ    08906-4444 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.3643 | PSE&G CO - FOR SOMERSET | 1/12/2023 | $ 33,650.36 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW BRUNSWICK    NJ    08906-4444 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.3644 | PSE&G CO - FOR SOMERSET | 1/26/2023 | $ 141.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW BRUNSWICK    NJ    08906-4444 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.3645 | PSE&G CO - FOR SOMERSET | 1/26/2023 | $ 175.53 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW BRUNSWICK    NJ    08906-4444 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.3646 | PSE&G CO - FOR SOMERSET | 1/26/2023 | $ 220.95 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW BRUNSWICK    NJ    08906-4444 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.3647 | PSE&G CO - FOR SOMERSET | 1/26/2023 | $ 375.69 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW BRUNSWICK    NJ    08906-4444 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.3648 | PSE&G CO - FOR SOMERSET | 1/26/2023 | $ 393.42 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW BRUNSWICK    NJ    08906-4444 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                              Case number *(if known)*:   23-10255

Name

| 3.3649 | PSE&G CO - FOR SOMERSET | 1/26/2023 | $ | 707.73 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW BRUNSWICK  NJ  08906-4444 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| 3.3650 | PSE&G CO - FOR SOMERSET | 1/26/2023 | $ | 883.75 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW BRUNSWICK  NJ  08906-4444 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| 3.3651 | PSE&G CO - FOR SOMERSET | 1/26/2023 | $ | 5,378.73 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW BRUNSWICK  NJ  08906-4444 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

| 3.3652 | PSE&G CO - FOR SOMERSET | 1/26/2023 | $ | 11,527.41 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 14444 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW BRUNSWICK  NJ  08906-4444 | | | | |
| | City  State  ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 3.3653 | PSE&G CO - FOR SOMERSET | 2/8/2023 | $ 34,906.33 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 14444
Street

NEW BRUNSWICK    NJ    08906-4444
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3654 | PSEG LONG ISLAND | 11/29/2022 | $ 944.23 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 9039
Street

HICKSVILLE    NY    11802-9039
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3655 | PSEG LONG ISLAND | 11/29/2022 | $ 1,132.51 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 9039
Street

HICKSVILLE    NY    11802-9039
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3656 | PSEG LONG ISLAND | 11/29/2022 | $ 1,407.36 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 9039
Street

HICKSVILLE    NY    11802-9039
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3657 | PSEG LONG ISLAND | 11/29/2022 | $ | 3,085.73 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | | | ☑ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | HICKSVILLE    NY    11802-9039 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3658 | PSEG LONG ISLAND | 11/29/2022 | $ | 3,170.08 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | | | ☑ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | HICKSVILLE    NY    11802-9039 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3659 | PSEG LONG ISLAND | 11/29/2022 | $ | 3,486.81 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | | | ☑ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | HICKSVILLE    NY    11802-9039 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3660 | PSEG LONG ISLAND | 11/29/2022 | $ | 3,874.44 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | | | ☑ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | HICKSVILLE    NY    11802-9039 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3661 | PSEG LONG ISLAND<br>Creditor's Name | 11/29/2022 | $ 7,030.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | PO BOX 9039<br>Street | | | |
| | HICKSVILLE          NY          11802-9039<br>City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3662 | PSEG LONG ISLAND<br>Creditor's Name | 11/29/2022 | $ 16,817.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | PO BOX 9039<br>Street | | | |
| | HICKSVILLE          NY          11802-9039<br>City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3663 | PSEG LONG ISLAND<br>Creditor's Name | 12/8/2022 | $ 636.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | PO BOX 9039<br>Street | | | |
| | HICKSVILLE          NY          11802-9039<br>City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3664 | PSEG LONG ISLAND<br>Creditor's Name | 12/8/2022 | $ 1,908.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | PO BOX 9039<br>Street | | | |
| | HICKSVILLE          NY          11802-9039<br>City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.3665** PSEG LONG ISLAND

Creditor's Name

12/22/2022    $    1,470.59

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 9039

Street

HICKSVILLE          NY          11802-9039

City          State          ZIP Code

Country

**3.3666** PSEG LONG ISLAND

Creditor's Name

12/29/2022    $    1,311.99

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 9039

Street

HICKSVILLE          NY          11802-9039

City          State          ZIP Code

Country

**3.3667** PSEG LONG ISLAND

Creditor's Name

12/29/2022    $    2,866.77

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 9039

Street

HICKSVILLE          NY          11802-9039

City          State          ZIP Code

Country

**3.3668** PSEG LONG ISLAND

Creditor's Name

12/29/2022    $    2,890.35

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 9039

Street

HICKSVILLE          NY          11802-9039

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3669 | PSEG LONG ISLAND | 12/29/2022 | $ 3,347.55 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HICKSVILLE   NY   11802-9039 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3670 | PSEG LONG ISLAND | 12/29/2022 | $ 6,441.82 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HICKSVILLE   NY   11802-9039 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3671 | PSEG LONG ISLAND | 12/29/2022 | $ 14,350.02 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HICKSVILLE   NY   11802-9039 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3672 | PSEG LONG ISLAND | 1/12/2023 | $ 793.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HICKSVILLE   NY   11802-9039 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

| 3.3673 | PSEG LONG ISLAND | 1/19/2023 | $ | 4,401.03 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | HICKSVILLE        NY        11802-9039 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.3674 | PSEG LONG ISLAND | 1/26/2023 | $ | 1,153.59 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | HICKSVILLE        NY        11802-9039 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.3675 | PSEG LONG ISLAND | 1/26/2023 | $ | 1,735.27 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | HICKSVILLE        NY        11802-9039 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.3676 | PSEG LONG ISLAND | 1/26/2023 | $ | 5,696.66 | | ☐ Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | | | ☒ Suppliers or vendors |
| | Street | | | | | ☐ Services |
| | | | | | | ☐ Other |
| | HICKSVILLE        NY        11802-9039 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.3677 | PSEG LONG ISLAND | 1/31/2023 | $ | 1,528.93 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 9039 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | HICKSVILLE    NY    11802-9039 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3678 | PSEG LONG ISLAND | 1/31/2023 | $ | 2,587.14 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 9039 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | HICKSVILLE    NY    11802-9039 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3679 | PSEG LONG ISLAND | 1/31/2023 | $ | 2,849.43 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 9039 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | HICKSVILLE    NY    11802-9039 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3680 | PSEG LONG ISLAND | 1/31/2023 | $ | 3,153.43 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 9039 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | HICKSVILLE    NY    11802-9039 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| 3.3681 | PSEG LONG ISLAND | 1/31/2023 | $ | 6,469.01 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 9039 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | HICKSVILLE    NY    11802-9039 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3682 | PSEG LONG ISLAND | 1/31/2023 | $ | 11,975.89 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 9039 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | HICKSVILLE    NY    11802-9039 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3683 | PSEG LONG ISLAND | 2/8/2023 | $ | 1,515.32 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 9039 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | HICKSVILLE    NY    11802-9039 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.3684 | PSEG LONG ISLAND | 2/8/2023 | $ | 1,625.11 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 9039 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | HICKSVILLE    NY    11802-9039 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3685 | PSEG LONG ISLAND | 2/8/2023 | $ 1,984.73 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HICKSVILLE    NY    11802-9039 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3686 | PSEG LONG ISLAND | 2/8/2023 | $ 2,168.88 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 9039 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HICKSVILLE    NY    11802-9039 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3687 | QUALANEX LLC | 1/12/2023 | $ 23,444.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | MAIL CODE 5-CO | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | ONE WEST FOURTH ST SUITE 500 | | | ☐ Other |
| | WINSTON-SALEM    NC    27101 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3688 | QUALANEX LLC | 1/12/2023 | $ 26,051.39 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | MAIL CODE 5-CO | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | ONE WEST FOURTH ST SUITE 500 | | | ☐ Other |
| | WINSTON-SALEM    NC    27101 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3689 | QUALANEX LLC | 1/12/2023 | $ 36,250.63 | ☐ Secured debt |
|--------|--------------|-----------|-------------|----------------|

Creditor's Name

☐ Unsecured loan repayments

MAIL CODE 5-CO

☒ Suppliers or vendors

Street

☐ Services

ONE WEST FOURTH ST SUITE 500

☐ Other

WINSTON-SALEM    NC    27101
City    State    ZIP Code

Country

| 3.3690 | QUALANEX LLC | 1/12/2023 | $ 40,484.36 | ☐ Secured debt |
|--------|--------------|-----------|-------------|----------------|

Creditor's Name

☐ Unsecured loan repayments

MAIL CODE 5-CO

☒ Suppliers or vendors

Street

☐ Services

ONE WEST FOURTH ST SUITE 500

☐ Other

WINSTON-SALEM    NC    27101
City    State    ZIP Code

Country

| 3.3691 | QUALANEX LLC | 1/12/2023 | $ 43,109.81 | ☐ Secured debt |
|--------|--------------|-----------|-------------|----------------|

Creditor's Name

☐ Unsecured loan repayments

MAIL CODE 5-CO

☒ Suppliers or vendors

Street

☐ Services

ONE WEST FOURTH ST SUITE 500

☐ Other

WINSTON-SALEM    NC    27101
City    State    ZIP Code

Country

| 3.3692 | QUALANEX LLC | 1/12/2023 | $ 88,504.78 | ☐ Secured debt |
|--------|--------------|-----------|-------------|----------------|

Creditor's Name

☐ Unsecured loan repayments

MAIL CODE 5-CO

☒ Suppliers or vendors

Street

☐ Services

ONE WEST FOURTH ST SUITE 500

☐ Other

WINSTON-SALEM    NC    27101
City    State    ZIP Code

Country

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 925

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.3693** QUALIFYZE GMBH
Creditor's Name

11/29/2022    $    168.51

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Taunusanlage 8
Street

Frankfurt am Main          60329
City            State        ZIP Code

Germany
Country

---

**3.3694** QUALIFYZE GMBH
Creditor's Name

11/29/2022    $    2,000.58

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Taunusanlage 8
Street

Frankfurt am Main          60329
City            State        ZIP Code

Germany
Country

---

**3.3695** QUALIFYZE GMBH
Creditor's Name

1/12/2023    $    246.35

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Taunusanlage 8
Street

Frankfurt am Main          60329
City            State        ZIP Code

Germany
Country

---

**3.3696** QUALIFYZE GMBH
Creditor's Name

1/12/2023    $    358.93

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Taunusanlage 8
Street

Frankfurt am Main          60329
City            State        ZIP Code

Germany
Country

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3697 | QUALIFYZE GMBH | 1/12/2023 | $ 1,942.08 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | Taunusanlage 8 | | | ☐ Services |
| | Street | | | ☐ Other |
| | Frankfurt am Main   60329 | | | |
| | City   State   ZIP Code | | | |
| | Germany | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3698 | QUALIFYZE GMBH | 1/12/2023 | $ 3,470.82 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | Taunusanlage 8 | | | ☐ Services |
| | Street | | | ☐ Other |
| | Frankfurt am Main   60329 | | | |
| | City   State   ZIP Code | | | |
| | Germany | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3699 | QUALIFYZE GMBH | 1/25/2023 | $ 122.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | Taunusanlage 8 | | | ☐ Services |
| | Street | | | ☐ Other |
| | Frankfurt am Main   60329 | | | |
| | City   State   ZIP Code | | | |
| | Germany | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3700 | QUALIFYZE GMBH | 1/25/2023 | $ 2,818.85 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | Taunusanlage 8 | | | ☐ Services |
| | Street | | | ☐ Other |
| | Frankfurt am Main   60329 | | | |
| | City   State   ZIP Code | | | |
| | Germany | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.3701** QUALIFYZE GMBH
Creditor's Name

2/1/2023          $              244.37

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Taunusanlage 8
Street

Frankfurt am Main          60329
City          State          ZIP Code

Germany
Country

**3.3702** QUALIFYZE GMBH
Creditor's Name

2/1/2023          $            4,144.54

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Taunusanlage 8
Street

Frankfurt am Main          60329
City          State          ZIP Code

Germany
Country

**3.3703** QUANTIC GROUP LTD
Creditor's Name

11/29/2022          $          22,525.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

5N REGENT STREET SUITE 502
Street

LIVINGSTON          NJ          07039
City          State          ZIP Code

Country

**3.3704** QUANTIC GROUP LTD
Creditor's Name

12/8/2022          $            2,385.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

5N REGENT STREET SUITE 502
Street

LIVINGSTON          NJ          07039
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3705 | QUANTIC GROUP LTD | 12/8/2022 | $ 4,240.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 5N REGENT STREET SUITE 502 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LIVINGSTON   NJ   07039 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| 3.3706 | QUANTIC GROUP LTD | 1/12/2023 | $ 1,325.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 5N REGENT STREET SUITE 502 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LIVINGSTON   NJ   07039 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| 3.3707 | QUANTIC GROUP LTD | 1/12/2023 | $ 6,625.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 5N REGENT STREET SUITE 502 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LIVINGSTON   NJ   07039 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| 3.3708 | QUANTIC GROUP LTD | 1/12/2023 | $ 20,249.10 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 5N REGENT STREET SUITE 502 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LIVINGSTON   NJ   07039 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| 3.3709 | QUANTIC GROUP LTD | 1/31/2023 | $ 1,457.50 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

5N REGENT STREET SUITE 502

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LIVINGSTON     NJ     07039

City     State     ZIP Code

Country

| 3.3710 | QUANTIC GROUP LTD | 1/31/2023 | $ 54,119.89 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

5N REGENT STREET SUITE 502

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LIVINGSTON     NJ     07039

City     State     ZIP Code

Country

| 3.3711 | QUINCY COMPRESSOR -REMIT | 1/31/2023 | $ 1,007.50 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 3427 LOCKBOX 893427

☒ Suppliers or vendors

Street

☐ Services

PO BOX 123427

☐ Other

DALLAS     TX     75312-3427

City     State     ZIP Code

Country

| 3.3712 | QUINCY COMPRESSOR -REMIT | 1/31/2023 | $ 1,117.38 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

DEPT 3427 LOCKBOX 893427

☒ Suppliers or vendors

Street

☐ Services

PO BOX 123427

☐ Other

DALLAS     TX     75312-3427

City     State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.3713 | QUINCY COMPRESSOR -REMIT | 1/31/2023 | $ | 3,258.75 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT 3427 LOCKBOX 893427 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 123427 | | | | ☐ Other |
| | DALLAS          TX          75312-3427 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.3714 | QUINCY COMPRESSOR -REMIT | 1/31/2023 | $ | 5,461.45 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT 3427 LOCKBOX 893427 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 123427 | | | | ☐ Other |
| | DALLAS          TX          75312-3427 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.3715 | QUINCY COMPRESSOR -REMIT | 1/31/2023 | $ | 5,749.52 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT 3427 LOCKBOX 893427 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 123427 | | | | ☐ Other |
| | DALLAS          TX          75312-3427 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.3716 | QUINCY COMPRESSOR -REMIT | 2/13/2023 | $ | 1,374.11 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT 3427 LOCKBOX 893427 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 123427 | | | | ☐ Other |
| | DALLAS          TX          75312-3427 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3717 | RANDSTAD | 11/29/2022 | $ | 13,290.29 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2084

☒ Suppliers or vendors

Street

☐ Services

CAROL STREAM    IL    60132-2084

☐ Other

City    State    ZIP Code

Country

| 3.3718 | RANDSTAD | 11/29/2022 | $ | 13,894.19 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2084

☒ Suppliers or vendors

Street

☐ Services

CAROL STREAM    IL    60132-2084

☐ Other

City    State    ZIP Code

Country

| 3.3719 | RANDSTAD | 12/15/2022 | $ | 12,264.65 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2084

☒ Suppliers or vendors

Street

☐ Services

CAROL STREAM    IL    60132-2084

☐ Other

City    State    ZIP Code

Country

| 3.3720 | RANDSTAD | 12/15/2022 | $ | 15,750.64 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 2084

☒ Suppliers or vendors

Street

☐ Services

CAROL STREAM    IL    60132-2084

☐ Other

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| 3.3721 | RANDSTAD | 12/22/2022 | $ | 10,992.30 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2084 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2084 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3722 | RANDSTAD | 12/22/2022 | $ | 13,214.52 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2084 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2084 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3723 | RANDSTAD | 12/29/2022 | $ | 1,056.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2084 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2084 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3724 | RANDSTAD | 1/26/2023 | $ | 8,405.23 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2084 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2084 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3725 | RANDSTAD | 1/26/2023 | $ 11,754.99 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 2084 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2084 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3726 | RANDSTAD | 1/26/2023 | $ 11,816.77 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 2084 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2084 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3727 | RANDSTAD | 1/26/2023 | $ 12,058.07 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 2084 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2084 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3728 | RANDSTAD | 1/31/2023 | $ 7,116.91 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 2084 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2084 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3729 | RANDSTAD | 1/31/2023 | $ | 7,224.62 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2084 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2084 | | | | |
| | City           State           ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3730 | RANDSTAD | 1/31/2023 | $ | 9,984.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 2084 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CAROL STREAM        IL        60132-2084 | | | | |
| | City           State           ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3731 | RATTPACK & CO OG | 1/27/2023 | $ | 264.77 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | WELLOCH 1 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DORNBIRN                6850 | | | | |
| | City           State           ZIP Code | | | | |
| | AUSTRIA | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3732 | RATTPACK & CO OG | 1/27/2023 | $ | 3,614.97 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | WELLOCH 1 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DORNBIRN                6850 | | | | |
| | City           State           ZIP Code | | | | |
| | AUSTRIA | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3733 | RATTPACK & CO OG | 1/27/2023 | $ 4,887.55 | ☑ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | WELLOCH 1 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |

DORNBIRN          6850
City          State          ZIP Code
AUSTRIA
Country

| 3.3734 | RATTPACK & CO OG | 1/27/2023 | $ 66,729.96 |
|---|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Creditor's Name
WELLOCH 1
Street

DORNBIRN          6850
City          State          ZIP Code
AUSTRIA
Country

| 3.3735 | REED-LANE INC | 12/8/2022 | $ 50,915.16 |
|---|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Creditor's Name
359 NEWARK POMPTON TURNPIKE
Street

WAYNE          NJ          07470
City          State          ZIP Code
Country

| 3.3736 | REED-LANE INC | 1/12/2023 | $ 1,250.00 |
|---|---|---|---|

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Creditor's Name
359 NEWARK POMPTON TURNPIKE
Street

WAYNE          NJ          07470
City          State          ZIP Code
Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.3737** REED-LANE INC

Creditor's Name

1/23/2023    $    1,250.00

359 NEWARK POMPTON TURNPIKE

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

WAYNE          NJ          07470

City          State          ZIP Code

Country

**3.3738** REED-LANE INC

Creditor's Name

1/23/2023    $    5,000.00

359 NEWARK POMPTON TURNPIKE

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

WAYNE          NJ          07470

City          State          ZIP Code

Country

**3.3739** REED-LANE INC

Creditor's Name

2/13/2023    $    1,250.00

359 NEWARK POMPTON TURNPIKE

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

WAYNE          NJ          07470

City          State          ZIP Code

Country

**3.3740** RELIANCE STANDARD LIFE INSURANCE CO

Creditor's Name

11/29/2022    $    58,415.85

PO BOX 3124

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

SOUTHEASTERN          PA          19398-3124

City          State          ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 937

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

3.3741  RELIANCE STANDARD LIFE INSURANCE CO          1/6/2023          $          10,353.47
Creditor's Name

PO BOX 3124
Street

SOUTHEASTERN          PA          19398-3124
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3742  RELIANCE STANDARD LIFE INSURANCE CO          1/6/2023          $          10,376.43
Creditor's Name

PO BOX 3124
Street

SOUTHEASTERN          PA          19398-3124
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3743  RELIANCE STANDARD LIFE INSURANCE CO          1/6/2023          $          10,425.30
Creditor's Name

PO BOX 3124
Street

SOUTHEASTERN          PA          19398-3124
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3744  RELIANCE STANDARD LIFE INSURANCE CO          1/12/2023          $          10,326.04
Creditor's Name

PO BOX 3124
Street

SOUTHEASTERN          PA          19398-3124
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3745 | RELIANCE STANDARD LIFE INSURANCE CO | 1/12/2023 | $ 52,192.44 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 3124 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOUTHEASTERN    PA    19398-3124 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3746 | RELIANCE STANDARD LIFE INSURANCE CO | 1/12/2023 | $ 54,011.28 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 3124 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOUTHEASTERN    PA    19398-3124 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3747 | RELIANCE STANDARD LIFE INSURANCE CO | 1/12/2023 | $ 54,728.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 3124 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOUTHEASTERN    PA    19398-3124 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3748 | RICKY SIMMS CLEANING SERVICE LLC | 11/29/2022 | $ 4,784.85 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 45 EARDLEY ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | EDISON    NJ    08817 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3749 | RICKY SIMMS CLEANING SERVICE LLC | 12/8/2022 | $ 7,618.78 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 45 EARDLEY ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | EDISON          NJ          08817 | | | |
| | City             State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3750 | RICKY SIMMS CLEANING SERVICE LLC | 1/6/2023 | $ 4,188.23 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 45 EARDLEY ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | EDISON          NJ          08817 | | | |
| | City             State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3751 | RICKY SIMMS CLEANING SERVICE LLC | 2/13/2023 | $ (10,497.23) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 45 EARDLEY ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | EDISON          NJ          08817 | | | |
| | City             State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3752 | RICKY SIMMS CLEANING SERVICE LLC | 2/13/2023 | $ 373.19 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 45 EARDLEY ROAD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | EDISON          NJ          08817 | | | |
| | City             State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                              Case number (if known):    23-10255

Name

3.3753  RICKY SIMMS CLEANING SERVICE LLC        2/13/2023        $        719.72        ☐  Secured debt
Creditor's Name                                                                      ☐  Unsecured loan repayments

45 EARDLEY ROAD                                                                      ☒  Suppliers or vendors
Street                                                                               ☐  Services

                                                                                     ☐  Other

EDISON              NJ        08817
City                State     ZIP Code

Country

3.3754  RICKY SIMMS CLEANING SERVICE LLC        2/13/2023        $      6,309.00       ☐  Secured debt
Creditor's Name                                                                      ☐  Unsecured loan repayments

45 EARDLEY ROAD                                                                      ☒  Suppliers or vendors
Street                                                                               ☐  Services

                                                                                     ☐  Other

EDISON              NJ        08817
City                State     ZIP Code

Country

3.3755  RICKY SIMMS CLEANING SERVICE LLC        2/13/2023        $     10,497.23       ☐  Secured debt
Creditor's Name                                                                      ☐  Unsecured loan repayments

45 EARDLEY ROAD                                                                      ☒  Suppliers or vendors
Street                                                                               ☐  Services

                                                                                     ☐  Other

EDISON              NJ        08817
City                State     ZIP Code

Country

3.3756  RI-MCO                                  12/22/2022       $      8,793.30       ☐  Secured debt
Creditor's Name                                                                      ☐  Unsecured loan repayments

DXC TECHNOLOGY                                                                        ☒  Suppliers or vendors
Street                                                                               ☐  Services

PO BOX 2006                                                                           ☐  Other

WARWICK             RI        02887-2006
City                State     ZIP Code

Country

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 941

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3757 | RI-MCO | 12/22/2022 | $ 16,573.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DXC TECHNOLOGY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 2006 | | | ☐ Other |
| | WARWICK    RI    02887-2006 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3758 | RITE HITE ARBON EQUIPMENT | 11/29/2022 | $ 3,693.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | C/O ARBON EQUIPMENT CORP | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 25464 NETWORK PL | | | ☐ Other |
| | CHICAGO    IL    60603 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3759 | RITE HITE ARBON EQUIPMENT | 11/29/2022 | $ 4,453.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | C/O ARBON EQUIPMENT CORP | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 25464 NETWORK PL | | | ☐ Other |
| | CHICAGO    IL    60603 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3760 | RITE HITE ARBON EQUIPMENT | 12/8/2022 | $ 164.37 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | C/O ARBON EQUIPMENT CORP | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 25464 NETWORK PL | | | ☐ Other |
| | CHICAGO    IL    60603 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3761 | RITE HITE ARBON EQUIPMENT | 12/8/2022 | $ | 3,193.58 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | C/O ARBON EQUIPMENT CORP | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 25464 NETWORK PL | | | | ☐ Other |
| | CHICAGO    IL    60603 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3762 | RITE HITE ARBON EQUIPMENT | 2/8/2023 | $ | 675.98 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | C/O ARBON EQUIPMENT CORP | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 25464 NETWORK PL | | | | ☐ Other |
| | CHICAGO    IL    60603 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3763 | RITE HITE ARBON EQUIPMENT | 2/8/2023 | $ | 2,096.46 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | C/O ARBON EQUIPMENT CORP | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 25464 NETWORK PL | | | | ☐ Other |
| | CHICAGO    IL    60603 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.3764 | RITE HITE ARBON EQUIPMENT | 2/8/2023 | $ | 4,978.53 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | C/O ARBON EQUIPMENT CORP | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | 25464 NETWORK PL | | | | ☐ Other |
| | CHICAGO    IL    60603 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

3.3765  ROADTEX TRANSPORTATION                11/29/2022    $          197.76    ☐  Secured debt
Creditor's Name                                                                  ☐  Unsecured loan repayments

13 JENSON DRIVE                                                                  ☒  Suppliers or vendors
Street                                                                           ☐  Services

                                                                                 ☐  Other

SOMERSET         NJ          08873
City             State       ZIP Code

Country

3.3766  ROADTEX TRANSPORTATION                11/29/2022    $          197.76    ☐  Secured debt
Creditor's Name                                                                  ☐  Unsecured loan repayments

13 JENSON DRIVE                                                                  ☒  Suppliers or vendors
Street                                                                           ☐  Services

                                                                                 ☐  Other

SOMERSET         NJ          08873
City             State       ZIP Code

Country

3.3767  ROADTEX TRANSPORTATION                11/29/2022    $          197.76    ☐  Secured debt
Creditor's Name                                                                  ☐  Unsecured loan repayments

13 JENSON DRIVE                                                                  ☒  Suppliers or vendors
Street                                                                           ☐  Services

                                                                                 ☐  Other

SOMERSET         NJ          08873
City             State       ZIP Code

Country

3.3768  ROADTEX TRANSPORTATION                11/29/2022    $          197.76    ☐  Secured debt
Creditor's Name                                                                  ☐  Unsecured loan repayments

13 JENSON DRIVE                                                                  ☒  Suppliers or vendors
Street                                                                           ☐  Services

                                                                                 ☐  Other

SOMERSET         NJ          08873
City             State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3769 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 197.89 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3770 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 197.89 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3771 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 197.89 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3772 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 207.08 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3773 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 212.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3774 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 212.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3775 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 212.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3776 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 212.73 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3777 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 212.73 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3778 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 225.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3779 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 227.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3780 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 239.65 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3781 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 241.49 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET        NJ        08873

City        State        ZIP Code

Country

| 3.3782 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 246.05 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET        NJ        08873

City        State        ZIP Code

Country

| 3.3783 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 246.05 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET        NJ        08873

City        State        ZIP Code

Country

| 3.3784 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 256.12 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET        NJ        08873

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3785 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 280.64 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

| 3.3786 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 280.84 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

| 3.3787 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 282.56 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

| 3.3788 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 282.56 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| 3.3789 ROADTEX TRANSPORTATION | 11/29/2022 | $ 282.76 | ☐ Secured debt |
| --- | --- | --- | --- |

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 3.3790 ROADTEX TRANSPORTATION | 11/29/2022 | $ 284.08 | ☐ Secured debt |
| --- | --- | --- | --- |

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 3.3791 ROADTEX TRANSPORTATION | 11/29/2022 | $ 286.30 | ☐ Secured debt |
| --- | --- | --- | --- |

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 3.3792 ROADTEX TRANSPORTATION | 11/29/2022 | $ 287.12 | ☐ Secured debt |
| --- | --- | --- | --- |

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.3793  ROADTEX TRANSPORTATION          11/29/2022    $          314.20    ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

13 JENSON DRIVE                                                          ☒ Suppliers or vendors
Street                                                                   ☐ Services

                                                                        ☐ Other

SOMERSET          NJ        08873
City              State     ZIP Code

Country

3.3794  ROADTEX TRANSPORTATION          11/29/2022    $          315.81    ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

13 JENSON DRIVE                                                          ☒ Suppliers or vendors
Street                                                                   ☐ Services

                                                                        ☐ Other

SOMERSET          NJ        08873
City              State     ZIP Code

Country

3.3795  ROADTEX TRANSPORTATION          11/29/2022    $          316.81    ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

13 JENSON DRIVE                                                          ☒ Suppliers or vendors
Street                                                                   ☐ Services

                                                                        ☐ Other

SOMERSET          NJ        08873
City              State     ZIP Code

Country

3.3796  ROADTEX TRANSPORTATION          11/29/2022    $          317.28    ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

13 JENSON DRIVE                                                          ☒ Suppliers or vendors
Street                                                                   ☐ Services

                                                                        ☐ Other

SOMERSET          NJ        08873
City              State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3797 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 317.60 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City    State    ZIP Code

Country

| 3.3798 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 317.60 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City    State    ZIP Code

Country

| 3.3799 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 317.82 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City    State    ZIP Code

Country

| 3.3800 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 325.34 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 3.3801 ROADTEX TRANSPORTATION | 11/29/2022 | $ 327.29 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| SOMERSET      NJ      08873 | | | |
| City      State      ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.3802 ROADTEX TRANSPORTATION | 11/29/2022 | $ 328.99 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| SOMERSET      NJ      08873 | | | |
| City      State      ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.3803 ROADTEX TRANSPORTATION | 11/29/2022 | $ 331.02 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| SOMERSET      NJ      08873 | | | |
| City      State      ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.3804 ROADTEX TRANSPORTATION | 11/29/2022 | $ 331.68 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| SOMERSET      NJ      08873 | | | |
| City      State      ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

3.3805 ROADTEX TRANSPORTATION    11/29/2022    $    340.08
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3806 ROADTEX TRANSPORTATION    11/29/2022    $    346.01
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3807 ROADTEX TRANSPORTATION    11/29/2022    $    364.64
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.3808 ROADTEX TRANSPORTATION    11/29/2022    $    364.77
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3809 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 373.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3810 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 376.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3811 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 385.24 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3812 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 397.37 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3813 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 401.35 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

SOMERSET    NJ    08873

☐ Other

City    State    ZIP Code

Country

| 3.3814 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 411.22 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

SOMERSET    NJ    08873

☐ Other

City    State    ZIP Code

Country

| 3.3815 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 416.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

SOMERSET    NJ    08873

☐ Other

City    State    ZIP Code

Country

| 3.3816 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 447.83 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

SOMERSET    NJ    08873

☐ Other

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3817 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 452.16 | ☐ | Secured debt |
|--------|------------------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☒ Suppliers or vendors

☐ Services

☐ Other

SOMERSET        NJ        08873

City        State        ZIP Code

Country

| 3.3818 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 465.83 | ☐ | Secured debt |
|--------|------------------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☒ Suppliers or vendors

☐ Services

☐ Other

SOMERSET        NJ        08873

City        State        ZIP Code

Country

| 3.3819 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 476.36 | ☐ | Secured debt |
|--------|------------------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☒ Suppliers or vendors

☐ Services

☐ Other

SOMERSET        NJ        08873

City        State        ZIP Code

Country

| 3.3820 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 485.74 | ☐ | Secured debt |
|--------|------------------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☒ Suppliers or vendors

☐ Services

☐ Other

SOMERSET        NJ        08873

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.3821  ROADTEX TRANSPORTATION
Creditor's Name

11/29/2022  $  489.61

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                    State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3822  ROADTEX TRANSPORTATION
Creditor's Name

11/29/2022  $  489.66

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                    State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3823  ROADTEX TRANSPORTATION
Creditor's Name

11/29/2022  $  501.15

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                    State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3824  ROADTEX TRANSPORTATION
Creditor's Name

11/29/2022  $  501.15

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                    State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.3825 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 501.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City       State       ZIP Code

Country

| 3.3826 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 505.02 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City       State       ZIP Code

Country

| 3.3827 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 511.90 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City       State       ZIP Code

Country

| 3.3828 | ROADTEX TRANSPORTATION | 11/29/2022 | $ | 543.45 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City       State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 3.3829 ROADTEX TRANSPORTATION | 11/29/2022 | $ 566.88 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| SOMERSET    NJ    08873 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.3830 ROADTEX TRANSPORTATION | 11/29/2022 | $ 655.24 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| SOMERSET    NJ    08873 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.3831 ROADTEX TRANSPORTATION | 11/29/2022 | $ 694.09 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| SOMERSET    NJ    08873 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.3832 ROADTEX TRANSPORTATION | 11/29/2022 | $ 746.34 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| SOMERSET    NJ    08873 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3833 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 750.79 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3834 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 757.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3835 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 849.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3836 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 894.17 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3837 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 930.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3838 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 953.95 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3839 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 988.79 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3840 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 1,323.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.3841  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State          ZIP Code

Country

11/29/2022     $          1,324.67

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3842  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State          ZIP Code

Country

11/29/2022     $          1,330.34

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3843  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State          ZIP Code

Country

11/29/2022     $          1,571.59

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3844  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State          ZIP Code

Country

11/29/2022     $          1,644.36

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3845 | ROADTEX TRANSPORTATION | 11/29/2022 | $ 2,050.24 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET        NJ        08873 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3846 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 206.65 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET        NJ        08873 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3847 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 206.94 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET        NJ        08873 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3848 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 206.94 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET        NJ        08873 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3849 | ROADTEX TRANSPORTATION | 12/8/2022 | $ | 206.94 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3850 | ROADTEX TRANSPORTATION | 12/8/2022 | $ | 212.28 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3851 | ROADTEX TRANSPORTATION | 12/8/2022 | $ | 212.28 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.3852 | ROADTEX TRANSPORTATION | 12/8/2022 | $ | 212.58 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3853 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 215.15 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3854 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 225.49 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3855 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 234.74 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3856 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 279.49 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3857 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 283.03 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3858 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 283.03 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3859 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 284.08 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.3860 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 288.77 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 3.3861 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 289.66 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET        NJ        08873
City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3862 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 294.12 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET        NJ        08873
City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3863 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 303.24 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET        NJ        08873
City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.3864 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 313.55 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET        NJ        08873
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**3.3865** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

12/8/2022        $        313.98

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.3866** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

12/8/2022        $        315.89

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.3867** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

12/8/2022        $        317.16

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.3868** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

12/8/2022        $        321.92

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 969

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| 3.3869 | ROADTEX TRANSPORTATION | 12/8/2022 | $ | 324.22 |
|--------|------------------------|-----------|---|--------|

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET         NJ          08873

City         State         ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

| 3.3870 | ROADTEX TRANSPORTATION | 12/8/2022 | $ | 336.05 |
|--------|------------------------|-----------|---|--------|

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET         NJ          08873

City         State         ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

| 3.3871 | ROADTEX TRANSPORTATION | 12/8/2022 | $ | 364.26 |
|--------|------------------------|-----------|---|--------|

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET         NJ          08873

City         State         ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

| 3.3872 | ROADTEX TRANSPORTATION | 12/8/2022 | $ | 365.39 |
|--------|------------------------|-----------|---|--------|

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET         NJ          08873

City         State         ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3873 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 407.29 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3874 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 468.96 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3875 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 474.66 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3876 | ROADTEX TRANSPORTATION | 12/8/2022 | $ 484.73 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3877 | ROADTEX TRANSPORTATION | 12/8/2022 | $ | 500.46 | |

Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

| | | | | | |
|---|---|---|---|---|---|
| 3.3878 | ROADTEX TRANSPORTATION | 12/8/2022 | $ | 517.35 | |

Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

| | | | | | |
|---|---|---|---|---|---|
| 3.3879 | ROADTEX TRANSPORTATION | 12/8/2022 | $ | 541.40 | |

Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

| | | | | | |
|---|---|---|---|---|---|
| 3.3880 | ROADTEX TRANSPORTATION | 12/8/2022 | $ | 572.20 | |

Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.3881** ROADTEX TRANSPORTATION
Creditor's Name

12/8/2022          $          806.72

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

---

**3.3882** ROADTEX TRANSPORTATION
Creditor's Name

12/8/2022          $          1,032.40

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

---

**3.3883** ROADTEX TRANSPORTATION
Creditor's Name

12/8/2022          $          1,132.82

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

---

**3.3884** ROADTEX TRANSPORTATION
Creditor's Name

12/22/2022          $          197.48

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3885 ROADTEX TRANSPORTATION | 12/22/2022 | $ | 197.48 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| SOMERSET        NJ        08873 | | | | |
| City            State     ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.3886 ROADTEX TRANSPORTATION | 12/22/2022 | $ | 197.76 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| SOMERSET        NJ        08873 | | | | |
| City            State     ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.3887 ROADTEX TRANSPORTATION | 12/22/2022 | $ | 205.51 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| SOMERSET        NJ        08873 | | | | |
| City            State     ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.3888 ROADTEX TRANSPORTATION | 12/22/2022 | $ | 205.51 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| SOMERSET        NJ        08873 | | | | |
| City            State     ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC    Case number (if known): 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.3889 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 206.94 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☒ Suppliers or vendors

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

| | | | | | |
|---|---|---|---|---|---|
| 3.3890 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 209.78 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☒ Suppliers or vendors

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

| | | | | | |
|---|---|---|---|---|---|
| 3.3891 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 209.78 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☒ Suppliers or vendors

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

| | | | | | |
|---|---|---|---|---|---|
| 3.3892 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 211.11 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☒ Suppliers or vendors

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3893 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 212.28 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City    State    ZIP Code

Country

| 3.3894 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 212.58 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City    State    ZIP Code

Country

| 3.3895 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 218.06 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City    State    ZIP Code

Country

| 3.3896 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 242.64 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3897 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 244.17 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

13 JENSON DRIVE
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

SOMERSET       NJ       08873
City             State      ZIP Code

Country

| 3.3898 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 276.39 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

13 JENSON DRIVE
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

SOMERSET       NJ       08873
City             State      ZIP Code

Country

| 3.3899 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 280.60 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

13 JENSON DRIVE
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

SOMERSET       NJ       08873
City             State      ZIP Code

Country

| 3.3900 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 280.64 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

13 JENSON DRIVE
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

SOMERSET       NJ       08873
City             State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.3901** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET     NJ     08873

City     State     ZIP Code

Country

12/22/2022     $     282.30

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.3902** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET     NJ     08873

City     State     ZIP Code

Country

12/22/2022     $     282.30

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.3903** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET     NJ     08873

City     State     ZIP Code

Country

12/22/2022     $     283.38

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.3904** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET     NJ     08873

City     State     ZIP Code

Country

12/22/2022     $     284.08

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.3905 ROADTEX TRANSPORTATION
Creditor's Name

12/22/2022    $    285.81

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

3.3906 ROADTEX TRANSPORTATION
Creditor's Name

12/22/2022    $    287.66

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

3.3907 ROADTEX TRANSPORTATION
Creditor's Name

12/22/2022    $    288.77

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

3.3908 ROADTEX TRANSPORTATION
Creditor's Name

12/22/2022    $    310.25

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.3909  ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

12/22/2022          $          311.80

☐  Secured debt
☐  Unsecured loan repayments
☒  Suppliers or vendors
☐  Services
☐  Other

3.3910  ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

12/22/2022          $          313.55

☐  Secured debt
☐  Unsecured loan repayments
☒  Suppliers or vendors
☐  Services
☐  Other

3.3911  ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

12/22/2022          $          315.37

☐  Secured debt
☐  Unsecured loan repayments
☒  Suppliers or vendors
☐  Services
☐  Other

3.3912  ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

12/22/2022          $          315.40

☐  Secured debt
☐  Unsecured loan repayments
☒  Suppliers or vendors
☐  Services
☐  Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3913 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 317.81 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3914 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 322.86 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3915 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 330.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3916 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 332.80 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 981

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.3917 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 333.92 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET          NJ          08873 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.3918 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 338.81 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET          NJ          08873 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.3919 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 341.73 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET          NJ          08873 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.3920 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 343.86 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET          NJ          08873 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

3.3921  ROADTEX TRANSPORTATION

Creditor's Name

12/22/2022        $              352.74

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City              State        ZIP Code

Country

3.3922  ROADTEX TRANSPORTATION

Creditor's Name

12/22/2022        $              355.65

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City              State        ZIP Code

Country

3.3923  ROADTEX TRANSPORTATION

Creditor's Name

12/22/2022        $              362.12

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City              State        ZIP Code

Country

3.3924  ROADTEX TRANSPORTATION

Creditor's Name

12/22/2022        $              363.93

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City              State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.3925 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 367.49 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

13 JENSON DRIVE
Street

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3926 ROADTEX TRANSPORTATION    12/22/2022    $ 375.24
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3927 ROADTEX TRANSPORTATION    12/22/2022    $ 377.35
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3928 ROADTEX TRANSPORTATION    12/22/2022    $ 407.08
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.3929 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 439.39 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

| 3.3930 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 440.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

| 3.3931 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 441.85 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

| 3.3932 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 442.46 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

3.3933  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

12/22/2022          $          465.81

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3934  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

12/22/2022          $          467.77

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3935  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

12/22/2022          $          469.62

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3936  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

12/22/2022          $          495.56

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.3937** ROADTEX TRANSPORTATION     12/22/2022     $     500.46

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET     NJ     08873

City     State     ZIP Code

Country

**3.3938** ROADTEX TRANSPORTATION     12/22/2022     $     501.15

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET     NJ     08873

City     State     ZIP Code

Country

**3.3939** ROADTEX TRANSPORTATION     12/22/2022     $     512.25

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET     NJ     08873

City     State     ZIP Code

Country

**3.3940** ROADTEX TRANSPORTATION     12/22/2022     $     539.08

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET     NJ     08873

City     State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3941 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 560.93 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3942 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 568.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3943 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 605.39 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3944 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 606.45 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3945 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 610.66 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3946 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 613.58 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3947 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 649.11 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3948 | ROADTEX TRANSPORTATION | 12/22/2022 | $ 842.42 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET   NJ   08873 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

3.3949  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State       ZIP Code

Country

12/22/2022          $          989.05

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3950  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State       ZIP Code

Country

12/22/2022          $          1,137.54

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3951  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State       ZIP Code

Country

12/22/2022          $          1,279.05

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.3952  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State       ZIP Code

Country

12/22/2022          $          1,323.76

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.3953** ROADTEX TRANSPORTATION
Creditor's Name

12/22/2022        $        1,453.70

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET        NJ        08873
City        State        ZIP Code

Country

**3.3954** ROADTEX TRANSPORTATION
Creditor's Name

12/22/2022        $        1,550.29

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET        NJ        08873
City        State        ZIP Code

Country

**3.3955** ROADTEX TRANSPORTATION
Creditor's Name

12/22/2022        $        1,614.02

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET        NJ        08873
City        State        ZIP Code

Country

**3.3956** ROADTEX TRANSPORTATION
Creditor's Name

12/22/2022        $        2,168.96

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET        NJ        08873
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.3957 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 2,245.08 | ☐ | Secured debt |
|--------|------------------------|------------|---|----------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☑ Suppliers or vendors

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

---

| 3.3958 | ROADTEX TRANSPORTATION | 12/22/2022 | $ | 2,405.62 | ☐ | Secured debt |

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☑ Suppliers or vendors

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

---

| 3.3959 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 192.68 | ☐ | Secured debt |

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☑ Suppliers or vendors

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

---

| 3.3960 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 204.21 | ☐ | Secured debt |

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☑ Suppliers or vendors

☐ Services

☐ Other

SOMERSET    NJ    08873

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.3961 ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

1/6/2023          $          207.13

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3962 ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

1/6/2023          $          207.13

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3963 ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

1/6/2023          $          207.13

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3964 ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

1/6/2023          $          209.78

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.3965 ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/6/2023

$          219.70

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3966 ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/6/2023

$          221.95

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3967 ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/6/2023

$          222.15

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.3968 ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/6/2023

$          224.19

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

---

3.3969  ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

1/6/2023        $        236.66

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3970  ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

1/6/2023        $        239.57

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3971  ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

1/6/2023        $        242.64

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3972  ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

1/6/2023        $        249.59

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 995

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.3973** ROADTEX TRANSPORTATION

Creditor's Name

1/6/2023     $     257.20

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

**3.3974** ROADTEX TRANSPORTATION

Creditor's Name

1/6/2023     $     265.64

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

**3.3975** ROADTEX TRANSPORTATION

Creditor's Name

1/6/2023     $     272.70

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

**3.3976** ROADTEX TRANSPORTATION

Creditor's Name

1/6/2023     $     275.31

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.3977 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 275.31 | ☐ Secured debt |
|--------|------------------------|----------|---|--------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET          NJ          08873

City          State          ZIP Code

Country

| 3.3978 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 276.19 | ☐ Secured debt |
|--------|------------------------|----------|---|--------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET          NJ          08873

City          State          ZIP Code

Country

| 3.3979 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 276.63 | ☐ Secured debt |
|--------|------------------------|----------|---|--------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET          NJ          08873

City          State          ZIP Code

Country

| 3.3980 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 278.84 | ☐ Secured debt |
|--------|------------------------|----------|---|--------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET          NJ          08873

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3981 | ROADTEX TRANSPORTATION | 1/6/2023 | $ 279.75 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3982 | ROADTEX TRANSPORTATION | 1/6/2023 | $ 281.37 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3983 | ROADTEX TRANSPORTATION | 1/6/2023 | $ 284.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3984 | ROADTEX TRANSPORTATION | 1/6/2023 | $ 298.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

---

3.3985   ROADTEX TRANSPORTATION
Creditor's Name

1/6/2023

$ 298.54

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3986   ROADTEX TRANSPORTATION
Creditor's Name

1/6/2023

$ 303.11

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3987   ROADTEX TRANSPORTATION
Creditor's Name

1/6/2023

$ 305.92

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.3988   ROADTEX TRANSPORTATION
Creditor's Name

1/6/2023

$ 308.65

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.3989 | ROADTEX TRANSPORTATION | 1/6/2023 | $ 311.65 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3990 | ROADTEX TRANSPORTATION | 1/6/2023 | $ 318.08 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3991 | ROADTEX TRANSPORTATION | 1/6/2023 | $ 320.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.3992 | ROADTEX TRANSPORTATION | 1/6/2023 | $ 320.83 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.3993 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 323.81 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name
- ☐ Unsecured loan repayments

13 JENSON DRIVE
- ☒ Suppliers or vendors

Street
- ☐ Services

SOMERSET        NJ        08873
- ☐ Other

City        State        ZIP Code

Country

| 3.3994 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 332.86 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name
- ☐ Unsecured loan repayments

13 JENSON DRIVE
- ☒ Suppliers or vendors

Street
- ☐ Services

SOMERSET        NJ        08873
- ☐ Other

City        State        ZIP Code

Country

| 3.3995 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 338.36 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name
- ☐ Unsecured loan repayments

13 JENSON DRIVE
- ☒ Suppliers or vendors

Street
- ☐ Services

SOMERSET        NJ        08873
- ☐ Other

City        State        ZIP Code

Country

| 3.3996 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 350.03 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name
- ☐ Unsecured loan repayments

13 JENSON DRIVE
- ☒ Suppliers or vendors

Street
- ☐ Services

SOMERSET        NJ        08873
- ☐ Other

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

3.3997  ROADTEX TRANSPORTATION          1/6/2023       $         350.31
Creditor's Name

☐  Secured debt
☐  Unsecured loan repayments
☒  Suppliers or vendors
☐  Services
☐  Other

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                    State          ZIP Code

Country

3.3998  ROADTEX TRANSPORTATION          1/6/2023       $         352.18
Creditor's Name

☐  Secured debt
☐  Unsecured loan repayments
☒  Suppliers or vendors
☐  Services
☐  Other

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                    State          ZIP Code

Country

3.3999  ROADTEX TRANSPORTATION          1/6/2023       $         367.23
Creditor's Name

☐  Secured debt
☐  Unsecured loan repayments
☒  Suppliers or vendors
☐  Services
☐  Other

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                    State          ZIP Code

Country

3.4000  ROADTEX TRANSPORTATION          1/6/2023       $         373.95
Creditor's Name

☐  Secured debt
☐  Unsecured loan repayments
☒  Suppliers or vendors
☐  Services
☐  Other

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                    State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.4001** ROADTEX TRANSPORTATION
Creditor's Name

1/6/2023

$ 382.16

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City               State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4002** ROADTEX TRANSPORTATION
Creditor's Name

1/6/2023

$ 382.46

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City               State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4003** ROADTEX TRANSPORTATION
Creditor's Name

1/6/2023

$ 395.77

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City               State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4004** ROADTEX TRANSPORTATION
Creditor's Name

1/6/2023

$ 402.59

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City               State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4005** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

1/6/2023        $        403.75

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4006** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

1/6/2023        $        419.90

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4007** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

1/6/2023        $        433.22

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4008** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

1/6/2023        $        465.88

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4009 ROADTEX TRANSPORTATION
Creditor's Name

1/6/2023   $   481.00

13 JENSON DRIVE
Street

SOMERSET      NJ      08873
City          State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4010 ROADTEX TRANSPORTATION
Creditor's Name

1/6/2023   $   498.36

13 JENSON DRIVE
Street

SOMERSET      NJ      08873
City          State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4011 ROADTEX TRANSPORTATION
Creditor's Name

1/6/2023   $   498.36

13 JENSON DRIVE
Street

SOMERSET      NJ      08873
City          State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4012 ROADTEX TRANSPORTATION
Creditor's Name

1/6/2023   $   522.04

13 JENSON DRIVE
Street

SOMERSET      NJ      08873
City          State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.4013  ROADTEX TRANSPORTATION                1/6/2023      $            549.60
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.4014  ROADTEX TRANSPORTATION                1/6/2023      $            562.38
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.4015  ROADTEX TRANSPORTATION                1/6/2023      $            578.46
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.4016  ROADTEX TRANSPORTATION                1/6/2023      $            640.90
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City              State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.4017 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 730.59 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | SOMERSET        NJ        08873 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4018 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 787.11 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | SOMERSET        NJ        08873 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4019 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 1,116.71 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | SOMERSET        NJ        08873 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4020 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 1,477.51 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | SOMERSET        NJ        08873 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4021 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 1,671.89 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City          State          ZIP Code

Country

| 3.4022 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 2,054.65 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City          State          ZIP Code

Country

| 3.4023 | ROADTEX TRANSPORTATION | 1/6/2023 | $ | 2,807.76 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City          State          ZIP Code

Country

| 3.4024 | ROADTEX TRANSPORTATION | 1/12/2023 | $ | 189.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4025 | ROADTEX TRANSPORTATION | 1/12/2023 | $ 204.03 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET      NJ       08873 | | | |
| | City              State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4026 | ROADTEX TRANSPORTATION | 1/12/2023 | $ 204.03 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET      NJ       08873 | | | |
| | City              State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4027 | ROADTEX TRANSPORTATION | 1/12/2023 | $ 204.03 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET      NJ       08873 | | | |
| | City              State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4028 | ROADTEX TRANSPORTATION | 1/12/2023 | $ 218.05 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET      NJ       08873 | | | |
| | City              State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

3.4029  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street


SOMERSET          NJ          08873
City                   State          ZIP Code

Country

1/12/2023          $          270.49

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4030  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street


SOMERSET          NJ          08873
City                   State          ZIP Code

Country

1/12/2023          $          271.19

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4031  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street


SOMERSET          NJ          08873
City                   State          ZIP Code

Country

1/12/2023          $          282.29

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4032  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street


SOMERSET          NJ          08873
City                   State          ZIP Code

Country

1/12/2023          $          282.70

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4033** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

1/12/2023          $          289.94

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4034** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

1/12/2023          $          301.35

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4035** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

1/12/2023          $          310.99

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4036** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

1/12/2023          $          312.04

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4037 | ROADTEX TRANSPORTATION | 1/12/2023 | $ | 321.44 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4038 | ROADTEX TRANSPORTATION | 1/12/2023 | $ | 324.51 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4039 | ROADTEX TRANSPORTATION | 1/12/2023 | $ | 359.35 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4040 | ROADTEX TRANSPORTATION | 1/12/2023 | $ | 424.67 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4041 | ROADTEX TRANSPORTATION | 1/12/2023 | $ 450.73 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4042 | ROADTEX TRANSPORTATION | 1/12/2023 | $ 474.02 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4043 | ROADTEX TRANSPORTATION | 1/19/2023 | $ 196.32 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4044 | ROADTEX TRANSPORTATION | 1/19/2023 | $ 200.11 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.4045  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ        08873
City                    State        ZIP Code

Country

1/19/2023        $            213.91

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4046  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ        08873
City                    State        ZIP Code

Country

1/19/2023        $            215.53

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4047  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ        08873
City                    State        ZIP Code

Country

1/19/2023        $            238.78

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4048  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ        08873
City                    State        ZIP Code

Country

1/19/2023        $            262.57

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4049 | ROADTEX TRANSPORTATION | 1/19/2023 | $ | 272.38 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET        NJ        08873

City            State      ZIP Code

Country

| 3.4050 | ROADTEX TRANSPORTATION | 1/19/2023 | $ | 289.51 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET        NJ        08873

City            State      ZIP Code

Country

| 3.4051 | ROADTEX TRANSPORTATION | 1/19/2023 | $ | 297.87 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET        NJ        08873

City            State      ZIP Code

Country

| 3.4052 | ROADTEX TRANSPORTATION | 1/19/2023 | $ | 301.30 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET        NJ        08873

City            State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4053 | ROADTEX TRANSPORTATION | 1/19/2023 | $ 306.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4054 | ROADTEX TRANSPORTATION | 1/19/2023 | $ 308.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4055 | ROADTEX TRANSPORTATION | 1/19/2023 | $ 308.99 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4056 | ROADTEX TRANSPORTATION | 1/19/2023 | $ 309.67 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4057 | ROADTEX TRANSPORTATION | 1/19/2023 | $ | 309.67 | |
|---|---|---|---|---|---|

Creditor's Name

13 JENSON DRIVE
Street

SOMERSET       NJ       08873
City       State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.4058 | ROADTEX TRANSPORTATION | 1/19/2023 | $ | 313.67 | |
|---|---|---|---|---|---|

Creditor's Name

13 JENSON DRIVE
Street

SOMERSET       NJ       08873
City       State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.4059 | ROADTEX TRANSPORTATION | 1/19/2023 | $ | 336.77 | |
|---|---|---|---|---|---|

Creditor's Name

13 JENSON DRIVE
Street

SOMERSET       NJ       08873
City       State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.4060 | ROADTEX TRANSPORTATION | 1/19/2023 | $ | 361.64 | |
|---|---|---|---|---|---|

Creditor's Name

13 JENSON DRIVE
Street

SOMERSET       NJ       08873
City       State       ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| 3.4061 | ROADTEX TRANSPORTATION | 1/19/2023 | $ | 363.01 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET          NJ          08873

City                 State        ZIP Code

Country

| 3.4062 | ROADTEX TRANSPORTATION | 1/19/2023 | $ | 367.81 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET          NJ          08873

City                 State        ZIP Code

Country

| 3.4063 | ROADTEX TRANSPORTATION | 1/19/2023 | $ | 368.93 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET          NJ          08873

City                 State        ZIP Code

Country

| 3.4064 | ROADTEX TRANSPORTATION | 1/19/2023 | $ | 376.98 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET          NJ          08873

City                 State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4065  ROADTEX TRANSPORTATION | 1/19/2023 | $ 393.05 | ☐ Secured debt
Creditor's Name
| | | ☐ Unsecured loan repayments
13 JENSON DRIVE | | | ☑ Suppliers or vendors
Street
| | | ☐ Services
| | | ☐ Other
SOMERSET        NJ        08873
City        State        ZIP Code

Country

3.4066  ROADTEX TRANSPORTATION | 1/19/2023 | $ 399.24 | ☐ Secured debt
Creditor's Name
| | | ☐ Unsecured loan repayments
13 JENSON DRIVE | | | ☑ Suppliers or vendors
Street
| | | ☐ Services
| | | ☐ Other
SOMERSET        NJ        08873
City        State        ZIP Code

Country

3.4067  ROADTEX TRANSPORTATION | 1/19/2023 | $ 415.70 | ☐ Secured debt
Creditor's Name
| | | ☐ Unsecured loan repayments
13 JENSON DRIVE | | | ☑ Suppliers or vendors
Street
| | | ☐ Services
| | | ☐ Other
SOMERSET        NJ        08873
City        State        ZIP Code

Country

3.4068  ROADTEX TRANSPORTATION | 1/19/2023 | $ 432.81 | ☐ Secured debt
Creditor's Name
| | | ☐ Unsecured loan repayments
13 JENSON DRIVE | | | ☑ Suppliers or vendors
Street
| | | ☐ Services
| | | ☐ Other
SOMERSET        NJ        08873
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4069  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/19/2023          $          445.52

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.4070  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/19/2023          $          475.43

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.4071  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/19/2023          $          505.26

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.4072  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/19/2023          $          515.02

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4073** ROADTEX TRANSPORTATION

Creditor's Name

1/19/2023

$ 691.40

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

**3.4074** ROADTEX TRANSPORTATION

Creditor's Name

1/19/2023

$ 752.88

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

**3.4075** ROADTEX TRANSPORTATION

Creditor's Name

1/19/2023

$ 1,547.86

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

**3.4076** ROADTEX TRANSPORTATION

Creditor's Name

1/26/2023

$ 186.78

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4077 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 195.46 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.4078 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 200.79 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.4079 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 212.98 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.4080 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 232.23 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4081 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 242.63 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET        NJ        08873

City        State        ZIP Code

Country

| 3.4082 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 275.55 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET        NJ        08873

City        State        ZIP Code

Country

| 3.4083 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 296.56 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET        NJ        08873

City        State        ZIP Code

Country

| 3.4084 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 298.29 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET        NJ        08873

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4085  ROADTEX TRANSPORTATION          1/26/2023        $           299.39          ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

13 JENSON DRIVE                                                                      ☒ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☐ Other

SOMERSET          NJ          08873
City              State       ZIP Code

Country

3.4086  ROADTEX TRANSPORTATION          1/26/2023        $           300.65          ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

13 JENSON DRIVE                                                                      ☒ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☐ Other

SOMERSET          NJ          08873
City              State       ZIP Code

Country

3.4087  ROADTEX TRANSPORTATION          1/26/2023        $           307.08          ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

13 JENSON DRIVE                                                                      ☒ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☐ Other

SOMERSET          NJ          08873
City              State       ZIP Code

Country

3.4088  ROADTEX TRANSPORTATION          1/26/2023        $           307.69          ☐ Secured debt
Creditor's Name                                                                     ☐ Unsecured loan repayments

13 JENSON DRIVE                                                                      ☒ Suppliers or vendors
Street                                                                              ☐ Services
                                                                                    ☐ Other

SOMERSET          NJ          08873
City              State       ZIP Code

Country

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4089 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 319.92 |
|--------|------------------------|-----------|---|--------|

Creditor's Name

13 JENSON DRIVE

Street

| SOMERSET | NJ | 08873 |
|----------|-----|-------|

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.4090 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 354.78 |
|--------|------------------------|-----------|---|--------|

Creditor's Name

13 JENSON DRIVE

Street

| SOMERSET | NJ | 08873 |
|----------|-----|-------|

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.4091 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 381.35 |
|--------|------------------------|-----------|---|--------|

Creditor's Name

13 JENSON DRIVE

Street

| SOMERSET | NJ | 08873 |
|----------|-----|-------|

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.4092 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 429.21 |
|--------|------------------------|-----------|---|--------|

Creditor's Name

13 JENSON DRIVE

Street

| SOMERSET | NJ | 08873 |
|----------|-----|-------|

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4093 | ROADTEX TRANSPORTATION | 1/26/2023 | $ 438.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4094 | ROADTEX TRANSPORTATION | 1/26/2023 | $ 443.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4095 | ROADTEX TRANSPORTATION | 1/26/2023 | $ 464.89 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4096 | ROADTEX TRANSPORTATION | 1/26/2023 | $ 473.35 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.4097 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 572.17 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET        NJ        08873 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.4098 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 661.33 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET        NJ        08873 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.4099 | ROADTEX TRANSPORTATION | 1/26/2023 | $ | 1,233.79 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET        NJ        08873 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.4100 | ROADTEX TRANSPORTATION | 1/31/2023 | $ | 186.92 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET        NJ        08873 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.4101** ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State        ZIP Code

Country

1/31/2023          $          187.47

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4102** ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State        ZIP Code

Country

1/31/2023          $          195.60

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4103** ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State        ZIP Code

Country

1/31/2023          $          195.60

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4104** ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State        ZIP Code

Country

1/31/2023          $          200.93

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.4105 | ROADTEX TRANSPORTATION | 1/31/2023 | $ | 201.52 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4106 | ROADTEX TRANSPORTATION | 1/31/2023 | $ | 201.52 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4107 | ROADTEX TRANSPORTATION | 1/31/2023 | $ | 203.22 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4108 | ROADTEX TRANSPORTATION | 1/31/2023 | $ | 233.09 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4109  ROADTEX TRANSPORTATION

Creditor's Name

1/31/2023        $        250.75

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

3.4110  ROADTEX TRANSPORTATION

Creditor's Name

1/31/2023        $        266.05

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

3.4111  ROADTEX TRANSPORTATION

Creditor's Name

1/31/2023        $        267.17

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

3.4112  ROADTEX TRANSPORTATION

Creditor's Name

1/31/2023        $        267.86

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4113 | ROADTEX TRANSPORTATION | 1/31/2023 | $ | 267.86 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | SOMERSET     NJ     08873 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

| 3.4114 | ROADTEX TRANSPORTATION | 1/31/2023 | $ | 267.86 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | SOMERSET     NJ     08873 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

| 3.4115 | ROADTEX TRANSPORTATION | 1/31/2023 | $ | 271.37 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | SOMERSET     NJ     08873 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

| 3.4116 | ROADTEX TRANSPORTATION | 1/31/2023 | $ | 272.18 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | SOMERSET     NJ     08873 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4117  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/31/2023          $          272.87

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4118  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/31/2023          $          279.37

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4119  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/31/2023          $          287.14

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4120  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/31/2023          $          292.67

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 1032

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4121** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

1/31/2023        $        297.65

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4122** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

1/31/2023        $        308.20

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4123** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

1/31/2023        $        330.11

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4124** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

1/31/2023        $        342.38

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* ___23-10255___

Name

3.4125 ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

1/31/2023          $          378.07

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4126 ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

1/31/2023          $          381.40

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4127 ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

1/31/2023          $          419.45

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4128 ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

1/31/2023          $          442.98

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.4129** ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/31/2023          $          534.44

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4130** ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/31/2023          $          543.92

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4131** ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/31/2023          $          562.58

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4132** ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

1/31/2023          $          567.24

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4133 | ROADTEX TRANSPORTATION<br>Creditor's Name | 1/31/2023 | $ 2,196.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 13 JENSON DRIVE<br>Street | | | |
| | SOMERSET    NJ    08873<br>City         State    ZIP Code | | | |
| | Country | | | |
| 3.4134 | ROADTEX TRANSPORTATION<br>Creditor's Name | 1/31/2023 | $ 2,501.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 13 JENSON DRIVE<br>Street | | | |
| | SOMERSET    NJ    08873<br>City         State    ZIP Code | | | |
| | Country | | | |
| 3.4135 | ROADTEX TRANSPORTATION<br>Creditor's Name | 2/8/2023 | $ 195.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 13 JENSON DRIVE<br>Street | | | |
| | SOMERSET    NJ    08873<br>City         State    ZIP Code | | | |
| | Country | | | |
| 3.4136 | ROADTEX TRANSPORTATION<br>Creditor's Name | 2/8/2023 | $ 196.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 13 JENSON DRIVE<br>Street | | | |
| | SOMERSET    NJ    08873<br>City         State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4137 ROADTEX TRANSPORTATION
Creditor's Name

2/8/2023

$ 213.13

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

3.4138 ROADTEX TRANSPORTATION
Creditor's Name

2/8/2023

$ 218.21

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

3.4139 ROADTEX TRANSPORTATION
Creditor's Name

2/8/2023

$ 228.58

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

3.4140 ROADTEX TRANSPORTATION
Creditor's Name

2/8/2023

$ 241.92

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.4141  ROADTEX TRANSPORTATION                    2/8/2023        $              261.61
        Creditor's Name

        13 JENSON DRIVE
        Street

        SOMERSET          NJ          08873
        City              State       ZIP Code

        Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4142  ROADTEX TRANSPORTATION                    2/8/2023        $              266.38
        Creditor's Name

        13 JENSON DRIVE
        Street

        SOMERSET          NJ          08873
        City              State       ZIP Code

        Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4143  ROADTEX TRANSPORTATION                    2/8/2023        $              272.95
        Creditor's Name

        13 JENSON DRIVE
        Street

        SOMERSET          NJ          08873
        City              State       ZIP Code

        Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4144  ROADTEX TRANSPORTATION                    2/8/2023        $              296.78
        Creditor's Name

        13 JENSON DRIVE
        Street

        SOMERSET          NJ          08873
        City              State       ZIP Code

        Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4145 ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State        ZIP Code

Country

2/8/2023          $          298.51

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4146 ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State        ZIP Code

Country

2/8/2023          $          302.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4147 ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State        ZIP Code

Country

2/8/2023          $          305.17

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4148 ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State        ZIP Code

Country

2/8/2023          $          308.89

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*     23-10255

Name

| 3.4149 | ROADTEX TRANSPORTATION | 2/8/2023 | $ | 312.83 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City     State     ZIP Code

Country

| 3.4150 | ROADTEX TRANSPORTATION | 2/8/2023 | $ | 352.28 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City     State     ZIP Code

Country

| 3.4151 | ROADTEX TRANSPORTATION | 2/8/2023 | $ | 357.06 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City     State     ZIP Code

Country

| 3.4152 | ROADTEX TRANSPORTATION | 2/8/2023 | $ | 357.92 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13 JENSON DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

| SOMERSET | NJ | 08873 |
|---|---|---|

City     State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4153 | ROADTEX TRANSPORTATION | 2/8/2023 | $ | 359.76 |

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | | |
|---|---|---|---|---|
| 3.4154 | ROADTEX TRANSPORTATION | 2/8/2023 | $ | 418.22 |

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | | |
|---|---|---|---|---|
| 3.4155 | ROADTEX TRANSPORTATION | 2/8/2023 | $ | 418.22 |

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | | |
|---|---|---|---|---|
| 3.4156 | ROADTEX TRANSPORTATION | 2/8/2023 | $ | 458.81 |

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4157 | ROADTEX TRANSPORTATION | 2/8/2023 | $ 463.51 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET NJ 08873 | | | |
| | City State ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4158 | ROADTEX TRANSPORTATION | 2/8/2023 | $ 473.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET NJ 08873 | | | |
| | City State ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4159 | ROADTEX TRANSPORTATION | 2/8/2023 | $ 477.35 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET NJ 08873 | | | |
| | City State ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4160 | ROADTEX TRANSPORTATION | 2/8/2023 | $ 496.31 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET NJ 08873 | | | |
| | City State ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.4161** ROADTEX TRANSPORTATION

Creditor's Name

2/8/2023

$                542.07

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

**3.4162** ROADTEX TRANSPORTATION

Creditor's Name

2/8/2023

$                678.81

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

**3.4163** ROADTEX TRANSPORTATION

Creditor's Name

2/8/2023

$                733.53

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

**3.4164** ROADTEX TRANSPORTATION

Creditor's Name

2/8/2023

$                759.42

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE

Street

SOMERSET        NJ        08873

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

---

3.4165  ROADTEX TRANSPORTATION

Creditor's Name

2/8/2023

$                1,009.26

☐ Secured debt
☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☒ Suppliers or vendors
☐ Services
☐ Other

SOMERSET          NJ          08873

City                    State        ZIP Code

Country

---

3.4166  ROADTEX TRANSPORTATION

Creditor's Name

2/13/2023

$                  186.65

☐ Secured debt
☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☒ Suppliers or vendors
☐ Services
☐ Other

SOMERSET          NJ          08873

City                    State        ZIP Code

Country

---

3.4167  ROADTEX TRANSPORTATION

Creditor's Name

2/13/2023

$                  195.32

☐ Secured debt
☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☒ Suppliers or vendors
☐ Services
☐ Other

SOMERSET          NJ          08873

City                    State        ZIP Code

Country

---

3.4168  ROADTEX TRANSPORTATION

Creditor's Name

2/13/2023

$                  200.64

☐ Secured debt
☐ Unsecured loan repayments

13 JENSON DRIVE

Street

☒ Suppliers or vendors
☐ Services
☐ Other

SOMERSET          NJ          08873

City                    State        ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

**3.4169** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

2/13/2023          $          212.82

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4170** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

2/13/2023          $          212.82

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4171** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

2/13/2023          $          264.88

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4172** ROADTEX TRANSPORTATION

Creditor's Name

13 JENSON DRIVE

Street

SOMERSET          NJ          08873

City          State          ZIP Code

Country

2/13/2023          $          270.99

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4173** ROADTEX TRANSPORTATION                2/13/2023        $                271.39
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET              NJ            08873
City                    State        ZIP Code

Country

**3.4174** ROADTEX TRANSPORTATION                2/13/2023        $                271.71
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET              NJ            08873
City                    State        ZIP Code

Country

**3.4175** ROADTEX TRANSPORTATION                2/13/2023        $                273.19
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET              NJ            08873
City                    State        ZIP Code

Country

**3.4176** ROADTEX TRANSPORTATION                2/13/2023        $                275.34
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET              NJ            08873
City                    State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4177 | ROADTEX TRANSPORTATION | 2/13/2023 | $ | 277.44 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4178 | ROADTEX TRANSPORTATION | 2/13/2023 | $ | 278.58 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4179 | ROADTEX TRANSPORTATION | 2/13/2023 | $ | 291.39 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4180 | ROADTEX TRANSPORTATION | 2/13/2023 | $ | 298.25 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 13 JENSON DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | SOMERSET    NJ    08873 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4181 | ROADTEX TRANSPORTATION | 2/13/2023 | $ 300.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.4182 | ROADTEX TRANSPORTATION | 2/13/2023 | $ 310.29 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.4183 | ROADTEX TRANSPORTATION | 2/13/2023 | $ 315.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.4184 | ROADTEX TRANSPORTATION | 2/13/2023 | $ 322.44 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4185** ROADTEX TRANSPORTATION
Creditor's Name

2/13/2023    $    333.39

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4186** ROADTEX TRANSPORTATION
Creditor's Name

2/13/2023    $    340.85

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4187** ROADTEX TRANSPORTATION
Creditor's Name

2/13/2023    $    343.14

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4188** ROADTEX TRANSPORTATION
Creditor's Name

2/13/2023    $    358.51

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 1049

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

3.4189  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State        ZIP Code

Country

2/13/2023          $          360.44

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4190  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State        ZIP Code

Country

2/13/2023          $          360.44

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4191  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State        ZIP Code

Country

2/13/2023          $          372.29

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4192  ROADTEX TRANSPORTATION
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET          NJ          08873
City                State        ZIP Code

Country

2/13/2023          $          375.45

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

3.4193 ROADTEX TRANSPORTATION     2/13/2023    $     391.43
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City     State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4194 ROADTEX TRANSPORTATION     2/13/2023    $     443.24
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City     State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4195 ROADTEX TRANSPORTATION     2/13/2023    $     462.15
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City     State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4196 ROADTEX TRANSPORTATION     2/13/2023    $     473.00
Creditor's Name

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City     State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4197 | ROADTEX TRANSPORTATION | 2/13/2023 | $ 475.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.4198 | ROADTEX TRANSPORTATION | 2/13/2023 | $ 477.19 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.4199 | ROADTEX TRANSPORTATION | 2/13/2023 | $ 492.41 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |
| 3.4200 | ROADTEX TRANSPORTATION | 2/13/2023 | $ 556.48 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13 JENSON DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SOMERSET    NJ    08873 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4201 | ROADTEX TRANSPORTATION | 2/13/2023 | $ | 557.19 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.4202 | ROADTEX TRANSPORTATION | 2/13/2023 | $ | 1,147.33 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.4203 | ROADTEX TRANSPORTATION | 2/13/2023 | $ | 1,249.40 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.4204 | ROADTEX TRANSPORTATION | 2/13/2023 | $ | 1,249.40 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

13 JENSON DRIVE
Street

SOMERSET    NJ    08873
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4205 | ROBERT HALF MGMT RESOURCES | 11/29/2022 | $ | 12,465.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 12400 COLLECTIONS CENTER DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4206 | ROBERT HALF MGMT RESOURCES | 12/22/2022 | $ | 12,013.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 12400 COLLECTIONS CENTER DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4207 | ROBERT HALF MGMT RESOURCES | 1/19/2023 | $ | 7,200.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 12400 COLLECTIONS CENTER DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4208 | ROBERT HALF MGMT RESOURCES | 1/19/2023 | $ | 7,200.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 12400 COLLECTIONS CENTER DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| 3.4209 | RX SOURCING STRATEGIES LLC | 11/29/2022 | $ | 37,872.27 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 16150 MAIN CIRCLE DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | SUITE 220 | | | | ☐ Other |
| | CHESTERFIELD    MO    63017 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4210 | SAFETYCALL INTERNATIONAL LLC | 11/29/2022 | $ | 230.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 3600 AMERICAN BLVD W | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | SUITE 725 | | | | ☐ Other |
| | BLOOMINGTON    MN    55431 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4211 | SAFETYCALL INTERNATIONAL LLC | 11/29/2022 | $ | 2,493.75 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 3600 AMERICAN BLVD W | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | SUITE 725 | | | | ☐ Other |
| | BLOOMINGTON    MN    55431 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4212 | SAFETYCALL INTERNATIONAL LLC | 1/12/2023 | $ | 2,081.25 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 3600 AMERICAN BLVD W | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | SUITE 725 | | | | ☐ Other |
| | BLOOMINGTON    MN    55431 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4213 | SAFETYCALL INTERNATIONAL LLC | 1/12/2023 | $ | 2,300.00 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3600 AMERICAN BLVD W
Street

SUITE 725

BLOOMINGTON    MN    55431
City    State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.4214 | SAFETYCALL INTERNATIONAL LLC | 1/12/2023 | $ | 4,837.50 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3600 AMERICAN BLVD W
Street

SUITE 725

BLOOMINGTON    MN    55431
City    State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.4215 | SAFETYCALL INTERNATIONAL LLC | 1/26/2023 | $ | 2,223.00 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3600 AMERICAN BLVD W
Street

SUITE 725

BLOOMINGTON    MN    55431
City    State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.4216 | SAMS CLUB | 11/29/2022 | $ | 39,932.88 |
| | Creditor's Name | | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

BANK OF AMERICA
Street

PO BOX 50787

ST LOUIS    MO    63150-0787
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4217 | SANNOVA ANALYTICAL INC | 11/29/2022 | $ | 3,150.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

155 PIERCE STREET

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET      NJ      08873

City      State      ZIP Code

Country

| 3.4218 | SANNOVA ANALYTICAL INC | 11/29/2022 | $ | 7,000.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

155 PIERCE STREET

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET      NJ      08873

City      State      ZIP Code

Country

| 3.4219 | SANNOVA ANALYTICAL INC | 1/12/2023 | $ | 1,635.20 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

155 PIERCE STREET

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET      NJ      08873

City      State      ZIP Code

Country

| 3.4220 | SANNOVA ANALYTICAL INC | 1/31/2023 | $ | 22,370.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

155 PIERCE STREET

☒ Suppliers or vendors

Street

☐ Services

☐ Other

SOMERSET      NJ      08873

City      State      ZIP Code

Country

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      Page 1057

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.4221  SC-FIRST CHOICE
Creditor's Name

MMA SC MEDICAID FFS PRGM DRUG REBT
Street

PO BOX 60009

CHARLOTTE      NC      28260-0009
City      State      ZIP Code

Country

12/22/2022      $      0.59

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4222  SC-FIRST CHOICE
Creditor's Name

MMA SC MEDICAID FFS PRGM DRUG REBT
Street

PO BOX 60009

CHARLOTTE      NC      28260-0009
City      State      ZIP Code

Country

12/22/2022      $      1,497.51

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4223  SC-FIRST CHOICE
Creditor's Name

MMA SC MEDICAID FFS PRGM DRUG REBT
Street

PO BOX 60009

CHARLOTTE      NC      28260-0009
City      State      ZIP Code

Country

12/22/2022      $      9,167.12

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4224  SCISAFE INC
Creditor's Name

7 CORPORATE DRIVE UNIT D
Street

CRANBURY      NJ      08512
City      State      ZIP Code

Country

12/8/2022      $      106.63

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4225 | SCISAFE INC | 12/8/2022 | $ | 8,530.00 | ☐ Secured debt |
|--------|-------------|-----------|---|----------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

7 CORPORATE DRIVE UNIT D
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CRANBURY         NJ         08512
City             State      ZIP Code

Country

| 3.4226 | SCISAFE INC | 1/6/2023 | $ | 4,299.12 | ☐ Secured debt |
|--------|-------------|----------|---|----------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

7 CORPORATE DRIVE UNIT D
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CRANBURY         NJ         08512
City             State      ZIP Code

Country

| 3.4227 | SCISAFE INC | 1/6/2023 | $ | 11,195.63 | ☐ Secured debt |
|--------|-------------|----------|---|-----------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

7 CORPORATE DRIVE UNIT D
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CRANBURY         NJ         08512
City             State      ZIP Code

Country

| 3.4228 | SCISAFE INC | 1/12/2023 | $ | 106.63 | ☐ Secured debt |
|--------|-------------|-----------|---|--------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

7 CORPORATE DRIVE UNIT D
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CRANBURY         NJ         08512
City             State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4229 SCISAFE INC
Creditor's Name

1/12/2023

$ 110.23

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

7 CORPORATE DRIVE UNIT D
Street


CRANBURY          NJ          08512
City          State          ZIP Code

Country

3.4230 SCISAFE INC
Creditor's Name

1/12/2023

$ 1,023.60

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

7 CORPORATE DRIVE UNIT D
Street


CRANBURY          NJ          08512
City          State          ZIP Code

Country

3.4231 SCISAFE INC
Creditor's Name

1/12/2023

$ 8,530.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

7 CORPORATE DRIVE UNIT D
Street


CRANBURY          NJ          08512
City          State          ZIP Code

Country

3.4232 SCISAFE INC
Creditor's Name

1/26/2023

$ 85.30

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

7 CORPORATE DRIVE UNIT D
Street


CRANBURY          NJ          08512
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.4233** SCISAFE INC
Creditor's Name

1/26/2023

$ 106.63

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

7 CORPORATE DRIVE UNIT D
Street

CRANBURY          NJ          08512
City                      State          ZIP Code

Country

**3.4234** SCISAFE INC
Creditor's Name

2/8/2023

$ 1,023.60

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

7 CORPORATE DRIVE UNIT D
Street

CRANBURY          NJ          08512
City                      State          ZIP Code

Country

**3.4235** SCISAFE INC
Creditor's Name

2/8/2023

$ 8,554.93

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

7 CORPORATE DRIVE UNIT D
Street

CRANBURY          NJ          08512
City                      State          ZIP Code

Country

**3.4236** SC-MEDICAID
Creditor's Name

12/22/2022

$ (68.24)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

MMA SC MEDICAID FFS PRGM DRUG REBT
Street

PO BOX 60009

CHARLOTTE          NC          28260-0009
City                      State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4237** SC-MEDICAID

Creditor's Name

MMA SC MEDICAID FFS PRGM DRUG REBT

Street

PO BOX 60009

CHARLOTTE          NC        28260-0009
City                    State       ZIP Code

Country

12/22/2022          $          8,259.82

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4238** SGD NORTH AMERICA INC

Creditor's Name

PO BOX 137

Street

TROUT RUN          PA        17771
City                    State       ZIP Code

Country

11/30/2022          $         12,544.11

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4239** SGD NORTH AMERICA INC

Creditor's Name

PO BOX 137

Street

TROUT RUN          PA        17771
City                    State       ZIP Code

Country

12/8/2022          $            229.42

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4240** SGD SA - NORTH AMERICA OFFICE

Creditor's Name

900 THIRD AVENUE, 4TH FLOOR

Street

NEW YORK          NY        10022
City                    State       ZIP Code

Country

1/12/2023          $        109,885.27

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**3.4241** SGD SA - NORTH AMERICA OFFICE  1/12/2023  $  109,885.27

Creditor's Name

900 THIRD AVENUE, 4TH FLOOR

Street

NEW YORK   NY   10022

City   State   ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4242** SGD SA - NORTH AMERICA OFFICE  2/13/2023  $  109,885.27

Creditor's Name

900 THIRD AVENUE, 4TH FLOOR

Street

NEW YORK   NY   10022

City   State   ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4243** SGS NORTH AMERICA  11/29/2022  $  192.85

Creditor's Name

CITIBANK

Street

PO BOX 2502

CAROL STREAM   IL   60132-2502

City   State   ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4244** SGS NORTH AMERICA  11/29/2022  $  192.85

Creditor's Name

CITIBANK

Street

PO BOX 2502

CAROL STREAM   IL   60132-2502

City   State   ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.4245 | SGS NORTH AMERICA | 11/29/2022 | $ | 850.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | CITIBANK | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 2502 | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2502 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4246 | SGS NORTH AMERICA | 11/29/2022 | $ | 3,237.85 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | CITIBANK | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 2502 | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2502 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4247 | SGS NORTH AMERICA | 12/8/2022 | $ | 1,955.91 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | CITIBANK | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 2502 | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2502 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4248 | SGS NORTH AMERICA | 12/8/2022 | $ | 59,783.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | CITIBANK | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 2502 | | | | ☐ Other |
| | CAROL STREAM    IL    60132-2502 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4249 SGS NORTH AMERICA          1/6/2023     $         1,270.02        ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

CITIBANK                                                                 ☒ Suppliers or vendors
Street                                                                   ☐ Services

PO BOX 2502                                                              ☐ Other

CAROL STREAM        IL        60132-2502
City                State     ZIP Code

Country

3.4250 SGS NORTH AMERICA          1/6/2023     $         1,270.02        ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

CITIBANK                                                                 ☒ Suppliers or vendors
Street                                                                   ☐ Services

PO BOX 2502                                                              ☐ Other

CAROL STREAM        IL        60132-2502
City                State     ZIP Code

Country

3.4251 SGS NORTH AMERICA          1/6/2023     $         1,918.00        ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

CITIBANK                                                                 ☒ Suppliers or vendors
Street                                                                   ☐ Services

PO BOX 2502                                                              ☐ Other

CAROL STREAM        IL        60132-2502
City                State     ZIP Code

Country

3.4252 SGS NORTH AMERICA          1/6/2023     $         2,176.16        ☐ Secured debt
Creditor's Name                                                          ☐ Unsecured loan repayments

CITIBANK                                                                 ☒ Suppliers or vendors
Street                                                                   ☐ Services

PO BOX 2502                                                              ☐ Other

CAROL STREAM        IL        60132-2502
City                State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.4253 | SGS NORTH AMERICA | 2/8/2023 | $ | 192.85 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | CITIBANK | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 2502 | | | | ☐ | Other |
| | CAROL STREAM    IL    60132-2502 | | | | | |
| | City          State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.4254 | SGS NORTH AMERICA | 2/8/2023 | $ | 1,599.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | CITIBANK | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 2502 | | | | ☐ | Other |
| | CAROL STREAM    IL    60132-2502 | | | | | |
| | City          State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.4255 | SGS NORTH AMERICA | 2/8/2023 | $ | 2,131.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | CITIBANK | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 2502 | | | | ☐ | Other |
| | CAROL STREAM    IL    60132-2502 | | | | | |
| | City          State     ZIP Code | | | | | |
| | Country | | | | | |

| 3.4256 | SGS NORTH AMERICA | 2/8/2023 | $ | 2,131.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | CITIBANK | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 2502 | | | | ☐ | Other |
| | CAROL STREAM    IL    60132-2502 | | | | | |
| | City          State     ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):  23-10255

Name

3.4257  SHIMADZU SCIENTIFIC -REMIT
Creditor's Name

BOX 200511
Street

PITTSBURGH         PA          15251-0511
City              State        ZIP Code

Country

11/29/2022    $    31,530.01

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4258  SHIMADZU SCIENTIFIC -REMIT
Creditor's Name

BOX 200511
Street

PITTSBURGH         PA          15251-0511
City              State        ZIP Code

Country

1/31/2023    $    237.38

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4259  SIEGFRIED IRVINE -R&D ONLY
Creditor's Name

DBA SIEGFRIED IRVINE
Street

9342 JERONIMO ROAD

IRVINE             CA          92618
City              State        ZIP Code

Country

1/6/2023    $    10,189.92

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4260  SIEGFRIED IRVINE -R&D ONLY
Creditor's Name

DBA SIEGFRIED IRVINE
Street

9342 JERONIMO ROAD

IRVINE             CA          92618
City              State        ZIP Code

Country

1/31/2023    $    25,072.16

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 1067

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4261 SIEGFRIED IRVINE -R&D ONLY

Creditor's Name

1/31/2023    $    101,644.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DBA SIEGFRIED IRVINE

Street

9342 JERONIMO ROAD

IRVINE        CA        92618
City          State     ZIP Code

Country

3.4262 SIEGFRIED IRVINE -R&D ONLY

Creditor's Name

1/31/2023    $    150,000.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DBA SIEGFRIED IRVINE

Street

9342 JERONIMO ROAD

IRVINE        CA        92618
City          State     ZIP Code

Country

3.4263 SIEGFRIED IRVINE -R&D ONLY

Creditor's Name

2/8/2023    $    5,387.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DBA SIEGFRIED IRVINE

Street

9342 JERONIMO ROAD

IRVINE        CA        92618
City          State     ZIP Code

Country

3.4264 SIEGFRIED IRVINE -R&D ONLY

Creditor's Name

2/13/2023    $    10,004.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DBA SIEGFRIED IRVINE

Street

9342 JERONIMO ROAD

IRVINE        CA        92618
City          State     ZIP Code

Country

Debtor: Akorn Operating Company LLC     Case number *(if known)*:   23-10255

Name

| | | | |
|---|---|---|---|
| 3.4265 | SIEGFRIED IRVINE -R&D ONLY | 2/13/2023 | $ 24,520.00 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

DBA SIEGFRIED IRVINE
Street

9342 JERONIMO ROAD

IRVINE    CA    92618
City    State    ZIP Code

Country

---

3.4266 SIEGFRIED USA INC    2/8/2023    $ 527,100.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

33 INDUSTRIAL PARK ROAD
Street

PENNSVILLE    NJ    08070
City    State    ZIP Code

Country

---

3.4267 SIGMA ALDRICH -REMIT    11/29/2022    $ 75.30
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182
Street

ATLANTA    GA    30353-5182
City    State    ZIP Code

Country

---

3.4268 SIGMA ALDRICH -REMIT    11/29/2022    $ 88.53
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182
Street

ATLANTA    GA    30353-5182
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4269 | SIGMA ALDRICH -REMIT | 11/29/2022 | $ | 90.48 | ☐ | Secured debt |
|--------|----------------------|------------|---|-------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 535182

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA   GA   30353-5182

City   State   ZIP Code

Country

---

| 3.4270 | SIGMA ALDRICH -REMIT | 11/29/2022 | $ | 123.83 | ☐ | Secured debt |
|--------|----------------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 535182

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA   GA   30353-5182

City   State   ZIP Code

Country

---

| 3.4271 | SIGMA ALDRICH -REMIT | 11/29/2022 | $ | 128.18 | ☐ | Secured debt |
|--------|----------------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 535182

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA   GA   30353-5182

City   State   ZIP Code

Country

---

| 3.4272 | SIGMA ALDRICH -REMIT | 11/29/2022 | $ | 164.50 | ☐ | Secured debt |
|--------|----------------------|------------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 535182

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA   GA   30353-5182

City   State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:     23-10255

---

3.4273  SIGMA ALDRICH -REMIT

Creditor's Name

PO BOX 535182

Street

ATLANTA          GA          30353-5182
City                State          ZIP Code

Country

11/29/2022     $          180.88

☐  Secured debt
☐  Unsecured loan repayments
☒  Suppliers or vendors
☐  Services
☐  Other

---

3.4274  SIGMA ALDRICH -REMIT

Creditor's Name

PO BOX 535182

Street

ATLANTA          GA          30353-5182
City                State          ZIP Code

Country

11/29/2022     $          191.18

☐  Secured debt
☐  Unsecured loan repayments
☒  Suppliers or vendors
☐  Services
☐  Other

---

3.4275  SIGMA ALDRICH -REMIT

Creditor's Name

PO BOX 535182

Street

ATLANTA          GA          30353-5182
City                State          ZIP Code

Country

11/29/2022     $          263.96

☐  Secured debt
☐  Unsecured loan repayments
☒  Suppliers or vendors
☐  Services
☐  Other

---

3.4276  SIGMA ALDRICH -REMIT

Creditor's Name

PO BOX 535182

Street

ATLANTA          GA          30353-5182
City                State          ZIP Code

Country

11/29/2022     $          361.72

☐  Secured debt
☐  Unsecured loan repayments
☒  Suppliers or vendors
☐  Services
☐  Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4277** SIGMA ALDRICH -REMIT
Creditor's Name

11/29/2022     $     475.78

PO BOX 535182
Street

ATLANTA         GA       30353-5182
City             State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4278** SIGMA ALDRICH -REMIT
Creditor's Name

11/29/2022     $     482.19

PO BOX 535182
Street

ATLANTA         GA       30353-5182
City             State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4279** SIGMA ALDRICH -REMIT
Creditor's Name

11/29/2022     $     643.06

PO BOX 535182
Street

ATLANTA         GA       30353-5182
City             State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4280** SIGMA ALDRICH -REMIT
Creditor's Name

11/29/2022     $     670.22

PO BOX 535182
Street

ATLANTA         GA       30353-5182
City             State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.4281** SIGMA ALDRICH -REMIT
Creditor's Name

11/29/2022      $      999.35

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City                State        ZIP Code

Country

**3.4282** SIGMA ALDRICH -REMIT
Creditor's Name

11/29/2022      $      1,127.53

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City                State        ZIP Code

Country

**3.4283** SIGMA ALDRICH -REMIT
Creditor's Name

11/29/2022      $      1,701.25

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City                State        ZIP Code

Country

**3.4284** SIGMA ALDRICH -REMIT
Creditor's Name

12/8/2022        $      39.97

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City                State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

**3.4285** SIGMA ALDRICH -REMIT

Creditor's Name

12/8/2022          $          98.60

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182

Street

ATLANTA          GA          30353-5182

City          State          ZIP Code

Country

**3.4286** SIGMA ALDRICH -REMIT

Creditor's Name

12/8/2022          $          148.04

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182

Street

ATLANTA          GA          30353-5182

City          State          ZIP Code

Country

**3.4287** SIGMA ALDRICH -REMIT

Creditor's Name

12/8/2022          $          338.91

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182

Street

ATLANTA          GA          30353-5182

City          State          ZIP Code

Country

**3.4288** SIGMA ALDRICH -REMIT

Creditor's Name

12/8/2022          $          3,699.33

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182

Street

ATLANTA          GA          30353-5182

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4289 | SIGMA ALDRICH -REMIT | 1/6/2023 | $ | 33.40 | ☐ | Secured debt |
|--------|---------------------|----------|---|-------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 535182

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA        GA        30353-5182
City              State        ZIP Code

Country

| 3.4290 | SIGMA ALDRICH -REMIT | 1/6/2023 | $ | 55.62 | ☐ | Secured debt |
|--------|---------------------|----------|---|-------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 535182

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA        GA        30353-5182
City              State        ZIP Code

Country

| 3.4291 | SIGMA ALDRICH -REMIT | 1/6/2023 | $ | 56.16 | ☐ | Secured debt |
|--------|---------------------|----------|---|-------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 535182

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA        GA        30353-5182
City              State        ZIP Code

Country

| 3.4292 | SIGMA ALDRICH -REMIT | 1/6/2023 | $ | 62.57 | ☐ | Secured debt |
|--------|---------------------|----------|---|-------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 535182

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA        GA        30353-5182
City              State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

3.4293 SIGMA ALDRICH -REMIT          1/6/2023       $          65.18
Creditor's Name

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City              State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4294 SIGMA ALDRICH -REMIT          1/6/2023       $         122.82
Creditor's Name

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City              State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4295 SIGMA ALDRICH -REMIT          1/6/2023       $         133.00
Creditor's Name

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City              State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4296 SIGMA ALDRICH -REMIT          1/6/2023       $         154.00
Creditor's Name

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City              State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4297** SIGMA ALDRICH -REMIT
Creditor's Name

1/6/2023

$ 156.06

PO BOX 535182
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ATLANTA        GA        30353-5182
City        State        ZIP Code

Country

**3.4298** SIGMA ALDRICH -REMIT
Creditor's Name

1/6/2023

$ 266.00

PO BOX 535182
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ATLANTA        GA        30353-5182
City        State        ZIP Code

Country

**3.4299** SIGMA ALDRICH -REMIT
Creditor's Name

1/6/2023

$ 271.56

PO BOX 535182
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ATLANTA        GA        30353-5182
City        State        ZIP Code

Country

**3.4300** SIGMA ALDRICH -REMIT
Creditor's Name

1/6/2023

$ 283.14

PO BOX 535182
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ATLANTA        GA        30353-5182
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

3.4301  SIGMA ALDRICH -REMIT                 1/6/2023        $              326.96
Creditor's Name

PO BOX 535182
Street

ATLANTA              GA            30353-5182
City                 State         ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4302  SIGMA ALDRICH -REMIT                 1/6/2023        $              354.12
Creditor's Name

PO BOX 535182
Street

ATLANTA              GA            30353-5182
City                 State         ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4303  SIGMA ALDRICH -REMIT                 1/6/2023        $              358.79
Creditor's Name

PO BOX 535182
Street

ATLANTA              GA            30353-5182
City                 State         ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4304  SIGMA ALDRICH -REMIT                 1/6/2023        $              418.00
Creditor's Name

PO BOX 535182
Street

ATLANTA              GA            30353-5182
City                 State         ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4305  SIGMA ALDRICH -REMIT          1/6/2023     $         475.78         ☐ Secured debt
Creditor's Name                                                            ☐ Unsecured loan repayments

PO BOX 535182                                                              ☒ Suppliers or vendors
Street                                                                     ☐ Services

                                                                          ☐ Other

ATLANTA          GA        30353-5182
City             State     ZIP Code

Country

3.4306  SIGMA ALDRICH -REMIT          1/6/2023     $         578.75         ☐ Secured debt
Creditor's Name                                                            ☐ Unsecured loan repayments

PO BOX 535182                                                              ☒ Suppliers or vendors
Street                                                                     ☐ Services

                                                                          ☐ Other

ATLANTA          GA        30353-5182
City             State     ZIP Code

Country

3.4307  SIGMA ALDRICH -REMIT          1/6/2023     $         634.37         ☐ Secured debt
Creditor's Name                                                            ☐ Unsecured loan repayments

PO BOX 535182                                                              ☒ Suppliers or vendors
Street                                                                     ☐ Services

                                                                          ☐ Other

ATLANTA          GA        30353-5182
City             State     ZIP Code

Country

3.4308  SIGMA ALDRICH -REMIT          1/6/2023     $         636.00         ☐ Secured debt
Creditor's Name                                                            ☐ Unsecured loan repayments

PO BOX 535182                                                              ☒ Suppliers or vendors
Street                                                                     ☐ Services

                                                                          ☐ Other

ATLANTA          GA        30353-5182
City             State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.4309** SIGMA ALDRICH -REMIT

Creditor's Name

1/6/2023

$ 802.63

PO BOX 535182

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ATLANTA          GA          30353-5182

City          State          ZIP Code

Country

**3.4310** SIGMA ALDRICH -REMIT

Creditor's Name

1/6/2023

$ 1,293.71

PO BOX 535182

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ATLANTA          GA          30353-5182

City          State          ZIP Code

Country

**3.4311** SIGMA ALDRICH -REMIT

Creditor's Name

1/6/2023

$ 1,467.90

PO BOX 535182

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ATLANTA          GA          30353-5182

City          State          ZIP Code

Country

**3.4312** SIGMA ALDRICH -REMIT

Creditor's Name

1/6/2023

$ 1,596.79

PO BOX 535182

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ATLANTA          GA          30353-5182

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4313  SIGMA ALDRICH -REMIT                    1/6/2023      $        2,550.82
Creditor's Name

PO BOX 535182
Street

☑ Suppliers or vendors
☐ Secured debt
☐ Unsecured loan repayments
☐ Services
☐ Other

ATLANTA          GA          30353-5182
City              State       ZIP Code

Country

3.4314  SIGMA ALDRICH -REMIT                    1/6/2023      $        4,200.00
Creditor's Name

PO BOX 535182
Street

☑ Suppliers or vendors
☐ Secured debt
☐ Unsecured loan repayments
☐ Services
☐ Other

ATLANTA          GA          30353-5182
City              State       ZIP Code

Country

3.4315  SIGMA ALDRICH -REMIT                    1/12/2023     $       (5,268.00)
Creditor's Name

PO BOX 535182
Street

☑ Suppliers or vendors
☐ Secured debt
☐ Unsecured loan repayments
☐ Services
☐ Other

ATLANTA          GA          30353-5182
City              State       ZIP Code

Country

3.4316  SIGMA ALDRICH -REMIT                    1/12/2023     $           71.26
Creditor's Name

PO BOX 535182
Street

☑ Suppliers or vendors
☐ Secured debt
☐ Unsecured loan repayments
☐ Services
☐ Other

ATLANTA          GA          30353-5182
City              State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4317** SIGMA ALDRICH -REMIT

Creditor's Name

PO BOX 535182

Street

ATLANTA        GA        30353-5182

City        State        ZIP Code

Country

1/12/2023        $        198.51

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4318** SIGMA ALDRICH -REMIT

Creditor's Name

PO BOX 535182

Street

ATLANTA        GA        30353-5182

City        State        ZIP Code

Country

1/12/2023        $        271.56

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4319** SIGMA ALDRICH -REMIT

Creditor's Name

PO BOX 535182

Street

ATLANTA        GA        30353-5182

City        State        ZIP Code

Country

1/12/2023        $        354.12

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4320** SIGMA ALDRICH -REMIT

Creditor's Name

PO BOX 535182

Street

ATLANTA        GA        30353-5182

City        State        ZIP Code

Country

1/12/2023        $        436.24

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4321 SIGMA ALDRICH -REMIT
Creditor's Name

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City             State       ZIP Code

Country

1/12/2023          $          1,072.25

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.4322 SIGMA ALDRICH -REMIT
Creditor's Name

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City             State       ZIP Code

Country

1/12/2023          $          2,434.29

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.4323 SIGMA ALDRICH -REMIT
Creditor's Name

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City             State       ZIP Code

Country

1/12/2023          $          2,863.36

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.4324 SIGMA ALDRICH -REMIT
Creditor's Name

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City             State       ZIP Code

Country

1/19/2023          $          35.95

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

3.4325  SIGMA ALDRICH -REMIT                1/19/2023      $            89.29
Creditor's Name
- [ ] Secured debt
- [ ] Unsecured loan repayments

PO BOX 535182
Street
- [x] Suppliers or vendors
- [ ] Services

ATLANTA          GA          30353-5182
City              State        ZIP Code
- [ ] Other

Country

3.4326  SIGMA ALDRICH -REMIT                1/19/2023      $           263.09
Creditor's Name
- [ ] Secured debt
- [ ] Unsecured loan repayments

PO BOX 535182
Street
- [x] Suppliers or vendors
- [ ] Services

ATLANTA          GA          30353-5182
City              State        ZIP Code
- [ ] Other

Country

3.4327  SIGMA ALDRICH -REMIT                1/19/2023      $           367.70
Creditor's Name
- [ ] Secured debt
- [ ] Unsecured loan repayments

PO BOX 535182
Street
- [x] Suppliers or vendors
- [ ] Services

ATLANTA          GA          30353-5182
City              State        ZIP Code
- [ ] Other

Country

3.4328  SIGMA ALDRICH -REMIT                1/19/2023      $           405.17
Creditor's Name
- [ ] Secured debt
- [ ] Unsecured loan repayments

PO BOX 535182
Street
- [x] Suppliers or vendors
- [ ] Services

ATLANTA          GA          30353-5182
City              State        ZIP Code
- [ ] Other

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4329  SIGMA ALDRICH -REMIT
Creditor's Name

1/19/2023

$ 669.17

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City                    State            ZIP Code

Country

3.4330  SIGMA ALDRICH -REMIT
Creditor's Name

1/19/2023

$ 697.37

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City                    State            ZIP Code

Country

3.4331  SIGMA ALDRICH -REMIT
Creditor's Name

1/19/2023

$ 872.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City                    State            ZIP Code

Country

3.4332  SIGMA ALDRICH -REMIT
Creditor's Name

1/19/2023

$ 4,008.93

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City                    State            ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.4333** SIGMA ALDRICH -REMIT

Creditor's Name

1/26/2023    $    351.51

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182

Street

ATLANTA    GA    30353-5182

City    State    ZIP Code

Country

**3.4334** SIGMA ALDRICH -REMIT

Creditor's Name

1/26/2023    $    1,072.13

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182

Street

ATLANTA    GA    30353-5182

City    State    ZIP Code

Country

**3.4335** SIGMA ALDRICH -REMIT

Creditor's Name

1/31/2023    $    62.57

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182

Street

ATLANTA    GA    30353-5182

City    State    ZIP Code

Country

**3.4336** SIGMA ALDRICH -REMIT

Creditor's Name

1/31/2023    $    357.38

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182

Street

ATLANTA    GA    30353-5182

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

**3.4337** SIGMA ALDRICH -REMIT
Creditor's Name

1/31/2023

$ 590.92

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182
Street

ATLANTA        GA        30353-5182
City            State      ZIP Code

Country

**3.4338** SIGMA ALDRICH -REMIT
Creditor's Name

1/31/2023

$ 806.01

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182
Street

ATLANTA        GA        30353-5182
City            State      ZIP Code

Country

**3.4339** SIGMA ALDRICH -REMIT
Creditor's Name

1/31/2023

$ 1,640.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182
Street

ATLANTA        GA        30353-5182
City            State      ZIP Code

Country

**3.4340** SIGMA ALDRICH -REMIT
Creditor's Name

2/8/2023

$ 89.94

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182
Street

ATLANTA        GA        30353-5182
City            State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4341 | SIGMA ALDRICH -REMIT | 2/8/2023 | $ 218.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

PO BOX 535182

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ATLANTA          GA          30353-5182

City          State          ZIP Code

Country

| 3.4342 | SIGMA ALDRICH -REMIT | 2/8/2023 | $ 2,096.46 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

PO BOX 535182

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ATLANTA          GA          30353-5182

City          State          ZIP Code

Country

| 3.4343 | SIGMA ALDRICH -REMIT | 2/13/2023 | $ 343.36 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

PO BOX 535182

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ATLANTA          GA          30353-5182

City          State          ZIP Code

Country

| 3.4344 | SIGMA ALDRICH -REMIT | 2/13/2023 | $ 547.47 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

PO BOX 535182

Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ATLANTA          GA          30353-5182

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4345** SIGMA ALDRICH -REMIT
Creditor's Name

2/13/2023

$ 1,197.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 535182
Street

ATLANTA          GA          30353-5182
City          State          ZIP Code

Country

**3.4346** SILLS CUMMIS & GROSS PC
Creditor's Name

11/28/2022

$ 202.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ONE RIVERFRONT PLAZA
Street

ATTN ACCOUNTS RECEIVABLE

NEWARK          NJ          07102
City          State          ZIP Code

Country

**3.4347** SILLS CUMMIS & GROSS PC
Creditor's Name

11/28/2022

$ 270.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ONE RIVERFRONT PLAZA
Street

ATTN ACCOUNTS RECEIVABLE

NEWARK          NJ          07102
City          State          ZIP Code

Country

**3.4348** SILLS CUMMIS & GROSS PC
Creditor's Name

11/28/2022

$ 810.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

ONE RIVERFRONT PLAZA
Street

ATTN ACCOUNTS RECEIVABLE

NEWARK          NJ          07102
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

---

**3.4349** SILLS CUMMIS & GROSS PC

Creditor's Name

11/28/2022    $ 1,957.50

ONE RIVERFRONT PLAZA

Street

ATTN ACCOUNTS RECEIVABLE

NEWARK          NJ          07102
City            State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.4350** SILLS CUMMIS & GROSS PC

Creditor's Name

11/28/2022    $ 2,916.00

ONE RIVERFRONT PLAZA

Street

ATTN ACCOUNTS RECEIVABLE

NEWARK          NJ          07102
City            State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.4351** SILLS CUMMIS & GROSS PC

Creditor's Name

11/28/2022    $ 4,050.00

ONE RIVERFRONT PLAZA

Street

ATTN ACCOUNTS RECEIVABLE

NEWARK          NJ          07102
City            State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

**3.4352** SILLS CUMMIS & GROSS PC

Creditor's Name

11/28/2022    $ 5,044.50

ONE RIVERFRONT PLAZA

Street

ATTN ACCOUNTS RECEIVABLE

NEWARK          NJ          07102
City            State       ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.4353 | SILLS CUMMIS & GROSS PC | 12/27/2022 | $ | 742.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ONE RIVERFRONT PLAZA

☒ Suppliers or vendors

Street

☐ Services

ATTN ACCOUNTS RECEIVABLE

☐ Other

| NEWARK | NJ | 07102 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.4354 | SILLS CUMMIS & GROSS PC | 12/27/2022 | $ | 18,958.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ONE RIVERFRONT PLAZA

☒ Suppliers or vendors

Street

☐ Services

ATTN ACCOUNTS RECEIVABLE

☐ Other

| NEWARK | NJ | 07102 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.4355 | SILLS CUMMIS & GROSS PC | 12/30/2022 | $ | 540.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ONE RIVERFRONT PLAZA

☒ Suppliers or vendors

Street

☐ Services

ATTN ACCOUNTS RECEIVABLE

☐ Other

| NEWARK | NJ | 07102 |
|---|---|---|
| City | State | ZIP Code |

Country

| 3.4356 | SILLS CUMMIS & GROSS PC | 12/30/2022 | $ | 945.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ONE RIVERFRONT PLAZA

☒ Suppliers or vendors

Street

☐ Services

ATTN ACCOUNTS RECEIVABLE

☐ Other

| NEWARK | NJ | 07102 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| 3.4357 | SILLS CUMMIS & GROSS PC | 12/30/2022 | $ | 2,281.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ONE RIVERFRONT PLAZA | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN ACCOUNTS RECEIVABLE | | | | ☐ Other |
| | NEWARK    NJ    07102 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4358 | SILLS CUMMIS & GROSS PC | 12/30/2022 | $ | 13,061.25 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ONE RIVERFRONT PLAZA | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN ACCOUNTS RECEIVABLE | | | | ☐ Other |
| | NEWARK    NJ    07102 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4359 | SILLS CUMMIS & GROSS PC | 2/14/2023 | $ | 14,287.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ONE RIVERFRONT PLAZA | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN ACCOUNTS RECEIVABLE | | | | ☐ Other |
| | NEWARK    NJ    07102 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4360 | SKAN US INC | 1/6/2023 | $ | 4,132.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 7409 ACC BLVD SUITE 200 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | RALEIGH    NC    27617 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4361 | SKAN US INC | 1/6/2023 | $ | 70,936.00 | ☐ Secured debt |
|--------|-------------|----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

7409 ACC BLVD SUITE 200

☒ Suppliers or vendors

Street

☐ Services

☐ Other

RALEIGH    NC    27617

City    State    ZIP Code

Country

| 3.4362 | SKAN US INC | 1/12/2023 | $ | 1,217.46 | ☐ Secured debt |
|--------|-------------|-----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

7409 ACC BLVD SUITE 200

☒ Suppliers or vendors

Street

☐ Services

☐ Other

RALEIGH    NC    27617

City    State    ZIP Code

Country

| 3.4363 | SKAN US INC | 1/19/2023 | $ | 13,711.00 | ☐ Secured debt |
|--------|-------------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

7409 ACC BLVD SUITE 200

☒ Suppliers or vendors

Street

☐ Services

☐ Other

RALEIGH    NC    27617

City    State    ZIP Code

Country

| 3.4364 | SOLARWINDS | 1/26/2023 | $ | 38,211.48 | ☐ Secured debt |
|--------|------------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO Box 730720

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DALLAS    TX    75373-0720

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4365 | SOLVAY USA -REMIT | 11/29/2022 | $ 21,643.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 23424 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60673-1234 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4366 | SOLVAY USA -REMIT | 2/13/2023 | $ 64,929.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 23424 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60673-1234 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4367 | SONITROL CHICAGO & GR LAKES | 1/31/2023 | $ 404.53 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT 9512 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 30516 | | | ☐ Other |
| | LANSING          MI          48909-8016 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4368 | SONITROL CHICAGO & GR LAKES | 1/31/2023 | $ 1,013.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | DEPT 9512 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 30516 | | | ☐ Other |
| | LANSING          MI          48909-8016 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4369** SONITROL CHICAGO & GR LAKES
Creditor's Name

DEPT 9512
Street

PO BOX 30516

LANSING        MI        48909-8016
City        State        ZIP Code

Country

1/31/2023        $        1,742.85

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4370** SONITROL CHICAGO & GR LAKES
Creditor's Name

DEPT 9512
Street

PO BOX 30516

LANSING        MI        48909-8016
City        State        ZIP Code

Country

1/31/2023        $        2,137.29

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4371** SONITROL CHICAGO & GR LAKES
Creditor's Name

DEPT 9512
Street

PO BOX 30516

LANSING        MI        48909-8016
City        State        ZIP Code

Country

1/31/2023        $        5,220.06

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4372** SOTAX
Creditor's Name

2400 COMPUTER DR
Street

WESTBOROUGH        MA        01581
City        State        ZIP Code

Country

12/8/2022        $        37,690.02

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4373 SOTAX
Creditor's Name

2400 COMPUTER DR
Street

WESTBOROUGH    MA    01581
City            State   ZIP Code

Country

1/26/2023    $    4,146.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4374 SOURCE ONE PACKAGING -REMIT
Creditor's Name

STERLING NATIONAL BANK
Street

PO BOX 75359

CHICAGO    IL    60675-5359
City        State  ZIP Code

Country

1/12/2023    $    11,442.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4375 SOURCE ONE PACKAGING -REMIT
Creditor's Name

STERLING NATIONAL BANK
Street

PO BOX 75359

CHICAGO    IL    60675-5359
City        State  ZIP Code

Country

1/31/2023    $    4,476.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4376 SOURCE ONE PACKAGING -REMIT
Creditor's Name

STERLING NATIONAL BANK
Street

PO BOX 75359

CHICAGO    IL    60675-5359
City        State  ZIP Code

Country

1/31/2023    $    6,285.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| 3.4377 | SPACEKRAFT (INT'L PAPER) -REMIT | 11/29/2022 | $ | 4,787.04 | ☐ | Secured debt |
|--------|--------------------------------|-----------|---|----------|---|--------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1689 SOLUTIONS CENTER | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | BOX 771689 | | | | ☐ | Other |
| | CHICAGO    IL    60677-1006 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4378 | SPACEKRAFT (INT'L PAPER) -REMIT | 1/6/2023 | $ | 4,787.04 | ☐ | Secured debt |
|--------|--------------------------------|----------|---|----------|---|--------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1689 SOLUTIONS CENTER | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | BOX 771689 | | | | ☐ | Other |
| | CHICAGO    IL    60677-1006 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4379 | SPACEKRAFT (INT'L PAPER) -REMIT | 1/6/2023 | $ | 4,944.96 | ☐ | Secured debt |
|--------|--------------------------------|----------|---|----------|---|--------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1689 SOLUTIONS CENTER | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | BOX 771689 | | | | ☐ | Other |
| | CHICAGO    IL    60677-1006 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4380 | SPECGX -REMIT | 12/8/2022 | $ | 2,070.73 | ☐ | Secured debt |
|--------|---------------|-----------|---|----------|---|--------------|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 3542 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CAROL STREAM    IL    60132-3542 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

**3.4381**  SPECGX -REMIT — 2/13/2023 — $ 14,956.93
Creditor's Name

PO BOX 3542
Street

CAROL STREAM    IL    60132-3542
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4382**  SPECTRUM CHEMICAL -REMIT — 11/29/2022 — $ 97.89
Creditor's Name

PO BOX 740894
Street

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4383**  SPECTRUM CHEMICAL -REMIT — 11/29/2022 — $ 256.92
Creditor's Name

PO BOX 740894
Street

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4384**  SPECTRUM CHEMICAL -REMIT — 11/29/2022 — $ 360.91
Creditor's Name

PO BOX 740894
Street

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

---

3.4385 SPECTRUM CHEMICAL -REMIT
Creditor's Name

PO BOX 740894
Street

LOS ANGELES          CA          90074-0894
City                          State          ZIP Code

Country

11/29/2022          $          367.60

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

3.4386 SPECTRUM CHEMICAL -REMIT
Creditor's Name

PO BOX 740894
Street

LOS ANGELES          CA          90074-0894
City                          State          ZIP Code

Country

11/29/2022          $          436.37

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

3.4387 SPECTRUM CHEMICAL -REMIT
Creditor's Name

PO BOX 740894
Street

LOS ANGELES          CA          90074-0894
City                          State          ZIP Code

Country

11/29/2022          $          824.17

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

3.4388 SPECTRUM CHEMICAL -REMIT
Creditor's Name

PO BOX 740894
Street

LOS ANGELES          CA          90074-0894
City                          State          ZIP Code

Country

11/29/2022          $          839.27

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4389 | SPECTRUM CHEMICAL -REMIT | 11/29/2022 | $ | 3,764.48 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 740894

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

| 3.4390 | SPECTRUM CHEMICAL -REMIT | 1/6/2023 | $ | (2,332.80) | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 740894

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

| 3.4391 | SPECTRUM CHEMICAL -REMIT | 1/6/2023 | $ | (834.24) | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 740894

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

| 3.4392 | SPECTRUM CHEMICAL -REMIT | 1/6/2023 | $ | 63.93 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 740894

☒ Suppliers or vendors

Street

☐ Services

☐ Other

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4393  SPECTRUM CHEMICAL -REMIT
Creditor's Name

PO BOX 740894
Street

LOS ANGELES        CA        90074-0894
City                State        ZIP Code

Country

1/6/2023        $        98.73

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4394  SPECTRUM CHEMICAL -REMIT
Creditor's Name

PO BOX 740894
Street

LOS ANGELES        CA        90074-0894
City                State        ZIP Code

Country

1/6/2023        $        100.24

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4395  SPECTRUM CHEMICAL -REMIT
Creditor's Name

PO BOX 740894
Street

LOS ANGELES        CA        90074-0894
City                State        ZIP Code

Country

1/6/2023        $        114.37

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4396  SPECTRUM CHEMICAL -REMIT
Creditor's Name

PO BOX 740894
Street

LOS ANGELES        CA        90074-0894
City                State        ZIP Code

Country

1/6/2023        $        132.47

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

3.4397  SPECTRUM CHEMICAL -REMIT
Creditor's Name

1/6/2023    $    137.58

PO BOX 740894
Street

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4398  SPECTRUM CHEMICAL -REMIT
Creditor's Name

1/6/2023    $    167.98

PO BOX 740894
Street

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4399  SPECTRUM CHEMICAL -REMIT
Creditor's Name

1/6/2023    $    229.42

PO BOX 740894
Street

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4400  SPECTRUM CHEMICAL -REMIT
Creditor's Name

1/6/2023    $    265.72

PO BOX 740894
Street

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

3.4401  SPECTRUM CHEMICAL -REMIT

Creditor's Name

1/6/2023

$ 299.33

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 740894

Street

LOS ANGELES    CA    90074-0894

City    State    ZIP Code

Country

3.4402  SPECTRUM CHEMICAL -REMIT

Creditor's Name

1/6/2023

$ 366.45

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 740894

Street

LOS ANGELES    CA    90074-0894

City    State    ZIP Code

Country

3.4403  SPECTRUM CHEMICAL -REMIT

Creditor's Name

1/6/2023

$ 459.13

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 740894

Street

LOS ANGELES    CA    90074-0894

City    State    ZIP Code

Country

3.4404  SPECTRUM CHEMICAL -REMIT

Creditor's Name

1/6/2023

$ 468.07

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 740894

Street

LOS ANGELES    CA    90074-0894

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4405  SPECTRUM CHEMICAL -REMIT    1/6/2023    $    517.70
Creditor's Name

PO BOX 740894
Street

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4406  SPECTRUM CHEMICAL -REMIT    1/6/2023    $    1,856.72
Creditor's Name

PO BOX 740894
Street

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4407  SPECTRUM CHEMICAL -REMIT    1/6/2023    $    3,664.10
Creditor's Name

PO BOX 740894
Street

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4408  SPECTRUM CHEMICAL -REMIT    1/12/2023    $    138.08
Creditor's Name

PO BOX 740894
Street

LOS ANGELES    CA    90074-0894
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | |
|---|---|---|---|
| 3.4409 SPECTRUM CHEMICAL -REMIT | 1/12/2023 | $ 190.98 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 740894 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| LOS ANGELES     CA     90074-0894 | | | |
| City     State     ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.4410 SPECTRUM CHEMICAL -REMIT | 1/12/2023 | $ 209.42 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 740894 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| LOS ANGELES     CA     90074-0894 | | | |
| City     State     ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.4411 SPECTRUM CHEMICAL -REMIT | 1/12/2023 | $ 260.38 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 740894 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| LOS ANGELES     CA     90074-0894 | | | |
| City     State     ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.4412 SPECTRUM CHEMICAL -REMIT | 1/19/2023 | $ 68.85 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 740894 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| LOS ANGELES     CA     90074-0894 | | | |
| City     State     ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

---

3.4413  SPECTRUM CHEMICAL -REMIT

Creditor's Name

PO BOX 740894

Street

LOS ANGELES        CA        90074-0894

City        State        ZIP Code

Country

1/19/2023        $        305.85

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4414  SPECTRUM CHEMICAL -REMIT

Creditor's Name

PO BOX 740894

Street

LOS ANGELES        CA        90074-0894

City        State        ZIP Code

Country

1/19/2023        $        436.30

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4415  SPECTRUM CHEMICAL -REMIT

Creditor's Name

PO BOX 740894

Street

LOS ANGELES        CA        90074-0894

City        State        ZIP Code

Country

1/19/2023        $        579.46

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4416  SPECTRUM CHEMICAL -REMIT

Creditor's Name

PO BOX 740894

Street

LOS ANGELES        CA        90074-0894

City        State        ZIP Code

Country

1/31/2023        $        441.47

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

---

3.4417  SPECTRUM CHEMICAL -REMIT

Creditor's Name

PO BOX 740894

Street

LOS ANGELES          CA          90074-0894

City          State          ZIP Code

Country

2/13/2023          $          71.11

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4418  SPECTRUM CHEMICAL -REMIT

Creditor's Name

PO BOX 740894

Street

LOS ANGELES          CA          90074-0894

City          State          ZIP Code

Country

2/13/2023          $          323.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4419  SPECTRUM CHEMICAL -REMIT

Creditor's Name

PO BOX 740894

Street

LOS ANGELES          CA          90074-0894

City          State          ZIP Code

Country

2/13/2023          $          455.48

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4420  SPECTRUM CHEMICAL -REMIT

Creditor's Name

PO BOX 740894

Street

LOS ANGELES          CA          90074-0894

City          State          ZIP Code

Country

2/13/2023          $          1,050.13

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4421 | SPECTRUM CHEMICAL -REMIT | 2/13/2023 | $ 1,188.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 740894 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LOS ANGELES    CA    90074-0894 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4422 | SPECTRUM CHEMICAL -REMIT | 2/13/2023 | $ 2,552.69 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 740894 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | LOS ANGELES    CA    90074-0894 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4423 | SST CORPORATION | 1/12/2023 | $ 60,578.03 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 55 LANE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | SUITE 450 | | | ☐ Other |
| | FAIRFIELD    NJ    07004 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4424 | SST CORPORATION | 1/12/2023 | $ 521,493.94 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 55 LANE ROAD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | SUITE 450 | | | ☐ Other |
| | FAIRFIELD    NJ    07004 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4425 | STANDARD & POORS RATINGS SERVICES LLC | 1/6/2023 | $ | 83,000.00 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

2542 COLLECTION CENTER DR

Street

☒ Suppliers or vendors

☐ Services

| CHICAGO | IL | 60393 |
|---|---|---|

City    State    ZIP Code

☐ Other

Country

| 3.4426 | STANTEC | 11/29/2022 | $ | 27,775.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13980 COLLECTIONS CENTER DR

Street

☒ Suppliers or vendors

☐ Services

| CHICAGO | IL | 60693 |
|---|---|---|

City    State    ZIP Code

☐ Other

Country

| 3.4427 | STANTEC | 1/12/2023 | $ | 4,560.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

13980 COLLECTIONS CENTER DR

Street

☒ Suppliers or vendors

☐ Services

| CHICAGO | IL | 60693 |
|---|---|---|

City    State    ZIP Code

☐ Other

Country

| 3.4428 | STAUFFER GLOVE & SAFETY | 1/19/2023 | $ | 11,131.57 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 45

Street

☒ Suppliers or vendors

☐ Services

| RED HILL | PA | 18076-0045 |
|---|---|---|

City    State    ZIP Code

☐ Other

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4429 | STERIGENICS GAMMA -REMIT | 11/29/2022 | $ 1,728.24 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 37244 EAGLE WAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60678-1372 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4430 | STERIGENICS GAMMA -REMIT | 11/29/2022 | $ 3,953.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 37244 EAGLE WAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60678-1372 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4431 | STERIGENICS GAMMA -REMIT | 11/29/2022 | $ 8,751.30 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 37244 EAGLE WAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60678-1372 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4432 | STERIGENICS GAMMA -REMIT | 12/8/2022 | $ 1,714.12 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 37244 EAGLE WAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60678-1372 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4433 STERIGENICS GAMMA -REMIT | 12/15/2022 | $ | 1,714.12 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 37244 EAGLE WAY | | | | ☑ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CHICAGO    IL    60678-1372 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.4434 STERIGENICS GAMMA -REMIT | 12/15/2022 | $ | 1,721.18 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 37244 EAGLE WAY | | | | ☑ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CHICAGO    IL    60678-1372 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.4435 STERIGENICS GAMMA -REMIT | 12/15/2022 | $ | 1,721.18 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 37244 EAGLE WAY | | | | ☑ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CHICAGO    IL    60678-1372 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.4436 STERIGENICS GAMMA -REMIT | 12/15/2022 | $ | 1,735.30 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 37244 EAGLE WAY | | | | ☑ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| CHICAGO    IL    60678-1372 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4437 | STERIGENICS GAMMA -REMIT | 12/22/2022 | $ | 1,700.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 37244 EAGLE WAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60678-1372 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4438 | STERIGENICS GAMMA -REMIT | 12/22/2022 | $ | 1,700.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 37244 EAGLE WAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60678-1372 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4439 | STERIGENICS GAMMA -REMIT | 12/22/2022 | $ | 1,700.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 37244 EAGLE WAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60678-1372 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4440 | STERIGENICS GAMMA -REMIT | 12/22/2022 | $ | 1,700.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 37244 EAGLE WAY | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60678-1372 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4441 | STERIGENICS GAMMA -REMIT | 12/22/2022 | $ 1,700.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 37244 EAGLE WAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60678-1372 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4442 | STERIGENICS GAMMA -REMIT | 12/22/2022 | $ 1,714.12 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 37244 EAGLE WAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60678-1372 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4443 | STERIGENICS GAMMA -REMIT | 12/29/2022 | $ 22,183.82 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 37244 EAGLE WAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60678-1372 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4444 | STERIGENICS GAMMA -REMIT | 1/6/2023 | $ 2,794.19 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 37244 EAGLE WAY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60678-1372 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4445 | STERIGENICS GAMMA -REMIT<br>Creditor's Name | 1/6/2023 | $ 2,794.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 37244 EAGLE WAY<br>Street | | | |
| | CHICAGO    IL    60678-1372<br>City    State    ZIP Code | | | |
| | Country | | | |
| 3.4446 | STERIGENICS GAMMA -REMIT<br>Creditor's Name | 1/12/2023 | $ 1,714.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 37244 EAGLE WAY<br>Street | | | |
| | CHICAGO    IL    60678-1372<br>City    State    ZIP Code | | | |
| | Country | | | |
| 3.4447 | STERIGENICS GAMMA -REMIT<br>Creditor's Name | 1/12/2023 | $ 6,178.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 37244 EAGLE WAY<br>Street | | | |
| | CHICAGO    IL    60678-1372<br>City    State    ZIP Code | | | |
| | Country | | | |
| 3.4448 | STERIGENICS GAMMA -REMIT<br>Creditor's Name | 1/26/2023 | $ 1,721.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | 37244 EAGLE WAY<br>Street | | | |
| | CHICAGO    IL    60678-1372<br>City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | |
|---|---|---|---|
| 3.4449 STERIGENICS GAMMA -REMIT | 1/26/2023 | $ 2,189.59 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 37244 EAGLE WAY | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| CHICAGO          IL          60678-1372 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.4450 STERIGENICS GAMMA -REMIT | 2/13/2023 | $ 2,203.71 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 37244 EAGLE WAY | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| CHICAGO          IL          60678-1372 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.4451 STERIGENICS GAMMA -REMIT | 2/13/2023 | $ 4,393.30 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 37244 EAGLE WAY | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| CHICAGO          IL          60678-1372 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.4452 STERIGENICS LAB -REMIT | 12/29/2022 | $ 18,772.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| PO BOX 93178 | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| CHICAGO          IL          60673-3178 | | | |
| City          State          ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.4453** STERILINE NORTH AMERICA INC

Creditor's Name

1/12/2023    $    2,134.40

872 - 62ND ST CIR EAST  #105

Street

BRADENTON    FL    34208

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.4454** STERILINE NORTH AMERICA INC

Creditor's Name

1/12/2023    $    3,159.94

872 - 62ND ST CIR EAST  #105

Street

BRADENTON    FL    34208

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.4455** STERILINE NORTH AMERICA INC

Creditor's Name

1/12/2023    $    15,644.70

872 - 62ND ST CIR EAST  #105

Street

BRADENTON    FL    34208

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.4456** STERILINE NORTH AMERICA INC

Creditor's Name

1/12/2023    $    27,852.83

872 - 62ND ST CIR EAST  #105

Street

BRADENTON    FL    34208

City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.4457  STERIS & ISOMEDIX -REMIT    11/29/2022    $    4,474.29
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

LOCKBOX # 771652
Street

☒ Suppliers or vendors
☐ Services

1652 SOLUTION CENTER

☐ Other

CHICAGO    IL    60677-1006
City    State    ZIP Code

Country

3.4458  STERIS & ISOMEDIX -REMIT    11/29/2022    $    10,056.49
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

LOCKBOX # 771652
Street

☒ Suppliers or vendors
☐ Services

1652 SOLUTION CENTER

☐ Other

CHICAGO    IL    60677-1006
City    State    ZIP Code

Country

3.4459  STERIS & ISOMEDIX -REMIT    11/29/2022    $    13,252.94
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

LOCKBOX # 771652
Street

☒ Suppliers or vendors
☐ Services

1652 SOLUTION CENTER

☐ Other

CHICAGO    IL    60677-1006
City    State    ZIP Code

Country

3.4460  STERIS & ISOMEDIX -REMIT    1/6/2023    $    2,049.08
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

LOCKBOX # 771652
Street

☒ Suppliers or vendors
☐ Services

1652 SOLUTION CENTER

☐ Other

CHICAGO    IL    60677-1006
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4461 | STERIS & ISOMEDIX -REMIT | 1/6/2023 | $ | 2,623.55 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

LOCKBOX # 771652

☒ Suppliers or vendors

Street

☐ Services

1652 SOLUTION CENTER

☐ Other

CHICAGO          IL          60677-1006

City          State          ZIP Code

Country

| 3.4462 | STERIS & ISOMEDIX -REMIT | 1/6/2023 | $ | 4,344.62 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

LOCKBOX # 771652

☒ Suppliers or vendors

Street

☐ Services

1652 SOLUTION CENTER

☐ Other

CHICAGO          IL          60677-1006

City          State          ZIP Code

Country

| 3.4463 | STERIS & ISOMEDIX -REMIT | 1/6/2023 | $ | 8,850.43 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

LOCKBOX # 771652

☒ Suppliers or vendors

Street

☐ Services

1652 SOLUTION CENTER

☐ Other

CHICAGO          IL          60677-1006

City          State          ZIP Code

Country

| 3.4464 | STERIS & ISOMEDIX -REMIT | 1/6/2023 | $ | 8,850.43 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

LOCKBOX # 771652

☒ Suppliers or vendors

Street

☐ Services

1652 SOLUTION CENTER

☐ Other

CHICAGO          IL          60677-1006

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4465 | STERIS & ISOMEDIX -REMIT | 1/12/2023 | $ 2,624.09 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | LOCKBOX # 771652 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 1652 SOLUTION CENTER | | | ☐ Other |
| | CHICAGO          IL          60677-1006 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4466 | STERIS & ISOMEDIX -REMIT | 1/31/2023 | $ 3,974.28 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | LOCKBOX # 771652 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 1652 SOLUTION CENTER | | | ☐ Other |
| | CHICAGO          IL          60677-1006 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4467 | STERIS & ISOMEDIX -REMIT | 1/31/2023 | $ 15,040.69 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | LOCKBOX # 771652 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 1652 SOLUTION CENTER | | | ☐ Other |
| | CHICAGO          IL          60677-1006 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4468 | STERIS & ISOMEDIX -REMIT | 2/13/2023 | $ 4,744.96 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | LOCKBOX # 771652 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | 1652 SOLUTION CENTER | | | ☐ Other |
| | CHICAGO          IL          60677-1006 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.4469 | STERIS & ISOMEDIX -REMIT | 2/13/2023 | $ 4,744.96 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | LOCKBOX # 771652 | | | ☑ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | 1652 SOLUTION CENTER | | | ☐ | Other |
| | CHICAGO       IL       60677-1006 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4470 | STIRA PHARMACEUTICALS LLC | 1/31/2023 | $ 200,000.00 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 161 DWIGHT PLACE | | | ☑ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | FAIRFIELD       NJ       07004 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4471 | SUEZ WTS -REMIT | 11/29/2022 | $ 16,009.00 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 13256 COLLECTIONS CENTER DRIVE | | | ☑ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO       IL       60693 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4472 | SUEZ WTS -REMIT | 12/22/2022 | $ 116.80 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 13256 COLLECTIONS CENTER DRIVE | | | ☑ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | CHICAGO       IL       60693 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 3.4473 | SUEZ WTS -REMIT | 12/22/2022 | $ 550.48 |

Creditor's Name

13256 COLLECTIONS CENTER DRIVE
Street

CHICAGO          IL          60693
City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | |
|---|---|---|---|
| 3.4474 | SUEZ WTS -REMIT | 12/22/2022 | $ 6,694.25 |

Creditor's Name

13256 COLLECTIONS CENTER DRIVE
Street

CHICAGO          IL          60693
City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | |
|---|---|---|---|
| 3.4475 | SUEZ WTS -REMIT | 1/12/2023 | $ 1,760.49 |

Creditor's Name

13256 COLLECTIONS CENTER DRIVE
Street

CHICAGO          IL          60693
City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | |
|---|---|---|---|
| 3.4476 | SUPPLYONE PHILADELPHIA INC | 12/8/2022 | $ (2,442.26) |

Creditor's Name

1090 THOMAS BUSCH MEMORIAL HWY
Street

PENNSAUKEN          NJ          08110
City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4477 | SUPPLYONE PHILADELPHIA INC | 12/8/2022 | $ 3,360.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1090 THOMAS BUSCH MEMORIAL HWY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PENNSAUKEN   NJ   08110 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4478 | SUPPLYONE PHILADELPHIA INC | 12/8/2022 | $ 4,273.21 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1090 THOMAS BUSCH MEMORIAL HWY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PENNSAUKEN   NJ   08110 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4479 | SUPPLYONE PHILADELPHIA INC | 2/8/2023 | $ 2,912.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 1090 THOMAS BUSCH MEMORIAL HWY | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PENNSAUKEN   NJ   08110 | | | |
| | City   State   ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4480 | SWISS CAP AG | 11/30/2022 | $ 22,051.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | Dr. Christian Luftensteiner | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | Husenstrasse 35 | | | ☐ Other |
| | Kirchberg   SG   9533 | | | |
| | City   State   ZIP Code | | | |
| | Switzerland | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | |
|---|---|---|---|
| 3.4481 | SYNEOS HEALTH CONSULTING (WAS INVENTIV) | 11/29/2022 | $ 160.55 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 80368
Street

RALEIGH        NC        27263
City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4482 | SYNEOS HEALTH CONSULTING (WAS INVENTIV) | 12/8/2022 | $ 574.61 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 80368
Street

RALEIGH        NC        27263
City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4483 | SYNEOS HEALTH CONSULTING (WAS INVENTIV) | 12/8/2022 | $ 20,453.23 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 80368
Street

RALEIGH        NC        27263
City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4484 | SYNEOS HEALTH CONSULTING (WAS INVENTIV) | 1/6/2023 | $ 32.70 |
| | Creditor's Name | | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 80368
Street

RALEIGH        NC        27263
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4485 | SYNEOS HEALTH CONSULTING (WAS INVENTIV) | 1/6/2023 | $ 37.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 80368 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | RALEIGH  NC  27263 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4486 | SYNEOS HEALTH CONSULTING (WAS INVENTIV) | 1/6/2023 | $ 155.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 80368 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | RALEIGH  NC  27263 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4487 | SYNEOS HEALTH CONSULTING (WAS INVENTIV) | 1/6/2023 | $ 157.32 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 80368 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | RALEIGH  NC  27263 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4488 | SYNEOS HEALTH CONSULTING (WAS INVENTIV) | 1/6/2023 | $ 942.96 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 80368 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | RALEIGH  NC  27263 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4489 | SYNEOS HEALTH CONSULTING (WAS INVENTIV)<br>Creditor's Name | 1/6/2023 | $ 20,147.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

PO BOX 80368
Street

RALEIGH    NC    27263
City        State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.4490 | SYNEOS HEALTH CONSULTING (WAS INVENTIV)<br>Creditor's Name | 1/6/2023 | $ 89,382.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

PO BOX 80368
Street

RALEIGH    NC    27263
City        State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.4491 | SYNEOS HEALTH CONSULTING (WAS INVENTIV)<br>Creditor's Name | 1/6/2023 | $ 92,045.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

PO BOX 80368
Street

RALEIGH    NC    27263
City        State    ZIP Code

Country

| | | | | |
|---|---|---|---|---|
| 3.4492 | SYNEOS HEALTH CONSULTING (WAS INVENTIV)<br>Creditor's Name | 2/13/2023 | $ (174.13) | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

PO BOX 80368
Street

RALEIGH    NC    27263
City        State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.4493** SYNEOS HEALTH CONSULTING (WAS INVENTIV)

Creditor's Name

2/13/2023        $             27.09

☐ Secured debt

☐ Unsecured loan repayments

PO BOX 80368

Street

☒ Suppliers or vendors

☐ Services

☐ Other

RALEIGH        NC        27263

City        State        ZIP Code

Country

**3.4494** SYNEOS HEALTH CONSULTING (WAS INVENTIV)

Creditor's Name

2/13/2023        $            159.84

☐ Secured debt

☐ Unsecured loan repayments

PO BOX 80368

Street

☒ Suppliers or vendors

☐ Services

☐ Other

RALEIGH        NC        27263

City        State        ZIP Code

Country

**3.4495** SYNEOS HEALTH CONSULTING (WAS INVENTIV)

Creditor's Name

2/13/2023        $            167.52

☐ Secured debt

☐ Unsecured loan repayments

PO BOX 80368

Street

☒ Suppliers or vendors

☐ Services

☐ Other

RALEIGH        NC        27263

City        State        ZIP Code

Country

**3.4496** SYNEOS HEALTH CONSULTING (WAS INVENTIV)

Creditor's Name

2/13/2023        $            317.83

☐ Secured debt

☐ Unsecured loan repayments

PO BOX 80368

Street

☒ Suppliers or vendors

☐ Services

☐ Other

RALEIGH        NC        27263

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | |
|---|---|---|---|
| 3.4497 | SYNEOS HEALTH CONSULTING (WAS INVENTIV) | 2/13/2023 | $ 20,382.01 |

Creditor's Name

PO BOX 80368

Street

RALEIGH  NC  27263

City  State  ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | |
|---|---|---|---|
| 3.4498 | SYNEOS HEALTH CONSULTING (WAS INVENTIV) | 2/13/2023 | $ 139,649.83 |

Creditor's Name

PO BOX 80368

Street

RALEIGH  NC  27263

City  State  ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | |
|---|---|---|---|
| 3.4499 | SYNTEGON PHARMA TECHNOLOGY FORMER R BOSC | 11/29/2022 | $ 14,586.40 |

Creditor's Name

PO BOX 74889

Street

CHICAGO  IL  60694-4889

City  State  ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | |
|---|---|---|---|
| 3.4500 | SYNTEGON -WAS BOSCH PKG | 1/31/2023 | $ 7,398.46 |

Creditor's Name

36809 TREASURY CENTER

Street

CHICAGO  IL  60694-6800

City  State  ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4501** SYNTEGON -WAS BOSCH PKG
Creditor's Name

1/31/2023    $    10,716.16

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

36809 TREASURY CENTER
Street

CHICAGO    IL    60694-6800
City    State    ZIP Code

Country

**3.4502** SYNTEGON -WAS BOSCH PKG
Creditor's Name

1/31/2023    $    11,644.37

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

36809 TREASURY CENTER
Street

CHICAGO    IL    60694-6800
City    State    ZIP Code

Country

**3.4503** SYNTEGON -WAS BOSCH PKG
Creditor's Name

1/31/2023    $    17,102.14

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

36809 TREASURY CENTER
Street

CHICAGO    IL    60694-6800
City    State    ZIP Code

Country

**3.4504** SYNTEGON -WAS BOSCH PKG
Creditor's Name

2/13/2023    $    236.70

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

36809 TREASURY CENTER
Street

CHICAGO    IL    60694-6800
City    State    ZIP Code

Country

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4505 | SYSTEM ONE HOLDINGS LLC ( FORMER JOULE) | 11/29/2022 | $    14,133.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 644722 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-4722 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4506 | SYSTEM ONE HOLDINGS LLC ( FORMER JOULE) | 11/29/2022 | $    14,139.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 644722 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-4722 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4507 | SYSTEM ONE HOLDINGS LLC ( FORMER JOULE) | 12/8/2022 | $    7.06 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 644722 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-4722 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4508 | SYSTEM ONE HOLDINGS LLC ( FORMER JOULE) | 12/8/2022 | $    8,904.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 644722 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-4722 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | |
|---|---|---|---|
| 3.4509 | SYSTEM ONE HOLDINGS LLC ( FORMER JOULE) | 1/26/2023 | $ 8,947.20 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 644722
Street

PITTSBURGH        PA        15264-4722
City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4510 | TARISHI JHA | 12/8/2022 | $ 16,758.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Address On File
Street

City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4511 | TARISHI JHA | 12/15/2022 | $ 17,640.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Address On File
Street

City        State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4512 | TARISHI JHA | 1/6/2023 | $ 15,876.00 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Address On File
Street

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4513 | TARISHI JHA | 2/8/2023 | $ | 5,292.00 | ☐ Secured debt |
|--------|-------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Address On File

☒ Suppliers or vendors

Street

☐ Services

☐ Other

City          State          ZIP Code

Country

| 3.4514 | TARISHI JHA | 2/8/2023 | $ | 5,480.00 | ☐ Secured debt |
|--------|-------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Address On File

☒ Suppliers or vendors

Street

☐ Services

☐ Other

City          State          ZIP Code

Country

| 3.4515 | TARISHI JHA | 2/8/2023 | $ | 15,876.00 | ☐ Secured debt |
|--------|-------------|----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Address On File

☒ Suppliers or vendors

Street

☐ Services

☐ Other

City          State          ZIP Code

Country

| 3.4516 | Tarishi Jha | 2/22/2023 | $ | 10,033.51 | ☐ Secured debt |
|--------|-------------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

Address On File

☒ Suppliers or vendors

Street

☐ Services

☐ Other

City          State          ZIP Code

Country

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    Page 1131

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4517** TATE & LYLE SOLUTIONS DIRECT -REMIT
Creditor's Name

11/29/2022    $    97,971.16

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 102468
Street

PASADENA        CA        91189-2468
City        State        ZIP Code

Country

**3.4518** TAYLOR MADE LANDSCAPING
Creditor's Name

1/19/2023    $    1,452.40

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

1792 N RT 121
Street

DECATUR        IL        62526
City        State        ZIP Code

Country

**3.4519** TAYLOR MADE LANDSCAPING
Creditor's Name

1/19/2023    $    1,814.58

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

1792 N RT 121
Street

DECATUR        IL        62526
City        State        ZIP Code

Country

**3.4520** TAYLOR MADE LANDSCAPING
Creditor's Name

1/19/2023    $    1,825.50

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

1792 N RT 121
Street

DECATUR        IL        62526
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4521 | TAYLOR MADE LANDSCAPING | 1/19/2023 | $ | 3,923.81 |
|---|---|---|---|---|

Creditor's Name

1792 N RT 121
Street

| DECATUR | IL | 62526 |
|---|---|---|

City            State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.4522 | TERGUS PHARMA | 11/29/2022 | $ | 2,700.00 |
|---|---|---|---|---|

Creditor's Name

4018 STIRRUP CREEK DRIVE
Street

| DURHAM | NC | 27703 |
|---|---|---|

City            State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.4523 | TERGUS PHARMA | 1/12/2023 | $ | (7,200.00) |
|---|---|---|---|---|

Creditor's Name

4018 STIRRUP CREEK DRIVE
Street

| DURHAM | NC | 27703 |
|---|---|---|

City            State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| 3.4524 | TERGUS PHARMA | 1/12/2023 | $ | (4,800.00) |
|---|---|---|---|---|

Creditor's Name

4018 STIRRUP CREEK DRIVE
Street

| DURHAM | NC | 27703 |
|---|---|---|

City            State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4525 | TERGUS PHARMA | 1/12/2023 | $ | 456.87 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4018 STIRRUP CREEK DRIVE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DURHAM    NC    27703 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4526 | TERGUS PHARMA | 1/12/2023 | $ | 2,839.67 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4018 STIRRUP CREEK DRIVE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DURHAM    NC    27703 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4527 | TERGUS PHARMA | 1/12/2023 | $ | 9,600.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4018 STIRRUP CREEK DRIVE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DURHAM    NC    27703 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4528 | TERGUS PHARMA | 1/12/2023 | $ | 14,400.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4018 STIRRUP CREEK DRIVE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DURHAM    NC    27703 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4529 | TERGUS PHARMA | 1/12/2023 | $ 16,200.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 4018 STIRRUP CREEK DRIVE | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DURHAM    NC    27703 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.4530 | TEVA API INC -REMIT | 12/29/2022 | $ 576,000.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 412310 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOSTON    MA    02241-2310 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.4531 | TEVA API INC -REMIT | 1/5/2023 | $ 341,775.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 412310 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOSTON    MA    02241-2310 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.4532 | TEVA API INC -REMIT | 1/26/2023 | $ 51,750.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 412310 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BOSTON    MA    02241-2310 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4533** TEVA API INC -REMIT

Creditor's Name

1/26/2023     $     70,378.80

PO BOX 412310

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

BOSTON     MA     02241-2310

City     State     ZIP Code

Country

**3.4534** TEVA API INC -REMIT

Creditor's Name

2/13/2023     $     341,250.00

PO BOX 412310

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

BOSTON     MA     02241-2310

City     State     ZIP Code

Country

**3.4535** TEVA API INC -REMIT

Creditor's Name

2/13/2023     $     576,000.00

PO BOX 412310

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

BOSTON     MA     02241-2310

City     State     ZIP Code

Country

**3.4536** THE HARTFORD

Creditor's Name

12/30/2022     $     70.00

PO BOX 660916

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

DALLAS     TX     75266-0916

City     State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4537 | THE HARTFORD | 12/30/2022 | $        548,245.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 660916 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DALLAS        TX        75266-0916 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4538 | THE TRAINING CENTER GROUP LLC | 2/13/2023 | $        6,048.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 113 MONMOUTH RD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | SUITE 1 | | | ☐ Other |
| | WRIGHTSTOWN        NJ        08562 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4539 | THE TRAINING CENTER GROUP LLC | 2/13/2023 | $        6,730.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 113 MONMOUTH RD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | SUITE 1 | | | ☐ Other |
| | WRIGHTSTOWN        NJ        08562 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4540 | THE TRAINING CENTER GROUP LLC | 2/13/2023 | $        9,744.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 113 MONMOUTH RD | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | SUITE 1 | | | ☐ Other |
| | WRIGHTSTOWN        NJ        08562 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4541  THE TRAINING CENTER GROUP LLC — Creditor's Name

2/13/2023

$ 25,627.50

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

113 MONMOUTH RD — Street

SUITE 1

WRIGHTSTOWN — City    NJ — State    08562 — ZIP Code

Country

3.4542  THE TRAINING CENTER GROUP LLC — Creditor's Name

2/13/2023

$ 30,240.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

113 MONMOUTH RD — Street

SUITE 1

WRIGHTSTOWN — City    NJ — State    08562 — ZIP Code

Country

3.4543  THERMO ELECTRON NA -REMIT — Creditor's Name

12/8/2022

$ 1,095.92

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PO BOX 742775 — Street

ATLANTA — City    GA — State    30374-2775 — ZIP Code

Country

3.4544  THERMO ELECTRON NA -REMIT — Creditor's Name

12/8/2022

$ 4,047.91

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PO BOX 742775 — Street

ATLANTA — City    GA — State    30374-2775 — ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.4545 | THERMO ELECTRON NA -REMIT | 1/12/2023 | $ | 629.92 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 742775 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ATLANTA    GA    30374-2775 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4546 | THERMO ELECTRON NA -REMIT | 1/12/2023 | $ | 3,538.47 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 742775 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ATLANTA    GA    30374-2775 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4547 | THERMO ELECTRON NA -REMIT | 1/12/2023 | $ | 4,669.52 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 742775 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ATLANTA    GA    30374-2775 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4548 | THERMO ELECTRON NA -REMIT | 1/31/2023 | $ | 1,095.92 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 742775 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ATLANTA    GA    30374-2775 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| 3.4549 | THERMO ELECTRON NA -REMIT | 1/31/2023 | $ | 3,203.68 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 742775 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ATLANTA    GA    30374-2775 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4550 | THORNTON WELDING | 11/29/2022 | $ | 828.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4350 RT 48 NORTH | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 3155 | | | | ☐ Other |
| | DECATUR    IL    62524 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4551 | THORNTON WELDING | 12/8/2022 | $ | 2,500.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4350 RT 48 NORTH | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 3155 | | | | ☐ Other |
| | DECATUR    IL    62524 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4552 | THORNTON WELDING | 1/19/2023 | $ | 1,891.58 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 4350 RT 48 NORTH | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 3155 | | | | ☐ Other |
| | DECATUR    IL    62524 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

| | Name | | | |
|---|---|---|---|---|

3.4553  THORNTON WELDING
Creditor's Name

4350 RT 48 NORTH
Street

PO BOX 3155

DECATUR          IL          62524
City          State          ZIP Code

Country

1/19/2023          $          2,813.75

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4554  TIEFENBACHER API & INGREDIENTS -R&D ONLY
Creditor's Name

VAN-DER SMISSEN S-STRASSE 1-2
Street

HAMBURG          22767
City          State          ZIP Code

GERMANY
Country

1/19/2023          $          764.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4555  TIEFENBACHER API & INGREDIENTS -R&D ONLY
Creditor's Name

VAN-DER SMISSEN S-STRASSE 1-2
Street

HAMBURG          22767
City          State          ZIP Code

GERMANY
Country

1/19/2023          $          8,624.84

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4556  TIEFENBACHER API & INGREDIENTS -R&D ONLY
Creditor's Name

VAN-DER SMISSEN S-STRASSE 1-2
Street

HAMBURG          22767
City          State          ZIP Code

GERMANY
Country

2/7/2023          $          1,996.19

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| | | | |
|---|---|---|---|
| 3.4557 | TIEFENBACHER API & INGREDIENTS -R&D ONLY | 2/7/2023 | $ 44,854.24 |

Creditor's Name

VAN-DER SMISSEN S-STRASSE 1-2
Street

HAMBURG                 22767
City          State          ZIP Code

GERMANY
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | |
|---|---|---|---|
| 3.4558 | TIEFENBACHER API & INGREDIENTS -R&D ONLY | 2/14/2023 | $ 6,571.11 |

Creditor's Name

VAN-DER SMISSEN S-STRASSE 1-2
Street

HAMBURG                 22767
City          State          ZIP Code

GERMANY
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | |
|---|---|---|---|
| 3.4559 | TIEFENBACHER API & INGREDIENTS -R&D ONLY | 2/14/2023 | $ 150,615.03 |

Creditor's Name

VAN-DER SMISSEN S-STRASSE 1-2
Street

HAMBURG                 22767
City          State          ZIP Code

GERMANY
Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

| | | | |
|---|---|---|---|
| 3.4560 | TN-MEDICAID | 12/22/2022 | $ 35.85 |

Creditor's Name

FFS DEPT 554 SUPP DEPT 6300
Street

PO BOX 11407

BIRMINGHAM          AL          35246
City          State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.4561 | TN-MEDICAID | 12/22/2022 | $ | 93.38 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | FFS DEPT 554 SUPP DEPT 6300 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 11407 | | | | ☐ Other |
| | BIRMINGHAM      AL      35246 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4562 | TN-MEDICAID | 12/22/2022 | $ | 145,163.51 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | FFS DEPT 554 SUPP DEPT 6300 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 11407 | | | | ☐ Other |
| | BIRMINGHAM      AL      35246 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4563 | TNR RESOURCES LLC | 12/8/2022 | $ | 2,187.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1616 MULBERRY DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LAKE VILLA      IL      60046 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4564 | TNR RESOURCES LLC | 12/8/2022 | $ | 3,675.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 1616 MULBERRY DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | LAKE VILLA      IL      60046 | | | | |
| | City      State      ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| 3.4565 | TNR RESOURCES LLC | 1/12/2023 | $ | 437.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1616 MULBERRY DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | LAKE VILLA    IL    60046 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4566 | TNR RESOURCES LLC | 1/12/2023 | $ | 3,062.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 1616 MULBERRY DRIVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | LAKE VILLA    IL    60046 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4567 | TORONTO RESEARCH CHEMICALS INC | 11/29/2022 | $ | 1,158.13 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 20 MARTIN ROSS AVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | TORONTO    ON    M3J 2K8 | | | | | |
| | City    State    ZIP Code | | | | | |
| | CANADA | | | | | |
| | Country | | | | | |

| 3.4568 | TORONTO RESEARCH CHEMICALS INC | 12/8/2022 | $ | 175.97 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | 20 MARTIN ROSS AVE | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | TORONTO    ON    M3J 2K8 | | | | | |
| | City    State    ZIP Code | | | | | |
| | CANADA | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4569 | TORONTO RESEARCH CHEMICALS INC | 12/8/2022 | $ | 759.29 | ☐ | Secured debt |
|--------|--------------------------------|-----------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

20 MARTIN ROSS AVE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

TORONTO    ON    M3J 2K8
City    State    ZIP Code

CANADA
Country

| 3.4570 | TORONTO RESEARCH CHEMICALS INC | 12/22/2022 | $ | 2,426.69 | ☐ | Secured debt |
|--------|--------------------------------|------------|---|----------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

20 MARTIN ROSS AVE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

TORONTO    ON    M3J 2K8
City    State    ZIP Code

CANADA
Country

| 3.4571 | TORONTO RESEARCH CHEMICALS INC | 12/29/2022 | $ | 2,655.19 | ☐ | Secured debt |
|--------|--------------------------------|------------|---|----------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

20 MARTIN ROSS AVE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

TORONTO    ON    M3J 2K8
City    State    ZIP Code

CANADA
Country

| 3.4572 | TORONTO RESEARCH CHEMICALS INC | 1/6/2023 | $ | 983.06 | ☐ | Secured debt |
|--------|--------------------------------|----------|---|--------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

20 MARTIN ROSS AVE
Street

☒ Suppliers or vendors

☐ Services

☐ Other

TORONTO    ON    M3J 2K8
City    State    ZIP Code

CANADA
Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.4573** TORONTO RESEARCH CHEMICALS INC
Creditor's Name

20 MARTIN ROSS AVE
Street

TORONTO          ON          M3J 2K8
City              State        ZIP Code

CANADA
Country

1/19/2023          $          488.81

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4574** TORONTO RESEARCH CHEMICALS INC
Creditor's Name

20 MARTIN ROSS AVE
Street

TORONTO          ON          M3J 2K8
City              State        ZIP Code

CANADA
Country

1/19/2023          $          818.13

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4575** TORONTO RESEARCH CHEMICALS INC
Creditor's Name

20 MARTIN ROSS AVE
Street

TORONTO          ON          M3J 2K8
City              State        ZIP Code

CANADA
Country

1/31/2023          $          588.75

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4576** TORONTO RESEARCH CHEMICALS INC
Creditor's Name

20 MARTIN ROSS AVE
Street

TORONTO          ON          M3J 2K8
City              State        ZIP Code

CANADA
Country

1/31/2023          $          1,026.51

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| 3.4577 | TORONTO RESEARCH CHEMICALS INC | 2/8/2023 | $ | 630.03 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

20 MARTIN ROSS AVE

Street

☒ Suppliers or vendors

☐ Services

☐ Other

| TORONTO | ON | M3J 2K8 |
|---|---|---|

City   State   ZIP Code

CANADA

Country

| 3.4578 | TPM LABORATORIES INC | 1/6/2023 | $ | 6,873.86 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1165 MARLKRESS ROAD

Street

☒ Suppliers or vendors

UNIT D

☐ Services

☐ Other

| CHERRY HILL | NJ | 08003 |
|---|---|---|

City   State   ZIP Code

Country

| 3.4579 | TPM LABORATORIES INC | 1/12/2023 | $ | 8,722.33 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

1165 MARLKRESS ROAD

Street

☒ Suppliers or vendors

UNIT D

☐ Services

☐ Other

| CHERRY HILL | NJ | 08003 |
|---|---|---|

City   State   ZIP Code

Country

| 3.4580 | TSO GENERAL CORP | 11/29/2022 | $ | 2,665.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

81 EMJAY BLVD

Street

☒ Suppliers or vendors

☐ Services

☐ Other

| BRENTWOOD | NY | 11717 |
|---|---|---|

City   State   ZIP Code

Country

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      Page 1147

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

| 3.4581 | TSO GENERAL CORP | 11/29/2022 | $ | 4,915.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 81 EMJAY BLVD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BRENTWOOD    NY    11717 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4582 | TSO GENERAL CORP | 2/8/2023 | $ | 779.47 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 81 EMJAY BLVD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BRENTWOOD    NY    11717 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4583 | TSO GENERAL CORP | 2/8/2023 | $ | 860.45 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 81 EMJAY BLVD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BRENTWOOD    NY    11717 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4584 | TSO GENERAL CORP | 2/8/2023 | $ | 913.76 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 81 EMJAY BLVD | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BRENTWOOD    NY    11717 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**3.4585** TUCKER COMPANY WORLDWIDE INC  11/29/2022  $  1,977.15
Creditor's Name

56 N HADDON AVE
Street

HADDONFIELD  NJ  08033
City  State  ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4586** TUCKER COMPANY WORLDWIDE INC  11/29/2022  $  1,982.53
Creditor's Name

56 N HADDON AVE
Street

HADDONFIELD  NJ  08033
City  State  ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4587** TUCKER COMPANY WORLDWIDE INC  11/29/2022  $  2,860.49
Creditor's Name

56 N HADDON AVE
Street

HADDONFIELD  NJ  08033
City  State  ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4588** TUCKER COMPANY WORLDWIDE INC  11/29/2022  $  2,875.42
Creditor's Name

56 N HADDON AVE
Street

HADDONFIELD  NJ  08033
City  State  ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4589 | TUCKER COMPANY WORLDWIDE INC | 11/29/2022 | $ | 2,961.26 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD   NJ   08033 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.4590 | TUCKER COMPANY WORLDWIDE INC | 11/29/2022 | $ | 2,963.69 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD   NJ   08033 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.4591 | TUCKER COMPANY WORLDWIDE INC | 11/29/2022 | $ | 2,971.66 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD   NJ   08033 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.4592 | TUCKER COMPANY WORLDWIDE INC | 11/29/2022 | $ | 2,971.66 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD   NJ   08033 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4593 | TUCKER COMPANY WORLDWIDE INC | 11/29/2022 | $ 2,974.17 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4594 | TUCKER COMPANY WORLDWIDE INC | 11/29/2022 | $ 4,910.95 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4595 | TUCKER COMPANY WORLDWIDE INC | 11/29/2022 | $ 4,977.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4596 | TUCKER COMPANY WORLDWIDE INC | 11/29/2022 | $ 4,977.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | |
|---|---|---|---|
| 3.4597 TUCKER COMPANY WORLDWIDE INC | 12/8/2022 | $ 1,982.53 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| HADDONFIELD    NJ    08033 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.4598 TUCKER COMPANY WORLDWIDE INC | 12/8/2022 | $ 2,875.42 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| HADDONFIELD    NJ    08033 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.4599 TUCKER COMPANY WORLDWIDE INC | 12/8/2022 | $ 2,972.07 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| HADDONFIELD    NJ    08033 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| 3.4600 TUCKER COMPANY WORLDWIDE INC | 12/8/2022 | $ 2,974.17 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| | | | ☐ Other |
| HADDONFIELD    NJ    08033 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4601 | TUCKER COMPANY WORLDWIDE INC | 12/8/2022 | $ 4,999.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4602 | TUCKER COMPANY WORLDWIDE INC | 12/8/2022 | $ 4,999.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4603 | TUCKER COMPANY WORLDWIDE INC | 12/8/2022 | $ 4,999.35 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4604 | TUCKER COMPANY WORLDWIDE INC | 12/8/2022 | $ 4,999.35 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.4605 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 1,966.40 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4606 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 1,966.40 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4607 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 1,973.93 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4608 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 1,978.23 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.4609  TUCKER COMPANY WORLDWIDE INC      1/12/2023      $       1,981.45
    Creditor's Name

    56 N HADDON AVE
    Street

    HADDONFIELD      NJ      08033
    City      State      ZIP Code

    Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4610  TUCKER COMPANY WORLDWIDE INC      1/12/2023      $       1,981.45
    Creditor's Name

    56 N HADDON AVE
    Street

    HADDONFIELD      NJ      08033
    City      State      ZIP Code

    Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4611  TUCKER COMPANY WORLDWIDE INC      1/12/2023      $       1,982.53
    Creditor's Name

    56 N HADDON AVE
    Street

    HADDONFIELD      NJ      08033
    City      State      ZIP Code

    Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4612  TUCKER COMPANY WORLDWIDE INC      1/12/2023      $       2,830.64
    Creditor's Name

    56 N HADDON AVE
    Street

    HADDONFIELD      NJ      08033
    City      State      ZIP Code

    Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4613 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ 2,851.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4614 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ 2,872.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4615 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ 2,872.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4616 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ 2,875.42 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4617 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 2,940.46 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

56 N HADDON AVE
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

HADDONFIELD          NJ          08033
City          State          ZIP Code

Country

---

3.4618  TUCKER COMPANY WORLDWIDE INC          1/12/2023    $          2,942.74
Creditor's Name

56 N HADDON AVE
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

HADDONFIELD          NJ          08033
City          State          ZIP Code

Country

---

3.4619  TUCKER COMPANY WORLDWIDE INC          1/12/2023    $          2,955.02
Creditor's Name

56 N HADDON AVE
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

HADDONFIELD          NJ          08033
City          State          ZIP Code

Country

---

3.4620  TUCKER COMPANY WORLDWIDE INC          1/12/2023    $          2,957.41
Creditor's Name

56 N HADDON AVE
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

HADDONFIELD          NJ          08033
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.4621 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 2,963.34 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD        NJ        08033 | | | | |
| | City                State      ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4622 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 2,969.58 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD        NJ        08033 | | | | |
| | City                State      ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4623 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 2,969.58 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD        NJ        08033 | | | | |
| | City                State      ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4624 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 2,971.66 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD        NJ        08033 | | | | |
| | City                State      ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.4625 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 2,972.07 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4626 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 2,974.17 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4627 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 4,910.95 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4628 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 4,963.98 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                                    Case number (if known):    23-10255

Name

| | | | |
|---|---|---|---|
| 3.4629 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ 4,963.98 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

56 N HADDON AVE
Street

HADDONFIELD         NJ         08033
City                State       ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4630 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ 4,963.98 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

56 N HADDON AVE
Street

HADDONFIELD         NJ         08033
City                State       ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4631 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ 4,994.92 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

56 N HADDON AVE
Street

HADDONFIELD         NJ         08033
City                State       ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4632 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ 4,994.92 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

56 N HADDON AVE
Street

HADDONFIELD         NJ         08033
City                State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4633 | TUCKER COMPANY WORLDWIDE INC | 1/12/2023 | $ | 4,994.92 | ☐ Secured debt |
|--------|------------------------------|-----------|---|----------|----------------|

Creditor's Name

56 N HADDON AVE
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

HADDONFIELD     NJ     08033
City          State      ZIP Code

Country

---

3.4634  TUCKER COMPANY WORLDWIDE INC     1/12/2023     $     4,994.92
Creditor's Name

56 N HADDON AVE
Street

HADDONFIELD     NJ     08033
City          State      ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4635  TUCKER COMPANY WORLDWIDE INC     1/12/2023     $     4,999.34
Creditor's Name

56 N HADDON AVE
Street

HADDONFIELD     NJ     08033
City          State      ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4636  TUCKER COMPANY WORLDWIDE INC     1/12/2023     $     4,999.35
Creditor's Name

56 N HADDON AVE
Street

HADDONFIELD     NJ     08033
City          State      ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4637 TUCKER COMPANY WORLDWIDE INC | 1/19/2023 | $ | 2,806.76 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| HADDONFIELD    NJ    08033 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.4638 TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ | 1,950.28 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| HADDONFIELD    NJ    08033 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.4639 TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ | 1,957.80 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| HADDONFIELD    NJ    08033 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.4640 TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ | 2,785.87 | ☐ Secured debt |
| Creditor's Name | | | | ☐ Unsecured loan repayments |
| 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| Street | | | | ☐ Services |
| | | | | ☐ Other |
| HADDONFIELD    NJ    08033 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4641 | TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ 2,905.10 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4642 | TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ 2,909.26 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4643 | TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ 2,911.32 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4644 | TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ 2,923.82 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.4645 | TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ | 2,923.82 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4646 | TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ | 2,925.98 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4647 | TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ | 4,866.74 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4648 | TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ | 4,866.74 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.4649 | TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ | 4,897.68 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4650 | TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ | 4,897.68 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4651 | TUCKER COMPANY WORLDWIDE INC | 1/26/2023 | $ | 4,897.68 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4652 | TUCKER COMPANY WORLDWIDE INC | 1/31/2023 | $ | 1,948.13 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.4653** TUCKER COMPANY WORLDWIDE INC
Creditor's Name

56 N HADDON AVE
Street

HADDONFIELD          NJ          08033
City                State       ZIP Code

Country

1/31/2023          $          2,779.90

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**3.4654** TUCKER COMPANY WORLDWIDE INC
Creditor's Name

56 N HADDON AVE
Street

HADDONFIELD          NJ          08033
City                State       ZIP Code

Country

1/31/2023          $          2,907.13

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**3.4655** TUCKER COMPANY WORLDWIDE INC
Creditor's Name

56 N HADDON AVE
Street

HADDONFIELD          NJ          08033
City                State       ZIP Code

Country

1/31/2023          $          3,394.03

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

**3.4656** TUCKER COMPANY WORLDWIDE INC
Creditor's Name

56 N HADDON AVE
Street

HADDONFIELD          NJ          08033
City                State       ZIP Code

Country

1/31/2023          $          4,857.90

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4657 | TUCKER COMPANY WORLDWIDE INC | 2/8/2023 | $ | 1,950.28 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4658 | TUCKER COMPANY WORLDWIDE INC | 2/8/2023 | $ | 2,785.87 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4659 | TUCKER COMPANY WORLDWIDE INC | 2/8/2023 | $ | 3,808.95 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4660 | TUCKER COMPANY WORLDWIDE INC | 2/13/2023 | $ | 1,948.13 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4661** TUCKER COMPANY WORLDWIDE INC
Creditor's Name

2/13/2023

$ 2,421.80

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

56 N HADDON AVE
Street

HADDONFIELD     NJ     08033
City             State   ZIP Code

Country

**3.4662** TUCKER COMPANY WORLDWIDE INC
Creditor's Name

2/13/2023

$ 2,421.83

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

56 N HADDON AVE
Street

HADDONFIELD     NJ     08033
City             State   ZIP Code

Country

**3.4663** TUCKER COMPANY WORLDWIDE INC
Creditor's Name

2/13/2023

$ 2,562.98

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

56 N HADDON AVE
Street

HADDONFIELD     NJ     08033
City             State   ZIP Code

Country

**3.4664** TUCKER COMPANY WORLDWIDE INC
Creditor's Name

2/13/2023

$ 2,779.90

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

56 N HADDON AVE
Street

HADDONFIELD     NJ     08033
City             State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4665 | TUCKER COMPANY WORLDWIDE INC | 2/13/2023 | $ | 2,903.02 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4666 | TUCKER COMPANY WORLDWIDE INC | 2/13/2023 | $ | 2,905.10 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4667 | TUCKER COMPANY WORLDWIDE INC | 2/13/2023 | $ | 2,907.13 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4668 | TUCKER COMPANY WORLDWIDE INC | 2/13/2023 | $ | 2,909.26 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4669 | TUCKER COMPANY WORLDWIDE INC | 2/13/2023 | $ | 2,911.32 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4670 | TUCKER COMPANY WORLDWIDE INC | 2/13/2023 | $ | 4,857.90 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4671 | TUCKER COMPANY WORLDWIDE INC | 2/13/2023 | $ | 4,866.74 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 56 N HADDON AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | HADDONFIELD    NJ    08033 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4672 | TX-MCO | 12/22/2022 | $ | (213.67) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ACCT OPERATIONS DRUG REBATES | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN ARTS 1470, PO BOX 149055 | | | | ☐ Other |
| | AUSTIN    TX    78714 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

**3.4673** TX-MCO

Creditor's Name

12/22/2022    $    (179.92)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ACCT OPERATIONS DRUG REBATES

Street

ATTN ARTS 1470, PO BOX 149055

AUSTIN           TX           78714

City           State           ZIP Code

Country

**3.4674** TX-MCO

Creditor's Name

12/22/2022    $    (115.22)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ACCT OPERATIONS DRUG REBATES

Street

ATTN ARTS 1470, PO BOX 149055

AUSTIN           TX           78714

City           State           ZIP Code

Country

**3.4675** TX-MCO

Creditor's Name

12/22/2022    $    (8.28)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ACCT OPERATIONS DRUG REBATES

Street

ATTN ARTS 1470, PO BOX 149055

AUSTIN           TX           78714

City           State           ZIP Code

Country

**3.4676** TX-MCO

Creditor's Name

12/22/2022    $    418,743.43

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ACCT OPERATIONS DRUG REBATES

Street

ATTN ARTS 1470, PO BOX 149055

AUSTIN           TX           78714

City           State           ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.4677 TX-MCO EFMAP    12/22/2022    $    (0.58)
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ACCT OPERATIONS DRUG REBATES
Street

ATTN ARTS 1470

AUSTIN    TX    78714
City    State    ZIP Code

Country

3.4678 TX-MCO EFMAP    12/22/2022    $    (0.47)
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ACCT OPERATIONS DRUG REBATES
Street

ATTN ARTS 1470

AUSTIN    TX    78714
City    State    ZIP Code

Country

3.4679 TX-MCO EFMAP    12/22/2022    $    34,706.02
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ACCT OPERATIONS DRUG REBATES
Street

ATTN ARTS 1470

AUSTIN    TX    78714
City    State    ZIP Code

Country

3.4680 U S PHARMACOPEIAL -REMIT    11/29/2022    $    316.56
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845
Street

NEW YORK    NY    10087-1845
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.4681** U S PHARMACOPEIAL -REMIT

Creditor's Name

11/29/2022    $    494.00

PO BOX 21845

Street

NEW YORK    NY    10087-1845

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4682** U S PHARMACOPEIAL -REMIT

Creditor's Name

11/29/2022    $    984.88

PO BOX 21845

Street

NEW YORK    NY    10087-1845

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4683** U S PHARMACOPEIAL -REMIT

Creditor's Name

11/29/2022    $    1,060.00

PO BOX 21845

Street

NEW YORK    NY    10087-1845

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4684** U S PHARMACOPEIAL -REMIT

Creditor's Name

11/29/2022    $    1,355.00

PO BOX 21845

Street

NEW YORK    NY    10087-1845

City    State    ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4685 | U S PHARMACOPEIAL -REMIT | 11/29/2022 | $ | 1,905.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 21845 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW YORK    NY    10087-1845 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4686 | U S PHARMACOPEIAL -REMIT | 11/29/2022 | $ | 2,016.56 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 21845 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW YORK    NY    10087-1845 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4687 | U S PHARMACOPEIAL -REMIT | 11/29/2022 | $ | 2,840.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 21845 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW YORK    NY    10087-1845 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4688 | U S PHARMACOPEIAL -REMIT | 11/29/2022 | $ | 2,850.63 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 21845 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW YORK    NY    10087-1845 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

3.4689  U S PHARMACOPEIAL -REMIT          11/29/2022      $          2,913.32
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 21845                                                          ☒ Suppliers or vendors
Street
                                                                      ☐ Services

                                                                      ☐ Other

NEW YORK          NY          10087-1845
City                State      ZIP Code

Country

3.4690  U S PHARMACOPEIAL -REMIT          11/29/2022      $          3,073.75
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 21845                                                          ☒ Suppliers or vendors
Street
                                                                      ☐ Services

                                                                      ☐ Other

NEW YORK          NY          10087-1845
City                State      ZIP Code

Country

3.4691  U S PHARMACOPEIAL -REMIT          11/29/2022      $          3,110.94
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 21845                                                          ☒ Suppliers or vendors
Street
                                                                      ☐ Services

                                                                      ☐ Other

NEW YORK          NY          10087-1845
City                State      ZIP Code

Country

3.4692  U S PHARMACOPEIAL -REMIT          11/29/2022      $          4,884.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 21845                                                          ☒ Suppliers or vendors
Street
                                                                      ☐ Services

                                                                      ☐ Other

NEW YORK          NY          10087-1845
City                State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4693  U S PHARMACOPEIAL -REMIT

Creditor's Name

11/29/2022          $          6,495.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

3.4694  U S PHARMACOPEIAL -REMIT

Creditor's Name

11/29/2022          $          6,495.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

3.4695  U S PHARMACOPEIAL -REMIT

Creditor's Name

11/29/2022          $          8,318.31

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

3.4696  U S PHARMACOPEIAL -REMIT

Creditor's Name

12/8/2022          $          (7,650.00)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

3.4697  U S PHARMACOPEIAL -REMIT
Creditor's Name

12/8/2022     $     830.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845
Street

NEW YORK     NY     10087-1845
City     State     ZIP Code

Country

---

3.4698  U S PHARMACOPEIAL -REMIT
Creditor's Name

12/8/2022     $     1,708.00

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845
Street

NEW YORK     NY     10087-1845
City     State     ZIP Code

Country

---

3.4699  U S PHARMACOPEIAL -REMIT
Creditor's Name

12/8/2022     $     1,880.56

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845
Street

NEW YORK     NY     10087-1845
City     State     ZIP Code

Country

---

3.4700  U S PHARMACOPEIAL -REMIT
Creditor's Name

12/8/2022     $     1,912.44

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845
Street

NEW YORK     NY     10087-1845
City     State     ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4701 | U S PHARMACOPEIAL -REMIT | 12/8/2022 | $ 2,525.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 21845 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK      NY      10087-1845 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| 3.4702 | U S PHARMACOPEIAL -REMIT | 12/15/2022 | $ 3,279.88 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 21845 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK      NY      10087-1845 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| 3.4703 | U S PHARMACOPEIAL -REMIT | 12/15/2022 | $ 7,650.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 21845 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK      NY      10087-1845 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| 3.4704 | U S PHARMACOPEIAL -REMIT | 12/15/2022 | $ 13,267.46 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 21845 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEW YORK      NY      10087-1845 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.4705** U S PHARMACOPEIAL -REMIT

Creditor's Name

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

12/29/2022          $          352.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4706** U S PHARMACOPEIAL -REMIT

Creditor's Name

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

12/29/2022          $          812.75

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4707** U S PHARMACOPEIAL -REMIT

Creditor's Name

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

12/29/2022          $          881.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4708** U S PHARMACOPEIAL -REMIT

Creditor's Name

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

12/29/2022          $          1,060.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*     23-10255

Name

| 3.4709 | U S PHARMACOPEIAL -REMIT | 12/29/2022 | $ | 2,650.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 21845 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW YORK        NY        10087-1845 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.4710 | U S PHARMACOPEIAL -REMIT | 12/29/2022 | $ | 2,650.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 21845 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW YORK        NY        10087-1845 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.4711 | U S PHARMACOPEIAL -REMIT | 12/29/2022 | $ | 2,896.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 21845 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW YORK        NY        10087-1845 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.4712 | U S PHARMACOPEIAL -REMIT | 12/29/2022 | $ | 3,012.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 21845 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEW YORK        NY        10087-1845 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4713** U S PHARMACOPEIAL -REMIT

Creditor's Name

12/29/2022    $    4,606.00

PO BOX 21845

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NEW YORK    NY    10087-1845

City    State    ZIP Code

Country

**3.4714** U S PHARMACOPEIAL -REMIT

Creditor's Name

12/29/2022    $    5,546.19

PO BOX 21845

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NEW YORK    NY    10087-1845

City    State    ZIP Code

Country

**3.4715** U S PHARMACOPEIAL -REMIT

Creditor's Name

12/29/2022    $    7,310.00

PO BOX 21845

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NEW YORK    NY    10087-1845

City    State    ZIP Code

Country

**3.4716** U S PHARMACOPEIAL -REMIT

Creditor's Name

1/6/2023    $    828.00

PO BOX 21845

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

NEW YORK    NY    10087-1845

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4717** U S PHARMACOPEIAL -REMIT
Creditor's Name

1/6/2023

$ 1,060.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845
Street

NEW YORK        NY        10087-1845
City        State        ZIP Code

Country

**3.4718** U S PHARMACOPEIAL -REMIT
Creditor's Name

1/6/2023

$ 1,218.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845
Street

NEW YORK        NY        10087-1845
City        State        ZIP Code

Country

**3.4719** U S PHARMACOPEIAL -REMIT
Creditor's Name

1/6/2023

$ 7,032.64

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845
Street

NEW YORK        NY        10087-1845
City        State        ZIP Code

Country

**3.4720** U S PHARMACOPEIAL -REMIT
Creditor's Name

1/12/2023

$ 1,230.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845
Street

NEW YORK        NY        10087-1845
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4721 | U S PHARMACOPEIAL -REMIT | 1/12/2023 | $ | 1,301.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 21845 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | NEW YORK   NY   10087-1845 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.4722 | U S PHARMACOPEIAL -REMIT | 1/12/2023 | $ | 2,492.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 21845 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | NEW YORK   NY   10087-1845 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.4723 | U S PHARMACOPEIAL -REMIT | 1/19/2023 | $ | 1,325.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 21845 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | NEW YORK   NY   10087-1845 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.4724 | U S PHARMACOPEIAL -REMIT | 1/19/2023 | $ | 1,325.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 21845 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | NEW YORK   NY   10087-1845 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

3.4725  U S PHARMACOPEIAL -REMIT    1/19/2023    $    1,905.00
Creditor's Name

PO BOX 21845
Street

NEW YORK        NY        10087-1845
City            State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4726  U S PHARMACOPEIAL -REMIT    1/19/2023    $    2,279.00
Creditor's Name

PO BOX 21845
Street

NEW YORK        NY        10087-1845
City            State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4727  U S PHARMACOPEIAL -REMIT    1/19/2023    $    2,765.00
Creditor's Name

PO BOX 21845
Street

NEW YORK        NY        10087-1845
City            State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4728  U S PHARMACOPEIAL -REMIT    1/19/2023    $    4,115.00
Creditor's Name

PO BOX 21845
Street

NEW YORK        NY        10087-1845
City            State      ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

---

3.4729  U S PHARMACOPEIAL -REMIT

Creditor's Name

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

1/19/2023          $          11,163.70

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4730  U S PHARMACOPEIAL -REMIT

Creditor's Name

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

1/26/2023          $          838.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4731  U S PHARMACOPEIAL -REMIT

Creditor's Name

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

1/26/2023          $          1,806.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4732  U S PHARMACOPEIAL -REMIT

Creditor's Name

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

1/26/2023          $          3,130.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4733 | U S PHARMACOPEIAL -REMIT | 1/26/2023 | $ | 3,779.25 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 21845

Street

☒ Suppliers or vendors

☐ Services

☐ Other

NEW YORK     NY     10087-1845

City     State     ZIP Code

Country

| 3.4734 | U S PHARMACOPEIAL -REMIT | 1/26/2023 | $ | 5,602.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 21845

Street

☒ Suppliers or vendors

☐ Services

☐ Other

NEW YORK     NY     10087-1845

City     State     ZIP Code

Country

| 3.4735 | U S PHARMACOPEIAL -REMIT | 1/31/2023 | $ | 1,325.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 21845

Street

☒ Suppliers or vendors

☐ Services

☐ Other

NEW YORK     NY     10087-1845

City     State     ZIP Code

Country

| 3.4736 | U S PHARMACOPEIAL -REMIT | 2/8/2023 | $ | 1,724.38 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 21845

Street

☒ Suppliers or vendors

☐ Services

☐ Other

NEW YORK     NY     10087-1845

City     State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4737** U S PHARMACOPEIAL -REMIT

Creditor's Name

2/8/2023

$ 5,217.88

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

**3.4738** U S PHARMACOPEIAL -REMIT

Creditor's Name

2/13/2023

$ 265.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

**3.4739** U S PHARMACOPEIAL -REMIT

Creditor's Name

2/13/2023

$ 1,554.38

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

**3.4740** U S PHARMACOPEIAL -REMIT

Creditor's Name

2/13/2023

$ 1,676.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 21845

Street

NEW YORK          NY          10087-1845

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4741 | U S PHARMACOPEIAL -REMIT | 2/13/2023 | $ 2,900.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 21845

☒ Suppliers or vendors

Street

☐ Services

☐ Other

NEW YORK   NY   10087-1845

City   State   ZIP Code

Country

---

| 3.4742 | U S PHARMACOPEIAL -REMIT | 2/13/2023 | $ 3,500.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 21845

☒ Suppliers or vendors

Street

☐ Services

☐ Other

NEW YORK   NY   10087-1845

City   State   ZIP Code

Country

---

| 3.4743 | U S PHARMACOPEIAL -REMIT | 2/13/2023 | $ 4,270.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 21845

☒ Suppliers or vendors

Street

☐ Services

☐ Other

NEW YORK   NY   10087-1845

City   State   ZIP Code

Country

---

| 3.4744 | U S PHARMACOPEIAL -REMIT | 2/13/2023 | $ 7,538.00 | ☐ Secured debt |
|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 21845

☒ Suppliers or vendors

Street

☐ Services

☐ Other

NEW YORK   NY   10087-1845

City   State   ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4745 | UL VERIFICATION SERVICES INC | 11/29/2022 | $ 10,902.14 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 62045 COLLECTIONS CENTER DR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60693-0620 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4746 | UL VERIFICATION SERVICES INC | 1/12/2023 | $ 4,010.42 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 62045 COLLECTIONS CENTER DR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60693-0620 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4747 | UL VERIFICATION SERVICES INC | 1/19/2023 | $ 8,793.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 62045 COLLECTIONS CENTER DR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60693-0620 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4748 | ULINE -REMIT | 11/29/2022 | $ 63.19 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 88741 | | | ☐ Other |
| | CHICAGO        IL        60680-1741 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4749 | ULINE -REMIT | 11/29/2022 | $ | 93.08 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ATTN A/R
Street

PO BOX 88741

CHICAGO          IL          60680-1741
City          State          ZIP Code

Country

| 3.4750 | ULINE -REMIT | 11/29/2022 | $ | 115.07 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ATTN A/R
Street

PO BOX 88741

CHICAGO          IL          60680-1741
City          State          ZIP Code

Country

| 3.4751 | ULINE -REMIT | 11/29/2022 | $ | 124.48 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ATTN A/R
Street

PO BOX 88741

CHICAGO          IL          60680-1741
City          State          ZIP Code

Country

| 3.4752 | ULINE -REMIT | 11/29/2022 | $ | 183.38 |
|---|---|---|---|---|

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ATTN A/R
Street

PO BOX 88741

CHICAGO          IL          60680-1741
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

**3.4753** ULINE -REMIT

Creditor's Name

11/29/2022          $          212.22

ATTN A/R

Street

PO BOX 88741

CHICAGO          IL          60680-1741
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4754** ULINE -REMIT

Creditor's Name

11/29/2022          $          302.23

ATTN A/R

Street

PO BOX 88741

CHICAGO          IL          60680-1741
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4755** ULINE -REMIT

Creditor's Name

11/29/2022          $          379.95

ATTN A/R

Street

PO BOX 88741

CHICAGO          IL          60680-1741
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4756** ULINE -REMIT

Creditor's Name

11/29/2022          $          481.89

ATTN A/R

Street

PO BOX 88741

CHICAGO          IL          60680-1741
City          State          ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

3.4757  ULINE -REMIT                    11/29/2022      $            569.50
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

ATTN A/R
Street

☒ Suppliers or vendors
☐ Services

PO BOX 88741

☐ Other

CHICAGO            IL        60680-1741
City              State      ZIP Code

Country

3.4758  ULINE -REMIT                    11/29/2022      $            646.00
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

ATTN A/R
Street

☒ Suppliers or vendors
☐ Services

PO BOX 88741

☐ Other

CHICAGO            IL        60680-1741
City              State      ZIP Code

Country

3.4759  ULINE -REMIT                    11/29/2022      $            961.56
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

ATTN A/R
Street

☒ Suppliers or vendors
☐ Services

PO BOX 88741

☐ Other

CHICAGO            IL        60680-1741
City              State      ZIP Code

Country

3.4760  ULINE -REMIT                    11/29/2022      $          1,077.38
Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments

ATTN A/R
Street

☒ Suppliers or vendors
☐ Services

PO BOX 88741

☐ Other

CHICAGO            IL        60680-1741
City              State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4761 | ULINE -REMIT | 11/29/2022 | $ | 1,175.13 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ATTN A/R

☒ Suppliers or vendors

Street

☐ Services

PO BOX 88741

☐ Other

CHICAGO    IL    60680-1741

City       State   ZIP Code

Country

| 3.4762 | ULINE -REMIT | 11/29/2022 | $ | 3,273.96 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ATTN A/R

☒ Suppliers or vendors

Street

☐ Services

PO BOX 88741

☐ Other

CHICAGO    IL    60680-1741

City       State   ZIP Code

Country

| 3.4763 | ULINE -REMIT | 11/29/2022 | $ | 3,612.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ATTN A/R

☒ Suppliers or vendors

Street

☐ Services

PO BOX 88741

☐ Other

CHICAGO    IL    60680-1741

City       State   ZIP Code

Country

| 3.4764 | ULINE -REMIT | 11/29/2022 | $ | 6,317.63 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ATTN A/R

☒ Suppliers or vendors

Street

☐ Services

PO BOX 88741

☐ Other

CHICAGO    IL    60680-1741

City       State   ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

---

3.4765  ULINE -REMIT

Creditor's Name

12/8/2022    $    (290.50)

ATTN A/R

Street

PO BOX 88741

CHICAGO           IL         60680-1741
City              State      ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

---

3.4766  ULINE -REMIT

Creditor's Name

12/8/2022    $    (115.50)

ATTN A/R

Street

PO BOX 88741

CHICAGO           IL         60680-1741
City              State      ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

---

3.4767  ULINE -REMIT

Creditor's Name

12/8/2022    $    16.87

ATTN A/R

Street

PO BOX 88741

CHICAGO           IL         60680-1741
City              State      ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

---

3.4768  ULINE -REMIT

Creditor's Name

12/8/2022    $    189.39

ATTN A/R

Street

PO BOX 88741

CHICAGO           IL         60680-1741
City              State      ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4769 | ULINE -REMIT | 12/8/2022 | $ | 191.88 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 88741 | | | | ☐ Other |
| | CHICAGO　　IL　　60680-1741 | | | | |
| | City　　State　　ZIP Code | | | | |
| | Country | | | | |

| 3.4770 | ULINE -REMIT | 12/8/2022 | $ | 211.48 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 88741 | | | | ☐ Other |
| | CHICAGO　　IL　　60680-1741 | | | | |
| | City　　State　　ZIP Code | | | | |
| | Country | | | | |

| 3.4771 | ULINE -REMIT | 12/8/2022 | $ | 269.48 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 88741 | | | | ☐ Other |
| | CHICAGO　　IL　　60680-1741 | | | | |
| | City　　State　　ZIP Code | | | | |
| | Country | | | | |

| 3.4772 | ULINE -REMIT | 12/8/2022 | $ | 290.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 88741 | | | | ☐ Other |
| | CHICAGO　　IL　　60680-1741 | | | | |
| | City　　State　　ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.4773** ULINE -REMIT

Creditor's Name

12/8/2022    $    441.02

ATTN A/R
Street

PO BOX 88741

CHICAGO         IL        60680-1741
City             State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4774** ULINE -REMIT

Creditor's Name

12/8/2022    $    613.41

ATTN A/R
Street

PO BOX 88741

CHICAGO         IL        60680-1741
City             State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4775** ULINE -REMIT

Creditor's Name

12/8/2022    $    9,668.75

ATTN A/R
Street

PO BOX 88741

CHICAGO         IL        60680-1741
City             State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4776** ULINE -REMIT

Creditor's Name

1/12/2023    $    37.50

ATTN A/R
Street

PO BOX 88741

CHICAGO         IL        60680-1741
City             State     ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

3.4777   ULINE -REMIT                                    1/12/2023        $              57.81
Creditor's Name

ATTN A/R
Street

PO BOX 88741

CHICAGO              IL          60680-1741
City                 State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.4778   ULINE -REMIT                                    1/12/2023        $              70.56
Creditor's Name

ATTN A/R
Street

PO BOX 88741

CHICAGO              IL          60680-1741
City                 State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.4779   ULINE -REMIT                                    1/12/2023        $              78.00
Creditor's Name

ATTN A/R
Street

PO BOX 88741

CHICAGO              IL          60680-1741
City                 State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.4780   ULINE -REMIT                                    1/12/2023        $              99.73
Creditor's Name

ATTN A/R
Street

PO BOX 88741

CHICAGO              IL          60680-1741
City                 State       ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4781 ULINE -REMIT    1/12/2023    $ 112.30    ☐ Secured debt
Creditor's Name                              ☐ Unsecured loan repayments

ATTN A/R                                    ☒ Suppliers or vendors
Street                                      ☐ Services

PO BOX 88741                                ☐ Other

CHICAGO        IL        60680-1741
City           State    ZIP Code

Country

3.4782 ULINE -REMIT    1/12/2023    $ 115.50    ☐ Secured debt
Creditor's Name                              ☐ Unsecured loan repayments

ATTN A/R                                    ☒ Suppliers or vendors
Street                                      ☐ Services

PO BOX 88741                                ☐ Other

CHICAGO        IL        60680-1741
City           State    ZIP Code

Country

3.4783 ULINE -REMIT    1/12/2023    $ 122.03    ☐ Secured debt
Creditor's Name                              ☐ Unsecured loan repayments

ATTN A/R                                    ☒ Suppliers or vendors
Street                                      ☐ Services

PO BOX 88741                                ☐ Other

CHICAGO        IL        60680-1741
City           State    ZIP Code

Country

3.4784 ULINE -REMIT    1/12/2023    $ 122.63    ☐ Secured debt
Creditor's Name                              ☐ Unsecured loan repayments

ATTN A/R                                    ☒ Suppliers or vendors
Street                                      ☐ Services

PO BOX 88741                                ☐ Other

CHICAGO        IL        60680-1741
City           State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | |
|---|---|---|---|
| **3.4785** ULINE -REMIT | 1/12/2023 | $ 124.75 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| ATTN A/R | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| PO BOX 88741 | | | ☐ Other |
| CHICAGO   IL   60680-1741 | | | |
| City   State   ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| **3.4786** ULINE -REMIT | 1/12/2023 | $ 158.54 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| ATTN A/R | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| PO BOX 88741 | | | ☐ Other |
| CHICAGO   IL   60680-1741 | | | |
| City   State   ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| **3.4787** ULINE -REMIT | 1/12/2023 | $ 192.22 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| ATTN A/R | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| PO BOX 88741 | | | ☐ Other |
| CHICAGO   IL   60680-1741 | | | |
| City   State   ZIP Code | | | |
| Country | | | |

| | | | |
|---|---|---|---|
| **3.4788** ULINE -REMIT | 1/12/2023 | $ 218.25 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| ATTN A/R | | | ☒ Suppliers or vendors |
| Street | | | ☐ Services |
| PO BOX 88741 | | | ☐ Other |
| CHICAGO   IL   60680-1741 | | | |
| City   State   ZIP Code | | | |
| Country | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 3.4789 | ULINE -REMIT | 1/12/2023 | $ 227.50 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ATTN A/R

Street

PO BOX 88741

CHICAGO    IL    60680-1741
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4790 | ULINE -REMIT | 1/12/2023 | $ 311.33 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ATTN A/R

Street

PO BOX 88741

CHICAGO    IL    60680-1741
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4791 | ULINE -REMIT | 1/12/2023 | $ 325.14 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ATTN A/R

Street

PO BOX 88741

CHICAGO    IL    60680-1741
City    State    ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.4792 | ULINE -REMIT | 1/12/2023 | $ 431.94 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

ATTN A/R

Street

PO BOX 88741

CHICAGO    IL    60680-1741
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4793 | ULINE -REMIT | | 1/12/2023 | $ | 493.48 | | | ☐ | Secured debt |
| | Creditor's Name | | | | | | | ☐ | Unsecured loan repayments |
| | ATTN A/R | | | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | | | ☐ | Services |
| | PO BOX 88741 | | | | | | | ☐ | Other |
| | CHICAGO | IL | 60680-1741 | | | | | | |
| | City | State | ZIP Code | | | | | | |
| | Country | | | | | | | | |

| 3.4794 | ULINE -REMIT | | 1/12/2023 | $ | 561.00 | | | ☐ | Secured debt |
| | Creditor's Name | | | | | | | ☐ | Unsecured loan repayments |
| | ATTN A/R | | | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | | | ☐ | Services |
| | PO BOX 88741 | | | | | | | ☐ | Other |
| | CHICAGO | IL | 60680-1741 | | | | | | |
| | City | State | ZIP Code | | | | | | |
| | Country | | | | | | | | |

| 3.4795 | ULINE -REMIT | | 1/12/2023 | $ | 573.48 | | | ☐ | Secured debt |
| | Creditor's Name | | | | | | | ☐ | Unsecured loan repayments |
| | ATTN A/R | | | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | | | ☐ | Services |
| | PO BOX 88741 | | | | | | | ☐ | Other |
| | CHICAGO | IL | 60680-1741 | | | | | | |
| | City | State | ZIP Code | | | | | | |
| | Country | | | | | | | | |

| 3.4796 | ULINE -REMIT | | 1/12/2023 | $ | 823.44 | | | ☐ | Secured debt |
| | Creditor's Name | | | | | | | ☐ | Unsecured loan repayments |
| | ATTN A/R | | | | | | | ☒ | Suppliers or vendors |
| | Street | | | | | | | ☐ | Services |
| | PO BOX 88741 | | | | | | | ☐ | Other |
| | CHICAGO | IL | 60680-1741 | | | | | | |
| | City | State | ZIP Code | | | | | | |
| | Country | | | | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.4797 | ULINE -REMIT | 1/12/2023 | $ | 965.17 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ATTN A/R

☒ Suppliers or vendors

Street

☐ Services

PO BOX 88741

☐ Other

| CHICAGO | IL | 60680-1741 |
|---|---|---|

City     State     ZIP Code

Country

| 3.4798 | ULINE -REMIT | 1/12/2023 | $ | 995.01 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ATTN A/R

☒ Suppliers or vendors

Street

☐ Services

PO BOX 88741

☐ Other

| CHICAGO | IL | 60680-1741 |
|---|---|---|

City     State     ZIP Code

Country

| 3.4799 | ULINE -REMIT | 1/12/2023 | $ | 1,215.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ATTN A/R

☒ Suppliers or vendors

Street

☐ Services

PO BOX 88741

☐ Other

| CHICAGO | IL | 60680-1741 |
|---|---|---|

City     State     ZIP Code

Country

| 3.4800 | ULINE -REMIT | 1/12/2023 | $ | 2,020.43 | ☐ | Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

ATTN A/R

☒ Suppliers or vendors

Street

☐ Services

PO BOX 88741

☐ Other

| CHICAGO | IL | 60680-1741 |
|---|---|---|

City     State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.4801 | ULINE -REMIT | 1/12/2023 | $ | 3,612.50 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 88741 | | | | ☐ Other |
| | CHICAGO    IL    60680-1741 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4802 | ULINE -REMIT | 1/12/2023 | $ | 9,716.56 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 88741 | | | | ☐ Other |
| | CHICAGO    IL    60680-1741 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4803 | ULINE -REMIT | 1/31/2023 | $ | 163.11 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 88741 | | | | ☐ Other |
| | CHICAGO    IL    60680-1741 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4804 | ULINE -REMIT | 1/31/2023 | $ | 189.07 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | ATTN A/R | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 88741 | | | | ☐ Other |
| | CHICAGO    IL    60680-1741 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4805  ULINE -REMIT

Creditor's Name

ATTN A/R

Street

PO BOX 88741

CHICAGO        IL        60680-1741
City            State      ZIP Code

Country

1/31/2023    $        214.96

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4806  ULINE -REMIT

Creditor's Name

ATTN A/R

Street

PO BOX 88741

CHICAGO        IL        60680-1741
City            State      ZIP Code

Country

1/31/2023    $        380.56

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4807  ULINE -REMIT

Creditor's Name

ATTN A/R

Street

PO BOX 88741

CHICAGO        IL        60680-1741
City            State      ZIP Code

Country

1/31/2023    $        549.31

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4808  ULINE -REMIT

Creditor's Name

ATTN A/R

Street

PO BOX 88741

CHICAGO        IL        60680-1741
City            State      ZIP Code

Country

1/31/2023    $        573.75

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.4809** ULINE -REMIT

Creditor's Name

ATTN A/R

Street

PO BOX 88741

CHICAGO    IL    60680-1741

City    State    ZIP Code

Country

1/31/2023    $    680.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4810** ULINE -REMIT

Creditor's Name

ATTN A/R

Street

PO BOX 88741

CHICAGO    IL    60680-1741

City    State    ZIP Code

Country

1/31/2023    $    757.56

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4811** ULINE -REMIT

Creditor's Name

ATTN A/R

Street

PO BOX 88741

CHICAGO    IL    60680-1741

City    State    ZIP Code

Country

1/31/2023    $    4,818.01

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4812** ULINE -REMIT

Creditor's Name

ATTN A/R

Street

PO BOX 88741

CHICAGO    IL    60680-1741

City    State    ZIP Code

Country

2/8/2023    $    208.36

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.4813** ULINE -REMIT
Creditor's Name

ATTN A/R
Street

PO BOX 88741

CHICAGO          IL          60680-1741
City          State          ZIP Code

Country

2/8/2023          $          795.81

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4814** ULINE -REMIT
Creditor's Name

ATTN A/R
Street

PO BOX 88741

CHICAGO          IL          60680-1741
City          State          ZIP Code

Country

2/8/2023          $          2,123.84

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4815** ULINE -REMIT
Creditor's Name

ATTN A/R
Street

PO BOX 88741

CHICAGO          IL          60680-1741
City          State          ZIP Code

Country

2/13/2023          $          180.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4816** ULINE -REMIT
Creditor's Name

ATTN A/R
Street

PO BOX 88741

CHICAGO          IL          60680-1741
City          State          ZIP Code

Country

2/13/2023          $          250.66

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.4817** ULINE -REMIT

Creditor's Name

2/13/2023     $        1,283.76

ATTN A/R
Street

PO BOX 88741

CHICAGO          IL        60680-1741
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4818** UNITED COOLING & REFRIGERATION INC

Creditor's Name

11/29/2022    $        2,059.19

397 HOPE AVE
Street

ROSELLE          NJ        07203
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4819** UNITED COOLING & REFRIGERATION INC

Creditor's Name

1/19/2023     $         869.59

397 HOPE AVE
Street

ROSELLE          NJ        07203
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.4820** UNITED COOLING & REFRIGERATION INC

Creditor's Name

1/19/2023     $        2,059.19

397 HOPE AVE
Street

ROSELLE          NJ        07203
City                State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4821 | UNITED COOLING & REFRIGERATION INC | 1/19/2023 | $ 22,295.29 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 397 HOPE AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ROSELLE    NJ    07203 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4822 | UNITED COOLING & REFRIGERATION INC | 1/26/2023 | $ 2,320.52 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 397 HOPE AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ROSELLE    NJ    07203 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4823 | UNITED COOLING & REFRIGERATION INC | 2/13/2023 | $ 356.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 397 HOPE AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ROSELLE    NJ    07203 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4824 | UNITED COOLING & REFRIGERATION INC | 2/13/2023 | $ 721.56 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 397 HOPE AVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ROSELLE    NJ    07203 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.4825 | UNITED COOLING & REFRIGERATION INC | 2/13/2023 | $ | 2,059.19 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 397 HOPE AVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ROSELLE        NJ        07203 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4826 | UNITED HEALTHCARE MCO | 11/29/2022 | $ | (44.96) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 935889 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN NC UNITED HEALTHCARE MCO | | | | ☐ Other |
| | ATLANTA        GA        31193-5889 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4827 | UNITED HEALTHCARE MCO | 11/29/2022 | $ | (12.51) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 935889 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN NC UNITED HEALTHCARE MCO | | | | ☐ Other |
| | ATLANTA        GA        31193-5889 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4828 | UNITED HEALTHCARE MCO | 11/29/2022 | $ | 58.92 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 935889 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN NC UNITED HEALTHCARE MCO | | | | ☐ Other |
| | ATLANTA        GA        31193-5889 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4829 | UNITED HEALTHCARE MCO | 11/29/2022 | $ | 116.06 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 935889 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN NC UNITED HEALTHCARE MCO | | | | ☐ Other |
| | ATLANTA        GA        31193-5889 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.4830 | UNITED HEALTHCARE MCO | 11/29/2022 | $ | 17,474.15 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 935889 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | ATTN NC UNITED HEALTHCARE MCO | | | | ☐ Other |
| | ATLANTA        GA        31193-5889 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.4831 | UNITED PARCEL SERVICE | 11/29/2022 | $ | 166.04 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60680-9488 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.4832 | UNITED PARCEL SERVICE | 11/29/2022 | $ | 171.58 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60680-9488 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Name

Case number (if known):    23-10255

| 3.4833 | UNITED PARCEL SERVICE | 11/29/2022 | $ | 252.80 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60680-9488 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4834 | UNITED PARCEL SERVICE | 11/29/2022 | $ | 289.57 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60680-9488 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4835 | UNITED PARCEL SERVICE | 11/29/2022 | $ | 289.74 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60680-9488 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4836 | UNITED PARCEL SERVICE | 11/29/2022 | $ | 360.63 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60680-9488 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| 3.4837 | UNITED PARCEL SERVICE | 11/29/2022 | $ | 442.44 | ☐ Secured debt |
|--------|----------------------|------------|---|--------|----------------|

Creditor's Name

PO BOX 809488

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO         IL         60680-9488
City             State      ZIP Code

Country

---

3.4838  UNITED PARCEL SERVICE         11/29/2022    $    627.44

Creditor's Name

PO BOX 809488

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO         IL         60680-9488
City             State      ZIP Code

Country

---

3.4839  UNITED PARCEL SERVICE         11/29/2022    $    745.99

Creditor's Name

PO BOX 809488

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO         IL         60680-9488
City             State      ZIP Code

Country

---

3.4840  UNITED PARCEL SERVICE         11/29/2022    $    757.21

Creditor's Name

PO BOX 809488

Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO         IL         60680-9488
City             State      ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4841  UNITED PARCEL SERVICE    11/29/2022    $    1,091.66
Creditor's Name

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4842  UNITED PARCEL SERVICE    11/29/2022    $    1,375.09
Creditor's Name

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4843  UNITED PARCEL SERVICE    11/29/2022    $    7,011.06
Creditor's Name

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.4844  UNITED PARCEL SERVICE    11/29/2022    $    13,467.42
Creditor's Name

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.4845 | UNITED PARCEL SERVICE | 11/29/2022 | $ | 19,180.79 | ☐ Secured debt |
|--------|------------------------|------------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 809488

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60680-9488
City    State    ZIP Code

Country

| 3.4846 | UNITED PARCEL SERVICE | 11/29/2022 | $ | 20,910.12 | ☐ Secured debt |
|--------|------------------------|------------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 809488

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60680-9488
City    State    ZIP Code

Country

| 3.4847 | UNITED PARCEL SERVICE | 12/8/2022 | $ | 137.86 | ☐ Secured debt |
|--------|------------------------|-----------|---|--------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 809488

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60680-9488
City    State    ZIP Code

Country

| 3.4848 | UNITED PARCEL SERVICE | 12/8/2022 | $ | 141.45 | ☐ Secured debt |
|--------|------------------------|-----------|---|--------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 809488

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60680-9488
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

---

3.4849  UNITED PARCEL SERVICE
Creditor's Name

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

12/8/2022          $          320.89

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

3.4850  UNITED PARCEL SERVICE
Creditor's Name

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

12/8/2022          $          363.35

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

3.4851  UNITED PARCEL SERVICE
Creditor's Name

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

12/8/2022          $          517.20

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

3.4852  UNITED PARCEL SERVICE
Creditor's Name

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

12/8/2022          $          1,674.54

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.4853** UNITED PARCEL SERVICE | 12/8/2022 | $ | 5,346.74
Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

**3.4854** UNITED PARCEL SERVICE | 12/8/2022 | $ | 14,080.40
Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

**3.4855** UNITED PARCEL SERVICE | 12/22/2022 | $ | (96.97)
Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

**3.4856** UNITED PARCEL SERVICE | 12/22/2022 | $ | 50.37
Creditor's Name

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4857 | UNITED PARCEL SERVICE | 12/22/2022 | $ 172.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL        60680-9488 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4858 | UNITED PARCEL SERVICE | 12/22/2022 | $ 193.39 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL        60680-9488 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4859 | UNITED PARCEL SERVICE | 12/22/2022 | $ 221.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL        60680-9488 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4860 | UNITED PARCEL SERVICE | 12/22/2022 | $ 253.43 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL        60680-9488 | | | |
| | City            State        ZIP Code | | | |
| | Country | | | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 1217

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4861 | UNITED PARCEL SERVICE | 12/22/2022 | $ 300.61 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60680-9488 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4862 | UNITED PARCEL SERVICE | 12/22/2022 | $ 334.77 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60680-9488 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4863 | UNITED PARCEL SERVICE | 12/22/2022 | $ 368.42 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60680-9488 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4864 | UNITED PARCEL SERVICE | 12/22/2022 | $ 375.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60680-9488 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

| 3.4865 | UNITED PARCEL SERVICE | 12/22/2022 | $ | 382.19 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 809488 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO      IL      60680-9488 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.4866 | UNITED PARCEL SERVICE | 12/22/2022 | $ | 457.01 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 809488 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO      IL      60680-9488 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.4867 | UNITED PARCEL SERVICE | 12/22/2022 | $ | 487.63 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 809488 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO      IL      60680-9488 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

| 3.4868 | UNITED PARCEL SERVICE | 12/22/2022 | $ | 871.24 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 809488 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO      IL      60680-9488 | | | | | |
| | City      State      ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4869 | UNITED PARCEL SERVICE | 12/22/2022 | $ 991.82 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60680-9488 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4870 | UNITED PARCEL SERVICE | 12/22/2022 | $ 1,090.68 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60680-9488 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4871 | UNITED PARCEL SERVICE | 12/22/2022 | $ 1,398.89 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60680-9488 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4872 | UNITED PARCEL SERVICE | 12/22/2022 | $ 1,522.37 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60680-9488 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

3.4873  UNITED PARCEL SERVICE
Creditor's Name

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City              State        ZIP Code

Country

12/22/2022    $    1,712.39

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4874  UNITED PARCEL SERVICE
Creditor's Name

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City              State        ZIP Code

Country

12/22/2022    $    4,147.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4875  UNITED PARCEL SERVICE
Creditor's Name

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City              State        ZIP Code

Country

12/22/2022    $    4,865.48

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4876  UNITED PARCEL SERVICE
Creditor's Name

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City              State        ZIP Code

Country

12/22/2022    $    15,732.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.4877** UNITED PARCEL SERVICE
Creditor's Name

12/22/2022    $    28,577.41

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

**3.4878** UNITED PARCEL SERVICE
Creditor's Name

12/22/2022    $    30,079.67

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

**3.4879** UNITED PARCEL SERVICE
Creditor's Name

12/29/2022    $    46.27

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

**3.4880** UNITED PARCEL SERVICE
Creditor's Name

12/29/2022    $    58.11

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4881   UNITED PARCEL SERVICE            12/29/2022        $           73.81      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

PO BOX 809488                                                                      ☒ Suppliers or vendors
Street                                                                             ☐ Services

                                                                                   ☐ Other

CHICAGO             IL          60680-9488
City                State       ZIP Code

Country

3.4882   UNITED PARCEL SERVICE            12/29/2022        $          209.24      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

PO BOX 809488                                                                      ☒ Suppliers or vendors
Street                                                                             ☐ Services

                                                                                   ☐ Other

CHICAGO             IL          60680-9488
City                State       ZIP Code

Country

3.4883   UNITED PARCEL SERVICE            12/29/2022        $          393.12      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

PO BOX 809488                                                                      ☒ Suppliers or vendors
Street                                                                             ☐ Services

                                                                                   ☐ Other

CHICAGO             IL          60680-9488
City                State       ZIP Code

Country

3.4884   UNITED PARCEL SERVICE            12/29/2022        $        4,025.34      ☐ Secured debt
Creditor's Name                                                                    ☐ Unsecured loan repayments

PO BOX 809488                                                                      ☒ Suppliers or vendors
Street                                                                             ☐ Services

                                                                                   ☐ Other

CHICAGO             IL          60680-9488
City                State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.4885**  UNITED PARCEL SERVICE
Creditor's Name

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City              State        ZIP Code

Country

12/29/2022        $          4,030.78

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4886**  UNITED PARCEL SERVICE
Creditor's Name

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City              State        ZIP Code

Country

12/29/2022        $         19,291.11

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4887**  UNITED PARCEL SERVICE
Creditor's Name

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City              State        ZIP Code

Country

1/6/2023          $             10.33

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.4888**  UNITED PARCEL SERVICE
Creditor's Name

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City              State        ZIP Code

Country

1/6/2023          $             57.32

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.4889  UNITED PARCEL SERVICE
Creditor's Name

1/6/2023

$  223.18

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

3.4890  UNITED PARCEL SERVICE
Creditor's Name

1/6/2023

$  228.97

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

3.4891  UNITED PARCEL SERVICE
Creditor's Name

1/6/2023

$  488.02

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

3.4892  UNITED PARCEL SERVICE
Creditor's Name

1/6/2023

$  611.11

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.4893** UNITED PARCEL SERVICE
Creditor's Name

1/6/2023

$ 864.40

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

**3.4894** UNITED PARCEL SERVICE
Creditor's Name

1/6/2023

$ 24,081.32

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

**3.4895** UNITED PARCEL SERVICE
Creditor's Name

1/6/2023

$ 45,586.37

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

**3.4896** UNITED PARCEL SERVICE
Creditor's Name

1/12/2023

$ 18.04

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4897 | UNITED PARCEL SERVICE | 1/12/2023 | $ | 51.62 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60680-9488 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4898 | UNITED PARCEL SERVICE | 1/12/2023 | $ | 120.21 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60680-9488 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4899 | UNITED PARCEL SERVICE | 1/12/2023 | $ | 227.63 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60680-9488 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4900 | UNITED PARCEL SERVICE | 1/12/2023 | $ | 326.31 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60680-9488 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4901 | UNITED PARCEL SERVICE | 1/12/2023 | $ 692.62 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL        60680-9488 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4902 | UNITED PARCEL SERVICE | 1/12/2023 | $ 10,054.24 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL        60680-9488 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4903 | UNITED PARCEL SERVICE | 1/12/2023 | $ 22,194.05 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL        60680-9488 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4904 | UNITED PARCEL SERVICE | 1/19/2023 | $ 26.19 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO            IL        60680-9488 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    Page 1228

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.4905 | UNITED PARCEL SERVICE | 1/19/2023 | $ | 77.33 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 809488

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60680-9488

City    State    ZIP Code

Country

| 3.4906 | UNITED PARCEL SERVICE | 1/19/2023 | $ | 114.57 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 809488

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60680-9488

City    State    ZIP Code

Country

| 3.4907 | UNITED PARCEL SERVICE | 1/19/2023 | $ | 196.47 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 809488

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60680-9488

City    State    ZIP Code

Country

| 3.4908 | UNITED PARCEL SERVICE | 1/19/2023 | $ | 249.50 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 809488

☑ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60680-9488

City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:  23-10255

3.4909  UNITED PARCEL SERVICE          1/19/2023     $           428.07      ☐ Secured debt
Creditor's Name                                                             ☐ Unsecured loan repayments

PO BOX 809488                                                               ☒ Suppliers or vendors
Street                                                                      ☐ Services

                                                                            ☐ Other
CHICAGO            IL        60680-9488
City              State     ZIP Code

Country

3.4910  UNITED PARCEL SERVICE          1/19/2023     $         2,000.06     ☐ Secured debt
Creditor's Name                                                             ☐ Unsecured loan repayments

PO BOX 809488                                                               ☒ Suppliers or vendors
Street                                                                      ☐ Services

                                                                            ☐ Other
CHICAGO            IL        60680-9488
City              State     ZIP Code

Country

3.4911  UNITED PARCEL SERVICE          1/19/2023     $        17,831.53     ☐ Secured debt
Creditor's Name                                                             ☐ Unsecured loan repayments

PO BOX 809488                                                               ☒ Suppliers or vendors
Street                                                                      ☐ Services

                                                                            ☐ Other
CHICAGO            IL        60680-9488
City              State     ZIP Code

Country

3.4912  UNITED PARCEL SERVICE          1/26/2023     $            15.02     ☐ Secured debt
Creditor's Name                                                             ☐ Unsecured loan repayments

PO BOX 809488                                                               ☒ Suppliers or vendors
Street                                                                      ☐ Services

                                                                            ☐ Other
CHICAGO            IL        60680-9488
City              State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4913 | UNITED PARCEL SERVICE | 1/26/2023 | $ 30.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO       IL       60680-9488 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4914 | UNITED PARCEL SERVICE | 1/26/2023 | $ 133.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO       IL       60680-9488 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4915 | UNITED PARCEL SERVICE | 1/26/2023 | $ 149.28 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO       IL       60680-9488 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4916 | UNITED PARCEL SERVICE | 1/26/2023 | $ 705.02 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO       IL       60680-9488 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.4917** UNITED PARCEL SERVICE
Creditor's Name

1/26/2023

$ 1,224.67

PO BOX 809488
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

**3.4918** UNITED PARCEL SERVICE
Creditor's Name

1/26/2023

$ 3,007.79

PO BOX 809488
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

**3.4919** UNITED PARCEL SERVICE
Creditor's Name

1/26/2023

$ 18,257.81

PO BOX 809488
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

**3.4920** UNITED PARCEL SERVICE
Creditor's Name

2/8/2023

$ 150.76

PO BOX 809488
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60680-9488
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.4921  UNITED PARCEL SERVICE        2/8/2023      $        175.39
Creditor's Name

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4922  UNITED PARCEL SERVICE        2/8/2023      $        222.33
Creditor's Name

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4923  UNITED PARCEL SERVICE        2/8/2023      $        252.49
Creditor's Name

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4924  UNITED PARCEL SERVICE        2/8/2023      $        298.72
Creditor's Name

PO BOX 809488
Street

CHICAGO        IL        60680-9488
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4925 UNITED PARCEL SERVICE                2/8/2023        $            1,349.03
Creditor's Name

                                                                    ☐ Secured debt
                                                                    ☐ Unsecured loan repayments
PO BOX 809488
Street                                                              ☒ Suppliers or vendors
                                                                    ☐ Services
                                                                    ☐ Other

CHICAGO              IL          60680-9488
City                 State       ZIP Code

Country

3.4926 UNITED PARCEL SERVICE                2/8/2023        $           22,420.46
Creditor's Name

                                                                    ☐ Secured debt
                                                                    ☐ Unsecured loan repayments
PO BOX 809488
Street                                                              ☒ Suppliers or vendors
                                                                    ☐ Services
                                                                    ☐ Other

CHICAGO              IL          60680-9488
City                 State       ZIP Code

Country

3.4927 UNITED PARCEL SERVICE                2/13/2023       $               62.12
Creditor's Name

                                                                    ☐ Secured debt
                                                                    ☐ Unsecured loan repayments
PO BOX 809488
Street                                                              ☒ Suppliers or vendors
                                                                    ☐ Services
                                                                    ☐ Other

CHICAGO              IL          60680-9488
City                 State       ZIP Code

Country

3.4928 UNITED PARCEL SERVICE                2/13/2023       $              185.14
Creditor's Name

                                                                    ☐ Secured debt
                                                                    ☐ Unsecured loan repayments
PO BOX 809488
Street                                                              ☒ Suppliers or vendors
                                                                    ☐ Services
                                                                    ☐ Other

CHICAGO              IL          60680-9488
City                 State       ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**3.4929** UNITED PARCEL SERVICE
Creditor's Name

2/13/2023

$ 296.93

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO            IL        60680-9488
City                State      ZIP Code

Country

**3.4930** UNITED PARCEL SERVICE
Creditor's Name

2/13/2023

$ 419.27

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO            IL        60680-9488
City                State      ZIP Code

Country

**3.4931** UNITED PARCEL SERVICE
Creditor's Name

2/13/2023

$ 856.52

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO            IL        60680-9488
City                State      ZIP Code

Country

**3.4932** UNITED PARCEL SERVICE
Creditor's Name

2/13/2023

$ 1,120.65

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 809488
Street

CHICAGO            IL        60680-9488
City                State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4933 | UNITED PARCEL SERVICE | 2/13/2023 | $ 18,594.33 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 809488 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60680-9488 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4934 | UNIVAR (BERKELEY) -REMIT | 11/29/2022 | $ 1,260.70 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13009 COLLECTIONS CTR DR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4935 | UNIVAR (BERKELEY) -REMIT | 11/29/2022 | $ 1,614.64 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13009 COLLECTIONS CTR DR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4936 | UNIVAR (BERKELEY) -REMIT | 11/29/2022 | $ 9,185.69 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 13009 COLLECTIONS CTR DR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.4937 | UNIVAR (BERKELEY) -REMIT | 1/12/2023 | $ | 70.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13009 COLLECTIONS CTR DR | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4938 | UNIVAR (BERKELEY) -REMIT | 1/12/2023 | $ | 1,635.60 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 13009 COLLECTIONS CTR DR | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60693 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4939 | UPS SUPPLY CHAIN SOLUTIONS INC | 11/29/2022 | $ | 19.14 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60673-1280 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.4940 | UPS SUPPLY CHAIN SOLUTIONS INC | 12/8/2022 | $ | 321.43 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60673-1280 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4941 | UPS SUPPLY CHAIN SOLUTIONS INC | 12/8/2022 | $ | 944.62 | ☐ Secured debt |
|--------|--------------------------------|-----------|---|--------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-1280 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4942 | UPS SUPPLY CHAIN SOLUTIONS INC | 12/8/2022 | $ | 10,754.48 | ☐ Secured debt |
|--------|--------------------------------|-----------|---|-----------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-1280 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4943 | UPS SUPPLY CHAIN SOLUTIONS INC | 12/8/2022 | $ | 41,650.59 | ☐ Secured debt |
|--------|--------------------------------|-----------|---|-----------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-1280 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4944 | UPS SUPPLY CHAIN SOLUTIONS INC | 12/15/2022 | $ | 1.92 | ☐ Secured debt |
|--------|--------------------------------|-----------|---|------|----------------|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO    IL    60673-1280 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.4945 | UPS SUPPLY CHAIN SOLUTIONS INC | 12/15/2022 | $ | 21,899.43 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO       IL       60673-1280 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

| 3.4946 | UPS SUPPLY CHAIN SOLUTIONS INC | 12/22/2022 | $ | 1.15 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO       IL       60673-1280 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

| 3.4947 | UPS SUPPLY CHAIN SOLUTIONS INC | 12/22/2022 | $ | 20,497.22 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO       IL       60673-1280 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

| 3.4948 | UPS SUPPLY CHAIN SOLUTIONS INC | 12/22/2022 | $ | 23,380.22 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO       IL       60673-1280 | | | | |
| | City       State       ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.4949 | UPS SUPPLY CHAIN SOLUTIONS INC | 12/29/2022 | $ 43,649.08 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1280 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4950 | UPS SUPPLY CHAIN SOLUTIONS INC | 1/6/2023 | $ 11,909.38 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1280 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4951 | UPS SUPPLY CHAIN SOLUTIONS INC | 1/12/2023 | $ 86.74 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1280 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.4952 | UPS SUPPLY CHAIN SOLUTIONS INC | 1/12/2023 | $ 2,774.03 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1280 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4953 | UPS SUPPLY CHAIN SOLUTIONS INC | 1/12/2023 | $ | 20,003.32 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60673-1280 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.4954 | UPS SUPPLY CHAIN SOLUTIONS INC | 1/19/2023 | $ | 4,620.00 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60673-1280 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.4955 | UPS SUPPLY CHAIN SOLUTIONS INC | 1/19/2023 | $ | 39,117.40 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60673-1280 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.4956 | UPS SUPPLY CHAIN SOLUTIONS INC | 1/26/2023 | $ | 12,309.96 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60673-1280 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.4957 | UPS SUPPLY CHAIN SOLUTIONS INC | 1/26/2023 | $ | 29,009.69 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60673-1280 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4958 | UPS SUPPLY CHAIN SOLUTIONS INC | 2/8/2023 | $ | 63.99 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60673-1280 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4959 | UPS SUPPLY CHAIN SOLUTIONS INC | 2/13/2023 | $ | 380.93 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60673-1280 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.4960 | UPS SUPPLY CHAIN SOLUTIONS INC | 2/13/2023 | $ | 2,246.97 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 28013 NETWORK PLACE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO        IL        60673-1280 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known):  23-10255

Name

3.4961  UPS SUPPLY CHAIN SOLUTIONS INC
Creditor's Name

28013 NETWORK PLACE
Street

CHICAGO          IL          60673-1280
City              State        ZIP Code

Country

2/13/2023     $          12,898.39

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.4962  UPS SUPPLY CHAIN SOLUTIONS INC
Creditor's Name

28013 NETWORK PLACE
Street

CHICAGO          IL          60673-1280
City              State        ZIP Code

Country

2/13/2023     $          21,514.39

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.4963  UT-MCOU OBRA
Creditor's Name

LB 413133
Street

UTAH STATE TREASURER, PO BOX 35146

SEATTLE          WA          98124-5146
City              State        ZIP Code

Country

12/22/2022    $            (10.32)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.4964  UT-MCOU OBRA
Creditor's Name

LB 413133
Street

UTAH STATE TREASURER, PO BOX 35146

SEATTLE          WA          98124-5146
City              State        ZIP Code

Country

12/22/2022    $             (7.60)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*     23-10255

Name

3.4965 UT-MCOU OBRA
Creditor's Name

12/22/2022     $     33.50

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

LB 413133
Street

UTAH STATE TREASURER, PO BOX 35146

SEATTLE          WA          98124-5146
City          State          ZIP Code

Country

3.4966 UT-MCOU OBRA
Creditor's Name

12/22/2022     $     83.19

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

LB 413133
Street

UTAH STATE TREASURER, PO BOX 35146

SEATTLE          WA          98124-5146
City          State          ZIP Code

Country

3.4967 UT-MCOU OBRA
Creditor's Name

12/22/2022     $     697.17

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

LB 413133
Street

UTAH STATE TREASURER, PO BOX 35146

SEATTLE          WA          98124-5146
City          State          ZIP Code

Country

3.4968 UT-MCOU OBRA
Creditor's Name

12/22/2022     $     10,780.99

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

LB 413133
Street

UTAH STATE TREASURER, PO BOX 35146

SEATTLE          WA          98124-5146
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.4969 | VA-CCC PLUS MCO DRUG REBATE | 12/22/2022 | $ | 1.76 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT OF MEDICAL ASST SVCS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 75991, ATTN CCC PLUS MCO DRUG REBATE | | | | ☐ Other |
| | BALTIMORE    MD    75991-5991 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4970 | VA-CCC PLUS MCO DRUG REBATE | 12/22/2022 | $ | 4.53 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT OF MEDICAL ASST SVCS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 75991, ATTN CCC PLUS MCO DRUG REBATE | | | | ☐ Other |
| | BALTIMORE    MD    75991-5991 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4971 | VA-CCC PLUS MCO DRUG REBATE | 12/22/2022 | $ | 44.35 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT OF MEDICAL ASST SVCS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 75991, ATTN CCC PLUS MCO DRUG REBATE | | | | ☐ Other |
| | BALTIMORE    MD    75991-5991 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4972 | VA-CCC PLUS MCO DRUG REBATE | 12/22/2022 | $ | 52.70 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT OF MEDICAL ASST SVCS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 75991, ATTN CCC PLUS MCO DRUG REBATE | | | | ☐ Other |
| | BALTIMORE    MD    75991-5991 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

| 3.4973 | VA-CCC PLUS MCO DRUG REBATE | 12/22/2022 | $ | 514.27 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT OF MEDICAL ASST SVCS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 75991, ATTN CCC PLUS MCO DRUG REBATE | | | | ☐ | Other |
| | BALTIMORE    MD    75991-5991 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4974 | VA-CCC PLUS MCO DRUG REBATE | 12/22/2022 | $ | 19,992.78 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT OF MEDICAL ASST SVCS | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 75991, ATTN CCC PLUS MCO DRUG REBATE | | | | ☐ | Other |
| | BALTIMORE    MD    75991-5991 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4975 | VAISALA INC | 11/29/2022 | $ | 344.34 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT CH 19486 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PALATINE    IL    60055-9486 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.4976 | VAISALA INC | 11/29/2022 | $ | 622.00 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | DEPT CH 19486 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PALATINE    IL    60055-9486 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.4977  VAISALA INC

Creditor's Name

DEPT CH 19486

Street

PALATINE          IL          60055-9486

City          State          ZIP Code

Country

1/12/2023          $          4,068.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4978  VAISALA INC

Creditor's Name

DEPT CH 19486

Street

PALATINE          IL          60055-9486

City          State          ZIP Code

Country

1/12/2023          $          20,035.88

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4979  VAISALA INC

Creditor's Name

DEPT CH 19486

Street

PALATINE          IL          60055-9486

City          State          ZIP Code

Country

2/13/2023          $          1,721.70

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4980  VA-MEDALLION 4 EXPANSION REBATE

Creditor's Name

DEPT OF MEDICAL ASST SVCS

Street

PO BOX 75991

BALTIMORE          MD          75991-5991

City          State          ZIP Code

Country

12/22/2022          $          (1.33)

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

---

3.4981 VA-MEDALLION 4 EXPANSION REBATE

Creditor's Name

DEPT OF MEDICAL ASST SVCS

Street

PO BOX 75991

BALTIMORE      MD      75991-5991
City            State   ZIP Code

Country

12/22/2022    $            0.49

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4982 VA-MEDALLION 4 EXPANSION REBATE

Creditor's Name

DEPT OF MEDICAL ASST SVCS

Street

PO BOX 75991

BALTIMORE      MD      75991-5991
City            State   ZIP Code

Country

12/22/2022    $          149.52

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4983 VA-MEDALLION 4 EXPANSION REBATE

Creditor's Name

DEPT OF MEDICAL ASST SVCS

Street

PO BOX 75991

BALTIMORE      MD      75991-5991
City            State   ZIP Code

Country

12/22/2022    $          347.44

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

3.4984 VA-MEDALLION 4 EXPANSION REBATE

Creditor's Name

DEPT OF MEDICAL ASST SVCS

Street

PO BOX 75991

BALTIMORE      MD      75991-5991
City            State   ZIP Code

Country

12/22/2022    $       12,719.33

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

---

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.4985 | VA-MEDALLION 4 MCO | 12/22/2022 | $ | 0.17 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT OF MEDICAL ASST SVCS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 75991, ATTN MEDALLION 4 MCO | | | | ☐ Other |
| | BALTIMORE    MD    75991-5991 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4986 | VA-MEDALLION 4 MCO | 12/22/2022 | $ | 3.14 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT OF MEDICAL ASST SVCS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 75991, ATTN MEDALLION 4 MCO | | | | ☐ Other |
| | BALTIMORE    MD    75991-5991 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4987 | VA-MEDALLION 4 MCO | 12/22/2022 | $ | 191.27 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT OF MEDICAL ASST SVCS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 75991, ATTN MEDALLION 4 MCO | | | | ☐ Other |
| | BALTIMORE    MD    75991-5991 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.4988 | VA-MEDALLION 4 MCO | 12/22/2022 | $ | 47,151.78 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | DEPT OF MEDICAL ASST SVCS | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | PO BOX 75991, ATTN MEDALLION 4 MCO | | | | ☐ Other |
| | BALTIMORE    MD    75991-5991 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4989  VEEVA SYSTEMS INC
Creditor's Name

PO BOX 740434
Street

LOS ANGELES            CA          90074-0434
City                          State          ZIP Code

Country

11/29/2022        $            825.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4990  VEEVA SYSTEMS INC
Creditor's Name

PO BOX 740434
Street

LOS ANGELES            CA          90074-0434
City                          State          ZIP Code

Country

11/29/2022        $          2,475.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4991  VEEVA SYSTEMS INC
Creditor's Name

PO BOX 740434
Street

LOS ANGELES            CA          90074-0434
City                          State          ZIP Code

Country

11/29/2022        $         11,760.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.4992  VEEVA SYSTEMS INC
Creditor's Name

PO BOX 740434
Street

LOS ANGELES            CA          90074-0434
City                          State          ZIP Code

Country

11/29/2022        $        578,004.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.4993  VEEVA SYSTEMS INC

Creditor's Name

1/6/2023

$    825.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PO BOX 740434

Street

LOS ANGELES     CA     90074-0434

City     State     ZIP Code

Country

3.4994  VEEVA SYSTEMS INC

Creditor's Name

1/6/2023

$    2,475.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PO BOX 740434

Street

LOS ANGELES     CA     90074-0434

City     State     ZIP Code

Country

3.4995  VEOLIA ES TECHNICAL SOLUTIONS

Creditor's Name

11/29/2022

$    6,518.46

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PO BOX 73709

Street

CHICAGO     IL     60673-7709

City     State     ZIP Code

Country

3.4996  VEOLIA ES TECHNICAL SOLUTIONS

Creditor's Name

11/29/2022

$    7,489.40

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PO BOX 73709

Street

CHICAGO     IL     60673-7709

City     State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known):    23-10255

Name

| 3.4997 | VEOLIA ES TECHNICAL SOLUTIONS | 11/29/2022 | $ | 7,713.67 |
|---|---|---|---|---|

Creditor's Name

PO BOX 73709

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709

City          State          ZIP Code

Country

| 3.4998 | VEOLIA ES TECHNICAL SOLUTIONS | 11/29/2022 | $ | 9,679.34 |
|---|---|---|---|---|

Creditor's Name

PO BOX 73709

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709

City          State          ZIP Code

Country

| 3.4999 | VEOLIA ES TECHNICAL SOLUTIONS | 11/29/2022 | $ | 12,565.05 |
|---|---|---|---|---|

Creditor's Name

PO BOX 73709

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709

City          State          ZIP Code

Country

| 3.5000 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ | 2,083.35 |
|---|---|---|---|---|

Creditor's Name

PO BOX 73709

Street

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5001 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $    2,869.44 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-7709 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5002 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $    2,903.47 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-7709 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5003 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $    3,012.53 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-7709 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5004 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $    3,098.06 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-7709 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.5005  VEOLIA ES TECHNICAL SOLUTIONS     1/6/2023     $        3,158.32
Creditor's Name

PO BOX 73709
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

3.5006  VEOLIA ES TECHNICAL SOLUTIONS     1/6/2023     $        3,297.48
Creditor's Name

PO BOX 73709
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

3.5007  VEOLIA ES TECHNICAL SOLUTIONS     1/6/2023     $        3,343.55
Creditor's Name

PO BOX 73709
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

3.5008  VEOLIA ES TECHNICAL SOLUTIONS     1/6/2023     $        3,360.28
Creditor's Name

PO BOX 73709
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

3.5009  VEOLIA ES TECHNICAL SOLUTIONS
Creditor's Name

1/6/2023

$    3,463.09

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 73709
Street

CHICAGO        IL        60673-7709
City        State        ZIP Code

Country

3.5010  VEOLIA ES TECHNICAL SOLUTIONS
Creditor's Name

1/6/2023

$    4,111.75

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 73709
Street

CHICAGO        IL        60673-7709
City        State        ZIP Code

Country

3.5011  VEOLIA ES TECHNICAL SOLUTIONS
Creditor's Name

1/6/2023

$    4,224.42

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 73709
Street

CHICAGO        IL        60673-7709
City        State        ZIP Code

Country

3.5012  VEOLIA ES TECHNICAL SOLUTIONS
Creditor's Name

1/6/2023

$    4,849.80

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 73709
Street

CHICAGO        IL        60673-7709
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.5013** VEOLIA ES TECHNICAL SOLUTIONS
Creditor's Name

1/6/2023     $     5,047.63

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 73709
Street

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

---

**3.5014** VEOLIA ES TECHNICAL SOLUTIONS
Creditor's Name

1/6/2023     $     5,327.57

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 73709
Street

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

---

**3.5015** VEOLIA ES TECHNICAL SOLUTIONS
Creditor's Name

1/6/2023     $     5,534.89

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 73709
Street

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

---

**3.5016** VEOLIA ES TECHNICAL SOLUTIONS
Creditor's Name

1/6/2023     $     6,074.18

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 73709
Street

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| 3.5017 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ | 6,189.33 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 73709
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

| 3.5018 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ | 8,154.69 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 73709
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

| 3.5019 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ | 8,319.17 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 73709
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

| 3.5020 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ | 8,369.28 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

PO BOX 73709
Street

☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5021 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ 8,632.99 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60673-7709 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5022 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ 8,729.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60673-7709 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5023 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ 8,857.72 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60673-7709 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5024 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ 9,151.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO          IL          60673-7709 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5025 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ 9,474.85 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60673-7709 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5026 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ 9,949.97 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60673-7709 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5027 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ 10,733.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60673-7709 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5028 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ 11,321.16 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60673-7709 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.5029 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ | 11,423.41 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO     IL     60673-7709 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

| 3.5030 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ | 11,423.70 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO     IL     60673-7709 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

| 3.5031 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ | 11,756.59 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO     IL     60673-7709 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

| 3.5032 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ | 12,294.59 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO     IL     60673-7709 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.5033** VEOLIA ES TECHNICAL SOLUTIONS          1/6/2023          $          12,868.91
Creditor's Name

PO BOX 73709
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

**3.5034** VEOLIA ES TECHNICAL SOLUTIONS          1/6/2023          $          12,973.26
Creditor's Name

PO BOX 73709
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

**3.5035** VEOLIA ES TECHNICAL SOLUTIONS          1/6/2023          $          13,006.29
Creditor's Name

PO BOX 73709
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

**3.5036** VEOLIA ES TECHNICAL SOLUTIONS          1/6/2023          $          22,809.19
Creditor's Name

PO BOX 73709
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

CHICAGO          IL          60673-7709
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.5037 | VEOLIA ES TECHNICAL SOLUTIONS | 1/6/2023 | $ | 105,859.96 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60673-7709 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.5038 | VEOLIA ES TECHNICAL SOLUTIONS | 1/12/2023 | $ | 6,707.37 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60673-7709 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.5039 | VEOLIA ES TECHNICAL SOLUTIONS | 1/19/2023 | $ | 3,387.70 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60673-7709 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

| 3.5040 | VEOLIA ES TECHNICAL SOLUTIONS | 1/19/2023 | $ | 4,414.12 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | CHICAGO          IL          60673-7709 | | | | |
| | City          State          ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.5041 | VEOLIA ES TECHNICAL SOLUTIONS | 1/19/2023 | $ | 4,606.56 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO         IL         60673-7709 | | | | | |
| | City         State         ZIP Code | | | | | |
| | Country | | | | | |

| 3.5042 | VEOLIA ES TECHNICAL SOLUTIONS | 1/19/2023 | $ | 8,885.50 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO         IL         60673-7709 | | | | | |
| | City         State         ZIP Code | | | | | |
| | Country | | | | | |

| 3.5043 | VEOLIA ES TECHNICAL SOLUTIONS | 1/19/2023 | $ | 9,541.78 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO         IL         60673-7709 | | | | | |
| | City         State         ZIP Code | | | | | |
| | Country | | | | | |

| 3.5044 | VEOLIA ES TECHNICAL SOLUTIONS | 1/19/2023 | $ | 14,167.87 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO         IL         60673-7709 | | | | | |
| | City         State         ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.5045 | VEOLIA ES TECHNICAL SOLUTIONS | 1/19/2023 | $ | 17,947.80 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 73709

Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO          IL          60673-7709

City          State          ZIP Code

Country

| 3.5046 | VEOLIA ES TECHNICAL SOLUTIONS | 1/26/2023 | $ | 3,911.75 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 73709

Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO          IL          60673-7709

City          State          ZIP Code

Country

| 3.5047 | VEOLIA ES TECHNICAL SOLUTIONS | 1/26/2023 | $ | 7,981.84 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 73709

Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO          IL          60673-7709

City          State          ZIP Code

Country

| 3.5048 | VEOLIA ES TECHNICAL SOLUTIONS | 1/26/2023 | $ | 11,521.91 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 73709

Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO          IL          60673-7709

City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.5049 | VEOLIA ES TECHNICAL SOLUTIONS | 1/26/2023 | $ | 11,668.44 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO   IL   60673-7709 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.5050 | VEOLIA ES TECHNICAL SOLUTIONS | 1/31/2023 | $ | 8,119.43 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO   IL   60673-7709 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.5051 | VEOLIA ES TECHNICAL SOLUTIONS | 2/8/2023 | $ | 20,022.95 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO   IL   60673-7709 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.5052 | VEOLIA ES TECHNICAL SOLUTIONS | 2/13/2023 | $ | 6,544.21 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 73709 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO   IL   60673-7709 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.5053 | VEOLIA ES TECHNICAL SOLUTIONS | 2/13/2023 | $ 11,469.66 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60673-7709 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| 3.5054 | VEOLIA ES TECHNICAL SOLUTIONS | 2/13/2023 | $ 18,675.04 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 73709 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO        IL        60673-7709 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| 3.5055 | VERIZON WIRELESS | 11/29/2022 | $ 12,179.94 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 16810 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEWARK        NJ        07101-6810 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

| 3.5056 | VERIZON WIRELESS | 1/26/2023 | $ 6,377.49 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 16810 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | NEWARK        NJ        07101-6810 | | | |
| | City        State        ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| 3.5057 | VERIZON WIRELESS | 1/26/2023 | $ | 11,313.57 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 16810 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | NEWARK        NJ        07101-6810 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.5058 | VERONICA DEVELOPMENT ASSOCIATES LLC | 12/6/2022 | $ | (7,056.95) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 400 NORTH BRIDGE STREET | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BRIDGEPORT        NJ        08807 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.5059 | VERONICA DEVELOPMENT ASSOCIATES LLC | 12/6/2022 | $ | 84,683.37 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 400 NORTH BRIDGE STREET | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BRIDGEPORT        NJ        08807 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.5060 | VERONICA DEVELOPMENT ASSOCIATES LLC | 1/6/2023 | $ | 84,683.37 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 400 NORTH BRIDGE STREET | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | BRIDGEPORT        NJ        08807 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5061 | VERONICA DEVELOPMENT ASSOCIATES LLC | 2/13/2023 | $ 84,683.37 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 400 NORTH BRIDGE STREET | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | BRIDGEPORT    NJ    08807 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5062 | VERTEX INC | 1/12/2023 | $ 10,841.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 25528 NETWORK PL | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60673-1255 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5063 | VIDEOJET -REMIT | 1/12/2023 | $ 8,750.91 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 12113 COLLECTION CENTER DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5064 | VIDEOJET -REMIT | 1/12/2023 | $ 8,750.91 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 12113 COLLECTION CENTER DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CHICAGO    IL    60693 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.5065 | VIDEOJET -REMIT | 1/31/2023 | $ | 1,464.77 | ☐ | Secured debt |
|--------|-----------------|-----------|---|----------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

12113 COLLECTION CENTER DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60693
City    State    ZIP Code

Country

| 3.5066 | VIDEOJET -REMIT | 1/31/2023 | $ | 2,309.18 | ☐ | Secured debt |
|--------|-----------------|-----------|---|----------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

12113 COLLECTION CENTER DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60693
City    State    ZIP Code

Country

| 3.5067 | VIDEOJET -REMIT | 1/31/2023 | $ | 3,042.79 | ☐ | Secured debt |
|--------|-----------------|-----------|---|----------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

12113 COLLECTION CENTER DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60693
City    State    ZIP Code

Country

| 3.5068 | VIDEOJET -REMIT | 2/13/2023 | $ | 8,750.91 | ☐ | Secured debt |
|--------|-----------------|-----------|---|----------|---|--------------|

Creditor's Name

☐ Unsecured loan repayments

12113 COLLECTION CENTER DRIVE

☒ Suppliers or vendors

Street

☐ Services

☐ Other

CHICAGO    IL    60693
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5069 | VIZIENT SUPPLY (FORMER NOVATION) | 11/29/2022 | $ 14.41 | |

Creditor's Name

PO BOX 842175

Street

DALLAS    TX    75284-2175
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | | |
|---|---|---|---|---|
| 3.5070 | VIZIENT SUPPLY (FORMER NOVATION) | 11/29/2022 | $ 250.20 | |

Creditor's Name

PO BOX 842175

Street

DALLAS    TX    75284-2175
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | | |
|---|---|---|---|---|
| 3.5071 | VIZIENT SUPPLY (FORMER NOVATION) | 11/29/2022 | $ 303.33 | |

Creditor's Name

PO BOX 842175

Street

DALLAS    TX    75284-2175
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | | |
|---|---|---|---|---|
| 3.5072 | VIZIENT SUPPLY (FORMER NOVATION) | 11/29/2022 | $ 340.20 | |

Creditor's Name

PO BOX 842175

Street

DALLAS    TX    75284-2175
City    State    ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known):   23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5073 | VIZIENT SUPPLY (FORMER NOVATION) | 2/8/2023 | $ 2,354.74 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 842175 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DALLAS                TX        75284-2175 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5074 | VIZIENT SUPPLY (FORMER NOVATION) | 2/8/2023 | $ 105,055.98 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 842175 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DALLAS                TX        75284-2175 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5075 | VIZIENT SUPPLY (FORMER NOVATION) | 2/8/2023 | $ 191,075.11 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 842175 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DALLAS                TX        75284-2175 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5076 | VT-MEDICAID | 12/22/2022 | $ (59.24) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | STATE AGENCY OF HUMAN SVCS DVHA-AR | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | PO BOX 1335 | | | ☐ Other |
| | WILLISTON             VT        05495-1645 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.5077 | VT-MEDICAID | 12/22/2022 | $ | 8,790.79 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | STATE AGENCY OF HUMAN SVCS DVHA-AR | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 1335 | | | | ☐ | Other |

WILLISTON        VT        05495-1645
City        State        ZIP Code

Country

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.5078 | VWR INTERNATIONAL | 11/29/2022 | $ | 101.84 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |

PITTSBURGH        PA        15264-0169
City        State        ZIP Code

Country

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.5079 | VWR INTERNATIONAL | 11/29/2022 | $ | 144.38 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |

PITTSBURGH        PA        15264-0169
City        State        ZIP Code

Country

| | | | | | | |
|---|---|---|---|---|---|---|
| 3.5080 | VWR INTERNATIONAL | 11/29/2022 | $ | 157.86 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |

PITTSBURGH        PA        15264-0169
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.5081  VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH      PA      15264-0169

City      State      ZIP Code

Country

11/29/2022      $      183.63

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.5082  VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH      PA      15264-0169

City      State      ZIP Code

Country

11/29/2022      $      260.92

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.5083  VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH      PA      15264-0169

City      State      ZIP Code

Country

11/29/2022      $      265.57

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.5084  VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH      PA      15264-0169

City      State      ZIP Code

Country

11/29/2022      $      301.76

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.5085 | VWR INTERNATIONAL | 11/29/2022 | $ | 378.01 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

Country

| 3.5086 | VWR INTERNATIONAL | 11/29/2022 | $ | 1,060.79 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

Country

| 3.5087 | VWR INTERNATIONAL | 11/29/2022 | $ | 1,475.31 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

Country

| 3.5088 | VWR INTERNATIONAL | 11/29/2022 | $ | 1,748.13 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

Country

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 1274

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.5089**  VWR INTERNATIONAL

Creditor's Name

11/29/2022    $    2,236.77

P. O. BOX 640169

Street

PITTSBURGH         PA         15264-0169

City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5090**  VWR INTERNATIONAL

Creditor's Name

11/29/2022    $    2,617.23

P. O. BOX 640169

Street

PITTSBURGH         PA         15264-0169

City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5091**  VWR INTERNATIONAL

Creditor's Name

11/29/2022    $    2,807.77

P. O. BOX 640169

Street

PITTSBURGH         PA         15264-0169

City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5092**  VWR INTERNATIONAL

Creditor's Name

11/29/2022    $    4,835.06

P. O. BOX 640169

Street

PITTSBURGH         PA         15264-0169

City                State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.5093 | VWR INTERNATIONAL | 12/8/2022 | $ | 55.92 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

Street

☑ Suppliers or vendors

☐ Services

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

☐ Other

Country

| 3.5094 | VWR INTERNATIONAL | 12/8/2022 | $ | 76.14 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

Street

☑ Suppliers or vendors

☐ Services

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

☐ Other

Country

| 3.5095 | VWR INTERNATIONAL | 12/8/2022 | $ | 299.73 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

Street

☑ Suppliers or vendors

☐ Services

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

☐ Other

Country

| 3.5096 | VWR INTERNATIONAL | 12/8/2022 | $ | 705.81 | | ☐ Secured debt |
|---|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

Street

☑ Suppliers or vendors

☐ Services

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

☐ Other

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5097 | VWR INTERNATIONAL<br>Creditor's Name | 12/8/2022 | $ 1,999.90 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | P. O. BOX 640169<br>Street | | | ☒ Suppliers or vendors<br>☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169<br>City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5098 | VWR INTERNATIONAL<br>Creditor's Name | 12/8/2022 | $ 2,694.58 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | P. O. BOX 640169<br>Street | | | ☒ Suppliers or vendors<br>☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169<br>City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5099 | VWR INTERNATIONAL<br>Creditor's Name | 12/8/2022 | $ 6,537.60 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | P. O. BOX 640169<br>Street | | | ☒ Suppliers or vendors<br>☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169<br>City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5100 | VWR INTERNATIONAL<br>Creditor's Name | 1/6/2023 | $ 86.87 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | P. O. BOX 640169<br>Street | | | ☒ Suppliers or vendors<br>☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169<br>City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:   23-10255

Name

3.5101  VWR INTERNATIONAL                1/6/2023        $            193.95
Creditor's Name

P. O. BOX 640169
Street

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PITTSBURGH        PA        15264-0169
City              State     ZIP Code

Country

3.5102  VWR INTERNATIONAL                1/6/2023        $            260.92
Creditor's Name

P. O. BOX 640169
Street

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PITTSBURGH        PA        15264-0169
City              State     ZIP Code

Country

3.5103  VWR INTERNATIONAL                1/6/2023        $            269.72
Creditor's Name

P. O. BOX 640169
Street

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PITTSBURGH        PA        15264-0169
City              State     ZIP Code

Country

3.5104  VWR INTERNATIONAL                1/6/2023        $            359.46
Creditor's Name

P. O. BOX 640169
Street

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

PITTSBURGH        PA        15264-0169
City              State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.5105 | VWR INTERNATIONAL | 1/6/2023 | $ | 389.44 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH     PA     15264-0169 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

| 3.5106 | VWR INTERNATIONAL | 1/6/2023 | $ | 506.71 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH     PA     15264-0169 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

| 3.5107 | VWR INTERNATIONAL | 1/6/2023 | $ | 525.50 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH     PA     15264-0169 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

| 3.5108 | VWR INTERNATIONAL | 1/6/2023 | $ | 562.12 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH     PA     15264-0169 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5109 | VWR INTERNATIONAL | 1/6/2023 | $ 705.81 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5110 | VWR INTERNATIONAL | 1/6/2023 | $ 774.28 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5111 | VWR INTERNATIONAL | 1/6/2023 | $ 775.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5112 | VWR INTERNATIONAL | 1/6/2023 | $ 826.54 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.5113 VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH    PA    15264-0169

City    State    ZIP Code

Country

1/6/2023    $    921.32

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5114 VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH    PA    15264-0169

City    State    ZIP Code

Country

1/6/2023    $    1,031.24

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5115 VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH    PA    15264-0169

City    State    ZIP Code

Country

1/6/2023    $    1,094.69

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5116 VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH    PA    15264-0169

City    State    ZIP Code

Country

1/6/2023    $    1,162.67

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.5117 | VWR INTERNATIONAL | 1/6/2023 | $ | 1,209.30 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PITTSBURGH  PA  15264-0169 | | | | | |
| | City  State  ZIP Code | | | | | |
| | Country | | | | | |

| 3.5118 | VWR INTERNATIONAL | 1/6/2023 | $ | 1,454.77 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PITTSBURGH  PA  15264-0169 | | | | | |
| | City  State  ZIP Code | | | | | |
| | Country | | | | | |

| 3.5119 | VWR INTERNATIONAL | 1/6/2023 | $ | 1,542.51 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PITTSBURGH  PA  15264-0169 | | | | | |
| | City  State  ZIP Code | | | | | |
| | Country | | | | | |

| 3.5120 | VWR INTERNATIONAL | 1/6/2023 | $ | 1,700.00 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | PITTSBURGH  PA  15264-0169 | | | | | |
| | City  State  ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.5121 | VWR INTERNATIONAL | 1/6/2023 | $ | 1,803.97 | ☐ Secured debt |
|--------|-------------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☑ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH     PA     15264-0169

City     State     ZIP Code

Country

| 3.5122 | VWR INTERNATIONAL | 1/6/2023 | $ | 2,184.26 | ☐ Secured debt |
|--------|-------------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☑ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH     PA     15264-0169

City     State     ZIP Code

Country

| 3.5123 | VWR INTERNATIONAL | 1/6/2023 | $ | 2,565.95 | ☐ Secured debt |
|--------|-------------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☑ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH     PA     15264-0169

City     State     ZIP Code

Country

| 3.5124 | VWR INTERNATIONAL | 1/6/2023 | $ | 6,214.33 | ☐ Secured debt |
|--------|-------------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☑ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH     PA     15264-0169

City     State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | |
|---|---|---|---|
| 3.5125 | VWR INTERNATIONAL | 1/6/2023 | $ 10,871.05 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

P. O. BOX 640169
Street

PITTSBURGH        PA        15264-0169
City                State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.5126 | VWR INTERNATIONAL | 1/6/2023 | $ 10,871.05 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

P. O. BOX 640169
Street

PITTSBURGH        PA        15264-0169
City                State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.5127 | VWR INTERNATIONAL | 1/6/2023 | $ 18,337.72 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

P. O. BOX 640169
Street

PITTSBURGH        PA        15264-0169
City                State        ZIP Code

Country

| | | | |
|---|---|---|---|
| 3.5128 | VWR INTERNATIONAL | 1/6/2023 | $ 18,337.72 |

Creditor's Name

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

P. O. BOX 640169
Street

PITTSBURGH        PA        15264-0169
City                State        ZIP Code

Country

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

3.5129  VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH       PA       15264-0169

City                State        ZIP Code

Country

1/12/2023       $       128.88

☐  Secured debt
☐  Unsecured loan repayments
☑  Suppliers or vendors
☐  Services
☐  Other

3.5130  VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH       PA       15264-0169

City                State        ZIP Code

Country

1/12/2023       $       132.58

☐  Secured debt
☐  Unsecured loan repayments
☑  Suppliers or vendors
☐  Services
☐  Other

3.5131  VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH       PA       15264-0169

City                State        ZIP Code

Country

1/12/2023       $       310.73

☐  Secured debt
☐  Unsecured loan repayments
☑  Suppliers or vendors
☐  Services
☐  Other

3.5132  VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH       PA       15264-0169

City                State        ZIP Code

Country

1/12/2023       $       379.56

☐  Secured debt
☐  Unsecured loan repayments
☑  Suppliers or vendors
☐  Services
☐  Other

Debtor: Akorn Operating Company LLC

Case number (if known):  23-10255

Name

| 3.5133 | VWR INTERNATIONAL | 1/12/2023 | $ | 398.10 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15264-0169 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.5134 | VWR INTERNATIONAL | 1/12/2023 | $ | 491.65 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15264-0169 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.5135 | VWR INTERNATIONAL | 1/12/2023 | $ | 585.21 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15264-0169 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| 3.5136 | VWR INTERNATIONAL | 1/12/2023 | $ | 874.20 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH   PA   15264-0169 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.5137 | VWR INTERNATIONAL | 1/12/2023 | $ | 952.63 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

Street

☒ Suppliers or vendors

☐ Services

☐ Other

PITTSBURGH        PA        15264-0169
City            State        ZIP Code

Country

| 3.5138 | VWR INTERNATIONAL | 1/12/2023 | $ | 971.74 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

Street

☒ Suppliers or vendors

☐ Services

☐ Other

PITTSBURGH        PA        15264-0169
City            State        ZIP Code

Country

| 3.5139 | VWR INTERNATIONAL | 1/12/2023 | $ | 1,010.15 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

Street

☒ Suppliers or vendors

☐ Services

☐ Other

PITTSBURGH        PA        15264-0169
City            State        ZIP Code

Country

| 3.5140 | VWR INTERNATIONAL | 1/12/2023 | $ | 2,849.62 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

Street

☒ Suppliers or vendors

☐ Services

☐ Other

PITTSBURGH        PA        15264-0169
City            State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5141 | VWR INTERNATIONAL | 1/26/2023 | $ 141.26 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5142 | VWR INTERNATIONAL | 1/26/2023 | $ 152.98 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5143 | VWR INTERNATIONAL | 1/26/2023 | $ 178.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5144 | VWR INTERNATIONAL | 1/26/2023 | $ 388.28 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| 3.5145 | VWR INTERNATIONAL | 1/26/2023 | $ | 406.80 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH          PA          15264-0169

City                State        ZIP Code

Country

| 3.5146 | VWR INTERNATIONAL | 1/26/2023 | $ | 552.25 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH          PA          15264-0169

City                State        ZIP Code

Country

| 3.5147 | VWR INTERNATIONAL | 1/26/2023 | $ | 803.19 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH          PA          15264-0169

City                State        ZIP Code

Country

| 3.5148 | VWR INTERNATIONAL | 1/26/2023 | $ | 7,855.09 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH          PA          15264-0169

City                State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.5149 | VWR INTERNATIONAL | 1/26/2023 | $ | 10,298.00 | ☐ Secured debt |
|--------|-------------------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH     PA     15264-0169
City     State     ZIP Code

Country

| 3.5150 | VWR INTERNATIONAL | 1/26/2023 | $ | 10,871.05 | ☐ Secured debt |
|--------|-------------------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH     PA     15264-0169
City     State     ZIP Code

Country

| 3.5151 | VWR INTERNATIONAL | 1/26/2023 | $ | 18,337.72 | ☐ Secured debt |
|--------|-------------------|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH     PA     15264-0169
City     State     ZIP Code

Country

| 3.5152 | VWR INTERNATIONAL | 1/31/2023 | $ | 168.47 | ☐ Secured debt |
|--------|-------------------|-----------|---|--------|----------------|

Creditor's Name

☐ Unsecured loan repayments

P. O. BOX 640169

☒ Suppliers or vendors

Street

☐ Services

☐ Other

PITTSBURGH     PA     15264-0169
City     State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.5153** VWR INTERNATIONAL

Creditor's Name

1/31/2023

$ 202.40

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

P. O. BOX 640169

Street

PITTSBURGH        PA        15264-0169

City        State        ZIP Code

Country

**3.5154** VWR INTERNATIONAL

Creditor's Name

1/31/2023

$ 270.28

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

P. O. BOX 640169

Street

PITTSBURGH        PA        15264-0169

City        State        ZIP Code

Country

**3.5155** VWR INTERNATIONAL

Creditor's Name

1/31/2023

$ 274.18

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

P. O. BOX 640169

Street

PITTSBURGH        PA        15264-0169

City        State        ZIP Code

Country

**3.5156** VWR INTERNATIONAL

Creditor's Name

1/31/2023

$ 312.62

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

P. O. BOX 640169

Street

PITTSBURGH        PA        15264-0169

City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**3.5157** VWR INTERNATIONAL
Creditor's Name

1/31/2023    $    678.20

P. O. BOX 640169
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

Country

---

**3.5158** VWR INTERNATIONAL
Creditor's Name

2/8/2023    $    185.05

P. O. BOX 640169
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

Country

---

**3.5159** VWR INTERNATIONAL
Creditor's Name

2/8/2023    $    436.69

P. O. BOX 640169
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

Country

---

**3.5160** VWR INTERNATIONAL
Creditor's Name

2/8/2023    $    719.80

P. O. BOX 640169
Street

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

Country

---

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.5161** VWR INTERNATIONAL
Creditor's Name

2/8/2023

$ 1,047.54

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

P. O. BOX 640169
Street

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

Country

**3.5162** VWR INTERNATIONAL
Creditor's Name

2/8/2023

$ 2,917.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

P. O. BOX 640169
Street

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

Country

**3.5163** VWR INTERNATIONAL
Creditor's Name

2/13/2023

$ 199.92

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

P. O. BOX 640169
Street

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

Country

**3.5164** VWR INTERNATIONAL
Creditor's Name

2/13/2023

$ 387.25

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

P. O. BOX 640169
Street

PITTSBURGH    PA    15264-0169
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.5165** VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH        PA        15264-0169

City        State        ZIP Code

Country

2/13/2023        $        522.02

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5166** VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH        PA        15264-0169

City        State        ZIP Code

Country

2/13/2023        $        532.73

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5167** VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH        PA        15264-0169

City        State        ZIP Code

Country

2/13/2023        $        941.84

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5168** VWR INTERNATIONAL

Creditor's Name

P. O. BOX 640169

Street

PITTSBURGH        PA        15264-0169

City        State        ZIP Code

Country

2/13/2023        $        1,170.64

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.5169 | VWR INTERNATIONAL | 2/13/2023 | $ | 2,390.51 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.5170 | VWR INTERNATIONAL | 2/13/2023 | $ | 2,929.57 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | P. O. BOX 640169 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | PITTSBURGH    PA    15264-0169 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.5171 | WALGREN COMPANY | 11/29/2022 | $ | 9,420.38 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 653039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DALLAS    TX    75265-3039 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.5172 | WALGREN COMPANY | 12/8/2022 | $ | 39,409.80 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 653039 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DALLAS    TX    75265-3039 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**3.5173** WALGREEN COMPANY

Creditor's Name

PO BOX 653039

Street

DALLAS        TX        75265-3039

City        State        ZIP Code

Country

12/27/2022    $    11,107.00

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5174** WALGREEN COMPANY

Creditor's Name

PO BOX 653039

Street

DALLAS        TX        75265-3039

City        State        ZIP Code

Country

1/12/2023    $    7,754.71

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5175** WALGREENS BOOTS ALLIANCE DEV GMBH

Creditor's Name

ACCOUNTS PAYABLE

Street

UNTERMATTWEG 8

BERNE        CH-3027

City        State        ZIP Code

SWITZERLAND

Country

12/9/2022    $    0.09

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5176** WALGREENS BOOTS ALLIANCE DEV GMBH

Creditor's Name

ACCOUNTS PAYABLE

Street

UNTERMATTWEG 8

BERNE        CH-3027

City        State        ZIP Code

SWITZERLAND

Country

12/9/2022    $    1,695.14

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5177 | WALGREENS BOOTS ALLIANCE DEV GMBH | 12/9/2022 | $ 259,758.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ACCOUNTS PAYABLE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | UNTERMATTWEG 8 | | | ☐ Other |
| | BERNE          CH-3027 | | | |
| | City          State          ZIP Code | | | |
| | SWITZERLAND | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5178 | WALGREENS BOOTS ALLIANCE DEV GMBH | 12/27/2022 | $ 1,682.12 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ACCOUNTS PAYABLE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | UNTERMATTWEG 8 | | | ☐ Other |
| | BERNE          CH-3027 | | | |
| | City          State          ZIP Code | | | |
| | SWITZERLAND | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5179 | WALGREENS BOOTS ALLIANCE DEV GMBH | 12/27/2022 | $ 245,418.68 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | ACCOUNTS PAYABLE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | UNTERMATTWEG 8 | | | ☐ Other |
| | BERNE          CH-3027 | | | |
| | City          State          ZIP Code | | | |
| | SWITZERLAND | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5180 | WA-MCO | 12/22/2022 | $ (31,001.21) | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 9501 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | OLYMPIA          WA          98507-9501 | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

**3.5181** WA-MCO

Creditor's Name

12/22/2022      $      (19.75)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 9501

Street

OLYMPIA          WA        98507-9501

City          State      ZIP Code

Country

**3.5182** WA-MCO

Creditor's Name

12/22/2022      $      0.78

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 9501

Street

OLYMPIA          WA        98507-9501

City          State      ZIP Code

Country

**3.5183** WA-MCO

Creditor's Name

12/22/2022      $      9.55

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 9501

Street

OLYMPIA          WA        98507-9501

City          State      ZIP Code

Country

**3.5184** WA-MCO

Creditor's Name

12/22/2022      $      9,895.62

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 9501

Street

OLYMPIA          WA        98507-9501

City          State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.5185** WA-MCO
Creditor's Name

12/22/2022    $    69,231.41

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

PO BOX 9501
Street

OLYMPIA    WA    98507-9501
City    State    ZIP Code

Country

**3.5186** WAREHOUSE DIRECT
Creditor's Name

12/8/2022    $    32.38

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

2001 S MOUNT PROSPECT RD
Street

DES PLAINES    IL    60018-1808
City    State    ZIP Code

Country

**3.5187** WAREHOUSE DIRECT
Creditor's Name

12/8/2022    $    42.63

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

2001 S MOUNT PROSPECT RD
Street

DES PLAINES    IL    60018-1808
City    State    ZIP Code

Country

**3.5188** WAREHOUSE DIRECT
Creditor's Name

12/8/2022    $    56.81

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

2001 S MOUNT PROSPECT RD
Street

DES PLAINES    IL    60018-1808
City    State    ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5189 | WAREHOUSE DIRECT | 12/8/2022 | $ | 71.80 |
| | Creditor's Name | | | |

2001 S MOUNT PROSPECT RD
Street

DES PLAINES        IL        60018-1808
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | | |
|---|---|---|---|---|
| 3.5190 | WAREHOUSE DIRECT | 12/8/2022 | $ | 88.12 |
| | Creditor's Name | | | |

2001 S MOUNT PROSPECT RD
Street

DES PLAINES        IL        60018-1808
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | | |
|---|---|---|---|---|
| 3.5191 | WAREHOUSE DIRECT | 12/8/2022 | $ | 95.79 |
| | Creditor's Name | | | |

2001 S MOUNT PROSPECT RD
Street

DES PLAINES        IL        60018-1808
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | | |
|---|---|---|---|---|
| 3.5192 | WAREHOUSE DIRECT | 12/8/2022 | $ | 108.12 |
| | Creditor's Name | | | |

2001 S MOUNT PROSPECT RD
Street

DES PLAINES        IL        60018-1808
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC                                      Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5193 | WAREHOUSE DIRECT | 12/8/2022 | $ 116.78 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES       IL       60018-1808 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5194 | WAREHOUSE DIRECT | 12/8/2022 | $ 176.60 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES       IL       60018-1808 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5195 | WAREHOUSE DIRECT | 12/8/2022 | $ 225.84 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES       IL       60018-1808 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5196 | WAREHOUSE DIRECT | 12/8/2022 | $ 269.71 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES       IL       60018-1808 | | | |
| | City       State       ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.5197  WAREHOUSE DIRECT
Creditor's Name

12/8/2022        $        299.17

2001 S MOUNT PROSPECT RD
Street

DES PLAINES        IL        60018-1808
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5198  WAREHOUSE DIRECT
Creditor's Name

12/8/2022        $        341.87

2001 S MOUNT PROSPECT RD
Street

DES PLAINES        IL        60018-1808
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5199  WAREHOUSE DIRECT
Creditor's Name

12/8/2022        $        460.45

2001 S MOUNT PROSPECT RD
Street

DES PLAINES        IL        60018-1808
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5200  WAREHOUSE DIRECT
Creditor's Name

12/8/2022        $        615.78

2001 S MOUNT PROSPECT RD
Street

DES PLAINES        IL        60018-1808
City        State        ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC      Case number *(if known):* 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.5201 | WAREHOUSE DIRECT | 12/8/2022 | $ | 690.44 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DES PLAINES   IL   60018-1808 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.5202 | WAREHOUSE DIRECT | 12/8/2022 | $ | 2,327.60 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DES PLAINES   IL   60018-1808 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.5203 | WAREHOUSE DIRECT | 2/15/2023 | $ | 6.68 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DES PLAINES   IL   60018-1808 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.5204 | WAREHOUSE DIRECT | 2/15/2023 | $ | 7.14 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DES PLAINES   IL   60018-1808 | | | | |
| | City   State   ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.5205** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City                State       ZIP Code

Country

2/15/2023          $          8.42

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.5206** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City                State       ZIP Code

Country

2/15/2023          $          12.45

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.5207** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City                State       ZIP Code

Country

2/15/2023          $          13.07

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.5208** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City                State       ZIP Code

Country

2/15/2023          $          15.10

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.5209 | WAREHOUSE DIRECT | 2/15/2023 | $ 16.28 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES    IL    60018-1808 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.5210 | WAREHOUSE DIRECT | 2/15/2023 | $ 25.47 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES    IL    60018-1808 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.5211 | WAREHOUSE DIRECT | 2/15/2023 | $ 28.69 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES    IL    60018-1808 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.5212 | WAREHOUSE DIRECT | 2/15/2023 | $ 43.03 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES    IL    60018-1808 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.5213  WAREHOUSE DIRECT

Creditor's Name

2001 S MOUNT PROSPECT RD

Street

DES PLAINES          IL          60018-1808

City          State          ZIP Code

Country

2/15/2023          $          43.96

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5214  WAREHOUSE DIRECT

Creditor's Name

2001 S MOUNT PROSPECT RD

Street

DES PLAINES          IL          60018-1808

City          State          ZIP Code

Country

2/15/2023          $          46.19

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5215  WAREHOUSE DIRECT

Creditor's Name

2001 S MOUNT PROSPECT RD

Street

DES PLAINES          IL          60018-1808

City          State          ZIP Code

Country

2/15/2023          $          52.67

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5216  WAREHOUSE DIRECT

Creditor's Name

2001 S MOUNT PROSPECT RD

Street

DES PLAINES          IL          60018-1808

City          State          ZIP Code

Country

2/15/2023          $          59.71

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.5217 WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City          State          ZIP Code

Country

2/15/2023          $          65.89

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5218 WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City          State          ZIP Code

Country

2/15/2023          $          72.49

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5219 WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City          State          ZIP Code

Country

2/15/2023          $          79.06

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5220 WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City          State          ZIP Code

Country

2/15/2023          $          87.36

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

3.5221  WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City          State          ZIP Code

Country

2/15/2023          $          88.49

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5222  WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City          State          ZIP Code

Country

2/15/2023          $          89.55

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5223  WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City          State          ZIP Code

Country

2/15/2023          $          97.13

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5224  WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City          State          ZIP Code

Country

2/15/2023          $          97.63

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5225 | WAREHOUSE DIRECT | 2/15/2023 | $ 104.32 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES    IL    60018-1808 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5226 | WAREHOUSE DIRECT | 2/15/2023 | $ 106.90 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES    IL    60018-1808 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5227 | WAREHOUSE DIRECT | 2/15/2023 | $ 106.98 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES    IL    60018-1808 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5228 | WAREHOUSE DIRECT | 2/15/2023 | $ 112.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES    IL    60018-1808 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

**3.5229**  WAREHOUSE DIRECT          2/15/2023       $            115.19        ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments

2001 S MOUNT PROSPECT RD                                                      ☒ Suppliers or vendors
Street                                                                        ☐ Services

                                                                             ☐ Other

DES PLAINES        IL        60018-1808
City                State      ZIP Code

Country

**3.5230**  WAREHOUSE DIRECT          2/15/2023       $            124.17        ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments

2001 S MOUNT PROSPECT RD                                                      ☒ Suppliers or vendors
Street                                                                        ☐ Services

                                                                             ☐ Other

DES PLAINES        IL        60018-1808
City                State      ZIP Code

Country

**3.5231**  WAREHOUSE DIRECT          2/15/2023       $            125.07        ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments

2001 S MOUNT PROSPECT RD                                                      ☒ Suppliers or vendors
Street                                                                        ☐ Services

                                                                             ☐ Other

DES PLAINES        IL        60018-1808
City                State      ZIP Code

Country

**3.5232**  WAREHOUSE DIRECT          2/15/2023       $            133.55        ☐ Secured debt
Creditor's Name                                                              ☐ Unsecured loan repayments

2001 S MOUNT PROSPECT RD                                                      ☒ Suppliers or vendors
Street                                                                        ☐ Services

                                                                             ☐ Other

DES PLAINES        IL        60018-1808
City                State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

| | | | | |
|---|---|---|---|---|
| 3.5233 | WAREHOUSE DIRECT | 2/15/2023 | $ 143.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES    IL    60018-1808 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5234 | WAREHOUSE DIRECT | 2/15/2023 | $ 175.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES    IL    60018-1808 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5235 | WAREHOUSE DIRECT | 2/15/2023 | $ 192.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES    IL    60018-1808 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5236 | WAREHOUSE DIRECT | 2/15/2023 | $ 210.73 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES    IL    60018-1808 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.5237** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City          State          ZIP Code

Country

2/15/2023          $          216.22

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.5238** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City          State          ZIP Code

Country

2/15/2023          $          248.14

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.5239** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City          State          ZIP Code

Country

2/15/2023          $          270.59

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.5240** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City          State          ZIP Code

Country

2/15/2023          $          271.78

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.5241 | WAREHOUSE DIRECT | 2/15/2023 | $ 285.89 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | DES PLAINES    IL    60018-1808 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.5242 | WAREHOUSE DIRECT | 2/15/2023 | $ 336.58 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | DES PLAINES    IL    60018-1808 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.5243 | WAREHOUSE DIRECT | 2/15/2023 | $ 368.92 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | DES PLAINES    IL    60018-1808 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.5244 | WAREHOUSE DIRECT | 2/15/2023 | $ 371.69 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | DES PLAINES    IL    60018-1808 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 3.5245 | WAREHOUSE DIRECT | 2/15/2023 | $ 396.23 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | DES PLAINES    IL    60018-1808 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.5246 | WAREHOUSE DIRECT | 2/15/2023 | $ 417.94 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | DES PLAINES    IL    60018-1808 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.5247 | WAREHOUSE DIRECT | 2/15/2023 | $ 427.06 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | DES PLAINES    IL    60018-1808 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.5248 | WAREHOUSE DIRECT | 2/15/2023 | $ 436.46 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | DES PLAINES    IL    60018-1808 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.5249 | WAREHOUSE DIRECT | 2/15/2023 | $ | 439.45 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

2001 S MOUNT PROSPECT RD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DES PLAINES        IL        60018-1808
City              State      ZIP Code

Country

| 3.5250 | WAREHOUSE DIRECT | 2/15/2023 | $ | 450.00 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

2001 S MOUNT PROSPECT RD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DES PLAINES        IL        60018-1808
City              State      ZIP Code

Country

| 3.5251 | WAREHOUSE DIRECT | 2/15/2023 | $ | 471.79 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

2001 S MOUNT PROSPECT RD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DES PLAINES        IL        60018-1808
City              State      ZIP Code

Country

| 3.5252 | WAREHOUSE DIRECT | 2/15/2023 | $ | 575.71 | ☐ Secured debt |
|---|---|---|---|---|---|

Creditor's Name

☐ Unsecured loan repayments

2001 S MOUNT PROSPECT RD

☒ Suppliers or vendors

Street

☐ Services

☐ Other

DES PLAINES        IL        60018-1808
City              State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**3.5253** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City                State          ZIP Code

Country

2/15/2023          $          588.28

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5254** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City                State          ZIP Code

Country

2/15/2023          $          702.09

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5255** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City                State          ZIP Code

Country

2/15/2023          $          714.35

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5256** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City                State          ZIP Code

Country

2/15/2023          $          857.93

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5257 | WAREHOUSE DIRECT | 2/15/2023 | $ 918.18 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES      IL      60018-1808 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5258 | WAREHOUSE DIRECT | 2/15/2023 | $ 997.11 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES      IL      60018-1808 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5259 | WAREHOUSE DIRECT | 2/15/2023 | $ 1,039.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES      IL      60018-1808 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5260 | WAREHOUSE DIRECT | 2/15/2023 | $ 1,074.89 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 2001 S MOUNT PROSPECT RD | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | DES PLAINES      IL      60018-1808 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.5261  WAREHOUSE DIRECT

Creditor's Name

2001 S MOUNT PROSPECT RD

Street

DES PLAINES          IL          60018-1808

City                      State          ZIP Code

Country

2/15/2023          $          1,090.65

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5262  WAREHOUSE DIRECT

Creditor's Name

2001 S MOUNT PROSPECT RD

Street

DES PLAINES          IL          60018-1808

City                      State          ZIP Code

Country

2/15/2023          $          1,112.71

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5263  WAREHOUSE DIRECT

Creditor's Name

2001 S MOUNT PROSPECT RD

Street

DES PLAINES          IL          60018-1808

City                      State          ZIP Code

Country

2/15/2023          $          1,112.71

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5264  WAREHOUSE DIRECT

Creditor's Name

2001 S MOUNT PROSPECT RD

Street

DES PLAINES          IL          60018-1808

City                      State          ZIP Code

Country

2/15/2023          $          1,183.26

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**3.5265** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City                State       ZIP Code

Country

2/15/2023          $          1,587.36

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5266** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City                State       ZIP Code

Country

2/15/2023          $          1,678.52

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5267** WAREHOUSE DIRECT
Creditor's Name

2001 S MOUNT PROSPECT RD
Street

DES PLAINES          IL          60018-1808
City                State       ZIP Code

Country

2/15/2023          $          1,721.21

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

**3.5268** WASTE MANAGEMENT
Creditor's Name

P.O. BOX 4648
Street

CAROL STREAM        IL          60197-4648
City                State       ZIP Code

Country

12/8/2022          $          138.52

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5269 | WASTE MANAGEMENT | 12/29/2022 | $ 1,724.76 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 4648 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM      IL      60197-4648 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5270 | WASTE MANAGEMENT | 12/29/2022 | $ 19,306.34 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 4648 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM      IL      60197-4648 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5271 | WASTE MANAGEMENT | 12/29/2022 | $ 20,174.25 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 4648 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM      IL      60197-4648 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5272 | WASTE MANAGEMENT | 12/29/2022 | $ 21,417.72 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 4648 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM      IL      60197-4648 | | | |
| | City      State      ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC                          Case number *(if known)*:    23-10255

Name

| 3.5273 | WASTE MANAGEMENT | 12/29/2022 | $ | 21,603.78 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | P.O. BOX 4648 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CAROL STREAM    IL    60197-4648 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.5274 | WASTE MANAGEMENT | 1/6/2023 | $ | 472.50 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | P.O. BOX 4648 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CAROL STREAM    IL    60197-4648 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.5275 | WASTE MANAGEMENT | 1/12/2023 | $ | 492.94 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | P.O. BOX 4648 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CAROL STREAM    IL    60197-4648 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.5276 | WASTE MANAGEMENT | 1/12/2023 | $ | 21,417.52 | ☐ | Secured debt |
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | P.O. BOX 4648 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CAROL STREAM    IL    60197-4648 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5277 | WASTE MANAGEMENT | 1/19/2023 | $ 1,058.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 4648 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-4648 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5278 | WASTE MANAGEMENT | 1/26/2023 | $ 1,666.57 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 4648 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-4648 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5279 | WASTE MANAGEMENT | 2/8/2023 | $ 1,014.24 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 4648 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-4648 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5280 | WASTE MANAGEMENT | 2/8/2023 | $ 19,052.83 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | P.O. BOX 4648 | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | CAROL STREAM    IL    60197-4648 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

3.5281  WASTE MANAGEMENT
Creditor's Name

P.O. BOX 4648
Street

CAROL STREAM          IL          60197-4648
City                  State       ZIP Code

Country

2/13/2023     $          522.94

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5282  WATERS TECHNOLOGIES CORP -REMIT
Creditor's Name

PO BOX 7410591
Street

CHICAGO          IL          60674-0591
City             State       ZIP Code

Country

11/29/2022     $          603.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5283  WATERS TECHNOLOGIES CORP -REMIT
Creditor's Name

PO BOX 7410591
Street

CHICAGO          IL          60674-0591
City             State       ZIP Code

Country

11/29/2022     $          620.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5284  WATERS TECHNOLOGIES CORP -REMIT
Creditor's Name

PO BOX 7410591
Street

CHICAGO          IL          60674-0591
City             State       ZIP Code

Country

11/29/2022     $          780.30

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**3.5285**  WATERS TECHNOLOGIES CORP -REMIT          11/29/2022      $          3,678.52

Creditor's Name

PO BOX 7410591

Street

CHICAGO              IL              60674-0591

City                      State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.5286**  WATERS TECHNOLOGIES CORP -REMIT          12/8/2022      $          1,366.80

Creditor's Name

PO BOX 7410591

Street

CHICAGO              IL              60674-0591

City                      State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.5287**  WATERS TECHNOLOGIES CORP -REMIT          12/8/2022      $          4,722.32

Creditor's Name

PO BOX 7410591

Street

CHICAGO              IL              60674-0591

City                      State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.5288**  WATERS TECHNOLOGIES CORP -REMIT          1/12/2023      $          (2,250.00)

Creditor's Name

PO BOX 7410591

Street

CHICAGO              IL              60674-0591

City                      State          ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.5289 | WATERS TECHNOLOGIES CORP -REMIT | 1/12/2023 | $ | 280.50 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

PO BOX 7410591
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO                IL          60674-0591
City                State        ZIP Code

Country

| | | | | | |
|---|---|---|---|---|---|
| 3.5290 | WATERS TECHNOLOGIES CORP -REMIT | 1/12/2023 | $ | 583.95 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

PO BOX 7410591
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO                IL          60674-0591
City                State        ZIP Code

Country

| | | | | | |
|---|---|---|---|---|---|
| 3.5291 | WATERS TECHNOLOGIES CORP -REMIT | 1/12/2023 | $ | 608.60 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

PO BOX 7410591
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO                IL          60674-0591
City                State        ZIP Code

Country

| | | | | | |
|---|---|---|---|---|---|
| 3.5292 | WATERS TECHNOLOGIES CORP -REMIT | 1/12/2023 | $ | 683.40 | ☐ Secured debt |

Creditor's Name

☐ Unsecured loan repayments

PO BOX 7410591
Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO                IL          60674-0591
City                State        ZIP Code

Country

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.5293 | WATERS TECHNOLOGIES CORP -REMIT | 1/12/2023 | $ | 912.90 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 7410591 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60674-0591 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.5294 | WATERS TECHNOLOGIES CORP -REMIT | 1/12/2023 | $ | 2,287.34 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 7410591 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60674-0591 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.5295 | WATERS TECHNOLOGIES CORP -REMIT | 1/12/2023 | $ | 4,638.45 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 7410591 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60674-0591 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

| 3.5296 | WATERS TECHNOLOGIES CORP -REMIT | 1/12/2023 | $ | 7,839.65 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 7410591 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO    IL    60674-0591 | | | | | |
| | City    State    ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

3.5297 WATERS TECHNOLOGIES CORP -REMIT
Creditor's Name

1/12/2023

$    18,765.50

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 7410591
Street

CHICAGO          IL          60674-0591
City          State          ZIP Code

Country

3.5298 WATERS TECHNOLOGIES CORP -REMIT
Creditor's Name

1/19/2023

$    3,829.25

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 7410591
Street

CHICAGO          IL          60674-0591
City          State          ZIP Code

Country

3.5299 WATERS TECHNOLOGIES CORP -REMIT
Creditor's Name

1/26/2023

$    683.40

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 7410591
Street

CHICAGO          IL          60674-0591
City          State          ZIP Code

Country

3.5300 WATSON-MARLOW -REMIT
Creditor's Name

12/8/2022

$    2,815.07

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

PO BOX 536285
Street

PITTSBURGH          PA          15253-5904
City          State          ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.5301 | WATSON-MARLOW -REMIT | 1/31/2023 | $ | 22,365.56 | ☐ Secured debt |
|--------|---------------------|-----------|---|-----------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 536285

Street

☑ Suppliers or vendors

☐ Services

☐ Other

| PITTSBURGH | PA | 15253-5904 |
|------------|-----|-----------|
| City | State | ZIP Code |

Country

| 3.5302 | WELLCARE MCO | 11/29/2022 | $ | 0.98 | ☐ Secured debt |
|--------|-------------|-----------|---|------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 935889

Street

☑ Suppliers or vendors

ATTN NC WELLCARE MCO

☐ Services

☐ Other

| ATLANTA | GA | 31193-5889 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

| 3.5303 | WELLCARE MCO | 11/29/2022 | $ | 4.77 | ☐ Secured debt |
|--------|-------------|-----------|---|------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 935889

Street

☑ Suppliers or vendors

ATTN NC WELLCARE MCO

☐ Services

☐ Other

| ATLANTA | GA | 31193-5889 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

| 3.5304 | WELLCARE MCO | 11/29/2022 | $ | 141.39 | ☐ Secured debt |
|--------|-------------|-----------|---|--------|-----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 935889

Street

☑ Suppliers or vendors

ATTN NC WELLCARE MCO

☐ Services

☐ Other

| ATLANTA | GA | 31193-5889 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**3.5305** WELLCARE MCO
Creditor's Name

11/29/2022    $    250.28

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 935889
Street

☒ Suppliers or vendors
☐ Services

ATTN NC WELLCARE MCO

☐ Other

ATLANTA        GA        31193-5889
City            State      ZIP Code

Country

**3.5306** WELLCARE MCO
Creditor's Name

11/29/2022    $    17,582.92

☐ Secured debt
☐ Unsecured loan repayments

PO BOX 935889
Street

☒ Suppliers or vendors
☐ Services

ATTN NC WELLCARE MCO

☐ Other

ATLANTA        GA        31193-5889
City            State      ZIP Code

Country

**3.5307** WEST PHARMA SERVICES
Creditor's Name

11/29/2022    $    (29,102.98)

☐ Secured debt
☐ Unsecured loan repayments

530 HERMAN O WEST DRIVE
Street

☒ Suppliers or vendors
☐ Services
☐ Other

EXTON          PA        19341
City            State      ZIP Code

Country

**3.5308** WEST PHARMA SERVICES
Creditor's Name

11/29/2022    $    (29,102.98)

☐ Secured debt
☐ Unsecured loan repayments

530 HERMAN O WEST DRIVE
Street

☒ Suppliers or vendors
☐ Services
☐ Other

EXTON          PA        19341
City            State      ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 3.5309 | WEST PHARMA SERVICES | 11/29/2022 | $ | 15,080.59 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 530 HERMAN O WEST DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | EXTON    PA    19341 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.5310 | WEST PHARMA SERVICES | 11/29/2022 | $ | 16,054.40 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 530 HERMAN O WEST DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | EXTON    PA    19341 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.5311 | WEST PHARMA SERVICES | 11/29/2022 | $ | 24,352.40 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 530 HERMAN O WEST DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | EXTON    PA    19341 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.5312 | WEST PHARMA SERVICES | 11/29/2022 | $ | 69,590.40 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 530 HERMAN O WEST DRIVE | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | EXTON    PA    19341 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.5313  WEST PHARMA SERVICES

Creditor's Name

530 HERMAN O WEST DRIVE

Street

EXTON            PA           19341

City             State        ZIP Code

Country

12/8/2022        $        14,938.80

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5314  WEST PHARMA SERVICES

Creditor's Name

530 HERMAN O WEST DRIVE

Street

EXTON            PA           19341

City             State        ZIP Code

Country

12/29/2022       $         2,616.90

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5315  WEST PHARMA SERVICES

Creditor's Name

530 HERMAN O WEST DRIVE

Street

EXTON            PA           19341

City             State        ZIP Code

Country

12/29/2022       $         5,343.40

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

3.5316  WEST PHARMA SERVICES

Creditor's Name

530 HERMAN O WEST DRIVE

Street

EXTON            PA           19341

City             State        ZIP Code

Country

12/29/2022       $        10,648.40

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.5317  WEST PHARMA SERVICES          12/29/2022       $        14,938.80       ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

530 HERMAN O WEST DRIVE                                                         ☒ Suppliers or vendors
Street                                                                         ☐ Services

                                                                               ☐ Other

EXTON            PA        19341
City             State     ZIP Code

Country

3.5318  WEST PHARMA SERVICES          12/29/2022       $        51,085.20       ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

530 HERMAN O WEST DRIVE                                                         ☒ Suppliers or vendors
Street                                                                         ☐ Services

                                                                               ☐ Other

EXTON            PA        19341
City             State     ZIP Code

Country

3.5319  WEST PHARMA SERVICES          12/29/2022       $        69,676.47       ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

530 HERMAN O WEST DRIVE                                                         ☒ Suppliers or vendors
Street                                                                         ☐ Services

                                                                               ☐ Other

EXTON            PA        19341
City             State     ZIP Code

Country

3.5320  WEST PHARMA SERVICES          1/6/2023         $         5,195.40       ☐ Secured debt
Creditor's Name                                                                ☐ Unsecured loan repayments

530 HERMAN O WEST DRIVE                                                         ☒ Suppliers or vendors
Street                                                                         ☐ Services

                                                                               ☐ Other

EXTON            PA        19341
City             State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5321 | WEST PHARMA SERVICES | 1/6/2023 | $ 33,813.40 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 530 HERMAN O WEST DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | EXTON    PA    19341 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5322 | WEST PHARMA SERVICES | 1/12/2023 | $ 82,011.81 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 530 HERMAN O WEST DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | EXTON    PA    19341 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5323 | WEST PHARMA SERVICES | 1/26/2023 | $ 21,056.69 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 530 HERMAN O WEST DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | EXTON    PA    19341 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5324 | WEST PHARMA SERVICES | 1/31/2023 | $ 2,620.13 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 530 HERMAN O WEST DRIVE | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | EXTON    PA    19341 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5325 | WEST PHARMA SERVICES | 1/31/2023 | $ 10,627.03 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 530 HERMAN O WEST DRIVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | EXTON  PA  19341 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5326 | WEST PHARMA SERVICES | 1/31/2023 | $ 18,625.63 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 530 HERMAN O WEST DRIVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | EXTON  PA  19341 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5327 | WEST PHARMA SERVICES | 1/31/2023 | $ 19,472.35 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 530 HERMAN O WEST DRIVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | EXTON  PA  19341 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5328 | WEST PHARMA SERVICES | 2/8/2023 | $ 32,797.53 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☒ Suppliers or vendors |
| | 530 HERMAN O WEST DRIVE | | | ☐ Services |
| | Street | | | ☐ Other |
| | EXTON  PA  19341 | | | |
| | City  State  ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.5329  WEST PHARMA SERVICES          2/8/2023     $         68,677.74
Creditor's Name

530 HERMAN O WEST DRIVE
Street

EXTON              PA        19341
City               State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.5330  WEST PHARMA SERVICES          2/8/2023     $        131,798.77
Creditor's Name

530 HERMAN O WEST DRIVE
Street

EXTON              PA        19341
City               State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.5331  WEST PHARMA SERVICES          2/13/2023    $         82,144.51
Creditor's Name

530 HERMAN O WEST DRIVE
Street

EXTON              PA        19341
City               State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

3.5332  WESTCO FG CORPORATION         1/12/2023    $          1,000.00
Creditor's Name

101 CORTLANDT STREET
Street

SLEEPY HOLLOW      NY        10591
City               State     ZIP Code

Country

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☒ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.5333  WESTCO FG CORPORATION                    1/12/2023        $        3,800.00
Creditor's Name

101 CORTLANDT STREET
Street

SLEEPY HOLLOW        NY        10591
City                State    ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.5334  WESTCO FG CORPORATION                    1/12/2023        $        4,886.00
Creditor's Name

101 CORTLANDT STREET
Street

SLEEPY HOLLOW        NY        10591
City                State    ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.5335  WESTCO FG CORPORATION                    1/12/2023        $        11,217.00
Creditor's Name

101 CORTLANDT STREET
Street

SLEEPY HOLLOW        NY        10591
City                State    ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.5336  WESTCO FG CORPORATION                    1/12/2023        $        12,750.00
Creditor's Name

101 CORTLANDT STREET
Street

SLEEPY HOLLOW        NY        10591
City                State    ZIP Code

Country

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.5337 | WESTCO FG CORPORATION | 1/26/2023 | $ 1,200.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 101 CORTLANDT STREET | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SLEEPY HOLLOW    NY    10591 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.5338 | WESTCO FG CORPORATION | 1/26/2023 | $ 3,743.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 101 CORTLANDT STREET | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SLEEPY HOLLOW    NY    10591 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.5339 | WESTCO FG CORPORATION | 1/31/2023 | $ 14,486.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | 101 CORTLANDT STREET | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | SLEEPY HOLLOW    NY    10591 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.5340 | WESTROCK -REMIT | 11/29/2022 | $ 4,562.04 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 409813 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ATLANTA    GA    30384-9813 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

| 3.5341 | WESTROCK -REMIT | 11/29/2022 | $ | 5,048.10 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 409813 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ATLANTA     GA     30384-9813 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

| 3.5342 | WESTROCK -REMIT | 11/29/2022 | $ | 6,510.37 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 409813 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ATLANTA     GA     30384-9813 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

| 3.5343 | WESTROCK -REMIT | 12/8/2022 | $ | 3,258.60 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 409813 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ATLANTA     GA     30384-9813 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

| 3.5344 | WESTROCK -REMIT | 1/6/2023 | $ | 1,936.95 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 409813 | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | ATLANTA     GA     30384-9813 | | | | |
| | City     State     ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.5345 | WESTROCK -REMIT | 1/6/2023 | $ 6,517.20 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 409813 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ATLANTA    GA    30384-9813 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.5346 | WESTROCK -REMIT | 1/6/2023 | $ 10,572.30 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 409813 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ATLANTA    GA    30384-9813 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.5347 | WESTROCK -REMIT | 1/12/2023 | $ 18,750.83 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 409813 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ATLANTA    GA    30384-9813 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| 3.5348 | WESTROCK -REMIT | 1/31/2023 | $ 6,690.92 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 409813 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | ATLANTA    GA    30384-9813 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| 3.5349 | WESTROCK -REMIT | 2/8/2023 | $ | 2,137.15 | ☐ Secured debt |
|--------|-----------------|----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 409813

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA        GA        30384-9813
City        State        ZIP Code

Country

| 3.5350 | WESTROCK -REMIT | 2/13/2023 | $ | 6,517.20 | ☐ Secured debt |
|--------|-----------------|-----------|---|----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

PO BOX 409813

Street

☒ Suppliers or vendors

☐ Services

☐ Other

ATLANTA        GA        30384-9813
City        State        ZIP Code

Country

| 3.5351 | WEX | 2/23/2023 | $ | 50,668.00 | ☐ Secured debt |
|--------|-----|-----------|---|-----------|----------------|

Creditor's Name

☐ Unsecured loan repayments

1700 E. Golf Rd.

Street

☒ Suppliers or vendors

☐ Services

Suite 1000

☐ Other

Schaumburg        IL        60173
City        State        ZIP Code

Country

| 3.5352 | WILKENS-ANDERSON COMPANY | 1/12/2023 | $ | 111.90 | ☐ Secured debt |
|--------|--------------------------|-----------|---|--------|----------------|

Creditor's Name

☐ Unsecured loan repayments

4525 WEST DIVISION ST

Street

☒ Suppliers or vendors

☐ Services

☐ Other

CHICAGO        IL        60651
City        State        ZIP Code

Country

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 3.5353 | WILKENS-ANDERSON COMPANY | 1/12/2023 | $ | 2,909.76 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | 4525 WEST DIVISION ST | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60651 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.5354 | WILKENS-ANDERSON COMPANY | 1/12/2023 | $ | 5,022.72 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | 4525 WEST DIVISION ST | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60651 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.5355 | WILKENS-ANDERSON COMPANY | 1/12/2023 | $ | 18,749.28 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | 4525 WEST DIVISION ST | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60651 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

| 3.5356 | WILKENS-ANDERSON COMPANY | 2/8/2023 | $ | 1,656.36 | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Secured debt |
| | | | | | ☐ | Unsecured loan repayments |
| | 4525 WEST DIVISION ST | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | CHICAGO          IL          60651 | | | | | |
| | City          State          ZIP Code | | | | | |
| | Country | | | | | |

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5357 | WILMERHALE | 1/5/2023 | $  13,231.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7247-8760 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PHILADELPHIA    PA    19170-8760 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5358 | WILMERHALE | 1/24/2023 | $  3,735.50 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7247-8760 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PHILADELPHIA    PA    19170-8760 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5359 | WILMERHALE | 1/31/2023 | $  2,555.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7247-8760 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PHILADELPHIA    PA    19170-8760 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

| | | | | |
|---|---|---|---|---|
| 3.5360 | WILMERHALE | 2/9/2023 | $  9,276.00 | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | PO BOX 7247-8760 | | | ☒ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other |
| | PHILADELPHIA    PA    19170-8760 | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

3.5361  WILMINGTON SAVINGS FUND SOCIETY FSB
Creditor's Name

500 DELAWARE AVENUE
Street

WILMINGTON          DE          19801
City                State       ZIP Code

Country

1/24/2023   $   25,000.00

☑ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other

3.5362  WI-MEDICAID
Creditor's Name

DIV OF HEALTH CARE ACCESS &ACCTBLTY
Street

DRUG REBATE PROGRAM, 313 BLETTNER
BLVD

MADISON          WI          53784
City             State       ZIP Code

Country

12/22/2022   $   (2,855.35)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.5363  WI-MEDICAID
Creditor's Name

DIV OF HEALTH CARE ACCESS &ACCTBLTY
Street

DRUG REBATE PROGRAM, 313 BLETTNER
BLVD

MADISON          WI          53784
City             State       ZIP Code

Country

12/22/2022   $   (8.11)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.5364  WI-MEDICAID
Creditor's Name

DIV OF HEALTH CARE ACCESS &ACCTBLTY
Street

DRUG REBATE PROGRAM, 313 BLETTNER
BLVD

MADISON          WI          53784
City             State       ZIP Code

Country

12/22/2022   $   (4.98)

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

3.5365 WI-MEDICAID
Creditor's Name

12/22/2022   $   (0.60)

DIV OF HEALTH CARE ACCESS &ACCTBLTY
Street

DRUG REBATE PROGRAM, 313 BLETTNER
BLVD

MADISON        WI      53784
City           State   ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.5366 WI-MEDICAID
Creditor's Name

12/22/2022   $   57,331.49

DIV OF HEALTH CARE ACCESS &ACCTBLTY
Street

DRUG REBATE PROGRAM, 313 BLETTNER
BLVD

MADISON        WI      53784
City           State   ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.5367 WINDSTREAM DBA PAETEC
Creditor's Name

12/29/2022   $   11,306.22

PO BOX 9001013
Street

LOUISVILLE     KY      40290-1013
City           State   ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.5368 WINDSTREAM DBA PAETEC
Creditor's Name

12/29/2022   $   11,769.41

PO BOX 9001013
Street

LOUISVILLE     KY      40290-1013
City           State   ZIP Code

Country

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 3.5369 WINDSTREAM DBA PAETEC | 1/26/2023 | $ 12,055.18 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| PO BOX 9001013 | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| LOUISVILLE    KY    40290-1013 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.5370 WINTERS BROS HAULING OF LI LLC | 11/29/2022 | $ 2,801.50 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| PO BOX 5279 | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| NEW YORK    NY    10008-5279 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.5371 WINTERS BROS HAULING OF LI LLC | 1/6/2023 | $ 9,104.69 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| PO BOX 5279 | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| NEW YORK    NY    10008-5279 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

| | | | | |
|---|---|---|---|---|
| 3.5372 WINTERS BROS HAULING OF LI LLC | 1/19/2023 | $ 3,116.18 | ☐ | Secured debt |
| Creditor's Name | | | ☐ | Unsecured loan repayments |
| PO BOX 5279 | | | ☒ | Suppliers or vendors |
| Street | | | ☐ | Services |
| | | | ☐ | Other |
| NEW YORK    NY    10008-5279 | | | | |
| City    State    ZIP Code | | | | |
| Country | | | | |

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 3.5373 | WINTERS BROS HAULING OF LI LLC | 1/19/2023 | $ 8,357.85 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 5279 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | NEW YORK    NY    10008-5279 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.5374 | WINTERS BROS HAULING OF LI LLC | 1/31/2023 | $ 2,632.32 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | PO BOX 5279 | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | | | | ☐ | Other |
| | NEW YORK    NY    10008-5279 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.5375 | WI-SENIORCARE MEDICAID | 12/22/2022 | $ (3.29) | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | DIV OF HEALTH CARE ACCESS &ACCTBLTY | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | DRUG REBATE PROGRAM, 313 BLETTNER BLVD | | | ☐ | Other |
| | MADISON    WI    53784 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3.5376 | WI-SENIORCARE MEDICAID | 12/22/2022 | $ 8,635.69 | ☐ | Secured debt |
| | Creditor's Name | | | ☐ | Unsecured loan repayments |
| | DIV OF HEALTH CARE ACCESS &ACCTBLTY | | | ☒ | Suppliers or vendors |
| | Street | | | ☐ | Services |
| | DRUG REBATE PROGRAM, 313 BLETTNER BLVD | | | ☐ | Other |
| | MADISON    WI    53784 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| 3.5377 | WISSEN DIGITAL INC | 1/19/2023 | $ | 3,000.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2325 PARKLAWN DR SUITE # G | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | WAUKESHA        WI        53186 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.5378 | WISSEN DIGITAL INC | 1/19/2023 | $ | 5,000.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2325 PARKLAWN DR SUITE # G | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | WAUKESHA        WI        53186 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.5379 | WISSEN DIGITAL INC | 1/19/2023 | $ | 6,457.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2325 PARKLAWN DR SUITE # G | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | WAUKESHA        WI        53186 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

| 3.5380 | WISSEN DIGITAL INC | 1/19/2023 | $ | 45,550.00 | ☐ Secured debt |
|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | 2325 PARKLAWN DR SUITE # G | | | | ☒ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | WAUKESHA        WI        53186 | | | | |
| | City        State        ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 3.5381 | WOODSTOCK STERILE SOL -REMIT (CATALENT) | 11/29/2022 | $ | 3,737.73 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 772585 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DETROIT    MI    48277-2585 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.5382 | WOODSTOCK STERILE SOL -REMIT (CATALENT) | 11/29/2022 | $ | 27,974.52 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 772585 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DETROIT    MI    48277-2585 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.5383 | WOODSTOCK STERILE SOL -REMIT (CATALENT) | 11/29/2022 | $ | 31,539.90 | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 772585 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DETROIT    MI    48277-2585 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

| 3.5384 | WOODSTOCK STERILE SOL -REMIT (CATALENT) | 1/26/2023 | $ | (17,000.00) | ☐ Secured debt |
| | Creditor's Name | | | | ☐ Unsecured loan repayments |
| | PO BOX 772585 | | | | ☑ Suppliers or vendors |
| | Street | | | | ☐ Services |
| | | | | | ☐ Other |
| | DETROIT    MI    48277-2585 | | | | |
| | City    State    ZIP Code | | | | |
| | Country | | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| | | | |
|---|---|---|---|
| 3.5385 | WOODSTOCK STERILE SOL -REMIT (CATALENT) | 1/26/2023 | $ 17,000.00 |
| | Creditor's Name | | |
| | PO BOX 772585 | | |
| | Street | | |
| | DETROIT          MI          48277-2585 | | |
| | City          State          ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.5386 | WOODSTOCK STERILE SOL -REMIT (CATALENT) | 1/26/2023 | $ 18,885.35 |
| | Creditor's Name | | |
| | PO BOX 772585 | | |
| | Street | | |
| | DETROIT          MI          48277-2585 | | |
| | City          State          ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.5387 | WOODSTOCK STERILE SOL -REMIT (CATALENT) | 1/26/2023 | $ 44,065.82 |
| | Creditor's Name | | |
| | PO BOX 772585 | | |
| | Street | | |
| | DETROIT          MI          48277-2585 | | |
| | City          State          ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

| | | | |
|---|---|---|---|
| 3.5388 | WOODSTOCK STERILE SOL -REMIT (CATALENT) | 1/26/2023 | $ 53,508.49 |
| | Creditor's Name | | |
| | PO BOX 772585 | | |
| | Street | | |
| | DETROIT          MI          48277-2585 | | |
| | City          State          ZIP Code | | |
| | Country | | |

☐ Secured debt
☐ Unsecured loan repayments
☒ Suppliers or vendors
☐ Services
☐ Other

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 3.5389 | WOODSTOCK STERILE SOL -REMIT (CATALENT) | 1/26/2023 | $ | 56,656.05 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 772585 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | DETROIT        MI        48277-2585 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.5390 | WOODSTOCK STERILE SOL -REMIT (CATALENT) | 1/26/2023 | $ | 56,656.05 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 772585 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | DETROIT        MI        48277-2585 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.5391 | WOODSTOCK STERILE SOL -REMIT (CATALENT) | 1/31/2023 | $ | 38,944.92 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 772585 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | DETROIT        MI        48277-2585 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

| 3.5392 | WOODSTOCK STERILE SOL -REMIT (CATALENT) | 1/31/2023 | $ | 40,041.96 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 772585 | | | | ☑ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | DETROIT        MI        48277-2585 | | | | | |
| | City        State        ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

| 3.5393 | WV-MEDICAID | 12/22/2022 | $ | (40.65) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PHYSICIAN ADMIN DRUG REBATE PROGRAM | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 40209, ATTN MEDICAID DRUG REBATE | | | | ☐ | Other |
| | CHARLESTON   WV   25364 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.5394 | WV-MEDICAID | 12/22/2022 | $ | (0.13) | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PHYSICIAN ADMIN DRUG REBATE PROGRAM | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 40209, ATTN MEDICAID DRUG REBATE | | | | ☐ | Other |
| | CHARLESTON   WV   25364 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.5395 | WV-MEDICAID | 12/22/2022 | $ | 30,090.09 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PHYSICIAN ADMIN DRUG REBATE PROGRAM | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | PO BOX 40209, ATTN MEDICAID DRUG REBATE | | | | ☐ | Other |
| | CHARLESTON   WV   25364 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

| 3.5396 | ZATKOFF SEALS & PACKINGS | 2/13/2023 | $ | 15,514.00 | ☐ | Secured debt |
|---|---|---|---|---|---|---|
| | Creditor's Name | | | | ☐ | Unsecured loan repayments |
| | PO BOX 486 | | | | ☒ | Suppliers or vendors |
| | Street | | | | ☐ | Services |
| | | | | | ☐ | Other |
| | FARMINGTON   MI   48332-0486 | | | | | |
| | City   State   ZIP Code | | | | | |
| | Country | | | | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's Name and Address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|---|
| 4.1 | AKORN AG HETTLINGEN<br>Insider's Name<br><br>RIETHOFSTRASSE 1<br>Street<br><br>HETTLINGEN    CH-8442<br>City    State    ZIP Code<br><br>SWITZERLAND<br>Country<br><br>**Relationship to Debtor**<br><br>Subsidiary | 2/24/2022 | $    (3,440.50) | Services/Purchase of Inventory |
| 4.2 | AKORN AG HETTLINGEN<br>Insider's Name<br><br>RIETHOFSTRASSE 1<br>Street<br><br>HETTLINGEN    CH-8442<br>City    State    ZIP Code<br><br>SWITZERLAND<br>Country<br><br>**Relationship to Debtor**<br><br>Subsidiary | 2/24/2022 | $    (2,496.53) | Services/Purchase of Inventory |
| 4.3 | AKORN AG HETTLINGEN<br>Insider's Name<br><br>RIETHOFSTRASSE 1<br>Street<br><br>HETTLINGEN    CH-8442<br>City    State    ZIP Code<br><br>SWITZERLAND<br>Country<br><br>**Relationship to Debtor**<br><br>Subsidiary | 2/24/2022 | $    (769.49) | Services/Purchase of Inventory |

Debtor: Akorn Operating Company LLC _____   Case number *(if known)*: _____23-10255_____

Name

4.4  AKORN AG HETTLINGEN                         2/24/2022      $           (761.10)      Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

_____

HETTLINGEN                CH-8442
City            State      ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.5  AKORN AG HETTLINGEN                         2/24/2022      $            169.57       Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

_____

HETTLINGEN                CH-8442
City            State      ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.6  AKORN AG HETTLINGEN                         2/24/2022      $          17,534.38      Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

_____

HETTLINGEN                CH-8442
City            State      ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.7 AKORN AG HETTLINGEN    2/24/2022    $    43,036.38    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.8 AKORN AG HETTLINGEN    2/24/2022    $    81,329.23    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.9 AKORN AG HETTLINGEN    2/24/2022    $    81,642.44    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.10  AKORN AG HETTLINGEN

Insider's Name

2/24/2022

$            82,542.68

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.11  AKORN AG HETTLINGEN

Insider's Name

2/24/2022

$          308,138.88

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.12  AKORN AG HETTLINGEN

Insider's Name

2/24/2022

$          350,224.67

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC
                                                                    Case number *(if known)*    23-10255

Name

**4.13** AKORN AG HETTLINGEN                    2/24/2022        $           369,060.42    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.14** AKORN AG HETTLINGEN                    3/3/2022         $           (80,836.86)   Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.15** AKORN AG HETTLINGEN                    3/3/2022         $             (751.82)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor:  Akorn Operating Company LLC
Case number *(if known)*:  23-10255

Name

4.16  AKORN AG HETTLINGEN          3/3/2022    $          (334.46)    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street


HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.17  AKORN AG HETTLINGEN          3/3/2022    $          (213.70)    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street


HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.18  AKORN AG HETTLINGEN          3/3/2022    $          (114.64)    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street


HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

4.19  AKORN AG HETTLINGEN
Insider's Name

3/3/2022        $        (108.60)        Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.20  AKORN AG HETTLINGEN
Insider's Name

3/3/2022        $        (80.65)        Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.21  AKORN AG HETTLINGEN
Insider's Name

3/3/2022        $        107.88        Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

**4.22**  AKORN AG HETTLINGEN    3/3/2022    $    751.82    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.23**  AKORN AG HETTLINGEN    3/3/2022    $    69,390.48    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.24**  AKORN AG HETTLINGEN    3/3/2022    $    80,836.86    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.25  AKORN AG HETTLINGEN

Insider's Name

3/3/2022          $          122,500.31     Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.26  AKORN AG HETTLINGEN

Insider's Name

3/3/2022          $          164,947.60     Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.27  AKORN AG HETTLINGEN

Insider's Name

3/3/2022          $          174,109.24     Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.28    AKORN AG HETTLINGEN        3/3/2022        $            324,561.34        Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.29    AKORN AG HETTLINGEN        3/3/2022        $            507,973.56        Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.30    AKORN AG HETTLINGEN        3/7/2022        $            (310,521.97)        Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.31  AKORN AG HETTLINGEN    3/7/2022    $    (120,099.07)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.32  AKORN AG HETTLINGEN    3/7/2022    $    (849.91)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.33  AKORN AG HETTLINGEN    3/7/2022    $    (202.49)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

<u>Name</u>

Case number *(if known)*: 23-10255

| | | |
|---|---|---|
| 4.34 AKORN AG HETTLINGEN | 3/7/2022 | $ 202.49 Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| | | |
|---|---|---|
| 4.35 AKORN AG HETTLINGEN | 3/7/2022 | $ 849.91 Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| | | |
|---|---|---|
| 4.36 AKORN AG HETTLINGEN | 3/7/2022 | $ 120,099.07 Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.37 AKORN AG HETTLINGEN

Insider's Name

3/7/2022

$ 310,521.97

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.38 AKORN AG HETTLINGEN

Insider's Name

3/16/2022

$ (80,599.18)

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.39 AKORN AG HETTLINGEN

Insider's Name

3/16/2022

$ (1,063.29)

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

---

**4.40**  AKORN AG HETTLINGEN

Insider's Name

3/16/2022    $    1,063.29    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

**4.41**  AKORN AG HETTLINGEN

Insider's Name

3/16/2022    $    80,599.18    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

**4.42**  AKORN AG HETTLINGEN

Insider's Name

3/24/2022    $    (33,860.70)    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 1365

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.43 | AKORN AG HETTLINGEN | 3/24/2022 | $ 2,943,097.20 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                    State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| | | | | |
|---|---|---|---|---|
| 4.44 | AKORN AG HETTLINGEN | 3/25/2022 | $ 17,708.22 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                    State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| | | | | |
|---|---|---|---|---|
| 4.45 | AKORN AG HETTLINGEN | 3/25/2022 | $ 28,257.65 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                    State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | | |
|---|---|---|---|---|
| 4.46 | AKORN AG HETTLINGEN | 3/25/2022 | $ 81,063.03 | Services/Purchase of Inventory |
| | Insider's Name | | | |

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

| | | | | |
|---|---|---|---|---|
| 4.47 | AKORN AG HETTLINGEN | 3/31/2022 | $ (217.16) | Services/Purchase of Inventory |
| | Insider's Name | | | |

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

| | | | | |
|---|---|---|---|---|
| 4.48 | AKORN AG HETTLINGEN | 3/31/2022 | $ 102.10 | Services/Purchase of Inventory |
| | Insider's Name | | | |

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.49  AKORN AG HETTLINGEN                    3/31/2022      $           228.95      Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City                  State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.50  AKORN AG HETTLINGEN                    3/31/2022      $           286.25      Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City                  State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.51  AKORN AG HETTLINGEN                    3/31/2022      $           995.76      Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City                  State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.52 AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

3/31/2022          $          1,212.94          Services/Purchase of Inventory

4.53 AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

3/31/2022          $          1,791.22          Services/Purchase of Inventory

4.54 AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

3/31/2022          $          1,808.63          Services/Purchase of Inventory

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.55  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

3/31/2022        $            21,666.49    Services/Purchase of Inventory

4.56  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

3/31/2022        $            60,746.35    Services/Purchase of Inventory

4.57  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

3/31/2022        $            83,197.75    Services/Purchase of Inventory

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

4.58 AKORN AG HETTLINGEN                3/31/2022        $          108,140.17    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.59 AKORN AG HETTLINGEN                3/31/2022        $          211,313.48    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.60 AKORN AG HETTLINGEN                3/31/2022        $          257,402.72    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 4.61 | AKORN AG HETTLINGEN | 3/31/2022 | $ | 380,118.85 | Services/Purchase of Inventory |
|------|---------------------|-----------|---|------------|-------------------------------|

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| 4.62 | AKORN AG HETTLINGEN | 3/31/2022 | $ | 383,813.40 | Services/Purchase of Inventory |
|------|---------------------|-----------|---|------------|-------------------------------|

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| 4.63 | AKORN AG HETTLINGEN | 4/15/2022 | $ | (5,411.35) | Services/Purchase of Inventory |
|------|---------------------|-----------|---|------------|-------------------------------|

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 4.64 | AKORN AG HETTLINGEN | 4/15/2022 | $ | (2,646.76) | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                  CH-8442
City              State     ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| 4.65 | AKORN AG HETTLINGEN | 4/15/2022 | $ | (2,581.12) | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                  CH-8442
City              State     ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| 4.66 | AKORN AG HETTLINGEN | 4/15/2022 | $ | 176,577.39 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                  CH-8442
City              State     ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.67 | AKORN AG HETTLINGEN | 4/15/2022 | $ 181,067.36 | Services/Purchase of Inventory |
| | Insider's Name | | | |

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| | | | | |
|---|---|---|---|---|
| 4.68 | AKORN AG HETTLINGEN | 4/15/2022 | $ 477,741.11 | Services/Purchase of Inventory |
| | Insider's Name | | | |

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| | | | | |
|---|---|---|---|---|
| 4.69 | AKORN AG HETTLINGEN | 4/18/2022 | $ (79,337.44) | Services/Purchase of Inventory |
| | Insider's Name | | | |

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.70 | AKORN AG HETTLINGEN | 4/18/2022 | $ (0.01) | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| | | | | |
|---|---|---|---|---|
| 4.71 | AKORN AG HETTLINGEN | 4/18/2022 | $ 0.01 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| | | | | |
|---|---|---|---|---|
| 4.72 | AKORN AG HETTLINGEN | 4/18/2022 | $ 79,337.44 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**4.73** AKORN AG HETTLINGEN                    4/21/2022          $          (103,345.20)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.74** AKORN AG HETTLINGEN                    4/21/2022          $            (4,660.69)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.75** AKORN AG HETTLINGEN                    4/21/2022          $            (3,844.48)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:    23-10255

4.76  AKORN AG HETTLINGEN
Insider's Name

4/21/2022        $              (3,440.99)        Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City            State         ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.77  AKORN AG HETTLINGEN
Insider's Name

4/21/2022        $              (3,234.56)        Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City            State         ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.78  AKORN AG HETTLINGEN
Insider's Name

4/21/2022        $              (3,143.86)        Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City            State         ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.79 AKORN AG HETTLINGEN | 4/21/2022 | $ | (2,194.69) | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

|  |  |  |
|---|---|---|
| HETTLINGEN | | CH-8442 |
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| | | | | |
|---|---|---|---|---|
| 4.80 AKORN AG HETTLINGEN | 4/21/2022 | $ | (1,634.38) | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

|  |  |  |
|---|---|---|
| HETTLINGEN | | CH-8442 |
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| | | | | |
|---|---|---|---|---|
| 4.81 AKORN AG HETTLINGEN | 4/21/2022 | $ | 132,646.73 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

|  |  |  |
|---|---|---|
| HETTLINGEN | | CH-8442 |
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**4.82** AKORN AG HETTLINGEN

Insider's Name

4/21/2022    $    144,098.47    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.83** AKORN AG HETTLINGEN

Insider's Name

4/21/2022    $    157,658.83    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.84** AKORN AG HETTLINGEN

Insider's Name

4/21/2022    $    191,131.18    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

4.85  AKORN AG HETTLINGEN                 4/21/2022        $           193,499.74      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN              CH-8442

City              State       ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

4.86  AKORN AG HETTLINGEN                 4/21/2022        $           277,184.92      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN              CH-8442

City              State       ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

4.87  AKORN AG HETTLINGEN                 4/21/2022        $           303,382.96      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN              CH-8442

City              State       ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.88  AKORN AG HETTLINGEN                                4/21/2022          $          2,943,097.20    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                        CH-8442
City                 State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.89  AKORN AG HETTLINGEN                                4/28/2022          $              2,760.00    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                        CH-8442
City                 State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.90  AKORN AG HETTLINGEN                                4/28/2022          $             18,348.13    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                        CH-8442
City                 State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**4.91** AKORN AG HETTLINGEN

Insider's Name

4/28/2022    $    73,575.96    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442
City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.92** AKORN AG HETTLINGEN

Insider's Name

4/28/2022    $    1,067,054.91    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442
City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.93** AKORN AG HETTLINGEN

Insider's Name

5/12/2022    $    (31,164.19)    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442
City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.94 AKORN AG HETTLINGEN    5/12/2022    $    (2,106.66)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.95 AKORN AG HETTLINGEN    5/12/2022    $    37,968.25    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.96 AKORN AG HETTLINGEN    5/12/2022    $    561,672.38    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 4.97 | AKORN AG HETTLINGEN | 5/18/2022 | $ | (63,279.39) | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| 4.98 | AKORN AG HETTLINGEN | 5/18/2022 | $ | 1,266,523.61 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| 4.99 | AKORN AG HETTLINGEN | 5/19/2022 | $ | (31,082.58) | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.100 AKORN AG HETTLINGEN

Insider's Name

5/19/2022

$ (7,664.01)

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.101 AKORN AG HETTLINGEN

Insider's Name

5/19/2022

$ 350,653.93

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.102 AKORN AG HETTLINGEN

Insider's Name

5/19/2022

$ 721,591.10

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

4.103   AKORN AG HETTLINGEN

Insider's Name

5/26/2022    $    30,275.52    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.104   AKORN AG HETTLINGEN

Insider's Name

5/26/2022    $    108,187.91    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.105   AKORN AG HETTLINGEN

Insider's Name

5/26/2022    $    122,644.23    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

4.106  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

| | | |
|---|---|---|
| HETTLINGEN | | CH-8442 |
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

5/27/2022     $     (1,118.32)     Services/Purchase of Inventory

4.107  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

| | | |
|---|---|---|
| HETTLINGEN | | CH-8442 |
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

5/27/2022     $     (826.98)     Services/Purchase of Inventory

4.108  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

| | | |
|---|---|---|
| HETTLINGEN | | CH-8442 |
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

5/27/2022     $     (0.50)     Services/Purchase of Inventory

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**4.109** AKORN AG HETTLINGEN

Insider's Name

5/27/2022    $    101.28    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.110** AKORN AG HETTLINGEN

Insider's Name

5/27/2022    $    165,652.50    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.111** AKORN AG HETTLINGEN

Insider's Name

5/27/2022    $    224,010.29    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 1388

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:    23-10255

---

4.112 AKORN AG HETTLINGEN
Insider's Name

6/2/2022    $    (5,228.74)    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

---

4.113 AKORN AG HETTLINGEN
Insider's Name

6/2/2022    $    (2,952.98)    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

---

4.114 AKORN AG HETTLINGEN
Insider's Name

6/2/2022    $    (1,747.61)    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.115 AKORN AG HETTLINGEN
Insider's Name

6/2/2022

$ (907.54)

Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City              State       ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.116 AKORN AG HETTLINGEN
Insider's Name

6/2/2022

$ (801.17)

Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City              State       ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.117 AKORN AG HETTLINGEN
Insider's Name

6/2/2022

$ 86,826.36

Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City              State       ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.118 AKORN AG HETTLINGEN
Insider's Name

6/2/2022

$ 98,354.04

Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.119 AKORN AG HETTLINGEN
Insider's Name

6/2/2022

$ 189,396.16

Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.120 AKORN AG HETTLINGEN
Insider's Name

6/2/2022

$ 320,028.17

Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.121  AKORN AG HETTLINGEN

Insider's Name

6/2/2022

$    566,661.81    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN             CH-8442

City          State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.122  AKORN AG HETTLINGEN

Insider's Name

6/9/2022

$    (4,110.99)    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN             CH-8442

City          State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.123  AKORN AG HETTLINGEN

Insider's Name

6/9/2022

$    (3,103.93)    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN             CH-8442

City          State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:   23-10255

4.124  AKORN AG HETTLINGEN
Insider's Name

6/9/2022          $          (740.16)          Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street



HETTLINGEN                    CH-8442
City              State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.125  AKORN AG HETTLINGEN
Insider's Name

6/9/2022          $          2,029.80          Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street



HETTLINGEN                    CH-8442
City              State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.126  AKORN AG HETTLINGEN
Insider's Name

6/9/2022          $          4,931.08          Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street



HETTLINGEN                    CH-8442
City              State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.127  AKORN AG HETTLINGEN

Insider's Name

6/9/2022     $        50,152.50     Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City              State       ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.128  AKORN AG HETTLINGEN

Insider's Name

6/9/2022     $        88,037.34     Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City              State       ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.129  AKORN AG HETTLINGEN

Insider's Name

6/9/2022     $       210,320.00     Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City              State       ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.130 AKORN AG HETTLINGEN
Insider's Name

6/9/2022    $    213,873.15    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN            CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.131 AKORN AG HETTLINGEN
Insider's Name

6/9/2022    $    278,557.99    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN            CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.132 AKORN AG HETTLINGEN
Insider's Name

6/16/2022    $    1,484.04    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN            CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

4.133  AKORN AG HETTLINGEN

Insider's Name

6/16/2022

$                    2,109.94

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                          CH-8442

City                          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.134  AKORN AG HETTLINGEN

Insider's Name

6/16/2022

$                    4,228.41

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                          CH-8442

City                          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.135  AKORN AG HETTLINGEN

Insider's Name

6/16/2022

$                    38,937.43

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                          CH-8442

City                          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

4.136 AKORN AG HETTLINGEN

Insider's Name

6/16/2022   $   55,359.29   Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442
City              State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.137 AKORN AG HETTLINGEN

Insider's Name

6/16/2022   $   110,942.46   Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442
City              State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.138 AKORN AG HETTLINGEN

Insider's Name

6/23/2022   $   5,128.44   Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442
City              State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.139  AKORN AG HETTLINGEN                6/23/2022        $            6,483.72        Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street


HETTLINGEN                    CH-8442
City                State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.140  AKORN AG HETTLINGEN                6/23/2022        $            7,458.23        Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street


HETTLINGEN                    CH-8442
City                State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.141  AKORN AG HETTLINGEN                6/23/2022        $            9,733.49        Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street


HETTLINGEN                    CH-8442
City                State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

4.142 AKORN AG HETTLINGEN

Insider's Name

6/23/2022

$ 13,147.57

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                    State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.143 AKORN AG HETTLINGEN

Insider's Name

6/23/2022

$ 13,195.98

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                    State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.144 AKORN AG HETTLINGEN

Insider's Name

6/23/2022

$ 137,246.63

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                    State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.145 AKORN AG HETTLINGEN          6/23/2022    $          173,516.43    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442
City                State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.146 AKORN AG HETTLINGEN          6/23/2022    $          185,899.54    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442
City                State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.147 AKORN AG HETTLINGEN          6/23/2022    $          242,611.59    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442
City                State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.148  AKORN AG HETTLINGEN
Insider's Name

6/23/2022       $           351,853.63       Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN              CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.149  AKORN AG HETTLINGEN
Insider's Name

6/23/2022       $           353,149.06       Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN              CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.150  AKORN AG HETTLINGEN
Insider's Name

7/6/2022        $             4,882.58       Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN              CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

4.151   AKORN AG HETTLINGEN

Insider's Name

7/6/2022        $              17,322.61        Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.152   AKORN AG HETTLINGEN

Insider's Name

7/6/2022        $              19,511.35        Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.153   AKORN AG HETTLINGEN

Insider's Name

7/6/2022        $              37,255.79        Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.154  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

7/6/2022          $          95,621.99          Services/Purchase of Inventory

**Relationship to Debtor**

Subsidiary

4.155  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

7/6/2022          $          176,866.70          Services/Purchase of Inventory

**Relationship to Debtor**

Subsidiary

4.156  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

7/6/2022          $          706,779.44          Services/Purchase of Inventory

**Relationship to Debtor**

Subsidiary

Debtor:  Akorn Operating Company LLC                                           Case number *(if known)*:    23-10255

Name

4.157  AKORN AG HETTLINGEN                         8/1/2022       $           15,897.92     Services/Purchase of Inventory
        Insider's Name

        RIETHOFSTRASSE 1
        Street


        HETTLINGEN                  CH-8442
        City              State      ZIP Code

        SWITZERLAND
        Country

        **Relationship to Debtor**

        Subsidiary

4.158  AKORN AG HETTLINGEN                         8/1/2022       $           16,500.97     Services/Purchase of Inventory
        Insider's Name

        RIETHOFSTRASSE 1
        Street


        HETTLINGEN                  CH-8442
        City              State      ZIP Code

        SWITZERLAND
        Country

        **Relationship to Debtor**

        Subsidiary

4.159  AKORN AG HETTLINGEN                         8/1/2022       $           93,859.29     Services/Purchase of Inventory
        Insider's Name

        RIETHOFSTRASSE 1
        Street


        HETTLINGEN                  CH-8442
        City              State      ZIP Code

        SWITZERLAND
        Country

        **Relationship to Debtor**

        Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known):*   23-10255

Name

4.160   AKORN AG HETTLINGEN    8/2/2022    $    14,773.94    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.161   AKORN AG HETTLINGEN    8/2/2022    $    17,132.92    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.162   AKORN AG HETTLINGEN    8/2/2022    $    261,178.68    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

4.163 AKORN AG HETTLINGEN          8/2/2022    $         545,755.67    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.164 AKORN AG HETTLINGEN          8/4/2022    $          167.64    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.165 AKORN AG HETTLINGEN          8/4/2022    $          265.22    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.166  AKORN AG HETTLINGEN

Insider's Name

8/4/2022    $    2,084.37    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.167  AKORN AG HETTLINGEN

Insider's Name

8/4/2022    $    2,197.08    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.168  AKORN AG HETTLINGEN

Insider's Name

8/4/2022    $    2,351.46    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

4.169  AKORN AG HETTLINGEN

Insider's Name

8/4/2022

$ 2,917.31

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City            State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

4.170  AKORN AG HETTLINGEN

Insider's Name

8/4/2022

$ 28,349.91

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City            State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

4.171  AKORN AG HETTLINGEN

Insider's Name

8/4/2022

$ 171,668.59

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City            State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     Page 1408

Debtor: Akorn Operating Company LLC
Name

Case number *(if known):*    23-10255

4.172  AKORN AG HETTLINGEN
Insider's Name

8/4/2022

$  180,951.32

Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.173  AKORN AG HETTLINGEN
Insider's Name

8/4/2022

$  215,169.25

Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.174  AKORN AG HETTLINGEN
Insider's Name

8/4/2022

$  244,702.87

Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

4.175  AKORN AG HETTLINGEN    8/4/2022    $    266,947.41    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.176  AKORN AG HETTLINGEN    8/11/2022    $    15,933.86    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.177  AKORN AG HETTLINGEN    8/11/2022    $    538,587.21    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.178 AKORN AG HETTLINGEN
Insider's Name

8/18/2022

$ 2,977.29

Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN            CH-8442
City            State            ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.179 AKORN AG HETTLINGEN
Insider's Name

8/18/2022

$ 16,200.76

Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN            CH-8442
City            State            ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.180 AKORN AG HETTLINGEN
Insider's Name

8/18/2022

$ 176,916.21

Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN            CH-8442
City            State            ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.181 AKORN AG HETTLINGEN

Insider's Name

8/18/2022    $    733,347.00    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.182 AKORN AG HETTLINGEN

Insider's Name

8/23/2022    $    (262.88)    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.183 AKORN AG HETTLINGEN

Insider's Name

8/23/2022    $    875.03    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 1412

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.184  AKORN AG HETTLINGEN                    8/23/2022      $          1,282.98    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN                CH-8442
City              State         ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.185  AKORN AG HETTLINGEN                    8/23/2022      $          1,721.34    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN                CH-8442
City              State         ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.186  AKORN AG HETTLINGEN                    8/23/2022      $          1,918.84    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN                CH-8442
City              State         ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

4.187  AKORN AG HETTLINGEN                8/23/2022        $            8,653.48      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.188  AKORN AG HETTLINGEN                8/23/2022        $            10,325.04      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.189  AKORN AG HETTLINGEN                8/23/2022        $            18,069.77      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN            CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

4.190  AKORN AG HETTLINGEN                          8/23/2022        $              60,688.90      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442
City                  State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.191  AKORN AG HETTLINGEN                          8/23/2022        $             124,317.03      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442
City                  State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.192  AKORN AG HETTLINGEN                          8/23/2022        $             182,273.63      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442
City                  State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

4.193    AKORN AG HETTLINGEN          8/23/2022      $          244,552.10      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.194    AKORN AG HETTLINGEN          8/23/2022      $          273,690.95      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.195    AKORN AG HETTLINGEN          8/23/2022      $          326,558.68      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.196 AKORN AG HETTLINGEN

Insider's Name

8/23/2022     $              571,508.02     Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.197 AKORN AG HETTLINGEN

Insider's Name

8/23/2022     $              733,202.19     Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.198 AKORN AG HETTLINGEN

Insider's Name

8/25/2022     $                3,101.35     Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

---

4.199 AKORN AG HETTLINGEN    8/25/2022    $    17,247.15    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442
City    State    ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

---

4.200 AKORN AG HETTLINGEN    8/25/2022    $    85,442.78    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442
City    State    ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

---

4.201 AKORN AG HETTLINGEN    9/15/2022    $    (6.83)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442
City    State    ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*  23-10255

| 4.202 | AKORN AG HETTLINGEN | 9/15/2022 | $ | 1,315.26 | Services/Purchase of Inventory |
|---|---|---|---|---|---|

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| 4.203 | AKORN AG HETTLINGEN | 9/15/2022 | $ | 1,784.37 | Services/Purchase of Inventory |
|---|---|---|---|---|---|

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| 4.204 | AKORN AG HETTLINGEN | 9/15/2022 | $ | 154,700.56 | Services/Purchase of Inventory |
|---|---|---|---|---|---|

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.205  AKORN AG HETTLINGEN          9/22/2022    $        (19,693.44)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.206  AKORN AG HETTLINGEN          9/22/2022    $        (7,254.95)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.207  AKORN AG HETTLINGEN          9/22/2022    $        (3,966.62)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.208 AKORN AG HETTLINGEN

Insider's Name

9/22/2022

$ (3,905.34)

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.209 AKORN AG HETTLINGEN

Insider's Name

9/22/2022

$ (3,656.88)

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.210 AKORN AG HETTLINGEN

Insider's Name

9/22/2022

$ (1,045.61)

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

**4.211**  AKORN AG HETTLINGEN
Insider's Name

9/22/2022    $    2,732.12    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

**4.212**  AKORN AG HETTLINGEN
Insider's Name

9/22/2022    $    19,486.23    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

**4.213**  AKORN AG HETTLINGEN
Insider's Name

9/22/2022    $    48,988.43    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.214  AKORN AG HETTLINGEN
Insider's Name

9/22/2022

$ 83,987.91    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.215  AKORN AG HETTLINGEN
Insider's Name

9/22/2022

$ 171,330.26    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.216  AKORN AG HETTLINGEN
Insider's Name

9/22/2022

$ 181,710.47    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.217  AKORN AG HETTLINGEN

Insider's Name

9/22/2022

$  182,970.84

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.218  AKORN AG HETTLINGEN

Insider's Name

9/22/2022

$  682,474.44

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.219  AKORN AG HETTLINGEN

Insider's Name

9/22/2022

$  902,154.60

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

4.220  AKORN AG HETTLINGEN                     9/29/2022     $           (5,038.17)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN              CH-8442

City              State      ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.221  AKORN AG HETTLINGEN                     9/29/2022     $              (17.50)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN              CH-8442

City              State      ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.222  AKORN AG HETTLINGEN                     9/29/2022     $              954.62    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN              CH-8442

City              State      ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**4.223** AKORN AG HETTLINGEN                              9/29/2022        $              274,931.48        Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.224** AKORN AG HETTLINGEN                              10/6/2022        $                   14.96        Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.225** AKORN AG HETTLINGEN                              10/6/2022        $                   25.30        Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

4.226 AKORN AG HETTLINGEN          10/6/2022     $          527.74     Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN                CH-8442
City              State      ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.227 AKORN AG HETTLINGEN          10/6/2022     $          921.97     Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN                CH-8442
City              State      ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.228 AKORN AG HETTLINGEN          10/6/2022     $         1,891.80    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN                CH-8442
City              State      ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

4.229  AKORN AG HETTLINGEN

Insider's Name

10/6/2022  $  1,917.90  Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN  CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

4.230  AKORN AG HETTLINGEN

Insider's Name

10/6/2022  $  2,774.59  Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN  CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

4.231  AKORN AG HETTLINGEN

Insider's Name

10/6/2022  $  4,692.98  Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN  CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**4.232** AKORN AG HETTLINGEN          10/6/2022     $          97,895.35     Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

**4.233** AKORN AG HETTLINGEN          10/6/2022     $          171,025.32     Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

**4.234** AKORN AG HETTLINGEN          10/6/2022     $          350,928.53     Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.235  AKORN AG HETTLINGEN
       Insider's Name

       10/6/2022    $         355,770.14    Services/Purchase of Inventory

       RIETHOFSTRASSE 1
       Street

       HETTLINGEN                 CH-8442
       City            State      ZIP Code

       SWITZERLAND
       Country

       **Relationship to Debtor**

       Subsidiary

4.236  AKORN AG HETTLINGEN
       Insider's Name

       10/13/2022    $         (6,850.07)    Services/Purchase of Inventory

       RIETHOFSTRASSE 1
       Street

       HETTLINGEN                 CH-8442
       City            State      ZIP Code

       SWITZERLAND
       Country

       **Relationship to Debtor**

       Subsidiary

4.237  AKORN AG HETTLINGEN
       Insider's Name

       10/13/2022    $         (2,583.20)    Services/Purchase of Inventory

       RIETHOFSTRASSE 1
       Street

       HETTLINGEN                 CH-8442
       City            State      ZIP Code

       SWITZERLAND
       Country

       **Relationship to Debtor**

       Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.238  AKORN AG HETTLINGEN
Insider's Name

10/13/2022    $    (2,316.64)    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.239  AKORN AG HETTLINGEN
Insider's Name

10/13/2022    $    (1,148.11)    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.240  AKORN AG HETTLINGEN
Insider's Name

10/13/2022    $    173,251.37    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 1431

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**4.241** AKORN AG HETTLINGEN          10/13/2022     $          349,583.64      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.242** AKORN AG HETTLINGEN          10/13/2022     $          389,808.04      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.243** AKORN AG HETTLINGEN          10/13/2022     $          1,033,681.84      Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| 4.244 | AKORN AG HETTLINGEN | 10/27/2022 | $ | 6,914.82 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| 4.245 | AKORN AG HETTLINGEN | 10/27/2022 | $ | 17,008.43 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| 4.246 | AKORN AG HETTLINGEN | 10/27/2022 | $ | 233,536.59 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.247  AKORN AG HETTLINGEN
Insider's Name

11/10/2022    $    167.56    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.248  AKORN AG HETTLINGEN
Insider's Name

11/10/2022    $    1,261.97    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.249  AKORN AG HETTLINGEN
Insider's Name

11/10/2022    $    2,960.74    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.250  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                 CH-8442

City              State         ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

11/10/2022      $           4,423.47      Services/Purchase of Inventory

4.251  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                 CH-8442

City              State         ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

11/10/2022      $           6,231.83      Services/Purchase of Inventory

4.252  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                 CH-8442

City              State         ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

11/10/2022      $           6,679.82      Services/Purchase of Inventory

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.253  AKORN AG HETTLINGEN
Insider's Name

11/10/2022      $              8,181.61      Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City              State      ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.254  AKORN AG HETTLINGEN
Insider's Name

11/10/2022      $             19,847.14      Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City              State      ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.255  AKORN AG HETTLINGEN
Insider's Name

11/10/2022      $             33,315.96      Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City              State      ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.256  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

| | | |
|---|---|---|
| HETTLINGEN | | CH-8442 |
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

11/10/2022    $    78,163.32    Services/Purchase of Inventory

4.257  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

| | | |
|---|---|---|
| HETTLINGEN | | CH-8442 |
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

11/10/2022    $    164,519.77    Services/Purchase of Inventory

4.258  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

| | | |
|---|---|---|
| HETTLINGEN | | CH-8442 |
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

11/10/2022    $    176,346.64    Services/Purchase of Inventory

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

4.259  AKORN AG HETTLINGEN

Insider's Name

11/10/2022    $    215,993.72    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.260  AKORN AG HETTLINGEN

Insider's Name

11/10/2022    $    523,962.78    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.261  AKORN AG HETTLINGEN

Insider's Name

11/17/2022    $    (6,575.14)    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    Page 1438

Debtor: Akorn Operating Company LLC    Case number *(if known)*:    23-10255

Name

4.262  AKORN AG HETTLINGEN    11/17/2022    $    (1,569.14)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.263  AKORN AG HETTLINGEN    11/17/2022    $    (1,139.08)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.264  AKORN AG HETTLINGEN    11/17/2022    $    (485.08)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442

City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.265 AKORN AG HETTLINGEN    11/17/2022    $    (418.03)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442
City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.266 AKORN AG HETTLINGEN    11/17/2022    $    (286.02)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442
City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.267 AKORN AG HETTLINGEN    11/17/2022    $    (34.33)    Services/Purchase of Inventory

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN    CH-8442
City    State    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.268 AKORN AG HETTLINGEN

Insider's Name

11/17/2022    $    4,238.53    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN              CH-8442

City              State      ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.269 AKORN AG HETTLINGEN

Insider's Name

11/17/2022    $    13,195.17    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN              CH-8442

City              State      ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.270 AKORN AG HETTLINGEN

Insider's Name

11/17/2022    $    35,316.53    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN              CH-8442

City              State      ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.271 AKORN AG HETTLINGEN

Insider's Name

11/17/2022

$ 51,616.33

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.272 AKORN AG HETTLINGEN

Insider's Name

11/17/2022

$ 59,895.77

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.273 AKORN AG HETTLINGEN

Insider's Name

11/17/2022

$ 140,648.86

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

| HETTLINGEN | | CH-8442 |
|---|---|---|
| City | State | ZIP Code |

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 1442

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.274  AKORN AG HETTLINGEN

Insider's Name

11/17/2022    $            193,750.43    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.275  AKORN AG HETTLINGEN

Insider's Name

11/17/2022    $            256,398.93    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.276  AKORN AG HETTLINGEN

Insider's Name

11/17/2022    $            811,869.69    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:  23-10255

4.277  AKORN AG HETTLINGEN
Insider's Name

11/29/2022    $    (1,847.41)    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN            CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.278  AKORN AG HETTLINGEN
Insider's Name

11/29/2022    $    (1,824.56)    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN            CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.279  AKORN AG HETTLINGEN
Insider's Name

11/29/2022    $    (823.43)    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN            CH-8442
City            State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*: 23-10255

4.280  AKORN AG HETTLINGEN
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

11/29/2022    $    (650.71)    Services/Purchase of Inventory

4.281  AKORN AG HETTLINGEN
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

11/29/2022    $    (369.68)    Services/Purchase of Inventory

4.282  AKORN AG HETTLINGEN
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

11/29/2022    $    (314.00)    Services/Purchase of Inventory

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.283  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

11/29/2022    $    (255.42)    Services/Purchase of Inventory

HETTLINGEN                    CH-8442
City              State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.284  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

11/29/2022    $    197.69    Services/Purchase of Inventory

HETTLINGEN                    CH-8442
City              State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.285  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

11/29/2022    $    408.44    Services/Purchase of Inventory

HETTLINGEN                    CH-8442
City              State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

---

4.286  AKORN AG HETTLINGEN

Insider's Name

11/29/2022       $            3,732.14       Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                  State           ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

4.287  AKORN AG HETTLINGEN

Insider's Name

11/29/2022       $           38,240.21       Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                  State           ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

4.288  AKORN AG HETTLINGEN

Insider's Name

11/29/2022       $           47,011.49       Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                  State           ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

---

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| 4.289 | AKORN AG HETTLINGEN | 11/29/2022 | $ | 55,349.05 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442
City              State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

| 4.290 | AKORN AG HETTLINGEN | 11/29/2022 | $ | 76,098.81 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442
City              State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

| 4.291 | AKORN AG HETTLINGEN | 11/29/2022 | $ | 97,423.81 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442
City              State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**4.292** AKORN AG HETTLINGEN

Insider's Name

11/29/2022    $    123,284.21    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.293** AKORN AG HETTLINGEN

Insider's Name

11/29/2022    $    273,171.29    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.294** AKORN AG HETTLINGEN

Insider's Name

11/29/2022    $    276,594.02    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.295 | AKORN AG HETTLINGEN | 12/15/2022 | $ 1,262.34 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| | | | | |
|---|---|---|---|---|
| 4.296 | AKORN AG HETTLINGEN | 12/15/2022 | $ 1,273.69 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

| | | | | |
|---|---|---|---|---|
| 4.297 | AKORN AG HETTLINGEN | 12/15/2022 | $ 1,297.46 | Services/Purchase of Inventory |

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:     23-10255

Name

---

**4.298** AKORN AG HETTLINGEN
Insider's Name

12/15/2022     $     2,619.26     Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City                  State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

---

**4.299** AKORN AG HETTLINGEN
Insider's Name

12/15/2022     $     4,153.04     Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City                  State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

---

**4.300** AKORN AG HETTLINGEN
Insider's Name

12/15/2022     $     4,810.19     Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN                    CH-8442
City                  State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.301 AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

| | |
|---|---|

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

12/15/2022          $          5,108.07          Services/Purchase of Inventory

4.302 AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

12/15/2022          $          133,084.82          Services/Purchase of Inventory

4.303 AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN          CH-8442

City          State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

12/15/2022          $          174,087.25          Services/Purchase of Inventory

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.304  AKORN AG HETTLINGEN                     12/15/2022    $         175,651.54    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN               CH-8442
City          State       ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.305  AKORN AG HETTLINGEN                     12/15/2022    $         178,929.56    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN               CH-8442
City          State       ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

4.306  AKORN AG HETTLINGEN                     12/15/2022    $         255,183.14    Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN               CH-8442
City          State       ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

---

**4.307**   AKORN AG HETTLINGEN                   12/15/2022    $           270,985.76      Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN                CH-8442
City                State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

---

**4.308**   AKORN AG HETTLINGEN                   12/15/2022    $           361,215.30      Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN                CH-8442
City                State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

---

**4.309**   AKORN AG HETTLINGEN                   12/29/2022    $             2,230.60      Services/Purchase of Inventory
Insider's Name

RIETHOFSTRASSE 1
Street

HETTLINGEN                CH-8442
City                State        ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 1454

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.310  AKORN AG HETTLINGEN

Insider's Name

12/29/2022

$            2,488.74    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                          CH-8442

City                    State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.311  AKORN AG HETTLINGEN

Insider's Name

12/29/2022

$            2,674.11    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                          CH-8442

City                    State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.312  AKORN AG HETTLINGEN

Insider's Name

12/29/2022

$            6,641.09    Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                          CH-8442

City                    State          ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.313 AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

12/29/2022    $        70,135.50    Services/Purchase of Inventory

4.314 AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

12/29/2022    $        163,412.53    Services/Purchase of Inventory

4.315 AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City            State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

12/29/2022    $        182,323.66    Services/Purchase of Inventory

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**4.316** AKORN AG HETTLINGEN

Insider's Name

12/29/2022

$ 195,903.91

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                    State                    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.317** AKORN AG HETTLINGEN

Insider's Name

12/29/2022

$ 486,521.85

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                    State                    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.318** AKORN AG HETTLINGEN

Insider's Name

12/29/2022

$ 1,896,431.75

Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                    State                    ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.319  AKORN AG HETTLINGEN

Insider's Name

1/19/2023        $            3,139.77        Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.320  AKORN AG HETTLINGEN

Insider's Name

1/19/2023        $           13,627.37        Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

4.321  AKORN AG HETTLINGEN

Insider's Name

1/19/2023        $           14,653.26        Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                CH-8442

City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**4.322** AKORN AG HETTLINGEN

Insider's Name

1/19/2023    $    18,781.68    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

**4.323** AKORN AG HETTLINGEN

Insider's Name

1/19/2023    $    22,976.50    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

**4.324** AKORN AG HETTLINGEN

Insider's Name

1/19/2023    $    33,930.10    Services/Purchase of Inventory

RIETHOFSTRASSE 1
Street

HETTLINGEN          CH-8442
City          State          ZIP Code

SWITZERLAND
Country

**Relationship to Debtor**

Subsidiary

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          Page 1459

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.325  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

1/19/2023        $          122,781.37      Services/Purchase of Inventory

4.326  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

1/19/2023        $          142,857.06      Services/Purchase of Inventory

4.327  AKORN AG HETTLINGEN

Insider's Name

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City              State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

1/19/2023        $          351,845.66      Services/Purchase of Inventory

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**4.328**  AKORN AG HETTLINGEN

Insider's Name

1/19/2023        $        745,669.66        Services/Purchase of Inventory

RIETHOFSTRASSE 1

Street

HETTLINGEN                    CH-8442

City                State        ZIP Code

SWITZERLAND

Country

**Relationship to Debtor**

Subsidiary

**4.329**  Akorn SARL

Insider's Name

3/22        $        55,362.70        Capital Contribution

15, RUE EDWARD STEICHEN

Street

City                State        ZIP Code

LUXEMBOURG

Country

**Relationship to Debtor**

Subsidiary

**4.330**  Akorn SARL

Insider's Name

5/22        $        53,323.00        Capital Contribution

15, RUE EDWARD STEICHEN

Street

City                State        ZIP Code

LUXEMBOURG

Country

**Relationship to Debtor**

Subsidiary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

**4.331** Akorn SARL                              9/22        $         123,913.12    Capital Contribution

Insider's Name

15, RUE EDWARD STEICHEN

Street

City              State           ZIP Code

LUXEMBOURG

Country

**Relationship to Debtor**

Subsidiary

**4.332** Beth Zelnick Kaufman                    2/23/2022   $           1,013.11    Concur reimbursement

Insider's Name

Address on File

Street

City              State           ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

**4.333** Beth Zelnick Kaufman                    3/22/2022   $           1,900.66    Concur reimbursement

Insider's Name

Address on File

Street

City              State           ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.334  Beth Zelnick Kaufman

Insider's Name

4/28/2022    $    1,393.70    Concur reimbursement

Address on File

Street

City                State            ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.335  Beth Zelnick Kaufman

Insider's Name

5/31/2022    $    3,430.12    Concur reimbursement

Address on File

Street

City                State            ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.336  Beth Zelnick Kaufman

Insider's Name

7/8/2022    $    587.75    Concur reimbursement

Address on File

Street

City                State            ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:    23-10255

Name

4.337  Beth Zelnick Kaufman                7/8/2022        $              892.85     Concur reimbursement
Insider's Name

Address on File
Street



City                State        ZIP Code


Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.338  Beth Zelnick Kaufman                8/9/2022        $               59.05     Concur reimbursement
Insider's Name

Address on File
Street



City                State        ZIP Code


Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.339  Beth Zelnick Kaufman                9/23/2022       $            3,029.23     Concur reimbursement
Insider's Name

Address on File
Street



City                State        ZIP Code


Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC                                    Case number *(if known)*:  23-10255

Name

4.340  Beth Zelnick Kaufman                    10/7/2022          $                160.00    Concur reimbursement
Insider's Name

Address on File
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.341  Beth Zelnick Kaufman                    10/7/2022          $                293.00    Concur reimbursement
Insider's Name

Address On File
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.342  Beth Zelnick Kaufman                    10/31/2022         $                245.00    Concur reimbursement
Insider's Name

Address on File
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.343 | Beth Zelnick Kaufman | 10/31/2022 | $ 4,169.92 | Concur reimbursement |

Insider's Name

Address on File

Street

City                State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

| | | | | |
|---|---|---|---|---|
| 4.344 | Beth Zelnick Kaufman | 1/19/2023 | $ 1,748.64 | Concur reimbursement |

Insider's Name

Address on File

Street

City                State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

| | | | | |
|---|---|---|---|---|
| 4.345 | Beth Zelnick Kaufman | 1/27/2023 | $ 227.21 | Concur reimbursement |

Insider's Name

Address on File

Street

City                State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**4.346** Beth Zelnick Kaufman

Insider's Name

1/29/2023     $     1,030.58     Concur reimbursement

Address on File

Street

City     State     ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer & Corp Secretary

**4.347** Beth Zelnick Kaufman

Insider's Name

1/31/2023     $     140.00     Concur reimbursement

Address on File

Street

City     State     ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer & Corp Secretary

**4.348** Beth Zelnick Kaufman

Insider's Name

2/22/2023     $     268,125.00     Consulting for the bankruptcy

Address On File

Street

City     State     ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer & Corp Secretary

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

4.349  Beth Zelnick Kaufman

Insider's Name

01/06/2023

$    31,730.77

Salary

Address on File

Street

City                State        ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.350  Beth Zelnick Kaufman

Insider's Name

01/20/2023

$    31,730.77

Salary

Address on File

Street

City                State        ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.351  Beth Zelnick Kaufman

Insider's Name

01/27/2023

$    325,000.00

Retention Bonus

Address on File

Street

City                State        ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.352 | Beth Zelnick Kaufman | 02/03/2023 | $ 31,730.77 | Salary |

Insider's Name

Address on File
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

| | | | | |
|---|---|---|---|---|
| 4.353 | Beth Zelnick Kaufman | 02/17/2023 | $ 31,730.77 | salary |

Insider's Name

Address on File
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

| | | | | |
|---|---|---|---|---|
| 4.354 | Beth Zelnick Kaufman | 02/23/2023 | $ 28,557.69 | Salary |

Insider's Name

Address on File
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

| | | | | |
|---|---|---|---|---|
| 4.355 | Beth Zelnick Kaufman | 02/23/2023 | $ 67,721.40 | Unused Paid Time Off |
| | Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

| | | | | |
|---|---|---|---|---|
| 4.356 | Beth Zelnick Kaufman | 03/04/2022 | $ 20,192.31 | Salary |
| | Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

| | | | | |
|---|---|---|---|---|
| 4.357 | Beth Zelnick Kaufman | 03/04/2022 | $ 223,125.00 | Annual Bonus |
| | Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.358 | Beth Zelnick Kaufman | 03/18/2022 | $ 20,192.31 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer & Corp Secretary

| | | | | |
|---|---|---|---|---|
| 4.359 | Beth Zelnick Kaufman | 04/01/2022 | $ 20,798.08 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer & Corp Secretary

| | | | | |
|---|---|---|---|---|
| 4.360 | Beth Zelnick Kaufman | 04/01/2022 | $ 100,000.00 | Brand Div Sale Bonus |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer & Corp Secretary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | |
|---|---|---|---|
| 4.361 | Beth Zelnick Kaufman | 04/14/2022 | $ 20,798.08 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

| | | | |
|---|---|---|---|
| 4.362 | Beth Zelnick Kaufman | 04/29/2022 | $ 20,798.08 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

| | | | |
|---|---|---|---|
| 4.363 | Beth Zelnick Kaufman | 05/13/2022 | $ 20,798.08 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| 4.364 | Beth Zelnick Kaufman | 05/13/2022 | $ | 37,500.00 | Sign-on Bonus |

Insider's Name

Address on File

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

| 4.365 | Beth Zelnick Kaufman | 05/27/2022 | $ | 20,798.08 | Salary |

Insider's Name

Address on File

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

| 4.366 | Beth Zelnick Kaufman | 06/10/2022 | $ | 20,798.08 | Salary |

Insider's Name

Address on File

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

4.367  Beth Zelnick Kaufman
Insider's Name

06/24/2022

$              20,798.08    Salary

Address on File
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.368  Beth Zelnick Kaufman
Insider's Name

07/08/2022

$              20,798.08    Salary

Address on File
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.369  Beth Zelnick Kaufman
Insider's Name

07/08/2022

$              50,000.00    Decatur Success Bonus

Address on File
Street

City                State            ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

4.370  Beth Zelnick Kaufman

Insider's Name

07/22/2022    $    20,798.08    Salary

Address on File

Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.371  Beth Zelnick Kaufman

Insider's Name

08/05/2022    $    20,798.08    Salary

Address on File

Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.372  Beth Zelnick Kaufman

Insider's Name

08/19/2022    $    20,798.08    Salary

Address on File

Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

4.373 Beth Zelnick Kaufman
Insider's Name

09/02/2022    $              20,798.08    Salary

Address on File
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.374 Beth Zelnick Kaufman
Insider's Name

09/16/2022    $              20,798.08    Salary

Address on File
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

4.375 Beth Zelnick Kaufman
Insider's Name

09/30/2022    $              20,798.08    Salary

Address on File
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

4.376 Beth Zelnick Kaufman

Insider's Name

Address on File

Street

City                State        ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

10/14/2022        $            20,798.08    Salary

4.377 Beth Zelnick Kaufman

Insider's Name

Address on File

Street

City                State        ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

10/28/2022        $            20,798.08    Salary

4.378 Beth Zelnick Kaufman

Insider's Name

Address on File

Street

City                State        ZIP Code

Country

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

11/10/2022        $            20,798.08    Salary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

---

4.379  Beth Zelnick Kaufman

Insider's Name

Address on File

Street

| City | State | ZIP Code |

Country

11/25/2022   $   39,383.73   Salary

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

---

4.380  Beth Zelnick Kaufman

Insider's Name

Address on File

Street

| City | State | ZIP Code |

Country

12/09/2022   $   31,730.77   Salary

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

---

4.381  Beth Zelnick Kaufman

Insider's Name

Address on File

Street

| City | State | ZIP Code |

Country

12/23/2022   $   31,730.77   Salary

**Relationship to Debtor**

EVP , Chief Legal and Adminstrative Officer &
Corp Secretary

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

**4.382** Bill Ostrowski          5/18/2022          $          636.57          Concur reimbursement

Insider's Name

Address on File

Street

City                    State          ZIP Code

Country

**Relationship to Debtor**

Board member

**4.383** Bill Ostrowski          9/14/2022          $          2,522.23          Concur reimbursement

Insider's Name

Address on File

Street

City                    State          ZIP Code

Country

**Relationship to Debtor**

Board member

**4.384** Bill Ostrowski          12/15/2022          $          264.41          Concur reimbursement

Insider's Name

Address on File

Street

City                    State          ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

---

4.385 Bill Ostrowski                1/30/2023        $            300.03    Concur reimbursement

Insider's Name

Address on File

Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Board member

---

4.386 Bill Ostrowski                2/19/2023        $            297.32    Concur reimbursement

Insider's Name

Address on File

Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Board member

---

4.387 Bill Ostrowski                01/06/2023       $          14,855.77   Salary

Insider's Name

Address on File

Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

4.388  Bill Ostrowski
Insider's Name

Address on File
Street

| | | |
City  State  ZIP Code

Country

**Relationship to Debtor**

Board member

01/20/2023    $    14,855.77    Salary

4.389  Bill Ostrowski
Insider's Name

Address on File
Street

| | | |
City  State  ZIP Code

Country

**Relationship to Debtor**

Board member

01/27/2023    $    125,000.00    Retention Bonus

4.390  Bill Ostrowski
Insider's Name

Address on File
Street

| | | |
City  State  ZIP Code

Country

**Relationship to Debtor**

Board member

02/03/2023    $    14,855.77    Salary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.391  Bill Ostrowski
Insider's Name

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Board member

02/17/2023    $       14,855.77    Salary

4.392  Bill Ostrowski
Insider's Name

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Board member

02/23/2023    $       13,370.19    Salary

4.393  Bill Ostrowski
Insider's Name

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Board member

02/23/2023    $       17,106.42    Unused Paid Time Off

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.394 Bill Ostrowski
Insider's Name

03/04/2022        $        14,423.08        Salary

Address on File
Street

| City | State | ZIP Code |
|------|-------|----------|

Country

**Relationship to Debtor**

Board member

4.395 Bill Ostrowski
Insider's Name

03/04/2022        $        159,375.00        Annual Bonus

Address on File
Street

| City | State | ZIP Code |
|------|-------|----------|

Country

**Relationship to Debtor**

Board member

4.396 Bill Ostrowski
Insider's Name

03/18/2022        $        14,423.08        Salary

Address on File
Street

| City | State | ZIP Code |
|------|-------|----------|

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.397  Bill Ostrowski                    04/01/2022      $           14,855.77      Salary

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

4.398  Bill Ostrowski                    04/01/2022      $           50,000.00      Brand Div Sale Bonus

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

4.399  Bill Ostrowski                    04/14/2022      $           14,855.77      Salary

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.400  Bill Ostrowski
Insider's Name

04/29/2022        $        14,855.77    Salary

Address on File
Street

City              State        ZIP Code

Country

**Relationship to Debtor**

Board member

4.401  Bill Ostrowski
Insider's Name

05/13/2022        $        14,855.77    Salary

Address on File
Street

City              State        ZIP Code

Country

**Relationship to Debtor**

Board member

4.402  Bill Ostrowski
Insider's Name

05/27/2022        $        14,855.77    Salary

Address on File
Street

City              State        ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

4.403  Bill Ostrowski                          06/10/2022        $        14,855.77      Salary
Insider's Name

Address on File
Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Board member

4.404  Bill Ostrowski                          06/24/2022        $        14,855.77      Salary
Insider's Name

Address on File
Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Board member

4.405  Bill Ostrowski                          07/08/2022        $        14,855.77      Salary
Insider's Name

Address on File
Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.406 | Bill Ostrowski | 07/08/2022 | $ 125,000.00 | Decatur Success Bonus |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

| | | | | |
|---|---|---|---|---|
| 4.407 | Bill Ostrowski | 07/22/2022 | $ 14,855.77 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

| | | | | |
|---|---|---|---|---|
| 4.408 | Bill Ostrowski | 08/05/2022 | $ 14,855.77 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.409  Bill Ostrowski                          08/19/2022      $            14,855.77    Salary
Insider's Name

Address on File
Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Board member

4.410  Bill Ostrowski                          09/02/2022      $            14,855.77    Salary
Insider's Name

Address on File
Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Board member

4.411  Bill Ostrowski                          09/16/2022      $            14,855.77    Salary
Insider's Name

Address on File
Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

4.412  Bill Ostrowski                                09/30/2022        $            14,855.77     Salary

Insider's Name

Address on File

Street

City                    State            ZIP Code

Country

**Relationship to Debtor**

Board member

4.413  Bill Ostrowski                                10/14/2022        $            14,855.77     Salary

Insider's Name

Address on File

Street

City                    State            ZIP Code

Country

**Relationship to Debtor**

Board member

4.414  Bill Ostrowski                                10/28/2022        $            14,855.77     Salary

Insider's Name

Address on File

Street

City                    State            ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.415  Bill Ostrowski                    11/10/2022    $        14,855.77    Salary

Insider's Name

Address on File

Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Board member

4.416  Bill Ostrowski                    11/25/2022    $        14,855.77    Salary

Insider's Name

Address on File

Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Board member

4.417  Bill Ostrowski                    12/09/2022    $        14,855.77    Salary

Insider's Name

Address on File

Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC
Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 4.418 | Bill Ostrowski | 12/23/2022 | $ 14,855.77 | Salary |

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

| | | | |
|---|---|---|---|
| 4.419 | Chris Young | 4/3/2022 | $ 5,786.65 | Concur reimbursement |

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

| | | | |
|---|---|---|---|
| 4.420 | Chris Young | 6/6/2022 | $ 3,913.79 | Concur reimbursement |

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.421 | Chris Young | 9/1/2022 | $ 17,293.52 | Concur reimbursement |
| | Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP, Global Operations

| | | | | |
|---|---|---|---|---|
| 4.422 | Chris Young | 11/11/2022 | $ 15,375.36 | Concur reimbursement |
| | Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP, Global Operations

| | | | | |
|---|---|---|---|---|
| 4.423 | Chris Young | 1/23/2023 | $ 1,927.55 | Concur reimbursement |
| | Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP, Global Operations

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

**4.424**  Chris Young          01/06/2023      $            17,826.93    Salary

Insider's Name

Address on File

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

**4.425**  Chris Young          01/20/2023      $            17,826.93    Salary

Insider's Name

Address on File

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

**4.426**  Chris Young          01/27/2023      $           125,000.00    Retention Bonus

Insider's Name

Address on File

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.427  Chris Young                02/03/2023        $        17,826.93    Salary
Insider's Name

Address on File
Street

City                State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

4.428  Chris Young                02/17/2023        $        17,826.93    Salary
Insider's Name

Address on File
Street

City                State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

4.429  Chris Young                02/23/2023        $        16,044.24    Salary
Insider's Name

Address on File
Street

City                State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 4.430 | Chris Young | 02/23/2023 | $ 31,495.73 | Unused Paid Time Off |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

| | | | |
|---|---|---|---|
| 4.431 | Chris Young | 03/04/2022 | $ 17,307.70 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

| | | | |
|---|---|---|---|
| 4.432 | Chris Young | 03/04/2022 | $ 191,250.00 | Annual Bonus |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.433 Chris Young
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

03/18/2022    $    17,307.70    Salary

4.434 Chris Young
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

04/01/2022    $    17,826.93    Salary

4.435 Chris Young
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

04/01/2022    $    50,000.00    Brand Div Sale Bonus

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.436 Chris Young
Insider's Name

04/14/2022  $  17,826.93  Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

4.437 Chris Young
Insider's Name

04/29/2022  $  17,826.93  Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

4.438 Chris Young
Insider's Name

05/13/2022  $  17,826.93  Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.439 Chris Young
Insider's Name

05/27/2022

$ 17,826.93    Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

4.440 Chris Young
Insider's Name

06/10/2022

$ 17,826.93    Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

4.441 Chris Young
Insider's Name

06/24/2022

$ 17,826.93    Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 4.442 | Chris Young | 07/08/2022 | $ | 17,826.93 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

| 4.443 | Chris Young | 07/08/2022 | $ | 200,000.00 | Decatur Success Bonus |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

| 4.444 | Chris Young | 07/22/2022 | $ | 17,826.93 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 4.445 | Chris Young | 08/05/2022 | $ 17,826.93  Salary |
| | Insider's Name | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP, Global Operations

| | | | |
|---|---|---|---|
| 4.446 | Chris Young | 08/19/2022 | $ 17,826.93  Salary |
| | Insider's Name | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP, Global Operations

| | | | |
|---|---|---|---|
| 4.447 | Chris Young | 09/02/2022 | $ 17,826.93  Salary |
| | Insider's Name | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP, Global Operations

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

4.448 Chris Young
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

09/16/2022          $          17,826.93     Salary

4.449 Chris Young
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

09/30/2022          $          17,826.93     Salary

4.450 Chris Young
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

10/14/2022          $          17,826.93     Salary

Debtor:  Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

4.451  Chris Young                     10/28/2022        $            17,826.93    Salary
Insider's Name

Address on File
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

4.452  Chris Young                     11/10/2022        $            17,826.93    Salary
Insider's Name

Address on File
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

4.453  Chris Young                     11/25/2022        $            17,826.93    Salary
Insider's Name

Address on File
Street

City                State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Operations

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.454  Chris Young                                    12/09/2022      $          17,826.93    Salary
Insider's Name

Address on File
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP, Global Operations

4.455  Chris Young                                    12/23/2022      $          17,826.93    Salary
Insider's Name

Address on File
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP, Global Operations

4.456  Doug Boothe                                     3/13/2022      $           1,995.31    Concur reimbursement
Insider's Name

Address on File
Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.457 Doug Boothe      3/18/2022    $      5,393.43    Concur reimbursement

Insider's Name

Address on File

Street

City      State      ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

4.458 Doug Boothe      3/23/2022    $      1,120.60    Concur reimbursement

Insider's Name

Address on File

Street

City      State      ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

4.459 Doug Boothe      3/23/2022    $      79.60    Concur reimbursement

Insider's Name

Address on File

Street

City      State      ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 4.460 | Doug Boothe | 4/11/2022 | $ | 569.02 | Concur reimbursement |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| 4.461 | Doug Boothe | 5/12/2022 | $ | 1,493.76 | Concur reimbursement |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| 4.462 | Doug Boothe | 5/12/2022 | $ | 770.33 | Concur reimbursement |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | | |
|---|---|---|---|---|
| 4.463 | Doug Boothe | 5/23/2022 | $ 2,098.30 | Concur reimbursement |
| | Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

President and Chief Executive Officer

| | | | | |
|---|---|---|---|---|
| 4.464 | Doug Boothe | 8/4/2022 | $ 1,171.24 | Concur reimbursement |
| | Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

President and Chief Executive Officer

| | | | | |
|---|---|---|---|---|
| 4.465 | Doug Boothe | 8/4/2022 | $ 565.00 | Concur reimbursement |
| | Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

President and Chief Executive Officer

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.466    Doug Boothe

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

8/8/2022         $            437.38         Concur reimbursement

4.467    Doug Boothe

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

8/21/2022        $            883.44         Concur reimbursement

4.468    Doug Boothe

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

8/21/2022        $            702.27         Concur reimbursement

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

| 4.469 | Doug Boothe | 8/26/2022 | $ | 1,118.10 | Concur reimbursement |

Insider's Name

Address on File

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| 4.470 | Doug Boothe | 10/27/2022 | $ | 608.31 | Concur reimbursement |

Insider's Name

Address on File

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| 4.471 | Doug Boothe | 12/19/2022 | $ | 72.00 | Concur reimbursement |

Insider's Name

Address on File

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 4.472 | Doug Boothe | 1/17/2023 | $ | 4,782.65 | Concur reimbursement |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| 4.473 | Doug Boothe | 1/23/2023 | $ | 978.39 | Concur reimbursement |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| 4.474 | Doug Boothe | 2/6/2023 | $ | 3,315.95 | Concur reimbursement |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):* 23-10255

4.475  Doug Boothe                        01/06/2023      $           33,459.16   Salary

Insider's Name

Address on File

Street

City                State           ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

4.476  Doug Boothe                        01/20/2023      $           33,459.16   Salary

Insider's Name

Address on File

Street

City                State           ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

4.477  Doug Boothe                        02/03/2023      $           33,459.16   Salary

Insider's Name

Address on File

Street

City                State           ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.478 | Doug Boothe | 02/17/2023 | $ 33,459.16 | Salary |
| | Insider's Name | | | |

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| | | | | |
|---|---|---|---|---|
| 4.479 | Doug Boothe | 02/23/2023 | $ 30,113.24 | Salary |
| | Insider's Name | | | |

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| | | | | |
|---|---|---|---|---|
| 4.480 | Doug Boothe | 02/23/2023 | $ 54,647.17 | Unused Paid Time Off |
| | Insider's Name | | | |

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

**4.481** Doug Boothe

Insider's Name

03/04/2022        $        32,484.62        Salary

Address on File

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

**4.482** Doug Boothe

Insider's Name

03/04/2022        $        450,000.00        Annual Bonus

Address on File

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

**4.483** Doug Boothe

Insider's Name

03/18/2022        $        32,484.62        Salary

Address on File

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| 4.484 | Doug Boothe | 04/01/2022 | $ | 33,459.16 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| 4.485 | Doug Boothe | 04/14/2022 | $ | 33,459.16 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| 4.486 | Doug Boothe | 04/29/2022 | $ | 33,459.16 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known):*   23-10255

| | | | | |
|---|---|---|---|---|
| 4.487 | Doug Boothe | 05/13/2022 | $ | 33,459.16 | Salary |

Insider's Name

Address on File

Street

City                State            ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| | | | | |
|---|---|---|---|---|
| 4.488 | Doug Boothe | 05/27/2022 | $ | 33,459.16 | Salary |

Insider's Name

Address on File

Street

City                State            ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| | | | | |
|---|---|---|---|---|
| 4.489 | Doug Boothe | 06/10/2022 | $ | 33,459.16 | Salary |

Insider's Name

Address on File

Street

City                State            ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| 4.490 | Doug Boothe | 06/24/2022 | $ | 33,459.16 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| 4.491 | Doug Boothe | 07/08/2022 | $ | 33,459.16 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| 4.492 | Doug Boothe | 07/22/2022 | $ | 33,459.16 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| 4.493 | Doug Boothe | 08/05/2022 | $ | 33,459.16 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| 4.494 | Doug Boothe | 08/19/2022 | $ | 33,459.16 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

| 4.495 | Doug Boothe | 09/02/2022 | $ | 33,459.16 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.496  Doug Boothe

Insider's Name

09/16/2022          $          33,459.16    Salary

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

4.497  Doug Boothe

Insider's Name

09/30/2022          $          33,459.16    Salary

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

4.498  Doug Boothe

Insider's Name

10/14/2022          $          33,459.16    Salary

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.499  Doug Boothe

Insider's Name

10/28/2022    $    33,459.16    Salary

Address on File

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

4.500  Doug Boothe

Insider's Name

11/10/2022    $    33,459.16    Salary

Address on File

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

4.501  Doug Boothe

Insider's Name

11/25/2022    $    33,459.16    Salary

Address on File

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**4.502** Doug Boothe

Insider's Name

12/09/2022    $ 33,459.16    Salary

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

**4.503** Doug Boothe

Insider's Name

12/23/2022    $ 33,459.16    Salary

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

President and Chief Executive Officer

**4.504** Elizabeth W. Jeffords

Insider's Name

3/18/2022    $ 21,250.00    Quarterly board fees

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.505  Elizabeth W. Jeffords
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

4/18/2022       $              43,212.73    Stock Buy-Back

4.506  Elizabeth W. Jeffords
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

6/17/2022       $              21,250.00    Quarterly board fees

4.507  Elizabeth W. Jeffords
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

9/23/2022       $              21,250.00    Quarterly board fees

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 4.508 | Elizabeth W. Jeffords | 12/27/2022 | $ | 21,250.00 | Quarterly board fees |

Insider's Name

Address on File

Street

City                State        ZIP Code

Country

**Relationship to Debtor**

Board member

| | | | | | |
|---|---|---|---|---|---|
| 4.509 | Erislandy Dorado-Boladeres | 01/06/2023 | $ | 20,500.97 | Salary |

Insider's Name

Address on File

Street

City                State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

| | | | | | |
|---|---|---|---|---|---|
| 4.510 | Erislandy Dorado-Boladeres | 01/20/2023 | $ | 17,826.93 | Salary |

Insider's Name

Address on File

Street

City                State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| 4.511 | Erislandy Dorado-Boladeres | 01/27/2023 | $ | 125,000.00 | Retention Bonus |

Insider's Name

Address on File

Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP, Global Quality

| 4.512 | Erislandy Dorado-Boladeres | 02/03/2023 | $ | 17,826.93 | Salary |

Insider's Name

Address on File

Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP, Global Quality

| 4.513 | Erislandy Dorado-Boladeres | 02/17/2023 | $ | 17,826.93 | Salary |

Insider's Name

Address on File

Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP, Global Quality

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.514  Erislandy Dorado-Boladeres          02/23/2023       $          16,044.24       Salary
Insider's Name

Address on File
Street

City                State           ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

4.515  Erislandy Dorado-Boladeres          02/23/2023       $          16,342.84       Unused Paid Time Off
Insider's Name

Address on File
Street

City                State           ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

4.516  Erislandy Dorado-Boladeres          03/04/2022       $          17,307.70       Salary
Insider's Name

Address on File
Street

City                State           ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | | |
|---|---|---|---|---|
| 4.517 | Erislandy Dorado-Boladeres | 03/04/2022 | $ 191,250.00 | Annual Bonus |
| | Insider's Name | | | |

Address on File

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

| | | | | |
|---|---|---|---|---|
| 4.518 | Erislandy Dorado-Boladeres | 03/18/2022 | $ 17,307.70 | Salary |
| | Insider's Name | | | |

Address on File

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

| | | | | |
|---|---|---|---|---|
| 4.519 | Erislandy Dorado-Boladeres | 04/01/2022 | $ 17,826.93 | Salary |
| | Insider's Name | | | |

Address on File

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.520 Erislandy Dorado-Boladeres
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

04/01/2022    $    50,000.00    Brand Div Sale Bonus

4.521 Erislandy Dorado-Boladeres
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

04/14/2022    $    17,826.93    Salary

4.522 Erislandy Dorado-Boladeres
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

04/29/2022    $    17,826.93    Salary

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.523  Erislandy Dorado-Boladeres          05/13/2022     $          17,826.93     Salary
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

4.524  Erislandy Dorado-Boladeres          05/27/2022     $          17,826.93     Salary
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

4.525  Erislandy Dorado-Boladeres          06/10/2022     $          17,826.93     Salary
Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

| 4.526 | Erislandy Dorado-Boladeres | 06/24/2022 | $ | 17,826.93 | Salary |
|---|---|---|---|---|---|

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

| 4.527 | Erislandy Dorado-Boladeres | 07/08/2022 | $ | 17,826.93 | Salary |
|---|---|---|---|---|---|

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

| 4.528 | Erislandy Dorado-Boladeres | 07/08/2022 | $ | 200,000.00 | Decatur Success Bonus |
|---|---|---|---|---|---|

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**4.529** Erislandy Dorado-Boladeres
Insider's Name

07/22/2022          $          17,826.93          Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

---

**4.530** Erislandy Dorado-Boladeres
Insider's Name

08/05/2022          $          17,826.93          Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

---

**4.531** Erislandy Dorado-Boladeres
Insider's Name

08/19/2022          $          17,826.93          Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

---

4.532  Erislandy Dorado-Boladeres

Insider's Name

Address on File

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

09/02/2022        $        17,826.93    Salary

---

4.533  Erislandy Dorado-Boladeres

Insider's Name

Address on File

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

09/16/2022        $        17,826.93    Salary

---

4.534  Erislandy Dorado-Boladeres

Insider's Name

Address on File

Street

City            State        ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

09/30/2022        $        17,826.93    Salary

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.535 Erislandy Dorado-Boladeres
Insider's Name

10/14/2022          $          17,826.93      Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

4.536 Erislandy Dorado-Boladeres
Insider's Name

10/28/2022          $          17,826.93      Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

4.537 Erislandy Dorado-Boladeres
Insider's Name

11/10/2022          $          17,826.93      Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP, Global Quality

Debtor:  Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.538 | Erislandy Dorado-Boladeres | 11/25/2022 | $  17,826.93 | Salary |
| | Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP, Global Quality

| | | | | |
|---|---|---|---|---|
| 4.539 | Erislandy Dorado-Boladeres | 12/09/2022 | $  17,826.93 | Salary |
| | Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP, Global Quality

| | | | | |
|---|---|---|---|---|
| 4.540 | Erislandy Dorado-Boladeres | 12/23/2022 | $  17,826.93 | Salary |
| | Insider's Name | | | |

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP, Global Quality

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

---

4.541    James Bauersmith                    3/18/2022    $         22,500.00    Quarterly board fees

Insider's Name

Address on File
Street



City                State        ZIP Code



Country

**Relationship to Debtor**

Board member

---

4.542    James Bauersmith                    4/18/2022    $         43,212.73    Stock Buy-Back

Insider's Name

Address on File
Street



City                State        ZIP Code



Country

**Relationship to Debtor**

Board member

---

4.543    James Bauersmith                    6/17/2022    $         22,500.00    Quarterly board fees

Insider's Name

Address on File
Street



City                State        ZIP Code



Country

**Relationship to Debtor**

Board member

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.544  James Bauersmith          9/23/2022      $          22,500.00      Quarterly board fees

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

4.545  James Bauersmith          12/27/2022     $          22,500.00      Quarterly board fees

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

4.546  Jeffrey Wasserstein       3/18/2022      $          23,125.00      Quarterly board fees

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| | | | | |
|---|---|---|---|---|
| 4.547 | Jeffrey Wasserstein | 4/18/2022 | $ 43,212.73 | Stock Buy-Back |
| | Insider's Name | | | |

Address on File

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Board member

| | | | | |
|---|---|---|---|---|
| 4.548 | Jeffrey Wasserstein | 6/17/2022 | $ 23,125.00 | Quarterly board fees |
| | Insider's Name | | | |

Address on File

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Board member

| | | | | |
|---|---|---|---|---|
| 4.549 | Jeffrey Wasserstein | 9/23/2022 | $ 23,125.00 | Quarterly board fees |
| | Insider's Name | | | |

Address on File

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.550  Jeffrey Wasserstein
Insider's Name

12/27/2022     $          23,125.00     Quarterly board fees

Address on File
Street

| City | State | ZIP Code |
|------|-------|----------|

Country

**Relationship to Debtor**

Board member

4.551  John Sweeney
Insider's Name

3/27/2022     $          2,328.07     Concur reimbursement

Address on File
Street

| City | State | ZIP Code |
|------|-------|----------|

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.552  John Sweeney
Insider's Name

4/30/2022     $          3,062.12     Concur reimbursement

Address on File
Street

| City | State | ZIP Code |
|------|-------|----------|

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

4.553  John Sweeney

Insider's Name

6/18/2022        $            4,408.35        Concur reimbursement

Address on File

Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.554  John Sweeney

Insider's Name

9/11/2022        $            6,075.19        Concur reimbursement

Address on File

Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.555  John Sweeney

Insider's Name

11/24/2022        $            4,444.27        Concur reimbursement

Address on File

Street

| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.556 John Sweeney

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

2/2/2023     $          1,972.91     Concur reimbursement

4.557 John Sweeney

Insider's Name

Address On File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

2/22/2023     $          235,625.00     Consulting for the bankruptcy

4.558 John Sweeney

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

01/06/2023     $          27,884.62     Salary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

4.559  John Sweeney

Insider's Name

01/20/2023    $    27,884.62    Salary

Address on File

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

---

4.560  John Sweeney

Insider's Name

01/27/2023    $    300,000.00    Retention Bonus

Address on File

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

---

4.561  John Sweeney

Insider's Name

02/03/2023    $    27,884.62    Salary

Address on File

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:    23-10255

---

4.562  John Sweeney
Insider's Name

02/17/2023    $    27,884.62    Salary

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

---

4.563  John Sweeney
Insider's Name

02/23/2023    $    25,096.16    Salary

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

---

4.564  John Sweeney
Insider's Name

02/23/2023    $    51,140.39    Unused Paid Time Off

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.565 John Sweeney

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

04/01/2022          $          16,346.16          Salary

4.566 John Sweeney

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

04/14/2022          $          16,346.16          Salary

4.567 John Sweeney

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

04/14/2022          $          70,000.00          Sign-on Bonus

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.568 John Sweeney
Insider's Name

04/29/2022    $    16,346.16    Salary

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.569 John Sweeney
Insider's Name

05/13/2022    $    16,346.16    Salary

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.570 John Sweeney
Insider's Name

05/27/2022    $    16,346.16    Salary

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.571  John Sweeney
Insider's Name

06/10/2022    $          16,346.16    Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.572  John Sweeney
Insider's Name

06/24/2022    $          16,346.16    Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.573  John Sweeney
Insider's Name

07/08/2022    $          16,346.16    Salary

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

---

4.574 John Sweeney

Insider's Name

Address on File

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

07/22/2022        $        16,346.16        Salary

---

4.575 John Sweeney

Insider's Name

Address on File

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

08/05/2022        $        16,346.16        Salary

---

4.576 John Sweeney

Insider's Name

Address on File

Street

City            State            ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

08/19/2022        $        16,346.16        Salary

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.577 John Sweeney
Insider's Name

09/02/2022    $    16,346.16    Salary

Address on File
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.578 John Sweeney
Insider's Name

09/16/2022    $    16,346.16    Salary

Address on File
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.579 John Sweeney
Insider's Name

09/16/2022    $    70,000.00    Salary

Address on File
Street

City            State        ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*:  23-10255

4.580  John Sweeney
Insider's Name

09/30/2022     $          16,346.16    Salary

Address on File
Street

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.581  John Sweeney
Insider's Name

10/14/2022     $          16,346.16    Salary

Address on File
Street

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.582  John Sweeney
Insider's Name

10/28/2022     $          16,346.16    Salary

Address on File
Street

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      Page 1545

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

4.583  John Sweeney
Insider's Name                                    11/10/2022          $              16,346.16    Salary

Address on File
Street

City            State          ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.584  John Sweeney
Insider's Name                                    11/25/2022          $              35,961.50    Salary

Address on File
Street

City            State          ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.585  John Sweeney
Insider's Name                                    12/09/2022          $              27,884.62    Salary

Address on File
Street

City            State          ZIP Code

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

4.586  John Sweeney

Insider's Name

12/23/2022   $   27,884.62   Salary

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

EVP and Chief Financial Officer

4.587  Jon Kafer

Insider's Name

2/23/2022   $   4,553.25   Concur reimbursement

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

Chief Commercial Officer

4.588  Jon Kafer

Insider's Name

3/22/2022   $   1,322.85   Concur reimbursement

Address on File

Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**4.589** Jon Kafer
Insider's Name

5/2/2022    $    721.52    Concur reimbursement

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

**4.590** Jon Kafer
Insider's Name

5/5/2022    $    1,903.48    Concur reimbursement

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

**4.591** Jon Kafer
Insider's Name

5/23/2022    $    1,127.01    Concur reimbursement

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

| 4.592 | Jon Kafer | 6/14/2022 | $ | 980.63 | Concur reimbursement |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| 4.593 | Jon Kafer | 8/22/2022 | $ | 1,025.02 | Concur reimbursement |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| 4.594 | Jon Kafer | 8/22/2022 | $ | 2,160.06 | Concur reimbursement |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

| | | | |
|---|---|---|---|
| 4.595 Jon Kafer | 9/1/2022 | $ 1,345.45 | Concur reimbursement |
| Insider's Name | | | |

Address on File

Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| | | | |
|---|---|---|---|
| 4.596 Jon Kafer | 9/1/2022 | $ 1,616.96 | Concur reimbursement |
| Insider's Name | | | |

Address on File

Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| | | | |
|---|---|---|---|
| 4.597 Jon Kafer | 11/1/2022 | $ 2,059.23 | Concur reimbursement |
| Insider's Name | | | |

Address on File

Street

City            State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.598 Jon Kafer
Insider's Name

1/19/2023    $    2,800.00    Concur reimbursement

Address on File
Street

City    State    ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

4.599 Jon Kafer
Insider's Name

01/06/2023    $    17,545.66    Salary

Address on File
Street

City    State    ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

4.600 Jon Kafer
Insider's Name

01/20/2023    $    16,321.54    Salary

Address on File
Street

City    State    ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 4.601 Jon Kafer | 02/03/2023 | $ 16,321.54 | Salary |

Insider's Name

Address on File

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| | | | |
|---|---|---|---|
| 4.602 Jon Kafer | 02/17/2023 | $ 16,321.54 | Salary |

Insider's Name

Address on File

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| | | | |
|---|---|---|---|
| 4.603 Jon Kafer | 02/23/2023 | $ 14,689.39 | Salary |

Insider's Name

Address on File

Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 4.604 | Jon Kafer | 02/23/2023 | $ | 21,760.70 | Unused Paid Time Off |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| | | | | | |
|---|---|---|---|---|---|
| 4.605 | Jon Kafer | 03/04/2022 | $ | 15,846.16 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| | | | | | |
|---|---|---|---|---|---|
| 4.606 | Jon Kafer | 03/04/2022 | $ | 175,100.00 | Annual Bonus |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| 4.607 | Jon Kafer | 03/18/2022 | $ | 15,846.16 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| 4.608 | Jon Kafer | 04/01/2022 | $ | 16,321.54 | Salary |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| 4.609 | Jon Kafer | 04/01/2022 | $ | 100,000.00 | Brand Div Sale Bonus |

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 4.610 | Jon Kafer | 04/14/2022 | $ | 16,321.54 | Salary |

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| | | | | | |
|---|---|---|---|---|---|
| 4.611 | Jon Kafer | 04/29/2022 | $ | 16,321.54 | Salary |

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| | | | | | |
|---|---|---|---|---|---|
| 4.612 | Jon Kafer | 05/13/2022 | $ | 16,321.54 | Salary |

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.613 | Jon Kafer | 05/27/2022 | $ 16,321.54 | Salary |

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| | | | | |
|---|---|---|---|---|
| 4.614 | Jon Kafer | 06/10/2022 | $ 16,321.54 | Salary |

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

| | | | | |
|---|---|---|---|---|
| 4.615 | Jon Kafer | 06/24/2022 | $ 16,321.54 | Salary |

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

4.616 Jon Kafer
Insider's Name

07/08/2022    $    16,321.54    Salary

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

4.617 Jon Kafer
Insider's Name

07/08/2022    $    50,000.00    Decatur Success Bonus

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

4.618 Jon Kafer
Insider's Name

07/22/2022    $    16,321.54    Salary

Address on File
Street

City        State        ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

4.619  Jon Kafer                 08/05/2022      $            16,321.54    Salary
Insider's Name

Address on File
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

4.620  Jon Kafer                 08/19/2022      $            16,321.54    Salary
Insider's Name

Address on File
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

4.621  Jon Kafer                 09/02/2022      $            16,321.54    Salary
Insider's Name

Address on File
Street

City              State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 4.622 | Jon Kafer | 09/16/2022 | $ 16,321.54 | Salary |

Insider's Name

Address on File
Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

Chief Commercial Officer

| | | | | |
|---|---|---|---|---|
| 4.623 | Jon Kafer | 09/30/2022 | $ 16,321.54 | Salary |

Insider's Name

Address on File
Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

Chief Commercial Officer

| | | | | |
|---|---|---|---|---|
| 4.624 | Jon Kafer | 10/14/2022 | $ 16,321.54 | Salary |

Insider's Name

Address on File
Street

| City | State | ZIP Code |
|---|---|---|

Country

**Relationship to Debtor**

Chief Commercial Officer

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

4.625  Jon Kafer

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

10/28/2022          $          16,321.54          Salary

4.626  Jon Kafer

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

11/10/2022          $          16,321.54          Salary

4.627  Jon Kafer

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

11/25/2022          $          16,321.54          Salary

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

4.628 Jon Kafer | 12/09/2022 | $ 16,321.54 | Salary

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

4.629 Jon Kafer | 12/23/2022 | $ 16,321.54 | Salary

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Chief Commercial Officer

4.630 Kevin Bain | 3/18/2022 | $ 26,875.00 | Quarterly board fees

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC                     Case number *(if known)*:    23-10255

Name

4.631  Kevin Bain                          4/18/2022      $           46,860.00    Stock Buy-Back
Insider's Name

Address on File
Street



City              State         ZIP Code


Country

**Relationship to Debtor**

Board member

4.632  Kevin Bain                          4/28/2022      $            1,237.89    Expense reimbursement
Insider's Name

Address on File
Street



City              State         ZIP Code


Country

**Relationship to Debtor**

Board member

4.633  Kevin Bain                          6/17/2022      $           26,875.00    Quarterly board fees
Insider's Name

Address on File
Street



City              State         ZIP Code


Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

4.634 Kevin Bain

Insider's Name

9/23/2022 $ 26,875.00 Quarterly board fees

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

4.635 Kevin Bain

Insider's Name

12/27/2022 $ 26,875.00 Quarterly board fees

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

4.636 Mark Rechan

Insider's Name

3/18/2022 $ 23,125.00 Quarterly board fees

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 4.637 | Mark Rechan | 4/18/2022 | $ | 42,955.00 | Stock Buy-Back |
|---|---|---|---|---|---|

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

| 4.638 | Mark Rechan | 6/17/2022 | $ | 23,125.00 | Quarterly board fees |
|---|---|---|---|---|---|

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

| 4.639 | Mark Rechan | 9/23/2022 | $ | 23,125.00 | Quarterly board fees |
|---|---|---|---|---|---|

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**4.640** Mark Rechan                12/27/2022          $          23,125.00          Quarterly board fees

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

**4.641** Robert Webster              3/18/2022           $          40,625.00          Quarterly board fees

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

**4.642** Robert Webster              4/7/2022            $             462.02          Expense reimbursement

Insider's Name

Address on File

Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC
Name

Case number *(if known)*: 23-10255

| 4.643 | Robert Webster | 4/18/2022 | $ | 62,480.00 | Stock Buy-Back |

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

| 4.644 | Robert Webster | 6/17/2022 | $ | 40,625.00 | Quarterly board fees |

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

| 4.645 | Robert Webster | 9/23/2022 | $ | 40,625.00 | Quarterly board fees |

Insider's Name

Address on File
Street

City          State          ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

---

**4.646** Robert Webster

Insider's Name

12/27/2022    $    40,625.00    Quarterly board fees

Address on File

Street

City    State    ZIP Code

Country

**Relationship to Debtor**

Board member

---

**4.647** Steven Lynn

Insider's Name

3/18/2022    $    21,250.00    Quarterly board fees

Address on File

Street

City    State    ZIP Code

Country

**Relationship to Debtor**

Board member

---

**4.648** Steven Lynn

Insider's Name

4/18/2022    $    43,212.73    Stock Buy-Back

Address on File

Street

City    State    ZIP Code

Country

**Relationship to Debtor**

Board member

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

| | | | | |
|---|---|---|---|---|
| 4.649 | Steven Lynn | 6/17/2022 | $ 21,250.00 | Quarterly board fees |

Insider's Name

Address on File

Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Board member

| | | | | |
|---|---|---|---|---|
| 4.650 | Steven Lynn | 9/23/2022 | $ 21,250.00 | Quarterly board fees |

Insider's Name

Address on File

Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Board member

| | | | | |
|---|---|---|---|---|
| 4.651 | Steven Lynn | 12/27/2022 | $ 21,250.00 | Quarterly board fees |

Insider's Name

Address on File

Street

City                State          ZIP Code

Country

**Relationship to Debtor**

Board member

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:    23-10255

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | $ |
| Creditor's Name | | | |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |
| Country | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | | | $ |
| Creditor's Name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– | | |
| City    State    ZIP Code | | | |
| Country | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*    23-10255

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | AFSCME District Council 47 Health & Welfare Fund,  Sergeants Benevolent Association Health and Welfare Fund v. Akorn Inc. | Plan of Reroganization Objection | Third Circuit Court of Appeals<br>Name<br><br>21400 U.S. Courthouse<br>Street<br><br>601 Market Street<br><br>Philadelphia    PA    19106-1790<br>City    State    ZIP Code<br><br>Country | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>21-2973 (3d Cir.)<br>1:20-cv-01254 (D. Del.)<br>20-11177 | | | |
| 7.2 | Bond Sheila | Workers Comp | Name<br><br>Street<br><br>City    State    ZIP Code<br><br>Country | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>Claim Number: Y2Z C  72966 | | | |
| 7.3 | Carr Anne | Workers Comp | Name<br><br>Street<br><br>City    State    ZIP Code<br><br>Country | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>Claim Number: Y2Z C  92589 | | | |
| 7.4 | Centers for Medicare and Medicaid Services | Medicare Pricing Issue | Center for Medicaid and CHIP Services<br>Name<br><br>Division of Pharmacy Attn: Cynthia Denemark, Deputy Director<br>Street<br><br>7500 Security Boulevard<br><br>Baltimore    MD    21244<br>City    State    ZIP Code<br><br>Country | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

Debtor:  Akorn Operating Company LLC
Name

Case number *(if known)*:    23-10255

**7.5** Daphnis Jean Erick          Workers Comp

Name

Street

City          State      ZIP Code

Country

| Case number |
| --- |
| Claim Number: Y2Z C  79956 |

☑ Pending
☐ On appeal
☐ Concluded

**7.6** Fowler Amanda          Workers Comp

Name

Street

City          State      ZIP Code

Country

| Case number |
| --- |
| Claim Number: Y2Z C  57231 |

☑ Pending
☐ On appeal
☐ Concluded

**7.7** Harper Linda          Workers Comp

Name

Street

City          State      ZIP Code

Country

| Case number |
| --- |
| Claim Number: Y2Z C  80281 |

☑ Pending
☐ On appeal
☐ Concluded

**7.8** Jones Galana          Workers Comp

Name

Street

City          State      ZIP Code

Country

| Case number |
| --- |
| Claim Number: Y3V C  17783 |

☑ Pending
☐ On appeal
☐ Concluded

**7.9** Jose Alexander          Workers Comp

Name

Street

City          State      ZIP Code

Country

| Case number |
| --- |
| Claim Number: Y2Z C  50884 |

☑ Pending
☐ On appeal
☐ Concluded

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

**7.10** Lees Kimberly    Workers Comp

Name

☑ Pending
☐ On appeal
☐ Concluded

Street

**Case number**

Claim Number: Y3V C  07446

City        State      ZIP Code

Country

**7.11** Logsdon Alex    Workers Comp

Name

☑ Pending
☐ On appeal
☐ Concluded

Street

**Case number**

Claim Number: Y3V C  42466

City        State      ZIP Code

Country

**7.12** Paguay Nilsson    Workers Comp

Name

☑ Pending
☐ On appeal
☐ Concluded

Street

**Case number**

Claim Number: Y3F C  20331

City        State      ZIP Code

Country

**7.13** Veronica Development Associates, LLC vs Akorn Operating Company, LLC    Civil Action - Breach of Contract    Superior Court Of New Jersey Chancery Division

Name

☑ Pending
☐ On appeal
☐ Concluded

20 North Bridge Steet

Street

**Case number**

Somerville      NJ      08876

City        State      ZIP Code

Country

**7.14** WSC-GSP B/L OFFICE PARK OWNER VII, LLC    Lease Eviction    State of Illinois , Circuit Cork

Name

☑ Pending
☐ On appeal
☐ Concluded

18 North County St

Street

**Case number**

23EV00000132

Waukegan      IL      60085

City        State      ZIP Code

Country

Debtor: Akorn Operating Company LLC                                    Case number *(if known):*    23-10255
_____
Name

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the Property | Value |
|---|---|---|
| 8.1 _____ | | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| _____ | _____ | _____ |
| Street | | Name |
| _____ | _____ | _____ |
| | | |
| _____ | **Case number** | Street |
| City        State        ZIP Code | _____ | _____ |
| | | City        State        ZIP Code |
| Country | **Date of order or assignment** | _____ |
| | _____ | Country |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:   23-10255

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Foundation for Student Communication, Inc. | Cash | 11/23/2021 | $ 7,500.00 |

Creditor's Name

48 University Place

Street

| Princeton | NJ | 08540 |
|---|---|---|
| City | State | ZIP Code |

Country

**Recipient's relationship to debtor**

None

| 9.2 Special Olympics of Illinois | Cash | 5/17/2022 | $ 10,000.00 |
|---|---|---|---|

Creditor's Name

605 East Willow Street

Street

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

**Recipient's relationship to debtor**

None

| 9.3 Special Olympics of Illinois | Cash | 4/14/2021 | $ 10,716.00 |
|---|---|---|---|

Creditor's Name

605 East Willow Street

Street

| Normal | IL | 61761 |
|---|---|---|
| City | State | ZIP Code |

Country

**Recipient's relationship to debtor**

None

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC                                      Case number *(if known)*:    23-10255
_____
Name

| Part 5: | Certain Losses |

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 _____ | _____ | _____ | $ _____ |

Debtor: Akorn Operating Company LLC     Case number *(if known):*   23-10255

Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | ALIXPARTNERS LLP | | 1/5/2023 | $ 200,000.00 |

**Address**

PO BOX 7410063
Street

CHICAGO    IL    60674-5063
City    State    ZIP Code

Country

**Email or website address**

www.alixpartners.com

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.2 | ALIXPARTNERS LLP | | 1/24/2023 | $ 226,738.93 |

**Address**

PO BOX 7410063
Street

CHICAGO    IL    60674-5063
City    State    ZIP Code

Country

**Email or website address**

www.alixpartners.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

11.3  ALIXPARTNERS LLP                                                                  2/8/2023        $           148,453.00

**Address**

PO BOX 7410063
Street

CHICAGO           IL          60674-5063
City              State       ZIP Code

Country

**Email or website address**

www.alixpartners.com

**Who made the payment, if not debtor?**


11.4  ALIXPARTNERS LLP                                                                  2/21/2023       $           166,186.08

**Address**

PO BOX 7410063
Street

CHICAGO           IL          60674-5063
City              State       ZIP Code

Country

**Email or website address**

www.alixpartners.com

**Who made the payment, if not debtor?**


11.5  Angelique Puchacz                                                                 2/23/2023       $            55,364.00

**Address**

34988 North Leonard Avenue
Street

Ingleside          IL          60041
City              State       ZIP Code

Country

**Email or website address**


**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**11.6** Colleen Cooke                                2/22/2023    $        30,858.00

**Address**

11 Douglas St
Street


Pt Jefferson Stat        NY        11776
City                State        ZIP Code


Country

**Email or website address**


**Who made the payment, if not debtor?**


**11.7** David Furusho                                2/23/2023    $        21,667.00

**Address**

441 Woodside Trail
Street

Apt# F5
Decatur        IL        62521
City                State        ZIP Code


Country

**Email or website address**


**Who made the payment, if not debtor?**


**11.8** Dominique Cassese                            2/22/2023    $        11,716.12

**Address**

13 Joyce Avenue
Street


Massapequa        NY        11758
City                State        ZIP Code


Country

**Email or website address**


**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

11.9 GIBSON DUNN & CRUTCHER LLP    1/5/2023    $    200,000.00

**Address**

200 Park Avenue
Street

NEW YORK    NY    10166-0193
City    State    ZIP Code

Country

**Email or website address**

www.gibsondunn.com

**Who made the payment, if not debtor?**

11.10 GIBSON DUNN & CRUTCHER LLP    1/24/2023    $    459,910.86

**Address**

200 Park Avenue
Street

NEW YORK    NY    10166-0193
City    State    ZIP Code

Country

**Email or website address**

www.gibsondunn.com

**Who made the payment, if not debtor?**

11.11 GIBSON DUNN & CRUTCHER LLP    2/1/2023    $    398,557.04

**Address**

200 Park Avenue
Street

NEW YORK    NY    10166-0193
City    State    ZIP Code

Country

**Email or website address**

www.gibsondunn.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

11.12  GIBSON DUNN & CRUTCHER LLP                                    2/8/2023        $        380,193.51

**Address**

200 Park Avenue
Street

NEW YORK          NY          10166-0193
City              State       ZIP Code

Country

**Email or website address**

www.gibsondunn.com

**Who made the payment, if not debtor?**

11.13  GIBSON DUNN & CRUTCHER LLP                                    2/21/2023       $        311,502.49

**Address**

200 Park Avenue
Street

NEW YORK          NY          10166-0193
City              State       ZIP Code

Country

**Email or website address**

www.gibsondunn.com

**Who made the payment, if not debtor?**

11.14  GRANT THORNTON LLP                                            1/5/2023        $         50,000.00

**Address**

33562 TREASURY CENTER
Street

CHICAGO           IL          60694-3500
City              State       ZIP Code

Country

**Email or website address**

www.grantthornton.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 11.15 GREENHILL & CO LLC | | 12/14/2022 | $ | 200,159.00 |

**Address**

300 PARK AVENUE
Street

| NEW YORK | NY | 10022 |
| City | State | ZIP Code |

Country

**Email or website address**

www.greenhill.com

**Who made the payment, if not debtor?**

| 11.16 GREENHILL & CO LLC | | 1/18/2023 | $ | 153,024.00 |

**Address**

300 PARK AVENUE
Street

| NEW YORK | NY | 10022 |
| City | State | ZIP Code |

Country

**Email or website address**

www.greenhill.com

**Who made the payment, if not debtor?**

| 11.17 GREENHILL & CO LLC | | 1/24/2023 | $ | 211.00 |

**Address**

300 PARK AVENUE
Street

| NEW YORK | NY | 10022 |
| City | State | ZIP Code |

Country

**Email or website address**

www.greenhill.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 11.18 GREENHILL & CO LLC | | 2/2/2023 | $ 150,812.59 |

**Address**

300 PARK AVENUE
Street

NEW YORK          NY          10022
City          State          ZIP Code

Country

**Email or website address**

www.greenhill.com

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.19 JACKSON LEWIS PC | | 1/26/2023 | $ 90.00 |

**Address**

PO BOX 4169019
Street

BOSTON          MA          02241-6019
City          State          ZIP Code

Country

**Email or website address**

www.jacksonlewis.com

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.20 JACKSON LEWIS PC | | 1/26/2023 | $ 540.00 |

**Address**

PO BOX 4169019
Street

BOSTON          MA          02241-6019
City          State          ZIP Code

Country

**Email or website address**

www.jacksonlewis.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

**11.21** JACKSON LEWIS PC                          2/21/2023        $        75,000.00

| **Address** |
| --- |
| PO BOX 4169019 |
| Street |

| BOSTON | MA | 02241-6019 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Email or website address**

www.jacksonlewis.com

**Who made the payment, if not debtor?**

**11.22** Jaime Santana                          2/23/2023        $        29,293.00

| **Address** |
| --- |
| Address On File |
| Street |

| | | |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Email or website address**

**Who made the payment, if not debtor?**

**11.23** James Pacheco                          2/23/2023        $        47,125.00

| **Address** |
| --- |
| Address On File |
| Street |

| | | |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Email or website address**

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 11.24 Jaydeep Shukla | | 2/23/2023 | $ | 42,250.00 |

**Address**

Address On File
Street

_____
City          State          ZIP Code

_____
Country

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| 11.25 Jimmy Cognata | | 2/23/2023 | $ | 18,500.00 |

**Address**

Address On File
Street

_____
City          State          ZIP Code

_____
Country

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| 11.26 Kirk Tsahalis | | 2/22/2023 | $ | 31,051.00 |

**Address**

Address On File
Street

_____
City          State          ZIP Code

_____
Country

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

---

11.27 KURTZMAN CARSON CONSULTANTS INC                    1/3/2023      $            50,000.00

**Address**

222 N. Pacific Coast Highway
Street

Suite 300

EL Segundo          CA          90245
City                State       ZIP Code

Country

**Email or website address**

www.kccllc.com

**Who made the payment, if not debtor?**

---

11.28 KURTZMAN CARSON CONSULTANTS INC                    1/18/2023     $            35,000.00

**Address**

222 N. Pacific Coast Highway
Street

Suite 300

EL Segundo          CA          90245
City                State       ZIP Code

Country

**Email or website address**

www.kccllc.com

**Who made the payment, if not debtor?**

---

11.29 KURTZMAN CARSON CONSULTANTS INC                    2/3/2023      $            25,000.00

**Address**

222 N. Pacific Coast Highway
Street

Suite 300

EL Segundo          CA          90245
City                State       ZIP Code

Country

**Email or website address**

www.kccllc.com

**Who made the payment, if not debtor?**

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 11.30 KURTZMAN CARSON CONSULTANTS INC | | 2/22/2023 | $ 75,000.00 |

**Address**

222 N. Pacific Coast Highway
Street

Suite 300

EL Segundo          CA          90245
City          State          ZIP Code

Country

**Email or website address**

www.kccllc.com

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.31 Laura Montellano | | 2/22/2023 | $ 30,858.00 |

**Address**

Address On File
Street

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.32 M3 ADVISORY PARTNERS LP | | 1/12/2023 | $ 250,000.00 |

**Address**

130 W 42ND ST 17TH FLOOR
Street

NEW YORK          NY          10036
City          State          ZIP Code

Country

**Email or website address**

m3-partners.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

11.33  M3 ADVISORY PARTNERS LP                                    1/18/2023        $            150,000.00

**Address**

130 W 42ND ST 17TH FLOOR
Street

NEW YORK            NY            10036
City                State        ZIP Code

Country

**Email or website address**

m3-partners.com

**Who made the payment, if not debtor?**


11.34  M3 ADVISORY PARTNERS LP                                    1/31/2023        $            150,000.00

**Address**

130 W 42ND ST 17TH FLOOR
Street

NEW YORK            NY            10036
City                State        ZIP Code

Country

**Email or website address**

m3-partners.com

**Who made the payment, if not debtor?**


11.35  M3 ADVISORY PARTNERS LP                                    1/31/2023        $            200,000.00

**Address**

130 W 42ND ST 17TH FLOOR
Street

NEW YORK            NY            10036
City                State        ZIP Code

Country

**Email or website address**

m3-partners.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number (if known): 23-10255

Name

| 11.36 | M3 ADVISORY PARTNERS LP | 1/31/2023 | $ | 263,420.48 |

**Address**

130 W 42ND ST 17TH FLOOR
Street

NEW YORK         NY          10036
City              State        ZIP Code

Country

**Email or website address**

m3-partners.com

**Who made the payment, if not debtor?**

| 11.37 | M3 ADVISORY PARTNERS LP | 1/31/2023 | $ | 350,000.00 |

**Address**

130 W 42ND ST 17TH FLOOR
Street

NEW YORK         NY          10036
City              State        ZIP Code

Country

**Email or website address**

m3-partners.com

**Who made the payment, if not debtor?**

| 11.38 | M3 ADVISORY PARTNERS LP | 2/8/2023 | $ | 200,000.00 |

**Address**

130 W 42ND ST 17TH FLOOR
Street

NEW YORK         NY          10036
City              State        ZIP Code

Country

**Email or website address**

m3-partners.com

**Who made the payment, if not debtor?**

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

11.39  M3 ADVISORY PARTNERS LP                                      2/14/2023          $              350,000.00

**Address**

130 W 42ND ST 17TH FLOOR
Street

NEW YORK          NY          10036
City              State       ZIP Code

Country

**Email or website address**

m3-partners.com

**Who made the payment, if not debtor?**


11.40  M3 ADVISORY PARTNERS LP                                      2/17/2023          $              350,000.00

**Address**

130 W 42ND ST 17TH FLOOR
Street

NEW YORK          NY          10036
City              State       ZIP Code

Country

**Email or website address**

m3-partners.com

**Who made the payment, if not debtor?**


11.41  Matt Hertzel                                                2/23/2023          $               38,870.00

**Address**

Address On File
Street

City              State       ZIP Code

Country

**Email or website address**


**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 11.42 | MIDCAP FINANCIAL SERVICES, LLC | 1/31/2023 | $ | 325,000.00 |

**Address**

7255 Woodmont Avenue
Street

Suite 300

Bethesda    MD    20814
City    State    ZIP Code

Country

**Email or website address**

www.midcapfinancial.com

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.43 | MIDCAP FINANCIAL SERVICES, LLC | 1/31/2023 | $ | 479,213.50 |

**Address**

7255 Woodmont Avenue
Street

Suite 300

Bethesda    MD    20814
City    State    ZIP Code

Country

**Email or website address**

www.midcapfinancial.com

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.44 | Miguel Gesmundo | 2/23/2023 | $ | 58,500.00 |

**Address**

Address On File
Street

City    State    ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 11.45 | Mike Mogilinski | | 2/23/2023 | $ 35,471.00 |

**Address**

Address On File

Street

City            State            ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.46 | Misael Ricardo Silva | | 2/23/2023 | $ 21,724.00 |

**Address**

Address On File

Street

City            State            ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.47 | Pachulski Stang Ziehl & Jones LLP | | 2/21/2023 | $ 10,000.00 |

**Address**

919 North Market Street

Street

17th Floor

Wilmington            DE            19801

City            State            ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:  23-10255

Name

| | | | | |
|---|---|---|---|---|
| 11.48 | Pachulski Stang Ziehl & Jones LLP | | 2/22/2023 | $ 25,000.00 |

**Address**

919 North Market Street
Street

17th Floor

Wilmington          DE          19801
City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.49 | Patrick Diiorio | | 2/23/2023 | $ 19,538.21 |

**Address**

Address On File
Street

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.50 | Pestalozzi Attorneys | | 2/22/2023 | $ 35,000.00 |

**Address**

LOWENSTRASSE 1
Street

ZURICH          CH-8001
City          State          ZIP Code

Switzerland
Country

**Email or website address**

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

| 11.51 | Pramila Datt | | 2/23/2023 | $ | 11,213.00 |

**Address**

Address On File
Street

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

| 11.52 | Ramarao Gollapalli | | 2/23/2023 | $ | 8,090.00 |

**Address**

Address On File
Street

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

| 11.53 | Robert Serina | | 2/22/2023 | $ | 46,528.00 |

**Address**

Address On File
Street

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| 11.54 | Sandip Chingre | 2/23/2023 | $ | 25,350.00 |

**Address**

Address On File
Street

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

| 11.55 | Scott Almgren | 2/23/2023 | $ | 15,621.00 |

**Address**

Address On File
Street

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

| 11.56 | Steve Kowalski | 2/22/2023 | $ | 37,700.00 |

**Address**

Address On File
Street

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | | | |
|---|---|---|---|---|---|
| 11.57 | Sushmeet Singh | | 2/22/2023 | $ | 9,094.00 |

**Address**

Address On File

Street

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

| | | | | | |
|---|---|---|---|---|---|
| 11.58 | Tim Boland | | 2/22/2023 | $ | 10,862.00 |

**Address**

Address On File

Street

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

| | | | | | |
|---|---|---|---|---|---|
| 11.59 | Tom Morelli | | 2/23/2023 | $ | 27,083.00 |

**Address**

Address On File

Street

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| 11.60 | Tracy Garrison | | 2/22/2023 | $ | 15,231.00 |

**Address**

Address On File
Street

_____

City          State          ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

| 11.61 | WILLIS TOWERS WATSON US LLC | | 11/30/2022 | $ | 50,000.00 |

**Address**

LOCKBOX 28025
Street

28025 NETWORK PLACE

CHICAGO        IL        60673-1280
City          State          ZIP Code

Country

**Email or website address**

www.wtwco.com

**Who made the payment, if not debtor?**

| 11.62 | WILLIS TOWERS WATSON US LLC | | 1/18/2023 | $ | 50,000.00 |

**Address**

LOCKBOX 28025
Street

28025 NETWORK PLACE

CHICAGO        IL        60673-1280
City          State          ZIP Code

Country

**Email or website address**

www.wtwco.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | |
|---|---|---|---|
| 11.63 WILLKIE FARR & GALLAGHER LLP | | 11/16/2022 | $ 290,541.03 |

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

| NEW YORK | NY | 10019-6099 |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.64 WILLKIE FARR & GALLAGHER LLP | | 12/1/2022 | $ 200,000.00 |

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

| NEW YORK | NY | 10019-6099 |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.65 WILLKIE FARR & GALLAGHER LLP | | 12/9/2022 | $ 400,000.00 |

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

| NEW YORK | NY | 10019-6099 |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

| | | | |
|---|---|---|---|
| 11.66 | WILLKIE FARR & GALLAGHER LLP | 12/14/2022 | $ 25,384.50 |

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK       NY       10019-6099
City       State       ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.67 | WILLKIE FARR & GALLAGHER LLP | 12/14/2022 | $ 52,313.25 |

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK       NY       10019-6099
City       State       ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.68 | WILLKIE FARR & GALLAGHER LLP | 12/14/2022 | $ 379,800.89 |

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK       NY       10019-6099
City       State       ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

11.69  WILLKIE FARR & GALLAGHER LLP                                    12/16/2022      $            212,468.72

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK        NY         10019-
                           6099
City            State      ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**


11.70  WILLKIE FARR & GALLAGHER LLP                                    12/28/2022      $            581,369.97

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK        NY         10019-
                           6099
City            State      ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**


11.71  WILLKIE FARR & GALLAGHER LLP                                    1/5/2023        $            400,113.92

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK        NY         10019-
                           6099
City            State      ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

11.72  WILLKIE FARR & GALLAGHER LLP                                    1/12/2023        $              404,302.51

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK           NY            10019-6099
City                State          ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**


11.73  WILLKIE FARR & GALLAGHER LLP                                    1/18/2023        $              285,749.86

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK           NY            10019-6099
City                State          ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**


11.74  WILLKIE FARR & GALLAGHER LLP                                    1/19/2023        $              367,825.48

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK           NY            10019-6099
City                State          ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known):*  23-10255

Name

| 11.75 | WILLKIE FARR & GALLAGHER LLP | | 1/24/2023 | $ | 457,762.20 |

**Address**

ATTN A/R

Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK          NY          10019-6099

City          State          ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

| 11.76 | WILLKIE FARR & GALLAGHER LLP | | 1/27/2023 | $ | 312,053.40 |

**Address**

ATTN A/R

Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK          NY          10019-6099

City          State          ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

| 11.77 | WILLKIE FARR & GALLAGHER LLP | | 2/1/2023 | $ | 345,029.36 |

**Address**

ATTN A/R

Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK          NY          10019-6099

City          State          ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | | |
|---|---|---|---|---|
| 11.78 | WILLKIE FARR & GALLAGHER LLP | | 2/8/2023 | $ 510,951.25 |

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK         NY         10019-6099
City        State        ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.79 | WILLKIE FARR & GALLAGHER LLP | | 2/16/2023 | $ 391,493.29 |

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK         NY         10019-6099
City        State        ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

| | | | | |
|---|---|---|---|---|
| 11.80 | WILLKIE FARR & GALLAGHER LLP | | 2/17/2023 | $ 300,000.00 |

**Address**

ATTN A/R
Street

787 SEVENTH AVE  38TH FLOOR

NEW YORK         NY         10019-6099
City        State        ZIP Code

Country

**Email or website address**

www.willkie.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

| | | | |
|---|---|---|---|
| 11.81 | YOUNG CONAWAY STARGATT & TAYLOR LLP | 1/2/2023 | $ 150,000.00 |

**Address**

1270 6TH AVENUE
Street

| NEW YORK | NY | 10020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

www.youngconaway.com

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.82 | YOUNG CONAWAY STARGATT & TAYLOR LLP | 1/24/2023 | $ 150,000.00 |

**Address**

1270 6TH AVENUE
Street

| NEW YORK | NY | 10020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

www.youngconaway.com

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.83 | YOUNG CONAWAY STARGATT & TAYLOR LLP | 2/3/2023 | $ 87,484.40 |

**Address**

1270 6TH AVENUE
Street

| NEW YORK | NY | 10020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

www.youngconaway.com

**Who made the payment, if not debtor?**

Debtor: Akorn Operating Company LLC

Case number *(if known)*:    23-10255

Name

| | | | |
|---|---|---|---|
| 11.84 | YOUNG CONAWAY STARGATT & TAYLOR LLP | 2/17/2023 | $ 50,000.00 |

**Address**

1270 6TH AVENUE
Street

| | | |
|---|---|---|
| NEW YORK | NY | 10020 |
| City | State | ZIP Code |

Country

**Email or website address**

www.youngconaway.com

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.85 | Yury Ashkinadze | 2/23/2023 | $ 57,038.00 |

**Address**

Address On File
Street

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

**Who made the payment, if not debtor?**

| | | | |
|---|---|---|---|
| 11.86 | Zundry Padra | 2/23/2023 | $ 43,940.00 |

**Address**

Address On File
Street

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Email or website address**

**Who made the payment, if not debtor?**

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | | | | $ |

| Trustee |
|---|
| |

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | 132 Lincoln Ave. Realty, LLC | Real estate | 12/21/2021 | $ 1,601,860.60 |

| Address |
|---|
| 130 Lincoln St. |
| Street |

| Copiague | NY | 11726 |
|---|---|---|
| City | State | ZIP Code |

Country

| Relationship to Debtor |
|---|
| Third Party |

Debtor: Akorn Operating Company LLC

Case number *(if known):*    23-10255

Name

| Part 7: | Previous Locations |
|---------|--------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|

**14.1** 132 Lincoln Street
Street

From _____    To Sold on 12/21/21

Copiague     NY     11726
City     State     ZIP Code

Country

**14.2** 1925 W. Field Ct.
Street

From 6/15/2008    To 9/14/2022

Lake Forest     IL     60045
City     State     ZIP Code

Country

**14.3** 2201 Waukegan Rd. Suite 140
Street

From 9/1/2022    To 11/30/2022

Bannockburn     IL     60015
City     State     ZIP Code

Country

**14.4** 285 Pierce St.
Street

From 11/1/2014    To 9/30/2022

Somerset     NJ     08873
City     State     ZIP Code

Country

**14.5** 2929 Plymouth Rd.
Street

From 1/13/2012    To 6/30/2021

Ann Arbor     MI     48105
City     State     ZIP Code

Country

**14.6** 68 Veronica Ave. Unit 9
Street

From 12/17/2021    To 10/15/2022

Somerset     NJ     08873
City     State     ZIP Code

Country

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

---

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | **Facility Name and Address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| --- | --- | --- | --- |
| 15.1 | | | |
| | Facility Name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | Street | | Check all that apply: |
| | | | ☐ Electronically |
| | City        State        ZIP Code | | ☐ Paper |
| | Country | | |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☒ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☒ Yes. Fill in below:

| | Name of plan | Employer identification number of the plan |
|---|---|---|
| 17.1 | Smart Choice! Akorn, Inc. 401(k) Retirement Plan | EIN: 72-0717400 |

      Has the plan been terminated?

      ☒ No

      ☐ Yes

---

Debtor:  Akorn Operating Company LLC

Name

Case number *(if known):*    23-10255

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name | XXXX- | ☐ Checking | | $ |
| | Street | | ☐ Savings | | |
| | | | ☐ Money market | | |
| | | | ☐ Brokerage | | |
| | City    State    ZIP Code | | ☐ Other | | |
| | Country | | | | |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

---

Debtor: Akorn Operating Company LLC

Case number *(if known)*: 23-10255

Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | Abryl <br> *Name* <br><br> Tehsil, Village Bhagwanpur, Dera <br> *Street* <br><br> <br><br> Bassi       Punjab       140507 <br> *City*       *State*       *ZIP Code* <br><br> India <br> *Country* | Facilty Manager <br><br><br><br><br><br> **Address** | Inventory | ☐ No <br><br> ☑ Yes |
| 20.2 | Aenova / Haupt <br> *Name* <br><br> 82319 Starnberg <br> *Street* <br><br> <br><br> *City*       *State*       *ZIP Code* <br><br> Germany <br> *Country* | Facilty Manager <br><br><br><br><br><br> **Address** | Inventory | ☐ No <br><br> ☑ Yes |
| 20.3 | Fareva Amboise <br> *Name* <br><br> 28 place de la Gare <br> *Street* <br><br> <br><br> 1616 <br> *City*       *State*       *ZIP Code* <br><br> Luxembourg <br> *Country* | Facilty Manager <br><br><br><br><br><br> **Address** | Inventory | ☐ No <br><br> ☑ Yes |
| 20.4 | GP Pharm <br> *Name* <br><br> 08908 Hospitalet de Llobregat <br> *Street* <br><br> <br><br> Barcelona <br> *City*       *State*       *ZIP Code* <br><br> Spain <br> *Country* | Facilty Manager <br><br><br><br><br><br> **Address** | Inventory | ☐ No <br><br> ☑ Yes |

Debtor: Akorn Operating Company LLC

Case number *(if known):* 23-10255

Name

**20.5** Mikart
Name

Facilty Manager

Inventory

☐ No

1750 Chattahoochee Ave. NW
Street

☒ Yes

Atlanta         GA         30318
City            State      ZIP Code

**Address**

Country

**20.6** Recipharm (Aesica)
Name

Facilty Manager

Inventory

☐ No

North Road
Street

☒ Yes

Queenborough              ME11 5EL
City            State      ZIP Code

**Address**

United Kingdom
Country

**20.7** Ritedose
Name

Facilty Manager

Inventory

☐ No

1 Technology Cir
Street

☒ Yes

Columbia        SC         29203
City            State      ZIP Code

**Address**

Country

**20.8** Swiss Cap / Pharma Pack
Name

Facilty Manager

Inventory

☐ No

8009 Industrial Village Rd.
Street

☒ Yes

Greensboro      NC         27409
City            State      ZIP Code

**Address**

Country

**20.9** Woodstock Sterile Solutions
Name

Facilty Manager

Inventory

☐ No

2200 Lake Shore Dr.
Street

☒ Yes

Woodstock       IL         60098
City            State      ZIP Code

**Address**

Country

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        Page 1611

Debtor: Akorn Operating Company LLC      Case number *(if known):* 23-10255

Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.1 | | | | $ |
| | Name | | | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| | Country | | | |

Debtor: Akorn Operating Company LLC

Name

Case number (if known): 23-10255

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| 22.1 | | Name | | ☐ Pending |
| | | Street | | ☐ On appeal |
| | **Case Number** | | | ☐ Concluded |
| | | City    State    ZIP Code | | |
| | | Country | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 23.1 | Name | Name | | |
| | Street | Street | | |
| | City    State    ZIP Code | City    State    ZIP Code | | |
| | Country | Country | | |

---

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*: 23-10255

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 24.1 | Name | Name | | |
| | Street | Street | | |
| | | | | |
| | City        State        ZIP Code | City        State        ZIP Code | | |
| | Country | Country | | |

Debtor: Akorn Operating Company LLC

Name

Case number *(if known)*:  23-10255

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25.**   **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 Akorn Canada, Inc.<br>Name | Pharmaceutical Manufacturing | EIN: BN: 813520236 |
| 1200 Waterfront Centre<br>Street | | **Dates business existed** |
| 200 Burrard Street | | From  10/1/2020  To  Present |
| Vancouver    BC    V6C 3L6<br>City     State     ZIP Code | | |
| Canada<br>Country | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2 Akorn International SARL<br>Name | Pharmaceutical Manufacturing | EIN: Co: 20142434270 |
| 15, RUE EDWARD STEICHEN<br>Street | | **Dates business existed** |
| | | From  10/1/2020  To  Present |
|       2540<br>City     State     ZIP Code | | |
| Luxembourg<br>Country | | |

**26.**   **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | Dates of service |
|---|---|
| 26a.1 Duane Portwood - EVP & Chief Financial Officer<br>Name | From  10/1/2020  To  6/12/2021 |
| 5605 CenterPoint Court<br>Street | |
| Gurnee    IL    66031<br>City     State     ZIP Code | |
| Country | |

Debtor: Akorn Operating Company LLC      Case number *(if known):*    23-10255

Name

| 26a.2 | Jay Mellentine - VP, Finance & Chief Accounting Officer | From | 10/1/2020 | To | 8/12/2022 |
|---|---|---|---|---|---|

Name

5605 CenterPoint Court

Street

| Gurnee | IL | 66031 |
|---|---|---|
| City | State | ZIP Code |

Country

| 26a.3 | John Sweeney - EVP & Chief Financial Officer | From | 10/1/2020 | To | 2/23/2023 |
|---|---|---|---|---|---|

Name

5605 CenterPoint Court

Street

| Gurnee | IL | 66031 |
|---|---|---|
| City | State | ZIP Code |

Country

| 26a.4 | Ken Paras - Executive Director & Controller | From | 10/1/2020 | To | 2/23/2023 |
|---|---|---|---|---|---|

Name

5605 CenterPoint Court

Street

| Gurnee | IL | 66031 |
|---|---|---|
| City | State | ZIP Code |

Country

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and Address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26b.1 | BDO USA LLP | | From | 10/1/2020 | To | Present |
| | Name | | | | |
| | 330 N. Wabash Ave. #3200 | | | | |
| | Street | | | | |
| | Chicago | IL | 60611 | | |
| | City | State | ZIP Code | | |
| | Country | | | | |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      Page 1616

Debtor: Akorn Operating Company LLC
_____
Name

Case number *(if known)*:  23-10255
_____

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 See Global Notes | |
| Name | |
| Street | |
| | |
| City                     State          ZIP Code | |
| Country | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1 |
| Name |
| Street |
| |
| City                     State          ZIP Code |
| Country |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Daniel Winiarski | 12/2021 | $                          Cycle Counts / Cost |
| **Name and address of the person who has possession of inventory records** | | |
| 27.1 See SOFA Question 26a | | |
| Name | | |
| Street | | |
| | | |
| City          State          ZIP Code | | |
| Country | | |

Debtor: Akorn Operating Company LLC                                    Case number *(if known):*    23-10255

Name

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Daniel Winiarski | 12/2022 | $                                    Cycle Counts / Cost |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.2 See SOFA Question 26a | | |

Name

Street

City                    State                    ZIP Code

Country

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and Nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Akorn Intermediate Company LLC | 5605 CenterPoint Court, Gurnee, IL  60031 | Sole Member | 100% |
| 28.2 | Beth Zelnick Kaufman | Addres on File | EVP , Chief Legal and Adminstrative Officer & Corp Secretary | None |
| 28.3 | Christopher C Young | Addres on File | EVP, Global Operations | None |
| 28.4 | Douglas Boothe | Addres on File | President and Chief Executive Officer | None |
| 28.5 | John Sweeney | Addres on File | EVP and Chief Financial Officer | None |
| 28.6 | Elizabeth Wellington Jeffords | Addres on File | Board member | None |
| 28.7 | James Bauersmith | Addres on File | Board member | None |
| 28.8 | Jeff Wasserstein | Addres on File | Board member | None |
| 28.9 | Kevin Bain | Addres on File | Board member | None |
| 28.10 | Mark Rechan | Addres on File | Board member | None |
| 28.11 | Robert Webster | Addres on File | Board member | None |
| 28.12 | Steven Lynn | Addres on File | Board member | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,   members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| | Name | Address | Position and Nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | | | | From            To |

Debtor: Akorn Operating Company LLC                              Case number *(if known)*:     23-10255

Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans,credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See SOFA Question 4 | | | |
| | Name | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |
| | **Relationship to debtor** | | | |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☒ Yes. Identify below.

| | Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|---|
| 31.1 | Akorn Holding Company LLC | EIN: 85-2979190 |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| | Name of the pension fund | Employer Identification number of the pension fund |
|---|---|---|
| 32.1 | | EIN: |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.

18 U.S.C.§§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/03/2023
                MM / DD / YYYY

✘    / s / John Sweeney                                        Printed name    John Sweeney

Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Third Party Consultant to Debtor

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑    No

☐    Yes