UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  Akorn Holding Company LLC
          Debtor.

Chapter: 7
Case No:  23-10253-KBO

LIMITED NOTICE OF APPEARANCE
Bankruptcy Rules 2002(g) and 9010(b)

TO:   Matthew Barry Lunn
        Young, Conway, Stargatt & Taylor LLP
        100 North King Street
        Wilmington, DE 19801
        *Attorney for Debtor*

PLEASE TAKE NOTICE that Assistant Attorney General S. Michael Murphy enters this limited appearance on behalf of the State of Wisconsin, Department of Health Services, a party in interest in the above-entitled case. The State requests service of all discovery and correspondence be made upon Assistant Attorney General S. Michael Murphy as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857.  All other papers should be served through the Court's CM/ECF system.

**THIS LIMITED APPEARANCE IS FILED ONLY AS A REQUEST FOR INFORMATION AND SHALL NOT BE CONSTRUED AS A WAIVER OF THE STATE'S IMMUNITY OR ITS CONSENT TO JURISDICTION HEREIN.**

Dated: April 10, 2023.

                        JOSHUA L. KAUL
                        Attorney General of Wisconsin


                        <u>s/ S. Michael Murphy</u>
                        S. MICHAEL MURPHY
                        Assistant Attorney General
                        State Bar #1078149
                        Attorneys for the State of Wisconsin

## CERTIFICATE OF SERVICE

I certify that on the below date I caused to be served via the ECF system a copy of this Limited Notice of Appearance on the parties who are registered to receive ECF notification in this case.

Dated:  April 10, 2023

                                           JOHSUA L. KAUL
                                           Wisconsin Attorney General

                                           <u>s/ S. Michael Murphy</u>
                                           S. MICHAEL MURPHY
                                           Assistant Attorney General
                                           State Bar #1078149